Complaint # 20-077559

BEREA MUNICIPAL COURT
BEREA, CUYAHOGA COUNTY, OHIO

State of Ohio
/City of Brook Park

v.

Gina Marie Criscione

6093 Creekside Dr.
Parma Heights, Ohio 44130

DOB 01/23/1956 SS#▓▓▓▓▓▓
Phone (440)503-4326

) NO. _____
)
) COMPLAINT BY INDIVIDUAL
)
)     (Rule 4)
) **FORM I**
)
)

Complainant being duly sworn states that Gina M. Criscione

at Brook Park, Cuyahoga County, Ohio on or about May 23rd, 2020 to present,

No person, through the use of any form of written communication or any electronic method of remotely transferring information shall post a message or use any intentionally written or verbal graphic gesture with purpose to cause mental distress;
To Wit:
Gina Criscione did knowingly engage in a pattern of conduct with purpose to cause mental distress by posting multiple negative messages to a website in regards to the Administrator of the East Park Nursing Home Care Center (Sara Thurmer) and trespassing on the property of the East Park Nursing Home

in violation of Menacing by Stalking, 2903.211 (A)2, M1

_____
Complainant : Sara Thurmer

6360 Elmdale Road
Brook Park, Ohio 44142

DOB 08/28/1958
▓▓▓▓▓▓▓

Sworn to and subscribed before me by Sara Thurmer
on 10/15/2020

GEORGE SAKELLAKIS
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.

_____
/ Judge / Clerk / Deputy Clerk /
Municipal Court
                          or
_____
Notary Public, /Cuyahoga County /
State of Ohio /
Commission expires _____,

**PLAINTIFF'S EXHIBIT 1**

Complaint # 20-077559

| | |
|---|---|
| State of Ohio ) | **BEREA MUNICIPAL COURT** |
| /City of Brook Park/ ) | **CUYAHOGA COUNTY, OHIO** |
| vs. } | No. _____ |
| ) | WARRANT ON COMPLAINT |
| Gina Marie Criscione ) | (Rule 4) |
| 6093 Creekside Dr. ) | **FORM VII** |
| Parma Heights, Ohio 44130 } | |
| DOB 01/23/1956 SS# xxx-xx-8707 | |
| Phone (440)503-4326 | |

TO Any Police Officer

A complaint, a copy of which is attached hereto, has been filed in this court charging Gina Marie Criscione with Menacing by Stalking, 2903.211(A)2, a first degree misdemeanor.

You are ordered to arrest Gina Criscione and bring / him/her / before this court without unnecessary delay. You may issue summons in lieu of arrest under Rule 4(A)(2) or issue summons after arrest under Rule 4 ( F) because Gina Marie Criscione is charged with a misdemeanor.

Special instructions to executing officer:

_____
Judge / Officer designated by Judge(s) /
/ Deputy Clerk /Municipal Court

SUMMONS ENDORSEMENT
*See NOTE: Use only in appropriate case*

This warrant was executed by issuing the following summons:

TO Gina Marie Criscione

You are hereby summoned and ordered to appear at 9:00 a.m. on October 29th, 2020.

Berea Municipal Court, 11 Berea Commons, Berea, Ohio 44017
If you fail to appear at the time and place stated above you may be arrested.

_____
Issuing Officer, Title
*See Rule 4(A)(2), Rule 4(F) and Return Forms*

NOTICE TO DEFENDANT: For information regarding your duty to appear call (440) 826-5862
The address of the Court is: 11 Berea Commons, Berea, Ohio 44017

X _____
   Gina M. Criscione