Complaint # 20-077559

**BEREA MUNICIPAL COURT**
**BEREA, CUYAHOGA COUNTY, OHIO**

State of Ohio
/City of Brook Park

v.

Gina Marie Criscione

6093 Creekside Dr.
Parma Heights, Ohio 44130

DOB 01/23/1956 SS#
Phone (440)503-4326

) NO. _____
)
) COMPLAINT BY INDIVIDUAL
)
)     (Rule 4)
) **FORM I**
)
)

Complainant being duly sworn states that Gina M. Criscione

at Brook Park, Cuyahoga County, Ohio on or about May 23, 2020 to present,

No person shall knowingly post a text or audio statement or an image on an internet web site or web page for the purpose of abusing, threatening, or harassing another person;
To Wit:
Gina Criscione did knowingly post several text and video/audio messages to a social media website with the purpose to harass and annoy Sara Thurmer

in violation of Telecommunications Harassment, 2917.21 B(2), M1

_____
Complainant : Sara Thurmer

6360 Elmdale Road
Brook Park, Ohio 44142

DOB 08/28/1958

Sworn to and subscribed before me by Sara Thurmer
on 10/15/2020

GEORGE SAKELLAKIS
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.

_____
/ Judge / Clerk / Deputy Clerk /
Municipal Court
                                      or
_____
Notary Public / Cuyahoga County /
State of Ohio /
My Commission expires _____,

**PLAINTIFF'S EXHIBIT 2**

Complaint # 20-077559
State of Ohio
/City of Brook Park/
vs.

Gina Marie Criscione
6093 Creekside Dr.
Parma Heights, Ohio 44130
DOB 01/23/1956 SS#(redacted)
Phone (440)503-4326

) **BEREA MUNICIPAL COURT**
) **CUYAHOGA COUNTY, OHIO**
} No. _____
) WARRANT ON COMPLAINT
)     (Rule 4)
) **FORM VII**
}

SCANNED

TO Any Police Officer

A complaint, a copy of which is attached hereto, has been filed in this court charging Gina Marie Criscione with Telecommunications Harassment, 2917.21(B)2, a first degree misdemeanor.

You are ordered to arrest Gina Criscione and bring / him/her / before this court without unnecessary delay. You may issue summons in lieu of arrest under Rule 4(A)(2) or issue summons after arrest under Rule 4 ( F) because Gina Marie Criscione is charged with a misdemeanor.

Special instructions to executing officer:

_____
Judge / Officer designated by Judge(s) /
/ Deputy Clerk /Municipal Court

SUMMONS ENDORSEMENT
*See NOTE: Use only in appropriate case*

This warrant was executed by issuing the following summons:

TO Gina Marie Criscione

You are hereby summoned and ordered to appear at 9:00 a.m. on October 29th, 2020.

Berea Municipal Court, 11 Berea Commons, Berea, Ohio  44017
If you fail to appear at the time and place stated above you may be arrested.

_____
Issuing Officer, Title
*See Rule 4(A)(2), Rule 4(F) and Return Forms*

NOTICE TO DEFENDANT: For information regarding your duty to appear call (440) 826-5862
The address of the Court is: 11 Berea Commons, Berea, Ohio  44017

*[signature: Gina M. Criscione]*
Gina M. Criscione