AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| GINA CRISCIONE<br>and<br>ESTATE OF DOROTHY MANDANICI<br><br>*Plaintiff(s)*<br>v.<br>LAURA DIVINCENZO, SARA THURMER, EAST PARK RETIREMENT COMMUNITY, CITY OF BROOK PARK, GEORGE SAKELLAKIS, HAROLD DUNCAN, RYAN WALSH, and THOMAS SENSEL<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-01446 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LAURA DIVINCENZO
3004 Waterfall Way
Westlake, OH 44145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave., Suite 400
Cleveland, OH 44103
216-912-2195 Phone/Fax
brian.bardwell@speech.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 12/3/2024

s/A. Rivera
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01446

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Laura DiVincenzo
was received by me on *(date)* 12/3/2024.

☒ I personally served the summons on the individual at *(place)* 3004 Watefall Way, Westlake, OH. on *(date)* 12/4/2024 @ 10:35 A.m.; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/4/2024

*Server's signature*

Gerard Morback - Process Server
*Printed name and title*

328 Skyview Dr., Seven Hills, OH. 44131
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

GINA CRISCIONE
and
ESTATE OF DOROTHY MANDANICI

*Plaintiff(s)*

v.

LAURA DIVINCENZO, SARA THURMER, EAST PARK RETIREMENT COMMUNITY, CITY OF BROOK PARK, GEORGE SAKELLAKIS, HAROLD DUNCAN, RYAN WALSH, and THOMAS SENSEL

*Defendant(s)*

Civil Action No. 1:24-cv-01446

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SARA THURMER
15428 Shore Acres
Cleveland, OH 44110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave., Suite 400
Cleveland, OH 44103
216-912-2195 Phone/Fax
brian.bardwell@speech.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 12/3/2024



s/A. Rivera

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01446

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sara Thurmer
was received by me on *(date)* 12/3/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Robert Thurmer, husband, a person of suitable age and discretion who resides there, on *(date)* 12/4/2024 @ 2:00 pm, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/4/2024

*Server's signature*

Gerard Mosback - Process Server
*Printed name and title*

328 Skyview Dr., Seven Hills, OH 44131
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| GINA CRISCIONE and ESTATE OF DOROTHY MANDANICI<br><br>*Plaintiff(s)*<br>v.<br>LAURA DIVINCENZO, SARA THURMER, EAST PARK RETIREMENT COMMUNITY, CITY OF BROOK PARK, GEORGE SAKELLAKIS, HAROLD DUNCAN, RYAN WALSH, and THOMAS SENSEL<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-01446 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EAST PARK RETIREMENT COMMUNITY, INC., AKA EAST PARK CARE CENTER
3004 Waterfall Way
Westlake, OH 44145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave., Suite 400
Cleveland, OH 44103
216-912-2195 Phone/Fax
brian.bardwell@speech.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 12/3/2024

s/A. Rivera
*Signature of Clerk or Deputy Clerk*

Case: 1:24-cv-01446-PAB Doc #: 6 Filed: 12/03/24 6 of 16. PageID #: 64

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01446

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **East Park Retirement Community, Inc.**
was received by me on *(date)* **12/3/2024**.

☒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Laura DiVincenzo**, who is
designated by law to accept service of process on behalf of *(name of organization)* **East Park Community Inc. AKA East Park Care Center** on *(date)* **12/4/2024 @ 10:35 a.m** or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **12/4/2024**

*Server's signature*

**Gerard Maisbach Process Server**
*Printed name and title*

**328 Skyview Dr., Seven Hills, OH 44131**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| GINA CRISCIONE and ESTATE OF DOROTHY MANDANICI <br><br> *Plaintiff(s)* <br><br> v. <br><br> LAURA DIVINCENZO, SARA THURMER, EAST PARK RETIREMENT COMMUNITY, CITY OF BROOK PARK, GEORGE SAKELLAKIS, HAROLD DUNCAN, RYAN WALSH, and THOMAS SENSEL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-01446 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF BROOK PARK
17401 Holland Road
Brook Park, OH 44142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave., Suite 400
Cleveland, OH 44103
216-912-2195 Phone/Fax
brian.bardwell@speech.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 12/3/2024

s/A. Rivera
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01446

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **City of Brookpark**
was received by me on *(date)* **12/3/2024**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Torrey Sallay**, who is
designated by law to accept service of process on behalf of *(name of organization)* **City of Brookpark**
on *(date)* **12/4/2024 @ 11:00 a.m.** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **12/4/2024**

