IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GINA CRISCIONE AND ESTATE OF DOROTHY MANDANICI )<br><br>Plaintiffs.<br><br>v.<br><br>LAURA DIVINCENZO, et al.,<br><br>Defendants. | CASE NO.: 1:24-cv-01446-PAB<br><br>JUDGE: Pamela A. Barker<br>MAGISTRATE: James E. Grimes, Jr.<br><br>**NOTICE OF APPEARANCE** |

Now comes Michael L. Morgan, and enters his appearance as counsel for Defendants, City of Brook Park, George Sakellakis, Harold Duncan, Ryan Walsh and Thomas Sensel on Plaintiffs' Complaint.

TO THE CLERK OF THIS COURT: Please direct copies of all future correspondence and notices to Attorney MICHAEL L. MORGAN Esquire, Law Office P.O. Box 36538 Canton OH 44735

Respectfully submitted

*/s/ Michael L. Morgan*

Michael L. Morgan Esquire 0087565
Law Office
P.O. Box 36538
Canton OH 44735
Phone:  330-415-8890
Facsimile:  855-515-8241
Email:  *Michael.Morgan@selective.com*

## **CERTIFICATE OF SERVICE**

A true and accurate copy of the forgoing Notice of Appearance was served on December 12, 2024, via the Court's electronic filing system upon the following:

| | |
|---|---|
| Brian D. Bardwell Esquire | Attorney for Plaintiff |
| Speech Law LLC | |
| 1265 West Sixth St. Suite 400 | |
| Cleveland OH 44113 | |
| Email: brian.bardwell@speechlaw.com | |

Laura DiVincenzo
3004 Waterfall Way
Westlake, OH 44145

Sara Thurmer
15428 Shore Acres
Cleveland, OH 44110

East Park Retirement Community, Inc.
3004 Waterfall Way
Westlake, OH 44142

                                                */s/ Michael L. Morgan*

                                                Michael L. Morgan Esquire 0087565
*Attorney for Defendants, City of Brook Park, Ryan Walsh, George Sakellakis, Harold Duncan and Thomas Sensel*