Exhibit B



145925174

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

GINA CRISCIONE, ET AL.
    Plaintiff

Case No: CV-23-976445

Judge: NANCY MARGARET RUSSO

LAURA DIVINCENZO, ET AL.
    Defendant

## JOURNAL ENTRY

89 DIS. W/PREJ - PARTIAL

MOTION TO DISMISS FILED BY BROOKPARK DEFENDANTS IS GRANTED.  FINAL.  ALL OTHER CLAIMS AND DEFENDANTS REMAIN AND ORDERS REMAIN AS SET.
PURSUANT TO CIV.R. 58(B), THE CLERK OF COURTS IS DIRECTED TO SERVE THIS JUDGMENT IN A MANNER PRESCRIBED BY CIV.R. 5(B).  THE CLERK MUST INDICATE ON THE DOCKET THE NAMES AND ADDRESSES OF ALL PARTIES, THE METHOD OF SERVICE, AND THE COSTS ASSOCIATED WITH THIS SERVICE.

*/s/ Nancy Margaret Russo*
_____
Judge Signature    05/04/2023

- 89
05/04/2023

RECEIVED FOR FILING
05/04/2023 13:20:49
NAILAH K. BYRD, CLERK