IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GINA CRISCIONE, *et al.*,<br>　　　　　*Plaintiffs,*<br>v.<br>LAURA DIVINCENZO, *et al.*,<br>　　　　　*Defendants.* | Case No.: 1:24-cv-01446-PAB<br><br>Judge Pamela A. Barker<br><br>Magistrate Judge James E. Grimes Jr. |
| **GINA CRISCIONE AND ESTATE OF DOROTHY MANDANICI'S<br>MOTION FOR EXTENSION OF TIME TO OPPOSE<br>DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** ||

　　　Plaintiffs Gina Criscione and Estate of Dorothy Mandanici respectfully move for a 14-day extension of time to oppose Defendants' motion for a protective order staying discovery, which is currently due July 17.

　　　Defendants' motion proposes incorporating discovery from the parties' previous litigation in state court as either a substitute for or supplement to any discovery in this case. Based on that motion, Ms. Criscione reached out to Defendants on July 9 to discuss the desired terms of such an order to determine whether the parties can simply resolve the matter through stipulation.

　　　As of this filing, Ms. Criscione is still awaiting proposed language from Defendants. She therefore requests an additional 14 days—until July 31—for the parties to determine whether and to what extent any opposition to Defendants' motion remains necessary.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Plaintiffs Gina Criscione and
Estate of Dorothy Mandanici*

## CERTIFICATE OF SERVICE

I certify that on July 15, 2025, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(1).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Plaintiffs Gina Criscione and
Estate of Dorothy Mandanici*