
152691626

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

GINA CRISCIONE, ET AL.
    Plaintiff

LAURA DIVINCENZO, ET AL.
    Defendant

Case No: CV-23-976445

Judge: NANCY MARGARET RUSSO

## JOURNAL ENTRY

COURT IN RECEIPT OF MOTIONS TO COMPEL DEFENDANT TO RESPOND TO OUTSTANDING DISCOVERY.
AS THE DEFENDANT HAS NOT SOUGHT NOR OBTAINED A PROTECTIVE ORDER.  ALL OUTSTANDING RESPONSES ARE DUE ON OR BEFORE 4PM ON 7/19/23.  COUNSEL FOR PLAINTIFF IS ORDERED TO NOTIFY THE COURT OF THE COMPLIANCE OR NON-COMPLIANCE WITH THIS ORDER BY 4:30PM ON 7/19/23.  NOTICE TO BE MADE BY PHONE TO THE COURT.
ALL OTHER DATES AND ORDERS REMAIN IN EFFECT.
DEFENDANTS WRITTEN RESPONSE TO THE PLAINTIFFS MOTION FOR PROTECTIVE ORDER IS DUE TO THE COURT BY 4PM ON 7/24/23.

*Nancy Margaret Russo*
_____
Judge Signature    07/18/2023

07/18/2023



RECEIVED FOR FILING
07/18/2023 12:41:03
NAILAH K. BYRD, CLERK