IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GINA CRISCIONE, et al. | ) | CASE NO. 1:24-CV-01446 |
| | ) | |
| Plaintiffs | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF FILING EXHIBITS TO** |
| LAURA DiVINCENZO, et al. | ) | **REPLY IN SUPPORT OF MOTION TO** |
| | ) | **STAY DISCOVERY** |
| Defendants | ) | |
| | ) | |

Defendants East Park Retirement Community, Inc., Laura DiVincenzo and Sara Thurmer, by and through the undersigned counsel, hereby file Exhibits A through G, in support of their Reply in Support of Motion to Stay Discovery which was filed on August 8, 2025.

Respectfully submitted,

/s/ *Emily R. Yoder*
Michael Ockerman (0053403)
Emily R. Yoder (0084013)
**HANNA, CAMPBELL & POWELL, LLP**
3737 Embassy Parkway, Suite 100
Akron OH  44333
(330) 670-7338 (T) * (330) 670-7462 (FAX)
(330) 670-7612 (T) * (330) 670-7453 (FAX)
mockerman@hcplaw.net
eyoder@hcplaw.net

Attorney for Defendants
East Park Retirement Community, Inc.,
Laura DiVincenzo and Sara Thurmer

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing *Notice of Filing Exhibits to Reply in Support of Motion to Stay Discovery* was filed electronically on August 8, 2025, with the Clerk using the CM/ECF system, which will notify all parties. Parties may access this document through the court's electronic-filing system.

                                                          */s/ Emily R. Yoder*
                                                          Emily R. Yoder (0084013)
                                                         Attorney for Defendants
                                                         East Park Retirement Community, Inc.,
                                                         Laura DiVincenzo and Sara Thurmer

<<HCP #1412165-v1>>