

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

NOTICE OF
August 17, 2023 16:11

By: BRIAN BARDWELL 0098423

Confirmation Nbr. 2940346

GINA CRISCIONE, ET AL.                    CV 23 976445

vs.
                                          **Judge:** NANCY MARGARET RUSSO
LAURA DIVINCENZO, ET AL.

**Pages Filed:** 2

Electronically Filed 08/17/2023 16:11 / NOTICE / CV 23 976445 / Confirmation Nbr. 2940346 / BATCH



DEFENDANT'S EXHIBIT C

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| GINA CRISCIONE, *et al.*<br>    *Plaintiffs,*<br>v.<br>LAURA DIVINCENZO, *et al.*<br>    *Defendants.* | Case No.: 23-CV-976445<br><br>Judge Nancy Margaret Russo |
| **PLAINTIFFS' NOTICE REGARDING MOTION TO COMPEL** ||

Plaintiffs respectfully give notice that they have withdrawn Interrogatories 4, 5, and 6 directed to Defendant East Park Care Center and Request for Inspection 29 directed to all Defendants. The parties are in agreement that to the extent Plaintiffs' discovery motions address these requests, they are now moot.

        Respectfully submitted,

        */s/Brian D. Bardwell*
        Speech Law LLC
        Brian D. Bardwell (0098423)
        1265 West Sixth Street, Suite 400
        Cleveland, OH 44113-1326
        216-912-2195 Phone/Fax
        brian.bardwell@speech.law

        William A. Carlin (0009144)
        29325 Chagrin Blvd., Suite 305
        Pepper Pike, Ohio 44122
        Phone: 216-831-4935
        Fax: 216-831-9526
        wcarlinesq@aol.com

        *Attorneys for Plaintiffs Gina Criscione and*
        *Estate of Dorothy Mandanici*

### CERTIFICATE OF SERVICE

I certify that on August 17, 2023, this document was served on opposing counsel as provided by Civ. R. 5(B)(2)(f).

/s/*Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Plaintiffs Gina Criscione and Estate of Dorothy Mandanici*