

155609628

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

GINA CRISCIONE, ET AL.
    Plaintiff

LAURA DIVINCENZO, ET AL.
    Defendant

Case No: CV-23-976445

Judge: NANCY MARGARET RUSSO

## JOURNAL ENTRY

MOTION TO EXTEND DISCOVERY FOR 2 DEPOSITIONS IS GRANTED.  COUNSEL ARE ORDERED TO COMPLETE THESE DEPOSITIONS BY 4PM ON 8/22/23 WITH NOTICE TO THE COURT OF COMPLIANCE.
AS THE PARTIES HAD PREVIOUSLY AGREED TO DEPOSE THESE PERSONS OUTSIDE THE DEADLINE, WITHOUT COURT PERMISSION, THEY REMAIN BOUND TO THAT AGREEMENT.  THE DEFENDANTS FAILURE TO MAKE THE DEPONENTS AVAILABLE HAS HINDERED THE PLAINTIFFS RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT.  SHOULD THE DEPOSITIONS NOT BE COMPLETED WITHIN THE CONFINES OF THIS ORDER, THE DEFENDANTS MOTION FOR SUMMARY JUDGMENT WILL BE STRICKEN.  THE COURT GRANTS THE PLAINTIFF LEAVE TO FILE THE RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT BY 8/25/23.
ALL OTHER DATES AND ORDERS REMAIN AS GRANTED.

_____
Judge Signature      08/17/2023

08/17/2023

RECEIVED FOR FILING
08/17/2023 12:50:35
NAILAH K. BYRD, CLERK



DEFENDANT'S EXHIBIT
E

Page 1 of 1