156430823

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

GINA CRISCIONE, ET AL.
    Plaintiff

Case No: CV-23-976445

Judge: NANCY MARGARET RUSSO

LAURA DIVINCENZO, ET AL.
    Defendant

## JOURNAL ENTRY

87 DIS. W/O PREJ - FINAL

PLAINTIFF FAILED TO TIMELY FILE TRIAL BRIEF AS ORDERED IN THE CASE MANAGEMENT ORDER.  CASE IS DWOP FOR PLAINTIFFS FAILURE TO PROSECUTE.  ALL MOTIONS ARE MOOT.  TRIAL DATE IS CANCELLED.  SHOULD DEFENSE FILE A MOTION FOR SANCTIONS, IT IS TO BE FILED ON OR BEFORE 8/30/23.

COURT COST ASSESSED TO THE PLAINTIFF(S).
PURSUANT TO CIV.R. 58(B), THE CLERK OF COURTS IS DIRECTED TO SERVE THIS JUDGMENT IN A MANNER PRESCRIBED BY CIV.R. 5(B).  THE CLERK MUST INDICATE ON THE DOCKET THE NAMES AND ADDRESSES OF ALL PARTIES, THE METHOD OF SERVICE, AND THE COSTS ASSOCIATED WITH THIS SERVICE.

*/s/ Nancy Margaret Russo*

Judge Signature      08/25/2023

- 87
08/25/2023

RECEIVED FOR FILING
08/25/2023 18:50:29
NAILAH K. BYRD, CLERK



DEFENDANT'S EXHIBIT
**F**

Page 1 of 1