IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GINA CRISCIONE, et al. | ) | CASE NO. 1:24-CV-01446 |
| | ) | |
| Plaintiffs | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| vs. | ) | **DEFENDANTS EAST PARK** |
| | ) | **RETIREMENT COMMUNITY, INC.,** |
| LAURA DiVINCENZO, et al. | ) | **LAURA DiVINCENZO AND SARA** |
| | ) | **THURMER'S MOTION FOR LEAVE TO** |
| Defendants | ) | **EXCEED LOCAL RULE 7.1(F) PAGE** |
| | ) | **LIMITATIONS** |
| | ) | |

Defendants East Park Retirement Community, Inc., Laura DiVincenzo and Sara Thurmer (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to Northern District of Ohio L.R. 7.l(f), respectfully moves for leave to exceed the page limitations applicable to Defendants' forthcoming Motion for Summary Judgment due on or before November 26, 2025.

Defendants respectfully request an additional fifteen (15) pages to accommodate all the arguments presented (35 total). Defendants' request will not prejudice the Plaintiff. The Complaint includes thirteen causes of action against these Defendants. Accordingly, additional pages are necessary to address each of causes of action at issue in this case.

Accordingly, and for good cause having been shown, Movants respectfully request leave to file a memorandum in support of its forthcoming Motion for Summary Judgment that is no greater than thirty (35) pages in length.

                                              Respectfully submitted,

                                              */s/ Emily R. Yoder*
                                              Michael Ockerman (0053403)
                                              Emily R. Yoder (0084013)
                                              **HANNA, CAMPBELL & POWELL, LLP**
                                              3737 Embassy Parkway, Suite 100
                                              Akron OH  44333
                                              (330) 670-7612 (T) * (330) 670-7453 (FAX)
                                              eyoder@hcplaw.net
                                              Attorney for Defendants

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing ***Defendants East Park Retirement Community, Inc., Laura DiVincenzo, and Sara Thurmer's Motion for Leave to Exceed Rule 7.1(F) Page Limitations*** was filed electronically on November 24, 2025, with the Clerk using the CM/ECF system, which will notify all parties. Parties may access this document through the court's electronic-filing system.

/s/ *Emily R. Yoder*
Emily R. Yoder (0084013)
Attorney for Defendants
East Park Retirement Community, Inc.,
Laura DiVincenzo and Sara Thurmer

<<HCP #1432104-v1>>