IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| GINA CRISCIONE, et al. | ) | CASE NO. CV 23 976445 |
| | ) | |
| Plaintiffs | ) | JUDGE NANCY MARGARET RUSSO |
| | ) | |
| vs. | ) | **AFFIDAVIT OF EMILY R. YODER,** |
| | ) | **ESQ.** |
| LAURA DiVINCENZO, et al. | ) | |
| | ) | |
| Defendants | ) | |

The undersigned, being duly sworn, states as follows:

1. I am over 18 years of age, a resident of Summit County, Ohio and have personal knowledge of the facts sworn to herein.

2. I am counsel of record in this case on behalf of Defendants East Park Retirement Community, Inc., Laura DiVincenzo and Sara Thurmer.

3. Attached hereto as Exhibit 1 is a true and accurate copy of the report of Mitchell L. Alperin, Esq. produced by Plaintiffs' counsel on July 13, 2023.

4. Attached hereto as Exhibit 2 is a true and accurate copy of text messages produced by Plaintiffs in response to written discovery requests and bates labeled CRISCIONE_009061 through CRISCIONE_009187.

*FURTHER AFFIANT SAYETH NAUGHT.*

**Emily Yoder**

*SWORN TO BEFORE ME* and subscribed in my presence this 24th day of July, 2023.

Notary Public

Attorney Robert Brian Borla
Resident Medina County
Notary Public, State of Ohio
My Commission Has No Expiration Date
ORC 147.03 RC

EXHIBIT
A

# MITCHELL L. ALPERIN

Attorney at Law
29325 Chagrin Blvd., Suite 305
Pepper Pike, Ohio 44122
(216) 464-7015

July 13, 2023

**William A. Carlin, Esq.**
29325 Chagrin Boulevard, Suite 305
Pepper Pike, Ohio 44122

Re:     **State of Ohio, City of Brook Park vs. Gina Marie Criscione**

Dear Mr. Carlin:

As you know, I have been a licensed attorney in the state of Ohio since 1977. Earlier in my career I was a Prosecutor for multiple municipalities on the east side and have a considerable amount of experience practicing in the Municipal Court systems.

Per your request, I have reviewed the representation of Gina M. Criscione by the Chandra Law Firm and Brian Bardwell, in the case of *the State of Ohio, City of Brook Park vs. Gina Marie Criscione*. Specifically, I have reviewed the Court Docket, pleadings and filings in this case, along with monthly itemized billing forwarded to the client. The engagement began October 19th, 2020 and Attorney Bardwell worked continuously in defense of Ms. Criscione until March 11th, 2021. It left a balance due of $30,101.22 after several payments. Per the engagement agreement, interest was charged on the past due balance in the amount of 1 ½ charge monthly.

The hourly rate of $295.00-315.00 is a reasonable and appropriate hourly rate charged within Cuyahoga County, Ohio. I find that the fees charged comply with Professional Conduct Rule 1.5 and were ordinary, reasonable, properly itemized in the billing and necessary for the appropriate defense of a criminal case. Further, they comply with fees customarily charged in the Municipal Courts for similar legal services. Finally, the charges were dismissed by the Judge as a result of defense counsel's Motion to Dismiss filed January 6, 2021, ruled upon by the Court on March 11, 2021.

I am available for further consultation and/or review of information which may be provided in the future.

Very Truly Yours

Mitchell L. Alperin

**EXHIBIT**

**1**

ALL-STATE LEGAL® BATCH

MLA

Encl.

## Conversation between Administrator's iPhone (+12162244428) and Gina C. (4405034326)

16/07/2019, 16:36 (Viewed 16/07/2019, 16:38)

Gina C. (4405034326)

good afternoon Sara it's been a while, I hope you're having a good day. I just got a call from JoLynn, My sister whojust got to EAstpark and mom was soaked through to the pad on her chair. This can only mean she's gone several times in that depends. Once again someone needs to check her more often please thank you

16/07/2019, 16:39

Administrator's iPhone (+12162244428)

Ok so did she say anything to the nurse?

16/07/2019, 16:50 (Viewed 16/07/2019, 16:51)

Gina C. (4405034326)

No she won't she just washed mom up I think And changed her

16/07/2019, 16:51

Gina C. (4405034326)

But she called me and she was pretty upset the way she found mom

16/07/2019, 16:54

Administrator's iPhone (+12162244428)

Ok Renee will call you shortly

16/07/2019, 16:54

Administrator's iPhone (+12162244428)

I just talked to her

16/07/2019, 17:02 (Viewed 16/07/2019, 17:10)

Gina C. (4405034326)

Ty

16/07/2019, 17:11

Administrator's iPhone (+12162244428)



EXHIBIT
2
ALL-STATE LEGAL®

She really needs to communicate directly to the nurse so it can be handled right away. We did discuss this before

16/07/2019, 17:11

Gina C. (4405034326)

She did direct it to the nurse she called me right away and I directed it to the nurse

16/07/2019, 17:12

Gina C. (4405034326)

My sister is not like me she does not like to confront people she wanted me to do it I called immediately this just happened like 20 minutes ago

16/07/2019, 17:12

Administrator's iPhone (+12162244428)

Yes well I spoke to Renee about it and she told me that your mother had spilled water on herself

16/07/2019, 17:13

Administrator's iPhone (+12162244428)

Renee was handling it

16/07/2019, 17:13

Gina C. (4405034326)

Well my sister seems to think that her bottom was soaked and her depends was filled over and over again with P I'm not gonna argue with Renee but I'll talk to her about it

16/07/2019, 17:13

Administrator's iPhone (+12162244428)

Ok

16/07/2019, 17:13

Administrator's iPhone (+12162244428)

Renee would not lie about that

16/07/2019, 17:14

I'm not saying that Renee is lying about mom spilling water but this was under her butt in her depends pad tons of people that water on top of her lap

16/07/2019, 17:15

Administrator's iPhone (+12162244428)

Ok well Renee should be communicating with you

16/07/2019, 17:16

Gina C. (4405034326)

Ok no problem

16/07/2019, 17:20 (Viewed 16/07/2019, 17:29)

Gina C. (4405034326)

I just read my text above it was supposed to say that her depends was loaded with tons of pee LOL not people

16/07/2019, 17:23 (Viewed 16/07/2019, 17:29)

Gina C. (4405034326)

If my mother spilled water on her self and she was that wet why didn't they change her? But it wasn't that ....JoLynn showed Rene the over saturated pad and wet pants ...it was very full. Overloaded. Oh well have a good evening this is crazy...

19/07/2019, 20:45 (Viewed 19/07/2019, 21:04)

Gina C. (4405034326)

Sorry to bother you Sara, but it Seems there is some thing wrong there tonight,. At EP? Mary at desk says there is an emergency , ? this is why mom is sitting in wet depend(she says), not dressed for bed and should be sleeping by now,? When she's usually already for bed by 7:30. I had her on the phone she's very confused and upset and feels like there's nobody there caring for her I had to hang up and text you to see what was going on [?]down there why is this happening tonight?is everything ok?

19/07/2019, 21:04

Gina C. (4405034326)

Sorry to bother you Sara, but it Seems there is some thing wrong there tonight,. At EP? Mary at desk says there is an emergency , ? this is why mom is sitting in wet depend(she says), not dressed for bed and should be sleeping by now,? When she's usually already for bed by 7:30. I had her on the phone she's very confused and upset

and feels like there's nobody there caring for her I had to hang up and text you to see what was going on ⏳down there why is this happening tonight?is everything ok?

01/08/2019, 16:06 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

Good afternoon Sara. I wanted to report a missing right hearing aid of Dorothy's. My sister noticed it missing last night. Everyone has shared in trying to find it( your staff) I was there all morning tearing moms room apart as well. To no avail. ∵ sadly mom is so much better with her aids that this poses a big problem. Of course most of the staff knows about it, and I am hoping we can come across it in the next few days. ≈

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

Good afternoon Sara. I wanted to report a missing right hearing aid

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

of Dorothy's. My sister noticed it missing last night. Everyone ha

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

s shared in trying to find it( your staff) I was there all morning

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

tearing moms room apart as well. To no avail. ∵ sadly mom is so much

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

better with her aids that this poses a big problem. Of course most

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

of the staff knows about it, and I am hoping we can come across it

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

in the next few days.

01/08/2019, 16:24

Administrator's iPhone (+12162244428)

Yes I heard about this and expect to follow up with you

01/08/2019, 16:25 (Viewed 01/08/2019, 16:27)

Gina C. (4405034326)

Ok I just wanted make sure I reported it as it happened. I only found out this morning. had I been called last night I would've gone and looked for it last night but no one called me  ·  I appreciate everything you can do thank you so much

01/08/2019, 16:28

Administrator's iPhone (+12162244428)

You're welcome

02/08/2019, 12:29

Administrator's iPhone (+12162244428)

They probably didn't call immediately because they had hoped to locate it before getting you worried about it. It has still not been located even with search of entire room and laundry as well.

04/08/2019, 08:41 (Viewed 04/08/2019, 10:30)

Gina C. (4405034326)

good morning Sara. Sorry to bother you....I've been on the phone with my mother for a half an hour she had to go to the bathroom I called the front desk for her no one answered , I left a message with the nurses station no one answered. My mom is sitting in her wet pad on a chair that chair and on the weekends they forget to put two pads on like they're supposed to. My sister is getting dressed and going over to help my mother it seems like there's not enough help to take my mother to the bathroom on the weekends.

04/08/2019, 08:42 (Viewed 04/08/2019, 10:30)

Gina C. (4405034326)

I was talking to my mother for a half an hour and she's crying for me to get her out of

bathroom. This is been going on for like 45 minutes actually

04/08/2019, 09:15 (Viewed 04/08/2019, 10:30)

Gina C. (4405034326)

I've just been getting these calls more frequently is all. My sister was there everything
is fine at this point.And I spoke with Debi at the front desk about making sure there are
two pads on her chair and a pad on her wheelchair for protection seems she's going
through her clothes a lot lately ⸫

04/08/2019, 10:32

Administrator's iPhone (+12162244428)

Hi Gina
I am in Europe right now. I will pass this on to Kelly to address

04/08/2019, 10:33

Administrator's iPhone (+12162244428)

I'm not sure what our staff was this weekend but I will also address with Kelly

04/08/2019, 10:35

Administrator's iPhone (+12162244428)

I just forwarded your texts to Kelly

04/08/2019, 10:42

Gina C. (4405034326)

Thanks have a wonderful trip 🖤

04/08/2019, 10:42

Administrator's iPhone (+12162244428)

Just got here and thank you I will!

04/08/2019, 10:42

Administrator's iPhone (+12162244428)

Please let me know if Kelly doesn't follow up with you

04/08/2019, 10:58

Gina C. (4405034326)

Well when my sister got there everything was OK by then. Mom was dressed and clean however my sister notices in ODOR ON my mother she couldn't seem to find where it was coming from she took her in the bathroom and cleaned her up really good. Sometimes if my mother is sitting she gets a fungus in the fold of her leg by her crotch. I'll mention for them to check that as she's getting a shower tomorrow have a good trip enjoy bye

04/08/2019, 11:00

Administrator's iPhone (+12162244428)

> More fun stuff from Gina

04/08/2019, 11:05

Administrator's iPhone (+12162244428)

> Thank you for letting me know and that was a sarcastic remark from me because I feel that you should not have to micromanage your Mothers care

04/08/2019, 11:05

Gina C. (4405034326)

I agree I feel like I'm writing a horse LOL only on the weekends usually

04/08/2019, 11:05

Administrator's iPhone (+12162244428)

> I'm sorry that you seem to experience issues especially when you are so proactive with her care

04/08/2019, 11:06

Administrator's iPhone (+12162244428)

> It makes me angry that you have to deal with this constantly

04/08/2019, 11:06

Gina C. (4405034326)

Thank you it is quite wearing on both of me and my sister.

04/08/2019, 11:07

Administrator's iPhone (+12162244428)

> So I am hoping that our new DON will oversee more directly and resolve issues

04/08/2019, 11:07

Administrator's iPhone (+12162244428)

> She is a very strong DON and is tough

04/08/2019, 11:07

Gina C. (4405034326)

I really do hope so that this happens soon because I'm getting really tired ⌣

04/08/2019, 11:08

Administrator's iPhone (+12162244428)

> I know and there are few family members like you and your sister who are so devoted to their loved ones care

04/08/2019, 11:08

Gina C. (4405034326)

I find that sad

04/08/2019, 11:09

Administrator's iPhone (+12162244428)

> Thanks always for your patience and we'll get this right

04/08/2019, 11:09

Gina C. (4405034326)

We're all only human LOL

04/08/2019, 11:10

Gina C. (4405034326)

i'll try really hard not to bother you again on your trip enjoy no one needs a break more than you do ☻

04/08/2019, 11:11

Administrator's iPhone (+12162244428)

> Thank you but please don't hesitate to contact me with concerns that become unresolved, ultimately my responsibility

04/08/2019, 11:13

Gina C. (4405034326)

Just so you know this is not "fun stuff" ......[?] 😩 😩 😩 😩 😩. You know I will ,
blessings💜

04/08/2019, 12:42

Gina C. (4405034326)

I really didn't appreciate The sarcastic comment Sara, it was hurtful, because if you
think what my mother, my sister and I are going through is "fun stuff" you've got another
thing coming. I believe that message was not meant for me. I'm anything but stupid. By
the way it's 3 1/2 half hours since the situation occurred and have I not received a call
from nurse Kelly. At This point there is no need for her to call me, unless there is a
problem with my mom and I need to know.
It's seems the situation has been taken care of hours ago. And I'll see my mother
tomorrow morning as I usually do. Sorry but that comment just didn't sit right with me,
in after thought...I just had to let you know. Have a good trip

04/08/2019, 12:43

Administrator's iPhone (+12162244428)

Yes that's why I said it was a sarcastic remark meant for Kelly

04/08/2019, 12:44

Gina C. (4405034326)

"Fun stuff? "That doesn't excuse That comment.

04/08/2019, 12:44

Administrator's iPhone (+12162244428)

Because I'm tired of continuous issues that remain unresolved by the nursing team

04/08/2019, 12:45

Gina C. (4405034326)

That is not my problem

04/08/2019, 12:45

Administrator's iPhone (+12162244428)

I know, it's mine

04/08/2019, 12:45

Gina C. (4405034326)

Listen just do your job have a good trip I'll do my job‚‚I pray a lot

04/08/2019, 12:46

Administrator's iPhone (+12162244428)

I do my job every day and now even on vacation, which I gladly do without hesitation

04/08/2019, 12:47

Gina C. (4405034326)

I know you do and I know how frustrating it can be. I do wish you well let's move on
with this I don't usually hold grudges I'm Catholic. Let's just hope mom is comfortable
and clean and dry and I'm happy thank you have a good vacation

04/08/2019, 12:47

Administrator's iPhone (+12162244428)

Like I said there will be New DON to directly address care issues

04/08/2019, 12:48

Gina C. (4405034326)

And like I said I'm Catholic and I'm praying‚‚‚‚‚

04/08/2019, 12:48

Administrator's iPhone (+12162244428)

As I told you, I will always be available for you and the rest of the facility

04/08/2019, 12:49

Administrator's iPhone (+12162244428)

In healthcare we tend to use sarcasm to ease stress. I do frequently

04/08/2019, 12:49

Administrator's iPhone (+12162244428)

I'm Catholic as well and pray every night for guidance and assistance

04/08/2019, 12:50

Gina C. (4405034326)

Sarah I said I was moving on. I understand. I say things too that are funny in tough situations to ease things up, But when it comes to my mother and her care I don't find anything funny about it sorry

04/08/2019, 12:51

Administrator's iPhone (+12162244428)

It wasn't meant to be humorous it was a sarcastic remark to someone who should be overseeing care.

04/08/2019, 12:52

Gina C. (4405034326)

Text messages get Miss Fred and miss understood. I understand that

04/08/2019, 12:52

Gina C. (4405034326)

See my voice text was supposed to say miss read LOL can't trust these things

04/08/2019, 12:53

Administrator's iPhone (+12162244428)

It's my frustration with them. How many times have we been over these issues and yet they still happen, totally frustrating for me. And worse for family members

04/08/2019, 12:53

Administrator's iPhone (+12162244428)

Ok so I think we both get it now

04/08/2019, 12:55

Gina C. (4405034326)

I do understand your position Sara and I'm watching every day what is going on and what you are going through. Yes it must be extremely frustrating let's put this behind us because I really like you and I know you're trying to do a good job here and I want to support you. I'm just tired of riding EAstpark like a horse I would like to be able to come in and visit my mom and never say a word to anybody ever when that be nice 🗚 🐴 ?

04/08/2019, 12:55

Again I apologize for what we are missing with Dorothy. Moving forward

04/08/2019, 12:55

Gina C. (4405034326)

Yes moving forward my husband's hungry I'm trying to cook and you're trying to have a nice trip in Europe enjoy

04/08/2019, 12:55

Administrator's iPhone (+12162244428)

Thanks Gina

04/08/2019, 13:10 (Viewed 04/08/2019, 14:06)

Gina C. (4405034326)

'.'

11/08/2019, 14:43 (Viewed 11/08/2019, 15:02)

Gina C. (4405034326)

Good afternoon Sara. It seems my sister and I talk to my mother on the phone for at least an hour and call the front desk to get someone in to change my mother but she sits in her wet continuously. This is happening lately more so than not. I don't want any excuses I just don't want to be on the phone with my mother for an hour while she's crying that no one has come in there to change her. And it's a fact because I'm actually on the phone with her all that time. And calling the front desk.. My sister is livid because she's out of town and it took me an hour to get someone to get in there to change mom and to get her on the phone with my sister. Have a good day I really hope you get help soon because my mother is suffering because of lack of aids in EAstpark. I'm getting really tired of following up every single minute of the day to make my mother comfortable and well cared for. This is never happened before in the past year and it's happening almost every day now. I know because I hang up her clothes for each day and when the laundry comes back she'll have eight pairs of slacks from Monday till Thursday meaning. My mom is sitting in the wet long enough for it to soak through to her pants. It's a fact that if she's changed in a timely fashion her pants never get wet. This is not happening for the last month and now. And I'm very in tune to her laundry. Don't take your time to answer this text message I know you're really busy I just hope that you can fix these things I don't want excuses I just want peace in my life and I don't have that right now with the way things are going there with my mother.

11/08/2019, 15:08

Administrator's iPhone (+12162244428)

Hi Gina
Please contact Kelly. We do have a new DON but she is out until the 19th. I was just on the phone with Kelly about another matter and told her you were texting me. I am so sorry to know that these issues continue with your Mother! I will make sure that you and your sister get resolutions to them and we can get her care in place once and for all. Again, thank you for letting me know about your mom and I will be back in town next weekend. In the meantime please talk with Kelly to get things going to resolve

11/08/2019, 15:12

Administrator's iPhone (+12162244428)

I forwarded your text to Kelly

11/08/2019, 15:25 (Viewed 11/08/2019, 15:26)

Gina C. (4405034326)

I have been on this issue for hours. I have completely exhausted myself and I am completely stressed and so is my sister who is driving on the road and just wanted to say hello tO mom then spent 45 minutes, listening to mom cry . Kelly has my phone number thank you

11/08/2019, 15:29

Administrator's iPhone (+12162244428)

Ok just sent this to Kelly

11/08/2019, 15:30

Administrator's iPhone (+12162244428)

Again I apologize for all this

11/08/2019, 15:42 (Viewed 11/08/2019, 15:43)

Gina C. (4405034326)

I know Sara, I know you mean well the constant apologies are not helping my mother get the care that she is supposed to be getting on a daily basis in a consistent manner. I'm tired of being a babysitter. There's a complete lack of communication from your office to the people on the floor especially the new people. The regular staff are overworked and I can see the stress in them as they work, as I read body language, I did it for a living when I owned my beauty salons in New England With 50 employees and thousands of women clients. I needEd to read body language it was part of my business. I know they're stressed and overworked and doing jobs they shouldn't even be doing to help out, you do have a handful of some very compassionate wonderful hard working aids and nurses and laundry staff and kitchen. No I have been here ?

years. I know you're trying hard but my mothers care is failing now on a daily basis. There is no reason I should have eight pairs of pants in the laundry from Monday to Thursday I was appalled. There should've been three pairs or 4 pairs. This means that eight times she sat in her P long enough for it to soak through...

11/08/2019, 15:44

Gina C. (4405034326)

I am so sorry and feel terrible about having to burden you with this while you're on your vacation. Everyone deserves time off to heal and peace in their life's with their families. I will not be bothering you again as it will probably be the same report. I will just wait and hope and pray that there will be some changes for the better when it comes to toileting my mother.

11/08/2019, 15:46

Administrator's iPhone (+12162244428)

Okay, I get it. Please believe me that I will resolve this asap. Sorry, Gina while this help you now I will make sure that all this will change

11/08/2019, 15:46

Gina C. (4405034326)

Thank you Sarah and I do pray that you do. You're in my prayers daily I know how hard this must be I'm not blaming you I just want peace thank you

11/08/2019, 15:47

Administrator's iPhone (+12162244428)

I can do nothing directly from here

11/08/2019, 15:47

Gina C. (4405034326)

Please try to enjoy the remainder of your time. I'm sure Kelly is doing what she can

11/08/2019, 15:47

Administrator's iPhone (+12162244428)

Gina
I pray every night that my residents are well taken care of

11/08/2019, 15:48

Amen

11/08/2019, 15:48

Administrator's iPhone (+12162244428)

She is

11/08/2019, 15:48

Gina C. (4405034326)

👏👏

11/08/2019, 15:48

Administrator's iPhone (+12162244428)

Kelly is so good

11/08/2019, 15:48

Gina C. (4405034326)

I know Kelly has been there from day one she is a great nurse but she has a lot on her shoulders I understand that

11/08/2019, 15:48

Administrator's iPhone (+12162244428)

Please keep communication open with her

11/08/2019, 15:49

Gina C. (4405034326)

I will

11/08/2019, 15:49

Administrator's iPhone (+12162244428)

Good

14/08/2019, 10:05 (Viewed 14/08/2019, 10:06)

Gina C. (4405034326)

Good morning Sara. Your staff has been really good taking care of the injury that one

ofThe podiatrist People did to my mothers toe by accident I'm sure. However he failed to report the incident of cutting my mothers toe and making It bleed, to the nurse Renee. Instead he put her white sock on in her shoe over it. My sister said the sock was completely covered with blood soaked. My mothers right foot was just healing and now she has another injury on her left foot. Everything is been taken care of Robin , so far she has looked at her. But my mother is going through unnecessary pain because of it. Dare I even ask if you ordered her her hearing aids yet because it is very hard to deal with her without them. We have to repeat constantly and she cannotEnjoy the events because she cannot hear anything from far away when they're talking. I hope when you come back you can address the hearing aid situation as soon as possible as my mother did so much better with them in her ears. Thank you and welcome back for more fun stuff. ☺

14/08/2019, 10:32

Administrator's iPhone (+12162244428)

> Hi Gina
> I will call you later after I discuss with Kelly to get an update on what's going on

22/08/2019, 14:44 (Viewed 22/08/2019, 14:46)

Gina C. (4405034326)

Good afternoon Sara. I finally met your DON. I really like her best wishes. This is a good text letting you know that things of been much better. I see many improvements happening as far as moms care goes. I wish you well and thank you for always hearing my concerns. Have a great afternoon.

22/08/2019, 14:47

Administrator's iPhone (+12162244428)

> Hi Gina
> So good to hear that!

22/08/2019, 14:47

Gina C. (4405034326)

By the way your staff right now is highly dedicated and extremely efficient. I'm talking every department from the kitchen to the laundry room.I commend everyone of them🖤

22/08/2019, 14:47

Gina C. (4405034326)

☺

22/08/2019, 14:48

Administrator's iPhone (+12162244428)

Wonderful! You just made my day!

22/08/2019, 14:49 (Viewed 22/08/2019, 14:50)

Gina C. (4405034326)

i'm glad to report something good. i'm a very positive person generally. You're doing a great job blessings

22/08/2019, 14:50

Administrator's iPhone (+12162244428)

Thank you

22/08/2019, 14:50

Gina C. (4405034326)

You're very welcome

30/08/2019, 20:23 (Viewed 30/08/2019, 20:38)

Gina C. (4405034326)

Good evening Sara sorry to bother you. My mother was having a hard time letting the girls dress her around 7 o'clock this evening she was hollering at them and I asked Crystal to have the nurse please call me about if mom calms down or not. I tried to call the front desk twice and no one is answering I have not received a callback from the nurse since I called at 7 o'clock? No one is answering at the front desk I left a message at the nurses station as well. I would like to know the condition of my mother this evening please thank you·

30/08/2019, 20:39

Administrator's iPhone (+12162244428)

I'll have your mothers nurse call you

30/08/2019, 20:39 (Viewed 30/08/2019, 20:40)

Gina C. (4405034326)

I finally got an answer nurse Laurie. New admissions I hear. But my mother is still not ready for bed because she was ornery tonight. I just wanted to know what was going on and now I know and everything's fine sorry I bothered you

30/08/2019, 20:40

Administrator's iPhone (+12162244428)

Ok glad you got a response

30/08/2019, 20:41

Gina C. (4405034328)

It took a while, never took that long I was getting a little nervous. Then I thought something was wrong with the phones again. But turns out they're just really busy. All good good night thank you

30/08/2019, 20:41

Administrator's iPhone (+12162244428)

Have a good night

30/08/2019, 20:42 (Viewed 30/08/2019, 20:43)

Gina C. (4405034328)

👍

02/09/2019, 15:46 (Viewed 02/09/2019, 15:51)

Gina C. (4405034326)

Good afternoon. It's been weeks mom has had no hearing aides in? What's up?

02/09/2019, 15:52

Administrator's iPhone (+12162244428)

I'll try to have an answer tomorrow for you

02/09/2019, 15:53

Gina C. (4405034326)

Thank you peace

02/09/2019, 15:53

Administrator's iPhone (+12162244428)

I'll let you know asap

02/09/2019, 15:53

Administrator's iPhone (+12162244428)

Need to discuss with the owner

02/09/2019, 15:54

Gina C. (4405034326)

04/09/2019, 16:30

Administrator's iPhone (+12162244428)

Hi Gina
I did speak with the owner today and he's going to let me know tomorrow about the
hearing aids. By the way, are they insured by any chance?

04/09/2019, 16:31

Gina C. (4405034326)

No they were not insured Medicare bought them for her and she's not due for a new
pair for two more years I think.

04/09/2019, 16:32

Administrator's iPhone (+12162244428)

Yes I know that they were purchased under Medicaid, but wondering if possibly
covered by insurance

04/09/2019, 16:32

Administrator's iPhone (+12162244428)

Just checking

04/09/2019, 16:33

Gina C. (4405034326)

iPad yes your right but no insurance.

04/09/2019, 16:33

Gina C. (4405034326)

That was supposed to say Medicaid not iPad LOL

04/09/2019, 16:33

Administrator's iPhone (+12162244428)

Yeah I got that

04/09/2019, 16:38

Administrator's iPhone (+12162244428)

Ok well I'll be in touch with you tomorrow

04/09/2019, 16:39 (Viewed 04/09/2019, 16:48)

Gina C. (4405034326)

I'll be there from about 10 or 11 until around 2 o'clock in the afternoon visiting mom. Thank you and have a good evening

04/09/2019, 21:15 (Viewed 04/09/2019, 21:16)

Gina C. (4405034326)

Sorry to bother you tonight Sara. But I've been trying to get a nurse to call me since 730 actually, 645. When I spoke with my mother she was upset and I needed to speak with the nurse about the situation. It is now 915 and I have not still received a call. When I called there I am put on hold and never get through to anybody. I just wanted to know my mom's condition after I had spoke with her at 7 o'clock

04/09/2019, 21:19

Administrator's iPhone (+12162244428)

I just spoke with her nurse and she will be calling you shortly after she finishes her med pass

04/09/2019, 21:19 (Viewed 05/09/2019, 00:34)

Gina C. (4405034326)

Thanks

05/09/2019, 15:51

Gina C. (4405034326)

Good afternoon Sara. I still believe the nursing home is responsible for my mother's hearing aid since we had an agreement that I would be called when it was lost. It was written down to call me they called me all the other times they did not call me when this one was lost I do not feel it was my responsibility to replace it. I feel it is the nursing
Electronically filed 7/65/2025 2:14 4 PM / CONFIRMATION 1636769745 / CV 23 983002 / Confirmation Nbr. 3217080 / BATCH

for my mother's hearing aid and are giving me something else to replace the hearing aids which I talk to the DON about.

05/09/2019, 15:51

Gina C. (4405034326)

I agreed with her that we could try them on Monday. But I am still unhappy with the decision that the owner made over when hearing aid that I am not responsible for replacing.

05/09/2019, 15:52

Gina C. (4405034326)

Stephanie herself told me the hearing aid was in at 3 o'clock so what happened between 3 o'clock and 7:30 in the evening I don't know but no one called me till the next day in the afternoon

05/09/2019, 16:19

Administrator's iPhone (+12162244428)

I called Holly's Hearing and waiting on call back for appointment for Dorothy

05/09/2019, 16:20

Gina C. (4405034326)

Great news!

05/09/2019, 16:21

Administrator's iPhone (+12162244428)

I'll keep you posted

05/09/2019, 16:21

Gina C. (4405034326)

Thank you so much

06/09/2019, 13:02

Administrator's iPhone (+12162244428)

Hi Gina
Please call me when you have a minute, thanks

06/09/2019, 13:06

Gina C. (4405034326)

Not feeling very well right now laying down. Can I call you later this afternoon please? Or is it urgent?

06/09/2019, 13:07

Administrator's iPhone (+12162244428)

Not urgent

06/09/2019, 13:07

Administrator's iPhone (+12162244428)

Call at your convenience

06/09/2019, 13:07

Administrator's iPhone (+12162244428)

Feel better

06/09/2019, 13:07

Gina C. (4405034326)

Ty

06/09/2019, 14:40 (Viewed 06/09/2019, 14:42)

Gina C. (4405034326)

Is it a good time to call you now?

06/09/2019, 14:42

Administrator's iPhone (+12162244428)



Yes

07/09/2019, 10:23 (Viewed 07/09/2019, 10:41)

Gina C. (4405034326)

Good morning Sara it's the weekend. Seems are shortstaffed Only 3 aides? because my mother is in her room crying with a stomachache. I had a hard time getting to her on the phone ..This happens all the time. Now she is in pain and no one is helping her. Well they came in the room and dialed my number for her but they did not address her

stomach ache.I'm in the phone now with her in pain for over 45 min.. listening to her moan . The reason being someone may have put butter on her toast which is dairy, and I Asked that butter and milk. to be taken off the menu only peanut butter on her toast. I bet if you check with the kitchen they buttered her toast this morning. And my mother suffers for it Every time they do. I have had to call up a couple of mornings to remind them not to butter her toast.

07/09/2019, 10:25 (Viewed 07/09/2019, 10:41)

Gina C. (4405034326)

Sorry to bother you with this. My mother is missing 2/3 of her stomach from previous surgery she cannot handle the grease or the milk that butter provides in the body it does not digest and she gets very ill. To the point of vomiting sometimes and it coming out of both ends so this is why I am concerned about this butter on her toast this morning

07/09/2019, 10:26 (Viewed 07/09/2019, 10:41)

Gina C. (4405034326)

Ty

07/09/2019, 10:41

Gina C. (4405034326)

Update. I talked with your wonderful nurse Stephanie. She's taking care of my mom that's all I wanted to know thank you. She also said that they did not put butter on her toast but sometimes they do put milk in her coffee and that makes her sick to it happens by accident sometimes you never know. The girls you have are very sincere and good workers there just aren't enough of them thanks

07/09/2019, 10:52

Administrator's iPhone (+12162244428)

I just spoke with Stephanie and all seems fine now

07/09/2019, 10:54

Gina C. (4405034326)

Yes, Thank you. When I can't get to see mom a whole day or two I call her periodically. And when the staff is too busy to do that for me my mother gets angry and I get frustrated at home not being able to get through to her because she cannot dial phone. I do appreciate every single one of your staff and the time they do take for my mother to do that one little thing it makes a big difference in my moms in my life every day.💜

07/09/2019, 10:54

Administrator's iPhone (+12162244428)

Good then you should tell them that

07/09/2019, 10:54

Administrator's iPhone (+12162244428)

They would appreciate that

07/09/2019, 10:57

Gina C. (4405034326)

I try too 🐘 and always will

07/09/2019, 10:58

Administrator's iPhone (+12162244428)

Good

09/09/2019, 10:20

Administrator's iPhone (+12162244428)

Hi Gina
Is it the left or right ear for the missing hearing aid?

09/09/2019, 11:16 (Viewed 09/09/2019, 11:19)

Gina C. (4405034326)

Sorry Sara I just got this text but I'm sure you know by now it was the right ear missing

09/09/2019, 11:19

Administrator's iPhone (+12162244428)


Yes

09/09/2019, 11:19

Administrator's iPhone (+12162244428)


Right

09/09/2019, 11:19 (Viewed 09/09/2019, 11:20)

12/09/2019, 18:49

Gina C. (4405034326)

Good evening Sara. Your reception is Sherry just hung up on me. My mother was upset today and I'm calling to talk to Nurse Stephanie she won't put me through to her and she won't give a message to them to have them call me for my mother either. Is there anyway I can get a call from Nurse Stephanie or my mother please or I'm going to have to get in my car and drive down there myself to see how my mother is this evening thank youAgain Sheri is the only one that gives me a hard time when I asked for a simple phone call before my mother goes to bed.

12/09/2019, 18:50

Administrator's iPhone (+12162244428)

I'll call

12/09/2019, 18:50 (Viewed 12/09/2019, 18:55)

Gina C. (4405034326)

Ty do much

12/09/2019, 18:53 (Viewed 12/09/2019, 18:55)

Gina C. (4405034326)

Ty someone called me for mom 

12/09/2019, 18:55

Administrator's iPhone (+12162244428)

I spoke with sherry as well

12/09/2019, 18:56

Gina C. (4405034326)

I don't know why she as an attitude with me? But thank you 🖤

12/09/2019, 19:22 (Viewed 12/09/2019, 20:36)

Gina C. (4405034326)

FYI : I think your staff is exceptional from the kitchen to the cleaning. Your nurses are wonderful. Your aids as well. You Did a great job Sara! My mother's room has never

been cleaner. Laundry has been perfect. Your staff is extremely friendly and accommodating to me all the time and my moms needs! I really appreciate all you have done for me as you put EAstpark back together. You have always been there for us and We do greatly appreciate everything that you have done. You did a fantastic job from top to bottom.making EAstpark shine again! God bless you 💜

12/09/2019, 19:23 (Viewed 12/09/2019, 20:36)

Gina C. (4405034326)

Your nursing team has never been better.

12/09/2019, 20:36

Administrator's IPhone (+12162244428)

Thanks Gina! I was out walking my dogs so just saw this now

12/09/2019, 20:39

Gina C. (4405034326)



08/10/2019, 12:07

Gina C. (4405034326)

Good afternoon Sara. Just wondering what the holdup was on mom's hearing aid? Hope you're having a good day get back to me on that hopefully with a hearing aid LOL

08/10/2019, 12:08

Administrator's iPhone (+12162244428)

Not sure but they did receive the check. I will call and see what they say.

08/10/2019, 13:12

Gina C. (4405034326)

Ty

10/10/2019, 08:59

Gina C. (4405034326)

Good morning Sara. I heard from Hollys Hearing they're going to be dropping off mom's hearing aid today. Sometime around four I believe. I won't be able to be there. I am hoping that your "new"staff since mom lost her hearing aid, knows the proper way

of applying mom's hearing aid so that little wire is not sticking out. They never fall out if
they're placed incorrectly. Thank you Sara and have a good day

10/10/2019, 09:01

Administrator's iPhone (+12162244428)

Not to worry, they will be aware of the proper placement

10/10/2019, 09:03 (Viewed 10/10/2019, 09:31)

Gina C. (4405034326)

By chance one goes missing please make note call Gina immediately I can be there in
five minutes to look. Thanks Sara I really appreciate it

10/10/2019, 17:07 (Viewed 10/10/2019, 17:08)

Gina C. (4405034326)

Good evening Sara I hope everything went well at 4 o'clock with mom and Hollys
Hearing. Sorry we couldn't be there JoLynn is home in bed sick she was going to try

10/10/2019, 17:13

Administrator's iPhone (+12162244428)

Everything is fine, no clips on the hearing aids but there is an order to check placement
every 4 hours

10/10/2019, 17:30 (Viewed 10/10/2019, 17:32)

Gina C. (4405034326)

Thank you 🖤

10/10/2019, 17:32

Administrator's iPhone (+12162244428)

You're welcome

11/10/2019, 10:17 (Viewed 11/10/2019, 10:36)

Gina C. (4405034326)

Good morning Sara. I just wanna give you heads up on what happened this morning. I
called mom on the phone and Darlene assisted my mother telling me that my mom's
hearing aids were in her ears. This means protocol was not followed as we spoke
yesterday, not to put the hearing aids in until the attachment was on them so my mom

does not lose them. For some reason from the chain of command it's not getting over to the nurse on duty. If I would've called mom would've lost that today and I would've been responsible?

11/10/2019, 10:18 (Viewed 11/10/2019, 10:36)

Gina C. (4405034326)

P.S. did they say how long it would be Till these attachments would be applied to mom's hearing aids?

11/10/2019, 10:18 (Viewed 11/10/2019, 10:36)

Gina C. (4405034326)

I asked Darlene to remove the hearing aids and give them to Stephanie nurse in charge of mom today to hold until then thank you

11/10/2019, 11:00

Administrator's iPhone (+12162244426)

Ok here's the deal, Louise forgot to leave a note to nurse staff to make sure no hearing aids until clips attached. I just spoke with Stephanie who had no idea about it but has made the note to pass on to staff.

11/10/2019, 11:10 (Viewed 11/10/2019, 11:36)

Gina C. (4405034326)

I'm the net! Glad I contacted you thank you

11/10/2019, 17:58 (Viewed 11/10/2019, 18:41)

Gina C. (4405034326)

Good evening Sara, well it's a good thing I came to dinner tonight. I stopped to bring mom some sweaters. Mom was sitting in front of her food with no help. Denise Kroesen had ordered that someone feed mom or be with her when she's eating. Otherwise my mother does not know what is in front of her. It wasn't happening tonight. No one was even in the room with mom or near her table when I came in and it's almost 6 o'clock. I mentioned it to several of the aids they all looked very busy feeding others in the other room. I just told them that mom was supposed to have help eating at her meals. Josie came to my rescue and offered to feed my mother. I told her since I'm here I will do it myself tonight but I am not happy with knowing that someone is not attending her during meals. Will you please make sure that this order is also known by everyone thank you

11/10/2019, 18:42

Administrator's iPhone (+12162244428)

I don't know what order you are talking about. I will check with the on call manager to see what was going on. She was there for dinner

11/10/2019, 18:43

Gina C. (4405034326)

Well my mother was sitting alone and she needs direction when she's eating that's all

11/10/2019, 18:43

Gina C. (4405034326)

Ask Denise Kroesen about it

11/10/2019, 18:44

Administrator's iPhone (+12162244428)

So does many other residents there but I will check

11/10/2019, 18:44

Gina C. (4405034326)

I had a lengthy discussion about it

11/10/2019, 18:47 (Viewed 11/10/2019, 18:48)

Gina C. (4405034326)

Ty

17/10/2019, 14:04 (Viewed 17/10/2019, 14:10)

Gina C. (4405034326)

Thank you for helping me today the best you could as you always do. I appreciate all the attention that came to the situation and I'm very sorry that I had to pull everyone off their usual job for the problem. However please do not say anything to Yolanda she was only agreeing with me. If I wanted to get people in trouble I can tell you something that every single person in there has said at one time or another... Yolanda Is one of your best ! waiting to hear about that hearing aid again. Thanks for acting on that as well. Have a good rest of the day.

17/10/2019, 14:12

Administrator's iPhone (+12162244428)

I will follow up with you after I speak with Holly's Hearing. Hope you get to go to that event tonight and enjoy.

17/10/2019, 14:12

Gina C. (4405034326)

Ty 🖤

17/10/2019, 15:34 (Viewed 17/10/2019, 15:46)

Gina C. (4405034326)

One more thing Sara. I thought about what Louise said about not putting a diaper on mom at night. That chair is going to get annihilated. I would like it put loosely around her at night please thank you

17/10/2019, 15:46

Administrator's iPhone (+12162244428)

Ok I will pass this on to Louise and the unit manager

17/10/2019, 15:47

Gina C. (4405034326)

Ty

17/10/2019, 15:47

Administrator's iPhone (+12162244428)

Also I called Holly's Hearing

17/10/2019, 15:47

Administrator's iPhone (+12162244428)

You can call me when you have time to discuss what she told me

17/10/2019, 16:13 (Viewed 17/10/2019, 16:28)

Gina C. (4405034326)

Ty

17/10/2019, 16:29

Administrator's iPhone (+12162244428)

> **The unit managers and Louise are aware of your last request**

17/10/2019, 16:32 (Viewed 17/10/2019, 16:33)

Gina C. (4405034326)

Thank you very much. My sister is with mom now we bo th notice mom has been very lethargic all day. It was very painful to roll her over on that right side, but that bad right shoulder. I told Louise about it. Louise was right there when they were rolling her over to clean her up and it was killing her right shoulder. So it's a good thing she's going to be in her chair thank you very much

17/10/2019, 16:33

Gina C. (4405034326)

Thanks for everything

17/10/2019, 16:33

Administrator's iPhone (+12162244426)

> **You're welcome**

17/10/2019, 16:34

Gina C. (4405034326)

I'm gonna put on my big girl panties try to go out tonight with my husband to this gig it means a lot to him. Save the bed for me next to mom LOL joking 👇

17/10/2019, 16:34

Gina C. (4405034326)

Ty

17/10/2019, 16:36

Administrator's iPhone (+12162244426)

> **Great, you need to have some fun! You'll like it there.**

17/10/2019, 16:37

Gina C. (4405034326)

You're a good person Sara. Ty

Administrator's iPhone (+12162244428)

> Thanks Gina

17/10/2019, 16:38

Administrator's iPhone (+12162244428)

> You know I'm here for Dorothy and try to best by her. She's lucky to have such to have such devoted daughters

17/10/2019, 16:39 (Viewed 17/10/2019, 16:42)

Gina C. (4405034326)



20/10/2019, 09:23 (Viewed 20/10/2019, 09:26)

Gina C. (4405034326)



Good morning Sara sorry to bother you. I called this morning as I've been calling more often since I am checking to make sure mom is not sitting in wet. Every two hours. I spoke with Lori this morning and I know that my mother gave them a hard time last night. So I wanted to make sure this morning she was clean and dry and on the phone with me after breakfast. No call. I had to sign a paper to keep her in the chair and I want to make sure you guys are keeping your end up. However this morning I've been calling since 730 to get a phone call from my mom. But they're too busy to dial my number?. I want to speak to the nurse to know that she is changed and dry. Debi the receptionist tells me it is quite hectic back there and I have not got a phone call yet. So I am driving over to Eastpark to see if my mother is clean and dry and if she's dressed and doesn't have her breakfast food on her clothes (this happens) for when my brother gets there today at noon today for her lunch

20/10/2019, 09:27

Administrator's iPhone (+12162244428)

> I will call now

20/10/2019, 09:29 (Viewed 20/10/2019, 09:34)

Gina C. (4405034326)

I just got a phone call from mom they dialed for her but they did not assist her getting it to her ear so it's upside down and she can't hear me.

20/10/2019, 09:29 (Viewed 20/10/2019, 09:34)

Gina C. (4405034326)

She sounds lethargic and terrible I'm coming over there to see her I hear in the background

20/10/2019, 09:34

Administrator's iPhone (+12162244428)

I just spoke with Stephanie and Dorothy is fine

20/10/2019, 09:34

Administrator's iPhone (+12162244428)

They are busy and down to 3 aides today

20/10/2019, 09:41

Gina C. (4405034326)

Is this why my mothers sores not healing. Or is it because she keeps the aids away from her during the night in her rage of being woken up every two hours. Moms mind is declining...I'm just trying to keep my mom dry in those areas from Parma Heights. I know how hard it is for your aids to deal with my mother at this time also.
It's really no one's fault. That's how her "sores got like this sitting in P "from the words of Robin. I knew that, her areas weren't being dried properly. I don't care how many aids are there I just want to make sure my mother is dry every two hours and her sores are tended to so they do not get worse. Dorothy has been acting lethargic for three days I'm wondering if it's because of the infection that she has? Or I'm wondering is this dementia rapidly declining. I'm sorry to bother you Sara but this is my mother and I have to keep on top of it. I know you're doing your best to , thank you . And when they made me sign the paper that she needs to be in the chair, I need to make sure every two hours she's being attended to in that area. And I will continue to do so.

20/10/2019, 09:54

Gina C. (4405034326)

I'm sure mom is fine, however I'm worried about those sores healing and her mind is slipping rapidly it's just stressful

20/10/2019, 09:57

Administrator's iPhone (+12162244428)

Every day is different for your mom but I believe the staff takes good care of her and are aware of her needs and your particular requests in her care

20/10/2019, 09:57

Gina C. (4405034326)

Ty

20/10/2019, 10:21

Gina C. (4405034326)

Sara went apologize for bothering you today. I'm here with mom. My anxiety has taken control of me with mom's declining mind. The staff you have here is excellent I never doubt them I just wish there were lots more of them. Have a great day

20/10/2019, 10:21

Administrator's iPhone (+12162244428)

You too

22/10/2019, 15:36 (Viewed 22/10/2019, 15:37)

Gina C. (4405034326)

Good afternoon Sara. Why did I have to hear about bedbugs from lolly the resident that will be staying with my mother for this evening. I was informed by Nurse Sara that mom would have a roommate lolly which is fine, but Sara failed to mention that they were cleaning her room for bedbugs. My sister is there and lolly tells her about it. When Sara was on the phone with me she never mentioned bed 🐛 .. I'm itching right now

23/10/2019, 14:55 (Viewed 23/10/2019, 15:39)

Gina C. (4405034326)

Good afternoon Sara I just came from EAstpark. I stop by this morning just to drop off a few sweaters. I was appalled
by the way my mother's room looked and smelled of P. Everyone already knows about it and has done everything they can to make it better but I thought you should know. What I wanna know is why I had to walk in there and find out her chair smell the P why didn't someone tell me. ?
Or do something about it. The chair should've been cleaned immediately. I worked wiped it up the best I can with Clorox wipes and sprayed it with Lysol spray. This is what my mother will be sleeping in tonight. Dave will be cleaning it tomorrow morningBecause it needs a whole day to dry I wish someone who had changed the

pad on mom's chair this morning and realize that it smelled and her P went through would've recognized it and reported it. I don't really know who it was I don't really care I just want it not to happen again. thank you. I reported to and was was in contact with the nurse on staff the whole morning and she took care of everything for me there's really nothing else to do except make sure they know when something like this happens they they report it so it can be cleaned immediately thank you

23/10/2019, 17:07

Administrator's iPhone (+12162244428)

Hi Gina
Just getting this now as I have been at an appointment this afternoon. I will share with unit manager to handle.

23/10/2019, 17:12 (Viewed 23/10/2019, 17:13)

Gina C. (4405034326)

I was a little upset when I got there and everyone tried to accommodate me the best they can to get it cleaned up (Rubber gloves were on the floor, along with bags of garbage on the floor in the bathroom, feces on the toilet seat, Watch outbasically text you to let you know what goes on sometimes. I didn't like the way they set my mom in the room after lunch when I got there she was staring at a TV with no water near her I could go on about the things that were wrong this morning. It was just a bad morning. Thank you again I'm trying to unwind and get this out of my head today. I know mom is being taken care of now. Ty

23/10/2019, 17:13

Gina C. (4405034326)

(some of my text in the last comment didn't pick up right with my voice, but I think you understand what I was talking about.)

23/10/2019, 17:14

Gina C. (4405034326)

That was supposed to be after breakfast not lunch I'm sorry

23/10/2019, 17:14

Administrator's iPhone (+12162244428)

Yes I understand and I am not happy about your experience. I will put an investigation in place

23/10/2019, 17:14

Administrator's iPhone (+12162244428)

That's unacceptable

23/10/2019, 17:15

Gina C. (4405034326)

I am happy about Robin Yolanda coming in and checking mom's wound and letting me know that it was healing that was at 2 o'clock. I've been calling to make sure everybody's on top of that and they have been even though she is in her chair. That's why her chair is important to be kept clean, I'm sure you understand

23/10/2019, 17:15

Administrator's iPhone (+12162244428)



I do

23/10/2019, 17:16

Gina C. (4405034326)

Ty soooo much

24/10/2019, 16:38 (Viewed 24/10/2019, 16:40)

Gina C. (4405034326)

Good afternoon Sara you know me I don't like to just report the wrong things that happened, I like to report the good. Besides mom's condition being very lethargic today everything seemed in order with her room and nurses and staff. I really like some of the new people you hired, and I hope they work out for all of us. Please have a good evening and thank you for your hard work

24/10/2019, 16:41

Administrator's iPhone (+12162244428)

Thanks so much for your kind words, hope things stay together

24/10/2019, 16:49 (Viewed 24/10/2019, 16:56)

Gina C. (4405034326)

I believe and have faith 💜 🙏 💚

26/10/2019, 17:34 (Viewed 26/10/2019, 18:49)

Gina C. (4405034326)

Electronically Filed 07/24/2023 13:34 / MOTION / CV 23 976445 / Confirmation Nbr. 2917030 / BATCH

Good evening Sara . I'm worried about mom tonight . I would like to know that no Agency ade is with her. They have been having trouble transporting my mom at night and I must make sure that her wounds are kept dry and that new people follow through. Thank you

26/10/2019, 19:01

Administrator's iPhone (+12162244428)

Hello Gina
No agency staff assigned to your Morn tonight. Melissa Carpenter is her aide.

26/10/2019, 19:02

Gina C. (4405034326)

Thank you so much for your time 🌷

26/10/2019, 19:02

Administrator's iPhone (+12162244428)

You're welcome

26/10/2019, 19:04

Gina C. (4405034326)

Have a great week end💜

26/10/2019, 19:04

Administrator's iPhone (+12162244428)

Thank you!

26/10/2019, 19:04

Administrator's iPhone (+12162244428)

You as well

26/10/2019, 19:05

Gina C. (4405034326)

I will 🌷 👐

29/10/2019, 15:08

Good afternoon I have been in phone listening to mom for 25 min and she said she wet
.. no tv on that I can here,??? I keep calling . If that sore gets bad it because if this

29/10/2019, 15:19

Gina C. (4405034326)

I'm talking to Louise right now

29/10/2019, 15:20

Administrator's IPhone (+12162244428)



Okay

29/10/2019, 15:29

Gina C. (4405034326)



It seems mom was not wet but that isn't the point I asked someone to check on her a
half an hour ago she couldn't swallow her mouth was dry and she needed water. Me
and Louise discussed everything. Between you and me, Louise puts words in my
mouth. she said I was accusing everyone, I wasn't accusing  any one at all !!! All I was
doing was calling the desk reporting what my mother was experiencing on the phone
with me and wanted someone to check on mom...And that was dry mouth and wet
pants. Louise told me her pants were not even wet!!! I told her it didn't matter if they
were wet or not the point is I needed someone to check on my mom and no one called
me back and it was not getting done... because I was on the other end of the phone
listening to my mother and no one came in there. Louise told me someone went in
there I never heard anyone go in the room with mom during the 30 minute phone wait. I
just wanted you to know the facts because I don't trust Louise will tell you my side
correctly.

29/10/2019, 15:31

Gina C. (4405034326)

Louise did try to be kind After she accused me of accusing you guys, and told me to
contact her if I have any problems with my mother from now on.

29/10/2019, 15:31

Wow

29/10/2019, 15:33

Administrator's iPhone (+12162244428)

Ok I think that's good for her to directly deal with your concerns but of course you can still contact me

29/10/2019, 15:36 (Viewed 29/10/2019, 15:45)

Gina C. (4405034326)

Of course thank you. Seems when I talk to Louise she turns around what I am trying to say. I don't think she understands me. I'm not complaining I'm reporting. And I think 30 minutes is kind of long to get a phone call when I think my mom is dry and in the room with I'll being able to reach her water. I didn't even get a phone call I was on the phone with my mother still Louise walked in the room and just picked up the phone and caught me there. That's where we talked I really never got a phone call from anyone

29/10/2019, 15:48

Administrator's iPhone (+12162244428)

Ok but at the very least in all this you were able to talk with someone. I was there at the doorway while Louise was talking with you. I spoke with Stephanie the nurse who told me what was happening at the time you were on the phone with your mother

29/10/2019, 15:48

Gina C. (4405034326)

It's all good now I guess mom is fine I hope she has her water and doesn't dehydrate is all

29/10/2019, 15:49

Administrator's iPhone (+12162244428)

I will double check

29/10/2019, 15:49

Gina C. (4405034326)

Ty Sara

29/10/2019, 15:51

Sure

30/10/2019, 19:04 (Viewed 30/10/2019, 19:10)

Gina C. (4405034326)

Good evening Sara. Tonight I received a call from therapy that it was important to use the hoyer for My mother(Dorothy) I did agree. I have seen how it is so hard to get mom in to the bathroom with three people and it risks her getting hurt or someone getting hurt. However I am concerned about her transition tonight for the first time I don't know who her aid or nurse is. I'm hoping it's an easy transition for them all. I guess I'd like the nurse to call me tonight to let me know how this is working with mom tonight and who her ade is so I feel more comfortable that she's not freaking out over this new thing

30/10/2019, 19:05 (Viewed 30/10/2019, 19:10)

Gina C. (4405034326)

So sorry to bother you with this

30/10/2019, 19:11

Administrator's iPhone (+12162244428)

I will call the facility and have her nurse contact you

30/10/2019, 19:12 (Viewed 30/10/2019, 19:13)

Gina C. (4405034326)

Please thank you very much. At her convenience 🖤 I will be here standing by ty

30/10/2019, 19:14

Administrator's iPhone (+12162244428)

I just told the receptionist to make sure that her nurse contacts you regarding this. Her nurse tonight is Meghan

30/10/2019, 19:15

Administrator's iPhone (+12162244428)

I will be out walking my dogs shortly so I won't have my phone with me for about an hour

30/10/2019, 19:15

Gina C. (4405034326)

Electronically Filed 07/24/2023 13:34 / MOTION / CV 23 976445 / Confirmation Nbr. 2917030 / BATCH

I did call earlier but sometimes I wait all night and never get a call 😕 I wanted to make sure tonight that someone did contact me about how mom is doing thank you

30/10/2019, 19:15

Gina C. (4405034326)

No Sara I do appreciate everything ty

30/10/2019, 19:15

Gina C. (4405034326)

No problem

30/10/2019, 19:16

Administrator's iPhone (+12162244428)

Ok let me know if you don't hear from them

30/10/2019, 19:16

Gina C. (4405034326)

Kk

30/10/2019, 23:31 (Viewed 31/10/2019, 00:31)

Gina C. (4405034326)

I never got a call I'm going to bed good night

30/10/2019, 23:34 (Viewed 31/10/2019, 00:31)

Gina C. (4405034326)



31/10/2019, 10:00 (Viewed 31/10/2019, 11:30)

Gina C. (4405034326)

Good morning Sara, I ended up speaking with Megan at midnight last night I called she was very good at explaining what went on. What really upset me was the fact that

therapy called and said there was no more bathroom she was going to be on the hoist and that no one called me to answer my concerns and questions. Rene this morning answered my questions mom did great with the hoist that's all I wanted to know what is the minds of me and my sister. Thank you and have a good day ▾

31/10/2019, 11:33

Administrator's iPhone (+12162244428)

Hi Gina
I spoke with Meghan this morning and she told me that she had finally connected with you. She misunderstood the receptionist's message. Good to know also that Rene was helpful. Have a great day and Happy Halloween!!

31/10/2019, 11:34

Gina C. (4405034326)

Thanks Sara I appreciate your kindness you have a wonderful day and happy Halloween to you and your family

31/10/2019, 11:34

Administrator's iPhone (+12162244428)



09/11/2019, 09:29 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

Good morning Sara I've told the kitchen numerous times my mother cannot eat bacon she gets stomachache and I'm sitting with her now because they gave her bacon this morning and she has a stomachache again because of them not listening to what is supposed to be done at her. They were other issues when I got here as well however Renee has handled them for me.

09/11/2019, 09:31 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

Sorry to bother you with this. But my mother suffers when they put dairy , fatty bacon or cream in her food for on her tray

09/11/2019, 09:36 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

My mother had no bib on her at breakfast she had food all over her clothes I've been
Electronically waiting since breakfast for someone to change/confirmation You can not have enough

people here I see everyone is extremely busy

09/11/2019, 09:41 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

And her hearing aids were not put in...I won't even mention the hoist that was stuffed up between her legs and looked so uncomfortable I'm tellin

09/11/2019, 10:01 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

My mom
my mom having breakfast like this acceptable I'm sorry whoever left her like this it's totally unacceptable.. I'm still waiting for someone to change her I came in at 8 o'clock just to kiss my mom and bring a sweater. I'm still here because there aren't enough aids

09/11/2019, 11:39 (Viewed 09/11/2019, 11:40)

Gina C. (4405034326)

Sarah I took these pictures today of mom's left arm. I believe it is because she needs a bar on the wall. She fights them and they have to hold her. Just wanted you to see. Thank for all you do

09/11/2019, 11:41

Administrator's iPhone (+12162244428)

Ok I have already discussed that with Renee

09/11/2019, 11:41

Gina C. (4405034326)

Ty so much

09/11/2019, 11:41

Administrator's iPhone (+12162244428)

You're welcome

11/11/2019, 14:45 (Viewed 11/11/2019, 16:46)

Gina C. (4405034325)

Good afternoon Sara. Well today was sure a great morning everything was perfect your

staff was fantastic mom got a shower and Sierra is wonderful Aid. Just letting you know everything's all good thank you very much

11/11/2019, 16:47

Administrator's iPhone (+12162244428)

Hi Gina,
Great to hear!!

20/11/2019, 15:03 (Viewed 20/11/2019, 15:04)

Gina C. (4405034326)

Good afternoon Sara. Everything is going great with mom today I stopped in for a short visit with my husband. We were both surprised that when we got to the door near mom The entire hallway smelled of urine horribly. That never happens usually just letting you know. It was not in moms room moms room was very clean. The odor was draping the hallway..? FYI Have a good evening

20/11/2019, 15:05

Administrator's iPhone (+12162244428)

I'm sure it was a situational issue but not long standing. But thanks for letting me know

20/11/2019, 15:05

Gina C. (4405034326)

I hope so it was really bad my husband hardly ever visits and he was taken back by it

20/11/2019, 15:06

Administrator's iPhone (+12162244428)

This is not typical

20/11/2019, 15:06

Gina C. (4405034326)

No it's not that's why I'm let you know anyway have a good evening I left for the evening I'll be back in the morning I'll let you know if I still smell it then ,I doubt it ..have a good night

20/11/2019, 15:06

Administrator's iPhone (+12162244428)

You too

20/11/2019, 15:07

Gina C. (4405034326)

20/11/2019, 15:07

Administrator's iPhone (+12162244428)



23/11/2019, 10:32 (Viewed 23/11/2019, 10:34)

Gina C. (4405034326)

Good morning,, my mom has been crying for 15 mins on phone to me with stomach pain... I called three times ,,, what going on? My sister is coming up there now.

23/11/2019, 10:34

Administrator's iPhone (+12162244428)

I don't know because I am not there, I will call

23/11/2019, 10:36 (Viewed 23/11/2019, 10:42)

Gina C. (4405034326)

Almost 20 minutes I called 4 times

23/11/2019, 10:38 (Viewed 23/11/2019, 10:42)

Gina C. (4405034326)

Mom still on phone with me, she says she pooped now stomach ach I little better.. still no one there

23/11/2019, 10:40 (Viewed 23/11/2019, 10:42)

Gina C. (4405034326)

She say no hearing aide in her ears either?

23/11/2019, 10:41 (Viewed 23/11/2019, 10:42)

Gina C. (4405034326)

23/11/2019, 10:42

Administrator's iPhone (+12162244428)

I'll call you

23/11/2019, 10:42

Administrator's iPhone (+12162244428)

I just spoke with the nurse

23/11/2019, 10:47 (Viewed 23/11/2019, 10:52)

Gina C. (4405034326)

She is still sitting in her shit no one is there she won't tell them

23/11/2019, 10:51 (Viewed 23/11/2019, 10:52)

Gina C. (4405034326)



I actually started calling early this morning and it took me until now and no one is still in there my sister went in there just now

23/11/2019, 10:51 (Viewed 23/11/2019, 10:52)

Gina C. (4405034326)



23/11/2019, 10:51 (Viewed 23/11/2019, 10:52)

Gina C. (4405034326)



23/11/2019, 10:52

Gina C. (4405034326)

So I would say from like nine 930 until about 10 minutes ago when my sister got there I don't know what's happening down there now

23/11/2019, 11:11

Gina C. (4405034326)

One more thing, more fun stuff. LOL please tell someone to put mom's hearing aids in correctly. She should be having them in at breakfast they're still not in her ears. Thank you no more fun stuff today ··

23/11/2019, 11:12

Administrator's iPhone (+12162244426)

Ok I'll take care of it

23/11/2019, 11:12 (Viewed 23/11/2019, 11:13)

Gina C. (4405034326)

Thank you

23/11/2019, 11:12 (Viewed 23/11/2019, 11:13)

Gina C. (4405034326)

👍👍

23/11/2019, 11:13

Administrator's iPhone (+12162244426)

You are welcome

28/11/2019, 14:53 (Viewed 28/11/2019, 22:56)

Gina C. (4405034326)

Hi Sara, I just came home from East Park. What a wonderful Thanksgiving lunch! Have a Happy Thanksgiving ....We are very grateful for every thing you do to make East Park a clean, safe, friendly place for my mother and all the residents! Your staff is exceptional. Peace and blessings for a wonderful year to come as well 💗

14/12/2019, 07:11 (Viewed 14/12/2019, 08:12)

Gina C. (4405034326)

Good morning Sara. Sorry Sara got more "fun stuff".....I stopped by to see mom about seven 730 last night. When I went in the room she was laying across the bed not straight in the bed like she is supposed to be. She was crying and her nightgown was up bunched under her back ribs and on the middle of her back. Creating a bulge... I guess they had just put her to bed. I don't expect mom's night gown to be halfway up her back bunched up, it should be pulled under her bottom and on her legs like a nightgown should be. Bunching it up under her back like that is not good for her back either. And my sister said this isn't the first time we found her like that.
I also found my mothers clothes in the trash CAN next to the bathroom door and I have a picture if you want to see it. Her clothes were stuffed into a garbage basket and soaked with P. Her agency aid Stephanie had dressed her for bed. Of course I told Renee and I met mom's "agency" aid Stephanie and told them both that this was unacceptable. Rene was clearly busy with other residents and helped me until Stephanie came back in the room to help me straighten mom's nightgown down where it is supposed to be and adjust mom in bed properly. There was no water next to my mom's bed either for her to reach.
I thought we were not having agency aids? .Again this one did not know about my mother's right shoulder issue, and she clearly cannot put my mothers clothes into a trashcan without being in a plastic bag with P on them leaving it wide open for me to smell when I come to visit my mother. My mother has been complaining about her right shoulder again. My mom was also telling me that her bottom was sore. I did talk to Renee about that. Just letting you know what went down last night it's a weekend.

14/12/2019, 07:12 (Viewed 14/12/2019, 08:12)

Gina C. (4405034326)

Rene is a fantastic nurse she was doing everything she could to help me she seemed to have way too many people in the common area to have to deal with and no one else was around to help her. I hated bothering her to come in the room with me when I noticed these things because she was handling other patients. Where is everybody I only saw Vicki at the other end?

14/12/2019, 08:05 (Viewed 14/12/2019, 08:12)

Gina C. (4405034326)

Electronically Filed 07/24/2023 13:34 / MOTION / CV 23 976445 / Confirmation Nbr. 2917030 / BATCH
Well I'm here at 8:05 and find mom in front of her food and no one feeding her she

looks lethargic her lips are chapped and dry and I'm kind of worried what's going on?
Marianne told me she was busy and she had to do other things and then she was going
to get around feeding your mother

14/12/2019, 08:09 (Viewed 14/12/2019, 08:12)

Gina C. (4405034326)

I'm feeding my mother

14/12/2019, 08:19

Administrator's iPhone (+12162244426)

I will check in with staff to see what's going on. I don't know who was assigned to
Dorothy this morning to assist with her meal. We still use agency when we need it to
cover openings in the shifts. I will talk with Renee for details about that aide so I can
make sure that we don't use her again. I will also make sure that Louise and the Unit
Manager are aware of this.

14/12/2019, 08:43 (Viewed 14/12/2019, 08:46)

Gina C. (4405034326)

Ty

14/12/2019, 08:47

Administrator's iPhone (+12162244426)

I'll be sure to take care of all of this, that issue on Saturday was totally unacceptable

14/12/2019, 08:51

Administrator's iPhone (+12162244426)

I meant Friday

14/12/2019, 08:52

Gina C. (4405034326)

Thank Sara

14/12/2019, 08:52

Administrator's iPhone (+12162244426)

You're welcome Gina

14/12/2019, 09:41 (Viewed 14/12/2019, 09:44)

Gina C. (4405034326)

If someone can not feed mom lunch today or when ever ... I'd like to be called, I will come and do it if your short handed 👊

14/12/2019, 09:44

Administrator's iPhone (+12162244428)

I'm going to see what is happening now

14/12/2019, 10:12 (Viewed 14/12/2019, 10:31)

Gina C. (4405034326)

I cannot bear to watch how my mother is being changed right now

14/12/2019, 10:12 (Viewed 14/12/2019, 10:31)

Gina C. (4405034326)

She obviously needs help there's only one girl here Marianne and she needs help my mother is difficult there is no one around to help her

14/12/2019, 10:17 (Viewed 14/12/2019, 10:31)

Gina C. (4405034326)

Nurse came

14/12/2019, 10:32

Administrator's iPhone (+12162244428)

Ok I just had a conversation with Kelly Baker who said she spoke with you but glad the nurse came

14/12/2019, 10:53 (Viewed 14/12/2019, 10:55)

Gina C. (4405034326)

Well I told Kelly I would make mom's bed and I'm having a very hard time with it Heather was nice enough from laundry to come in and help me do it. For a week now I've told them we need those paper pads for mom's bed and chair and still there are none in the room

14/12/2019, 10:56

Administrator's iPhone (+12162244428)

**Please tell the nurse**

14/12/2019, 12:53 (Viewed 14/12/2019, 13:12)

Gina C. (4405034326)

Ty

14/12/2019, 13:40 (Viewed 14/12/2019, 13:46)

Gina C. (4405034326)

Thanks Sara I hope the rest of the weekend is smooth sailing for all. As a thank you and for Christmas I am not good at getting cards. But I did give Jill $100 for Activities and I saw Cathy (office )today and gave her $100 for your wonderful staff to have a nice lunch or snack whatever you choose to do. The ones at work so hard there all the time for you are loyal workers and I do appreciate all that you all do for mom even though every once in a while I have "fun stuff" for you. LOL please have a wonderful holiday season Sara thank you and you staff for everything that you do 🌷

14/12/2019, 13:46

Administrator's iPhone (+12162244428)

**Thanks Gina**

14/12/2019, 13:48

Administrator's iPhone (+12162244428)

**Unfortunately we cannot accept your donation for the staff, You can donate to activities but not to staff**

14/12/2019, 13:49

Administrator's iPhone (+12162244428)

**it's a state regulation**

14/12/2019, 13:50

Gina C. (4405034326)

I Understand...How about give that 100 then to kitchen for food or event ?

14/12/2019, 13:51

Administrator's iPhone (+12162244428)

**it should go to activities with that specific directive from you**

14/12/2019, 13:52

Gina C. (4405034326)

Great keep it for activities too then. 🖤🖤

14/12/2019, 14:32

Gina C. (4405034326)

All set then , 200 donated to activities !!!! Merry Christmas 🎁 🎄

14/12/2019, 14:32

Administrator's iPhone (+12162244428)

Ok thank you so much!

14/12/2019, 14:33

Administrator's iPhone (+12162244428)

Wonderful

14/12/2019, 14:33

Administrator's iPhone (+12162244428)

It will help them

14/12/2019, 14:33

Gina C. (4405034326)

Gave Jill 100 and Kathy100, sorry next time I know 🖤 · 🤪🥰

14/12/2019, 14:34

Administrator's iPhone (+12162244428)

Gratefull

14/12/2019, 14:34

Gina C. (4405034326)

Our pleasure░░░░░░ 🖤

21/12/2019, 16:11 (Viewed 21/12/2019, 16:24)

Gina C. (4405034326)

Good afternoon sorry to bother you but I have asked before lunch several times to have some one dial my number for my mom. Still no call? Can you help me get some one to dial for mom.

21/12/2019, 16:24

Administrator's iPhone (+12162244428)

Ok

21/12/2019, 16:25 (Viewed 21/12/2019, 16:30)

Gina C. (4405034326)

I really appreciate it cause I didn't wanna ride over there today and I haven't talk to her since early this morning

21/12/2019, 16:30

Administrator's iPhone (+12162244428)

Renee is taking care of this now

21/12/2019, 16:30

Gina C. (4405034326)

Oh ty

21/12/2019, 16:42 (Viewed 21/12/2019, 16:43)

Gina C. (4405034326)

She sounded so good thank you very much I really appreciate the extra effort to do that for me right now. Have a great evening Sara

21/12/2019, 16:43

Administrator's iPhone (+12162244428)

Good

21/12/2019, 16:43

Administrator's iPhone (+12162244428)

You're welcome

22/12/2019, 11:33 (Viewed 22/12/2019, 11:34)

Good morning Sara. Sorry to bother you again. But I asked this morning if someone could get my mom on the phone for me and that was about 9 o'clock. I have not heard from mom yet. So I called the front desk several times and no one is even answering at the front desk can you tell me what is going on? Or just have someone dial my number so I can say hello to my mother today thank you

22/12/2019, 11:44

Administrator's iPhone (+12162244428)

The Weekend Manager, Kelly Baker is taking care of this

22/12/2019, 11:45

Gina C. (4405034326)

Thanks just want to say hello to mom this morning, not gonna make it to see her today, thank you.

22/12/2019, 12:22 (Viewed 22/12/2019, 12:32)

Gina C. (4405034326)



Thank Kelly too

22/12/2019, 12:32

Administrator's iPhone (+12162244428)



22/12/2019, 12:34 (Viewed 22/12/2019, 13:05)

Gina C. (4405034326)

So sorry to bother you on the weekend I really appreciate it. that call means so much to me, mom might not remember it. But I thank you for your kindness. And I'll always remember 🙏 please have a blessed day Sara

22/12/2019, 13:21

Administrator's iPhone (+12162244428)

You're welcome, have a good day

22/12/2019, 13:22 (Viewed 22/12/2019, 14:27)

Gina C. (4405034326)

Ty

23/12/2019, 10:01 (Viewed 23/12/2019, 10:02)

Gina C. (4405034326)

Good morning Sara wondering Why mom did not get her scheduled shower today?
They are supposed to call me if it changes because it changes my schedule as well.
She's dressed and not showered which is fine but nobody told me

23/12/2019, 10:03

Administrator's iPhone (+12162244426)

I don't know

23/12/2019, 10:03

Administrator's iPhone (+12162244426)

I'll check with her nurse

23/12/2019, 10:04

Gina C. (4405034326)

It's really OK they said that Marianne washed her up good and Yolanda was on the
floor I guess. I just said asked in the past if they would let me know in the morning if the
shower is canceled because I could come later in the day that way

23/12/2019, 10:10 (Viewed 23/12/2019, 10:28)

Gina C. (4405034326)

Weekend fun stuff. Mom's dirty soiled clothes were in the wicker hamper again, they
were supposed to be taken to laundry. And I like to pads on mom's blue chair and
there's no pads on it

23/12/2019, 10:29

Administrator's iPhone (+12162244426)

I will let staff know this

23/12/2019, 10:29

Administrator's iPhone (+12162244428)

Not sure why there were no pads on her chair

23/12/2019, 10:35 (Viewed 23/12/2019, 10:46)

Gina C. (4405034326)

Thank you I went and got pads and put both of them on. I took the wet clothes down to the laundry that were in the hamper. Where is everybody today? Seems empty staffed.Lavern has been sitting in this hallway front of the TV in front of moms door crying since I got here?

23/12/2019, 10:35 (Viewed 23/12/2019, 10:46)

Gina C. (4405034326)

But then again I'm just gonna worry about my mother here and I will be here to feed her lunch today! Have a good day ! I'm sure you got all this!

23/12/2019, 10:47

Administrator's iPhone (+12162244428)

We are not short staffed

23/12/2019, 10:47

Gina C. (4405034326)

23/12/2019, 10:47

Gina C. (4405034326)

Nice to hear

23/12/2019, 10:47

Administrator's iPhone (+12162244428)

I will take care of your issues

23/12/2019, 10:47

Gina C. (4405034326)

Then why didn't mom get her planned shower?

23/12/2019, 10:47

Gina C. (4405034326)

Yolanda on floor I c. I know you will ty

23/12/2019, 10:51

Gina C. (4405034326)

I guess I'm a little upset about her shower because it is Christmas week and she will be getting visitors and her shower again is until Thursday.

23/12/2019, 10:52

Administrator's iPhone (+12162244428)

They can give her a shower today

23/12/2019, 10:53 (Viewed 23/12/2019, 11:01)

Gina C. (4405034326)

Well I was here to do her hair after her shower and I'm leaving at 2 o'clock.

23/12/2019, 10:54 (Viewed 23/12/2019, 11:01)

Gina C. (4405034326)

I'm doing your hair now and I'm here to go to lunch with her What time are they going to plan on giving it to her?

23/12/2019, 10:58 (Viewed 23/12/2019, 11:01)

Gina C. (4405034326)

If someone is washing her up well until Thursday. It probably would be best to wait till Thursday Now. Marianne said she washed her up this morning, My mom told me she did not get washed up. Mom is not always reliable. I don't really know what to do except finish doing my moms hair right now and take her to lunch because I have to leave at 2 o'clock · I have to do her hair after the shower because otherwise it hangs in her face and looks horrible and like I said she's getting visitors

26/12/2019, 09:08 (Viewed 26/12/2019, 09:33)

Gina C. (4405034326)

Good morning Sara. It's 9 o'clock I spoke with my mom and she cannot tell me whether or not she had a shower this morning. I called EAstpark and have not heard back from anyone yet but I need to know if my mother is getting her shower or not this morning. I

certainly hope she "is" since her shower was canceled on Monday. I plan to try to come after to do her hair and it's been more difficult for me because I never know what time she's getting her shower or if she even gets it or not. Can you please tell me if I could come down there at 10 o'clock and do my mothers hair as I usually do and if she had her shower or not because no one can seem to answer that question for me? I never had this problem before. Yolanda usually would do her shower and have her in the room by 10 o'clock and I plan my day accordingly to be with my mom. It seems they're dressing her in clean clothes....before she's getting in the shower which means I'm putting my clean clothes on her filthy body which makes me sick. Help?

26/12/2019, 09:44

Administrator's iPhone (+12162244428)

Louise will be calling you

26/12/2019, 09:54

Gina C. (4405034326)

Thank you I did talk to Louise and I am sorry for bothering you but I was at the end of my rope. When I can't reach or get an answer I usually text you. But from now on with nursing concerns I will definitely go to Louise. Unless she is not there after her hours or I can't get an answer from your staff. Thank you very much have a good weekend and merry Christmas

26/12/2019, 10:05

Administrator's iPhone (+12162244428)

If you don't get satisfaction please continue to contact me

26/12/2019, 10:07

Gina C. (4405034326)

Thank you Sara

26/12/2019, 10:09

Administrator's iPhone (+12162244428)

You're welcome, just want to be sure that you know I'm available if you need me at any time. This is true for all residents

26/12/2019, 10:09

Gina C. (4405034326)

26/12/2019, 10:09

Gina C. (4405034326)

:)

26/12/2019, 11:30 (Viewed 26/12/2019, 11:35)

Gina C. (4405034326)

Sorry to bother you again I just wanted you to see for the record my mothers legs. Louise is handling this. Thank you

26/12/2019, 11:35

Administrator's iPhone (+12162244428)

Yes Louise told me about her legs

26/12/2019, 11:36

Gina C. (4405034326)

Ok thank you

31/12/2019, 14:23

Gina C. (4405034326)

[?] Happy New Year

31/12/2019, 14:24

Administrator's iPhone (+12162244428)

Thanks so much, that's awesome!!! Love the fireworks! Same to you!

31/12/2019, 14:25

Gina C. (4405034326)



06/01/2020, 15:42 (Viewed 06/01/2020, 15:44)

Good afternoon Sara.... Can you make sure Mom's legs are elevated In Her chair with a pillow behind here back so she can sit upright and watch tv till dinner. Her legs looked horrible today. I did speak with Danielle and we were going to put her legs up but they were going to take her to the music. But I found out she did not go to the music and her legs are hanging in that wheelchair all this time. You could just make sure that her legs are elevated before dinner I would really appreciate it thank you.I didn't know who else to talk to I'm home now. Thanks

06/01/2020, 15:43 (Viewed 06/01/2020, 15:44)

Gina C. (4405034326)

After dinner too if possible? ▼

06/01/2020, 15:49 (Viewed 06/01/2020, 15:50)

Gina C. (4405034326)

This morning my mom was crying to me that her legs were "burning" and the nurse came in and put a patch over it. They don't look like they're healing to me they look worse than the day they were destroyed by whoever. I need to know that everyone knows to elevate my moms legs after lunch unless she goes to an event and or after dinner until the swelling is going down again and these bruises are healed. This is medically unacceptable to me and my husband and my sister what we are seeing on her legs right now and she's not getting her legs elevated as she should be unless I'm checking up on it and telling everybody to do it all the time. Ty

06/01/2020, 15:54

Administrator's iPhone (+12162244428)

Ok let me get back with you

06/01/2020, 15:59 (Viewed 06/01/2020, 16:07)

Gina C. (4405034326)

Ty

06/01/2020. 20:35

Gina C. (4405034326)

Good evening Sara sorry to bother you studying the pictures I have and medical opinion my sister-in-law, she believes there may be infection and that mom should be seen by a doctor in the morning and I would like the doctor to call me to discuss how we're going to clear up the situation with my mom's legs.

06/01/2020, 20:36

Administrator's iPhone (+12162244428)

Ok I'll let Louise and Danielle know your request and follow up with you tomorrow morning

06/01/2020, 20:37

Gina C. (4405034326)

Ty very much!

06/01/2020, 20:37

Administrator's iPhone (+12162244428)

You're welcome

06/01/2020, 20:41 (Viewed 06/01/2020, 22:09)

Gina C. (4405034326)

If you can please have her checked for cellulitis. She has had that before. 🙏❤️

07/01/2020, 11:29 (Viewed 07/01/2020, 11:49)

Gina C. (4405034326)

Good morning Sara I haven't heard from anyone but I did hear that nurse practitioner Denise is with her today and I am very satisfied with Denise seeing her and I trust in her expertise. Waiting to hear from you guys I'm satisfied with Denise seeing herAnd waiting for a follow up call

07/01/2020, 11:50

Administrator's iPhone (+12162244428)

Hi Gina
Danielle will follow up with you after Denise is done.

07/01/2020, 11:51 (Viewed 07/01/2020, 11:52)

Gina C. (4405034326)

Denise the practitioner spoke with me and she told me basically the same thing my sister-in-law told me. So the only problem here is the aids and nurses following protocol by keeping mom's legs elevated at times during the day until this is healed. I'm still concerned as to why it happened when it happened and who will take responsibility for it happening. Thank you no

07/01/2020, 11:51 (Viewed 07/01/2020, 11:52)

Gina C. (4405034326)

Thank you I meant

07/01/2020, 11:52

Gina C. (4405034326)

When I spoke with Danielle yesterday you were sitting with us I did not care for her telling me that other people have bruises a lot worse than my mothers. My mother is been there for nearly 3 years and has never shown any kind of bruises like this on her legs that have fingerprints on them. I don't like when people make excuses. That's she did

07/01/2020, 13:34 (Viewed 07/01/2020, 13:35)

Gina C. (4405034326)

Thank you. I spoke with Louise and Danielle and I'm trusting that your staff will now start following the charts as to what my mother's needs are to heal her legs. And I wish you guys luck with training the staff to be better educated with demented people like my mom.

07/01/2020, 14:05

Gina C. (4405034326)

One more thing ...Louise doesn't think it's important that we know who did this, but I do.
👏👏

08/01/2020, 08:55 (Viewed 08/01/2020, 09:11)

Gina C. (4405034326)

Good morning. Thank you for everything.louise even called me this morning to assure me that my mom's legs would be propped up Taken care of in the proper manner. Also she will be coached to drink her water she's been sounding very dry. Anyways it was just nice that Louise called me this morning to verify that they are doing this. I appreciate that. I'm stuck home today with a sick husband and a cold myself. Really just wanted to thank you and Louise. Your work on better care for mom 's conditions is greatly appreciated 🖤

08/01/2020, 09:14

Administrator's IPhone (+12162244428)

Good to know that she communicated with you. Take care of yourself and hope you



08/01/2020, 09:14

Gina C. (4405034326)

Thank you 🙏

08/01/2020, 09:15

Administrator's iPhone (+12162244428)

Stay warm!

08/01/2020, 09:16

Gina C. (4405034326)

Yeah you too it's freezing

08/01/2020, 09:16

Administrator's iPhone (+12162244428)

It's January

08/01/2020, 09:27 (Viewed 08/01/2020, 09:45)

Gina C. (4405034326)

That's for sure I turn64 in the 23rd....Mom says I was born on the coldest day of the year in 1956. LOL have a good day Sara I was just talking to mom and Robin was in the room checking her wound I'm really happy to hear. Thanks again for everything

08/01/2020, 09:28 (Viewed 08/01/2020, 09:45)

Gina C. (4405034326)

P.S. Denise Kroesen is an excellent practitioner too just have to tell you the good things not always reporting crap... lol and with that have a wonderful day

08/01/2020, 09:46

Administrator's iPhone (+12162244428)

Thank you for that, really appreciate hearing the good things! 😊

08/01/2020, 09:51

Gina C. (4405034326)

Wow as you texted me Robin just called me to let me know the update on the wounds to and that the doctor is going to be seeing her on Thursday. Seems like everybody's on target I Tytyty

08/01/2020, 09:51

Administrator's iPhone (+12162244428)

Great!!! Full moon Friday!

12/01/2020, 08:22 (Viewed 12/01/2020, 08:25)

Gina C. (4405034326)

Good Sunday morning

12/01/2020, 08:23 (Viewed 12/01/2020, 08:25)

Gina C. (4405034326)

Seems if I hadn't got here this morning man will be sitting in front of her cold food again with no one to feed her. Where is everybody.? I didn't like what went down last night in moms room when I was on the phone either I need to speak with you were Luis about these issues. To boot mom's hearing aids weren't put in correctly, I had to show the nurse how peoput

12/01/2020, 08:24 (Viewed 12/01/2020, 08:25)

Gina C. (4405034326)

Put the hearing aids in once again

12/01/2020, 08:26

Administrator's iPhone (+12162244428)

Ok I'm just waking up give me a minute to pull myself together

12/01/2020, 08:27

Gina C. (4405034326)

Nobody looks very happy in here for days I know the vibe? What's up. Will my mother be taken cate of today with legs. And now I'm noticing a big bleeding bruise on her right arm that is totally unattended to right now as I'm sitting here feeding her??????

12/01/2020, 08:41

Administrator's iPhone (+12162244428)

> I just spoke with her nurse and she's going to access Dorothy's arm and make sure her legs are addressed. She told me that you let her know the right ray to clip her hearing aids and also about today's breakfast schedule

12/01/2020, 08:44 (Viewed 12/01/2020, 08:45)

Gina C. (4405034326)

Yes

12/01/2020, 08:45

Gina C. (4405034326)

I just want to make sure that they are elevating her legs today after meals

12/01/2020, 08:46

Administrator's iPhone (+12162244428)

> They know

12/01/2020, 08:46

Gina C. (4405034326)

Ok ty I see that Bianka is with her today and I feel good about that thank you I just get worried this is a new bruise on her arm I don't know where this one came from

12/01/2020, 08:48

Administrator's iPhone (+12162244428)

> I am going to call Louise about it now

12/01/2020, 08:48

Administrator's iPhone (+12162244428)

> But I told the nurse to access the arm

12/01/2020, 08:50 (Viewed 12/01/2020, 08:52)

Gina C. (4405034326)

Ok ty

12/01/2020, 08:53

Administrator's iPhone (+12162244428)

I just spoke with Louise and she's aware and we can meet tomorrow and talk if you want to

12/01/2020, 08:53

Gina C. (4405034326)

Ok good

12/01/2020, 10:30

Administrator's iPhone (+12162244428)

The Unit Manager, Sarah will be there to access your Mother's arm.

12/01/2020, 11:01

Gina C. (4405034326)

Thank you I left for the day. My mother never had this many bleeding bruises on her in three years since she's been there. And when my mom had a bad bruise like that I would be getting a phone call about it I went in there to a bloody bandage today

12/01/2020, 11:01

Gina C. (4405034326)

FYI

12/01/2020, 11:02

Administrator's iPhone (+12162244428)

Ok I'll follow up with you

12/01/2020, 11:02

Gina C. (4405034326)

I'm sorry to bother you on a Sunday Sara. But my sister and I are beside our self with these bloody bruises already. I hope that I don't find another bruise on her this week

12/01/2020, 11:03

Administrator's iPhone (+12162244428)

I'm going to call Sarah soon to see what she has determined

12/01/2020, 11:05

Ty I'm going to 12 o'clock mass to pray🖤🖤

12/01/2020, 11:05

Administrator's iPhone (+12162244428)

Ok say a few for me too!

12/01/2020, 11:06

Administrator's iPhone (+12162244428)

I pray every night for the best I can do in my job and my life

12/01/2020, 11:08

Gina C. (4405034326)

Blessings Sara.... I always have you and all the wounderful regular staff you have, I just pray for more of them............ and peace

12/01/2020, 11:08

Administrator's iPhone (+12162244428)

Me too, but I can use all the support I can get

12/01/2020, 11:09

Gina C. (4405034326)

I'm on your side

12/01/2020, 11:10

Gina C. (4405034326)



12/01/2020, 11:12

Administrator's iPhone (+12162244428)



13/01/2020, 12:41 (Viewed 13/01/2020, 12:55)

Gina C. (4405034325)

Good afternoon Sara I'm sitting in my moms room with the light on now for over a half an hour. Waiting for someone to put my mom on a bedpan or change her depends. I've already gone to Louises office and went in there and told her that you don't have enough people working, I'm still waiting!!! Top it off Von did not even get a shower today again. I was not called and told. I have a schedule to keep and now I'm going to run late because I'm still sitting here waiting for someone with my mother.

13/01/2020, 12:41 (Viewed 13/01/2020, 12:55)

Gina C. (4405034325)

Push that button at 10 after and I'm still here

13/01/2020, 12:41 (Viewed 13/01/2020, 12:55)

Gina C. (4405034326)

I'm sorry Sara but you tell me to go to Luis and she does absolutely nothing. I feel she's useless

13/01/2020, 12:42 (Viewed 13/01/2020, 12:55)

Gina C. (4405034325)

I'm taking my mother to lunch now because I have a schedule and my mother is in a wet depends is far Zaino

13/01/2020, 12:46 (Viewed 13/01/2020, 12:55)

Gina C. (4405034325)

A far as o know

14/01/2020, 08:02 (Viewed 14/01/2020, 08:03)

Gina C. (4405034325)

Good morning Sara , I sure hope it's a better day for all today❤ I was wondering if mom is still on schedule with her bath/shower for Thursday since Monday was cancelled. They need to wash Dorothy up better today, I noticed her ears wear dirty inside. Hands and nails too she eats with fingers. 🖐 Just making sure because I don't know when I can be there today. I'm sorry to bother you with this today and I pray today goes better for all at East Park. ❤ Tell mom I love her.

14/01/2020, 08:02 (Viewed 14/01/2020, 08:03)

Ty

14/01/2020, 08:04

Administrator's iPhone (+12162244428)

Ok I will take care of this

14/01/2020, 08:04

Gina C. (4405034326)

Ty once again 👇

14/01/2020, 08:11

Administrator's iPhone (+12162244428)

You're welcome

15/01/2020, 09:43

Gina C. (4405034326)

Good morning Sarah. If you're going to be in Thursday tomorrow, I was wondering if you had five minutes to give me? I am usually come running to your office and walk in with my Concerns, and I do apologize for that. And you always address the matter immediately. and I thank you for that. It's in the heat of the moment.
So this time I just wanna make sure you have five minutes for me is all. Thank you I'll be there with mom from 10 till probably 2 o'clock tomorrow , Thursday if during that time is convenient for you anytime thank you

15/01/2020, 09:45

Administrator's iPhone (+12162244428)

You can come see me anytime after either before 11am and after 11:30am

15/01/2020, 09:46

Gina C. (4405034326)

Great I only need a few minutes. Not about nursing or aides. Something else I thought you should know. Thank you

15/01/2020, 09:47

Administrator's iPhone (+12162244428)

 mething bad.

15/01/2020, 09:55

Gina C. (4405034326)

I'm not sure until we speak. But it will be good to discuss this issue for both of us. I am on your side Sara I want this to work out here for mom. I am an honest catholic person and I want to tell you something that you should hear as an administrator. Person to person not in a text. So nothing is mis understood is all. 🙏

15/01/2020, 09:57

Gina C. (4405034326)

I would have stayed today, and tried to find you but. I fed my mom her breakfast this morning, but my husband needed the car I had to leave.

15/01/2020, 09:57

Administrator's iPhone (+12162244428)

**You can call me and talk**

15/01/2020, 09:58

Administrator's iPhone (+12162244428)

**But whatever makes you most comfortable**

15/01/2020, 10:04 (Viewed 15/01/2020, 10:12)

Gina C. (4405034326)

Thank Sara you are being so kind through all this. I'll see ya tomorrow no worries🙏

15/01/2020, 10:12

Administrator's iPhone (+12162244428)

**Ok thanks, have a good day**

15/01/2020, 10:49 (Viewed 15/01/2020, 10:50)

Gina C. (4405034326)

You too

15/01/2020, 12:04

Gina C. (4405034326)

I am on the phone with mom and she needs water! No one around? Shouldn't she be at lunch

15/01/2020, 12:04

Gina C. (4405034325)

15 min

15/01/2020, 12:04

Gina C. (4405034326)

I called to have some one help her

15/01/2020, 12:05

Administrator's iPhone (+12162244428)

They start taking them to the dining room now

15/01/2020, 12:05

Gina C. (4405034326)

I hear her asking for water!! She has the phone

15/01/2020, 12:05

Administrator's iPhone (+12162244428)

I will go check

15/01/2020, 12:09 (Viewed 15/01/2020, 12:19)

Gina C. (4405034326)

She stopped and is holding phone

15/01/2020, 12:18 (Viewed 15/01/2020, 12:19)

Gina C. (4405034326)

20 minutes it took me to get water to my mother I listen to her agonize crying she's thirsty ..she was sleeping with the phone on her lap by the time someone got there. It was Angela from Activities. Please tell her Aid that my mother needs to be in reaching distance of her water and coached to drink. I'm getting so tired of this Sara --

15/01/2020, 12:20

I saw her just a minute ago and she was asleep. I told the nurse that she needs to go to the dining room to have lunch

15/01/2020, 12:20

Gina C. (4405034326)

Thanks

15/01/2020, 14:25 (Viewed 15/01/2020, 14:30)

Gina C. (4405034326)

Thank you

15/01/2020, 14:30

Administrator's iPhone (+12162244428)

Sure, you're welcome

07/02/2020, 09:16 (Viewed 07/02/2020, 09:19)

Gina C. (4405034326)

Good morning Sara. Seems your phones are down at EAstpark I can't get through to anyone I wanted the nurse to call me about mom if you can get that message to her I would appreciate a phone call thank you

07/02/2020, 09:20

Administrator's iPhone (+12162244428)

Hi Gina
Phones are not down but I will let the nurse know

07/02/2020, 09:20

Gina C. (4405034326)

Ty

07/02/2020, 09:29

Administrator's iPhone (+12162244428)

Louise misunderstood me, I didn't think it was your Mother's phone. Facility phones were not down

Gina C. (4405034326)

Yes this happens when it snows in the winter. Your system needs to be reset I'm going right into voicemail when I call. I'll calls outgoing are fine incoming calls will go right into your voicemail. Let them know to check their voicemail. We're good at this technical stuff you should have my husband run your systems LOL he's a technology genius

07/02/2020, 09:37

Administrator's iPhone (+12162244428)

Ok

07/02/2020, 10:00

Administrator's iPhone (+12162244428)

You were correct, Danielle had the phones on do not disturb!! Apologize for the inconvenience

07/02/2020, 10:00

Gina C. (4405034326)

No problem at all

07/02/2020, 10:37 (Viewed 07/02/2020, 10:40)

Gina C. (4405034326)

I don't know what's going on here but I've had my mom's light on for 10 minutes she doesn't have her hearing aids in and she's laying in bed. A gentleman across the hall screaming at the top of his lungs and all these lights are on there's no one to be seen around here?

07/02/2020, 10:41

Gina C. (4405034326)



08/02/2020, 16:10

Gina C. (4405034326)

Good afternoon sorry to bother you today. But I would like to speak to moms nurse Stephane on duty. Is there a way you can have her call me. It's seems I can't get a call through to my mom and I would like to know how she is today and who her ade is ?this evening, ?seems all day I have been waiting

08/02/2020, 16:11

Administrator's iPhone (+12162244428)

Ok I'll call the facility

08/02/2020, 16:11 (Viewed 08/02/2020, 16:21)

Gina C. (4405034326)

Thank you I really appreciate it because I was not able to get there today to see my mom

08/02/2020, 16:24

Administrator's iPhone (+12162244428)

You're welcome

08/02/2020, 16:24

Gina C. (4405034326)

Stephanie called and I got to talk to her and mom thank you very much I really appreciate your time sorry to bother you have a good weekend

08/02/2020, 17:10

Administrator's iPhone (+12162244428)

Glad you were able to talk to them, have a good night

08/02/2020, 17:12 (Viewed 08/02/2020, 17:24)

Gina C. (4405034326)

👍

11/02/2020, 09:00 (Viewed 11/02/2020, 09:02)

Gina C. (4405034326)

Good morning Sara your telephones at EAstpark are going into voicemail again I'm trying to reach mom's nurse

11/02/2020, 09:02

Administrator's iPhone (+12162244428)

Phones are down

11/02/2020, 09:02

Gina C. (4405034326)

I c that

11/02/2020, 09:02

Administrator's iPhone (+12162244428)

I'll let you know when they are working

11/02/2020, 09:03 (Viewed 11/02/2020, 09:04)

Gina C. (4405034326)

No problem I just wonder who mom's nurse and aids are through the day when I cannot make it over there. And wanted someone to call me for her so I can say good morning. I'll standby and try again later good luck with the phone system have a good day thank you

11/02/2020, 09:04

Administrator's iPhone (+12162244428)

Ok I'll get back with you

11/02/2020, 09:04

Gina C. (4405034326)

Thank you so much I do appreciate that

11/02/2020, 09:06

Administrator's iPhone (+12162244428)

Sure

13/02/2020, 19:31 (Viewed 13/02/2020, 20:46)

Gina C. (4405034326)

Evening Sara. Sorry to bother you. But I need to speak with moms nurse. I just spoke with mom and she still sitting in her chair I believe and normally she's ready for bed right now she sounded real tired And agitated and I wanted to speak with the nurse but when Sheri is on desk duty she usually does not pass my messages back there, till she's ready to go home and I need to speak with someone as soon as possible please have the nurse call me thank you

13/02/2020, 19:40 (Viewed 13/02/2020, 20:46)

Gina C. (4405034326)

Thank you very much I got the call from Stephanie finally and They are running a little late I'm getting mom in bed tonight. I was just concerned because she was really agitated on the phone and wanted to lay down. Sorry to bother you have a good night

13/02/2020, 20:47

Administrator's iPhone (+12162244428)

Sorry I missed your call but I was out walking my dogs. Glad it worked out

13/02/2020, 20:52

Gina C. (4405034326)

No problem

13/02/2020, 20:52

Gina C. (4405034326)

Ty

13/02/2020, 20:52

Administrator's iPhone (+12162244428)

Good night

13/02/2020, 20:54 (Viewed 13/02/2020, 20:56)

Gina C. (4405034326)

Night 🌷

18/02/2020, 07:20 (Viewed 18/02/2020, 07:27)

Gina C. (4405034326)

Good morning Sara. It seems Louise is never there when I need to report something. Sorry, So I thought I'd text you. I seem to be finding mom's pills now and then , in her chair and on her floor. I don't want to mention any names but Nurse Dee yesterday was not diligent with my mothers pills. First she tried using a creamy spoonful of something, that my mother rejected which had the pill in it. My mom never takes her pills that way. My mother does not do well with milk and creams or dairy they should know it upsets her stomach... my

Mom will usually reject it too by closing her lips tight...So nurse D crushed it up and

nurse walked out. It popped out (the crushed pieces) along with little crumbs of the medication I could see them on moms lips! Then my mother was complaining of a horrible taste. It's a good thing I was there I had to make her drink water and try to get her to take the rest of the pill and tiny pieces remaining. And Nurse D is already out of the room with other people and their pills. Personally I don't trust her giving pills.. I've never seen anyone give my mom her pills like this before. Renee on the other hand comes in with the applesauce and or make her drink water and make sure the pills are completely swallowed before she walks out of the room. "Nurse D" did not do that yesterday. And I have found pills on my mom's floor as I said other times. Don't want to get Nurse D in any trouble please don't mention my name and she was otherwise OK with mom. FYI thank you for listening and I know you will look into this matter. Thank you

18/02/2020, 07:30

Administrator's iPhone (+12162244428)

> Hi Gina
> I will address this right away when I get to the facility, I will make sure that the UM takes care of this. Sorry to know that this took place. The nurse may not have done an appropriate med pass with your Mother and I will investigate and follow up with you .

18/02/2020, 07:32 (Viewed 18/02/2020, 07:33)

Gina C. (4405034326)

Sarah this is a follow up on my previous post here. I called EAstpark at 7:30 AM this morning spoke with Lauren and found out that the same nurse D, is with my mother today. I'm not real happy. I suggested to nurse Lauren , just a few minutes ago in a desperate phone call that maybe someone can follow up with her method of pill giving to my mother. Lauren said she would do it she could.

18/02/2020, 07:33

Administrator's iPhone (+12162244428)

> Ok I will take care of this

18/02/2020, 07:34

Gina C. (4405034326)

Ty

21/02/2020, 06:57 (Viewed 21/02/2020, 06:58)

Gina C. (4405034326)

Good morning Sara. Just a reminder because it was very busy yesterday when I was

trying to talk to you in the middle of the dining room. I will not be responsible for my mothers missing or broken glasses or missing hearing aids or missing tv remote. I have asked everyone "not" to put these on the stand next to mom. but some of the aids are still doing this.. Marianne, mom's current roommate, has taken many things from mom's table and even JoAnne from across the hall comes in and takes my mothers things. Took one of moms blankets and no one saw her????? Those two need to be better monitored no one is watching them. One day I saw JoAnne hit Betty in the head. I fear when Joann comes into my mothers room. So I am just stating that if these things are missing or broken. I know it's not because of my mom or myself. Please make sure they know not to leave these items on mom's table. Thank you and I hope that Marianne and Joanne can be better watched around other people. Thanks for listening once again and have a good day 🍖

21/02/2020, 13:35

Gina C. (4405034326)

Good afternoon Sara I just left EAstpark and I didn't get a chance to speak with you it's about Louise

21/02/2020, 13:36

Administrator's iPhone (+12162244428)

> Ok can I call you in about 30 minutes?

21/02/2020, 13:36

Gina C. (4405034326)

Absolutely anytime is fine I'm so exhausted thank you I'm home now resting

21/02/2020, 13:36

Administrator's iPhone (+12162244428)

> Ok I'll call you shortly

22/02/2020, 09:46 (Viewed 22/02/2020, 09:51)

Gina C. (4405034326)

Sorry to bother you but you need to call me thank you

22/02/2020, 09:47 (Viewed 22/02/2020, 09:51)

Gina C. (4405034326)

Good morning

22/02/2020, 09:51

Administrator's iPhone (+12162244428)

I will call you shortly

22/02/2020, 09:51

Gina C. (4405034326)

Ty

22/02/2020, 10:38

Administrator's iPhone (+12162244428)

Trust me I am taking care of your concerns

22/02/2020, 10:38

Gina C. (4405034326)

I do

22/02/2020, 10:38

Gina C. (4405034326)

Ty

23/02/2020, 08:25 (Viewed 23/02/2020, 08:49)

Gina C. (4405034326)

Good morning Sara. Is something wrong with the phones again I've called three or four times. If nothings wrong with the phones then someone just hung up on me the last time I called. I wanted to know who my "mother's nurse and aid" is this morning ???so that I am sure they know her routine. I want to make sure they're not someone new that doesn't know what they're doing with my mother. Which is usually the case when they're new. If you could just find out who her nurses and ade is for me, appreciate that. I'll let you deal with your telephones now too ? thanks sorry about this have a good morning

23/02/2020, 08:52 (Delivered 23/02/2020, 08:53)

Administrator's iPhone (+12162244428)

Hi Gina
The phones are working and I just spoke with Paige. Dorothy had Darreka today for her nurse.

23/02/2020, 08:55 (Viewed 23/02/2020, 08:56)

Gina C. (4405034326)

I don't care for this nurse I see the way she administers medicine. This is the one that
Louise told me was not here anymore. ??? Can you tell me who mom's aide is as well?

23/02/2020, 08:56

Administrator's iPhone (+12162244428)

I'm not sure

23/02/2020, 08:57

Administrator's iPhone (+12162244428)

She had an agency aide but that person called off. They have redistributed
assignments

23/02/2020, 08:58

Gina C. (4405034326)

Alrighty then... I just want to be sure that someone is with my mother that reads their
chart for once and knows her. Thank you 

23/02/2020, 08:59

Administrator's iPhone (+12162244428)

Ok

24/02/2020, 08:22 (Viewed 24/02/2020, 08:25)

Gina C. (4405034326)

Good morning Sara. Sorry to bother you but for the last two Mondays mom was not
getting showers due to not enough people on the floor so Yolanda has to go on the
floor. I'm certainly hoping today isn't one of those days I'm planning on coming over to
do her hair after her shower. Do you have any insight on this?thanks

24/02/2020, 08:22 (Viewed 24/02/2020, 08:25)

Gina C. (4405034326)

Sorry to bother you

24/02/2020, 08:26

Administrator's iPhone (+12162244428)

No I don't at the moment but I am on my way to work now and will Inquire

24/02/2020, 08:27 (Viewed 24/02/2020, 08:28)

Gina C. (4405034326)

And I thank you.

24/02/2020, 10:40

Gina C. (4405034326)

Good morning Sara well I'm in room 120 right now and mom did not have a shower. This is been going on lately I really like her to have a shower on Monday and Thursday. Marianne did a great job of washing them up this morning however she is a fantastic Aid. I hope next Monday mom is back on schedule again. Good luck with that. Have a good day Sara

24/02/2020, 10:41

Gina·C. (4405034326)

Washing "my mom"*

27/02/2020, 18:35 (Viewed 27/02/2020, 18:36)

Gina C. (4405034326)

Good evening Sara, Can you get please someone to go into moms room and give her a blanket and please get her ready for bed and her legs up they were swollen today . I have been on the phone with her 2o minutes waiting now. And called twice??

27/02/2020, 18:35 (Viewed 27/02/2020, 18:36)

Gina C. (4405034326)

Ty

27/02/2020, 18:36

Administrator's iPhone (+12162244428)

Ok

27/02/2020, 18:36

Gina C. (4405034326)

27/02/2020, 18:36

Gina C. (4405034326)

Ty

27/02/2020, 18:41 (Viewed 27/02/2020, 18:42)

Gina C. (4405034326)

Mom fell asleep in her chair with legs hanging swollen.. they should have been
elevated I even told Sara I the way out today. I can her clearly no one has come in her
room.

27/02/2020, 18:43 (Viewed 27/02/2020, 18:44)

Gina C. (4405034326)

I had this problem today no one around .

27/02/2020, 18:44

Administrator's iPhone (+12162244428)

Louise is calling you

27/02/2020, 18:44

Gina C. (4405034326)

Oh boy

27/02/2020, 18:44

Administrator's iPhone (+12162244428)

She's still at the facility

27/02/2020, 18:45

Administrator's iPhone (+12162244428)

She can verify your mother's status

27/02/2020, 18:50 (Viewed 27/02/2020, 18:51)

Gina C. (4405034326)

My mother was sleeping by the time she got there my mother told her she was not
freezing. But for 30 minutes my mother was freezing on the phone to me and no one

went to the room. It took 30 minutes to get Luis there and three phone calls. I don't
believe Luis I think she lies she said my mother was up in the chair with her feet up I'm
sorry she lied to me before I just don't believe her. But she did go to the room and they
did say they were going to put my mother in the bed. I can't trust somebody that lies all
the time. It's still took 30 minutes to get someone down there when I called three
times... Luis also said that the nurse was right across the hall if she was right across
the hall why did I have to call three times. Luis gives me nothing but excuses

27/02/2020, 18:52

Administrator's iPhone (+12162244428)

Sherry told me that she had directly went to the nurse after your call with your requests

27/02/2020, 18:52

Gina C. (4405034326)

Ok Well then why didn't somebody go into her room for 30 minutes

27/02/2020, 18:52

Gina C. (4405034326)

?

27/02/2020, 18:53

Gina C. (4405034326)

Sheri isn't a problem tonight she has been very cordial to me through all this. It's a
matter fact she was really nice to me I was kind of amazed

27/02/2020, 18:53

Administrator's iPhone (+12162244428)

Well that's one positive

27/02/2020, 18:54

Gina C. (4405034326)

🐝

27/02/2020, 18:54

Gina C. (4405034326)

You got that one right

27/02/2020, 18:54 (Viewed 27/02/2020, 18:55)

Gina C. (4405034326)

I'm really sorry I bothered you, all I wanted was one phone call and someone to be in there within 15 minutes would've been fine. But three phone calls and 30 minutes gets my blood pressure going LOL

27/02/2020, 18:55

Administrator's iPhone (+12162244428)



I know

27/02/2020, 18:55

Gina C. (4405034326)

Have a good nite . I'm sure Louise hates the air I breath..... but I'm on her!

27/02/2020, 18:57

Gina C. (4405034326)

If there's a problem it's always solved. There's never a need for lies and excuses. Luis seems to be full of them is all. I'm trying to work with her. I think she's trying too ♣

27/02/2020, 18:57

Administrator's iPhone (+12162244428)



Me too

27/02/2020, 18:58

Gina C. (4405034326)



28/02/2020, 13:42 (Viewed 28/02/2020, 14:11)

Gina C. (4405034326)

Can u call me?

Gina C. (4405034326)

Never mind I got a hold of Louise through Danielle. It seems that the new aid did not know how to handle mom's dementia when she needed to walk out of the room and let mom cool down. I believe it's under control I am at home don't know. I told Danielle to get someone that knew my mom and know how to treat this, Marianne the Aid is very good at this she walks away and comes back in 10 minutes and mom is fine.

28/02/2020, 14:11

Administrator's iPhone (+12162244428)

Sarah was with the nurse and had it under control

28/02/2020, 14:12 (Viewed 28/02/2020, 14:13)

Gina C. (4405034326)

Thank you and please thank Sara

28/02/2020, 14:14

Administrator's iPhone (+12162244428)

I will

29/02/2020, 18:41 (Viewed 29/02/2020, 18:43)

Gina C. (4405034326)

Good evening Sara so sorry to bother you but I have not been able to talk to my mother all day long or her nurse. I left several messages since this morning I haven't spoken with anybody. I wanted to find out how mom was doing today because I wasn't there? Can you help me?

29/02/2020, 18:43

Administrator's iPhone (+12162244428)

Yes

29/02/2020, 18:43

Administrator's iPhone (+12162244428)

Give me about 20 minutes

29/02/2020, 18:44

Administrator's iPhone (+12162244428)

I'm not in a position to call now

29/02/2020, 18:44

Gina C. (4405034326)

I do so appreciate it thank you not
Urgent but I've been waiting all day

29/02/2020, 18:44

Gina C. (4405034325)

Np

29/02/2020, 19:02

Administrator's iPhone (+12162244428)

Renee will be calling you shortly

29/02/2020, 19:02

Gina C. (4405034326)

Aww thanks so much

29/02/2020, 19:03

Administrator's iPhone (+12162244428)

Sure

29/02/2020, 19:03

Administrator's iPhone (+12162244428)

You're welcome

29/02/2020, 19:03

Gina C. (4405034326)

Have a great evening

29/02/2020, 19:03

Administrator's iPhone (+12162244428)

You too

29/02/2020, 19:04 (Viewed 29/02/2020, 19:27)

Gina C. (4405034326)

Thanks

04/03/2020, 07:36 (Viewed 04/03/2020, 07:38)

Gina C. (4405034326)

Good morning Sarah. Nothing big, however it is a little problem. Luis was supposed to make sure everyone put my mother's hearing aids in correctly. Apparently when they hoyer her they sometimes fall out. More than not. More than four times this week I've had to call and have someone fix them because they were hanging on her from that string that connects. (I only know this because I'm on the phone with her and she can't hear me when the hearing aid is not put in correctly) Thank goodness for that string, at least we're not losing them. Which by the way that string that connects to her shirt and clipped by the back of her neck,, should be tucked behind her ear not hanging in front of her ear. That's the way I find it when I come in. I've gone over this with Luis and several people but it doesn't seem to be getting through. Seems to be only Renee is the nurse that knows how to put them in the right way. Again I don't want to lose these hearing aids this needs to be addressed. Thank you for your time and listening once again. Have a great day

04/03/2020, 07:38

Administrator's iPhone (+12162244428)

I'll take care of this

04/03/2020, 07:42 (Viewed 04/03/2020, 07:45)

Gina C. (4405034326)

This is a hard one because different people are with mom at times. They have a rule that only the nurse can put the hearing aid back in. I feel that when the 2aides take mom and Hoyer her it might fall out and maybe the nurse is busy and it slipped between the crack and doesn't get replaced on her ear. I want to give permission to the aids that are with her, that if it falls out they are allowed to place it back in if possible.? But they do need to be shown how it's done. I have taught many of them how to put it back in. It's really not that hard. But they tell me they're not allowed to nurse has to do it. I do under stand.

04/03/2020, 07:57

Administrator's iPhone (+12162244428)

They are not allowed to do that, please don't insist that they do

04/03/2020, 07:57

Administrator's iPhone (+12162244428)

It's a nurse responsibility

04/03/2020, 08:07 (Viewed 04/03/2020, 08:08)

Gina C. (4405034326)

I was just saying it's ok with me.

04/03/2020, 08:07 (Viewed 04/03/2020, 08:08)

Gina C. (4405034326)

If you allowed

04/03/2020, 08:07 (Viewed 04/03/2020, 08:08)

Gina C. (4405034326)

Is all

04/03/2020, 08:08

Gina C. (4405034326)

Thanks for your help once again

04/03/2020, 08:09

Administrator's iPhone (+12162244428)

Sarah the UM is in the facility and can address your concerns directly. I am at a doctors appointment and can't assist you right now

04/03/2020, 08:09

Administrator's iPhone (+12162244428)

I told her if your concerns

04/03/2020, 08:10

Gina C. (4405034326)

Be well 🖤

04/03/2020, 08:10

Gina C. (4405034326)

Ty

04/03/2020, 08:10

Gina C. (4405034326)

Thank Sara for me

04/03/2020, 08:10

Administrator's iPhone (+12162244428)

 Ok I will

04/03/2020, 15:57

Gina C. (4405034326)

Hi Sara. Just to let you know i just got that letter in the mail today, I went through all my old mail and couldn't find it. And here it is came today just so you know for the record. I think I'll stay with the way we are I appreciate the offer!Have a great day

04/03/2020, 15:57

Administrator's iPhone (+12162244428)

 Ok thanks

04/03/2020, 15:58

Gina C. (4405034326)

You're welcome

05/03/2020, 17:56 (Viewed 05/03/2020, 18:17)

Gina C. (4405034326)

Good afternoon-evening sorry Sara. I need to speak with you. Can you Call me at your earliest convenience thank you

08/03/2020, 10:12 (Viewed 08/03/2020, 10:13)

Gina C. (4405034326)

Good morning Sara. They took my mother over to Southwest General Hospital just a while ago with dehydration. I have been complaining about her not drinking her water for weeks. I do not believe that she is being assisted with the water throughout the day sometimes. Some of the new aids just think she can do it by herself and she cannot she needs assistance to drink her water. This also could be end-stage dementia. I

know there are very good aides there that try to get her to drink water and at times maybe she won't drink the water.

I'm hoping she comes back and this does not happen again. However like I said it could be End stage dementia will find out now she's going to be evaluated at the hospital. I just wanted to keep you posted thank you

08/03/2020, 10:17

Administrator's iPhone (+12162244428)

Hi Gina
Sorry to hear of this but I'm hoping she will return quickly. I'm in Denver right now between flights. Do you want to talk?

08/03/2020, 10:17

Administrator's iPhone (+12162244428)

I've got a little bit of time

08/03/2020, 10:18

Administrator's iPhone (+12162244428)

I will contact the UM for details

08/03/2020, 10:21 (Viewed 08/03/2020, 10:22)

Gina C. (4405034326)

No we're OK. Have a nice flight be careful out there. I just like you to know what's going on. You know I hate bothering you on Sundays -- my sister went to the hospital with my mom mother and I'm standing by. Ironically I went there this morning because I was hearing that mom was sitting in front of her food with no one assisting her again. So I went to feed her breakfast. But the nurse is and aides all assure me they all feed her. Now I'm wondering...
I hope you're on a fun trip sorry again to bother you will talk when you get back. Mom is getting evaluated right now so will know where were at with mom. In my heart I knowing that it's just End stage dementia... it's just hard to except. :-?

08/03/2020, 10:23

Administrator's iPhone (+12162244428)

Ok we can talk when you want to. I'll be there at the facility tomorrow

08/03/2020, 10:23

Thank you 🖤

09/03/2020, 12:17 (Viewed 09/03/2020, 13:04)

Gina C. (4405034326)

Hi Sarah I'm coming over to EAstpark now getting a ride I hope that you have a little time set aside to speak with me for a few minutes? I just left Southwest General where mom is and I have some questions for

09/03/2020, 12:17 (Viewed 09/03/2020, 13:04)

Gina C. (4405034326)

You

09/03/2020, 12:17 (Viewed 09/03/2020, 13:04)

Gina C. (4405034326)

Ty

11/03/2020, 16:06 (Viewed 11/03/2020, 16:09)

Gina C. (4405034326)

Hi Sara good afternoon you must be going crazy sorry to bother you ,but I just heard on the news that they are limiting nursing homes to "one visit per resident per day. " I just heard it on Fox 8 two minutes ago!!!

11/03/2020, 16:09

Administrator's iPhone (+12162244428)

We are following ODH guidance with our restrictions

11/03/2020, 16:10

Gina C. (4405034326)

All the rest of the country get to see their folks what the heck?

11/03/2020, 16:10

Administrator's iPhone (+12162244428)

I'm also following the owners directive

11/03/2020, 16:11

Gina C. (4405034326)

I'm going to call the ODH And ask them why?

11/03/2020, 16:13

Gina C. (4405034326)

Well the owners mother didn't just come Out of the hospital because of dehydration. I'm only asking because I'm hearing one thing on the news and yet we are restricted entirely from seeing our parents.

11/03/2020, 16:16

Administrator's iPhone (+12162244428)

This is what the owner has put into place with the guidance from ODH

11/03/2020, 16:16

Gina C. (4405034326)

Ic

11/03/2020, 16:16

Gina C. (4405034326)

Thanks 🙏🙏

11/03/2020, 16:19

Gina C. (4405034326)

I just spoke with a nursing home in the area....and they are excepting visitors not under 18 years old and with no symptoms of a cold or anything there are restrictions but there are visitors now why is your nursing home restricting us entirely?

11/03/2020, 16:19

Gina C. (4405034326)

Ask the owner that please for me

11/03/2020, 16:19

Administrator's iPhone (+12162244428)

I will

11/03/2020, 16:19

Administrator's iPhone (+12162244428)

I am at an appointment right now but will do so after that

11/03/2020, 16:51 (Viewed 11/03/2020, 16:56)

Gina C. (4405034326)

Sara sorry I know it's safer for her. Just please let me know as soon as o can c her

11/03/2020, 16:51 (Viewed 11/03/2020, 16:56)

Gina C. (4405034326)

Ty

11/03/2020, 16:56

Administrator's iPhone (+12162244428)

I will

11/03/2020, 18:05 (Viewed 11/03/2020, 18:18)

Gina C. (4405034326)

Calling ep now no answer???? Mom is dry on phone with me needs water!!!!

11/03/2020, 18:26 (Viewed 11/03/2020, 18:39)

Gina C. (4405034326)

No one was answering at the desk. I got frantic... I guess she was in the bathroom but I was on the phone mom for 20 minutes and she sounded dry I was getting nervous Tasha went in and gave her water. Good night I'm going to bed ⁇⁇⁇

11/03/2020, 19:06

Administrator's iPhone (+12162244428)

My phone was dead, just saw this. Good to know it worked out

11/03/2020, 19:54 (Viewed 11/03/2020, 20:40)

Gina C. (4405034326)

Well ,I'm just praying that everyone is on the ball enough to make sure mom doesn't get dehydrated again that worries me terribly. Most of them are excellent and I commend them I'm praying everything is going to be fine with all the ladies in the home during this hard time of not being able to see anybody 

12/03/2020, 08:37 (Viewed 12/03/2020, 09:22)

Gina C. (4405034326)

Good morning Sara I am still hearing on the news today, I'm still hearing one visitor per day on the news and wondering why EAstpark is not honoring that? I would pay for my own screening? This is heart breaking.

12/03/2020, 09:33

Administrator's iPhone (+12162244428)

I just spoke with the owner and there are no changes to what we have in place.

12/03/2020, 09:45

Administrator's iPhone (+12162244428)

If you are interested, Royal Oak in Middleburg Hts is allowing visitors from 9am-5pm daily. Maybe that would work for you better than our policy.

12/03/2020, 09:45

Gina C. (4405034326)

That place is a pit. And I wouldn't move my amy mom at this time I can't believe that you suggested that.

12/03/2020, 09:46

Administrator's iPhone (+12162244428)

The owner suggested that if you are unhappy with our policy to try another facility

12/03/2020, 09:46

Gina C. (4405034326)

I am not the only one unhappy with your policy does he want everyone to leave

12/03/2020, 09:47

Administrator's iPhone (+12162244428)

This is their decision

12/03/2020, 09:47

Gina C. (4405034326)

I am happy with the policy actually I like the fact that they are being quarantined.
Electronically Filed 07/24/2023 13:34 / MOTION / CV 23 976445 / Confirmation Nbr. 2917030 / BATCH

However my mother was severely dehydrated in the hospital and I offered I pay for my own screening. No thank you I won't move my mom tell him I happen to like this facility very much. I just don't like the fact things slip through the cracks and my mother pays for it on occasion

12/03/2020, 09:48

Gina C. (4405034326)

That is the only reason I am concerned. So now I must have faith that this thing is over soon

12/03/2020, 09:51 (Viewed 12/03/2020, 09:54)

Gina C. (4405034326)

Thanks for trying Sara

12/03/2020, 09:51 (Viewed 12/03/2020, 09:54)

Gina C. (4405034326)

I know it's not your decision. It's probably the right decision. And I know I'm not the only one that's going through this.

12/03/2020, 09:54

Administrator's iPhone (+12162244428)

It's a hard time for many people

12/03/2020, 09:58 (Viewed 12/03/2020, 10:02)

Gina C. (4405034326)

That's for sure. Sara all I am really worried about is that man eats and drinks, She stays hydrated through all this and doesn't have a bruise on her I'll be very happy. ♥
👏👏👏👏

12/03/2020, 09:59 (Viewed 12/03/2020, 10:02)

Gina C. (4405034326)

Mom*

12/03/2020, 10:01 (Viewed 12/03/2020, 10:02)

Gina C. (4405034326)

Ty Sara best wishes it's got to be hard for all of you right now 🌷

12/03/2020, 10:02

Administrator's iPhone (+12162244426)

**I'll follow up with her hydration needs**

12/03/2020, 10:02

Gina C (4405034326)

Tytyty

12/03/2020, 18:21 (Viewed 12/03/2020, 18:22)

Gina C. (4405034326)

I'm on phone with mom and she can not hear me her hearing aides either are not in or in wrong ... I do not know her aid I thought she would be with a regular?

12/03/2020, 18:22

Gina C. (4405034326)

Frustrating

12/03/2020, 18:22

Gina C. (4405034326)

😔

12/03/2020, 18:23

Administrator's iPhone (+12162244426)

**You'll have to call the facility and see who her aid is this evening, I don't know**

12/03/2020, 18:24

Gina C. (4405034326)

I called twice it's Sherry she gotten the message they called me. Nelly is her aid I don't know Nelly obviously Nelly does not know ma'am either because her hearing aid is not incorrectly and she cannot hear me on the phone

12/03/2020, 18:25

Gina C. (4405034326)

My mom just got more frustrated on the phone trying to talk to me she could not hear me that means her hearing aid is not between number three and four or it's not on at all

12/03/2020, 18:26

Administrator's iPhone (+12162244428)

LaTrice is her nurse until 7.

12/03/2020, 18:26

Gina C. (4405034326)

I knew that I didn't know who the aid was which is fine but she doesn't have my mom's hearing aid and right so I did not get my phone call to my mother tonight

12/03/2020, 18:27

Gina C. (4405034326)

I sat and listen to her yelling that she couldn't hear me for 10 minutes poor mom sorry to bother you with this I just wanted a phone call

12/03/2020, 18:28

Administrator's iPhone (+12162244428)

I will call the facility shortly

12/03/2020, 18:28

Gina C. (4405034326)

Ty

12/03/2020, 18:39

Gina C. (4405034326)

Everything is ok now ty

12/03/2020, 18:40

Administrator's iPhone (+12162244428)

Ok because I just called there

12/03/2020, 18:40 (Viewed 12/03/2020, 18:46)

Gina C. (4405034326)

Tytyty

12/03/2020, 18:45 (Viewed 12/03/2020, 18:46)

Gina C. (4405034326)

Good night thank you 🙏🙏

12/03/2020, 18:46

Administrator's iPhone (+12162244428)

Have a good night

17/03/2020, 18:35 (Viewed 17/03/2020, 18:38)

Gina C. (4405034326)

Good evening Sara, I'm so sorry to interrupt your dinner., but it's a good thing. I just wanted to say that everyone at EAstpark is going way overboard doing their job and keeping us in touch with our parents and giving us little reports on our moms at different times of day. Never complaining and always seeming very caring. And I know they're working very hard.. I am never denied a phone call and everyone is dialing Assisting my mom in calling me and my sister when we feel like we need an update on mom. I just want to say thank you to everyone at EAstPark, during this horrific time. I'm praying for all of you for stamina and strength because your job is definitely not easy. Know that we do appreciate you all! Be well and again Sara thank you 🙏🙏 🖤

17/03/2020, 18:38

Administrator's iPhone (+12162244428)

Thanks Gina for your kind words and support

18/03/2020, 08:44 (Viewed 18/03/2020, 09:44)

Gina C. (4405034326)

Good morning Sarah I'm a little worried about my mom's right heel. She was supposed to be wearing the special little boot on it because her heel can get infected the way it was. When I'm on the phone with mom she tells me her right heel was burning yesterday and someone went in and put it on for her. Every time I called there in the last three days I had to tell someone to put it on for her they don't know about it. Just one thing I'm trying to get from slipping through the crack here if you can help me I don't know who to talk to?

18/03/2020, 09:42 (Viewed 18/03/2020, 09:44)

Gina C. (4405034326)

Ty

18/03/2020, 09:56

Administrator's iPhone (+12162244428)

Just call and ask for her nurse

18/03/2020, 09:56

Administrator's iPhone (+12162244428)

I will forward this on to the wound nurse to address

18/03/2020, 10:01

Gina C. (4405034326)

Cancel

18/03/2020, 10:01

Gina C. (4405034326)

Robin did call me at 9 AM and gave me a full report on mom's foot everything is good. I just want to make sure that the aids with her throughout the week follow up with that foot because it could get serious. Thank you Robin did a great job again I'm sorry I didn't text you right away I got distracted

20/03/2020, 12:44 (Viewed 20/03/2020, 12:45)

Gina C. (4405034326)

Sara. Sorry to have caused any concern. I meant what I said it was never connected it is broken. Just a nice clock and that's it. Sorry this wasted your time when there are so many more important things for you to do 🖤 I hope your are leaving the clock in place for mom. And make sure they are putting that booty on her ( sore heal) foot and giving her lots of hydration. Thanks so much 🖤

20/03/2020, 13:26 (Viewed 20/03/2020, 14:27)

Gina C. (4405034326)

Sara .,Can you call me please?

20/03/2020, 18:53 (Viewed 20/03/2020, 18:54)

Gina C. (4405034326)

Never mind.,thanks anyways.,.Robin wound nurse called me. Was concerned about

something bleeding on moms arm with no bandage on it and her complaining of her butt burning again. Robin is on it. Have a good evening

20/03/2020, 18:55

Administrator's iPhone (+12162244428)

Glad you spoke with her

21/03/2020, 11:17 (Viewed 21/03/2020, 11:18)

Gina C. (4405034326)

Good day Sara. I am highly concerned with my moms current leg swelling and a 5 pound weight gain which can be water. Dorothy has A-Fib...It is crucial that her legs are elevated and her lungs are checked. Santana said no fluid she did check. I spoke to her nurse Santana this morning about these issues. Usually I get a report from the practitioner , but because of the sudden switch, in doctor and practitioner, I just want to be sure that Toni moms new practitioner knows these issues. This keeps mom out of hospital. I'm sure Santana is doing the right thing with mom. By elevating her legs. No one could ever get the compression sock on her right and they caused horrible bands around her ankles, not good. So elevation and lots of water gets mom better. Sometimes Denise would order a bump in her Lasix for a few days. However I need to know the next shifts will follow through. I'm deeply concerned. If I could get a call from Toni I would be happy. ? And I wanted to document this with a text. For our records. Thanks Sara JoLynn and I have watched over this for years for mom. Ty

21/03/2020, 11:19

Administrator's iPhone (+12162244428)

I will forward your concerns to the Unit Manager on call for the weekend to follow up with you.

21/03/2020, 11:21

Gina C. (4405034326)

I am not totally alarmed at the moment because Santana is handling the situation. What I am concerned about is everyone else following through with lifting her legs up. When I see her on Skype her hearing aids are hanging out. No one's putting them in right and when I'm on the phone with her she can't hear me or my brother because her hearing aid is not in correctly. Little things I used to find when I was there. But I am worried about the a fib the most. That's a big thing. Thank you

21/03/2020, 11:23

Administrator's iPhone (+12162244428)

**Sent your concerns just now to the UM and expect to talk with her soon**

21/03/2020, 11:23

Gina C. (4405034326)

Ty

21/03/2020, 11:23

Gina C. (4405034326)

Once again

21/03/2020, 11:58 (Viewed 21/03/2020, 11:59)

Gina C. (4405034326)

Sarah I was just on the phone with my mom she is in extreme pain yelling with burning in her right leg. Screaming she has a wound on her right heel with the swelling in her leg she may have cellulitis I need the nurse practitioner to look at her as soon as possible. I only know this because this is happened at home before. And it happened once there. Santana is aware of the screaming and is trying to calm her down and give her a Tylenol but does not know why. I thought it was because she was laying back in the chair and sitting her up might help. I'm concerned and very worried right now

21/03/2020, 12:05

Administrator's iPhone (+12162244428)

**The UM will have the nurse reach out to her NP**

21/03/2020, 12:07

Gina C. (4405034326)

Sarah, I'm a mess. I just talked to Santana. They got mom in bed and she's sleeping and calm down. Now I have to go calm down, i'm just worried 😕 That would be nice if I can talk to her about mom since she is new with mom thank you

23/03/2020, 11:27 (Viewed 23/03/2020, 11:30)

Gina C. (4405034326)

Good afternoon Sara. I want to thank you your nurse Sarah called me and is addressing all my concerns with mom is a fib, the sore on her right heel, and everything. Thank you for having her get in touch with me I soon hope I can talk to the practitioner on her next report with mom! 😕

24/03/2020, 12:47 (Viewed 24/03/2020, 13:00)

Gina C. (4405034326)

Sara good afternoon. I have been asking to speak to moms new nurse practitioner
Toni. For days now. I get bits and pieces of moms issues I've been having from all
different nurses. I just wanted a full report from Toni on her examination on my mother
today If possible. As moms foot wound got worse. Louise did help me out to clear a few
issues up just now, but I spoke to Nurse Sarah yesterday and never heard back from
her or Toni as I had been requesting. Is this possible that Toni can me please. I do have
concerns since she is new with mom ?Ty

24/03/2020, 13:01

Administrator's iPhone (+12162244428)

She doesn't plan to call you today

24/03/2020, 13:02

Gina C. (4405034326)

?

24/03/2020, 13:06

Gina C. (4405034326)

My mother doesn't sound right over the phone she isn't even getting on the phone I
hear her moaning and crying. About her foot ..I know when she's uncomfortable I want
to ask the nurse about her foot. Robin had said it had gotten worse.

24/03/2020, 13:08

Administrator's iPhone (+12162244428)

I'll ask Robin about this

24/03/2020, 13:11

Gina C. (4405034326)

Robin had talk to me yesterday. But the nurse practitioner was with her today and I
wanted an update today from tony or Maybe her nurse today

24/03/2020, 13:13

Administrator's iPhone (+12162244428)

You have called 11 times today and you were told that you will have 1 call per shift

communication as well.

24/03/2020, 13:15

Gina C. (4405034326)

I waited five hours yesterday for Rene to get back to me and she never did. I went over night not sleeping and not knowing. Megan gave me an update in the morning that mom was sleeping. I need an update on someone that examined her my mother was in the hospital with dehydration. Her legs were swollen she had gained 5 pounds which means she could have water in her lungs. These were my concerns then her foot slip it was not put on over the weekend which made her he'll get worse. These are all concerns I need to speak with the practitioner about. I don't have to call it all i'm not getting answers from the right people. Luis was only with her for five minutes today she doesn't know what went on over the week and and yesterday. Sorry to bother you Sara

24/03/2020, 13:17 (Viewed 24/03/2020, 13:21)

Gina C. (4405034326)

And I got no calls from Morning yesterday, and she was lethargic and her hearing aids were not in right and she couldn't hear me when they did call ⁻⁻

24/03/2020, 13:18 (Viewed 24/03/2020, 13:21)

Gina C. (4405034326)

I didn't ask anything ...except how is my mother by someone who examined her and you are not giving me that information.

24/03/2020, 13:22

Administrator's iPhone (+12162244428)

That's not my place to speak clinically

24/03/2020, 13:22

Gina C. (4405034326)

For the record I would have called that many times if.I wasn't concerned, and half of those calls were me calling back because they did not have her hearing aids in right and she could not hear me. And then Tina would have to send someone back to fix them.

24/03/2020, 13:22

Gina C. (4405034326)

Electronically Filed 07/24/2024 16:06 / / CV 23 983442 / Confirmation Nbr. 3255090 / BATCH

24/03/2020, 13:22

Administrator's iPhone (+12162244428)

I will have her nurse call you at the end of her shift

24/03/2020, 13:25

Gina C. (4405034326)

That's all sorry to bother you I'm getting frustrated and I am so upset right now.That's what they told me yesterday, and last night and I waited until 11 o'clock Renee never called me. I waited about five hours for a callback on how mom was doing. I was so tired last night I think I talked to Megan , got a hold of her when she got on shift mom was sleeping. --

24/03/2020, 13:25

Gina C. (4405034326)

Thanks!

24/03/2020, 13:31 (Viewed 24/03/2020, 13:34)

Gina C. (4405034326)

I always call my mother after her meals or before her meals three times a day. Can someone please call me after her meal so I can speak with her with her hearing aid in properly. She's not interacting with me and she is falling way I feel it. All it takes is to dial my number and hand her the phone for me. 👇

24/03/2020, 13:32 (Viewed 24/03/2020, 13:34)

Gina C. (4405034326)

Thanks this is so hard

24/03/2020, 13:39

Administrator's iPhone (+12162244428)

I will make sure you get a call later

24/03/2020, 13:40 (Viewed 24/03/2020, 13:49)

Gina C. (4405034326)

Thanks, She thinks I abandoned her.Ty

Gina C. (4405034326)

Thank you I did get a call. She sounds tired and drugged or something (sounds ) she doesn't sound herself at all. This is how she's been sounding to me in the last couple of calls. Maybe they can call me back after her dinner before she goes to bed I'm very concerned she doesn't sound herself. - ty

24/03/2020, 18:34

Gina C. (4405034326)

Thank you Sara.. Louise did call me. When they were feeding mom dinner. Louise has really stepped up to the plate here for me and JoLynn.. and Dorothy. ☺ I think Louise is really trying, and It's like she has a different attitude or something...She was very accommodating and was soothing to me with her call tonight and that's all I wanted to hear from the nurse and how mom's ailments were. I saw a different side of Louise with her actions taken tonight 🙏 I thought you should know. ❤ shes handling things well.

24/03/2020, 18:35

Administrator's iPhone (+12162244428)

Ok good to know

24/03/2020, 18:38 (Viewed 24/03/2020, 18:45)

Gina C. (4405034326)

I was impressed and she made my night❤ ♥ 🙏been hard for all I know blessings to you and yours during this horrible crisis🙏

24/03/2020, 19:41

Administrator's iPhone (+12162244428)

Thank you for your support

24/03/2020, 19:44 (Viewed 24/03/2020, 19:52)

Gina C. (4405034326)

You're welcome

28/03/2020, 07:31 (Viewed 28/03/2020, 08:31)

Gina C. (4405034326)

Good morning sorry to bother you. I faxed Tina at the front desk your east parks release form signed days ago by me requesting moms latest records and blood work
Electronically Filed 07/24/2025 Because I was concerned at dehydration. I OUSIE said mom was not

eating... Usually I get these copies at our meetings , which we have not had for months. At the meeting I am always offered a copy as her legal guardian. Tina said 24 hours I have been waiting for days now. With no fax back with moms blood results. Also the new practitioner, Toni has never contacted me about mom, as I requested ., Toni requested we start a new med for mom through Louise I find out and I have many questions and concerns about the drug and need to discuss this pill with Toni first. LOUSIE has been calling me with updates and I do appreciate that. Very much... I had asked many staff who answers phone and several nurses there who I spoke to last week several times to please have the new practitioner to contact me to discuss mom with me, to no avail. - mom just got out of hospital and I am concerned about her I hope u under stand. Besides a call from Toni , All I want is copies whether I have to pay for them or not. I'm getting no where here... I had to text you. Tina said I pay printing no problem. Thanks Sara. When ever you can get back to me is ok,, I waited this long already. Mom seems to have started eating again🙏 bless you all for all your hard work 🙏

28/03/2020, 08:35

Administrator's iPhone (+12162244428)

Hi Gina
Let me contact the weekend clinical nurse to see where these documents may be. Louise spoke with me about some of what you have mentioned in your text. Not sure why the NP has not contacted you. I'll follow up with you as soon as I get some information.

28/03/2020, 08:44 (Viewed 28/03/2020. 08:45)

Gina C. (4405034326)

Thanks I've asked Luis 1 million times sometimes I don't know about her sometimes. I'm giving her the benefit of the doubt she seems to be working hard.

28/03/2020, 08:46

Administrator's iPhone (+12162244428)

I'll get back with you soon

28/03/2020, 08:46

Gina C. (4405034326)

Be well no stress... I'm praying for all of us🙏

28/03/2020, 08:46

Administrator's iPhone (+12162244428)

It's crazy and scary times right now

28/03/2020, 08:47

Gina C. (4405034326)

Yes

28/03/2020, 08:48

Administrator's iPhone (+12162244428)

Try not to worry so much about your Mom, she's safe as she can be and under the guidance of an excellent Unit Manager

28/03/2020, 08:49

Gina C. (4405034326)

Thank you for your time and reassurance that means very much to me and my family

28/03/2020, 08:50

Administrator's iPhone (+12162244428)

You're welcome

28/03/2020, 10:27

Administrator's iPhone (+12162244428)

The UM will Be contacting you shortly

28/03/2020, 16:19 (Viewed 28/03/2020, 16:32)

Gina C. (4405034326)

I never got a call from the UM....but I did talk to Renee, I still need to talk to the nurse practitioner Toni.

28/03/2020, 16:33

Administrator's iPhone (+12162244428)

The UM will call you this evening when she is at the facility. I guess you can ask her about the NP.

28/03/2020, 16:34

Gina C. (4405034326)

Ok ty.

28/03/2020, 20:15 (Viewed 28/03/2020, 20:16)

Gina C. (4405034326)

No one ever called waited all night. No problem, Monday is probably the day to Handel this. I am opting out of the new med for mom at this time since I can not speak to the person who prescribed it to her. It will been over a week that the new practitioner has examined mom. And I can't get a call from her? What's up?i may want to switch doctors and practitioners Monday I have the list from Brenda. Thanks for your time. Sorry to bother you.

28/03/2020, 20:22

Administrator's iPhone (+12162244428)

I've asked her several times to call you

28/03/2020, 20:23

Gina C. (4405034326)

That's OK it's getting late. I am really wiped out. I would like to speak to mom's nurse practitioner before I decide to change hopefully Monday. I have to ask her about her examination on my mother. Still waiting for a fax too.

28/03/2020, 20:24

Administrator's iPhone (+12162244428)

Did you sign a medical records release form?

28/03/2020, 20:24

Gina C. (4405034326)

Yes dats ago

28/03/2020, 20:24

Gina C. (4405034326)

Days

28/03/2020, 20:24

Gina C. (4405034326)

Maybe Tuesday

28/03/2020, 20:24

Administrator's iPhone (+12162244428)



Ok

28/03/2020, 20:24

Administrator's iPhone (+12162244428)

Should be no ready why you didn't get them yet

28/03/2020, **20:25**

Gina C. (4405034326)

Tina told me 24 hours. Every time I called her she got annoyed and said it takes time. I
waited and waited and I still don't have them.

28/03/2020, 20:25

Gina C. (4405034326)

Then she told me I might have to pay for them. Like I care

28/03/2020, 20:26

Administrator's iPhone (+12162244428)

I know

28/03/2020, 20:26

Gina C. (4405034326)

I want his mom's medical records notes when she ate her bloodwork everything. I used
to get that at all the meetings. We have not had meetings. I have a lot of little meetings
a lot but no big care meeting like we used to have. At those meetings I am always offer
these are the notes

28/03/2020, 20:27

Administrator's iPhone (+12162244428)



Ok I'll get this fixed for you

28/03/2020, 20:27

Gina C. (4405034326)

I should've called you days ago because I'm worried about my mother being dehydrated again. Luis says she wasn't eating. But now she is eating it depends on who feeds her and how they approach her and when they approach her. But she eats she has an appetite

28/03/2020, 20:31

Gina C. (4405034326)

Thank you

Again I trusted in Louise and in the end she never called me back last night. And she knew I wanted to speak with the nurse practitioner. Lousie told me I could not talk to the nurse practitioner until next week when she comes in to visit my mother again. I told her that's ridiculous I need to know what she had examined my mom and how my mom is. That's when I requested the papers sent to me. You know me Sara ,

28/03/2020, 20:31

Administrator's iPhone (+12162244428)

Try not to worry, get some rest and we'll get this figured out

28/03/2020, 20:32

Administrator's iPhone (+12162244428)

I know you and let me get this figured out

28/03/2020, 20:32

Gina C. (4405034326)

Thanks you do 🍴 Ohh while I was texting you my bath tub almost ran over I was just going to take a hot bath and try to relax. It has been rough thank you for your help. Lol

28/03/2020, 20:33

Administrator's iPhone (+12162244428)

Ok I'll contact you tomorrow

28/03/2020, 20:57

Gina C. (4405034326)

Ty have a good evening Sara

28/03/2020, 20:58

Administrator's iPhone (+12162244428)

**Sure, Danielle can call you if you want her to**

28/03/2020, 20:58

Administrator's iPhone (+12162244428)

**I just contacted her**

28/03/2020, 20:58

Administrator's iPhone (+12162244428)

**Otherwise she will have Renee handle the documents for you tomorrow**

28/03/2020, 20:59

Gina C. (4405034326)

**Ok**

28/03/2020, 20:59

Administrator's iPhone (+12162244428)

**So tonight?**

28/03/2020, 20:59

Gina C. (4405034326)

**Ok**

28/03/2020, 20:59

Administrator's iPhone (+12162244428)

**Ok let me call her**

28/03/2020, 20:59 (Viewed 28/03/2020, 21:02)

Gina C. (4405034326)

28/03/2020, 21:03

Administrator's iPhone (+12162244428)

**Ok she's going to call you**

28/03/2020, 21:03

Gina C. (4405034326)

K ty

28/03/2020, 21:43 (Viewed 28/03/2020, 21:49)

Gina C. (4405034326)

Next time I want to get something done I'm gonna text you !!! thank you!!! Danielle was
wonderful. She's going to finish and get them to me by Monday because I wanted a
complete file. I haven't had a copy in a while in the future I probably won't need the
whole thing... I just wanted to see what was going on with everything. Thank you again
and have a good evening 🌷

28/03/2020, 21:49

Administrator's iPhone (+12162244428)

You too, Gina! Good night

28/03/2020, 21:50

Gina C. (4405034326)

🌷 🙏

29/03/2020, 15:54 (Viewed 29/03/2020, 16:40)

Gina C. (4405034326)

So sorry to bother you, but I have been waiting for a call from my mother all day. I
haven't talked to her since yesterday morning. I have called a since this morning. I
even asks for a report on her meals today. Still no call. ? I'm worried about her. I
wonder why?

29/03/2020, 16:43

Administrator's iPhone (+12162244428)

Renee will call you at the end of her shift today

29/03/2020, 16:43

Administrator's iPhone (+12162244428)

So sometime after 7

29/03/2020, 16:44

Gina C. (4405034326)

I would like to speak to mom also soon before she is too tired? is she alright?

29/03/2020, 16:44

Administrator's iPhone (+12162244428)

As far as I know as is well with her

29/03/2020, 16:45

Gina C. (4405034326)

I need to hear her voice or talk to some one please soon

29/03/2020, 16:45

Administrator's iPhone (+12162244428)

It's dinner time now so not a good time for a call

29/03/2020, 16:45

Administrator's iPhone (+12162244428)

Renee will call you

29/03/2020, 16:46

Administrator's iPhone (+12162244428)

I told the receptionist to tell her to call you

29/03/2020, 16:46

Administrator's iPhone (+12162244428)

But she will not be calling during dinner, way too busy with other residents as well

29/03/2020, 16:48 (Viewed 29/03/2020, 16:49)

Gina C. (4405034326)

I under stand dinner time. Rene. Says she'll call last couple times ( she's too busy) and never did two sundays I'm a row I waited hours all day both times agonizing.

29/03/2020, 16:48 (Viewed 29/03/2020, 16:49)

Gina C. (4405034326)

I hope she does what she says this time

29/03/2020, 16:49

Gina C. (4405034326)

I'll be waiting thank you. I would never have bothered you if ...I'weren't waiting all day

29/03/2020, 20:21 (Viewed 29/03/2020, 20:23)

Gina C. (4405034326)

Hi Sara it's me again. Renee did call me finally. My mother does not Look too good, my brother saw her today...I feel she is getting dehydrated again. There's also an unexplained bruise on my mothers bottom I expect that someone will call me tomorrow with an explanation???Rene is checking it out we talked about it. Seems that happened yesterday.
Also I am not getting phone calls like I used to from my mother because , I asked people that come into the room to please dial my number and call me for her. Anyone! If she is just sitting there,,, there is a quarantine going on I cannot see my mom and now I'm being restricted calls? I was told the nurse is not allowed to take calls any more so no wonder I got no answers all day . So I was calling all day for nothing.I pay for a phone so I can talk to my mom on it and if it is ringng I would like someone to answer it and hand it to her. Please . No matter who it is. My mother is withdrawing because I used to talk to her at least three or 4 times a day. When I wasn't there for five hours. Good night Sara....talk Monday. thank you for your help tonight once again. I'm a bit upset and concerned with the care mom has been receiving since this crisis...., i'm getting her bloodwork over a week later. I've been pretty kind up to this point but I see and feel my mother's health failing and I'm stepping in and want some answers is all. Thank you

30/03/2020, 08:48 (Viewed 30/03/2020, 09:03)

Gina C. (4405034326)

Good morning Sarah hallelujah. Toni the nurse practitioner called me finally. I do like her she answered my questions and she's getting an eating plan into effect for my mother. That should've been in effect a week ago. Her and I don't feel mom needs to use meds right now to enhance her eating. . Luis is supposed to call me this morning after she talks to Toni. Louise has been doing an OK job but I still don't trust her, mom just seems not to be eating when Louise was feeding her. Every time I talk to someone else she was eating. she did not call back Friday and left me hanging about moms food and water intake all weekend.  ≍ ≍ I'm just documenting this with you. ♥ i'll be anticipating mom's records and reports sometime today as via fax , Danielle had to gather everything. It took me over a week to get "two things" done. Thanks to you it got handled. One was have the practitioner call me and the other was a copy of her

records. So those 11 phone calls that you mentioned were all for a reason and concern. Not just because I want to call there and get everyone all upset because I'm calling so many times, My mother was hospitalized and then quarantined. I need answers and I was not getting them. And I was not getting through to my mother to hear her voice and see if she needed water or not.I hope you do understand that.

I would like to talk to you this morning at your convenience about a phone situation that I and my family are very unhappy about. I and What happened to Skype. The nurse practitioner Toni and I feel mom's mental health is crucial to our phone calls and interaction with her especially during this time when we cannot be with her. I don't expect your staff to do extra things it takes one second to pick up the phone and hand it to her when it rings. You've been doing it for three years, why did they stop now.? From what I have heard they were told not to touch moms phone to help her talk to us. My mother sits and listens to a ringing phone. Imagine how tormenting that is for her. When people are right there and in and out of the room. Everyone knows she can't answer on her own. My sister and I and brother continuously call and the phone rings and rings and rings. This was not going on for three years we were always able to get to my mother on the phone. Whoever is in the room should be able to answer that phone and hand it to her at my request. That is if it isn't interfering with their work, or if mom is sleepingThey can pick up the phone and tell us your mom sleeping and we'll call back later.

That was human like to me. And kind. This has been torture not being able to talk to her and we call and her private phone that she pays for. Isn't that her right. What kind of human nature thing is going on there now that they want to keep me from talking to my mother now? Who made this new rule.? For three years I was able to call and anyone can pick it up and hand it to her. Am I being punished for a clock in the room that's as never ever used for anything but a clock??? Am I being punished for "thinking" about hooking up a surveillance that was never in place from the beginning. I never would be. Now I'm wondering ?

When Renee was working last night I got to talk to my mom she called and I spoke with Renee I asked her WT____ and she told me that no one was allowed to touch mom's phone anymore to help her talk to us. My heart sank I couldn't believe this and I am not happy. When you get some time I know you're busy and this is a whole lot that you have to take in. And I know there are millions of other people in there with the same problems probably. But this is my mother and I will step in and I do want to speak with her on a regular basis. So please get back to me on this. It's too bad we have to waste time on the stupid stuff when my mother needs to be fed and have someone give her water and tend to tons of other people. I'm not the one wasting your time someone who made that new rule is.I'll be looking forward to talking to you later

30/03/2020, 16:25

Gina C. (4405034326)

Good afternoon Sara I know you're really busy. But I have another issue. There seems to be bruises appearing on mom's butt , Santana just called me today to tell me another one appeared within the last 12 hours on the other side. I asked what they were going

to do and they are changing her mattress to an air mattress. I am educated in this subject and I know that changing her Matress tells me that they are deep tissue injury wounds and not bruises. It's a form of pressure ulcer.

This case I need to speak to the wound nurse and I want to know why my mom's been laying down so long that she has to get those. Because that's how you get those.

30/03/2020, 16:30

Administrator's iPhone (+12162244428)

Robin will call you

30/03/2020, 16:30

Gina C. (4405034326)

Ty

31/03/2020, 10:33 (Viewed 31/03/2020, 10:42)

Gina C. (4405034326)

Good morning Sara I know you're in meetings sorry to bother you. but I can't seem to get a phone call through for someone to call me for my mother today . also I have never received any of mom's records via fax. Can you give me a heads up on that thank you

01/04/2020, 13:50 (Viewed 01/04/2020, 14:12)

Gina C. (4405034326)

Sara, Can you give me a call please ?

04/04/2020, 10:19

Gina C. (4405034326)

Sara. I can understand you avoiding me at this time by not answering with this crisis. However ,I call EP every morning and I ask who is mom's nurse and aid. I've done this every day for years. Today I heard an agency nurse is with mother. I am just a little concerned because they do not always read moms chart / care plan and things always happen on the weekend here. I am concerned that she knows about my mother's hospital stay on the eighth of March for dehydration and the importance to coaching her to eat and drink water. EsPecially with this dangerous new injury that she has gotten on her butt, I am not sure u know , She has also developed a DTI on her butt which is being treated daily I was told with Benadine treatment, I wanted all agency nurse to be aware Or at least give me a call so we can touch base on my mom's care. One more thing, her right foot / heal injury suffered dearly when a weekend ago no one was

to be sure this agency nurse or agency people with my mother know these things. Because you have said and Luis said that those few are not reading moms care plan charts I spoke with you and her about this many times. I hope you understand my concern. I did call to speak to unit manager and there was no one there at EP TODAY for me to talk to today. I'm very worried. A follow up call here, from her nurse today would be sufficient if I could get a phone call from her today please. Thank you

04/04/2020, 10:23

Administrator's iPhone (+12162244428)

I'm not avoiding you, very busy with the current state of operations. You're Medical records request will be mailed to you as soon as they are completed. We have had a delay because our medical records staff has been committed to her primary employer lately. I can't speak to clinical issues but I will have an administrative nurse contact you. Not sure about the nurse who is assigned to your mom but I will find out and ask that they give you a call sometime during her shift.

04/04/2020, 10:29 (Viewed 04/04/2020, 10:30)

Gina C. (4405034326)

Well I'm glad to hear that. Be well, I only want the best for my mother too. You have always fixed things in the past and I thank you,. I do understand your position and I hope you can understand mine.

04/04/2020, 10:30

Administrator's iPhone (+12162244428)

I do absolutely

04/04/2020, 10:30

Gina C. (4405034326)

Thanks Sara have a great day

04/04/2020, 10:30

Administrator's iPhone (+12162244428)

You as well

04/04/2020, 10:31

Administrator's iPhone (+12162244428)

I called the facility and your mom's nurse is one of staff and she has been instructed to

04/04/2020, 10:34 (Viewed 04/04/2020, 10:35)

Gina C. (4405034326)

OK thank you very much when I ask every day they usually tell me. Debby told me today it was an agency... I know Debbie is doing the best she can at the desk. Thanks again

04/04/2020, 10:35

Administrator's iPhone (+12162244428)

An agency was scheduled but called off

04/04/2020, 10:41

Gina C. (4405034326)

I pray for these nurses working for you right now, Lord keep them all safe, the ones you have on staff are so dedicated and wonderful.

04/04/2020, 10:42

Administrator's iPhone (+12162244428)

Yes me too, I worry about what could happen if they become ill.

04/04/2020, 10:48 (Viewed 04/04/2020, 10:50)

Gina C. (4405034326)

They won't , You guys are doing everything you can to keep your residents and staff safe right now. I know it hurts not to be with our parents, but I know she's in the safest place she could be. And I thank you for caring. Take care of yourself and be well and let's get this crap over with, my Lord so I can come back in and sing with my mother once again 🖤 🖤 🖤 👏🏻👏🏻👏🏻

04/04/2020, 10:54

Administrator's iPhone (+12162244428)

Amen!!

04/04/2020, 15:19

Gina C. (4405034326)

Sorry but all day no call from my mom? Please help me?

Administrator's iPhone (+12162244428)

**Ok let me see**

04/04/2020, 15:20 (Viewed 04/04/2020, 15:23)

Gina C. (4405034326)

Ty

04/04/2020, 15:37 (Viewed 04/04/2020, 15:49)

Gina C. (4405034326)

Thank you so much you don't know what that means to me ♥ I talked with Debi too I remember her now I just like to know they know mom's routine is all and that they give me a little report on her boo-boos...have a good night Sara thank you

04/04/2020, 15:49

Administrator's iPhone (+12162244428)

**You're welcome**

04/04/2020, 15:49

Administrator's iPhone (+12162244428)

**Take care and stay well**

04/04/2020, 15:53

Gina C. (4405034326)

I have been home since the day they quarantined East Park. The 11th. I went out once to see mom at back door with JoLynn . Thank you again and prayers for you and your family as well

04/04/2020, 15:53

Administrator's iPhone (+12162244428)

**Thanks Gina**

07/04/2020, 17:00

Administrator's iPhone (+12162244428)

**The records are ready if you want to pick them up. The total is $41.90.**

07/04/2020, 17:02

Gina C. (4405034326)

Can you mail them to us please I will pay for the postage and send you a check for everything

07/04/2020, 17:02

Administrator's iPhone (+12162244428)


Ok

07/04/2020, 17:02

Gina C. (4405034326)

Thank you

07/04/2020, 17:04 (Viewed 07/04/2020, 17:06)

Gina C. (4405034326)

Why all of a sudden a charge for the records. We used to get copies at our meetings mom's care meetings? Just curious?

07/04/2020, 17:07 (Viewed 07/04/2020, 17:09)

Gina C. (4405034326)

I changed my mind, do not mail the records, I can get a ride over tomorrow to pick them up I will call before I come somewhere around lunch time if that's OK

07/04/2020, 17:09

Gina C. (4405034326).

Yes we have mom's check for you guys to anyway so we will drop the checks off tomorrow and pick them up. Thanks

07/04/2020, 17:10

Administrator's iPhone (+12162244428)


Ok

07/04/2020, 18:46 (Viewed 07/04/2020, 18:47)

Gina C. (4405034326)

Hi Sara .. Tomorrow when I come to EP to pick up moms papers and pay you for

them....and drop off moms check, I'd like to retrieve my black clock also that you have been holding. Can you make this possible?

07/04/2020, 18:47

Administrator's iPhone (+12162244428)

The clock is being held pending investigation

07/04/2020, 18:48

Gina C. (4405034326)

?

07/04/2020, 18:53 (Viewed 07/04/2020, 18:54)

Gina C. (4405034326)

I told you The truth that camera was not working and I was using it as a Clock.

07/04/2020, 18:56 (Viewed 07/04/2020, 18:58)

Gina C. (4405034326)

My clock is under investigation, however my mothers legs being restrained on December 24 was never under investigation? What is more important over there.?You cannot arrest me for thinking about putting something in that is only a clock anyway.When you're done investigating I would like my Clock back thankyou 🙏 wow sara You could've talk to me about this this is really ridiculous.

07/04/2020, 18:59

Administrator's iPhone (+12162244428)

I can't talk to you about this

07/04/2020, 18:59

Administrator's iPhone (+12162244428)

We have discussed your concerns many times as you are aware

07/04/2020, 19:02 (Viewed 07/04/2020, 19:05)

Gina C. (4405034326)

Yes way too many

07/04/2020, 19:06

Administrator's iPhone (+12162244428)

Maybe so, but you know I have always done my best to resolve your concerns and most times practically immediately

07/04/2020, 19:12 (Viewed 07/04/2020, 19:15)

Gina C. (4405034326)

Well then let's just get on with taking care of the people and get my Clock back to me soon thank you[?]

07/04/2020, 19:15

Administrator's iPhone (+12162244428)

Okay

16/04/2020, 19:49 (Viewed 16/04/2020, 20:32)

Gina C. (4405034326)

Sorry to bother you Sara. Rene was supposed to get back to me tonight about mom. Mom was injured somehow during her shower. A skin tear on her arm. I was curious of why she was getting a shower at 2 o'clock and not 10 o'clock as usual. And Yolanda usually does her shower she's used to Yolanda. Yolanda never has a problem with mom in the shower. Seems whoever showering her she's fighting them off and this is the second time she got hurt. This never used to happen. I'm wondering if the girls are new that are showering her do not know how to deal with her dementia. I'm very concerned. Renee was supposed to call me back tonight and I never got a call as of yet. I just want to know how my mom is doing tonight. When they called me earlier she could not even talk to me she was exhausted. That was right after her shower. --

16/04/2020, 19:51 (Viewed 16/04/2020, 20:32)

Gina C. (4405034326)

I don't expect any answers tonight I know it's late. I didn't even want to text you. Thank you

16/04/2020, 20:33

Administrator's iPhone (+12162244428)

I will she sure you get all the information you want tomorrow but as far as I know Dorothy is ok. Robin the wound nurse addressed the situation

16/04/2020, 20:40

I also meant mentally mom sometimes fights certain people off. I was more worried about who's bathing her and that they know how to deal with dementia. Renee did tell me the wound was not as bad as the last time. Thank you for addressing this tonight for me. Have a better evening... Did you hear the president tonight , Phase 3!

16/04/2020, 20:41

Administrator's iPhone (+12162244428)

No I was out riding my bike with my husband, I needed the fresh air

16/04/2020, 20:42

Gina C. (4405034326)

Three phases to reopen the country. Part of phase 3. Opening nursing homes could be June/July...

16/04/2020, 20:43

Gina C. (4405034326)

Good very state to state they said

16/04/2020, 20:43

Administrator's iPhone (+12162244428)

Oh wow

16/04/2020, 20:43

Gina C. (4405034326)

Bittersweet news

16/04/2020, 20:44

Gina C. (4405034326)

Have a good evening we'll all get through this. I do pray🙏🖤🖤

16/04/2020, 20:48

Administrator's iPhone (+12162244428)

Thank you and we will get through this all together

16/04/2020, 20:48



18/04/2020, 11:35 (Viewed 18/04/2020, 11:38)

Gina C. (4405034326)

Good Saturday morning Sara. It seems I cannot get a good morning call from my
mother. I've called several times and I've been waiting for Tina to get to the phone to
call me for my mom. In the meantime... I called my mom's room and Ann Sweeney her
roommate is Answering my mothers personal phone. So I talk to Ann and she told me
there was no one around and she didn't know what was going on but yet she was
answering my mothers phone. ?? I've been calling all morning no one's answered it,
What's going on down there can you let me know and can I please get a good morning
phone call from my mother? Why isn't and Sweeney supervised and answering my
mothers phone? Inquiring minds want to know sorry to bother you but I miss my mom

18/04/2020, 11:38

Administrator's iPhone (+12162244428)

I will check into it

18/04/2020, 11:38 (Viewed 18/04/2020, 11:40)

Gina C. (4405034326)

Thank you 👐

18/04/2020, 11:41

Administrator's iPhone (+12162244428)

I have two staff who will make sure you talk to your mother before 3pm

18/04/2020, 11:43 (Viewed 18/04/2020, 11:44)

Gina C. (4405034326)

I really like it in the morning because after 3 o'clock she's usually lethargic and doesn't
talk she wants to sleep this is not good

18/04/2020, 11:43 (Viewed 18/04/2020, 11:44)

Gina C. (4405034326)

I happens every time I'm so upset that I don't get to say good morning or good night this is not good

18/04/2020, 11:44

Gina C. (4405034326)

I got the speakerphone specifically all they have to do is push the button if she's next to it. But instead and Sweeney answers it? Where is my mom

18/04/2020, 11:44

Gina C. (4405034326)

And why do I have to wait until 3 o'clock when I have been calling since 930

18/04/2020, 11:45

Gina C. (4405034326)

Just for five minute good morning call

18/04/2020, 11:46

Gina C. (4405034326)

Started out I was getting a Skype that doesn't even happen anymore

18/04/2020, 11:47

Administrator's iPhone (+12162244428)

There are other residents in need of care and I will have the staff call you when they can make that time per shift

18/04/2020, 11:47

Administrator's iPhone (+12162244428)

You can't always have a call at a specific time

18/04/2020, 11:47

Administrator's iPhone (+12162244428)

We are doing our best to accommodate you

18/04/2020, 11:47

Gina C. (4405034326)

I did not ask for a specific time I call at 9And I tell them to call me before lunch that's not a specific it gives them a long time

18/04/2020, 11:48

Gina C. (4405034326)

And even then I don't get a call till evening sometimes

18/04/2020, 11:48

Administrator's iPhone (+12162244428)

I do not control their care schedule

18/04/2020, 11:49

Administrator's iPhone (+12162244428)

I'll have Tina contract you asap

18/04/2020, 11:49

Gina C. (4405034326)

I have all the calls documented I can show you I am not getting nearly as they used to. This is not right but I see that you cannot fix this I'll wait for my call at 3 o'clock i guess

18/04/2020, 11:49

Gina C. (4405034326)

Ty

18/04/2020, 11:50

Gina C. (4405034326)

Really Sarah they bring her back after a meal put her by the speakerphone push the button and walk away takes two seconds. I'm not asking them to hold the phone up to her ear just push the speaker phone near her. This is absurd

18/04/2020, 11:50

Administrator's iPhone (+12162244428)

It's not absurd, we do the best we can to accommodate your request.

18/04/2020, 11:53

Thanks for your help I'm sorry to bother you on the weekend have a good weekend

18/04/2020, 11:54

Administrator's iPhone (+12162244428)

Tina is going to call you now with your Mother. Hang tight for a few minutes

18/04/2020, 11:54

Gina C. (4405034326)

We're on ty

18/04/2020, 12:07 (Viewed 18/04/2020, 12:10)

Gina C. (4405034326)

Thank you so much. She was in the most ornery mood, but I don't care it was just great to hear her yell at me and tell me to take a walk. Thank you so much. I'm so sorry to bother you but my heart wrenches

28/04/2020, 11:41

Administrator's iPhone (+12162244428)

Hi Gina
I received your voicemail. I will follow up with you.

28/04/2020, 11:41

Gina C. (4405034326)

Ty

30/04/2020, 11:21 (Viewed 30/04/2020, 11:28)

Gina C. (4405034326)

Hi Sarah. In order to avoid this hearing and save a lot of trouble for all of us we agree to move mom into another place. I don't want to move mom more than once, for it will be detrimental to the decline of her mental and physical health at this time specially with COVID-19 out there. She has been through so much.. However, I've been on a waiting list with Mount Alverna for three years now. I don't know if I was ever going to move her I really thought it was in her best interest not to move elderly with declining Vascular dementia. I did like how you always fixed things for mom when things went wrong, and made it right at EAstpark for mom. And I thank you for that. I spoke with Mount Alverna,(Sandra) admissions and a place for my mother, Dorothy is coming up soon. Sandra from Mount Alverna asked me to have you call her to discuss

my mom, Dorothy moving her there in due time. Sending you Sandra Kaczur's contact info at Mount Alverna. Thank you ▄▄ hope we can work something out.

30/04/2020, 11:21 (Viewed 30/04/2020, 11:28)

Gina C. (4405034326)



(vcf - text/x-vcard)

30/04/2020, 11:30

Administrator's iPhone (+12162244428)

Thanks Gina. I spoke with the Ombudsman and he gave me the information for Mt Alverna. We will get back to you ASAP

30/04/2020, 11:30 (Viewed 30/04/2020, 11:32)

Gina C. (4405034326)

Thanks!

30/04/2020, 11:32

Administrator's iPhone (+12162244428)

Sure

30/04/2020, 14:04

Gina C. (4405034326)

Ginamarie321@gmail.com

30/04/2020, 14:04

Administrator's iPhone (+12162244428)

Ok thanks

30/04/2020, 14:58 (Viewed 30/04/2020, 15:00)

Gina C. (4405034326)

Thank you for the names. However some of them are quite far for us. I did find another

place that would take mom Athenian village. However they want to know if mom has a Medicaid waiver. I would need a waiver to move mom to Athenian Village. They said that someone there at EAstpark can help me with that waiver is this possible?

30/04/2020, 15:05

Administrator's iPhone (+12162244428)

Brenda is checking this out for you

30/04/2020, 15:12

Gina C. (4405034326)

Thank you

30/04/2020, 15:13

Gina C. (4405034326)

My contact there is Rita Pate