IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GINA CRISCIONE, et al. | ) CASE NO. 1:24-CV-01446 |
| Plaintiffs | ) JUDGE PAMELA A. BARKER |
| vs. | ) |
| LAURA DiVINCENZO, et al. | ) **NOTICE OF FILING DEPOSITION TRANSCRIPT OF SARA THURMER** |
| Defendants | ) |

Defendants East Park Retirement Community, Inc., Laura DiVincenzo and Sara Thurmer hereby give notice of the filing of the deposition transcript of Sara Thurmer taken on August 21, 2023. The depositions exhibits are also being filed except that the photographs Exhibits B through G are not being filed with the Court. These exhibits are not relevant to the motion and for privacy purposes.

Respectfully submitted,

*/s/ Emily R. Yoder*
Michael Ockerman (0053403)
Emily R. Yoder (0084013)
**HANNA, CAMPBELL & POWELL, LLP**
3737 Embassy Parkway, Suite 100
Akron OH  44333
(330) 670-7338 (T) * (330) 670-7462 (FAX)
(330) 670-7612 (T) * (330) 670-7453 (FAX)
mockerman@hcplaw.net
eyoder@hcplaw.net

Attorney for Defendants
East Park Retirement Community, Inc.,
Laura DiVincenzo and Sara Thurmer

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing ***Notice of Filing Deposition Transcript of Sara Thurmer*** was filed electronically on November 26, 2025, with the Clerk using the CM/ECF system, which will notify all parties. Parties may access this document through the court's electronic-filing system.

/s/ *Emily R. Yoder*
Emily R. Yoder (0084013)
Attorney for Defendants
East Park Retirement Community, Inc.,
Laura DiVincenzo and Sara Thurmer

<<HCP #1432688-v1>>