Page 1

1          IN THE COURT OF COMMON PLEAS

2              CUYAHOGA COUNTY, OHIO

3    _____

4    GINA CRISCIONE, et al.,

5          Plaintiffs,

6       v.                              Case No.

7    LAURA DIVINCENZO, et al.,          23-CV-976445

8          Defendants.

9    _____

10                    DEPOSITION OF

11                    SARA THURMER

12   DATE:         Monday, August 21, 2023

13   TIME:         2:17 p.m.

14   LOCATION:     Hanna, Campbell & Powell

15                 3737 Embassy Parkway, Suite 100

16                 Akron, Ohio 44333

17   REPORTED BY:  David Ross, Notary Public

18   JOB NO.:      6069649

19

20

21

22

23

24

25

Page 2

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF GINA CRISCIONE:
 3        WILLIAM A. CARLIN, ESQUIRE
 4        Carlin & Carlin
 5        29325 Chagrin Blvd., Suite 305
 6        Pepper Pike, OH 44122
 7        wcarlinesq@aol.com
 8        (216) 831-4935
 9
10        BRIAN D. BARDWELL, ESQUIRE
11        Speech Law, LLC
12        1265 West Sixth Street, Suite 400
13        Cleveland, OH 44113-1326
14        brian.bardwell@speech.law
15        (216) 912-2195
16
17   ON BEHALF OF DEFENDANTS:
18        EMILY R. YODER, ESQUIRE
19        MICHAEL OCKERMAN, ESQUIRE
20        Hanna, Campbell & Powell, LLP
21        3737 Embassy Parkway
22        Akron, OH 44333
23        eyoder@hcplaw.net
24        mockerman@hcplaw.net
25        (330) 670-7612
```

1                A P P E A R A N C E S (Cont'd)

2    ALSO PRESENT:

3          Laura DiVincenzo, Defendant

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                      I N D E X

2   EXAMINATION:                                      PAGE

3        By Mr. Carlin                                  7

4

5                    E X H I B I T S

6   NO.              DESCRIPTION                      PAGE

7   Plaintiff:

8   Exhibit A        Motion for Summary Judgment       36

9   Exhibit B        Photo of Crotch                   75

10  Exhibit C        Photo of Leg                      77

11  Exhibit D        Photo of Leg                      77

12  Exhibit E        Photo of Leg                      76

13  Exhibit F        Photo of Arm                      75

14  Exhibit G        Photo of Buttocks                 76

15

16

17

18

19

20

21

22

23

24

25

```
 1              P R O C E E D I N G S
 2              THE REPORTER:  Good afternoon.  My name
 3   is David Ross; I'm the reporter assigned by Veritext
 4   to take the record of this proceeding.  We are now on
 5   the record at 2:17 p.m.
 6              This is the deposition of Sara Thurmer
 7   taken in the matter of Gina Criscione vs. Park Nursing
 8   Home on August 21, 2023, in Akron, Ohio, Summit
 9   County.
10              I am a notary authorized to take
11   acknowledgments and administer oaths in Ohio.
12              Additionally, absent an objection on
13   the record before the witness is sworn, all parties
14   and the witness understand and agree that any
15   certified transcript produced from the recording of
16   this proceeding:
17                   - is intended for all uses permitted
18                     under applicable procedural and
19                     evidentiary rules and laws in the
20                     same manner as a deposition recorded
21                     by stenographic means; and
22                   - shall constitute written stipulation
23                     of such.
24              At this time will everyone in
25   attendance please identify yourselves for the record,
```

```
                                              Page 6
 1   beginning with you, Mr. Carlin.
 2                   MR. CARLIN:  Could you please state
 3   your name?
 4                   THE REPORTER:  No, no, no.  We're
 5   identifying.
 6                   MS. YODER:  No.  He wants you to say
 7   your name.
 8                   MR. CARLIN:  Oh. Excuse me.  Yeah.
 9   William Carlin.
10                   THE REPORTER:  Thank you.
11                   MS. YODER:  Emily Yoder for the
12   defendants.
13                   MR. OCKERMAN:  Michael Ockerman for the
14   defendants.
15                   MS. THURMER:  Sara Thurmer.
16                   MS. YODER:  Laura?
17                   MS. DIVINCENZO:  Laura DiVincenzo.
18                   THE REPORTER:  Thank you.  Thank you.
19   Hearing no complaint, I will now swear in the witness.
20   Please raise your right hand.
21   WHEREUPON,
22                       SARA THURMER,
23   called as a witness and having been first duly sworn
24   to tell the truth, the whole truth, and nothing but
25   the truth, was examined and testified as follows:
```

```
                                        Page 7

 1              THE REPORTER:  Thank you.  You may

 2    proceed.

 3                        EXAMINATION

 4    BY MR. CARLIN:

 5         Q    Now could you please state your name?

 6         A    Sara Thurmer.

 7         Q    And have you ever given an oath before?

 8         A    Yes.

 9         Q    And you've been in a deposition before?

10         A    Yes.

11         Q    And how many times?

12         A    Once.

13         Q    Could I ask you briefly what that was about?

14         A    It was through a former employer.  Nursing

15    home.

16         Q    And was there a lawsuit involved?

17         A    I imagine.  Yes.

18         Q    You were a witness?

19         A    Yes.

20         Q    You were not a party?

21         A    No.

22         Q    How long ago was that?

23         A    Oh, I can't recall.  More than three years,

24    four years.

25         Q    Who was the former employer?
```

1      A     Kindred Healthcare.

2      Q     Kindred?

3      A     Mm-hmm.  Yes.

4      Q     And you were called in as a witness?

5      A     Yes.

6      Q     In any regret -- in any regards, I'm going

7    to ask you some questions.  You can see that

8    everything is being taken down here.  So maybe you've

9    been through this one time before.  You might have

10   recalled they ask questions, and I'm going to ask you

11   some questions.  And you have to give a verbal answer.

12     A     Yes.

13     Q     You can't just shrug your shoulders or nod

14   your head.  So I'd appreciate if you'd say "yes" or

15   no" or -- to those questions.  Fair enough?

16     A     Yes.

17     Q     If you don't understand a question -- this

18   is important.  If you don't understand a question,

19   please ask me to rephrase it, and I will do that.  But

20   don't answer a question if you don't understand it.

21   Will you agree to that?

22     A     Yes.

23     Q     And so that if you answer a question, I'll

24   assume that you understood it.  Fair enough?

25     A     Yes.

Page 9

1    Q    And I go on a little bit of your background,

2    and there's reasons for that that we have.  We pick

3    juries, and we'd like to know a little bit about your

4    background.  So I'm going to ask you some background

5    information, not trying to invade in your privacy.

6    A    Okay.

7    Q    Could you please state your address?

8    A    15428 Shore Acres Drive, Cleveland 44110.

9    Q    And how long have you lived there?

10   A    I have lived there -- I moved in there 1997,

11   '98.  Oh.  Excuse me.  '99.

12   Q    Do you own that house?

13   A    I do.

14   Q    And who do you live there with?

15   A    My husband, Robert Thurmer.

16   Q    And could I ask you your date of birth?

17   A    8/28/58.

18   Q    And that makes you now 60 --

19   A    I'll be 65 on the 28th.

20   Q    Okay.  Do you have any children?

21   A    I do.

22   Q    And could you --

23   A    Two daughters.

24   Q    And what are their ages?

25   A    Thirty-five and 38.

```
                                              Page 10

 1        Q    Did you -- you have three daughters?

 2        A    I said two.

 3        Q    Oh.  I'm sorry.  And did you grow up in the

 4   Northeast Ohio area?

 5        A    Yes.

 6        Q    And where'd you go to high school?

 7        A    Cleveland Heights High School.

 8        Q    And when did you graduate?

 9        A    1976.

10        Q    Did you go to college then or --

11        A    Yes.

12        Q    And where'd you go to college?

13        A    I started at Tri-C, and then I went to

14   Ursuline College.

15        Q    Over in Pepper Pike?

16        A    Yes.

17        Q    Did you graduate from Ursuline College?

18        A    Yes.

19        Q    And what was your major?

20        A    Long-term care administration.

21        Q    They have a nursing school there, too; don't

22   they?

23        A    They do.

24        Q    And then what did you do after you left --

25   after you graduated from --
```

Page 11

1      A    I went to nursing school at Ursuline College

2  for two years.

3      Q    Did you complete nursing school?

4      A    No.  It wasn't my calling.

5      Q    And so you decided -- you must've been

6  pretty close to graduating, though; were you?

7      A    I had two more years.  It was a BSN program.

8      Q    So what -- so your degree -- what is exactly

9  your degree called?

10     A    I'm sorry.  Could you say that again?

11     Q    The degree that you have in nursing home

12  administration?

13     A    Yes.

14     Q    And what exactly is that called?

15     A    Long-term care administration.

16     Q    And is that included in a Bachelor of

17  Science degree?

18     A    It's a BA.

19     Q    So you have a Bachelor of Arts degree with a

20  major in long-term care administration?

21     A    That's correct.

22     Q    Okay.  And I just wanted to get that

23  straight.  Do you then take a test?  Are you tested?

24  Do you have licensure?

25     A    I do.

1      Q     And how long after you graduate do you take

2   that test?

3      A     Whenever the State decides that they're

4   going to give you a test date, so --

5      Q     And how long is the test?

6      A     There are a few tests.  There is a state

7   test and a federal test.

8      Q     Are these written tests?

9      A     Well, they were then.  Now it's different.

10  Now it's online.

11     Q     So then you have a federal test, and you

12  have a state test?

13     A     Mm-hmm.

14     Q     So do you have federal licensure and state

15  licensure?

16     A     Yes.

17     Q     Is -- are you required to have federal

18  licensure in order to have state licensure?

19     A     Yes.  To practice, yes.

20     Q     So did you take your federal licensure test

21  first, or did you take your state test?

22     A     I believe I took the federal first.

23     Q     And when did you take that test,

24  approximately?

25     A     Around 2000.

1      Q     And then you took the state test?

2      A     Mm-hmm.   Yes.

3      Q     Is there an oral component to that test?

4      A     No.

5      Q     There is now?

6      A     No.

7      Q     It's a written test?

8      A     Yes.

9      Q     Do you have any other type of licensure?

10     A     I do not.

11     Q     Besides a driver's license, you're licensed

12  by the State of Ohio in -- as a nursing home

13  facilitator?

14     A     Oh, I -- yes, I was licensed in the state of

15  Washington.

16     Q     The state of Washington?

17     A     Yes.

18     Q     And when were you licensed in the state of

19  Washington?

20     A     I don't exactly remember what year.  I -- I

21  believe it was 2005.  I worked in Washington State for

22  one year.

23     Q     Whereabouts in Washington State?

24     A     Right on the peninsula, Long Beach,

25  Washington; south of Seattle, near Oregon.

Page 14

1      Q    I know right where it's at.  I've been
2   there.  I've spent a lot of time in Seattle.
3      A    It's not near Seattle.
4      Q    You ever heard of Walla Walla?
5      A    Yes.
6      Q    Just got back from there, looking at a
7   vineyard.
8      A    It's a beautiful state.
9      Q    But anyway, so in 2005, you were licensed in
10  Washington?
11     A    Yes.
12     Q    And then when did you get married?
13     A    2007.
14     Q    Why'd you leave Washington?
15     A    Because I got married.  My husband was here
16  and could not find a job out in Washington.
17  Otherwise, I would've stayed there.
18     Q    Did you prepare for this deposition at all?
19  I mean, you probably talked to your lawyers.  I don't
20  want to hear about that.  But did you do any other
21  type of preparation for this?
22     A    No.
23     Q    Did you ever read Gina deposition -- Gina
24  Criscione's deposition?
25     A    No.

1      Q    Did you look at any other documents before

2    you came in here?

3      A    No.

4      Q    Have you ever reviewed a series of texts

5    between yourself and Gina?

6      A    Yes.

7      Q    When did you read those?

8      A    It was a -- a while ago.  Don't know the

9    exact date.

10      Q    So after you came back here in 2007, just

11    real briefly, where did you work?

12      A    In Cleveland.

13      Q    For nursing homes?

14      A    Yes.  Mm-hmm.

15      Q    As an administrator?

16      A    Yes.

17      Q    And then there came a time when you went and

18    went to work at East Park?

19      A    That's correct.

20      Q    And when was that?

21      A    2018.

22      Q    And where did you work before you worked at

23    East Park?

24      A    I worked for Kindred Healthcare.  They sold

25    their -- they sold their nursing homes, and they had a

1    new provider.  And I left that provider.

2         Q    Any particular reason?

3         A    I didn't want to work for them, so I --

4         Q    How long did you work at Kindred?

5         A    A little more than two years.

6         Q    So then you went to East Park, and again,

7    I'm sorry.  Just to get this -- when did you go there?

8         A    2018.

9         Q    2018.  And then what exactly was your

10   position at East Park?

11        A    Nursing home administrator.

12        Q    And is there only one administrator at each

13   nursing home?

14        A    Typically, yes, depending on the bed size.

15   But you'd have to have an enormous building to have

16   more than one administrator.

17        Q    Do you know approximately how many patients

18   East Park had when you got there?

19        A    It's a 60-bed facility.  We were somewhere

20   in the 50s, typically.  That's where we were.  I don't

21   remember the exact number when I started.  I was only

22   over the nursing home.

23        Q    So you're talking about the nursing home?

24        A    Yes.

25        Q    And there are -- there's a couple other

Page 17

1    components of East Park?

2         A    Yes.

3         Q    There's the memory division and the assisted

4    care division and so forth?

5         A    Mm-hmm.  Yes.

6         Q    But your exclusive place was at the nursing

7    home?

8         A    That's correct.

9         Q    So when I refer to that, I'm just going to

10   refer to -- if I refer to East Park or if I say "the

11   nursing home," we'll just be calling the nursing home.

12        A    Right.  That's what I think you're talking

13   about.  Yes.

14        Q    We're on the same page here.

15        A    Yes.  Yeah.  I had nothing to do with the

16   other areas.  My license did not cover anything else

17   except the nursing home.

18        Q    So what is the license then?  Could you

19   describe what it does cover?

20        A    It covers skilled care and long-term care.

21        Q    So what is it that you're in charge of?

22   What is it that you do?

23        A    The overall daily operations.

24        Q    And does that include the medical?

25        A    I oversee it.  I'm not in charge of it, but

Page 18

1    I oversee it.

2         Q    And then what are the other areas that you

3    oversee?

4         A    Dietary, housekeeping, maintenance.

5         Q    So how many -- when you got there, there

6    were 60 beds, you say, in the nursing home at East

7    Park?

8         A    Yes.  Yes.

9         Q    Do you recall, were they all filled, or was

10   it fairly full?

11        A    Fairly full.

12        Q    During the period of time that you were

13   there, was it pretty full?

14        A    Yes.

15        Q    Were you there when Mrs. DiVincenzo bought

16   the facility?  You arrived after it?

17        A    From what I understood, she was always the

18   owner.

19        Q    Okay.  And with regards to the nursing home,

20   was there -- did you have a nurse, a managerial nurse

21   or a registered nurse who was involved with

22   caregiving?

23        A    Yes, several.  Are you talking about a

24   manager, a nurse manager, or nurses that work there on

25   the floor?

1      Q     Well, why don't you tell me?  How many

2   nurses actually work there?

3      A     I don't know -- remember the exact number of

4   nurses that we had.  We had -- just tell me what you

5   want to know.

6      Q     Did they work in 12-hour shifts?

7      A     Some.  Some would work eight.  Mostly eight.

8      Q     Did you normally have a registered nurse

9   there from the day and night?

10     A     Always during the day, sometimes not at

11  night.

12     Q     And then how many other healthcare providers

13  did you have?  And I'll -- let's include STNAs.  You

14  had STNAs there; right?

15     A     Yes.

16     Q     How many STNAs approximately during the day?

17     A     Depending on how many residents we had, you

18  could -- usually typically five or six.

19     Q     And I think that you were indicating that

20  during the period of time that you were there, they

21  had a -- they were pretty full to capacity?

22     A     I would say very close.

23     Q     And then how many other healthcare

24  providers?  Let's go to practical nurses, LPNs.

25     A     LPNs, yes, they work there.  I don't have

Page 20

```
 1    the -- I don't know the exact number.
 2         Q    So in the course of the day, if you had 50
 3    or 60 residents there --
 4         A    Mm-hmm.
 5         Q    -- in the course of the day, you would have
 6    -- there would be a registered nurse that you could
 7    call in to help?
 8         A    That -- we had a registered nurse that
 9    would -- our DON was a registered nurse.  Her hours
10    didn't really count to direct care unless she picked
11    up a shift after -- after five o'clock.  We had -- if
12    we had 60 residents, we would run probably 2 to 3
13    nurses.  You -- in --
14         Q    During a 24-hour period or during a 12-hour
15    period?
16         A    No.  No, just for a shift.
17         Q    So you would have a registered nurse, maybe
18    two LPNs?
19         A    Yes.
20         Q    And then you would have five or six STNAs?
21         A    Yes.
22         Q    Did the STNA work 12-hour shifts?
23         A    We had both 12- and 8-hour shifts, mostly
24    8s.
25         Q    But at any given moment during the day at
```

1    the East Park Nursing Home where you worked, you would

2    have one registered nurse, you would have maybe two or

3    three LPNs, and you'd have five or six STNAs.  And

4    then you'd have other healthcare providers?

5         A    Right.

6         Q    And they called them caregivers?

7         A    We -- we only ran --

8         Q    What did they call the other people that

9    were -- that had no licensure?

10        A    Besides nurses and STNAs?

11        Q    Yes.

12        A    No one else would provide direct care except

13   that staff.  It would have to be nurses or STNAs.  No

14   one else did direct care.

15        Q    Well, wouldn't -- weren't there other

16   caregivers?

17        A    I don't understand what you're asking me.

18        Q    Is there such a thing as a caregiver that

19   worked there in addition to the STNAs and in addition

20   to the nurses?

21        A    I -- when I -- when you talk about

22   caregivers, I think of people that are either licensed

23   or certified to work to provide direct care.  That --

24        Q    When you --

25        A    Otherwise, if they weren't providing direct

1    care, the other help we had there would be dietary

2    staff, housekeeping staff, and maintenance staff and

3    clerical staff, such as medical records,

4    receptionists, and activities.

5         Q    And when you say certified, what did you

6    mean by certified?

7         A    They're certified -- they're a State-tested

8    nursing assistant.

9         Q    And that's the STNA?

10        A    Right.  So they are certified.  That's

11   certification through the State.

12        Q    So then how many people would you have, for

13   instance, to -- in the nursing home --

14        A    Mm-hmm.  Yes.

15        Q    -- people that are maybe bedridden a little

16   bit longer than normal or in bed, did the STNAs go

17   around to reposition them or to change their

18   positions?

19        A    Yes.  Yes.

20        Q    And did nurses do that, too?

21        A    Yes.

22        Q    And why did they do that?

23        A    Turning and positioning to prevent -- as a

24   preventative and comfort measure to prevent any skin

25   breakdown.

Page 23

1       Q     What is skin breakdown?

2       A     Skin can break down for a variety of

3    reasons, which means that it's compromised.

4       Q     And then is that what people normally refer

5    to as pressure sores?

6       A     Yes.  I would imagine yes.

7       Q     And if you reposition and if you --

8       A     But you can have a pressure area and not

9    have an open wound.  You can just have a -- a reddened

10   area.  So I'm not going to call that a pressure --

11      Q     Well, that's -- how long does a pressure

12   sore take to develop?

13      A     Oh.  I can't tell you that.

14      Q     Weeks?  Months?

15      A     I can't tell you that.

16      Q     Fair enough.  And -- but the purpose of

17   positioning and repositioning and relocating them is

18   to prevent bedsores and pressure sores?

19      A     And for comfort, for resident preference.

20   If the resident can't move on their own, can't

21   reposition themselves, we do that for them.  We do

22   that to prevent breakdown, but also for comfort, to

23   eat, to get changed, to get up.

24      Q     Did you ever do that?  Were you ever

25   involved with that?

Page 24

1      A     Absolutely not.

2      Q     That was just something that the healthcare

3  providers, the STNAs and nurses, were involved with?

4      A     STNA and nurses or nurse practitioner when

5  they came in.

6      Q     Did you ever see the development while you

7  were there if people developed pressure sores?

8      A     Describe what you mean by "did I see."  Do I

9  understand that that happened there?

10     Q     Yes.

11     A     Yes.

12     Q     As the administrator, did you know that

13  Medicare and Medicaid Services call a pressure sore a

14  "never event"?  Did you know that?

15     A     A "never event"?

16     Q     Yes.

17     A     No.  I didn't know that.

18     Q     And that's fairly recently, and they won't

19  pay or reimburse the nursing home for treatment of a

20  never event, a pressure sore.  Did you know that?

21              MS. YODER:  Objection.  Objection.

22              Answer if you can.

23  BY MR. CARLIN:

24     Q     Did you know that?

25     A     [No audible response.]

Page 25

1        Q    I can't -- you have to --

2        A    I -- I'm thinking about what you're asking

3   me.  It doesn't make sense.

4        Q    Why is that?

5        A    Because residents develop pressure areas,

6   and they are healed.

7        Q    To put the --

8        A    We treat residents.  Where I am now, we have

9   residents that have pressure ulcers, acquired in-house

10  sometimes, admitted with, and we are paid to take care

11  of them and to heal that out.

12       Q    When they're admitted with pressure sores,

13  are they noted in the files of the patients?

14       A    Yes.  I wouldn't -- it's in their medical

15  record upon their admission.

16       Q    Have you ever seen files at East Park where

17  people developed pressure sores at the nursing home?

18       A    I did not see the files, if that's what

19  you're asking me, if I saw the files.

20       Q    Yes.

21       A    Do you mean their medical record?

22       Q    Yes.

23       A    I -- I could not speak to anyone where I

24  actually looked at the medical record.

25       Q    But in your days of -- you went to nursing

Page 26

1    school, and in your days of working in this area of

2    the nursing home, you were aware that changing

3    positions and repositioning people could prevent

4    pressure sores?

5         A    Yes.

6         Q    And that's why you reposition them, besides

7    comfort?  You reposition them so that they don't get

8    pressure sores?

9         A    As I said, it was a -- it's a preventative

10   measure as well.

11        Q    Where are you presently working?

12        A    I work for Legacy Health Services in Mentor,

13   Ohio.

14        Q    And how long have you been there?

15        A    I have been there since May 1st.

16        Q    When you left East Park, where did you go to

17   work?

18        A    Altercare in Mentor.

19        Q    Why did you leave East Park?

20        A    I had an opportunity that was more

21   challenging and better money.

22        Q    Not in that order?

23        A    More challenging.  I was looking for a

24   little bit bigger building.  I had just had an AIT

25   that worked at East Park.  It was the perfect timing

Page 27

1    for her to slip into my spot and take over, and I

2    wanted to move on.

3        Q    And then where did you go to work after you

4    left that facility, Legacy?

5        A    I am at Legacy.

6        Q    Oh, you're still there?

7        A    Yeah.  I -- we were talking about Altercare.

8        Q    Oh, I'm sorry.

9        A    I left East Park to work for Altercare.

10       Q    Okay.  Sorry about that.

11       A    That's --

12       Q    And then you worked at Altercare for how

13   long?

14       A    Two years.

15       Q    Why did you leave there?

16       A    We -- the company had a new president, and I

17   did not like the way the company changed.

18       Q    Was Altercare fairly similar to East Park

19   Nursing Home in what you did?

20       A    Responsibilities are the same.  The

21   buildings did not mimic each other, no.

22       Q    And then that brings us up to the present.

23   You're working at Legacy?

24       A    Correct.

25       Q    And is your jobs and duties pretty similar

Page 28

1   to the places that you've worked prior to that?

2       A    Yes.  Yes.

3       Q    Just real briefly, how would you describe

4   your job at East Park?  And I know you've talked about

5   that a little bit.

6       A    What my --

7       Q    But just describe it.  Yeah.

8       A    I have fond memories of working there.

9   Very -- very good team.  Five-star facility.  Great

10  care.  It was clean.  It was home-like.  The food was

11  excellent.  The residents loved their dietary manager

12  and loved the food.  It was a great team to work with,

13  always all hands on deck.  We served the meals, all --

14  all three meals.  They had good survey results.

15      Q    And those survey results are from the

16  Department of Health?

17      A    That's correct.

18      Q    And how often did you do those surveys?

19      A    Whenever the State decided they were going

20  to come in.  They are required to come in every 15

21  months.

22      Q    So if you were going to -- did you interview

23  people for -- that were potentially going to bring

24  their family members or mothers or fathers to East

25  Park?

```
                                              Page 29

 1      A     No.  I didn't interview anybody for that.
 2      Q     What was that process?  Who did that
 3   process?
 4      A     There's an admissions process, and we had a
 5   social worker that was the first connection to coming
 6   into the facility, typically, either from the
 7   community or from the hospital.
 8      Q     Just a couple quick questions.  I -- have
 9   you ever been convicted of a crime?
10      A     No.
11      Q     And you were a witness, at least at one
12   time, for the nursing home that you worked at?
13      A     Yes.  Yes.
14      Q     But you were not a party to that lawsuit?
15      A     No.
16      Q     And had you ever been in any -- involved in
17   any lawsuits yourself?
18      A     No.
19      Q     Never made any claims with regards to
20   automobile accidents or something like that?
21      A     Oh, I had a -- yes.  We had --
22               MS. YODER:  Objection.
23               You can answer.
24   BY MR. CARLIN:
25      Q     And that -- you made a claim as a result of
```

Page 30

1    the accident that you were in?

2                    MS. YODER:  Objection.

3                    Go ahead.

4                    THE WITNESS:  Yes.

5    BY MR. CARLIN:

6        Q    And how long ago was that?

7                    MS. YODER:  Can I just have an ongoing

8    objection to this line of questioning?

9                    MR. CARLIN:  Yeah, you've got it.

10                   MS. YODER:  Go ahead.

11                   MR. CARLIN:  In fact, what I'm going to

12   do is give you an objection to every question I ask,

13   and you won't even have to make an objection.

14                   MS. YODER:  Go ahead.

15                   THE WITNESS:  I'm trying to think.

16   Maybe five to eight years ago.

17   BY MR. CARLIN:

18       Q    Okay.  Did they claim that you caused the

19   accident?

20       A    No.

21       Q    The other person caused the accident?

22       A    Correct.

23       Q    And you resolved it?

24       A    It was resolved.

25       Q    Okay.  And there came a time when Dorothy

Page 31

1   Mandanici came to the nursing home.  Do you recall

2   that?

3       A    She was there before I started.  She was

4   already a resident.

5       Q    And then just tell me a little bit.  Do you

6   understand what this lawsuit is about?

7       A    Yes.

8       Q    What is it about?

9       A    She is -- from what I understand, that

10  she --

11           MS. YODER:  Wait.  Hold on just a

12  second.  I don't know that she can answer this in -- I

13  don't know that she has any independent knowledge of

14  this lawsuit outside of what she's discussed with

15  counsel.

16           So if you have some understanding of

17  what this case is about that you've obtained other

18  than from your conversations with me or --

19           THE WITNESS:  No, I don't.

20  BY MR. CARLIN:

21      Q    Well, you received a complaint; right?

22      A    Yes.

23      Q    And did you receive a summons with that

24  complaint?

25      A    Yes.

Page 32

1    Q    And did you read it over?

2    A    Not really.

3    Q    You didn't read it over?

4    A    No.

5    Q    In any respect then, you got to know at the

6    nursing home Gina Criscione?

7    A    Yes.

8    Q    Apparently, at some point in time, you gave

9    Gina -- you exchanged your cell phone numbers.

10   A    That's correct.  My phone number was always

11   available at the front desk and on a -- a card.

12   Q    Did other patients have your cell phone

13   number?

14   A    Yes, they did.

15   Q    And is that something that you routinely

16   did?

17   A    Yes.

18   Q    In this complaint, you may recall that Gina

19   has indicated that when she was there, she would

20   render assistance to people, or she would do things,

21   tasks and so forth, to help out where she could.  Are

22   you familiar with that?

23   A    No.  She -- we don't allow family members or

24   anybody to assist other residents.

25   Q    Are you on the floor?  Do you go onto the

Page 33

1   floor?  For instance, would you come in contact with

2   Dorothy when she was there?

3       A    Yes.

4       Q    You go into her room?

5       A    Yes.

6       Q    And would you -- why -- what would bring you

7   into the room?

8       A    I did room rounds every day.  So I would go

9   to every room every day, every resident's room,

10  sometimes with the director of nursing, sometimes by

11  myself, and sometimes with housekeeping, depending on

12  what my objectives were.

13      Q    So, for instance, what would be your

14  objectives if you went in there with housekeeping?

15      A    If they wanted to point something out to me.

16  If they did a deep clean, they wanted to show me the

17  results of that.  If they had a -- a barrier to maybe

18  moving a dresser and getting maintenance in there.

19  Just a variety of things.

20      Q    Were you ever in the military?

21      A    No.

22      Q    And you had heard that Gina had been asked

23  to get fresh linens or things from the laundry room.

24  Did you ever hear about that?

25      A    That Gina was asked to do that?

Page 34

1      Q    Yes.

2      A    No.  She would never be asked to do that.

3   No.

4      Q    You never asked her to do that?

5      A    Nor did my staff, as far as I knew.

6      Q    Well, how would you know that, if they did

7   or didn't?  You wouldn't have personal knowledge of

8   that, would you?

9      A    I -- I -- we don't ask our -- we don't

10  ask -- and family members --

11     Q    I understand that you --

12          MS. YODER:  You've got to let her

13  finish her answer.

14          Go ahead and finish your answer.

15  BY MR. CARLIN:

16     Q    You're saying "we."  You never asked her --

17     A    The staff.

18     Q    You never asked her, Gina, to do something?

19     A    I never asked her, no.

20     Q    She claims that others there asked her to do

21  that.

22     A    That's not the truth.

23     Q    Do you have personal knowledge of whether

24  that's true or not?

25     A    In discussing that, that would come up.

Page 35

1      Q    Not what you discussed or what you heard.
2  I'm only asking, do you have personal knowledge that
3  that is not true?
4      A    No.  I'm confused by this line of
5  questioning.
6      Q    So what I'm saying is that Gina Criscione --
7      A    You want me -- do you want me to -- you want
8  me to answer and say that I know personally that none
9  of my staff asked her to do that?  Is that what you're
10  asking me?
11      Q    No.  My question is did you personally see
12  your staff at all times so that you would know whether
13  they did that or not?
14      A    Now, that's a ridiculous question because
15  I'm not there all the time, so I did not see my staff
16  all the time.
17      Q    So the question is you don't have personal
18  knowledge of that; correct?
19      A    Yes.
20      Q    And so if Gina claimed that she had been
21  asked on multiple occasions to supervise nearby
22  patients while nurses ran other errands, you would not
23  know whether that's true or false; would you?
24      A    I wasn't ever-present, no.
25      Q    And you would hope that they didn't do that;

Page 36

1    correct?

2          A     Absolutely.  Yes.

3          Q     But you don't know whether they did that;

4    correct?

5          A     I don't know personally, no.

6          Q     There came a time -- well, you and Gina had

7    a lot of communications on the texts.  Would that be

8    fair to say?

9          A     Yes.

10         Q     You know, very briefly, I'm going to hand

11   you what's been marked as Plaintiff's Exhibit A.

12                (Plaintiff Exhibit A was marked for

13                identification.)

14         A     I'm going to need my glasses.

15                MS. YODER:  Oh, wait.  Hold on.  You're

16   tight.

17                THE WITNESS:  Oh.  This is just

18   my -- sorry.  My computer's in there.  It's very

19   heavy.  Pardon me.  I need to look for them.

20   BY MR. CARLIN:

21         Q     Take your time.  And incidentally, if you

22   need a break, please ask, and we'll take a break.

23         A     I will.

24                I got it.

25                Okay.

1      Q    These are some texts that we've gotten our

2  hands on.  Could you identify what that is?

3      A    Texts between myself and Gina.

4      Q    I just want to ask you a little bit about

5  those.  It appeared that the -- it appears that the

6  majority of the texts are about Gina making inquiries

7  about her mother.  Do you recall that?

8      A    Yes.

9      Q    And she had made some inquiries, and I could

10  direct your attention to it, where it is.  But some of

11  the inquiries were that Gina was complaining that her

12  mother had diapers on that were wet a lot.  Do you

13  recall that?

14      A    Yes.

15      Q    And it appears that you attempted then to

16  address those issues?

17      A    I did.  Yes.

18      Q    Then there was the story she had a missing

19  right hearing aid.  Do you recall that?

20      A    Yes.

21      Q    Is that something that happens in the

22  facility?

23      A    Yes.

24      Q    And in fact, I think that the -- East Park

25  replaced that hearing aid?

Page 38

1      A    Yes.

2      Q    There had -- were you familiar with some

3  exchanges that took place that Gina was concerned

4  about a fungal infection that her mother was having in

5  her crotch area?

6      A    I don't recall that directly.

7      Q    And she also had been making inquiries about

8  some sores that she had -- that her mother had

9  developed.  Do you recall that?

10     A    I don't recall it directly.

11     Q    Do you recall it indirectly?

12     A    I mean, if it's within this documentation,

13  then it -- it happened.

14     Q    We had talked a little bit about

15  repositioning people to try to avoid pressure sores.

16     A    Yes.

17     Q    Do you recall that?

18     A    Yes.

19     Q    And when someone develops a pressure sore,

20  would it be possible to determine if there was someone

21  in particular at fault for not conducting positioning,

22  or is it a team effort?

23     A    Overall team.

24     Q    In other words, you wouldn't be able to say,

25  "Hey, you didn't turn that person like you should

Page 39

1   have, STNA, and you caused her to get a pressure
2   sore"?
3        A    No.
4        Q    That's not possible; is it?
5        A    No.
6        Q    Assisted --
7        A    Can I say something, though?  With turning
8   and positioning --
9        Q    Yes.
10       A    -- we don't force residents into turning and
11  positioning.  We cannot -- if they are combative or if
12  they resist, we do the best we can.
13       Q    You didn't do the turning and positioning,
14  though; did you?
15       A    No.
16       Q    And I just wanted to emphasize that that is
17  a -- it's a team effort to try to prevent the pressure
18  sores?
19       A    Yes.
20       Q    There was -- at page 7, you might recall --
21  and I just want to ask you about this.  This was a
22  text that I'm sure you didn't want Gina to have, but
23  you texted out and she got ahold of the text "More fun
24  stuff from Gina."
25       A    Mm-hmm.

Page 40

1      Q    And I think you indicated that you didn't

2  intend to send that to Gina.

3      A    No.  Of course not.

4      Q    And you didn't intend to --

5      A    No.

6      Q    But are these the texts then?  I mean, if

7  you just take a look at these, these are the texts

8  that went back and forth between you and Gina.  Is

9  that correct?

10     A    Yes.

11     Q    Is there anything in there that is

12 attributed to you that maybe should not be attributed

13 to you that you're aware of?

14     A    No.  No.

15     Q    She had a pretty long series of complaints

16 that she was making.  Is that fair to say?

17     A    Yes.

18     Q    Is that justifiable, to make a complaint to

19 a nursing home about someone's mother?

20     A    Yes.

21     Q    Do you see -- did she ever make any

22 complaints that were unjustifiable?

23     A    Yes.

24     Q    Like what?

25     A    That we weren't taking care of her mother,

1    that we didn't do whatever for her.  We -- we took --

2        Q    Could you point that out?

3        A    For instance -- I'm not going to go through

4    all these and point something out.

5        Q    But you're saying generally that you -- what

6    you're saying is --

7        A    I'm going to say that generally, you can

8    tell by my responses that those -- whatever her issues

9    were, most were outside of the realm of what you would

10   really ask someone to do, like holding the phone up to

11   her mother's ear in the middle of a med pass.  You

12   know, we have to talk about fairness to other

13   residents, as we care for all of them as a team

14   effort.

15            We also have to make sure that residents get

16   their medications on time, and if that resident

17   perhaps, like this one, was holding the phone up to

18   her, like she didn't get it on time, that's because we

19   have other residents with intense care needs as well.

20       Q    And you would say that that might not be

21   justifiable?

22       A    It's not justifiable in terms of exact times

23   to have it happen.  We do our best.

24       Q    But you would agree that complaining about

25   sitting in wet diapers for quite a while on multiple

Page 42

1    occasions, that would be a justifiable complaint;

2    wouldn't it be?

3         A    I can't answer that because I don't know on

4    multiple occasions that sitting in a wet diaper for

5    hours -- I -- I don't understand that, but --

6         Q    In the texts there, do you want me to go

7    through and show you all of them?

8         A    But what do you mean, like multiple hours?

9         Q    I'm asking you generally from the texts.

10        A    It's okay to complain if you're -- if you

11   find your family member in a wet brief.  That resident

12   will be changed.  All residents are checked and

13   changed every two hours or upon using their call

14   light.

15        Q    And it would also -- and it would be

16   justifiable to complain and inquire about sores that

17   had appeared on her mother?

18        A    Yes, that's justifiable.

19        Q    And that happened on multiple occasions;

20   didn't it?

21        A    I don't know how -- I can't answer that

22   question, multiple occasions.

23        Q    It happened more than once?

24        A    To my knowledge, it happened more than once.

25        Q    More than five times?

Page 43

1      A    No.  Not to my knowledge.

2      Q    There had come a time -- just one second.

3  Sara -- Ms. Thurmer.  Is it okay if I call you Sara?

4      A    Yeah.  Yes.

5      Q    Okay.  Did -- were you aware of anybody who

6  told Gina that -- to stop calling her mother?

7      A    No.

8      Q    Were you aware of anybody telling Gina to

9  call maybe less frequently because you're consuming

10  too much time?

11      A    No.

12      Q    Are you aware of anybody ever blocking

13  telephone calls from Gina to her mother?

14      A    No.  No.

15      Q    There came a time then when Gina --

16  mother -- Dorothy, I'll call her.  Is that fair, if I

17  call her Dorothy Mandanici?

18      A    Yes.

19      Q    There came a time then when Dorothy was

20  evicted from the nursing home.  Do you recall that?

21                MS. YODER:  Objection.

22                Go ahead.

23                THE WITNESS:  She wasn't evicted.

24  BY MR. CARLIN:

25      Q    She was discharged?

Page 44

1       A     Yes.

2       Q     What's the difference?

3       A     Well, we don't use that term in nursing

4    homes.  She was not evicted.  It was deemed by the

5    State of Ohio that we could no longer provide the care

6    that she needed.  She was -- her dementia progressed,

7    and East Park did not specialize in late-stage

8    dementia care.

9             And for her -- for her quality of life, for

10   her to get the -- as much of the proper care, as much

11   as she needed in her end-stage dementia, that's --

12   that's why she received the 30-day discharge notice.

13      Q     So that starts out with a 30-day notice that

14   you have to leave?

15      A     Yes.

16      Q     And do you give that to the patient?

17      A     The resident is demented, but yes, they can

18   get a copy.  But the guardian gets a copy.

19      Q     And you gave -- was that copy then given to

20   Gina?

21      A     Yes.

22      Q     And it's not -- it's a 30-day notice that

23   you're going to be discharged.  Is that what it is?

24      A     Yes.

25      Q     It accomplishes the same thing as an

Page 45

1  eviction; doesn't it?

2              MS. YODER:  Objection.

3              You can answer if you know.

4              THE WITNESS:  With an eviction, nobody

5  helps you find another place to live.  We do provide

6  the service.  Any nursing home will provide that

7  service.  They have to.  You cannot do an unsafe

8  discharge.  They have to go to where those services

9  will be provided and accepted by that nursing home.

10  BY MR. CARLIN:

11      Q    And so the nursing home -- did you discuss

12  this concept that she had to be discharged?  Did you

13  discuss that with anybody?

14      A    What do you mean, anybody?

15      Q    When Dorothy was going to be discharged, how

16  do you come to that conclusion that she has to be

17  discharged?

18      A    Clinically, psychosocially, through doctors,

19  through doctors' assessments.  That's how you come to

20  the determination.

21      Q    So who is it that actually makes the final

22  conclusion that she has to be discharged?  Is it a

23  group effort?

24      A    Interdisciplinary with the support of a -- a

25  resident's physician and medical director.

Page 46

1      Q    So do you actually sit down at a table like

2  this, and you all get together and you discuss her

3  care and you discuss her medical condition and you

4  discuss her dementia?

5      A    Yes.

6      Q    And you discuss with each other, "Should we

7  discharge her because we can't take care of her?"

8      A    Yes.

9      Q    Is that what happens?

10      A    Yes.

11      Q    So then you come to the conclusion, and

12  everybody agrees, that, "We better discharge her

13  because we can no longer care for her"?

14      A    Yes.

15      Q    And so there came a time then when she was

16  discharged?

17      A    Right.  She received a notice.

18      Q    And there was a little period of time where

19  she -- where Dorothy and her family were trying to

20  find a place that could receive her?

21      A    I believe that Dorothy was on a waiting list

22  for a home that specialized in that the entire time

23  that she was with us.

24      Q    Mount Alverna?

25      A    That's correct.  So it was always her

Page 47

1    intention to have her mother go there.  She had always

2    told me that this wasn't where she really wanted her

3    to be.

4         Q    Not a good fit?

5         A    She wanted her to go to Mount Alverna.  That

6    was her first preference.

7         Q    So anyway, Dorothy was discharged to Mount

8    Alverna, and that was as a result of the conclusion of

9    the folks like you getting together, doctors and

10   medical staff, and determining that she should be

11   discharged.  You could no longer take care of her.  I

12   know I've asked you that before, but that's what

13   happened?

14        A    Yes.

15        Q    After Dorothy was discharged, Gina started

16   to post some things on Facebook.  Is that -- do you

17   recall that?

18        A    Yes.

19        Q    Up to the point in time that Dorothy was

20   discharged, did you have any problems with Gina?

21        A    Not personally, no.

22        Q    Was she respectable to you?

23        A    Mostly.

24        Q    And you were respectable to her?

25        A    Yes.

1        Q     She just was complaining about things that

2    her -- she saw her mother going through that she was

3    not happy about?

4        A     Yes.

5        Q     And she brought that to your attention when

6    that did happen?

7        A     Yes.

8        Q     There came --

9        A     She also -- she also provided us with many

10   compliments, too.

11       Q     I noticed that.

12       A     Mm-hmm.

13       Q     And so when you were entitled to a

14   compliment, she did give you a compliment; isn't that

15   true?

16       A     She did.

17       Q     And when you needed a check, she provided

18   that, too; is that fair to say?

19       A     I wasn't involved in that part.  I imagine

20   she paid her bill.

21       Q     I'm sorry.  That was bad framing by my part.

22   When she commended you and complimented you on

23   occasions when you -- I'm sure you were entitled to

24   it; is that correct?

25       A     That's correct.

Page 49

1    Q    And you could see that from all the texts,

2  that she did do that?  She did treat you respectably?

3    A    Mostly.

4    Q    There came a time, though, when that

5  changed?

6    A    It did.  Yes.

7    Q    And could you tell me when, approximately,

8  was that?

9    A    Sometime after her mother had passed away at

10  Mount Alverna.

11    Q    Her mother passed away pretty quickly after

12  she left East Park; right?

13    A    I don't know exactly how long she was there

14  when she died, but maybe two months.

15    Q    Let me bounce back.  I'll get back to that,

16  but I wanted to ask you, there came a time then when

17  you had a hearing with the Ohio Department of Health.

18  Do you recall that?

19    A    Yes.

20    Q    Who was present at that hearing?

21    A    Myself.  The DON.

22    Q    The GON?

23    A    DON, director of nursing.

24    Q    And she's a registered nurse?

25    A    Correct.

Page 50

1      Q    And what was her name?

2      A    Kelly Baker.

3      Q    Okay.  And who else was there?

4      A    Social services director.

5      Q    Who was that?

6      A    Brenda Plum.

7      Q    And who else was at the meeting?

8      A    Another staff nurse.  I forgot her name.

9  She was there, providing -- two -- two other staff

10 nurses.  Robin was the other one.  The ombudsman was

11 on the phone.

12     Q    Who was the ombudsman?

13     A    Andrew Kinkead.

14     Q    And what is an ombudsman?

15     A    He is an advocate for nursing home

16 residents.

17     Q    So does East Park have their own ombudsman?

18     A    Yes.  There's an ombudsman assigned to East

19 Park.

20     Q    And does that ombudsman stay on the

21 premises, or does he have an office somewhere?

22     A    He has an office somewhere.

23     Q    Do you know who pays the ombudsman?

24     A    I would imagine it's the County.

25     Q    And that's just a person who acts as a

```
                                                    Page 51

1    patient advocate; is that right?

2         A    Yes.

3         Q    And all patients have the capability of

4    contacting them?

5         A    Yes.  It's posted in every nursing home.

6         Q    Who the ombudsman is?

7         A    Correct.

8         Q    And his telephone number?

9         A    Correct.

10        Q    And that's required by the Department of

11   Health?

12        A    Correct.

13        Q    So you had this meeting, and there was a

14   representative at that meeting from the Department of

15   Health who was present there?

16        A    Yes.  There is a hearing officer.

17        Q    And is it transcribed in any way, or is it

18   recorded in any way?

19        A    Transcribed.

20        Q    And there's a court reporter there?

21        A    On the other side, yeah.

22        Q    What do you mean, on the other side?

23        A    Well, from the -- from the State.  They're

24   recording it.

25        Q    So the State of Ohio, when they bring down
```

Page 52

1    their Department of Health representative, he has and

2    he arranges for a court reporter, just like we have

3    here, to be present?

4        A    He wasn't on the premises.  This was on the

5    phone.  It was a conference call.

6        Q    Was it a Zoom conference?

7        A    No.  Hm-mm.

8        Q    So this was a conference call on the

9    telephone?

10       A    Correct.

11       Q    But the people who were with you and your

12   side, were there people in the office with you?

13       A    Yes, the people that I just mentioned to

14   you.

15       Q    So who was on the phone, the Department of

16   Health?

17       A    Correct.

18       Q    And he had apparently with him a court

19   reporter?

20       A    I'm going to say yes.

21       Q    Or at least it was recorded in some fashion?

22       A    Yes.

23       Q    And then after -- how long did this meeting

24   last?

25       A    I don't recall exactly.

Page 53

1        Q      An hour?

2        A      An hour.  Maybe.

3        Q      And then does the Department of Health --

4    does the representative or the judge advocate,

5    whatever he is, make a decision?

6        A      He does.

7        Q      Right there?

8        A      I believe so.

9        Q      So did he announce his decision to you after

10   the hearing?

11       A      Yes.

12       Q      And what was his decision?

13       A      That he ruled in favor of the nursing home,

14   to discharge the resident.

15       Q      And then what does that mean?

16       A      Oh, excuse me.  That meant that we can

17   discharge the resident.

18       Q      I mean, that doesn't mean you just take her

19   and put her on the street, does it, in front of the

20   place or in a wheelchair?

21       A      Well, like I just explained earlier, we have

22   to do a safe discharge.

23       Q      And what does a safe discharge entail?

24       A      It entails that she goes to a place that can

25   provide the services that she needs for her quality of

Page 54

1    life and wellbeing.

2        Q    And so you determined that Mount Alverna was

3    a safe discharge?

4        A    Yes, it was.   That was Gina's choice to

5    place her.

6        Q    So at this point in time, Dorothy is

7    discharged, Gina's not around, and at that point in

8    time, how were you with the circumstances, and how

9    were you with regards to Gina?  What was your

10   relationship like at that point?

11       A    She was very -- well, she was very upset

12   about the discharge.  So she was very angry.

13       Q    Why was she angry?

14       A    Because she didn't want her mother to leave.

15       Q    I thought you said she wanted to go to Mount

16   Alverna.

17       A    She always did, but during the hearing, she

18   stated how much she loved East Park and how she loved

19   the care.  She told the judge that, and she didn't

20   want to go.  But the judge decided that due to the

21   current state of Dorothy that she would have

22   better-suited care to her Alzheimer's.

23       Q    Did medical authorities from East Park give

24   testimony in that hearing?

25       A    There was just documentation.  I don't

Page 55

1   recall if there was a physician available on that

2   call.  I believe it was documentation.

3        Q    How many discharges in two years while you

4   were at East Park were you involved with?

5        A    A 30-day discharge?

6        Q    Yes.

7        A    One.  That was the only one.

8        Q    Is there any other type of a discharge?

9        A    Discharge for nonpayment.

10        Q    How many discharges for nonpayment did you

11   have?

12        A    None.

13        Q    Do you have to take those discharges for

14   nonpayment and get them into a safety -- safe home?

15        A    Yes.  You do.  Yes.

16        Q    So in your tenure there, you only had one

17   discharge, and that was Dorothy, over a two-year

18   period?

19        A    Well, one 30-day discharge due to not being

20   able to care for the resident.

21        Q    How many types of discharges are there?

22        A    What do you mean?

23        Q    Well, you said there's a 30-day discharge,

24   and this was to discharge Dorothy.

25        A    It's a 30-day discharge.  Then there's

Page 56

```
 1   normal discharge by choice, or it's called a transfer

 2   to another facility.  There's a discharge home if they

 3   -- a family member or resident is safe to go home.

 4        Q    And then there's a discharge for nonpayment

 5   of money?

 6        A    Yes.

 7        Q    And there's a discharge for -- the 30-day

 8   discharge because you can't care for them or you're

 9   tired of caring for them?

10             MS. YODER:  Objection.

11        A    I -- this was not about being tired of

12   caring for her.  This was the inability.

13        Q    She was a hassle, though; wasn't she?  Her

14   and her daughter?

15        A    No.

16             MS. YODER:  Objection.

17   BY MR. CARLIN:

18        Q    She wasn't?

19        A    What do you mean, a hassle?

20        Q    Well, it was -- she was problematical.

21   Wasn't Dorothy kind of somewhat of a problem?  And

22   Gina was also a problem; weren't they?

23        A    Dorothy wasn't a problem.

24        Q    Gina was a problem?

25        A    Gina was an upset family member.
```

Page 57

1        Q    And that's a problem; isn't it?

2        A    I can't answer that.

3        Q    An upset family member poses a problem;

4    don't they?

5        A    No, not necessarily.

6        Q    Well, she anyway complained?

7        A    Yes.

8        Q    Okay.  So what happens then?  You're -- you

9    come to the point where Dorothy is discharged, and you

10   now -- something happens.  Tell me what happened here

11   at this point in time that caused you to file a

12   criminal complaint against Gina.

13                   MS. YODER:  Objection.

14   BY MR. CARLIN:

15       Q    Could you tell me about that a little bit?

16       A    She was making threatening -- posting

17   threatening words, and she came onto the edge of the

18   property and had signs with my name on it, referring

19   to me as a murderer.  She told me to my face directly

20   as I came outside, "I'm going to get you.  Watch your

21   back" and called me a murderer and I better watch out.

22       Q    And did she state that to you?  Was there

23   anybody who heard that?

24       A    I had my business office manager with me.

25       Q    And so what did you do -- and she was

Page 58

1    posting things on Facebook, threats?

2        A    I don't have Facebook.  I was told that she

3    was.

4        Q    So you don't have firsthand knowledge,

5    personal knowledge about the postings?

6        A    I don't have Facebook, so I wouldn't have

7    read it myself through my own Facebook.

8        Q    Are you involved with any other social

9    media?

10       A    Just LinkedIn.

11       Q    And what were the things that you heard that

12   were so threatening?

13       A    What I just stated.

14       Q    What you just -- you heard her say, but from

15   Facebook, what did -- what were you told that were so

16   threatening?

17       A    That she called me a murderer.  That was --

18       Q    You're not a murderer; are you?

19       A    No.

20       Q    So you knew that that was maybe just

21   vitriol, out of anger that she said that?

22       A    I imagine.

23       Q    She had a right to say that; didn't she?

24       A    No.

25       Q    Why?  First Amendment right, don't you think

Page 59

```
 1   that people have a right to say what they want to?
 2                MS. YODER:   Objection.
 3   BY MR. CARLIN:
 4        Q    Go ahead.
 5        A    People have the right to express themselves.
 6   They do not have the right to threaten you.
 7        Q    Was that a threat when she called you a
 8   murderer?
 9        A    I felt threatened.
10        Q    Because she called you a murderer?
11        A    She told me she was going to come after me
12   and to watch my back.
13        Q    Based on that, did you discuss then this
14   with Laura, about what you should do about this?
15        A    I discussed it with Laura that this had
16   happened on -- on the property, on the edge of the
17   property, and that I was afraid of her.
18        Q    And so based on her calling you a murderer
19   and what you heard from Facebook caused you to go to
20   the police department and file a criminal complaint
21   against Gina?
22                MS. YODER:   Objection.  You're
23   mischaracterizing what she just told you.
24   BY MR. CARLIN:
25        Q    Is that true?
```

Page 60

1      A    I went to the police department to get a

2   restraining order because I felt threatened and

3   afraid.

4      Q    Now, you said "restraining order."  Are you

5   familiar with the concept of a civil protection order?

6      A    No.

7      Q    You've never --

8      A    What I understood was that I filed for a

9   restraining order, that she could not come in with a

10  certain number of feet of me.

11     Q    Was that restraining order granted?

12     A    Yes.

13     Q    By the -- by a court?

14     A    By -- yes, by the -- Berea.

15     Q    The Berea Court issued a restraining order

16  to Gina that she couldn't --

17     A    I think the police department did.

18     Q    The police issued a restraining order to

19  Gina that she wasn't allowed to come near you?

20     A    Yes.

21     Q    And at that time, you talked to Laura about

22  doing this; didn't you?

23     A    Yes.

24     Q    And how many discussions did you have with

25  Laura about this?

1      A    One.

2      Q    And where did you have that discussion?

3      A    In my office, on the phone.

4      Q    And you were on the telephone with Laura?

5      A    Correct.

6      Q    And you had this discussion.  What did you

7  say?

8      A    That I was very frightened about my

9  experience that just happened to me.  I was worried

10  about myself and the residents' safety.

11      Q    When you mean the residents' safety, why

12  were you worried about the residents' safety?

13      A    I was frightened of her and for the

14  residents because I did not know what her plan was, to

15  come after me at work, to come after me as I went to

16  my car, to come after other staff.

17      Q    Had she ever threatened you before that?

18      A    She never had threatened me before that.

19      Q    And you didn't know her to carry any kind of

20  a weapon; did you?  A gun or a knife or --

21      A    I wouldn't know that about anybody.

22      Q    But you didn't know that about her, whether

23  she carried a gun or --

24      A    I didn't know that about her.

25      Q    You were just in fear of her, so you went to

Page 62

1    the police and filed a complaint?

2        A    That's correct.

3        Q    And you felt that you had reasonable

4    justification for going the complaint -- to the police

5    to make the complaint?

6        A    Yes.

7        Q    And you felt that you would go to the --

8    file this complaint, and you felt that you certainly

9    had probable cause to do that.  Is that fair?

10                   MS. YODER:  Objection.

11                   Go ahead.

12                   THE WITNESS:  I believe that I needed

13   to go to the police to get protected.

14   BY MR. CARLIN:

15       Q    And you had probable cause to do that in

16   your own mind?

17       A    I felt threatened and needed to protect

18   myself.

19       Q    So you proceeded to the police department

20   and filed a criminal complaint, and you felt that that

21   was a proper thing to do?

22       A    I felt it was appropriate.

23       Q    And you felt that you had justification for

24   doing that?

25       A    Yes.

Page 63

1      Q    During the course of those proceedings, do

2  you recall how long those proceedings were going on?

3      A    I need a break.

4      Q    Do you want to take a break?

5             THE REPORTER:  We are going off record

6  now at 3:23 p.m.  Thank you.

7             (Off the record.)

8             THE REPORTER:  We are back on record at

9  3:27 p.m.  Thank you.

10            MR. CARLIN:  Could I ask you, what was

11  I asking about?  What was my last question, if you

12  can?

13            THE REPORTER:  During proceedings, do

14  you remember --

15            MR. CARLIN:  I got it.

16            THE REPORTER:  Okay.

17  BY MR. CARLIN:

18      Q    Do you recall after you filed the criminal

19  complaint with the police department and you went over

20  to Berea Court, do you recall how long those

21  proceedings were?  Did it last a few months?

22            MS. YODER:  Objection.

23            Go ahead and answer.

24  BY MR. CARLIN:

25      Q    Yeah, go ahead, the best you can.  How long

Page 64

1    did these proceedings go on, to the best you recall?

2         A    Not very long.

3         Q    During the period of time that these

4    proceedings were going, did you talk to the police or

5    to the prosecutor?

6         A    Just the prosecutor.

7         Q    And how many times did you talk to the

8    prosecutor?

9         A    Several.

10        Q    And did you talk to him by telephone?

11        A    Mostly.  Yes.

12        Q    Did you ever go and talk to the prosecutor

13   in person?

14        A    Just at the courthouse.

15        Q    And when you went to the courthouse, and

16   that was for some type of a pretrial, some type of

17   a -- was Gina there?

18        A    She was there, yes.

19        Q    Did you see her?

20        A    No.  I never saw her.

21        Q    So you went to the courthouse to talk to the

22   prosecutor; is that correct?

23        A    Yes.

24        Q    And do you recall the prosecutor saying to

25   you that the case was difficult?

Page 65

1       A     No, I don't recall that.

2       Q     Do you recall talking to the prosecutor and

3   he didn't feel that you might be able to make the case

4   against Gina?

5       A     I don't recall.

6       Q     Is it you don't recall or no, that didn't

7   happen or yes, that might've happened, but you don't

8   remember?

9       A     That might've happened.

10       Q     And do you recall what happened to the case?

11       A     It did not go -- I believe it was dismissed.

12   I don't know.

13       Q     And if I tell you that the judge dismissed

14   it because it lacked probable cause, does that ring a

15   bell?

16       A     I don't recall it being with lacking

17   probable cause.

18       Q     After the case was dismissed, did you ever

19   talk to the prosecutor?

20       A     I don't recall.

21       Q     Do you recall that the case was -- were you

22   told before the case was dismissed that it was going

23   to be dismissed?

24       A     I don't recall.

25       Q     After the case was dismissed, did the

1    prosecutor call you to tell it was dismissed?

2         A    I believe so, yes.

3         Q    So you believe the prosecutor called you and

4    told you that the case was dismissed?

5         A    Yes, as far as I recall.  I don't remember a

6    lot because I just choose -- it's been very difficult

7    for me.

8         Q    I just wanted to go back to with regards to

9    the case, you indicated that you spoke with Laura one

10   time; is that correct?

11        A    It could've been more than once.  I remember

12   one significant call.  There were --

13        Q    And did she say, "Maybe you should file

14   these complaints," or did she say, "Maybe you

15   shouldn't"?  Did she give you an opinion about what

16   she thought?

17        A    She was concerned for my safety and the

18   safety of the residents on the campus.

19        Q    So she felt that it would be the appropriate

20   thing to do to file the complaint?

21        A    I would think she would.

22        Q    Did she express that to you?

23        A    I think she was concerned for the safety of

24   the residents and myself.

25        Q    And so she expressed to you that maybe you

Page 67

1    should file the complaint?

2        A    And she would think that that would be

3    appropriate, yes.

4        Q    You know, you indicated at some point in

5    time somewhere that there were some people in the

6    industry who had told you about Gina's posts.  Who

7    were those people?

8        A    They were a former employee who saw it on

9    Facebook, a couple -- a few administrators in the

10   area.

11       Q    Do you remember their names?

12       A    No, I don't.  I -- I wasn't friends with

13   them.  They were concerned.  They were acting as

14   colleagues.

15       Q    Do you know Nicki Garcia?

16       A    I do.  She worked at the facility at one

17   point.

18       Q    Did you ever tell her about the criminal

19   complaint that was filed?

20       A    I never spoke to her about that.

21       Q    You never had discussions with her about

22   that?

23       A    She called to express her concerns about the

24   Facebook postings and if I was okay.

25       Q    Did you ever tell Gina to stop calling the

Page 68

1   facility?

2       A    No.

3       Q    Did you ever recall telling her to call less

4   frequently?

5       A    No.  I never told her that.

6       Q    Did you have any contact with Gina -- well,

7   no, you told me one time you had contact with Gina

8   after Dorothy went to Mount Alverna, and that was the

9   time when you saw her and she said to you that you

10  were a murderer.  And I wasn't quite sure exactly what

11  she stated.  To the best of your recollection, she

12  said you were a --

13      A    She told me -- she called me a murderer.

14  She told me she was going to get me and I better watch

15  my back.

16      Q    Did you ever make any requests to Gina -- or

17  did Gina make requests to you that were outside the

18  realm of patient care?

19      A    No.  It's not outside the realm of care to

20  ask to have staff to hold the phone up to her mother's

21  ear for a call within reason.

22      Q    Were there other situations like that that

23  maybe you thought you couldn't comply with because it

24  takes too much time or --

25      A    Her care was -- no.  I mean, that was the

Page 69

1    only thing that really would come up, was about

2    holding the phone, which --

3        Q    And that was the only thing that she

4    requested that you do that you felt you could not do?

5        A    Well, as I recall, that was one of the

6    things that was hard for the nursing staff to

7    accommodate while they're doing their med pass, and it

8    was at a certain time of night where it was really

9    busy.  And Gina expected that phone to be to her

10   mother's head by a certain time so she could go to

11   sleep.  It wasn't about her mother.  It was about what

12   her bedtime was.

13            So sometimes it worked, and sometimes it

14   didn't.  And as Dorothy's disease process progressed,

15   she used to be able to do that herself, and that's why

16   it came upon the -- you know, asking the staff to do

17   it because Dorothy couldn't remember to do it, didn't

18   know how to do it, forgotten.  So it wasn't always

19   like that.

20       Q    The -- you did not see the actual posts, and

21   I think you said that, on Facebook?

22       A    Not directly.

23       Q    No.  So --

24       A    They were shown to me.

25       Q    They were shown to you?

Page 70

1      A    Yes.

2      Q    And that was the people who you said that

3  showed them to you?

4      A    Yes.

5      Q    And apparently, that was disturbing you and

6  causing you some anguish, the posts?

7      A    Very much so.  Yes.

8      Q    Why?

9      A    I was being threatened.

10     Q    You felt that the posts were threatening to

11  you?

12     A    Yes.

13     Q    And you're saying that really, with regards

14  to Laura, she didn't express to you after you told her

15  that you felt threatened she was going to let you do

16  what you believed you should do.  Is that how it

17  ended?

18     A    Could you restate that?

19     Q    Yeah, that was a bad question.

20     A    Yeah.

21     Q    I'm glad you asked me to restate that.  I'm

22  just trying to understand what Laura stated to you

23  about when you told her that you wanted to go to the

24  police to file a criminal complaint.

25     A    She was very concerned for my safety and the

Page 71

1   safety of the residents, so she was supportive of what

2   I would ever -- what I decided to do.

3       Q    Have you talked to Laura about this case at

4   all, like in the last week, did you talk to Laura at

5   all?

6       A    No.

7       Q    Have you talked to her in the last two

8   months?

9           MS. YODER:  Just -- only conversations

10  outside the presence of counsel, so if you and Laura

11  directly had a communication.

12           THE WITNESS:  No.

13  BY MR. CARLIN:

14      Q    I just -- and I have to ask you just one

15  more time if you could tell me what you told the

16  police about this case.  What did you say to the

17  police about what Gina did to you that caused you to

18  go to the police?  What did you tell the policeman?

19      A    I wasn't -- I wasn't interviewed by a

20  policeman.  He asked me to write a statement.  So I

21  told -- in my statement, I felt like -- I said that I

22  felt threatened, I was afraid of her, and I -- my

23  safety was being threatened.  I did not feel safe.  I

24  did not know what she was capable of.  I did not know

25  how -- I'd never seen this person before.

Page 72

1      Q      But you had been dealing with her for a
2    couple years?
3      A      Never saw this type of behavior.  Was very
4    frightening.
5      Q      And that was after her mother -- after
6    Gina's mother left?
7      A      Yes.  Yes.
8      Q      But before that, you didn't see anything
9    that you felt was threatening?
10      A      Not like that.  I -- not like that.
11      Q      Do you recall the name of the prosecutor?
12      A      Peter Sackett.  I think that's his name.
13      Q      And did he seem to you to be competent?
14      A      Yes.
15      Q      What were your thoughts about -- what was
16    the punishment, do you think, that Gina should have
17    received for what you claim she did to you?
18      A      I can't answer that.
19      Q      Did you ever ask anyone on social media,
20    people who were your friends who got on social media,
21    not to talk to her or not to communicate with her?
22      A      No.
23      Q      Did you ever talk to a Rene Negrais?
24      A      She was one of my staff nurses.  Yes, of
25    course I talked to her.

Page 73

1      Q     And is she one of the persons that told you

2   about these posts that Gina was making?

3      A     I don't recall that coming from her.

4      Q     Did you ever -- during the period of time

5   that you were at East Park, did you ever have an

6   occasion to terminate an employee?

7      A     Yes.

8      Q     How many?

9      A     I don't remember.

10     Q     More than three?

11     A     Yes.

12     Q     More than five?

13     A     I don't remember that.

14     Q     You don't remember their names; do you?

15     A     No.  Not -- no.

16     Q     Would there be a way that you would be able

17  to find out who they were?

18     A     No.  Now?

19     Q     Now.

20     A     No.

21     Q     Did you have agency aides that you

22  terminated from employment while you were there?

23     A     I don't recall.

24     Q     And to get this straight, agency aides are

25  the same as an STNA; right?

```
                                               Page 74

  1        A     That's correct.

  2        Q     Did you ever have to do anything -- in 2019,

  3   did you have to do anything to cut costs?

  4              MS. YODER:  Objection.

  5              Answer if you can.

  6              THE WITNESS:  Maybe reduce some labor

  7   hours.

  8   BY MR. CARLIN:

  9        Q     Did you ever have conversations with Laura

 10   about that, having to do something to cut costs at the

 11   facility?

 12        A     With labor, it would be with Bob.  And with

 13   Laura, it might be with supplies.  But Laura mostly

 14   handled all the ordering, so she had control of that.

 15        Q     When you say with labor, it might be Bob,

 16   Bob who?

 17        A     Bob Nemetz.

 18        Q     Who is Bob Nemeth?

 19        A     Nemetz.

 20        Q     Nemis.

 21        A     Nemetz, M-E -- N-E-M-E-T-Z.  He was my

 22   direct supervisor, owner.  I believe he owned the --

 23   he was an operator of the building.  Laura's the

 24   owner.

 25        Q     And there was a time when you had to cut
```

```
                                              Page 75
 1   labor down in order to cut costs?
 2        A    Yes.
 3        Q    Did the prosecutor ever ask you to --
 4   suggest to you that maybe you should dismiss the
 5   charges against Gina?
 6        A    No.  No.
 7        Q    Just wanted you to take a look at these
 8   photos and see if you could identify any of these.
 9   This is Plaintiff's Exhibit B.  Can you identify what
10   that is?  Would you know what that was?  Have you ever
11   seen it before?
12                  (Plaintiff Exhibit B was marked for
13                  identification.)
14        A    No.
15        Q    And you can't identify it?  I'm handing you
16   what's been marked as Plaintiff's Exhibit F.  Can you
17   identify what that is?
18                  (Plaintiff Exhibit F was marked for
19                  identification.)
20        A    It appears to be an elbow with a bruise.
21        Q    Could you identify that as a pressure sore?
22        A    No.  I'm not qualified to identify that.
23        Q    Would you know whether it's a pressure --
24   okay.  I'm handing you what's been marked as
25   Plaintiff's Exhibit G.  Can you identify what that is?
```

Page 76

```
 1              (Plaintiff Exhibit G was marked for
 2              identification.)
 3      A    No, I cannot.
 4      Q    Do you have any idea what it is?
 5      A    It's a body part.
 6      Q    What part?
 7      A    It would be female anatomy.  I -- I've never
 8  seen that before.  I'm not qualified to identify what
 9  that is or what's wrong with it.
10      Q    Plaintiff's Exhibit E, have you ever seen?
11  Can you identify what that is?
12              (Plaintiff Exhibit E was marked for
13              identification.)
14      A    It's a body part with some vascular issues,
15  looks like.
16      Q    Pressure sores?
17      A    I can't identify a pressure sore.  I'm not
18  qualified.
19      Q    You indicated vascular issues.  Is that what
20  it'd appear to be?
21      A    Maybe, but it looks like -- yeah, it could
22  be.  I don't know.
23      Q    And Plaintiff's Exhibit C.  Could you
24  identify what that is?
25  //
```

Page 77

1              (Plaintiff Exhibit C was marked for

2              identification.)

3    A    No.  It looks like a body part.

4    Q    With vascular issues?

5    A    I don't know.

6    Q    Why did you think the -- Plaintiff's Exhibit

7    E  was vascular?

8    A    Just saw some broken blood vessels.  That's

9    all.

10   Q    Okay.  Plaintiff's Exhibit D.  Could you

11   identify what that is?

12             (Plaintiff Exhibit D was marked for

13             identification.)

14   A    Looks like a leg, near the ankle.

15   Q    But you don't know that to be -- you

16   don't -- you can't identify -- you don't know who that

17   person's -- who -- whose leg that is; do you?

18   A    I imagine you're showing me Dorothy's.

19   Q    That is correct.  Let me see.  I think I'm

20   coming up to the end.

21             And I know I asked you this, but you're

22   indicating that you did not see Mrs. Criscione, Gina,

23   performing chores or helping other residents or

24   anything like that?

25   A    No.

Page 78

1        Q     You never saw that?

2        A     I never saw her do that.

3        Q     Did you have any texts or emails with the

4    Brook Park police?

5        A     No texts.

6        Q     But you made a statement to them?

7        A     I did.

8        Q     Did you ever have an occasion to go before

9    the judge in Berea Municipal Court?

10       A     No.

11       Q     When the charges -- you were not in the

12   court when the charges were dismissed, or you did not

13   say anything, given an opportunity to speak; were you?

14       A     I was not given an opportunity to speak.

15       Q     As we sit here today, the most egregious

16   thing that Gina said or did that you felt threatened

17   by was when she confronted you after her mother had

18   left the East Park facility, and she talked about

19   murdering and she's going to get you.  And that was

20   the most threatening thing that she had told you?

21       A     Yes.

22       Q     Okay.  And I asked you this.  You didn't

23   have any emails or communications with the City of

24   Brook Park or its agents?

25       A     I may have had an email from Peter Sackett,

Page 79

1    the prosecutor.

2        Q    Do you still have access to that email?

3        A    I don't.  That was my work email.

4        Q    And did you have a separate email for work

5    and a separate email for your own private affairs?

6        A    Yes.

7        Q    Do you know Carol Horvath?

8        A    No.

9        Q    Carol Horvath?

10       A    That name is not familiar to me.

11       Q    And Peter Sackett was the prosecutor?

12       A    That's correct.

13       Q    And you never had any communications with

14   him by email or by text?

15       A    I had phone calls, and if that was an email,

16   it would've been at work.

17       Q    Do you know George Sakellakis?

18       A    The name is familiar, but I -- I don't

19   recall who that is.

20       Q    Do you know of a Harold Duncan?

21       A    That name is familiar to me, but I don't

22   know who it is.  I don't recall who it is.

23       Q    And you have no independent recollection of

24   him?

25       A    No.

```
                                                  Page 80
 1        Q    Ryan Walsh?  Do you know them -- him?

 2        A    I don't recall that.

 3        Q    Thomas Sensel?  Do you know him?

 4        A    I don't know him.  I don't recall these

 5   names.  I -- I don't remember them.

 6        Q    Did you ever know Michael Criscione?

 7        A    No.

 8        Q    And I think there had been requests.  Do you

 9   have any of your phone bills or cell phone items

10   that -- between April 1, 2017, and September 20, 2020?

11   Do you have any of those, that information?

12        A    I don't have it.

13        Q    Were you ever requested to get that?

14             MS. YODER:  Objection.

15             Don't answer that.

16             Get -- by her attorneys?

17             MR. CARLIN:  No, I'm just asking her if

18   she was ever requested by anybody to get it.

19             MS. YODER:  Okay.  By anyone other than

20   your attorneys, you can answer.

21             THE WITNESS:  Yes.

22   BY MR. CARLIN:

23        Q    And who was that?

24        A    That would be Laura.

25        Q    Did you give her those phone bills and
```

                                             Page 81

1    calls?

2         A    Yes.

3         Q    Did you ever have a request to -- for bank

4    statements, for accounts you controlled from January

5    1, 2018, forward?

6         A    No.

7              MS. YODER:   Other than from your

8    lawyers.

9    BY MR. CARLIN:

10        Q    Okay.  Okay.  Is there anything else you

11   want to tell us that might shed some light on this, on

12   your side of the story?

13        A    It was a horrible time for me.  I was very

14   frightened of her.  Never been threatened before in my

15   life, never had anyone threaten me, and I needed to

16   protect myself.  Did not know what she was capable of,

17   and what I saw standing out there on that property was

18   totally frightening to me.

19        Q    When you say, what was totally frightening

20   about it?

21        A    Her.

22        Q    And how was that?  What did you see that was

23   totally frightening?

24        A    How she was responding to seeing me, her

25   anger.

Page 82

1      Q     How far from her were you?

2      A     I don't know the exact number of feet.  I

3   was near the driveway exit -- or entranceway.  I was

4   very close to that, looking at her.

5      Q     And there was another person with you?

6      A     Yes.

7      Q     Did she have a sign?

8      A     She did.  Yes.

9      Q     And what did the sign say?

10     A     From what I recall, she called me a murderer

11  on the sign, and she had several signs.  And some of

12  them were standing up, and some, she was holding.

13     Q     She was pretty angry?

14     A     She was extremely angry.

15                 MR. CARLIN:  I have no more questions.

16  Thank you.

17                 MS. YODER:  We will read.

18                 THE REPORTER:  Okay.  How about

19  transcripts?

20                 MR. CARLIN:  Yeah, we better get both

21  transcripts.

22                 THE REPORTER:  Okay.  Ms. Yoder, are

23  you ready?

24                 MS. YODER:  We'll take copies of both.

25                 THE REPORTER:  Yes?  Okay.

Page 83

1                    MS. YODER:  Yeah, we'll take copies.

2                    THE REPORTER:  Okay, and we are going

3    off record now at 3:54.

4                    (Signature reserved.)

5                    (Whereupon, at 3:54 p.m., the

6                    proceeding was concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 84

1          CERTIFICATE OF DEPOSITION OFFICER

2               I, DAVID ROSS, the officer before whom the

3     foregoing proceedings were taken, do hereby certify

4     that any witness(es) in the foregoing proceedings,

5     prior to testifying, were duly sworn; that the

6     proceedings were recorded by me and thereafter reduced

7     to typewriting by a qualified transcriptionist; that

8     said digital audio recording of said proceedings are a

9     true and accurate record to the best of my knowledge,

10    skills, and ability; that I am neither counsel for,

11    related to, nor employed by any of the parties to the

12    action in which this was taken; and, further, that I

13    am not a relative or employee of any counsel or

14    attorney employed by the parties hereto, nor

15    financially or otherwise interested in the outcome of

16    this action.

17                                        DAVID ROSS

18                            Notary Public in and for the

19                                      State of Ohio

20

21    [X] Review of the transcript was requested.

22

23

24

25

Page 85

1        CERTIFICATE OF TRANSCRIBER

2           I, AUDREY FRANKLIN, do hereby certify that

3    this transcript was prepared from the digital audio

4    recording of the foregoing proceeding, that said

5    transcript is a true and accurate record of the

6    proceedings to the best of my knowledge, skills, and

7    ability; that I am neither counsel for, related to,

8    nor employed by any of the parties to the action in

9    which this was taken; and, further, that I am not a

10   relative or employee of any counsel or attorney

11   employed by the parties hereto, nor financially or

12   otherwise interested in the outcome of this action.

13                              *Audrey Franklin*

14                              _____

15                                   AUDREY FRANKLIN

16

17

18

19

20

21

22

23

24

25

Page 86

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

August 25, 2023

To: Emily R. Yoder, Esq.

Case Name: Criscione, Gina, et al. v. Divincenzo, Laura, et al.

Veritext Reference Number: 6069649

Witness: Sarah Thurmer        Deposition Date:  8/21/2023

Dear Sir/Madam:

Enclosed please find a deposition transcript.  Please have the witness

review the transcript and note any changes or corrections on the

included errata sheet, indicating the page, line number, change, and

the reason for the change.  Have the witness' signature notarized and

forward the completed page(s) back to us at the Production address
shown

above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of

this letter, the reading and signing will be deemed waived.

Sincerely,
Production Department



NO NOTARY REQUIRED IN CA

1                  DEPOSITION REVIEW
                CERTIFICATION OF WITNESS
2
        ASSIGNMENT REFERENCE NO: 6069649
3       CASE NAME: Criscione, Gina, et al. v.
                   Divincenzo, Laura, et al.
        DATE OF DEPOSITION: 8/21/2023
4       WITNESS' NAME: Sarah Thurmer
5       In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7       I have made no changes to the testimony
as transcribed by the court reporter.
8

    _____        _____
9  Date                     Sarah Thurmer
10      Sworn to and subscribed before me, a
Notary Public in and for the State and County,
11 the referenced witness did personally appear
and acknowledge that:
12
        They have read the transcript;
13      They signed the foregoing Sworn
              Statement; and
14      Their execution of this Statement is of
              their free act and deed.
15
        I have affixed my name and official seal
16
this _____ day of_____, 20_____.
17
                _____
18              Notary Public
19              _____
                Commission Expiration Date
20
21
22
23
24
25

```
1              DEPOSITION REVIEW
            CERTIFICATION OF WITNESS
2
        ASSIGNMENT REFERENCE NO: 6069649
3       CASE NAME: Criscione, Gina, et al. v.
                   Divincenzo, Laura, et al.
        DATE OF DEPOSITION: 8/21/2023
4       WITNESS' NAME: Sarah Thurmer
5       In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
6   my testimony or it has been read to me.
7       I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
8   well as the reason(s) for the change(s).
9       I request that these changes be entered
    as part of the record of my testimony.
10
        I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____       _____
    Date                          Sarah Thurmer
14
        Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
    the referenced witness did personally appear
16  and acknowledge that:
17      They have read the transcript;
        They have listed all of their corrections
18          in the appended Errata Sheet;
        They signed the foregoing Sworn
19          Statement; and
        Their execution of this Statement is of
20          their free act and deed.
21      I have affixed my name and official seal
22  this _____ day of_____, 20_____.
23          _____
            Notary Public
24
            _____
25          Commission Expiration Date
```

Page 89

ERRATA SHEET

VERITEXT LEGAL SOLUTIONS MIDWEST

ASSIGNMENT NO: 6069649

PAGE/LINE(S) /          CHANGE          /REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____      _____

Date                    Sarah Thurmer

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

DAY OF _____, 20_____ .

                  _____

                  Notary Public


                  _____

                  Commission Expiration Date

| & | | | |
|---|---|---|---|

**&**   1:14 2:4,20

**1**

**1**   80:10 81:5
**100**   1:15
**1100**   86:1
**12**   19:6 20:14
20:22,23
**1265**   2:12
**15**   28:20
**15428**   9:8
**1820**   86:2
**1976**   10:9
**1997**   9:10
**1st**   26:15

**2**

**2**   20:12
**20**   80:10 87:16
88:22 89:22
**2000**   12:25
**2005**   13:21
14:9
**2007**   14:13
15:10
**2017**   80:10
**2018**   15:21
16:8,9 81:5
**2019**   74:2
**2020**   80:10
**2023**   1:12 5:8
86:4
**21**   1:12 5:8
**216**   2:8,15

**216-523-1313**
86:3
**23**   1:7
**24**   20:14
**25**   86:4
**26476**   84:16
**28th**   9:19
**29325**   2:5
**2:17**   1:13 5:5

**3**

**3**   20:12
**30**   44:12,13,22
55:5,19,23,25
56:7
**305**   2:5
**31909**   85:14
**330**   2:25
**36**   4:8
**3737**   1:15 2:21
**38**   9:25
**3:23**   63:6
**3:27**   63:9
**3:54**   83:3,5

**4**

**400**   2:12
**44110**   9:8
**44113-1326**
2:13
**44114**   86:2
**44122**   2:6
**44333**   1:16
2:22

**5**

**50**   20:2
**50s**   16:20

**6**

**60**   9:18 16:19
18:6 20:3,12
**6069649**   1:18
86:7 87:2 88:2
89:2
**65**   9:19
**670-7612**   2:25

**7**

**7**   4:3 39:20
**75**   4:9,13
**76**   4:12,14
**77**   4:10,11

**8**

**8**   20:23
**8/21/2023**   86:8
87:3 88:3
**8/28/58**   9:17
**831-4935**   2:8
**8s**   20:24

**9**

**912-2195**   2:15
**976445**   1:7
**98**   9:11
**99**   9:11

**a**

**ability**   84:10
85:7
**able**   38:24
55:20 65:3

69:15 73:16
**above**   86:17
**absent**   5:12
**absolutely**   24:1
36:2
**accepted**   45:9
**access**   79:2
**accident**   30:1
30:19,21
**accidents**   29:20
**accommodate**
69:7
**accomplishes**
44:25
**accordance**
87:5 88:5
**accounts**   81:4
**accurate**   84:9
85:5
**acknowledge**
87:11 88:16
**acknowledg...**
5:11
**acquired**   25:9
**acres**   9:8
**act**   87:14 88:20
**acting**   67:13
**action**   84:12,16
85:8,12
**activities**   22:4
**acts**   50:25
**actual**   69:20
**actually**   19:2
25:24 45:21
46:1

**addition** 21:19
21:19
**additionally**
5:12
**address** 9:7
37:16 86:15
**administer**
5:11
**administration**
10:20 11:12,15
11:20
**administrator**
15:15 16:11,12
16:16 24:12
**administrators**
67:9
**admission**
25:15
**admissions**
29:4
**admitted** 25:10
25:12
**advocate** 50:15
51:1 53:4
**affairs** 79:5
**affixed** 87:15
88:21
**afraid** 59:17
60:3 71:22
**afternoon** 5:2
**agency** 73:21
73:24
**agents** 78:24
**ages** 9:24

**ago** 7:22 15:8
30:6,16
**agree** 5:14 8:21
41:24
**agrees** 46:12
**ahead** 30:3,10
30:14 34:14
43:22 59:4
62:11 63:23,25
**ahold** 39:23
**aid** 37:19,25
**aides** 73:21,24
**ait** 26:24
**akron** 1:16
2:22 5:8
**al** 1:4,7 86:6,6
87:3,3 88:3,3
**allow** 32:23
**allowed** 60:19
**altercare** 26:18
27:7,9,12,18
**alverna** 46:24
47:5,8 49:10
54:2,16 68:8
**alzheimer's**
54:22
**amendment**
58:25
**anatomy** 76:7
**andrew** 50:13
**anger** 58:21
81:25
**angry** 54:12,13
82:13,14

**anguish** 70:6
**ankle** 77:14
**announce** 53:9
**answer** 8:11,20
8:23 24:22
29:23 31:12
34:13,14 35:8
42:3,21 45:3
57:2 63:23
72:18 74:5
80:15,20
**anybody** 29:1
32:24 43:5,8
43:12 45:13,14
57:23 61:21
80:18
**anyway** 14:9
47:7 57:6
**aol.com** 2:7
**apparently**
32:8 52:18
70:5
**appear** 76:20
87:11 88:15
**appeared** 37:5
42:17
**appears** 37:5
37:15 75:20
**appended**
88:11,18
**applicable** 5:18
**appreciate** 8:14
**appropriate**
62:22 66:19
67:3

**approximately**
12:24 16:17
19:16 49:7
**april** 80:10
**area** 10:4 23:8
23:10 26:1
38:5 67:10
**areas** 17:16
18:2 25:5
**arm** 4:13
**arranges** 52:2
**arrived** 18:16
**arts** 11:19
**asked** 33:22,25
34:2,4,16,18,19
34:20 35:9,21
47:12 70:21
71:20 77:21
78:22
**asking** 21:17
25:2,19 35:2
35:10 42:9
63:11 69:16
80:17
**assessments**
45:19
**assigned** 5:3
50:18
**assignment**
87:2 88:2 89:2
**assist** 32:24
**assistance**
32:20
**assistant** 22:8

**assisted** 17:3
39:6
**assume** 8:24
**attached** 88:7
**attempted**
37:15
**attendance**
5:25
**attention** 37:10
48:5
**attorney** 84:14
85:10
**attorneys** 80:16
80:20
**attributed**
40:12,12
**audible** 24:25
**audio** 84:8 85:3
**audrey** 85:2,15
**august** 1:12 5:8
86:4
**authorities**
54:23
**authorize**
88:11
**authorized**
5:10
**automobile**
29:20
**available** 32:11
55:1
**ave** 86:1
**avoid** 38:15
**aware** 26:2
40:13 43:5,8

43:12

**b**

**b** 4:5,9 75:9,12
**ba** 11:18
**bachelor** 11:16
11:19
**back** 14:6
15:10 40:8
49:15,15 57:21
59:12 63:8
66:8 68:15
86:15
**background**
9:1,4,4
**bad** 48:21
70:19
**baker** 50:2
**bank** 81:3
**bardwell** 2:10
**barrier** 33:17
**based** 59:13,18
**beach** 13:24
**beautiful** 14:8
**bed** 16:14,19
22:16
**bedridden**
22:15
**beds** 18:6
**bedsores** 23:18
**bedtime** 69:12
**beginning** 6:1
**behalf** 2:2,17
**behavior** 72:3
**believe** 12:22
13:21 46:21

53:8 55:2
62:12 65:11
66:2,3 74:22
**believed** 70:16
**bell** 65:15
**berea** 60:14,15
63:20 78:9
**best** 39:12
41:23 63:25
64:1 68:11
84:9 85:6
**better** 26:21
46:12 54:22
57:21 68:14
82:20
**bigger** 26:24
**bill** 48:20
**bills** 80:9,25
**birth** 9:16
**bit** 9:1,3 22:16
26:24 28:5
31:5 37:4
38:14 57:15
**blocking** 43:12
**blood** 77:8
**blvd** 2:5
**bob** 74:12,15
74:16,17,18
**body** 76:5,14
77:3
**bought** 18:15
**bounce** 49:15
**break** 23:2
36:22,22 63:3
63:4

**breakdown**
22:25 23:1,22
**brenda** 50:6
**brian** 2:10
**brian.bardwell**
2:14
**brief** 42:11
**briefly** 7:13
15:11 28:3
36:10
**bring** 28:23
33:6 51:25
**brings** 27:22
**broken** 77:8
**brook** 78:4,24
**brought** 48:5
**bruise** 75:20
**bsn** 11:7
**building** 16:15
26:24 74:23
**buildings** 27:21
**business** 57:24
**busy** 69:9
**buttocks** 4:14

**c**

**c** 2:1 3:1 4:10
5:1 10:13
76:23 77:1
**ca** 86:25
**call** 20:7 21:8
23:10 24:13
42:13 43:3,9
43:16,17 52:5
52:8 55:2 66:1
66:12 68:3,21

**[called - comfort]**

**called**  6:23 8:4
  11:9,14 21:6
  56:1 57:21
  58:17 59:7,10
  66:3 67:23
  68:13 82:10
**calling**  11:4
  17:11 43:6
  59:18 67:25
**calls**  43:13
  79:15 81:1
**campbell**  1:14
  2:20
**campus**  66:18
**capability**  51:3
**capable**  71:24
  81:16
**capacity**  19:21
**car**  61:16
**card**  32:11
**care**  10:20
  11:15,20 17:4
  17:20,20 20:10
  21:12,14,23
  22:1 25:10
  28:10 40:25
  41:13,19 44:5
  44:8,10 46:3,7
  46:13 47:11
  54:19,22 55:20
  56:8 68:18,19
  68:25
**caregiver**  21:18
**caregivers**  21:6
  21:16,22

**caregiving**
  18:22
**caring**  56:9,12
**carlin**  2:3,4,4
  4:3 6:1,2,8,9
  7:4 24:23
  29:24 30:5,9
  30:11,17 31:20
  34:15 36:20
  43:24 45:10
  56:17 57:14
  59:3,24 62:14
  63:10,15,17,24
  71:13 74:8
  80:17,22 81:9
  82:15,20
**carol**  79:7,9
**carried**  61:23
**carry**  61:19
**case**  1:6 31:17
  64:25 65:3,10
  65:18,21,22,25
  66:4,9 71:3,16
  86:6 87:3 88:3
**cause**  62:9,15
  65:14,17
**caused**  30:18
  30:21 39:1
  57:11 59:19
  71:17
**causing**  70:6
**cell**  32:9,12
  80:9
**certain**  60:10
  69:8,10

**certainly**  62:8
**certificate**  84:1
  85:1 88:11
**certification**
  22:11 87:1
  88:1
**certified**  5:15
  21:23 22:5,6,7
  22:10
**certify**  84:3
  85:2
**chagrin**  2:5
**challenging**
  26:21,23
**change**  22:17
  86:13,14 88:8
  89:3
**changed**  23:23
  27:17 42:12,13
  49:5
**changes**  86:12
  87:7 88:7,9
**changing**  26:2
**charge**  17:21
  17:25
**charges**  75:5
  78:11,12
**check**  48:17
**checked**  42:12
**children**  9:20
**choice**  54:4
  56:1
**choose**  66:6
**chores**  77:23

**circumstances**
  54:8
**city**  78:23
**civil**  60:5 87:5
  88:5
**claim**  29:25
  30:18 72:17
**claimed**  35:20
**claims**  29:19
  34:20
**clean**  28:10
  33:16
**clerical**  22:3
**cleveland**  2:13
  9:8 10:7 15:12
  86:2
**clinically**  45:18
**close**  11:6
  19:22 82:4
**colleagues**
  67:14
**college**  10:10
  10:12,14,17
  11:1
**combative**
  39:11
**come**  28:20,20
  33:1 34:25
  43:2 45:16,19
  46:11 57:9
  59:11 60:9,19
  61:15,15,16
  69:1
**comfort**  22:24
  23:19,22 26:7

**[coming - criscione]**

**coming** 29:5
73:3 77:20
**commended**
48:22
**commission**
87:19 88:25
89:25
**common** 1:1
**communicate**
72:21
**communication**
71:11
**communicati...**
36:7 78:23
79:13
**community**
29:7
**company** 27:16
27:17
**competent**
72:13
**complain** 42:10
42:16
**complained**
57:6
**complaining**
37:11 41:24
48:1
**complaint** 6:19
31:21,24 32:18
40:18 42:1
57:12 59:20
62:1,4,5,8,20
63:19 66:20
67:1,19 70:24

**complaints**
40:15,22 66:14
**complete** 11:3
**completed**
86:15
**compliment**
48:14,14
**complimented**
48:22
**compliments**
48:10
**comply** 68:23
**component**
13:3
**components**
17:1
**compromised**
23:3
**computer's**
36:18
**concept** 45:12
60:5
**concerned** 38:3
66:17,23 67:13
70:25
**concerns** 67:23
**concluded** 83:6
**conclusion**
45:16,22 46:11
47:8
**condition** 46:3
**conducting**
38:21
**conference**
52:5,6,8

**confronted**
78:17
**confused** 35:4
**connection**
29:5
**constitute** 5:22
**consuming**
43:9
**cont'd** 3:1
**contact** 33:1
68:6,7
**contacting** 51:4
**control** 74:14
**controlled** 81:4
**conversations**
31:18 71:9
74:9
**convicted** 29:9
**copies** 82:24
83:1
**copy** 44:18,18
44:19
**correct** 11:21
15:19 17:8
27:24 28:17
30:22 32:10
35:18 36:1,4
40:9 46:25
48:24,25 49:25
51:7,9,12
52:10,17 61:5
62:2 64:22
66:10 74:1
77:19 79:12

**corrections**
86:12 88:17
**costs** 74:3,10
75:1
**could've** 66:11
**counsel** 31:15
71:10 84:10,13
85:7,10
**count** 20:10
**county** 1:2 5:9
50:24 87:10
88:15
**couple** 16:25
29:8 67:9 72:2
**course** 20:2,5
40:3 63:1
72:25
**court** 1:1 51:20
52:2,18 60:13
60:15 63:20
78:9,12 87:7
**courthouse**
64:14,15,21
**cover** 17:16,19
**covers** 17:20
**crime** 29:9
**criminal** 57:12
59:20 62:20
63:18 67:18
70:24
**criscione** 1:4
2:2 5:7 32:6
35:6 77:22
80:6 86:6 87:3
88:3

**criscione's** 14:24
**crotch** 4:9 38:5
**current** 54:21
**cut** 74:3,10,25 75:1
**cuyahoga** 1:2
**cv** 1:7

**d**

**d** 2:10 4:1,11 5:1 77:10,12
**daily** 17:23
**date** 1:12 9:16 12:4 15:9 86:8 87:3,9,19 88:3 88:13,25 89:20 89:25
**daughter** 56:14
**daughters** 9:23 10:1
**david** 1:17 5:3 84:2,17
**day** 19:9,10,16 20:2,5,25 33:8 33:9 44:12,13 44:22 55:5,19 55:23,25 56:7 87:16 88:22 89:22
**days** 25:25 26:1 86:18
**dealing** 72:1
**dear** 86:10
**decided** 11:5 28:19 54:20

71:2
**decides** 12:3
**decision** 53:5,9 53:12
**deck** 28:13
**deed** 87:14 88:20
**deemed** 44:4 86:19
**deep** 33:16
**defendant** 3:3
**defendants** 1:8 2:17 6:12,14
**degree** 11:8,9 11:11,17,19
**demented** 44:17
**dementia** 44:6 44:8,11 46:4
**department** 28:16 49:17 51:10,14 52:1 52:15 53:3 59:20 60:1,17 62:19 63:19 86:22
**depending** 16:14 19:17 33:11
**deposition** 1:10 5:6,20 7:9 14:18,23,24 84:1 86:8,11 87:1,3 88:1,3

**describe** 17:19 24:8 28:3,7
**description** 4:6
**desk** 32:11
**determination** 45:20
**determine** 38:20
**determined** 54:2
**determining** 47:10
**develop** 23:12 25:5
**developed** 24:7 25:17 38:9
**development** 24:6
**develops** 38:19
**diaper** 42:4
**diapers** 37:12 41:25
**died** 49:14
**dietary** 18:4 22:1 28:11
**difference** 44:2
**different** 12:9
**difficult** 64:25 66:6
**digital** 84:8 85:3
**direct** 20:10 21:12,14,23,25 37:10 74:22

**directly** 38:6,10 57:19 69:22 71:11
**director** 33:10 45:25 49:23 50:4
**discharge** 44:12 45:8 46:7,12 53:14 53:17,22,23 54:3,12 55:5,8 55:9,17,19,23 55:24,25 56:1 56:2,4,7,8
**discharged** 43:25 44:23 45:12,15,17,22 46:16 47:7,11 47:15,20 54:7 57:9
**discharges** 55:3 55:10,13,21
**discuss** 45:11 45:13 46:2,3,4 46:6 59:13
**discussed** 31:14 35:1 59:15
**discussing** 34:25
**discussion** 61:2 61:6
**discussions** 60:24 67:21
**disease** 69:14

**[dismiss - except]**                                                     Page 7

**dismiss** 75:4
**dismissed**
  65:11,13,18,22
  65:23,25 66:1
  66:4 78:12
**disturbing** 70:5
**divincenzo** 1:7
  3:3 6:17,17
  18:15 86:6
  87:3 88:3
**division** 17:3,4
**doctors** 45:18
  45:19 47:9
**documentation**
  38:12 54:25
  55:2
**documents**
  15:1
**doing** 60:22
  62:24 69:7
**don** 20:9 49:21
  49:23
**dorothy** 30:25
  33:2 43:16,17
  43:19 45:15
  46:19,21 47:7
  47:15,19 54:6
  54:21 55:17,24
  56:21,23 57:9
  68:8 69:17
**dorothy's**
  69:14 77:18
**dresser** 33:18
**drive** 9:8

**driver's** 13:11
**driveway** 82:3
**due** 54:20
  55:19
**duly** 6:23 84:5
**duncan** 79:20
**duties** 27:25

**e**

**e** 2:1,1 3:1,1 4:1
  4:5,12 5:1,1
  74:21,21,21
  76:10,12 77:7
**ear** 41:11 68:21
**earlier** 53:21
**east** 15:18,23
  16:6,10,18
  17:1,10 18:6
  21:1 25:16
  26:16,19,25
  27:9,18 28:4
  28:24 37:24
  44:7 49:12
  50:17,18 54:18
  54:23 55:4
  73:5 78:18
**eat** 23:23
**edge** 57:17
  59:16
**effort** 38:22
  39:17 41:14
  45:23
**egregious**
  78:15
**eight** 19:7,7
  30:16

**either** 21:22
  29:6
**elbow** 75:20
**email** 78:25
  79:2,3,4,5,14
  79:15 86:17
**emails** 78:3,23
**embassy** 1:15
  2:21
**emily** 2:18 6:11
  86:5
**emphasize**
  39:16
**employed**
  84:11,14 85:8
  85:11
**employee** 67:8
  73:6 84:13
  85:10
**employer** 7:14
  7:25
**employment**
  73:22
**enclosed** 86:11
**ended** 70:17
**enormous**
  16:15
**entail** 53:23
**entails** 53:24
**entered** 88:9
**entire** 46:22
  87:5 88:5
**entitled** 48:13
  48:23

**entranceway**
  82:3
**errands** 35:22
**errata** 86:13,18
  88:7,10,18
  89:1
**es** 84:4
**esq** 86:5
**esquire** 2:3,10
  2:18,19
**et** 1:4,7 86:6,6
  87:3,3 88:3,3
**event** 24:14,15
  24:20
**everybody**
  46:12
**evicted** 43:20
  43:23 44:4
**eviction** 45:1,4
**evidentiary**
  5:19
**exact** 15:9
  16:21 19:3
  20:1 41:22
  82:2
**exactly** 11:8,14
  13:20 16:9
  49:13 52:25
  68:10
**examination**
  4:2 7:3
**examined** 6:25
**excellent** 28:11
**except** 17:17
  21:12

**[exchanged - frightening]**  Page 8

| | | | |
|---|---|---|---|
| **exchanged** 32:9 | 59:19 67:9,24 | **federal** 12:7,11 | 28:9 30:16 |
| **exchanges** 38:3 | 69:21 | 12:14,17,20,22 | 42:25 73:12 |
| **exclusive** 17:6 | **facilitator** | **feel** 65:3 71:23 | **floor** 18:25 |
| **excuse** 6:8 9:11 | 13:13 | **feet** 60:10 82:2 | 32:25 33:1 |
| 53:16 | **facility** 16:19 | **felt** 59:9 60:2 | **folks** 47:9 |
| **executed** 88:10 | 18:16 27:4 | 62:3,7,8,17,20 | **follows** 6:25 |
| **execution** | 28:9 29:6 | 62:22,23 66:19 | **fond** 28:8 |
| 87:14 88:19 | 37:22 56:2 | 69:4 70:10,15 | **food** 28:10,12 |
| **exhibit** 4:8,9,10 | 67:16 68:1 | 71:21,22 72:9 | **force** 39:10 |
| 4:11,12,13,14 | 74:11 78:18 | 78:16 | **foregoing** 84:3 |
| 36:11,12 75:9 | **fact** 30:11 | **female** 76:7 | 84:4 85:4 |
| 75:12,16,18,25 | 37:24 | **file** 57:11 59:20 | 87:13 88:18 |
| 76:1,10,12,23 | **fair** 8:15,24 | 62:8 66:13,20 | **forgot** 50:8 |
| 77:1,6,10,12 | 23:16 36:8 | 67:1 70:24 | **forgotten** 69:18 |
| **exit** 82:3 | 40:16 43:16 | **filed** 60:8 62:1 | **former** 7:14,25 |
| **expected** 69:9 | 48:18 62:9 | 62:20 63:18 | 67:8 |
| **experience** 61:9 | **fairly** 18:10,11 | 67:19 | **forth** 17:4 |
| **expiration** | 24:18 27:18 | **files** 25:13,16 | 32:21 40:8 |
| 87:19 88:25 | **fairness** 41:12 | 25:18,19 | **forward** 81:5 |
| 89:25 | **false** 35:23 | **filled** 18:9 | 86:15 |
| **explained** | **familiar** 32:22 | **final** 45:21 | **four** 7:24 |
| 53:21 | 38:2 60:5 | **financially** | **framing** 48:21 |
| **express** 59:5 | 79:10,18,21 | 84:15 85:11 | **franklin** 85:2 |
| 66:22 67:23 | **family** 28:24 | **find** 14:16 | 85:15 |
| 70:14 | 32:23 34:10 | 42:11 45:5 | **free** 87:14 |
| **expressed** | 42:11 46:19 | 46:20 73:17 | 88:20 |
| 66:25 | 56:3,25 57:3 | 86:11 | **frequently** 43:9 |
| **extremely** | **far** 34:5 66:5 | **finish** 34:13,14 | 68:4 |
| 82:14 | 82:1 | **first** 6:23 12:21 | **fresh** 33:23 |
| **eyoder** 2:23 | **fashion** 52:21 | 12:22 29:5 | **friends** 67:12 |
| **f** | **fathers** 28:24 | 47:6 58:25 | 72:20 |
| **f** 4:13 75:16,18 | **fault** 38:21 | **firsthand** 58:4 | **frightened** 61:8 |
| **face** 57:19 | **favor** 53:13 | **fit** 47:4 | 61:13 81:14 |
| **facebook** 47:16 | **fear** 61:25 | **five** 9:25 19:18 | **frightening** |
| 58:1,2,6,7,15 | | 20:11,20 21:3 | 72:4 81:18,19 |

**[frightening - hearing]**                    Page 9

81:23
**front** 32:11
53:19
**full** 18:10,11,13
19:21
**fun** 39:23
**fungal** 38:4
**further** 84:12
85:9

**g**

**g** 4:14 5:1
75:25 76:1
**garcia** 67:15
**generally** 41:5
41:7 42:9
**george** 79:17
**getting** 33:18
47:9
**gina** 1:4 2:2 5:7
14:23,23 15:5
32:6,9,18
33:22,25 34:18
35:6,20 36:6
37:3,6,11 38:3
39:22,24 40:2
40:8 43:6,8,13
43:15 44:20
47:15,20 54:9
56:22,24,25
57:12 59:21
60:16,19 64:17
65:4 67:25
68:6,7,16,17
69:9 71:17
72:16 73:2

75:5 77:22
78:16 86:6
87:3 88:3
**gina's** 54:4,7
67:6 72:6
**give** 8:11 12:4
30:12 44:16
48:14 54:23
66:15 80:25
**given** 7:7 20:25
44:19 78:13,14
**glad** 70:21
**glasses** 36:14
**go** 9:1 10:6,10
10:12 16:7
19:24 22:16
26:16 27:3
30:3,10,14
32:25 33:4,8
34:14 41:3
42:6 43:22
45:8 47:1,5
54:15,20 56:3
59:4,19 62:7
62:11,13 63:23
63:25 64:1,12
65:11 66:8
69:10 70:23
71:18 78:8
**goes** 53:24
**going** 8:6,10
9:4 12:4 17:9
23:10 28:19,22
28:23 30:11
36:10,14 41:3

41:7 44:23
45:15 48:2
52:20 57:20
59:11 62:4
63:2,5 64:4
65:22 68:14
70:15 78:19
83:2
**gon** 49:22
**good** 5:2 28:9
28:14 47:4
**gotten** 37:1
**graduate** 10:8
10:17 12:1
**graduated**
10:25
**graduating**
11:6
**granted** 60:11
**great** 28:9,12
**group** 45:23
**grow** 10:3
**guardian** 44:18
**gun** 61:20,23

**h**

**h** 4:5
**hand** 6:20
36:10
**handing** 75:15
75:24
**handled** 74:14
**hands** 28:13
37:2
**hanna** 1:14
2:20

**happen** 41:23
48:6 65:7
**happened** 24:9
38:13 42:19,23
42:24 47:13
57:10 59:16
61:9 65:7,9,10
**happens** 37:21
46:9 57:8,10
**happy** 48:3
**hard** 69:6
**harold** 79:20
**hassle** 56:13,19
**hcplaw.net**
2:23,24
**head** 8:14
69:10
**heal** 25:11
**healed** 25:6
**health** 26:12
28:16 49:17
51:11,15 52:1
52:16 53:3
**healthcare** 8:1
15:24 19:12,23
21:4 24:2
**hear** 14:20
33:24
**heard** 14:4
33:22 35:1
57:23 58:11,14
59:19
**hearing** 6:19
37:19,25 49:17
49:20 51:16

53:10 54:17,24
**heavy** 36:19
**heights** 10:7
**help** 20:7 22:1
32:21
**helping** 77:23
**helps** 45:5
**hereto** 84:14
85:11
**hey** 38:25
**high** 10:6,7
**hm** 52:7
**hmm** 8:3 12:13
13:2 15:14
17:5 20:4
22:14 39:25
48:12
**hold** 31:11
36:15 68:20
**holding** 41:10
41:17 69:2
82:12
**home** 5:8 7:15
11:11 13:12
16:11,13,22,23
17:7,11,11,17
18:6,19 21:1
22:13 24:19
25:17 26:2
27:19 28:10
29:12 31:1
32:6 40:19
43:20 45:6,9
45:11 46:22
50:15 51:5

53:13 55:14
56:2,3
**homes** 15:13,25
44:4
**hope** 35:25
**horrible** 81:13
**horvath** 79:7,9
**hospital** 29:7
**hour** 19:6
20:14,14,22,23
53:1,2
**hours** 20:9 42:5
42:8,13 74:7
**house** 9:12 25:9
**housekeeping**
18:4 22:2
33:11,14
**husband** 9:15
14:15

**i**

**idea** 76:4
**identification**
36:13 75:13,19
76:2,13 77:2
77:13
**identify** 5:25
37:2 75:8,9,15
75:17,21,22,25
76:8,11,17,24
77:11,16
**identifying** 6:5
**imagine** 7:17
23:6 48:19
50:24 58:22
77:18

**important** 8:18
**inability** 56:12
**incidentally**
36:21
**include** 17:24
19:13
**included** 11:16
86:13
**incorporated**
88:12
**independent**
31:13 79:23
**indicated** 32:19
40:1 66:9 67:4
76:19
**indicating**
19:19 77:22
86:13
**indirectly**
38:11
**industry** 67:6
**infection** 38:4
**information**
9:5 80:11
**inquire** 42:16
**inquiries** 37:6,9
37:11 38:7
**instance** 22:13
33:1,13 41:3
**intend** 40:2,4
**intended** 5:17
**intense** 41:19
**intention** 47:1
**interdisciplin...**
45:24

**interested**
84:15 85:12
**interview** 28:22
29:1
**interviewed**
71:19
**invade** 9:5
**involved** 7:16
18:21 23:25
24:3 29:16
48:19 55:4
58:8
**issued** 60:15,18
**issues** 37:16
41:8 76:14,19
77:4
**it'd** 76:20
**items** 80:9

**j**

**january** 81:4
**job** 1:18 14:16
28:4
**jobs** 27:25
**judge** 53:4
54:19,20 65:13
78:9
**judgment** 4:8
**juries** 9:3
**justifiable**
40:18 41:21,22
42:1,16,18
**justification**
62:4,23

**k**

**kelly** 50:2
**kind** 56:21
  61:19
**kindred** 8:1,2
  15:24 16:4
**kinkead** 50:13
**knew** 34:5
  58:20
**knife** 61:20
**know** 9:3 14:1
  15:8 16:17
  19:3,5 20:1
  24:12,14,17,20
  24:24 28:4
  31:12,13 32:5
  34:6 35:8,12
  35:23 36:3,5
  36:10 41:12
  42:3,21 45:3
  47:12 49:13
  50:23 61:14,19
  61:21,22,24
  65:12 67:4,15
  69:16,18 71:24
  71:24 75:10,23
  76:22 77:5,15
  77:16,21 79:7
  79:17,20,22
  80:1,3,4,6
  81:16 82:2
**knowledge**
  31:13 34:7,23
  35:2,18 42:24
  43:1 58:4,5

84:9 85:6

**l**

**labor** 74:6,12
  74:15 75:1
**lacked** 65:14
**lacking** 65:16
**late** 44:7
**laundry** 33:23
**laura** 1:7 3:3
  6:16,17 59:14
  59:15 60:21,25
  61:4 66:9
  70:14,22 71:3
  71:4,10 74:9
  74:13,13 80:24
  86:6 87:3 88:3
**laura's** 74:23
**law** 2:11
**laws** 5:19
**lawsuit** 7:16
  29:14 31:6,14
**lawsuits** 29:17
**lawyers** 14:19
  81:8
**leave** 14:14
  26:19 27:15
  44:14 54:14
**left** 10:24 16:1
  26:16 27:4,9
  49:12 72:6
  78:18
**leg** 4:10,11,12
  77:14,17
**legacy** 26:12
  27:4,5,23

**legal** 86:1 89:1
**letter** 86:19
**license** 13:11
  17:16,18
**licensed** 13:11
  13:14,18 14:9
  21:22
**licensure** 11:24
  12:14,15,18,18
  12:20 13:9
  21:9
**life** 44:9 54:1
  81:15
**light** 42:14
  81:11
**line** 30:8 35:4
  86:13 88:7
  89:3
**linens** 33:23
**linkedin** 58:10
**list** 46:21
**listed** 88:7,17
**listing** 88:7
**little** 9:1,3 16:5
  22:15 26:24
  28:5 31:5 37:4
  38:14 46:18
  57:15
**live** 9:14 45:5
**lived** 9:9,10
**llc** 2:11
**llp** 2:20
**location** 1:14
**long** 7:22 9:9
  10:20 11:15,20

  12:1,5 13:24
  16:4 17:20
  23:11 26:14
  27:13 30:6
  40:15 49:13
  52:23 63:2,20
  63:25 64:2
**longer** 22:16
  44:5 46:13
  47:11
**look** 15:1 36:19
  40:7 75:7
**looked** 25:24
**looking** 14:6
  26:23 82:4
**looks** 76:15,21
  77:3,14
**lot** 14:2 36:7
  37:12 66:6
**loved** 28:11,12
  54:18,18
**lpns** 19:24,25
  20:18 21:3

**m**

**m** 74:21,21
**madam** 86:10
**made** 29:19,25
  37:9 78:6 87:7
**maintenance**
  18:4 22:2
  33:18
**major** 10:19
  11:20
**majority** 37:6

**[make - necessarily]**

| | | | |
|---|---|---|---|
| **make** 25:3<br>30:13 40:18,21<br>41:15 53:5<br>62:5 65:3<br>68:16,17<br>**makes** 9:18<br>45:21<br>**making** 37:6<br>38:7 40:16<br>57:16 73:2<br>**manager** 18:24<br>18:24 28:11<br>57:24<br>**managerial**<br>18:20<br>**mandanici** 31:1<br>43:17<br>**manner** 5:20<br>**marked** 36:11<br>36:12 75:12,16<br>75:18,24 76:1<br>76:12 77:1,12<br>**married** 14:12<br>14:15<br>**matter** 5:7<br>**meals** 28:13,14<br>**mean** 14:19<br>22:6 24:8<br>25:21 38:12<br>40:6 42:8<br>45:14 51:22<br>53:15,18,18<br>55:22 56:19<br>61:11 68:25 | **means** 5:21<br>23:3<br>**meant** 53:16<br>**measure** 22:24<br>26:10<br>**med** 41:11 69:7<br>**media** 58:9<br>72:19,20<br>**medicaid** 24:13<br>**medical** 17:24<br>22:3 25:14,21<br>25:24 45:25<br>46:3 47:10<br>54:23<br>**medicare** 24:13<br>**medications**<br>41:16<br>**meeting** 50:7<br>51:13,14 52:23<br>**member** 42:11<br>56:3,25 57:3<br>**members** 28:24<br>32:23 34:10<br>**memories** 28:8<br>**memory** 17:3<br>**mentioned**<br>52:13<br>**mentor** 26:12<br>26:18<br>**michael** 2:19<br>6:13 80:6<br>**middle** 41:11<br>**midwest** 86:17<br>89:1 | **might've** 65:7,9<br>**military** 33:20<br>**mimic** 27:21<br>**mind** 62:16<br>**mischaracteri...**<br>59:23<br>**missing** 37:18<br>**mm** 8:3 12:13<br>13:2 15:14<br>17:5 20:4<br>22:14 39:25<br>48:12 52:7<br>**mockerman**<br>2:24<br>**moment** 20:25<br>**monday** 1:12<br>**money** 26:21<br>56:5<br>**months** 23:14<br>28:21 49:14<br>63:21 71:8<br>**mother** 37:7,12<br>38:4,8 40:19<br>40:25 42:17<br>43:6,13,16<br>47:1 48:2 49:9<br>49:11 54:14<br>69:11 72:5,6<br>78:17<br>**mother's** 41:11<br>68:20 69:10<br>**mothers** 28:24<br>**motion** 4:8<br>**mount** 46:24<br>47:5,7 49:10 | 54:2,15 68:8<br>**move** 23:20<br>27:2<br>**moved** 9:10<br>**moving** 33:18<br>**multiple** 35:21<br>41:25 42:4,8<br>42:19,22<br>**municipal** 78:9<br>**murderer**<br>57:19,21 58:17<br>58:18 59:8,10<br>59:18 68:10,13<br>82:10<br>**murdering**<br>78:19<br>**must've** 11:5<br><br>**n**<br><br>**n** 2:1 3:1 4:1<br>5:1 74:21<br>**name** 5:2 6:3,7<br>7:5 50:1,8<br>57:18 72:11,12<br>79:10,18,21<br>86:6 87:3,4,15<br>88:3,4,21<br>**names** 67:11<br>73:14 80:5<br>**near** 13:25 14:3<br>60:19 77:14<br>82:3<br>**nearby** 35:21<br>**necessarily**<br>57:5 |

**need**  36:14,19
  36:22 63:3
**needed**  44:6,11
  48:17 62:12,17
  81:15
**needs**  41:19
  53:25
**negrais**  72:23
**neither**  84:10
  85:7
**nemeth**  74:18
**nemetz**  74:17
  74:19,21
**nemis**  74:20
**never**  24:14,15
  24:20 29:19
  34:2,4,16,18,19
  60:7 61:18
  64:20 67:20,21
  68:5 71:25
  72:3 76:7 78:1
  78:2 79:13
  81:14,15
**new**  16:1 27:16
**nicki**  67:15
**night**  19:9,11
  69:8
**nod**  8:13
**nonpayment**
  55:9,10,14
  56:4
**normal**  22:16
  56:1
**normally**  19:8
  23:4

**northeast**  10:4
**notarized**
  86:14
**notary**  1:17
  5:10 84:18
  86:25 87:10,18
  88:15,23 89:23
**note**  86:12
**noted**  25:13
**notice**  44:12,13
  44:22 46:17
**noticed**  48:11
**number**  16:21
  19:3 20:1
  32:10,13 51:8
  60:10 82:2
  86:7,13
**numbers**  32:9
  88:7
**nurse**  18:20,20
  18:21,24 19:8
  20:6,8,9,17
  21:2 24:4
  49:24 50:8
**nurses**  18:24
  19:2,4,24
  20:13 21:10,13
  21:20 22:20
  24:3,4 35:22
  50:10 72:24
**nursing**  5:7
  7:14 10:21
  11:1,3,11
  13:12 15:13,25
  16:11,13,22,23

17:6,11,11,17
18:6,19 21:1
22:8,13 24:19
25:17,25 26:2
27:19 29:12
31:1 32:6
33:10 40:19
43:20 44:3
45:6,9,11
49:23 50:15
51:5 53:13
69:6

**o**

**o**  5:1
**o'clock**  20:11
**oath**  7:7
**oaths**  5:11
**objection**  5:12
  24:21,21 29:22
  30:2,8,12,13
  43:21 45:2
  56:10,16 57:13
  59:2,22 62:10
  63:22 74:4
  80:14
**objectives**
  33:12,14
**obtained**  31:17
**occasion**  73:6
  78:8
**occasions**  35:21
  42:1,4,19,22
  48:23
**ockerman**  2:19
  6:13,13

**office**  50:21,22
  52:12 57:24
  61:3
**officer**  51:16
  84:1,2
**official**  87:15
  88:21
**oh**  2:6,13,22
  6:8 7:23 9:11
  10:3 13:14
  23:13 27:6,8
  29:21 36:15,17
  53:16
**ohio**  1:2,16 5:8
  5:11 10:4
  13:12 26:13
  44:5 49:17
  51:25 84:19
  86:2
**okay**  9:6,20
  11:22 18:19
  27:10 30:18,25
  36:25 42:10
  43:3,5 50:3
  57:8 63:16
  67:24 75:24
  77:10 78:22
  80:19 81:10,10
  82:18,22,25
  83:2
**ombudsman**
  50:10,12,14,17
  50:18,20,23
  51:6

**[once - plaintiff's]**

| | | | |
|---|---|---|---|
| **once** 7:12 42:23 | **p** | **party** 7:20 | **person's** 77:17 |
| 42:24 66:11 | | 29:14 | **personal** 34:7 |
| **ongoing** 30:7 | **p** 2:1,1 3:1,1 | **pass** 41:11 69:7 | 34:23 35:2,17 |
| **online** 12:10 | 5:1 | **passed** 49:9,11 | 58:5 |
| **open** 23:9 | **p.m.** 1:13 5:5 | **patient** 44:16 | **personally** 35:8 |
| **operations** | 63:6,9 83:5 | 51:1 68:18 | 35:11 36:5 |
| 17:23 | **page** 4:2,6 | **patients** 16:17 | 47:21 87:11 |
| **operator** 74:23 | 17:14 39:20 | 25:13 32:12 | 88:15 |
| **opinion** 66:15 | 86:13,15 88:7 | 35:22 51:3 | **persons** 73:1 |
| **opportunity** | 89:3 | **pay** 24:19 | **peter** 72:12 |
| 26:20 78:13,14 | **paid** 25:10 | **pays** 50:23 | 78:25 79:11 |
| **oral** 13:3 | 48:20 | **peninsula** | **phone** 32:9,10 |
| **order** 12:18 | **pardon** 36:19 | 13:24 | 32:12 41:10,17 |
| 26:22 60:2,4,5 | **park** 5:7 15:18 | **people** 21:8,22 | 50:11 52:5,15 |
| 60:9,11,15,18 | 15:23 16:6,10 | 22:12,15 23:4 | 61:3 68:20 |
| 75:1 | 16:18 17:1,10 | 24:7 25:17 | 69:2,9 79:15 |
| **ordering** 74:14 | 18:7 21:1 | 26:3 28:23 | 80:9,9,25 86:3 |
| **oregon** 13:25 | 25:16 26:16,19 | 32:20 38:15 | **photo** 4:9,10,11 |
| **outcome** 84:15 | 26:25 27:9,18 | 52:11,12,13 | 4:12,13,14 |
| 85:12 | 28:4,25 37:24 | 59:1,5 67:5,7 | **photos** 75:8 |
| **outside** 31:14 | 44:7 49:12 | 70:2 72:20 | **physician** |
| 41:9 57:20 | 50:17,19 54:18 | **pepper** 2:6 | 45:25 55:1 |
| 68:17,19 71:10 | 54:23 55:4 | 10:15 | **pick** 9:2 |
| **overall** 17:23 | 73:5 78:4,18 | **perfect** 26:25 | **picked** 20:10 |
| 38:23 | 78:24 | **performing** | **pike** 2:6 10:15 |
| **oversee** 17:25 | **parkway** 1:15 | 77:23 | **place** 17:6 38:3 |
| 18:1,3 | 2:21 | **period** 18:12 | 45:5 46:20 |
| **own** 9:12 23:20 | **part** 48:19,21 | 19:20 20:14,15 | 53:20,24 54:5 |
| 50:17 58:7 | 76:5,6,14 77:3 | 46:18 55:18 | **places** 28:1 |
| 62:16 79:5 | 88:9 | 64:3 73:4 | **plaintiff** 2:2 4:7 |
| **owned** 74:22 | **particular** 16:2 | **permitted** 5:17 | 36:12 75:12,18 |
| **owner** 18:18 | 38:21 | **person** 30:21 | 76:1,12 77:1 |
| 74:22,24 | **parties** 5:13 | 38:25 50:25 | 77:12 |
| | 84:11,14 85:8 | 64:13 71:25 | **plaintiff's** |
| | 85:11 | 82:5 | 36:11 75:9,16 |

**[plaintiff's - provider]**                                      Page 15

75:25 76:10,23
77:6,10
**plaintiffs**  1:5
**plan**  61:14
**pleas**  1:1
**please**  5:25 6:2
6:20 7:5 8:19
9:7 36:22
86:11,11
**plum**  50:6
**point**  32:8
33:15 41:2,4
47:19 54:6,7
54:10 57:9,11
67:4,17
**police**  59:20
60:1,17,18
62:1,4,13,19
63:19 64:4
70:24 71:16,17
71:18 78:4
**policeman**
71:18,20
**poses**  57:3
**position**  16:10
**positioning**
22:23 23:17
38:21 39:8,11
39:13
**positions**  22:18
26:3
**possible**  38:20
39:4
**post**  47:16

**posted**  51:5
**posting**  57:16
58:1
**postings**  58:5
67:24
**posts**  67:6
69:20 70:6,10
73:2
**potentially**
28:23
**powell**  1:14
2:20
**practical**  19:24
**practice**  12:19
**practitioner**
24:4
**preference**
23:19 47:6
**premises**  50:21
52:4
**preparation**
14:21
**prepare**  14:18
**prepared**  85:3
**presence**  71:10
**present**  3:2
27:22 35:24
49:20 51:15
52:3
**presently**  26:11
**president**  27:16
**pressure**  23:5,8
23:10,11,18
24:7,13,20
25:5,9,12,17

26:4,8 38:15
38:19 39:1,17
75:21,23 76:16
76:17
**pretrial**  64:16
**pretty**  11:6
18:13 19:21
27:25 40:15
49:11 82:13
**prevent**  22:23
22:24 23:18,22
26:3 39:17
**preventative**
22:24 26:9
**prior**  28:1 84:5
**privacy**  9:5
**private**  79:5
**probable**  62:9
62:15 65:14,17
**probably**  14:19
20:12
**problem**  56:21
56:22,23,24
57:1,3
**problematical**
56:20
**problems**  47:20
**procedural**
5:18
**procedure**  87:5
88:5
**proceed**  7:2
**proceeded**
62:19

**proceeding**  5:4
5:16 83:6 85:4
**proceedings**
63:1,2,13,21
64:1,4 84:3,4,6
84:8 85:6
**process**  29:2,3
29:4 69:14
**produced**  5:15
**production**
86:15,17,22
**program**  11:7
**progressed**
44:6 69:14
**proper**  44:10
62:21
**property**  57:18
59:16,17 81:17
**prosecutor**
64:5,6,8,12,22
64:24 65:2,19
66:1,3 72:11
75:3 79:1,11
**protect**  62:17
81:16
**protected**
62:13
**protection**  60:5
**provide**  21:12
21:23 44:5
45:5,6 53:25
**provided**  45:9
48:9,17
**provider**  16:1,1

**providers**
19:12,24 21:4
24:3
**providing**
21:25 50:9
**psychosocially**
45:18
**public** 1:17
84:18 87:10,18
88:15,23 89:23
**punishment**
72:16
**purpose** 23:16
**put** 25:7 53:19

**q**

**qualified** 75:22
76:8,18 84:7
**quality** 44:9
53:25
**question** 8:17
8:18,20,23
30:12 35:11,14
35:17 42:22
63:11 70:19
**questioning**
30:8 35:5
**questions** 8:7
8:10,11,15
29:8 82:15
**quick** 29:8
**quickly** 49:11
**quite** 41:25
68:10

**r**

**r** 2:1,18 3:1 5:1
86:5
**raise** 6:20
**ran** 21:7 35:22
**read** 14:23 15:7
32:1,3 58:7
82:17 87:5,6
87:12 88:5,6
88:17
**reading** 86:19
**ready** 82:23
**real** 15:11 28:3
**really** 20:10
32:2 41:10
47:2 69:1,8
70:13
**realm** 41:9
68:18,19
**reason** 16:2
68:21 86:14
88:8 89:3
**reasonable**
62:3
**reasons** 9:2
23:3
**recall** 7:23 18:9
31:1 32:18
37:7,13,19
38:6,9,10,11,17
39:20 43:20
47:17 49:18
52:25 55:1
63:2,18,20
64:1,24 65:1,2

65:5,6,10,16,20
65:21,24 66:5
68:3 69:5
72:11 73:3,23
79:19,22 80:2
80:4 82:10
**recalled** 8:10
**receipt** 86:18
**receive** 31:23
46:20
**received** 31:21
44:12 46:17
72:17
**recently** 24:18
**receptionists**
22:4
**recollection**
68:11 79:23
**record** 5:4,5,13
5:25 25:15,21
25:24 63:5,7,8
83:3 84:9 85:5
88:9
**recorded** 5:20
51:18 52:21
84:6
**recording** 5:15
51:24 84:8
85:4
**records** 22:3
**reddened** 23:9
**reduce** 74:6
**reduced** 84:6
**refer** 17:9,10
17:10 23:4

**reference** 86:7
87:2 88:2
**referenced**
87:11 88:15
**referring** 57:18
**regards** 8:6
18:19 29:19
54:9 66:8
70:13
**registered**
18:21 19:8
20:6,8,9,17
21:2 49:24
**regret** 8:6
**reimburse**
24:19
**related** 84:11
85:7
**relationship**
54:10
**relative** 84:13
85:10
**relocating**
23:17
**remember**
13:20 16:21
19:3 63:14
65:8 66:5,11
67:11 69:17
73:9,13,14
80:5
**render** 32:20
**rene** 72:23
**rephrase** 8:19

**replaced** 37:25
**reported** 1:17
**reporter** 5:2,3
6:4,10,18 7:1
51:20 52:2,19
63:5,8,13,16
82:18,22,25
83:2 87:7
**reposition**
22:17 23:7,21
26:6,7
**repositioning**
23:17 26:3
38:15
**representative**
51:14 52:1
53:4
**request** 81:3
88:9,11
**requested** 69:4
80:13,18 84:21
**requests** 68:16
68:17 80:8
**required** 12:17
28:20 51:10
86:25
**reserved** 83:4
**resident** 23:19
23:20 31:4
41:16 42:11
44:17 53:14,17
55:20 56:3
**resident's** 33:9
45:25

**residents** 19:17
20:3,12 25:5,8
25:9 28:11
32:24 39:10
41:13,15,19
42:12 50:16
61:10,11,12,14
66:18,24 71:1
77:23
**resist** 39:12
**resolved** 30:23
30:24
**respect** 32:5
**respectable**
47:22,24
**respectably**
49:2
**responding**
81:24
**response** 24:25
**responses** 41:8
**responsibilities**
27:20
**restate** 70:18
70:21
**restraining**
60:2,4,9,11,15
60:18
**result** 29:25
47:8
**results** 28:14
28:15 33:17
**returned** 86:18
**review** 84:21
86:12 87:1

88:1
**reviewed** 15:4
**ridiculous**
35:14
**right** 6:20
13:24 14:1
17:12 19:14
21:5 22:10
31:21 37:19
46:17 49:12
51:1 53:7
58:23,25 59:1
59:5,6 73:25
**ring** 65:14
**robert** 9:15
**robin** 50:10
**room** 33:4,7,8,9
33:9,23
**ross** 1:17 5:3
84:2,17
**rounds** 33:8
**routinely** 32:15
**ruled** 53:13
**rules** 5:19 87:5
88:5
**run** 20:12
**ryan** 80:1

**s**

**s** 2:1 3:1 4:5 5:1
86:15 88:8,8
89:3
**sackett** 72:12
78:25 79:11
**safe** 53:22,23
54:3 55:14

56:3 71:23
**safety** 55:14
61:10,11,12
66:17,18,23
70:25 71:1,23
**sakellakis**
79:17
**sara** 1:11 5:6
6:15,22 7:6
43:3,3
**sarah** 86:8 87:4
87:9 88:4,13
89:20
**saw** 25:19 48:2
64:20 67:8
68:9 72:3 77:8
78:1,2 81:17
**saying** 34:16
35:6 41:5,6
64:24 70:13
**school** 10:6,7
10:21 11:1,3
26:1
**science** 11:17
**seal** 87:15
88:21
**seattle** 13:25
14:2,3
**second** 31:12
43:2
**see** 8:7 24:6,8
25:18 35:11,15
40:21 49:1
64:19 69:20
72:8 75:8

77:19,22 81:22
**seeing**  81:24
**seem**  72:13
**seen**  25:16
    71:25 75:11
    76:8,10
**send**  40:2
**sense**  25:3
**sensei**  80:3
**separate**  79:4,5
**september**
    80:10
**series**  15:4
    40:15
**served**  28:13
**service**  45:6,7
**services**  24:13
    26:12 45:8
    50:4 53:25
**several**  18:23
    64:9 82:11
**shed**  81:11
**sheet**  86:13
    88:7,10,18
    89:1
**shift**  20:11,16
**shifts**  19:6
    20:22,23
**shore**  9:8
**shoulders**  8:13
**show**  33:16
    42:7
**showed**  70:3
**showing**  77:18

**shown**  69:24,25
    86:16
**shrug**  8:13
**side**  51:21,22
    52:12 81:12
**sign**  82:7,9,11
**signature**  83:4
    84:16 85:14
    86:14
**signed**  87:13
    88:18
**significant**
    66:12
**signing**  86:19
**signs**  57:18
    82:11
**similar**  27:18
    27:25
**sincerely**  86:21
**sir**  86:10
**sit**  46:1 78:15
**sitting**  41:25
    42:4
**situations**
    68:22
**six**  19:18 20:20
    21:3
**sixth**  2:12
**size**  16:14
**skilled**  17:20
**skills**  84:10
    85:6
**skin**  22:24 23:1
    23:2

**sleep**  69:11
**slip**  27:1
**social**  29:5 50:4
    58:8 72:19,20
**sold**  15:24,25
**solutions**  86:1
    89:1
**someone's**
    40:19
**somewhat**
    56:21
**sore**  23:12
    24:13,20 38:19
    39:2 75:21
    76:17
**sores**  23:5,18
    24:7 25:12,17
    26:4,8 38:8,15
    39:18 42:16
    76:16
**sorry**  10:3
    11:10 16:7
    27:8,10 36:18
    48:21
**south**  13:25
**speak**  25:23
    78:13,14
**specialize**  44:7
**specialized**
    46:22
**speech**  2:11
**speech.law**
    2:14
**spent**  14:2

**spoke**  66:9
    67:20
**spot**  27:1
**staff**  21:13 22:2
    22:2,2,3 34:5
    34:17 35:9,12
    35:15 47:10
    50:8,9 61:16
    68:20 69:6,16
    72:24
**stage**  44:7,11
**standing**  81:17
    82:12
**star**  28:9
**started**  10:13
    16:21 31:3
    47:15
**starts**  44:13
**state**  6:2 7:5
    9:7 12:3,6,12
    12:14,18,21
    13:1,12,14,16
    13:18,21,23
    14:8 22:7,11
    28:19 44:5
    51:23,25 54:21
    57:22 84:19
    87:10 88:15
**stated**  54:18
    58:13 68:11
    70:22
**statement**
    71:20,21 78:6
    87:13,14 88:19
    88:19

**[statements - think]**

**statements**
81:4
**stay**  50:20
**stayed**  14:17
**stenographic**
5:21
**stipulation**
5:22
**stna**  20:22 22:9
24:4 39:1
73:25
**stnas**  19:13,14
19:16 20:20
21:3,10,13,19
22:16 24:3
**stop**  43:6 67:25
**story**  37:18
81:12
**straight**  11:23
73:24
**street**  2:12
53:19
**stuff**  39:24
**subscribed**
87:10 88:14
89:21
**suggest**  75:4
**suite**  1:15 2:5
2:12 86:2
**suited**  54:22
**summary**  4:8
**summit**  5:8
**summons**  31:23
**superior**  86:1

**supervise**  35:21
**supervisor**
74:22
**supplies**  74:13
**support**  45:24
**supportive**
71:1
**sure**  39:22
41:15 48:23
68:10
**survey**  28:14
28:15
**surveys**  28:18
**swear**  6:19
**sworn**  5:13
6:23 84:5
87:10,13 88:14
88:18 89:21

**t**

**t**  4:5 74:21
**table**  46:1
**take**  5:4,10
11:23 12:1,20
12:21,23 23:12
25:10 27:1
36:21,22 40:7
46:7 47:11
53:18 55:13
63:4 75:7
82:24 83:1
**taken**  5:7 8:8
84:3,12 85:9
**takes**  68:24
**talk**  21:21
41:12 64:4,7

64:10,12,21
65:19 71:4
72:21,23
**talked**  14:19
28:4 38:14
60:21 71:3,7
72:25 78:18
**talking**  16:23
17:12 18:23
27:7 65:2
**tasks**  32:21
**team**  28:9,12
38:22,23 39:17
41:13
**telephone**
43:13 51:8
52:9 61:4
64:10
**tell**  6:24 19:1,4
23:13,15 31:5
41:8 49:7
57:10,15 65:13
66:1 67:18,25
71:15,18 81:11
**telling**  43:8
68:3
**tenure**  55:16
**term**  10:20
11:15,20 17:20
44:3
**terminate**  73:6
**terminated**
73:22
**terms**  41:22

**test**  11:23 12:2
12:4,5,7,7,11
12:12,20,21,23
13:1,3,7
**tested**  11:23
22:7
**testified**  6:25
**testifying**  84:5
**testimony**
54:24 87:6,7
88:6,9,12
**tests**  12:6,8
**text**  39:22,23
79:14
**texted**  39:23
**texts**  15:4 36:7
37:1,3,6 40:6,7
42:6,9 49:1
78:3,5
**thank**  6:10,18
6:18 7:1 63:6,9
82:16
**thing**  21:18
44:25 62:21
66:20 69:1,3
78:16,20
**things**  32:20
33:19,23 47:16
48:1 58:1,11
69:6
**think**  17:12
19:19 21:22
30:15 37:24
40:1 58:25
60:17 66:21,23

67:2 69:21
72:12,16 77:6
77:19 80:8
**thinking**  25:2
**thirty**  9:25
86:18
**thomas**  80:3
**thought**  54:15
66:16 68:23
**thoughts**  72:15
**threat**  59:7
**threaten**  59:6
81:15
**threatened**
59:9 60:2
61:17,18 62:17
70:9,15 71:22
71:23 78:16
81:14
**threatening**
57:16,17 58:12
58:16 70:10
72:9 78:20
**threats**  58:1
**three**  7:23 10:1
21:3 28:14
73:10
**thurmer**  1:11
5:6 6:15,15,22
7:6 9:15 43:3
86:8 87:4,9
88:4,13 89:20
**tight**  36:16
**time**  1:13 5:24
8:9 14:2 15:17

18:12 19:20
29:12 30:25
32:8 35:15,16
36:6,21 41:16
41:18 43:2,10
43:15,19 46:15
46:18,22 47:19
49:4,16 54:6,8
57:11 60:21
64:3 66:10
67:5 68:7,9,24
69:8,10 71:15
73:4 74:25
81:13
**times**  7:11
35:12 41:22
42:25 64:7
**timing**  26:25
**tired**  56:9,11
**today**  78:15
**together**  46:2
47:9
**told**  43:6 47:2
54:19 57:19
58:2,15 59:11
59:23 65:22
66:4 67:6 68:5
68:7,13,14
70:14,23 71:15
71:21 73:1
78:20
**took**  12:22 13:1
38:3 41:1
**totally**  81:18,19
81:23

**transcribed**
51:17,19 87:7
**transcriber**
85:1
**transcript**  5:15
84:21 85:3,5
86:11,12 87:5
87:12 88:5,11
88:17
**transcriptionist**
84:7
**transcripts**
82:19,21
**transfer**  56:1
**treat**  25:8 49:2
**treatment**
24:19
**tri**  10:13
**true**  34:24 35:3
35:23 48:15
59:25 84:9
85:5
**truth**  6:24,24
6:25 34:22
**try**  38:15 39:17
**trying**  9:5
30:15 46:19
70:22
**turn**  38:25
**turning**  22:23
39:7,10,13
**two**  9:23 10:2
11:2,7 16:5
20:18 21:2
27:14 42:13

49:14 50:9,9
55:3,17 71:7
**type**  13:9 14:21
55:8 64:16,16
72:3
**types**  55:21
**typewriting**
84:7
**typically**  16:14
16:20 19:18
29:6

**u**

**ulcers**  25:9
**under**  5:18
**understand**
5:14 8:17,18
8:20 21:17
24:9 31:6,9
34:11 42:5
70:22
**understanding**
31:16
**understood**
8:24 18:17
60:8
**unjustifiable**
40:22
**unsafe**  45:7
**upset**  54:11
56:25 57:3
**ursuline**  10:14
10:17 11:1
**use**  44:3
**used**  69:15

uses  5:17
using  42:13
usually  19:18

**v**

v  1:6 86:6 87:3
  88:3
variety  23:2
  33:19
vascular  76:14
  76:19 77:4,7
verbal  8:11
veritext  5:3
  86:1,7 89:1
veritext.com.
  86:17
vessels  77:8
vineyard  14:7
vitriol  58:21
vs  5:7

**w**

wait  31:11
  36:15
waiting  46:21
waived  86:19
walla  14:4,4
walsh  80:1
want  14:20
  16:3 19:5 35:7
  35:7,7 37:4
  39:21,22 42:6
  54:14,20 59:1
  63:4 81:11
wanted  11:22
  27:2 33:15,16

39:16 47:2,5
49:16 54:15
66:8 70:23
75:7
wants  6:6
washington
  13:15,16,19,21
  13:23,25 14:10
  14:14,16
watch  57:20,21
  59:12 68:14
way  27:17
  51:17,18 73:16
wcarlinesq  2:7
we've  37:1
weapon  61:20
week  71:4
weeks  23:14
wellbeing  54:1
went  10:13
  11:1 15:17,18
  16:6 25:25
  33:14 40:8
  60:1 61:15,25
  63:19 64:15,21
  68:8
west  2:12
wet  37:12
  41:25 42:4,11
wheelchair
  53:20
where'd  10:6
  10:12
whereabouts
  13:23

why'd  14:14
william  2:3 6:9
witness  5:13,14
  6:19,23 7:18
  8:4 29:11 30:4
  30:15 31:19
  36:17 43:23
  45:4 62:12
  71:12 74:6
  80:21 84:4
  86:8,11 87:1,4
  87:11 88:1,4
  88:15
witness'  86:14
words  38:24
  57:17
work  15:11,18
  15:22 16:3,4
  18:24 19:2,6,7
  19:25 20:22
  21:23 26:12,17
  27:3,9 28:12
  61:15 79:3,4
  79:16
worked  13:21
  15:22,24 21:1
  21:19 26:25
  27:12 28:1
  29:12 67:16
  69:13
worker  29:5
working  26:1
  26:11 27:23
  28:8

worried  61:9
  61:12
would've  14:17
  79:16
wound  23:9
write  71:20
written  5:22
  12:8 13:7
wrong  76:9

**x**

x  4:1,5 84:21

**y**

yeah  6:8 17:15
  27:7 28:7 30:9
  43:4 51:21
  63:25 70:19,20
  76:21 82:20
  83:1
year  13:20,22
  55:17
years  7:23,24
  11:2,7 16:5
  27:14 30:16
  55:3 72:2
yoder  2:18 6:6
  6:11,11,16
  24:21 29:22
  30:2,7,10,14
  31:11 34:12
  36:15 43:21
  45:2 56:10,16
  57:13 59:2,22
  62:10 63:22
  71:9 74:4

80:14,19 81:7
82:17,22,24
83:1 86:5

**z**

**z**   74:21
**zoom**   52:6

Ohio Rules of Civil Procedure

Title V. Discovery

Rule 30

(e) Submission to Witness; Changes; Signing.
When the testimony is fully transcribed, the
deposition shall be submitted to the witness for
examination and shall be read to or by the witness,
unless examination and reading are waived by the
witness and by the parties. Any changes in form or
substance that the witness desires to make shall be
entered upon the deposition by the officer with a
statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness, unless the parties by stipulation
waive the signing or the witness is ill, cannot be
found, or refuses to sign. The witness shall have
thirty days from submission of the deposition to
the witness to review and sign the deposition. If
the deposition is taken within thirty days of a
trial or hearing, the witness shall have seven days
from submission of the deposition to the witness to
review and sign the deposition. If the trial or
hearing is scheduled to commence less than seven
days before the deposition is submitted to the
witness, the court may establish a deadline for the

witness to review and sign the deposition. If the
deposition is not signed by the witness during the
period prescribed in this division, the officer
shall sign it and state on the record the fact of
the waiver or of the illness or absence of the
witness or the fact of the refusal to sign together
with the reason, if any, given therefor; and the
deposition may then be used as fully as though
signed, unless on a motion to suppress the court
holds that the reasons given for the refusal to
sign require rejection of the deposition in whole
or in part.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

### Conversation between Administrator's iPhone (+12162244428) and Gina C. (4405034326)

16/07/2019, 16:36 (Viewed 16/07/2019, 16:38)

Gina C. (4405034326)

good afternoon Sara it's been a while, I hope you're having a good day. I just got a call from JoLynn, My sister whojust got to EAstpark and mom was soaked through to the pad on her chair. This can only mean she's gone several times in that depends. Once again someone needs to check her more often please thank you

16/07/2019, 16:39

Administrator's iPhone (+12162244428)

Ok so did she say anything to the nurse?

16/07/2019, 16:50 (Viewed 16/07/2019, 16:51)

Gina C. (4405034326)

No she won't she just washed mom up I think And changed her

16/07/2019, 16:51

Gina C. (4405034326)

But she called me and she was pretty upset the way she found mom

16/07/2019, 16:54

Administrator's iPhone (+12162244428)

Ok Renee will call you shortly

16/07/2019, 16:54

Administrator's iPhone (+12162244428)

I just talked to her

16/07/2019, 17:02 (Viewed 16/07/2019, 17:10)

Gina C. (4405034326)

Ty

16/07/2019, 17:11

Administrator's iPhone (+12162244428)



She really needs to communicate directly to the nurse so it can be handled right away. We did discuss this before

16/07/2019, 17:11

Gina C. (4405034326)

She did direct it to the nurse she called me right away and I directed it to the nurse

16/07/2019, 17:12

Gina C. (4405034326)

My sister is not like me she does not like to confront people she wanted me to do it I called immediately this just happened like 20 minutes ago

16/07/2019, 17:12

Administrator's iPhone (+12162244428)

Yes well I spoke to Renee about it and she told me that your mother had spilled water on herself

16/07/2019, 17:13

Administrator's iPhone (+12162244428)

Renee was handling it

16/07/2019, 17:13

Gina C. (4405034326)

Well my sister seems to think that her bottom was soaked and her depends was filled over and over again with P I'm not gonna argue with Renee but I'll talk to her about it

16/07/2019, 17:13

Administrator's iPhone (+12162244428)

Ok

16/07/2019, 17:13

Administrator's iPhone (+12162244428)

Renee would not lie about that

16/07/2019, 17:14

2

I'm not saying that Renee is lying about mom spilling water but this was under her butt in her depends pad tons of people that water on top of her lap

16/07/2019, 17:15

Administrator's iPhone (+12162244428)

Ok well Renee should be communicating with you

16/07/2019, 17:16

Gina C. (4405034326)

Ok no problem

16/07/2019, 17:20 (Viewed 16/07/2019, 17:29)

Gina C. (4405034326)

I just read my text above it was supposed to say that her depends was loaded with tons of pee LOL not people

16/07/2019, 17:23 (Viewed 16/07/2019, 17:29)

Gina C. (4405034326)

If my mother spilled water on her self and she was that wet why didn't they change her? But it wasn't that ....JoLynn showed Rene the over saturated pad and wet pants ...it was very full. Overloaded, Oh well have a good evening this is crazy...

19/07/2019, 20:45 (Viewed 19/07/2019, 21:04)

Gina C. (4405034326)

Sorry to bother you Sara, but it Seems there is some thing wrong there tonight,. At EP? Mary at desk says there is an emergency , ? this is why mom is sitting in wet depend(she says), not dressed for bed and should be sleeping by now,? When she's usually already for bed by 7:30. I had her on the phone she's very confused and upset and feels like there's nobody there caring for her I had to hang up and text you to see what was going on ⟨?⟩down there why is this happening tonight?is everything ok?

19/07/2019, 21:04

Gina C. (4405034326)

Sorry to bother you Sara, but it Seems there is some thing wrong there tonight,. At EP? Mary at desk says there is an emergency , ? this is why mom is sitting in wet depend(she says), not dressed for bed and should be sleeping by now,? When she's usually already for bed by 7:30. I had her on the phone she's very confused and upset

3

and feels like there's nobody there caring for her I had to hang up and text you to see what was going on [?]down there why is this happening tonight?is everything ok?

01/08/2019, 16:06 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

Good afternoon Sara. I wanted to report a missing right hearing aid of Dorothy's. My sister noticed it missing last night. Everyone has shared in trying to find it( your staff) I was there all morning tearing moms room apart as well. To no avail. ·· sadly mom is so much better with her aids that this poses a big problem. Of course most of the staff knows about it, and I am hoping we can come across it in the next few days. ✊✊

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

Good afternoon Sara. I wanted to report a missing right hearing aid

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

of Dorothy's. My sister noticed it missing last night. Everyone ha

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

s shared in trying to find it( your staff) I was there all morning

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

tearing moms room apart as well. To no avail. ·· sadly mom is so much

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

better with her aids that this poses a big problem. Of course most

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

of the staff knows about it, and I am hoping we can come across it

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

4

Gina C. (4405034326)

in the next few days. 🔊

01/08/2019, 16:24

Administrator's iPhone (+12162244428)

Yes I heard about this and expect to follow up with you

01/08/2019, 16:25 (Viewed 01/08/2019, 16:27)

Gina C. (4405034326)

Ok I just wanted make sure I reported it as it happened. I only found out this morning. had I been called last night I would've gone and looked for it last night but no one called me . I appreciate everything you can do thank you so much

01/08/2019, 16:28

Administrator's iPhone (+12162244428)

You're welcome

02/08/2019, 12:29

Administrator's iPhone (+12162244428)

They probably didn't call immediately because they had hoped to locate it before getting you worried about it. It has still not been located even with search of entire room and laundry as well.

04/08/2019, 08:41 (Viewed 04/08/2019, 10:30)

Gina C. (4405034326)

good morning Sara. Sorry to bother you....I've been on the phone with my mother for a half an hour she had to go to the bathroom I called the front desk for her no one answered , I left a message with the nurses station no one answered. My mom is sitting in her wet pad on a chair that chair and on the weekends they forget to put two pads on like they're supposed to. My sister is getting dressed and going over to help my mother it seems like there's not enough help to take my mother to the bathroom on the weekends.

04/08/2019, 08:42 (Viewed 04/08/2019, 10:30)

Gina C. (4405034326)

I was talking to my mother for a half an hour and she's crying for me to get her out of

*5*

bathroom. This is been going on for like 45 minutes actually

04/08/2019, 09:15 (Viewed 04/08/2019, 10:30)

Gina C. (4405034326)

I've just been getting these calls more frequently is all. My sister was there everything is fine at this point.And I spoke with Debi at the front desk about making sure there are two pads on her chair and a pad on her wheelchair for protection seems she's going through her clothes a lot lately ~:

04/08/2019, 10:32

Administrator's iPhone (+12162244428)

Hi Gina
I am in Europe right now. I will pass this on to Kelly to address

04/08/2019, 10:33

Administrator's iPhone (+12162244428)

I'm not sure what our staff was this weekend but I will also address with Kelly

04/08/2019, 10:35

Administrator's iPhone (+12162244428)

I just forwarded your texts to Kelly

04/08/2019, 10:42

Gina C. (4405034326)

Thanks have a wonderful trip 🍷

04/08/2019, 10:42

Administrator's iPhone (+12162244428)

Just got here and thank you I will!

04/08/2019, 10:42

Administrator's iPhone (+12162244428)

Please let me know if Kelly doesn't follow up with you

04/08/2019, 10:58

Gina C. (4405034326)



Well when my sister got there everything was OK by then. Mom was dressed and clean however my sister notices in ODOR ON my mother she couldn't seem to find where it was coming from she took her in the bathroom and cleaned her up really good. Sometimes if my mother is sitting she gets a fungus in the fold of her leg by her crotch. I'll mention for them to check that as she's getting a shower tomorrow have a good trip enjoy bye

04/08/2019, 11:00

Administrator's iPhone (+12162244428)

> More fun stuff from Gina

04/08/2019, 11:05

Administrator's iPhone (+12162244428)

> Thank you for letting me know and that was a sarcastic remark from me because I feel that you should not have to micromanage your Mothers care

04/08/2019, 11:05

Gina C. (4405034326)

I agree I feel like I'm writing a horse LOL only on the weekends usually

04/08/2019, 11:05

Administrator's iPhone (+12162244428)

> I'm sorry that you seem to experience issues especially when you are so proactive with her care

04/08/2019, 11:06

Administrator's iPhone (+12162244428)

> It makes me angry that you have to deal with this constantly

04/08/2019, 11:06

Gina C. (4405034326)

Thank you it is quite wearing on both of me and my sister.

04/08/2019, 11:07

Administrator's iPhone (+12162244428)

> So I am hoping that our new DON will oversee more directly and resolve issues

7

04/08/2019, 11:07

Administrator's iPhone (+12162244428)

She is a very strong DON and is tough

04/08/2019, 11:07

Gina C. (4405034326)

I really do hope so that this happens soon because I'm getting really tired ·.·

04/08/2019, 11:08

Administrator's iPhone (+12162244428)

I know and there are few family members like you and your sister who are so devoted to their loved ones care

04/08/2019, 11:08

Gina C. (4405034326)

I find that sad

04/08/2019, 11:09

Administrator's iPhone (+12162244428)

Thanks always for your patience and we'll get this right

04/08/2019, 11:09

Gina C. (4405034326)

We're all only human LOL

04/08/2019, 11:10

Gina C. (4405034326)

i'll try really hard not to bother you again on your trip enjoy no one needs a break more than you do 🌷

04/08/2019, 11:11

Administrator's iPhone (+12162244428)

Thank you but please don't hesitate to contact me with concerns that become unresolved, ultimately my responsibility

8

04/08/2019, 11:13

Gina C. (4405034326)

Just so you know this is not "fun stuff" ......[?] ﺟ ﺟﺟ ﺟ ﺟ . You know I will , blessings♥

04/08/2019, 12:42

Gina C. (4405034326)

I really didn't appreciate The sarcastic comment Sara, it was hurtful, because if you think what my mother, my sister and I are going through is "fun stuff" you've got another thing coming. I believe that message was not meant for me. I'm anything but stupid. By the way it's 3 1/2 half hours since the situation occurred and have I not received a call from nurse Kelly. At This point there is no need for her to call me, unless there is a problem with my mom and I need to know.
It's seems the situation has been taken care of hours ago. And I'll see my mother tomorrow morning as I usually do. Sorry but that comment just didn't sit right with me, in after thought...I just had to let you know. Have a good trip

04/08/2019, 12:43

Administrator's iPhone (+12162244428)

Yes that's why I said it was a sarcastic remark meant for Kelly

04/08/2019, 12:44

Gina C. (4405034326)

"Fun stuff? "That doesn't excuse That comment.

04/08/2019, 12:44

Administrator's iPhone (+12162244428)

Because I'm tired of continuous issues that remain unresolved by the nursing team

04/08/2019, 12:45

Gina C. (4405034326)

That is not my problem

04/08/2019, 12:45

Administrator's iPhone (+12162244428)

I know, it's mine

9

04/08/2019, 12:45

Gina C. (4405034326)

Listen just do your job have a good trip I'll do my job,,,I pray a lot

04/08/2019, 12:46

Administrator's iPhone (+12162244428)

I do my job every day and now even on vacation, which I gladly do without hesitation

04/08/2019, 12:47

Gina C. (4405034326)

I know you do and I know how frustrating it can be. I do wish you well let's move on with this I don't usually hold grudges I'm Catholic. Let's just hope mom is comfortable and clean and dry and I'm happy thank you have a good vacation

04/08/2019, 12:47

Administrator's iPhone (+12162244428)

Like I said there will be New DON to directly address care issues

04/08/2019, 12:48

Gina C. (4405034326)

And like I said I'm Catholic and I'm praying,,,,,,,,

04/08/2019, 12:48

Administrator's iPhone (+12162244428)

As I told you, I will always be available for you and the rest of the facility

04/08/2019, 12:49

Administrator's iPhone (+12162244428)

In healthcare we tend to use sarcasm to ease stress. I do frequently

04/08/2019, 12:49

Administrator's iPhone (+12162244428)

I'm Catholic as well and pray every night for guidance and assistance

04/08/2019, 12:50

*10*

Gina C. (4405034326)

Sarah I said I was moving on. I understand. I say things too that are funny in tough situations to ease things up, But when it comes to my mother and her care I don't find anything funny about it sorry

04/08/2019, 12:51

Administrator's iPhone (+12162244428)

It wasn't meant to be humorous it was a sarcastic remark to someone who should be overseeing care.

04/08/2019, 12:52

Gina C. (4405034326)

Text messages get Miss Fred and miss understood. I understand that

04/08/2019, 12:52

Gina C. (4405034326)

See my voice text was supposed to say miss read LOL can't trust these things

04/08/2019, 12:53

Administrator's iPhone (+12162244428)

It's my frustration with them. How many times have we been over these issues and yet they still happen, totally frustrating for me. And worse for family members

04/08/2019, 12:53

Administrator's iPhone (+12162244428)

Ok so I think we both get it now

04/08/2019, 12:55

Gina C. (4405034326)

I do understand your position Sara and I'm watching every day what is going on and what you are going through. Yes it must be extremely frustrating let's put this behind us because I really like you and I know you're trying to do a good job here and I want to support you. I'm just tired of riding EAstpark like a horse I would like to be able to come in and visit my mom and never say a word to anybody ever when that be nice[?] 🎗️ ?

04/08/2019, 12:55

> Again I apologize for what we are missing with Dorothy. Moving forward

04/08/2019, 12:55

Gina C. (4405034326)

> Yes moving forward my husband's hungry I'm trying to cook and you're trying to have a nice trip in Europe enjoy

04/08/2019, 12:55

Administrator's iPhone (+12162244428)

> Thanks Gina

04/08/2019, 13:10 (Viewed 04/08/2019, 14:06)

Gina C. (4405034326)

> ᵔᵕ

11/08/2019, 14:43 (Viewed 11/08/2019, 15:02)

Gina C. (4405034326)

> Good afternoon Sara. It seems my sister and I talk to my mother on the phone for at least an hour and call the front desk to get someone in to change my mother but she sits in her wet continuously. This is happening lately more so than not. I don't want any excuses I just don't want to be on the phone with my mother for an hour while she's crying that no one has come in there to change her. And it's a fact because I'm actually on the phone with her all that time. And calling the front desk.. My sister is livid because she's out of town and it took me an hour to get someone to get in there to change mom and to get her on the phone with my sister. Have a good day I really hope you get help soon because my mother is suffering because of lack of aids in EAstpark. I'm getting really tired of following up every single minute of the day to make my mother comfortable and well cared for. This is never happened before in the past year and it's happening almost every day now. I know because I hang up her clothes for each day and when the laundry comes back she'll have eight pairs of slacks from Monday till Thursday meaning, My mom is sitting in the wet long enough for it to soak through to her pants. It's a fact that if she's changed in a timely fashion her pants never get wet. This is not happening for the last month and now. And I'm very in tune to her laundry. Don't take your time to answer this text message I know you're really busy I just hope that you can fix these things I don't want excuses I just want peace in my life and I don't have that right now with the way things are going there with my mother.

11/08/2019, 15:08

Administrator's iPhone (+12162244428)

*12*

Hi Gina
Please contact Kelly. We do have a new DON but she is out until the 19th. I was just on the phone with Kelly about another matter and told her you were texting me. I am so sorry to know that these issues continue with your Mother! I will make sure that you and your sister get resolutions to them and we can get her care in place once and for all. Again, thank you for letting me know about your mom and I will be back in town next weekend. In the meantime please talk with Kelly to get things going to resolve

11/08/2019, 15:12

Administrator's iPhone (+12162244428)

I forwarded your text to Kelly

11/08/2019, 15:25 (Viewed 11/08/2019, 15:26)

Gina C. (4405034326)

I have been on this issue for hours. I have completely exhausted myself and I am completely stressed and so is my sister who is driving on the road and just wanted to say hello tO mom then spent 45 minutes, listening to mom cry . Kelly has my phone number thank you

11/08/2019, 15:29

Administrator's iPhone (+12162244428)

Ok just sent this to Kelly

11/08/2019, 15:30

Administrator's iPhone (+12162244428)

Again I apologize for all this

11/08/2019, 15:42 (Viewed 11/08/2019, 15:43)

Gina C. (4405034326)

I know Sara, I know you mean well the constant apologies are not helping my mother get the care that she is supposed to be getting on a daily basis in a consistent manner. I'm tired of being a babysitter, There's a complete lack of communication from your office to the people on the floor especially the new people. The regular staff are overworked and I can see the stress in them as they work, as I read body language, I did it for a living when I owned my beauty salons in New England With 50 employees and thousands of women clients. I needEd to read body language it was part of my business. I know they're stressed and overworked and doing jobs they shouldn't even be doing to help out, you do have a handful of some very compassionate wonderful

Electronically hard-working aids and nurses and laundry staff and kitchen. 🐾 I have been here 2

*13*

years. I know you're trying hard but my mothers care is failing now on a daily basis. There is no reason I should have eight pairs of pants in the laundry from Monday to Thursday I was appalled. There should've been three pairs or 4 pairs. This means that eight times she sat in her P long enough for it to soak through...

11/08/2019, 15:44

Gina C. (4405034326)

I am so sorry and feel terrible about having to burden you with this while you're on your vacation. Everyone deserves time off to heal and peace in their life's with their families. I will not be bothering you again as it will probably be the same report. I will just wait and hope and pray that there will be some changes for the better when it comes to toileting my mother.

11/08/2019, 15:46

Administrator's iPhone (+12162244428)

Okay, I get it. Please believe me that I will resolve this asap. Sorry, Gina while this help you now I will make sure that all this will change

11/08/2019, 15:46

Gina C. (4405034326)

Thank you Sarah and I do pray that you do. You're in my prayers daily I know how hard this must be I'm not blaming you I just want peace thank you

11/08/2019, 15:47

Administrator's iPhone (+12162244428)

I can do nothing directly from here

11/08/2019, 15:47

Gina C. (4405034326)

Please try to enjoy the remainder of your time. I'm sure Kelly is doing what she can

11/08/2019, 15:47

Administrator's iPhone (+12162244428)

Gina
I pray every night that my residents are well taken care of

11/08/2019, 15:48

14

Amen

11/08/2019, 15:48

Administrator's iPhone (+12162244428)

She is

11/08/2019, 15:48

Gina C. (4405034326)

11/08/2019, 15:48

Administrator's iPhone (+12162244428)

Kelly is so good

11/08/2019, 15:48

Gina C. (4405034326)

I know Kelly has been there from day one she is a great nurse but she has a lot on her shoulders I understand that

11/08/2019, 15:48

Administrator's iPhone (+12162244428)

Please keep communication open with her

11/08/2019, 15:49

Gina C. (4405034326)

I will

11/08/2019, 15:49

Administrator's iPhone (+12162244428)

Good

14/08/2019, 10:05 (Viewed 14/08/2019, 10:06)

Gina C. (4405034326)

Good morning Sara. Your staff has been really good taking care of the injury that one

15

ofThe podiatrist People did to my mothers toe by accident I'm sure. However he failed to report the incident of cutting my mothers toe and making it bleed, to the nurse Renee. Instead he put her white sock on in her shoe over it. My sister said the sock was completely covered with blood soaked. My mothers right foot was just healing and now she has another injury on her left foot. Everything is been taken care of Robin , so far she has looked at her. But my mother is going through unnecessary pain because of it. Dare I even ask if you ordered her her hearing aids yet because it is very hard to deal with her without them. We have to repeat constantly and she cannotEnjoy the events because she cannot hear anything from far away when they're talking. I hope when you come back you can address the hearing aid situation as soon as possible as my mother did so much better with them in her ears. Thank you and welcome back for more fun stuff.

14/08/2019, 10:32

Administrator's iPhone (+12162244428)

Hi Gina
I will call you later after I discuss with Kelly to get an update on what's going on

22/08/2019, 14:44 (Viewed 22/08/2019, 14:46)

Gina C. (4405034326)

Good afternoon Sara. I finally met your DON. I really like her best wishes. This is a good text letting you know that things of been much better. I see many improvements happening as far as moms care goes. I wish you well and thank you for always hearing my concerns. Have a great afternoon.

22/08/2019, 14:47

Administrator's iPhone (+12162244428)

Hi Gina
So good to hear that!

22/08/2019, 14:47

Gina C. (4405034326)

By the way your staff right now is highly dedicated and extremely efficient. I'm talking every department from the kitchen to the laundry room.I commend everyone of them

22/08/2019, 14:47

Gina C. (4405034326)

22/08/2019, 14:48

Administrator's iPhone (+12162244428)

Wonderful! You just made my day!

22/08/2019, 14:49 (Viewed 22/08/2019, 14:50)

Gina C. (4405034326)

i'm glad to report something good. i'm a very positive person generally. You're doing a great job blessings

22/08/2019, 14:50

Administrator's iPhone (+12162244428)

Thank you

22/08/2019, 14:50

Gina C. (4405034326)

You're very welcome

30/08/2019, 20:23 (Viewed 30/08/2019, 20:38)

Gina C. (4405034326)

Good evening Sara sorry to bother you. My mother was having a hard time letting the girls dress her around 7 o'clock this evening she was hollering at them and I asked Crystal to have the nurse please call me about if mom calms down or not. I tried to call the front desk twice and no one is answering I have not received a callback from the nurse since I called at 7 o'clock? No one is answering at the front desk I left a message at the nurses station as well. I would like to know the condition of my mother this evening please thank you·

30/08/2019, 20:39

Administrator's iPhone (+12162244428)

I'll have your mothers nurse call you

30/08/2019, 20:39 (Viewed 30/08/2019, 20:40)

Gina C. (4405034326)

I finally got an answer nurse Laurie. New admissions I hear. But my mother is still not ready for bed because she was ornery tonight. I just wanted to know what was going on and now I know and everything's fine sorry I bothered you

17

30/08/2019, 20:40

Administrator's iPhone (+12162244428)

Ok glad you got a response

30/08/2019, 20:41

Gina C. (4405034328)

It took a while, never took that long I was getting a little nervous. Then I thought something was wrong with the phones again. But turns out they're just really busy. All good good night thank you

30/08/2019, 20:41

Administrator's iPhone (+12162244428)

Have a good night

30/08/2019, 20:42 (Viewed 30/08/2019, 20:43)

Gina C. (4405034328)

👆

02/09/2019, 15:46 (Viewed 02/09/2019, 15:51)

Gina C. (4405034328)

Good afternoon. It's been weeks mom has had no hearing aides in? What's up?

02/09/2019, 15:52

Administrator's iPhone (+12162244428)

I'll try to have an answer tomorrow for you

02/09/2019, 15:53

Gina C. (4405034328)

Thank you peace

02/09/2019, 15:53

Administrator's iPhone (+12162244428)

I'll let you know asap

02/09/2019, 15:53

*18*

Administrator's iPhone (+12162244428)

Need to discuss with the owner

02/09/2019, 15:54

Gina C. (4405034326)

04/09/2019, 16:30

Administrator's iPhone (+12162244428)

Hi Gina
I did speak with the owner today and he's going to let me know tomorrow about the hearing aids. By the way, are they insured by any chance?

04/09/2019, 16:31

Gina C. (4405034326)

No they were not insured Medicare bought them for her and she's not due for a new pair for two more years I think.

04/09/2019, 16:32

Administrator's iPhone (+12162244428)

Yes I know that they were purchased under Medicaid, but wondering if possibly covered by insurance

04/09/2019, 16:32

Administrator's iPhone (+12162244428)

Just checking

04/09/2019, 16:33

Gina C. (4405034326)

iPad yes your right but no insurance.

04/09/2019, 16:33

Gina C. (4405034326)

That was supposed to say Medicaid not iPad LOL

19

04/09/2019, 16:33

Administrator's IPhone (+12162244428)

Yeah I got that

04/09/2019, 16:38

Administrator's IPhone (+12162244428)

Ok well I'll be in touch with you tomorrow

04/09/2019, 16:39 (Viewed 04/09/2019, 16:48)

Gina C. (4405034326)

I'll be there from about 10 or 11 until around 2 o'clock in the afternoon visiting mom. Thank you and have a good evening

04/09/2019, 21:15 (Viewed 04/09/2019, 21:16)

Gina C. (4405034326)

Sorry to bother you tonight Sara. But I've been trying to get a nurse to call me since 730 actually, 645. When I spoke with my mother she was upset and I needed to speak with the nurse about the situation. It is now 915 and I have not still received a call. When I called there I am put on hold and never get through to anybody. I just wanted to know my mom's condition after I had spoke with her at 7 o'clock

04/09/2019, 21:19

Administrator's IPhone (+12162244428)

I just spoke with her nurse and she will be calling you shortly after she finishes her med pass

04/09/2019, 21:19 (Viewed 05/09/2019, 00:34)

Gina C. (4405034326)

Thanks

05/09/2019, 15:51

Gina C. (4405034326)

Good afternoon Sara. I still believe the nursing home is responsible for my mother's hearing aid since we had an agreement that I would be called when it was lost. It was written down to call me they called me all the other times they did not call me when this one was lost i do not feel it was my responsibility to replace it. I feel it is the nursing

Electronically Filed 07/08/2025 13:10 / MOTION / CV 24 997705 / Confirmation Nbr. 1217030 / CLFNB

**20**

for my mother's hearing aid and are giving me something else to replace the hearing aids which I talk to the DON about.

05/09/2019, 15:51

Gina C. (4405034326)

I agreed with her that we could try them on Monday. But I am still unhappy with the decision that the owner made over when hearing aid that I am not responsible for replacing.

05/09/2019, 15:52

Gina C. (4405034326)

Stephanie herself told me the hearing aid was in at 3 o'clock so what happened between 3 o'clock and 7:30 in the evening I don't know but no one called me till the next day in the afternoon

05/09/2019, 16:19

Administrator's iPhone (+12162244428)

I called Holly's Hearing and waiting on call back for appointment for Dorothy

05/09/2019, 16:20

Gina C. (4405034326)

Great news!

05/09/2019, 16:21

Administrator's iPhone (+12162244428)

I'll keep you posted

05/09/2019, 16:21

Gina C. (4405034326)

Thank you so much

06/09/2019, 13:02

Administrator's iPhone (+12162244428)

Hi Gina
Please call me when you have a minute, thanks

21

06/09/2019, 13:06

Gina C. (4405034326)

Not feeling very well right now laying down. Can I call you later this afternoon please?
Or is it urgent?

06/09/2019, 13:07

Administrator's iPhone (+12162244428)

 Not urgent

06/09/2019, 13:07

Administrator's iPhone (+12162244428)

Call at your convenience

06/09/2019, 13:07

Administrator's iPhone (+12162244428)

Feel better

06/09/2019, 13:07

Gina C. (4405034326)

Ty

06/09/2019, 14:40 (Viewed 06/09/2019, 14:42)

Gina C. (4405034326)

Is it a good time to call you now?

06/09/2019, 14:42

Administrator's iPhone (+12162244428)

Yes

07/09/2019, 10:23 (Viewed 07/09/2019, 10:41)

Gina C. (4405034326)

Good morning Sara it's the weekend. Seems are shortstaffed Only 3 aides? because
my mother is in her room crying with a stomachache. I had a hard time getting to her on
the phone ..This happens all the time. Now she is in pain and no one is helping her.
Well they came in the room and dialed my number for her but they did not address her



stomach ache.I'm in the phone now with her in pain for over 45 min.. listening to her moan . The reason being someone may have put butter on her toast which is dairy, and I Asked that butter and milk. to be taken off the menu only peanut butter on her toast. I bet if you check with the kitchen they buttered her toast this morning. And my mother suffers for it Every time they do. I have had to call up a couple of mornings to remind them not to butter her toast.

07/09/2019, 10:25 (Viewed 07/09/2019, 10:41)

Gina C. (4405034326)

Sorry to bother you with this. My mother is missing 2/3 of her stomach from previous surgery she cannot handle the grease or the milk that butter provides in the body it does not digest and she gets very ill. To the point of vomiting sometimes and it coming out of both ends so this is why I am concerned about this butter on her toast this morning

07/09/2019, 10:26 (Viewed 07/09/2019, 10:41)

Gina C. (4405034326)

Ty

07/09/2019, 10:41

Gina C. (4405034326)

Update. I talked with your wonderful nurse Stephanie. She's taking care of my mom that's all I wanted to know thank you. She also said that they did not put butter on her toast but sometimes they do put milk in her coffee and that makes her sick to it happens by accident sometimes you never know. The girls you have are very sincere and good workers there just aren't enough of them thanks

07/09/2019, 10:52

Administrator's iPhone (+12162244428)

I just spoke with Stephanie and all seems fine now

07/09/2019, 10:54

Gina C. (4405034326)

Yes, Thank you. When I can't get to see mom a whole day or two I call her periodically. And when the staff is too busy to do that for me my mother gets angry and I get frustrated at home not being able to get through to her because she cannot dial phone. I do appreciate every single one of your staff and the time they do take for my mother to do that one little thing it makes a big difference in my moms in my life every day.💜

*23*

07/09/2019, 10:54

Administrator's iPhone (+12162244428)

Good then you should tell them that

07/09/2019, 10:54

Administrator's iPhone (+12162244428)

They would appreciate that

07/09/2019, 10:57

Gina C. (4405034326)

I try too 🌷 and always will

07/09/2019, 10:58

Administrator's iPhone (+12162244428)

Good

09/09/2019, 10:20

Administrator's iPhone (+12162244428)

Hi Gina
Is it the left or right ear for the missing hearing aid?

09/09/2019, 11:16 (Viewed 09/09/2019, 11:19)

Gina C. (4405034326)

Sorry Sara I just got this text but I'm sure you know by now it was the right ear missing

09/09/2019, 11:19

Administrator's iPhone (+12162244428)

Yes

09/09/2019, 11:19

Administrator's iPhone (+12162244428)

Right

09/09/2019, 11:19 (Viewed 09/09/2019, 11:20)

Gina C. (4405034326)



12/09/2019, 18:49

Gina C. (4405034326)

Good evening Sara. Your reception is Sherry just hung up on me. My mother was upset today and I'm calling to talk to Nurse Stephanie she won't put me through to her and she won't give a message to them to have them call me for my mother either. Is there anyway I can get a call from Nurse Stephanie or my mother please or I'm going to have to get in my car and drive down there myself to see how my mother is this evening thank youAgain Sheri is the only one that gives me a hard time when I asked for a simple phone call before my mother goes to bed.

12/09/2019, 18:50

Administrator's iPhone (+12162244428)



12/09/2019, 18:50 (Viewed 12/09/2019, 18:55)

Gina C. (4405034326)

Ty do much

12/09/2019, 18:53 (Viewed 12/09/2019, 18:55)

Gina C. (4405034326)

Ty someone called me for mom 🌷

12/09/2019, 18:55

Administrator's iPhone (+12162244428)

I spoke with sherry as well

12/09/2019, 18:56

Gina C. (4405034326)

I don't know why she as an attitude with me? But thank you 🌷

12/09/2019, 19:22 (Viewed 12/09/2019, 20:36)

Gina C. (4405034326)

FYI : I think your staff is exceptional from the kitchen to the cleaning. Your nurses are wonderful. Your aids as well. You Did a great job Sara! My mother's room has never

Electronically Filed 07/24/2023 13:34 / MOTION / CV 23 9/64457 Confirmation Nbr. 2917030 / BATCH



*25*

been cleaner. Laundry has been perfect. Your staff is extremely friendly and accommodating to me all the time and my moms needs! I really appreciate all you have done for me as you put EAstpark back together. You have always been there for us and We do greatly appreciate everything that you have done. You did a fantastic job from top to bottom.making EAstpark shine again! God bless you🖤

12/09/2019, 19:23 (Viewed 12/09/2019, 20:36)

Gina C. (4405034326)

Your nursing team has never been better.

12/09/2019, 20:36

Administrator's iPhone (+12162244428)

Thanks Gina! I was out walking my dogs so just saw this now

12/09/2019, 20:39

Gina C. (4405034326)

🌹

08/10/2019, 12:07

Gina C. (4405034326)

Good afternoon Sara. Just wondering what the holdup was on mom's hearing aid? Hope you're having a good day get back to me on that hopefully with a hearing aid LOL

08/10/2019, 12:08

Administrator's iPhone (+12162244428)

Not sure but they did receive the check. I will call and see what they say.

08/10/2019, 13:12

Gina C. (4405034326)

Ty

10/10/2019, 08:59

Gina C. (4405034326)

Good morning Sara. I heard from Hollys Hearing they're going to be dropping off mom's hearing aid today. Sometime around four I believe. I won't be able to be there. I am hoping that your "new"staff since mom lost her hearing aid, knows the proper way

26

of applying mom's hearing aid so that little wire is not sticking out. They never fall out if they're placed incorrectly. Thank you Sara and have a good day

10/10/2019, 09:01

Administrator's iPhone (+12162244428)

Not to worry, they will be aware of the proper placement

10/10/2019, 09:03 (Viewed 10/10/2019, 09:31)

Gina C. (4405034326)

By chance one goes missing please make note call Gina immediately I can be there in five minutes to look. Thanks Sara I really appreciate it

10/10/2019, 17:07 (Viewed 10/10/2019, 17:08)

Gina C. (4405034326)

Good evening Sara I hope everything went well at 4 o'clock with mom and Hollys Hearing. Sorry we couldn't be there JoLynn is home in bed sick she was going to try

10/10/2019, 17:13

Administrator's iPhone (+12162244428)

Everything is fine, no clips on the hearing aids but there is an order to check placement every 4 hours

10/10/2019, 17:30 (Viewed 10/10/2019, 17:32)

Gina C. (4405034326)

Thank you 🌷

10/10/2019, 17:32

Administrator's iPhone (+12162244428)

You're welcome

11/10/2019, 10:17 (Viewed 11/10/2019, 10:36)

Gina C. (4405034326)

Good morning Sara. I just wanna give you heads up on what happened this morning. I called mom on the phone and Darlene assisted my mother telling me that my mom's hearing aids were in her ears. This means protocol was not followed as we spoke yesterday, not to put the hearing aids in until the attachment was on them so my mom

27

does not lose them. For some reason from the chain of command it's not getting over to the nurse on duty. If I would've called mom would've lost that today and I would've been responsible?

11/10/2019, 10:18 (Viewed 11/10/2019, 10:36)

Gina C. (4405034326)

P.S. did they say how long it would be Till these attachments would be applied to mom's hearing aids?

11/10/2019, 10:18 (Viewed 11/10/2019, 10:36)

Gina C. (4405034326)

I asked Darlene to remove the hearing aids and give them to Stephanie nurse in charge of mom today to hold until then thank you

11/10/2019, 11:00

Administrator's iPhone (+12162244426)

Ok here's the deal, Louise forgot to leave a note to nurse staff to make sure no hearing aids until clips attached. I just spoke with Stephanie who had no idea about it but has made the note to pass on to staff.

11/10/2019, 11:10 (Viewed 11/10/2019, 11:36)

Gina C. (4405034326)

I'm the net! Glad I contacted you thank you

11/10/2019, 17:58 (Viewed 11/10/2019, 18:41)

Gina C. (4405034326)

Good evening Sara, well it's a good thing I came to dinner tonight. I stopped to bring mom some sweaters. Mom was sitting in front of her food with no help. Denise Kroesen had ordered that someone feed mom or be with her when she's eating. Otherwise my mother does not know what is in front of her.It wasn't happening tonight. No one was even in the room with mom or near her table when I came in and it's almost 6 o'clock. I mentioned it to several of the aids they all looked very busy feeding others in the other room. I just told them that mom was supposed to have help eating at her meals. Josie came to my rescue and offered to feed my mother. I told her since I'm here I will do it myself tonight but I am not happy with knowing that someone is not attending her during meals. Will you please make sure that this order is also known by everyone thank you



Administrator's iPhone (+12162244428)

I don't know what order you are talking about. I will check with the on call manager to see what was going on. She was there for dinner

11/10/2019, 18:43

Gina C. (4405034326)

Well my mother was sitting alone and she needs direction when she's eating that's all

11/10/2019, 18:43

Gina C. (4405034326)

Ask Denise Kroesen about it

11/10/2019, 18:44

Administrator's iPhone (+12162244428)

So does many other residents there but I will check

11/10/2019, 18:44

Gina C. (4405034326)

I had a lengthy discussion about it

11/10/2019, 18:47 (Viewed 11/10/2019, 18:48)

Gina C. (4405034326)

Ty

17/10/2019, 14:04 (Viewed 17/10/2019, 14:10)

Gina C. (4405034326)

Thank you for helping me today the best you could as you always do. I appreciate all the attention that came to the situation and I'm very sorry that I had to pull everyone off their usual job for the problem. However please do not say anything to Yolanda she was only agreeing with me. If I wanted to get people in trouble I can tell you something that every single person in there has said at one time or another... Yolanda is one of your best ! waiting to hear about that hearing aid again. Thanks for acting on that as well. Have a good rest of the day.

17/10/2019, 14:12

Administrator's iPhone (+12162244428)



I will follow up with you after I speak with Holly's Hearing. Hope you get to go to that event tonight and enjoy.

17/10/2019, 14:12

Gina C. (4405034326)

Ty 🌷

17/10/2019, 15:34 (Viewed 17/10/2019, 15:46)

Gina C. (4405034326)

One more thing Sara. I thought about what Louise said about not putting a diaper on mom at night. That chair is going to get annihilated. I would like it put loosely around her at night please thank you

17/10/2019, 15:46

Administrator's iPhone (+12162244428)

Ok I will pass this on to Louise and the unit manager

17/10/2019, 15:47

Gina C. (4405034326)

Ty

17/10/2019, 15:47

Administrator's iPhone (+12162244428)

Also I called Holly's Hearing

17/10/2019, 15:47

Administrator's iPhone (+12162244428)

You can call me when you have time to discuss what she told me

17/10/2019, 16:13 (Viewed 17/10/2019, 16:28)

Gina C. (4405034326)

Ty

17/10/2019, 16:29

Administrator's iPhone (+12162244428)



> The unit managers and Louise are aware of your last request

17/10/2019, 16:32 (Viewed 17/10/2019, 16:33)

Gina C. (4405034326)

Thank you very much. My sister is with mom now we bo th notice mom has been very lethargic all day. It was very painful to roll her over on that right side, but that bad right shoulder. I told Louise about it. Louise was right there when they were rolling her over to clean her up and it was killing her right shoulder. So it's a good thing she's going to be in her chair thank you very much

17/10/2019, 16:33

Gina C. (4405034326)

Thanks for everything

17/10/2019, 16:33

Administrator's iPhone (+12162244428)

> You're welcome

17/10/2019, 16:34

Gina C. (4405034326)

I'm gonna put on my big girl panties try to go out tonight with my husband to this gig it means a lot to him. Save the bed for me next to mom LOL joking 🌷

17/10/2019, 16:34

Gina C. (4405034326)

Ty

17/10/2019, 16:36

Administrator's iPhone (+12162244428)

> Great, you need to have some fun! You'll like it there.

17/10/2019, 16:37

Gina C. (4405034326)

You're a good person Sara. Ty

Administrator's iPhone (+12162244428)

Thanks Gina

17/10/2019, 16:38

Administrator's iPhone (+12162244428)

You know I'm here for Dorothy and try to best by her. She's lucky to have such to have such devoted daughters

17/10/2019, 16:39 (Viewed 17/10/2019, 16:42)

Gina C. (4405034326)



20/10/2019, 09:23 (Viewed 20/10/2019, 09:26)

Gina C. (4405034326)



Good morning Sara sorry to bother you. I called this morning as I've been calling more often since I am checking to make sure mom is not sitting in wet. Every two hours. I spoke with Lori this morning and I know that my mother gave them a hard time last night. So I wanted to make sure this morning she was clean and dry and on the phone with me after breakfast. No call. I had to sign a paper to keep her in the chair and I want to make sure you guys are keeping your end up. However this morning I've been calling since 730 to get a phone call from my mom. But they're too busy to dial my number?. I want to speak to the nurse to know that she is changed and dry. Debi the receptionist tells me it is quite hectic back there and I have not got a phone call yet. So I am driving over to Eastpark to see if my mother is clean and dry and if she's dressed and doesn't have her breakfast food on her clothes (this happens) for when my brother gets there today at noon today for her lunch

20/10/2019, 09:27

Administrator's iPhone (+12162244428)

I will call now

20/10/2019, 09:29 (Viewed 20/10/2019, 09:34)

Gina C. (4405034326)



I just got a phone call from mom they dialed for her but they did not assist her getting it to her ear so it's upside down and she can't hear me.

20/10/2019, 09:29 (Viewed 20/10/2019, 09:34)

Gina C. (4405034326)

She sounds lethargic and terrible I'm coming over there to see her I hear in the background

20/10/2019, 09:34

Administrator's iPhone (+12162244428)

I just spoke with Stephanie and Dorothy is fine

20/10/2019, 09:34

Administrator's iPhone (+12162244428)

They are busy and down to 3 aides today

20/10/2019, 09:41

Gina C. (4405034326)

Is this why my mothers sores not healing. Or is it because she keeps the aids away from her during the night in her rage of being woken up every two hours. Moms mind is declining...I'm just trying to keep my mom dry in those areas from Parma Heights. I know how hard it is for your aids to deal with my mother at this time also. It's really no one's fault. That's how her "sores got like this sitting in P "from the words of Robin. I knew that, her areas weren't being dried properly. I don't care how many aids are there I just want to make sure my mother is dry every two hours and her sores are tended to so they do not get worse. Dorothy has been acting lethargic for three days I'm wondering if it's because of the infection that she has? Or I'm wondering is this dementia rapidly declining. I'm sorry to bother you Sara but this is my mother and I have to keep on top of it. I know you're doing your best to , thank you . And when they made me sign the paper that she needs to be in the chair, I need to make sure every two hours she's being attended to in that area. And I will continue to do so.

20/10/2019, 09:54

Gina C. (4405034326)

I'm sure mom is fine, however I'm worried about those sores healing and her mind is slipping rapidly it's just stressful

20/10/2019, 09:57



Administrator's iPhone (+12162244428)

Every day is different for your mom but I believe the staff takes good care of her and are aware of her needs and your particular requests in her care

20/10/2019, 09:57

Gina C. (4405034326)

Ty

20/10/2019, 10:21

Gina C. (4405034326)

Sara went apologize for bothering you today. I'm here with mom. My anxiety has taken control of me with mom's declining mind. The staff you have here is excellent I never doubt them I just wish there were lots more of them. Have a great day 🐢

20/10/2019, 10:21

Administrator's iPhone (+12162244428)

You too

22/10/2019, 15:36 (Viewed 22/10/2019, 15:37)

Gina C. (4405034326)

Good afternoon Sara. Why did I have to hear about bedbugs from lolly the resident that will be staying with my mother for this evening. I was informed by Nurse Sara that mom would have a roommate lolly which is fine, but Sara failed to mention that they were cleaning her room for bedbugs. My sister is there and lolly tells her about it. When Sara was on the phone with me she never mentioned bed 🐝 .. I'm itching right now

23/10/2019, 14:55 (Viewed 23/10/2019, 15:39)

Gina C. (4405034326)

Good afternoon Sara I just came from EAstpark. I stop by this morning just to drop off a few sweaters. I was appalled
by the way my mother's room looked and smelled of P. Everyone already knows about it and has done everything they can to make it better but I thought you should know. What I wanna know is why I had to walk in there and find out her chair smell the P why didn't someone tell me. ?
Or do something about it. The chair should've been cleaned immediately. I worked wiped it up the best I can with Clorox wipes and sprayed it with Lysol spray. This is what my mother will be sleeping in tonight. Dave will be cleaning it tomorrow morningBecause it needs a whole day to dry. I wish someone who had changed the

*34*

pad on mom's chair this morning and realize that it smelled and her P went through would've recognized it and reported it. I don't really know who it was I don't really care I just want it not to happen again. thank you. I reported to and was was in contact with the nurse on staff the whole morning and she took care of everything for me there's really nothing else to do except make sure they know when something like this happens they they report it so it can be cleaned immediately thank you

23/10/2019, 17:07

Administrator's iPhone (+12162244428)

Hi Gina
Just getting this now as I have been at an appointment this afternoon. I will share with unit manager to handle.

23/10/2019, 17:12 (Viewed 23/10/2019, 17:13)

Gina C. (4405034326)

I was a little upset when I got there and everyone tried to accommodate me the best they can to get it cleaned up (Rubber gloves were on the floor, along with bags of garbage on the floor in the bathroom, feces on the toilet seat, Watch outbasically text you to let you know what goes on sometimes. I didn't like the way they set my mom in the room after lunch when I got there she was staring at a TV with no water near her I could go on about the things that were wrong this morning. It was just a bad morning. Thank you again I'm trying to unwind and get this out of my head today. I know mom is being taken care of now. Ty

23/10/2019, 17:13

Gina C. (4405034326)

(some of my text in the last comment didn't pick up right with my voice, but I think you understand what I was talking about.)

23/10/2019, 17:14

Gina C. (4405034326)

That was supposed to be after breakfast not lunch I'm sorry

23/10/2019, 17:14

Administrator's iPhone (+12162244428)

Yes I understand and I am not happy about your experience. I will put an investigation in place

23/10/2019, 17:14

35

Administrator's iPhone (+12162244428)

That's unacceptable

23/10/2019, 17:15

Gina C. (4405034326)

I am happy about Robin Yolanda coming in and checking mom's wound and letting me know that it was healing that was at 2 o'clock. I've been calling to make sure everybody's on top of that and they have been even though she is in her chair. That's why her chair is important to be kept clean, I'm sure you understand

23/10/2019, 17:15

Administrator's iPhone (+12162244428)

I do

23/10/2019, 17:16

Gina C. (4405034326)

Ty soooo much

24/10/2019, 16:38 (Viewed 24/10/2019, 16:40)

Gina C. (4405034326)

Good afternoon Sara you know me I don't like to just report the wrong things that happened, I like to report the good. Besides mom's condition being very lethargic today everything seemed in order with her room and nurses and staff. I really like some of the new people you hired, and I hope they work out for all of us. Please have a good evening and thank you for your hard work

24/10/2019, 16:41

Administrator's iPhone (+12162244428)

Thanks so much for your kind words, hope things stay together

24/10/2019, 16:49 (Viewed 24/10/2019, 16:56)

Gina C. (4405034326)

I believe and have faith 

26/10/2019, 17:34 (Viewed 26/10/2019, 18:49)

Gina C. (4405034326)



Good evening Sara . I'm worried about mom tonight . I would like to know that no
Agency ade is with her. They have been having trouble transporting my mom at night
and I must make sure that her wounds are kept dry and that new people follow through.
Thank you

26/10/2019, 19:01

Administrator's iPhone (+12162244428)

> Hello Gina
> No agency staff assigned to your Mom tonight. Melissa Carpenter is her aide.

26/10/2019, 19:02

Gina C. (4405034326)

Thank you so much for your time 🌷

26/10/2019, 19:02

Administrator's iPhone (+12162244428)

> You're welcome

26/10/2019, 19:04

Gina C. (4405034326)

Have a great week end💜

26/10/2019, 19:04

Administrator's iPhone (+12162244428)

> Thank you!

26/10/2019, 19:04

Administrator's iPhone (+12162244428)

> You as well

26/10/2019, 19:05

Gina C. (4405034326)

I will 🌷 👐

29/10/2019, 15:08

37

Good afternoon I have been in phone listening to mom for 25 min and she said she wet
.. no tv on that I can here,??? I keep calling . If that sore gets bad it because if this

29/10/2019, 15:19

Gina C. (4405034326)

I'm talking to Louise right now

29/10/2019, 15:20

Administrator's iPhone (+12162244426) 

Okay

29/10/2019, 15:29

Gina C. (4405034326)



It seems mom was not wet but that isn't the point I asked someone to check on her a
half an hour ago she couldn't swallow her mouth was dry and she needed water. Me
and Louise discussed everything. Between you and me, Louise puts words in my
mouth. she said I was accusing everyone, I wasn't accusing  any one at all !!! All I was
doing was calling the desk reporting what my mother was experiencing on the phone
with me and wanted someone to check on mom...And that was dry mouth and wet
pants. Louise told me her pants were not even wet!!! I told her it didn't matter if they
were wet or not the point is I needed someone to check on my mom and no one called
me back and it was not getting done... because I was on the other end of the phone
listening to my mother and no one came in there. Louise told me someone went in
there I never heard anyone go in the room with mom during the 30 minute phone wait. I
just wanted you to know the facts because I don't trust Louise will tell you my side
correctly.

29/10/2019, 15:31

Gina C. (4405034326)

Louise did try to be kind After she accused me of accusing you guys, and told me to
contact her if I have any problems with my mother from now on.

29/10/2019, 15:31

Wow

29/10/2019, 15:33

Administrator's iPhone (+12162244428)

Ok I think that's good for her to directly deal with your concerns but of course you can still contact me

29/10/2019, 15:36 (Viewed 29/10/2019, 15:45)

Gina C. (4405034326)

Of course thank you. Seems when I talk to Louise she turns around what I am trying to say. I don't think she understands me. I'm not complaining I'm reporting. And I think 30 minutes is kind of long to get a phone call when I think my mom is dry and in the room with I'll being able to reach her water. I didn't even get a phone call I was on the phone with my mother still Louise walked in the room and just picked up the phone and caught me there. That's where we talked I really never got a phone call from anyone

29/10/2019, 15:48

Administrator's iPhone (+12162244428)

Ok but at the very least in all this you were able to talk with someone. I was there at the doorway while Louise was talking with you. I spoke with Stephanie the nurse who told me what was happening at the time you were on the phone with your mother

29/10/2019, 15:48

Gina C. (4405034326)

It's all good now I guess mom is fine I hope she has her water and doesn't dehydrate is all

29/10/2019, 15:49

Administrator's iPhone (+12162244428)

I will double check

29/10/2019, 15:49

Gina C. (4405034326)

Ty Sara

29/10/2019, 15:51

39

**Sure**

30/10/2019, 19:04 (Viewed 30/10/2019, 19:10)

Gina C. (4405034326)

Good evening Sara. Tonight I received a call from therapy that it was important to use the hoyer for My mother(Dorothy) I did agree. I have seen how it is so hard to get mom in to the bathroom with three people and it risks her getting hurt or someone getting hurt. However I am concerned about her transition tonight for the first time I don't know who her aid or nurse is. I'm hoping it's an easy transition for them all. I guess I'd like the nurse to call me tonight to let me know how this is working with mom tonight and who her ade is so I feel more comfortable that she's not freaking out over this new thing

30/10/2019, 19:05 (Viewed 30/10/2019, 19:10)

Gina C. (4405034326)

So sorry to bother you with this

30/10/2019, 19:11

Administrator's iPhone (+12162244428)

**I will call the facility and have her nurse contact you**

30/10/2019, 19:12 (Viewed 30/10/2019, 19:13)

Gina C. (4405034326)

Please thank you very much. At her convenience ♥ I will be here standing by ty

30/10/2019, 19:14

Administrator's iPhone (+12162244428)

**I just told the receptionist to make sure that her nurse contacts you regarding this. Her nurse tonight is Meghan**

30/10/2019, 19:15

Administrator's iPhone (+12162244428)

**I will be out walking my dogs shortly so I won't have my phone with me for about an hour**

30/10/2019, 19:15

Gina C. (4405034326)

40

I did call earlier but sometimes I wait all night and never get a call ~ I wanted to make sure tonight that someone did contact me about how mom is doing thank you

30/10/2019, 19:15

Gina C. (4405034326)

No Sara I do appreciate everything ty

30/10/2019, 19:15

Gina C. (4405034326)

No problem

30/10/2019, 19:16

Administrator's iPhone (+12162244428)

Ok let me know if you don't hear from them

30/10/2019, 19:16

Gina C. (4405034326)

Kk

30/10/2019, 23:31 (Viewed 31/10/2019, 00:31)

Gina C. (4405034326)

I never got a call I'm going to bed good night

30/10/2019, 23:34 (Viewed 31/10/2019, 00:31)

Gina C. (4405034326)



31/10/2019, 10:00 (Viewed 31/10/2019, 11:30)

Gina C. (4405034326)

Good morning Sara, I ended up speaking with Megan at midnight last night I called she was very good at explaining what went on. What really upset me was the fact that

41

therapy called and said there was no more bathroom she was going to be on the hoist and that no one called me to answer my concerns and questions. Rene this morning answered my questions mom did great with the hoist that's all I wanted to know what is the minds of me and my sister. Thank you and have a good day ♥

31/10/2019, 11:33

Administrator's iPhone (+12162244428)

> Hi Gina
> I spoke with Meghan this morning and she told me that she had finally connected with you. She misunderstood the receptionist's message. Good to know also that Rene was helpful. Have a great day and Happy Halloween!!

31/10/2019, 11:34

Gina C. (4405034326)

Thanks Sara I appreciate your kindness you have a wonderful day and happy Halloween to you and your family

31/10/2019, 11:34

Administrator's iPhone (+12162244428)



09/11/2019, 09:29 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

Good morning Sara I've told the kitchen numerous times my mother cannot eat bacon she gets stomachache and I'm sitting with her now because they gave her bacon this morning and she has a stomachache again because of them not listening to what is supposed to be done at her. They were other issues when I got here as well however Renee has handled them for me.

09/11/2019, 09:31 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

Sorry to bother you with this. But my mother suffers when they put dairy , fatty bacon or cream in her food for on her tray

09/11/2019, 09:36 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

My mother had no bib on her at breakfast she had food all over her clothes I've been waiting since breakfast for someone to change her. Clearly you do not have enough

42

people here I see everyone is extremely busy

09/11/2019, 09:41 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

And her hearing aids were not put in...I won't even mention the hoist that was stuffed up between her legs and looked so uncomfortable I'm tellin

09/11/2019, 10:01 (Viewed 09/11/2019, 10:22)

Gina C. (4405034325)

My mom
my mom having breakfast like this acceptable I'm sorry whoever left her like this it's totally unacceptable.. I'm still waiting for someone to change her I came in at 8 o'clock just to kiss my mom and bring a sweater. I'm still here because there aren't enough aids

09/11/2019, 11:39 (Viewed 09/11/2019, 11:40)

Gina C. (4405034326)

Sarah I took these pictures today of mom's left arm. I believe it is because she needs a bar on the wall. She fights them and they have to hold her. Just wanted you to see. Thank for all you do

09/11/2019, 11:41

Administrator's iPhone (+12162244428)

Ok I have already discussed that with Renee

09/11/2019, 11:41

Gina C. (4405034326)

Ty so much

09/11/2019, 11:41

Administrator's iPhone (+12162244428)

You're welcome

11/11/2019, 14:45 (Viewed 11/11/2019, 16:46)

Gina C. (4405034325)

Good afternoon Sara. Well today was sure a great morning everything was perfect your

43

staff was fantastic mom got a shower and Sierra is wonderful Aid. Just letting you know everything's all good thank you very much

11/11/2019, 16:47

Administrator's iPhone (+12162244428)

> Hi Gina,
> Great to hear!!

20/11/2019, 15:03 (Viewed 20/11/2019, 15:04)

Gina C. (4405034326)

Good afternoon Sara. Everything is going great with mom today I stopped in for a short visit with my husband. We were both surprised that when we got to the door near mom The entire hallway smelled of urine horribly. That never happens usually just letting you know. It was not in moms room moms room was very clean. The odor was draping the hallway..? FYI Have a good evening

20/11/2019, 15:05

Administrator's iPhone (+12162244428)

> I'm sure it was a situational issue but not long standing. But thanks for letting me know

20/11/2019, 15:05

Gina C. (4405034326)

I hope so it was really bad my husband hardly ever visits and he was taken back by it

20/11/2019, 15:06

Administrator's iPhone (+12162244428)

> This is not typical

20/11/2019, 15:06

Gina C. (4405034326)

No it's not that's why I'm let you know anyway have a good evening I left for the evening I'll be back in the morning I'll let you know if I still smell it then ,I doubt it ..have a good night

20/11/2019, 15:06

Administrator's iPhone (+12162244428)

44

You too

20/11/2019, 15:07

Gina C. (4405034326)

20/11/2019, 15:07

Administrator's iPhone (+12162244428)



23/11/2019, 10:32 (Viewed 23/11/2019, 10:34)

Gina C. (4405034326)

Good morning,, my mom has been crying for 15 mins on phone to me with stomach pain... I called three times ,,, what going on? My sister is coming up there now.

23/11/2019, 10:34

Administrator's iPhone (+12162244428)

I don't know because I am not there, I will call

23/11/2019, 10:36 (Viewed 23/11/2019, 10:42)

Gina C. (4405034326)

Almost 20 minutes I called 4 times

23/11/2019, 10:38 (Viewed 23/11/2019, 10:42)

Gina C. (4405034326)

Mom still on phone with me, she says she pooped now stomach ach I little better.. still no one there

23/11/2019, 10:40 (Viewed 23/11/2019, 10:42)

Gina C. (4405034326)

She say no hearing aide in her ears either?

23/11/2019, 10:41 (Viewed 23/11/2019, 10:42)

Gina C. (4405034326)

Electronically Filed 05/12/2023 13:30 / MOTION / CV 23 983193 / Confirmation Nbr. 2917030 / BATCH

45

23/11/2019, 10:42

Administrator's IPhone (+12162244428)



23/11/2019, 10:42

Administrator's IPhone (+12162244428)

I just spoke with the nurse

23/11/2019, 10:47 (Viewed 23/11/2019, 10:52)

Gina C. (4405034326)

She is still sitting in her shit no one is there she won't tell them

23/11/2019, 10:51 (Viewed 23/11/2019, 10:52)

Gina C. (4405034326)



I actually started calling early this morning and it took me until now and no one is still in there my sister went in there just now

23/11/2019, 10:51 (Viewed 23/11/2019, 10:52)

Gina C. (4405034326)



23/11/2019, 10:51 (Viewed 23/11/2019, 10:52)

Gina C. (4405034326)

46



23/11/2019, 10:52

Gina C. (4405034326)

So I would say from like nine 930 until about 10 minutes ago when my sister got there I don't know what's happening down there now

23/11/2019, 11:11

Gina C. (4405034326)

One more thing, more fun stuff. LOL please tell someone to put mom's hearing aids in correctly. She should be having them in at breakfast they're still not in her ears. Thank you no more fun stuff today ·

23/11/2019, 11:12

Administrator's iPhone (+12162244428)

Ok I'll take care of it

23/11/2019, 11:12 (Viewed 23/11/2019, 11:13)

Gina C. (4405034326)

Thank you

23/11/2019, 11:12 (Viewed 23/11/2019, 11:13)

Gina C. (4405034326)

👍👍

23/11/2019, 11:13

Administrator's iPhone (+12162244428)

You are welcome

28/11/2019, 14:53 (Viewed 28/11/2019, 22:56)

Gina C. (4405034326)

47

Hi Sara, I just came home from East Park. What a wonderful Thanksgiving lunch! Have a Happy Thanksgiving ....We are very grateful for every thing you do to make East Park a clean, safe, friendly place for my mother and all the residents! Your staff is exceptional. Peace and blessings for a wonderful year to come as well 🌷

14/12/2019, 07:11 (Viewed 14/12/2019, 08:12)

Gina C. (4405034326)

Good morning Sara. Sorry Sara got more "fun stuff".....I stopped by to see mom about seven 730 last night. When I went in the room she was laying across the bed not straight in the bed like she is supposed to be. She was crying and her nightgown was up bunched under her back ribs and on the middle of her back. Creating a bulge... I guess they had just put her to bed. I don't expect mom's night gown to be halfway up her back bunched up, it should be pulled under her bottom and on her legs like a nightgown should be. Bunching it up under her back like that is not good for her back either. And my sister said this isn't the first time we found her like that.
I also found my mothers clothes in the trash CAN next to the bathroom door and I have a picture if you want to see it. Her clothes were stuffed into a garbage basket and soaked with P. Her agency aid Stephanie had dressed her for bed. Of course I told Renee and I met mom's "agency" aid Stephanie and told them both that this was unacceptable. Rene was clearly busy with other residents and helped me until Stephanie came back in the room to help me straighten mom's nightgown down where it is supposed to be and adjust mom in bed properly. There was no water next to my mom's bed either for her to reach.
I thought we were not having agency aids? .Again this one did not know about my mother's right shoulder issue, and she clearly cannot put my mothers clothes into a trashcan without being in a plastic bag with P on them leaving it wide open for me to smell when I come to visit my mother. My mother has been complaining about her right shoulder again. My mom was also telling me that her bottom was sore. I did talk to Renee about that. Just letting you know what went down last night it's a weekend.

14/12/2019, 07:12 (Viewed 14/12/2019, 08:12)

Gina C. (4405034326)

Rene is a fantastic nurse she was doing everything she could to help me she seemed to have way too many people in the common area to have to deal with and no one else was around to help her. I hated bothering her to come in the room with me when I noticed these things because she was handling other patients. Where is everybody I only saw Vicki at the other end?

14/12/2019, 08:05 (Viewed 14/12/2019, 08:12)

Gina C. (4405034326)

Well I'm here at 8:05 and find mom in front of her food and no one feeding her she

48

looks lethargic her lips are chapped and dry and I'm kind of worried what's going on? Marianne told me she was busy and she had to do other things and then she was going to get around feeding your mother

14/12/2019, 08:09 (Viewed 14/12/2019, 08:12)

Gina C. (4405034326)

I'm feeding my mother

14/12/2019, 08:19

Administrator's iPhone (+12162244428)

I will check in with staff to see what's going on. I don't know who was assigned to Dorothy this morning to assist with her meal. We still use agency when we need it to cover openings in the shifts. I will talk with Renee for details about that aide so I can make sure that we don't use her again. I will also make sure that Louise and the Unit Manager are aware of this.

14/12/2019, 08:43 (Viewed 14/12/2019, 08:46)

Gina C. (4405034326)

Ty

14/12/2019, 08:47

Administrator's iPhone (+12162244428)

I'll be sure to take care of all of this, that issue on Saturday was totally unacceptable

14/12/2019, 08:51

Administrator's iPhone (+12162244428)

I meant Friday

14/12/2019, 08:52

Gina C. (4405034326)

Thank Sara

14/12/2019, 08:52

Administrator's iPhone (+12162244428)

You're welcome Gina

49

14/12/2019, 09:41 (Viewed 14/12/2019, 09:44)

Gina C. (4405034326)

If someone can not feed mom lunch today or when ever ... I'd like to be called, I will come and do it if your short handed 💗

14/12/2019, 09:44

Administrator's iPhone (+12162244428)

I'm going to see what is happening now

14/12/2019, 10:12 (Viewed 14/12/2019, 10:31)

Gina C. (4405034326)

I cannot bear to watch how my mother is being changed right now

14/12/2019, 10:12 (Viewed 14/12/2019, 10:31)

Gina C. (4405034326)

She obviously needs help there's only one girl here Marianne and she needs help my mother is difficult there is no one around to help her

14/12/2019, 10:17 (Viewed 14/12/2019, 10:31)

Gina C. (4405034326)

Nurse came

14/12/2019, 10:32

Administrator's iPhone (+12162244428)

Ok I just had a conversation with Kelly Baker who said she spoke with you but glad the nurse came

14/12/2019, 10:53 (Viewed 14/12/2019, 10:55)

Gina C. (4405034326)

Well I told Kelly I would make mom's bed and I'm having a very hard time with it Heather was nice enough from laundry to come in and help me do it. For a week now I've told them we need those paper pads for mom's bed and chair and still there are none in the room

14/12/2019, 10:56

Administrator's iPhone (+12162244428)

50

Please tell the nurse

14/12/2019, 12:53 (Viewed 14/12/2019, 13:12)

Gina C. (4405034326)

Ty

14/12/2019, 13:40 (Viewed 14/12/2019, 13:46)

Gina C. (4405034326)

Thanks Sara I hope the rest of the weekend is smooth sailing for all. As a thank you and for Christmas I am not good at getting cards. But I did give Jill $100 for Activities and I saw Cathy (office )today and gave her $100 for your wonderful staff to have a nice lunch or snack whatever you choose to do. The ones at work so hard there all the time for you are loyal workers and I do appreciate all that you all do for mom even though every once in a while I have "fun stuff" for you. LOL please have a wonderful holiday season Sara thank you and you staff for everything that you do 🍷

14/12/2019, 13:46

Administrator's iPhone (+12162244428)

Thanks Gina

14/12/2019, 13:48

Administrator's iPhone (+12162244428)

Unfortunately we cannot accept your donation for the staff, You can donate to activities but not to staff

14/12/2019, 13:49

Administrator's iPhone (+12162244428)

It's a state regulation

14/12/2019, 13:50

Gina C. (4405034326)

I Understand...How about give that 100 then to kitchen for food or event ?

14/12/2019, 13:51

Administrator's iPhone (+12162244428)

It should go to activities with that specific directive from you

51

14/12/2019, 13:52

Gina C. (4405034326)

Great keep it for activities too then. 🖤 🖤

14/12/2019, 14:32

Gina C. (4405034326)

All set then , 200 donated to activities !!!! Merry Christmas 🎄 🎅

14/12/2019, 14:32

Administrator's iPhone (+12162244428)

Ok thank you so much!

14/12/2019, 14:33

Administrator's iPhone (+12162244428)

Wonderful

14/12/2019, 14:33

Administrator's iPhone (+12162244428)

It will help them

14/12/2019, 14:33

Gina C. (4405034326)

Gave Jill 100 and Kathy100, sorry next time I know 🖤 

14/12/2019, 14:34

Administrator's iPhone (+12162244428)

Gratefull

14/12/2019, 14:34

Gina C. (4405034326)

Our pleasure 

21/12/2019, 16:11 (Viewed 21/12/2019, 16:24)

Gina C. (4405034326)

52

Good afternoon sorry to bother you but I have asked before lunch several times to have some one dial my number for my mom. Still no call? Can you help me get some one to dial for mom.

21/12/2019, 16:24

Administrator's IPhone (+12162244428)

Ok

21/12/2019, 16:25 (Viewed 21/12/2019, 16:30)

Gina C. (4405034326)

I really appreciate it cause I didn't wanna ride over there today and I haven't talk to her since early this morning

21/12/2019, 16:30

Administrator's iPhone (+12162244428)

Renee is taking care of this now

21/12/2019, 16:30

Gina C. (4405034326)

Oh ty

21/12/2019, 16:42 (Viewed 21/12/2019, 16:43)

Gina C. (4405034326)

She sounded so good thank you very much I really appreciate the extra effort to do that for me right now. Have a great evening Sara

21/12/2019, 16:43

Administrator's iPhone (+12162244428)

Good

21/12/2019, 16:43

Administrator's iPhone (+12162244428)

You're welcome

22/12/2019, 11:33 (Viewed 22/12/2019, 11:34)

*53*

Good morning Sara. Sorry to bother you again. But I asked this morning if someone could get my mom on the phone for me and that was about 9 o'clock. I have not heard from mom yet. So I called the front desk several times and no one is even answering at the front desk can you tell me what is going on? Or just have someone dial my number so I can say hello to my mother today thank you

22/12/2019, 11:44

Administrator's iPhone (+12162244428)

> The Weekend Manager, Kelly Baker is taking care of this

22/12/2019, 11:45

Gina C. (4405034326)

Thanks just want to say hello to mom this morning. not gonna make it to see her today, thank you.

22/12/2019, 12:22 (Viewed 22/12/2019, 12:32)

Gina C. (4405034326)



Thank Kelly too

22/12/2019, 12:32

Administrator's iPhone (+12162244428)



22/12/2019, 12:34 (Viewed 22/12/2019, 13:05)

Gina C. (4405034326)

So sorry to bother you on the weekend I really appreciate it. that call means so much to me, mom might not remember it. But I thank you for your kindness. And I'll always remember 🕯 please have a blessed day Sara

22/12/2019, 13:21

Administrator's iPhone (+12162244428)

54

You're welcome, have a good day

22/12/2019, 13:22 (Viewed 22/12/2019, 14:27)

Gina C. (4405034326)

Ty

23/12/2019, 10:01 (Viewed 23/12/2019, 10:02)

Gina C. (4405034326)

Good morning Sara wondering Why mom did not get her scheduled shower today? They are supposed to call me if it changes because it changes my schedule as well. She's dressed and not showered which is fine but nobody told me

23/12/2019, 10:03

Administrator's iPhone (+12162244428)

I don't know

23/12/2019, 10:03

Administrator's iPhone (+12162244428)

I'll check with her nurse

23/12/2019, 10:04

Gina C. (4405034326)

It's really OK they said that Marianne washed her up good and Yolanda was on the floor I guess. I just said asked in the past if they would let me know in the morning if the shower is canceled because I could come later in the day that way

23/12/2019, 10:10 (Viewed 23/12/2019, 10:28)

Gina C. (4405034326)

Weekend fun stuff. Mom's dirty soiled clothes were in the wicker hamper again, they were supposed to be taken to laundry. And I like to pads on mom's blue chair and there's no pads on it

23/12/2019, 10:29

Administrator's iPhone (+12162244428)

I will let staff know this

*55*

23/12/2019, 10:29

Administrator's iPhone (+12162244428)

Not sure why there were no pads on her chair

23/12/2019, 10:35 (Viewed 23/12/2019, 10:46)

Gina C. (4405034326)

Thank you I went and got pads and put both of them on. I took the wet clothes down to the laundry that were in the hamper. Where is everybody today? Seems empty staffed.Lavern has been sitting in this hallway front of the TV in front of moms door crying since I got here?

23/12/2019, 10:35 (Viewed 23/12/2019, 10:46)

Gina C. (4405034326)

But then again I'm just gonna worry about my mother here and I will be here to feed her lunch today! Have a good day ! I'm sure you got all this!

23/12/2019, 10:47

Administrator's iPhone (+12162244428)

We are not short staffed

23/12/2019, 10:47

Gina C. (4405034326)

23/12/2019, 10:47

Gina C. (4405034326)

Nice to hear

23/12/2019, 10:47

Administrator's iPhone (+12162244428)

I will take care of your issues

23/12/2019, 10:47

Gina C. (4405034326)

Then why didn't mom get her planned shower?

*56*

23/12/2019, 10:47

Gina C. (4405034326)

Yolanda on floor l c. I know you will ty

23/12/2019, 10:51

Gina C. (4405034326)

I guess I'm a little upset about her shower because it is Christmas week and she will be getting visitors and her shower again is until Thursday.

23/12/2019, 10:52

Administrator's iPhone (+12162244428)

They can give her a shower today

23/12/2019, 10:53 (Viewed 23/12/2019, 11:01)

Gina C. (4405034326)

Well I was here to do her hair after her shower and I'm leaving at 2 o'clock.

23/12/2019, 10:54 (Viewed 23/12/2019, 11:01)

Gina C. (4405034326)

I'm doing your hair now and I'm here to go to lunch with her What time are they going to plan on giving it to her?

23/12/2019, 10:58 (Viewed 23/12/2019, 11:01)

Gina C. (4405034326)

If someone is washing her up well until Thursday. It probably would be best to wait till Thursday Now. Marianne said she washed her up this morning, My mom told me she did not get washed up. Mom is not always reliable. I don't really know what to do except finish doing my moms hair right now and take her to lunch because I have to leave at 2 o'clock · I have to do her hair after the shower because otherwise it hangs in her face and looks horrible and like I said she's getting visitors

26/12/2019, 09:08 (Viewed 26/12/2019, 09:33)

Gina C. (4405034326)

Good morning Sara. It's 9 o'clock I spoke with my mom and she cannot tell me whether or not she had a shower this morning. I called EAstpark and have not heard back from anyone yet but I need to know if my mother is getting her shower or not this morning. I

Electronically Filed 07/24/2023 13:34 / MOTION / CV 23 976445 / Confirmation Nbr. 2917030 / BATCH

57

certainly hope she "is" since her shower was canceled on Monday. I plan to try to come after to do her hair and it's been more difficult for me because I never know what time she's getting her shower or if she even gets it or not. Can you please tell me if I could come down there at 10 o'clock and do my mothers hair as I usually do and if she had her shower or not because no one can seem to answer that question for me? I never had this problem before. Yolanda usually would do her shower and have her in the room by 10 o'clock and I plan my day accordingly to be with my mom. It seems they're dressing her in clean clothes....before she's getting in the shower which means I'm putting my clean clothes on her filthy body which makes me sick. Help?

26/12/2019, 09:44

Administrator's iPhone (+12162244428)

Louise will be calling you

26/12/2019, 09:54

Gina C. (4405034326)

Thank you I did talk to Louise and I am sorry for bothering you but I was at the end of my rope. When I can't reach or get an answer I usually text you. But from now on with nursing concerns I will definitely go to Louise. Unless she is not there after her hours or I can't get an answer from your staff. Thank you very much have a good weekend and merry Christmas

26/12/2019, 10:05

Administrator's iPhone (+12162244428)

If you don't get satisfaction please continue to contact me

26/12/2019, 10:07

Gina C. (4405034326)

Thank you Sara

26/12/2019, 10:09

Administrator's iPhone (+12162244428)

You're welcome, just want to be sure that you know I'm available if you need me at any time. This is true for all residents

26/12/2019, 10:09

Gina C. (4405034326)

*58*

26/12/2019, 10:09

Gina C. (4405034326)

:-:

26/12/2019, 11:30 (Viewed 26/12/2019, 11:35)

Gina C. (4405034326)

Sorry to bother you again I just wanted you to see for the record my mothers legs.
Louise is handling this. Thank you

26/12/2019, 11:35

Administrator's iPhone (+12162244428)

Yes Louise told me about her legs

26/12/2019, 11:36

Gina C. (4405034326)

Ok thank you

31/12/2019, 14:23

Gina C. (4405034326)

[?] Happy New Year

31/12/2019, 14:24

Administrator's iPhone (+12162244428)

Thanks so much, that's awesome!!! Love the fireworks! Same to you!

31/12/2019, 14:25

Gina C. (4405034326)



06/01/2020, 15:42 (Viewed 06/01/2020, 15:44)

*59*

Good afternoon Sara.... Can you make sure Mom's legs are elevated In Her chair with a pillow behind here back so she can sit upright and watch tv till dinner. Her legs looked horrible today. I did speak with Danielle and we were going to put her legs up but they were going to take her to the music. But I found out she did not go to the music and her legs are hanging in that wheelchair all this time. You could just make sure that her legs are elevated before dinner I would really appreciate it thank you.I didn't know who else to talk to I'm home now. Thanks

06/01/2020, 15:43 (Viewed 06/01/2020, 15:44)

Gina C. (4405034326)

After dinner too if possible? 👇

06/01/2020, 15:49 (Viewed 06/01/2020, 15:50)

Gina C. (4405034326)

This morning my mom was crying to me that her legs were "burning" and the nurse came in and put a patch over it. They don't look like they're healing to me they look worse than the day they were destroyed by whoever. I need to know that everyone knows to elevate my moms legs after lunch unless she goes to an event and or after dinner until the swelling is going down again and these bruises are healed. This is medically unacceptable to me and my husband and my sister what we are seeing on her legs right now and she's not getting her legs elevated as she should be unless I'm checking up on it and telling everybody to do it all the time. Ty

06/01/2020, 15:54

Administrator's iPhone (+12162244428)

Ok let me get back with you

06/01/2020, 15:59 (Viewed 06/01/2020, 16:07)

Gina C. (4405034326)

Ty

06/01/2020. 20:35

Gina C. (4405034326)

Good evening Sara sorry to bother you studying the pictures I have and medical opinion my sister-in-law, she believes there may be infection and that mom should be seen by a doctor in the morning and I would like the doctor to call me to discuss how we're going to clear up the situation with my mom's legs.



06/01/2020, 20:36

Administrator's iPhone (+12162244428)

Ok I'll let Louise and Danielle know your request and follow up with you tomorrow morning

06/01/2020, 20:37

Gina C. (4405034326)

Ty very much!

06/01/2020, 20:37

Administrator's iPhone (+12162244428)

You're welcome

06/01/2020, 20:41 (Viewed 06/01/2020, 22:09)

Gina C. (4405034326)

If you can please have her checked for cellulitis. She has had that before.

07/01/2020, 11:29 (Viewed 07/01/2020, 11:49)

Gina C. (4405034326)

Good morning Sara I haven't heard from anyone but I did hear that nurse practitioner Denise is with her today and I am very satisfied with Denise seeing her and I trust in her expertise. Waiting to hear from you guys I'm satisfied with Denise seeing herAnd waiting for a follow up call

07/01/2020, 11:50

Administrator's iPhone (+12162244428)

Hi Gina
Danielle will follow up with you after Denise is done.

07/01/2020, 11:51 (Viewed 07/01/2020, 11:52)

Gina C. (4405034326)

Denise the practitioner spoke with me and she told me basically the same thing my sister-in-law told me. So the only problem here is the aids and nurses following protocol by keeping mom's legs elevated at times during the day until this is healed. I'm still concerned as to why it happened when it happened and who will take responsibility for it happening. Thank you no



07/01/2020, 11:51 (Viewed 07/01/2020, 11:52)

Gina C. (4405034326)

Thank you I meant

07/01/2020, 11:52

Gina C. (4405034326)

When I spoke with Danielle yesterday you were sitting with us I did not care for her telling me that other people have bruises a lot worse than my mothers. My mother is been there for nearly 3 years and has never shown any kind of bruises like this on her legs that have fingerprints on them. I don't like when people make excuses. That's she did

07/01/2020, 13:34 (Viewed 07/01/2020, 13:35)

Gina C. (4405034326)

Thank you. I spoke with Louise and Danielle and I'm trusting that your staff will now start following the charts as to what my mother's needs are to heal her legs. And I wish you guys luck with training the staff to be better educated with demented people like my mom.

07/01/2020, 14:05

Gina C. (4405034326)

One more thing ...Louise doesn't think it's important that we know who did this, but I do.

08/01/2020, 08:55 (Viewed 08/01/2020, 09:11)

Gina C. (4405034326)

Good morning. Thank you for everything.louise even called me this morning to assure me that my mom's legs would be propped up Taken care of in the proper manner. Also she will be coached to drink her water she's been sounding very dry. Anyways it was just nice that Louise called me this morning to verify that they are doing this. I appreciate that. I'm stuck home today with a sick husband and a cold myself. Really just wanted to thank you and Louise. Your work on better care for mom 's conditions is greatly appreciated 

08/01/2020, 09:14

Administrator's IPhone (+12162244428)

Good to know that she communicated with you. Take care of yourself and hope you



08/01/2020, 09:14

Gina C. (4405034326)

Thank you 👐

08/01/2020, 09:15

Administrator's iPhone (+12162244428)

Stay warm!

08/01/2020, 09:16

Gina C. (4405034326)

Yeah you too it's freezing

08/01/2020, 09:16

Administrator's iPhone (+12162244428)

It's January

08/01/2020, 09:27 (Viewed 08/01/2020, 09:45)

Gina C. (4405034326)

That's for sure I turn64 in the 23rd....Mom says I was born on the coldest day of the year in 1956. LOL have a good day Sara I was just talking to mom and Robin was in the room checking her wound I'm really happy to hear. Thanks again for everything

08/01/2020, 09:28 (Viewed 08/01/2020, 09:45)

Gina C. (4405034326)

P.S. Denise Kroesen is an excellent practitioner too just have to tell you the good things not always reporting crap... lol and with that have a wonderful day

08/01/2020, 09:46

Administrator's iPhone (+12162244428)

Thank you for that, really appreciate hearing the good things! 😊

08/01/2020, 09:51

Gina C. (4405034326)

63

Wow as you texted me Robin just called me to let me know the update on the wounds to and that the doctor is going to be seeing her on Thursday. Seems like everybody's on target I Tytyty

08/01/2020, 09:51

Administrator's iPhone (+12162244428)

Great!!! Full moon Friday!

12/01/2020, 08:22 (Viewed 12/01/2020, 08:25)

Gina C. (4405034326)

Good Sunday morning

12/01/2020, 08:23 (Viewed 12/01/2020, 08:25)

Gina C. (4405034326)

Seems if I hadn't got here this morning man will be sitting in front of her cold food again with no one to feed her. Where is everybody.? I didn't like what went down last night in moms room when I was on the phone either I need to speak with you were Luis about these issues. To boot mom's hearing aids weren't put in correctly, I had to show the nurse how peoput

12/01/2020, 08:24 (Viewed 12/01/2020, 08:25)

Gina C. (4405034326)

Put the hearing aids in once again

12/01/2020, 08:26

Administrator's iPhone (+12162244428)

Ok I'm just waking up give me a minute to pull myself together

12/01/2020, 08:27

Gina C. (4405034326)

Nobody looks very happy in here for days I know the vibe? What's up. Will my mother be taken cate of today with legs. And now I'm noticing a big bleeding bruise on her right arm that is totally unattended to right now as I'm sitting here feeding her??????

12/01/2020, 08:41

Administrator's iPhone (+12162244428)



I just spoke with her nurse and she's going to access Dorothy's arm and make sure her legs are addressed. She told me that you let her know the right ray to clip her hearing aids and also about today's breakfast schedule

12/01/2020, 08:44 (Viewed 12/01/2020, 08:45)

Gina C. (4405034326)

Yes

12/01/2020, 08:45

Gina C. (4405034326)

I just want to make sure that they are elevating her legs today after meals

12/01/2020, 08:46

Administrator's iPhone (+12162244428)

They know

12/01/2020, 08:46

Gina C. (4405034326)

Ok ty I see that Bianka is with her today and I feel good about that thank you I just get worried this is a new bruise on her arm I don't know where this one came from

12/01/2020, 08:48

Administrator's iPhone (+12162244428)

I am going to call Louise about it now

12/01/2020, 08:48

Administrator's iPhone (+12162244428)

But I told the nurse to access the arm

12/01/2020, 08:50 (Viewed 12/01/2020, 08:52)

Gina C. (4405034326)

Ok ty

12/01/2020, 08:53

Administrator's iPhone (+12162244428)

64

I just spoke with Louise and she's aware and we can meet tomorrow and talk if you want to

12/01/2020, 08:53

Gina C. (4405034326)

Ok good

12/01/2020, 10:30

Administrator's iPhone (+12162244428)

The Unit Manager, Sarah will be there to access your Mother's arm.

12/01/2020, 11:01

Gina C. (4405034326)

Thank you I left for the day. My mother never had this many bleeding bruises on her in three years since she's been there. And when my mom had a bad bruise like that I would be getting a phone call about it I went in there to a bloody bandage today

12/01/2020, 11:01

Gina C. (4405034326)

FYI

12/01/2020, 11:02

Administrator's iPhone (+12162244428)

Ok I'll follow up with you

12/01/2020, 11:02

Gina C. (4405034326)

I'm sorry to bother you on a Sunday Sara. But my sister and I are beside our self with these bloody bruises already. I hope that I don't find another bruise on her this week

12/01/2020, 11:03

Administrator's iPhone (+12162244428)

I'm going to call Sarah soon to see what she has determined

12/01/2020, 11:05

65

Ty I'm going to 12 o'clock mass to pray 🖤 🖤

12/01/2020, 11:05

Administrator's iPhone (+12162244428)

Ok say a few for me too!

12/01/2020, 11:06

Administrator's iPhone (+12162244428)

I pray every night for the best I can do in my job and my life

12/01/2020, 11:08

Gina C. (4405034326)

Blessings Sara,,, I always have you and all the wounderful regular staff you have, I just pray for more of them,,,,,,,,, and peace

12/01/2020, 11:08

Administrator's iPhone (+12162244428)

Me too, but I can use all the support I can get

12/01/2020, 11:09

Gina C. (4405034326)

I'm on your side

12/01/2020, 11:10

Gina C. (4405034326)



12/01/2020, 11:12

Administrator's iPhone (+12162244428)



Electronically Filed 07/24/2023 13:34 / MOTION / CV 23 976445 / Confirmation Nbr. 2917030 / BATCH



13/01/2020, 12:41 (Viewed 13/01/2020, 12:55)

Gina C. (4405034325)

Good afternoon Sara I'm sitting in my moms room with the light on now for over a half an hour. Waiting for someone to put my mom on a bedpan or change her depends. I've already gone to Louises office and went in there and told her that you don't have enough people working, I'm still waiting!!! Top it off Von did not even get a shower today again. I was not called and told. I have a schedule to keep and now I'm going to run late because I'm still sitting here waiting for someone with my mother.

13/01/2020, 12:41 (Viewed 13/01/2020, 12:55)

Gina C. (4405034325)

Push that button at 10 after and I'm still here

13/01/2020, 12:41 (Viewed 13/01/2020, 12:55)

Gina C. (4405034326)

I'm sorry Sara but you tell me to go to Luis and she does absolutely nothing. I feel she's useless

13/01/2020, 12:42 (Viewed 13/01/2020, 12:55)

Gina C. (4405034326)

I'm taking my mother to lunch now because I have a schedule and my mother is in a wet depends is far Zaino

13/01/2020, 12:46 (Viewed 13/01/2020, 12:55)

Gina C. (4405034326)

A far as o know

14/01/2020, 08:02 (Viewed 14/01/2020, 08:03)

Gina C. (4405034326)

Good morning Sara , I sure hope it's a better day for all today 💜 I was wondering if mom is still on schedule with her bath/shower for Thursday since Monday was cancelled. They need to wash Dorothy up better today, I noticed her ears wear dirty inside. Hands and nails too she eats with fingers. 🙏 Just making sure because I don't know when I can be there today. I'm sorry to bother you with this today and I pray today goes better for all at East Park. 💜 Tell mom I love her.

14/01/2020, 08:02 (Viewed 14/01/2020, 08:03)

67

Ty

14/01/2020, 08:04

Administrator's iPhone (+12162244428)

Ok I will take care of this

14/01/2020, 08:04

Gina C. (4405034326)

Ty once again 🌷

14/01/2020, 08:11

Administrator's iPhone (+12162244428)

You're welcome

15/01/2020, 09:43

Gina C. (4405034326)

Good morning Sarah. If you're going to be in Thursday tomorrow, I was wondering if
you had five minutes to give me? I am usually come running to your office and walk in
with my Concerns, and I do apologize for that. And you always address the matter
immediately, and I thank you for that. It's in the heat of the moment.
So this time I just wanna make sure you have five minutes for me is all. Thank you I'll
be there with mom from 10 till probably 2 o'clock tomorrow , Thursday if during that
time is convenient for you anytime thank you

15/01/2020, 09:45

Administrator's iPhone (+12162244428)

You can come see me anytime after either before 11am and after 11:30am

15/01/2020, 09:46

Gina C. (4405034326)

Great I only need a few minutes. Not about nursing or aides. Something else I thought
you should know. Thank you

15/01/2020, 09:47

Administrator's iPhone (+12162244428)



68

15/01/2020, 09:55

Gina C. (4405034326)

I'm not sure until we speak. But it will be good to discuss this issue for both of us. I am on your side Sara I want this to work out here for mom. I am an honest catholic person and I want to tell you something that you should hear as an administrator. Person to person not in a text. So nothing is mis understood is all. 🙏

15/01/2020, 09:57

Gina C. (4405034326)

I would have stayed today, and tried to find you but. I fed my mom her breakfast this morning, but my husband needed the car I had to leave.

15/01/2020, 09:57

Administrator's iPhone (+12162244428)

You can call me and talk

15/01/2020, 09:58

Administrator's iPhone (+12162244428)

But whatever makes you most comfortable

15/01/2020, 10:04 (Viewed 15/01/2020, 10:12)

Gina C. (4405034326)

Thank Sara you are being so kind through all this. I'll see ya tomorrow no worries🙏

15/01/2020, 10:12

Administrator's iPhone (+12162244428)

Ok thanks, have a good day

15/01/2020, 10:49 (Viewed 15/01/2020, 10:50)

Gina C. (4405034326)

You too

15/01/2020, 12:04

Gina C. (4405034326)

69