IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **GINA CRISCIONE**, *et al.*, <br>    *Plaintiffs,* <br> v. <br> **LAURA DIVINCENZO**, *et al.*, <br>    *Defendants.* | Case No.: 1:24-cv-01446-PAB <br><br> Judge Pamela A. Barker <br><br> Magistrate Judge James E. Grimes Jr. |
| **GINA CRISCIONE AND ESTATE OF DOROTHY MANDANICI'S <br> MOTION FOR AN EXTENSION OF TIME** ||

Plaintiffs Gina Criscione and Estate of Dorothy Mandanici respectfully move for an extension of time to oppose Defendants' motion for summary judgment (ECF #35).

Plaintiffs' opposition is currently due the day after Christmas, and Plaintiffs' counsel's is simultaneously briefing another matter in the Sixth Circuit. To accommodate the briefing and holiday schedules, Ms. Criscione requests an extension of 14 days—until January 9—to respond to Defendants' motion.

Ms. Criscione has sought Defendants' consent to this motion, but she has not received any response.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Plaintiffs Gina Criscione and
Estate of Dorothy Mandanici*
