IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **GINA CRISCIONE,** *et al.*,<br>    *Plaintiffs,*<br>v.<br>**LAURA DIVINCENZO,** *et al.*,<br>    *Defendants.* | Case No.: 1:24-cv-01446-PAB<br><br>Judge Pamela A. Barker<br><br>Magistrate Judge James E. Grimes Jr. |
| **NOTICE OF FILING OF DEPOSITION OF EAST PARK CARE CENTER** ||

Plaintiffs Gina Criscione and Estate of Dorothy Mandanici give notice of the filing of the deposition of East Park Care Center.

> Respectfully submitted,
>
> */s/Brian D. Bardwell*
> Brian D. Bardwell (0098423)
> Speech Law, LLC
> 4403 Saint Clair Ave, Suite 400
> Cleveland, OH 44103-1125
> 216-912-2195 Phone/Fax
> brian.bardwell@speech.law
> *Attorney for Plaintiffs Gina Criscione and Estate of Dorothy Mandanici*

**CERTIFICATE OF SERVICE**

I certify that on January 9, 2026, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(2)(E).

> */s/Brian D. Bardwell*
> Brian D. Bardwell (0098423)
> *Attorney for Plaintiffs Gina Criscione and Estate of Dorothy Mandanici*