*Server's signature*

**Gerard Mosback - Process Server**
*Printed name and title*

**328 Skyview Dr., Seven Hills, OH. 44131**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| GINA CRISCIONE and ESTATE OF DOROTHY MANDANICI<br><br>*Plaintiff(s)*<br>v.<br>LAURA DIVINCENZO, SARA THURMER, EAST PARK RETIREMENT COMMUNITY, CITY OF BROOK PARK, GEORGE SAKELLAKIS, HAROLD DUNCAN, RYAN WALSH, and THOMAS SENSEL<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:24-cv-01446 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GEORGE SAKELLAKIS
17401 Holland Road
Brook Park, OH 44142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave., Suite 400
Cleveland, OH 44103
216-912-2195 Phone/Fax
brian.bardwell@speech.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 12/3/2024

s/A. Rivera

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01446

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **George Sakellakis**
was received by me on *(date)* **12/3/2024**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Torrey Jallay**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Brookpark Police Dept.** on *(date)* **12/4/2024 @ 11:00 a.m.** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **12/4/2024**

_____
Server's signature

**Gerard Morback - Process Server**
Printed name and title

**328 Skyview Dr, Seven Hills, OH. 44131**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| GINA CRISCIONE and ESTATE OF DOROTHY MANDANICI <br><br> *Plaintiff(s)* <br> v. <br> LAURA DIVINCENZO, SARA THURMER, EAST PARK RETIREMENT COMMUNITY, CITY OF BROOK PARK, GEORGE SAKELLAKIS, HAROLD DUNCAN, RYAN WALSH, and THOMAS SENSEL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-01446 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HAROLD DUNCAN
17401 Holland Road
Brook Park, OH 44142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave., Suite 400
Cleveland, OH 44103
216-912-2195 Phone/Fax
brian.bardwell@speech.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 12/3/2024



s/A. Rivera

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01446

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Harold Duncan**
was received by me on *(date)* **12/3/2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Torrey Jallay**, who is designated by law to accept service of process on behalf of *(name of organization)* **Brookpark Police Dept.** on *(date)* **12/4/2024 @ 11:00 A.m.**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **12/4/2024**

*Server's signature*

**Gerard Morback - Process Server**
*Printed name and title*

**328 Skyview Dr., Seven Hills, OH 44131**
*Server's address*

Additional information regarding attempted service, etc:

Case: 1:24-cv-01446-PAB Doc #: 8 Filed: 12/10/24 13 of 16. PageID #: 89
Case: 1:24-cv-01446-PAB Doc #: 6 Filed: 12/03/24 13 of 16. PageID #: 71
AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| GINA CRISCIONE<br>and<br>ESTATE OF DOROTHY MANDANICI<br><br>*Plaintiff(s)*<br>v.<br>LAURA DIVINCENZO, SARA THURMER, EAST PARK RETIREMENT COMMUNITY, CITY OF BROOK PARK, GEORGE SAKELLAKIS, HAROLD DUNCAN, RYAN WALSH, and THOMAS SENSEL<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-01446 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RYAN WALSH
17401 Holland Road
Brook Park, OH 44142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave., Suite 400
Cleveland, OH 44103
216-912-2195 Phone/Fax
brian.bardwell@speech.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 12/3/2024

s/A. Rivera
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01446

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ryan Walsh**
was received by me on *(date)* **12/3/2024**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Torrey Jallay**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Brook Park Police Dept.**
on *(date)* **12/4/2024 @ 11:00 a.m.** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **12/4/2024**

*Server's signature*

**Gerard Morback - Process Server**
*Printed name and title*

**328 Skyview Dr. Seven Hills, OH 44131**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| GINA CRISCIONE and ESTATE OF DOROTHY MANDANICI <br><br> *Plaintiff(s)* <br><br> v. <br><br> LAURA DIVINCENZO, SARA THURMER, EAST PARK RETIREMENT COMMUNITY, CITY OF BROOK PARK, GEORGE SAKELLAKIS, HAROLD DUNCAN, RYAN WALSH, and THOMAS SENSEL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-01446 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THOMAS SENSEL
17401 Holland Road
Brook Park, OH 44142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave., Suite 400
Cleveland, OH 44103
216-912-2195 Phone/Fax
brian.bardwell@speech.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 12/3/2024



s/A. Rivera

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01446

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thomas Sensel
was received by me on *(date)* 12/3/2024.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Torrey Jallay , who is
designated by law to accept service of process on behalf of *(name of organization)* Brooklyn Police
Dept on *(date)* 12/4/2024 @ 11:00 A.M. ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/4/2024

_____
Server's signature

Gerard Mosbach - Process Server
Printed name and title

328 Skyview Dr., Seven Hills OH 44131
Server's address

Additional information regarding attempted service, etc: