Page 1

IN THE COURT OF COMMON PLEAS

OF CUYAHOGA COUNTY, OHIO


GINA CRISCIONE, et al.,

      Plaintiffs,                    Case No.

    vs.                                   CV-23-976445

LAURA DIVINCENZO, et al.,

      Defendants.

- - - - -

DEPOSITION LAURA DIVINCENZO

VOLUME I

(Portion Marked As Confidential)

Taken on Monday, July 3, 2023 at 10:06 o'clock a.m.


At The Offices Of:

Carlin & Carlin

29325 Chagrin Boulevard

Pepper Pike, Ohio 44122


Before Sherri J. Young, a Notary Public

in and for the State of Ohio

- - - - -


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

**Page 2**

1  APPEARANCES:
2  .
3      On behalf of the Plaintiffs:
4      Speech Law LLC, by
5      BRIAN D. BARDWELL, ESQ.
6      1265 W. 6th Street, Suite 400
7      Cleveland, Ohio 44113
8      (216) 912-2195
9      brian.bardwell@speech.law
10  On behalf of the Plaintiffs:
11      Carlin & Carlin
12      WILLIAM CARLIN, ESQ.
13      29325 Chagrin Boulevard
14      Pepper Pike, Ohio 44122
15      (216) 831-4935
16      wcarlinesq@aol.com
17  On behalf of the Defendants:
18      Hanna, Campbell & Powell, by
19      EMILY R. YODER, ESQ. And
20      MICHAEL OCKERMAN, ESQ.
21      3737 Embassy Parkway, Suite 100
22      Akron, Ohio 44333
23      (330) 670-7338
24      eyoder@hcplaw.net
25      ----

**Page 3**

1      - - - - -
2      (Thereupon, Plaintiff's Deposition
3      Exhibits-1,2,4 through 21 and
4      57 through 61 were previously marked
5      for purposes of identification.)
6      - - - - -
7      LAURA DIVINCENZO, of lawful age,
8  called for examination, as provided by
9  the Ohio Rules of Civil Procedure, being
10  first duly sworn, as hereinafter
11  certified, deposed and said as follows:
12      MR. BARDWELL: All right. Let's
13  start with introductions. I'm Brian
14  Bardwell for the plaintiffs. To my
15  right is --
16      MR. CARLIN: Bill Carlin.
17      MR. OCKERMAN: Mr. Michael
18  Ockerman.
19      MR. CARLIN: Emily Yoder, and the
20  deponent, Laura Divincenzo.
21  EXAMINATION OF LAURA DIVINCENZO
22  BY-MR.BARDWELL:
23      Q. All right. Have you given
24  her your spellings?
25      A. No.

**Page 4**

1      Q. If you would.
2      A. It's, D I, capital V, I N C
3  E N Z O.
4      Q. All right. Ms. DiVincenzo,
5  do you prefer Ms. DiVincenzo, Laura?
6  How formal do you like to be?
7      A. You could do Laura, it's
8  fine.
9      Q. All right. Laura, have you
10  ever been deposed before?
11      A. No.
12      Q. So we will just go -- you're
13  a lawyer, though, right?
14      A. Yes.
15      Q. Have you ever conducted a
16  deposition before?
17      A. One time.
18      Q. All right. We'll go over
19  the ground rules then. First of all,
20  I'm going to ask questions, you will
21  answer. So just be sure to wait until
22  I'm finished before you answer. That's
23  going to make it a lot easier for our
24  court reporter to get everything down.
25      Whenever I ask a question, I'm

**Page 5**

1  going to need you to answer verbally
2  because the court reporter can't take
3  down nods or un-uhs. Understood?
4      A. Yes.
5      Q. And if you don't hear my
6  question, you can just ask me to repeat
7  it, okay? A verbal answer.
8      A. Yes.
9      Q. Great. And if you don't
10  understand a question you can just ask
11  me to rephrase it, okay?
12      A. Yes.
13      Q. Great. And if you don't
14  know the answer to a question, you can
15  always just say so.
16      A. Yes.
17      Q. Great. All right. So if
18  you, yeah, so going forward if you
19  answer a question, we're going to assume
20  that you understood it, and answered to
21  the best of your recollection, right?
22      A. Yes.
23      Q. And if you realize at any
24  point you've given an inaccurate or
25  incomplete answer, you can just let us


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

**Page 6**

1  know and we can supplement or fix things
2  up as necessary, okay?
3      **A.** Yes.
4      **Q.** And finally if you need a
5  break, just let us know, we can take
6  one, okay?
7      **A.** Yes.
8      **Q.** Great. So you understand
9  that you are under oath today?
10     **A.** Yes.
11     **Q.** And it's the same as if you
12  were in a courtroom in front of a
13  judge?
14     **A.** Yes.
15     **Q.** All right. And so that
16  means that you are obligated to tell us
17  the truth, the whole truth, nothing but
18  the truth.
19     **A.** Yes.
20     **Q.** And is there anything that
21  would keep you from answering questions
22  fully, accurately and honestly today?
23     **A.** Not that I can think of, no.
24     **Q.** Okay. Do you have any
25  memory problems?

**Page 7**

1      **A.** No.
2      **Q.** Do you have any -- is your
3  memory good enough that the court should
4  trust your testimony today?
5      **A.** Yes.
6      **Q.** Great. Have you been
7  consuming any alcohol today?
8      **A.** No, I have not.
9      **Q.** Any drugs?
10     **A.** No, I have not.
11     **Q.** Any unusual stress levels?
12     **A.** No.
13     **Q.** Any medical problems that
14  would affect your recollections, et
15  cetera?
16     **A.** No.
17     **Q.** Great. I just want to start
18  with a little bit of information about
19  your professional background. How are
20  you employed currently?
21     **A.** I'm not employed.
22     **Q.** Okay. How long have you not
23  been employed?
24     **A.** Probably since 1994.
25     **Q.** Okay. Have you had any

**Page 8**

1  income since 1994?
2      **A.** I haven't earned any income
3  since then.
4      **Q.** Okay. What have your
5  sources of income been?
6      **A.** C corporation.
7      **Q.** What is the corporation?
8      **A.** East Park Retirement
9  Community. Can I clarify that?
10     **Q.** Please.
11     **A.** You mean employed? So
12  that's distinct from income. Isn't it?
13  Is that what you're asking?
14     **Q.** Not necessarily looking for
15  whether you are, yeah, not quite as
16  concerned with the status or nature of
17  the employment, but what you do
18  professionally for a living.
19     So let's start with that.
20  Currently do you have any income?
21     **A.** From employment?
22     **Q.** Sure.
23     **A.** No.
24     **Q.** Okay. Do you have any other
25  sources of income?

**Page 9**

1      **A.** Yes.
2      **Q.** What are those?
3      **A.** Social Security.
4      **Q.** Okay. Anything else?
5      **A.** Not that I can think of.
6      **Q.** Do you own any other
7  businesses?
8      **A.** No.
9      **Q.** Are you married?
10     **A.** Yes.
11     **Q.** To whom?
12     **A.** Robert Nemetz.
13     **Q.** Is Robert employed?
14     **A.** No. He's retired.
15     **Q.** All right. Does he have any
16  income?
17     MS. YODER: Objection. She's not
18  -- I mean, what does her husband's
19  income have to do with this?
20     MR. BARDWELL: Yeah, we'll be
21  looking at total family income as a
22  portion of punitive damages. I'm also
23  just trying to get a sense of what
24  the --
25     MS. YODER: No, her husband's not


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

**Page 10**

1    a party to this.  I mean, if you want
2    to ask about East Park you can.  She's
3    here as a representative of East Park.
4            MR. BARDWELL:  Okay.  We can
5    also ask questions directly to her as
6    well.  Is that okay?
7            MS. YODER:  She's here as a
8    30(B)(5) witness, not in an individual
9    capacity.  Regardless of whether she's
10   here individually or as a 30(B)(5), her
11   husband's sources of income are not
12   relevant to this litigation.  He's not a
13   party.
14           MR. BARDWELL:  I disagree and I'm
15   sure we can fight it out later on.  But
16   maybe we can just move forward with it
17   though.
18           Q.  So does he have any other
19   businesses?
20           THE WITNESS:  Do I have to
21   answer?
22           MS. YODER:  Listen to his
23   question.
24           Q.  Does Robert have any other
25   sources -- does he have any sources of

**Page 11**

1    income rather?
2            MS. YODER:  I'm sorry, I thought
3    you said you were moving on from this.
4            MR. BARDWELL:  No, I was saying
5    we're moving through it.
6            MS. YODER:  So objection, don't
7    answer that.
8            MR. CARLIN:  You're telling her
9    not to answer the question?
10           MS. YODER:  About her --
11           MR. OCKERMAN:  Whoa, whoa, whoa.
12   Only one of you is going to talk.
13           MR. CARLIN:  You're telling her
14   not to answer the question?
15           MR. OCKERMAN:  No, no, only one
16   of you is going to talk.
17           MR. CARLIN:  The question is this
18   -- it's not whether this is relevant, it
19   is whether it will lead to the discovery
20   of admissible evidence.
21           MR. OCKERMAN:  Let Brian do the
22   talking.
23           MR. CARLIN:  Go ahead.
24           MR. BARDWELL:  Let Emily do the
25   talking.

**Page 12**

1            MR. OCKERMAN:  I will.
2            MR. BARDWELL:  All right.  So
3    what's the basis for instructing her not
4    to answer?
5            MS. YODER:  Brian, this is
6    confidential information about a
7    nonparty.  What her husband's income may
8    or may not be has nothing to do with
9    this litigation.
10           So we can talk to the Court
11   about it, you can bring her back and
12   ask her these questions, but right now
13   let's move on.
14           MR. BARDWELL:  So I think that
15   if -- the problem is if it's
16   confidential we can designate it as
17   confidential.
18           MS. YODER:  No.
19           MR. BARDWELL:  That is the
20   standard protocol, as long as we don't
21   -- you can't just instruct her to not
22   answer because you disagree about
23   relevance.
24           MS. YODER:  Okay.  I'm
25   instructing her not to answer.  We can

**Page 13**

1    continue to talk about this or we can
2    move on.
3            Q.  Okay.  Was Robert Nemetz
4    involved with the ownership or
5    administration of East Park?
6            A.  He was employed by East
7    Park.
8            Q.  In what capacity?
9            A.  He was a financial
10   controller.
11           Q.  Okay.  For how long?
12           A.  Trying to think.  Several
13   years.  I'm not positive how many.
14           Q.  Okay.  When did you first
15   come to be involved with East Park?
16           A.  What do you mean by
17   involved?
18           Q.  Do you know what the word
19   involved means?
20           A.  I don't know your definition
21   of it, I'm sorry.
22           Q.  You have a definition though,
23   right?
24           A.  I don't know if that's what
25   you're looking for though.

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 14**

1  **Q.** Yeah, why don't you just go
2  ahead and answer the question and I'll
3  clarify.
4  MS. YODER: She doesn't
5  understand the question as you've asked
6  it and she's asking you to clarify. So
7  explain to her what you mean by involved
8  and she'll answer your question.
9  **Q.** I don't have a handy
10  definition of involved. I'm asking for
11  you to -- you know what the word
12  involved means, right?
13  **A.** I think it's ambiguous.
14  **Q.** Okay. Does it have any
15  meaning to you that would allow you to
16  answer the question?
17  **A.** Not specifically. If you
18  could be more precise.
19  **Q.** Please answer generally if
20  you can't answer specifically.
21  **A.** What was the question?
22  MR. BARDWELL: Can you read back
23  the question.
24  (Record read.)
25  MS. YODER: If you're able to

**Page 15**

1  answer.
2  THE WITNESS: I thought he wanted
3  me to read something.
4  MS. YODER: No, he asked to have
5  the question read back.
6  **Q.** When did you first become
7  involved with the company?
8  **A.** Involved?
9  **Q.** Sure.
10  **A.** I owned the company.
11  **Q.** When did you first become
12  involved with East Park?
13  MS. YODER: Objection, asked and
14  answered. You can answer again.
15  THE WITNESS: I'm sorry?
16  MS. YODER: Go ahead and tell
17  him again what you just told him.
18  **A.** That I owned the company. I
19  owned the company.
20  **Q.** That doesn't answer the
21  question. The question is when did you
22  first become involved with East Park?
23  **A.** I don't know how to answer
24  that question, I'm sorry.
25  **Q.** You understand a question

**Page 16**

1  that starts with when is asking for a
2  time, right?
3  **A.** Yes. And if I don't
4  understand what you mean by involved
5  then I don't know how to answer it. So
6  I don't know what the definition of
7  involved is.
8  **Q.** When did you first come to
9  own East Park?
10  **A.** Probably around the late 90s
11  or 2000. I don't remember specifically.
12  **Q.** Did you have any involvement
13  with East Park before that, before your
14  ownership?
15  **A.** No.
16  **Q.** Did Robert have any other
17  involvement besides his employment as
18  controller?
19  **A.** He worked for the management
20  company that ran East Park.
21  **Q.** What is the management
22  company?
23  **A.** It was a management company
24  called Sovereign Healthcare.
25  **Q.** And is that an entity that

**Page 17**

1  either of you owned as well or --
2  **A.** No. No. It was an umbrella
3  organization with several nursing homes
4  that it oversaw.
5  **Q.** Okay. And so when did he
6  work for Sovereign?
7  **A.** I believe from -- starting
8  in 1986.
9  **Q.** Until?
10  **A.** Until that company was
11  dissolved.
12  **Q.** When was that?
13  **A.** From what I can remember
14  around 2013.
15  **Q.** All right. And what was he
16  -- did he have any involvement with East
17  Park after that dissolution?
18  **A.** Yes. He was employed by
19  East Park after that.
20  **Q.** And so while he was with
21  Sovereign, was he a controller through
22  them as well or what was his employment
23  there?
24  **A.** I suppose. I don't know the
25  exact title he had.

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 18**

1    Q. What were his
2    responsibilities?
3    A. Financial responsibilities.
4    Q. Okay. And what were you
5    doing for employment before you got
6    involved with East Park?
7    A. Are you asking me my whole
8    employment history? I'm not sure what
9    you mean by that.
10    Q. What was your primary source
11    of income before you started deriving
12    income from East Park?
13    A. What kind of income? I was
14    never employed by East Park if that's
15    what you're asking.
16    Q. It's not. What was your
17    primary source of income before you
18    began getting income from East Park?
19    A. My personal income. Those
20    were from the jobs I had before that.
21    Or during that, before that, whatever.
22    Before I was involved with East Park, my
23    employment history. That's what I can
24    go by to tell you.
25    Q. Okay. Let's go through it.

**Page 19**

1    What was your last job where you were
2    employed before you got involved with
3    East Park?
4    A. I was at a small law firm
5    called Martin & Associates.
6    Q. What were you doing there?
7    A. I was an associate.
8    Q. All right. What kind of law
9    did you practice?
10    A. At that firm?
11    Q. Um-hum.
12    A. It was not quite litigation,
13    it was enforcing the rights of produce
14    companies against their creditors under
15    the Perishable Agricultural Commodities
16    Act.
17    Q. Interesting. Okay. And how
18    long were you at Martin & Associates?
19    A. Three years. Or three to
20    four years.
21    Q. And what were you doing
22    before that?
23    A. I was a law clerk for the
24    Ohio Court of Appeals staff attorney.
25    Q. 8th district?

**Page 20**

1    A. 9th district.
2    Q. All right. And when were
3    you there?
4    A. From 1987 to 1989.
5    Q. Great. Okay. And where did
6    you get your law degree?
7    A. Cleveland State University
8    Law School.
9    Q. When did you graduate?
10    A. 1986.
11    Q. And undergrad?
12    A. Cleveland State.
13    Q. Any criminal history?
14    A. No.
15    Q. All right. So you
16    understand that you've been designated
17    as a 30(B)(5) witness today?
18    A. Yes.
19    Q. Do you understand what that
20    means?
21    A. I believe I do.
22    Q. Okay. What is your
23    understanding of your obligations as a
24    30(B)(5) witness today?
25    A. That I'm supposed to be

**Page 21**

1    speaking for the company.
2    Q. Okay. All right. And are
3    you -- do you understand that your
4    testimony today is supposed to represent
5    the -- all of the information known or
6    reasonably available to the company?
7    A. I understand that, yes.
8    Q. And are you prepared
9    today to answer on all these topics and
10    provide us with all the information
11    known and reasonably available?
12    A. To the best of my ability.
13    MS. YODER: Brian, I sent you
14    that letter on some of the topics.
15    MR. BARDWELL: Right.
16    Q. Okay. So I want to run
17    through some of the topics here. Do
18    you recall that -- did you receive a
19    copy of the 30(B)(5) notice?
20    A. Yes.
21    Q. You'll recall that topic 3
22    was Defendant's corporate history status
23    and organizational structure.
24    A. Yes.
25    Q. Did you purchase East Park


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 22

1  from somebody else or was it an entity
2  that you created?
3      **A.** No, East Park was an
4  existing business in 1986.
5      **Q.** How long had it existed when
6  you came to be involved?
7      **A.** I don't know exactly.  I
8  would say perhaps the early 90s.  You
9  mean how long had it existed?  So it
10 was started in 1986 so perhaps the early
11 90s.
12     **Q.** Okay.  And so what has East
13 Park done to gather all the knowledge
14 known or reasonably available to it with
15 respect to this topic?
16     MS. YODER:  The corporate
17 history?
18     MR. BARDWELL:  Yes, topic number
19 3.
20     **A.** Could you repeat that.
21     **Q.** Sure.  What has East Park
22 done to gather all the knowledge known
23 or reasonably available to it with
24 respect to this topic?
25     THE WITNESS:  I just don't

Page 23

1  understand.
2      MS. YODER:  He's asking what you
3  did to prepare to answer questions about
4  the corporate structure for East Park.
5      **A.** I was using my memory right
6  now.  I'm sorry.
7      **Q.** All right.  And did you take
8  any other steps to prepare besides
9  relying on your memory?
10     **A.** For?
11     **Q.** This topic.
12     **A.** I think I reviewed my
13 ownership in the company.
14     **Q.** Okay.  And what other
15 documents does East Park have in its
16 possession, custody or control to
17 provide information about this topic?
18     **A.** I believe the corporate
19 record book.
20     **Q.** What else?
21     **A.** I think that's it.  I can't
22 think of anything else.
23     **Q.** Okay.  Have you reviewed the
24 corporate record book?
25     **A.** I glanced at it.

Page 24

1      **Q.** All right.  And who else
2  could East Park talk to to get
3  information on this topic?
4      **A.** No one.
5      **Q.** No one else has information
6  about the corporate history of East
7  Park?
8      **A.** I'm not sure.  I'm not sure
9  what you're asking.  You mean no one
10 else on Earth?  I don't know what
11 you're --
12     **Q.** Okay.  So is it safe to say
13 you didn't talk to anyone else to obtain
14 information on this topic?
15     **A.** No, I did not.
16     **Q.** Okay.  Topic number 4 is the
17 defendant's income, losses, expenses and
18 profits from the years 2018 to present.
19 What has East Park done to gather all
20 the knowledge known or reasonably
21 available to it on this topic?
22     **A.** I -- I'm not sure, like
23 reviewing -- could you ask it again.
24     **Q.** Sure.  So topic number 4 is
25 defendant's income, losses, expenses and

Page 25

1  profits from the years 2018 to present.
2  My question is, what has East Park done
3  to gather all the information known or
4  reasonably available to it with respect
5  to this topic?
6      **A.** I haven't reviewed anything
7  with that.
8      MS. YODER:  Brian, I touched on
9  that in our letter.  We have the tax
10 returns and profit and loss statements.
11     MR. BARDWELL:  Yeah, I'm just
12 trying to get a foundation for what we
13 do and don't have.
14     MS. YODER:  But Laura did gather
15 those.
16     **Q.** My next question was, what
17 was your role in gathering --
18     **A.** I gathered them.
19     **Q.** Tell me what you gathered.
20     **A.** The tax returns.
21     **Q.** What else?
22     **A.** I think -- I didn't find the
23 profit and loss statements yet.
24     **Q.** Did you gather anything else?
25     **A.** No.

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 26**

1  Q. What other documents does
2 East Park have in its possession,
3 custody or control that would provide
4 information about this topic?
5  A. I don't know.
6  Q. Who could East Park talk to
7 to get information on this topic?
8  A. Our accountant maybe. But
9 I'm not sure.
10  Q. What about your husband?
11  A. Probably.
12  Q. Anyone else?
13  A. Not that I can think of.
14  Q. How many of these people did
15 you talk to to prepare for this
16 deposition?
17  A. None of them.
18  Q. Topic 5 was defendant's
19 responses to plaintiff's discovery
20 requests. Have you reviewed the
21 discovery requests we sent you, we sent
22 to East Park?
23  A. Yes.
24  Q. Have you reviewed the
25 discovery requests we sent to you

**Page 27**

1 personally and Sara Thurmer?
2  A. Were they all together under
3 -- were they all together?
4  Q. Just from your recollection.
5  A. So if I can clarify
6 something.
7  Q. Sure.
8  A. There were three separate
9 documents that you sent. One had a
10 chart on them, one had -- one was 187
11 questions or something and then there
12 was a third one. I'm not sure which
13 one you're referring to.
14  Q. Did you see -- I'm passing
15 around what's been marked already as
16 Plaintiff's Exhibit 58. Do you
17 recognize this document?
18  A. Yes.
19  Q. Okay. I'm going to pass out
20 Exhibit 59. Do you recognize Exhibit 59
21 just coming across the table to you now?
22  A. Yes.
23  Q. All right. Passing out
24 Exhibit 60. Do you recognize this?
25  A. Yes.

**Page 28**

1  Q. And 61 is coming around.
2 There you go. Do you recognize this
3 document?
4  A. I don't believe I had a copy
5 like this.
6  MS. YODER: Just tell him.
7  A. I don't believe I had a copy
8 of number 61.
9  Q. All right. So could you
10 just go ahead and tell us then what
11 Exhibits 58, 59 and 60 are?
12  A. Do you want me to read the
13 caption?
14  Q. Do you understand what they
15 are?
16  A. I believe I do.
17  Q. Okay. Could you tell us
18 what they are based on your
19 understanding?
20  MS. YODER: So Exhibit 58 is --
21  THE WITNESS: Oh, I'm sorry.
22  MS. YODER: Just for the record.
23  A. 58 is responses to
24 plaintiff's estate of Dorothy
25 Mandanici's request for admission to

**Page 29**

1 defendants Laura DiVincenzo, Sara
2 Thurmer and East Park Care Center.
3  Q. Okay. 59?
4  A. 59 is responses to
5 plaintiff's estate of Dorothy
6 Mandanici's request for inspection to
7 defendants East Park Care Center, Laura
8 DiVincenzo and Sara Thurmer.
9  Q. Okay. And number 60?
10  A. Number 60 is answers to
11 plaintiff's estate of Dorothy
12 Mandanici's interrogatories to defendant
13 East Park Care Center.
14  Q. It looked like you were
15 starting to flip through those. Do
16 these all look like the answers that
17 East Park provided in response to these?
18  A. Yes.
19  Q. Great. So in response to
20 the requests for inspection on Exhibit
21 59, what was your role in gathering
22 documents responsive to this, these
23 requests?
24  A. My response? I relied on my
25 attorney to --

**Page 30**

1    MS. YODER:  He's asking what your
2  role was in gathering the documents that
3  we provided.
4    THE WITNESS:  According to the
5  documents in this specific thing?
6    **Q.**  Are you aware that East Park
7  produced documents in response to our
8  request for inspection?
9    **A.**  I believe so.
10    **Q.**  Well, I'm not sure you mean
11  -- I'm asking if you're aware of that.
12    **A.**  I was able to find some
13  documents.
14    **Q.**  Okay.  All right.  So my
15  question is, what was your role in
16  gathering documents responsive to this
17  request, these requests?
18    **A.**  Can I just look for a
19  second?
20    **Q.**  Sure.
21    **A.**  I was able to get the
22  medical record that was two years ago.
23  I was able to find requests for medical
24  records.  Some of these documents --
25  East Park is no longer in business.  It

**Page 31**

1  was sold.
2    **Q.**  Okay.
3    **A.**  So there are new owners and
4  a lot of the documents -- or if they
5  are at the facility, if they were still
6  kept, I haven't had access to them yet.
7    **Q.**  Okay.
8    **A.**  And there is -- if they are
9  still there, a lot of them were left
10  with the new owner.
11    **Q.**  And so has the new owner
12  provided any documents in response to
13  these?
14    **A.**  We are working on it.
15    **Q.**  Okay.  So far though has the
16  owner provided anything?
17    **A.**  I was able to get complaints
18  from a complaint log for 2019.
19    **Q.**  All right.  And what are you
20  still -- it sounds like, correct me if
21  I'm mistaken, you've requested records
22  from the new owners; is that correct?
23    **A.**  I've asked that they look
24  for certain things in response to, I
25  don't know if it's response to --

**Page 32**

1  overall I've requested that.
2    **Q.**  All right.  What have you
3  asked them to look for?
4    **A.**  Policy and procedure manuals.
5  I'm not positive what else.
6    **Q.**  Okay.  What do you remember
7  asking them for?
8    **A.**  The manuals that the facility
9  operated under.
10    **Q.**  Okay.
11    **A.**  Trying to think.  A lot of
12  these are contained -- a lot of these
13  requests are contained in the medical
14  records to the best of my knowledge.
15  Oh, the Covid protocols.
16    Number 32, if those -- if there
17  was records of those kept and manuals
18  for in-services and things like that, if
19  the new facility kept those.
20    **Q.**  Okay.  Who are you working
21  with over there to get these documents?
22    **A.**  The new administrator or the
23  administrator.
24    **Q.**  Who's that?
25    **A.**  Keith Trockley, T R O C K L

**Page 33**

1  E Y.
2    **Q.**  All right.  When was the
3  last time you talked with Keith Trockley
4  about this?
5    **A.**  I spoke to him a few --
6  maybe six weeks ago.
7    **Q.**  How many times have you
8  spoken with him about pulling these
9  documents together?
10    **A.**  We requested -- we made
11  another request.
12    MS. YODER:  He's asking you how
13  many times have you talked to Keith
14  Trockley.
15    **A.**  Before I went to -- before I
16  -- two or three.
17    **Q.**  Okay.  By phone or email?
18    **A.**  Email.  And phone.
19    **Q.**  Great.  At this point are
20  you still waiting on Keith to produce
21  more documents?
22    **A.**  Yes.
23    **Q.**  Okay.  So looking at topic
24  number 6, tax related information
25  including United States or IRS tax


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 34

1   returns filed by East Park from years
2   2018 to present.
3        **A.** I'm sorry, which number are
4   we on?
5        **Q.** I'm talking about item number
6   6 on the deposition notice.
7        MS. YODER:  He's talking about
8   the 30(B)(5).  Listen to his question.
9        **Q.** So you've been designated to
10  answer questions on topic number 6 tax
11  related information including United
12  States or IRS tax returns filed by East
13  Park from years 2018 to present.  What
14  has --
15       MR. BARDWELL:  Actually, Emily,
16  can I ask you, so you indicated you
17  guys have gathered -- where are we on
18  those?  Have you --
19       MS. YODER:  We haven't produced
20  them. I emailed about a protective order
21  that we want to have in place before we
22  produce those.
23       MR. BARDWELL:  All right.  Can
24  we produce them subject to the -- yeah,
25  in the same terms as the medical records

Page 35

1   we've already exchanged.
2        MS. YODER:  We'll talk about that
3   on a break if that's all right.
4        MR. BARDWELL:  All right.
5        **Q.** How many years of the tax
6   returns were you able to gather?
7        **A.** The ones you requested.
8        **Q.** Okay.
9        **A.** What was the cut off year
10  for that?
11       **Q.** 2018 forward.
12       **A.** Yeah, I think so.
13       **Q.** So topic 7, communications
14  to, from or between the defendants and
15  any nonparties --
16       MS. YODER:  You don't have this
17  in front of you.
18       THE WITNESS:  I'm sorry, it's
19  just like habit.
20       MS. YODER:  That's okay.  Just
21  listen to what he's asking you, okay?
22       **Q.** And I should have --
23       **A.** Everything's numbered.
24       **Q.** I thought I had it printed
25  off for you to read along.  You know

Page 36

1   what, I do have it actually.  Let me
2   pass around number 4.
3        If you want to follow along it
4   might make it more comfortable for you.
5   So right now we're on, actually let met
6   just ask you first, do you recognize
7   this document?
8        **A.** Yes.
9        **Q.** Exhibit 4.  What is this
10  document?
11       **A.** It's titled, Matters on Which
12  Examination is Requested.
13       **Q.** And looking back one page,
14  do you see that it's a 30(B)(5) notice
15  of deposition for East Park?
16       **A.** Yes.
17       **Q.** Great.  And so you've
18  reviewed this document before I assume;
19  is that correct?
20       **A.** Yes.
21       **Q.** All right.  So right now
22  we're on topic number 7.
23       MS. YODER:  And Brian, this is
24  one that we indicated we weren't sure
25  what you were looking for on that.

Page 37

1   Just so that's reflected on the record.
2        MR. BARDWELL:  We can, yeah, I
3   imagine we'll talk more about it
4   afterward.
5        **Q.** For right now, Laura, what
6   has East Park done to gather all the
7   knowledge known or reasonably available
8   to it with respect to this topic?
9        MS. YODER:  I'll just note the
10  same objection that we were not clear
11  what the topic was looking for.
12       **A.** So I don't know if this is
13  appropriate but since we're not clear,
14  I'm not sure specifically what it was
15  asking for.
16       **Q.** All right.  Has East Park
17  communicated -- so you understand who
18  the parties are to this case I assume?
19       **A.** Yes.
20       **Q.** Has East Park communicated
21  with any nonparties about Dorothy
22  Mandanici or Gina Criscione?
23       **A.** I don't understand.  What
24  time frame are you referencing?
25       **Q.** Let's say May 22nd, 2020


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume I**                    **7/3/2023**

---

**Page 38**

1    forward.
2         **A.** Yes.
3         **Q.** Who?
4         **A.** The officers at the Brook
5    Park Police Department and the
6    prosecutor in the city of Brook Park.
7         **Q.** Anyone else?
8         **A.** Not that I can remember.
9         **Q.** All right. So what
10   has East Park done to gather the
11   knowledge known or reasonably available
12   to it on this topic?
13        **A.** Reviewed some emails.
14        **Q.** Okay. What else?
15        **A.** That's it that I can --
16   that's all I can think of.
17        **Q.** Which emails did you review?
18        **A.** Emails to the police
19   department and to the prosecutor.
20        **Q.** From whom?
21        **A.** Myself I believe.
22        **Q.** How many times would you say
23   you emailed the police department?
24        **A.** Once.
25        **Q.** And who did you email?

---

**Page 39**

1         **A.** Sergeant Duncan.
2         **Q.** And you also exchanged emails
3    with the prosecutor I understand?
4         **A.** Yes, I did.
5         **Q.** How many?
6         **A.** I don't recall exactly.
7         **Q.** A rough guess.
8         **A.** Six maybe. Maybe less.
9         **Q.** All right. And so what were
10   you and the prosecutor emailing about?
11        **A.** Information regarding the
12   criminal case.
13        **Q.** What information?
14        **A.** Any information relevant that
15   the prosecutor requested in the case.
16        **Q.** What did the prosecutor
17   request?
18        **A.** He wanted to know about the
19   situation with the clock so I provided
20   him with that information.
21        **Q.** Okay.
22        **A.** I don't remember specifically
23   the topics of them.
24        **Q.** What about the phone records?
25        **A.** Yes.

---

**Page 40**

1         **Q.** Did he ask for those, did
2    you volunteer those? How did that go?
3         **A.** The phone records, I told
4    them I had them and then he wanted to
5    see them.
6         **Q.** Okay. What else did you
7    guys email about?
8         **A.** I don't recall specifically
9    off the top of my head.
10        **Q.** All right. Do you recall
11   anything more generally?
12        **A.** No. Not right now I don't.
13        **Q.** Okay. So you said that you
14   reviewed some emails. Anything else
15   that you did to gather all the
16   information known or reasonably
17   available to East Park on this topic?
18        **A.** Not that I can think of at
19   this time.
20        **Q.** Okay. When did you review
21   those emails?
22        **A.** A couple of days ago.
23        **Q.** Okay. And what was -- and
24   so who else could East Park talk to to
25   get more information on this topic?

---

**Page 41**

1         MS. YODER: Hold on. Just so
2    we're clear, you want to know what any
3    employee of East Park, any conversation
4    they've ever had with anyone who's not a
5    party to this case about Dorothy
6    Mandanici or Gina Criscione?
7         MR. BARDWELL: I want to know
8    what steps East Park has undertaken to
9    gather that information.
10        MS. YODER: I thought your
11   question was who else she can talk to.
12        MR. BARDWELL: Um-hum.
13        MS. YODER: But just so we're
14   clear, the topic is any employee at East
15   Park, any conversation they've ever had
16   with anyone who's not a party to this
17   case about Dorothy or Gina.
18        MR. BARDWELL: Yeah, I think we
19   were earlier limiting it to 5/22/20
20   forward. But yes, the question is who
21   else would have information on this.
22        MS. YODER: Answer his question
23   if you can.
24        **A.** From what I can tell by the
25   question, I can't think of anyone

---

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  ·  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  ·  330.253.8119

**Page 42**

1    because I'm not sure I understand it.
2        Q. So it's the same question I
3    was asking, I was putting to you before.
4    Has East Park communicated with any
5    nonparties about Dorothy or Gina since
6    May 22nd, 2020?  That's the information
7    we're trying to get.  My question is,
8    who at East Park would know the answer
9    to that question?
10       A. I guess that would be me.
11   But if you can be more specific as to
12   what kind of communications if that's
13   possible.
14       Q. Yeah.  So did, for instance,
15   did any other East Park employees work
16   with the police or the prosecutor's
17   office in the course of --
18       A. Sara Thurmer.
19       Q. Okay.  Anyone else?
20       A. No.
21       Q. Okay.  Do you know of any
22   other employees who would have been
23   talking to anyone else for any reason
24   about Dorothy or Gina?
25       A. I'm sorry, what do you mean

**Page 43**

1    anyone else?
2        Q. Anyone who is not a party to
3    this case.
4        A. Can you rephrase that please?
5    Can you just start over?
6        Q. Let's narrow it a little bit
7    further then to communications about the
8    prosecution of Gina Criscione.  Do you
9    know of anybody -- do you know whether
10   anyone at East Park communicated with
11   any nonparties about the prosecution of
12   Gina Criscione?
13       A. After May 22nd?
14       Q. Yes.
15       A. So are you asking me if any
16   nonparties spoke about the prosecution?
17       Q. I'm asking if you know
18   whether anybody has?
19       A. If I understand your
20   question, no one spoke about the
21   prosecution.  I mean, per se.  I -- I
22   don't know.  There were --
23       MS. YODER:  Answer his question
24   if you can.
25       A. There were employees that

**Page 44**

1    were aware of the Facebook posts.
2        Q. Okay.
3        A. So if that's what you're
4    referring to.
5        Q. Sure.  Who were those?
6        A. I don't know specifically.
7    A lot of employees.  I don't remember
8    exactly all of them.
9        Q. Did you take -- and so the
10   question that I'm trying to back into
11   here then, what steps did you take to
12   prepare for this deposition so that you
13   would know who has had those
14   communications?
15       MS. YODER:  And I'll just
16   reiterate what I said in my letter is
17   that we had difficulty doing this
18   because we didn't understand.  So that
19   makes it challenging for her to respond.
20       MR. BARDWELL:  Yes.  It is not
21   an accusation, I'm just trying to figure
22   out what we have done and we haven't
23   done.
24       A. So I didn't go back and
25   think about that in that context.  I

**Page 45**

1    reviewed the posts, but I didn't review
2    the history of them or whatever if that
3    makes sense.
4        Q. That does not make sense.
5    What do you mean?
6        A. I didn't find out or think
7    about how I received or how I knew
8    about those specifically.
9        Q. About the Facebook posts?
10       A. Yes.
11       Q. Okay.  So let's look at
12   topic number 8.  So this is
13   employment-related information
14   concerning all persons employed by
15   defendant for any duration August 18th
16   to the present.
17       MS. YODER:  And again, for the
18   record, this is a subject of the letter
19   indicating that we weren't exactly sure
20   what you were going to be asking and so
21   had difficulty preparing on that.
22       Q. So when you're reading it by
23   yourself, what do you understand this to
24   mean?
25       A. That you want the personnel

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 46**

1  files of every employee at East Park
2  from 2018 to the present.  That's what
3  it appears to be saying.
4          Q.  Okay.  So what steps did
5  East Park take to gather all that
6  knowledge with respect to this topic?
7          A.  All of that information is
8  at the facility if it was kept by the
9  new owners. That's all I can answer
10  about that.
11          Q.  Have you requested it?
12          A.  I don't know if we requested
13  it specifically.
14          Q.  Have you requested it
15  personally?
16          A.  No.  I asked for the policy
17  and procedure manuals.  I asked for
18  those things.
19          Q.  Okay.  So were there any
20  steps that you did take to gather
21  information responsive to this topic?
22          MS. YODER:  Objection, go ahead
23  and answer.
24          A.  To the employment
25  information?  No.

**Page 47**

1          Q.  All right.  What records get
2  generated when you hire somebody at East
3  Park?
4          A.  I'm not sure what you mean.
5  Generated, what does that mean?
6          Q.  Created.
7          A.  I don't know exactly what an
8  employee packet looks like.
9          Q.  Okay.
10          A.  You know, without having the
11  files, I don't know what the procedure
12  was or the process was specifically.
13          Q.  Do you have a job
14  application, a standard job application?
15          A.  I believe we do, yes.
16          MS. YODER:  Just what time frame
17  are we talking about?
18          MR. BARDWELL:  August 2018 to
19  present.  It's on the notice.
20          A.  Present is irrelevant.
21  That's not -- we sold the facility in
22  2021.
23          Q.  Okay.  The question is
24  whether there was a job application that
25  you used for everyone.

**Page 48**

1          A.  There was as far as I know.
2          Q.  Okay.  Do you have access to
3  that?
4          A.  No.
5          Q.  Do you know what paperwork
6  gets generated when somebody's
7  employment is terminated?
8          MS. YODER:  Again, what time
9  period are you asking about?
10          MR. BARDWELL:  All of these
11  questions were about the time periods
12  listed on the notice which is August
13  2018 to present.
14          MS. YODER:  But we don't have
15  any information about what's going on at
16  present since the facility was sold so
17  she --
18          MR. BARDWELL:  If I can
19  interrupt, if she doesn't have any
20  information, then she doesn't know the
21  answer and she can say she doesn't know.
22  I would prefer that she get that out so
23  we can have that under oath.
24          MS. YODER:  That's fine.
25          So when you're answering the

**Page 49**

1  questions, be sure it's clear as to what
2  time frame you're telling him about,
3  okay?
4          Q.  Do you know what paperwork
5  got generated when an employee's
6  employment was terminated?
7          A.  I don't specifically know
8  what kind of information or what the
9  forms were or anything like that.
10          Q.  Okay.  Do you know
11  generally?
12          A.  No, I don't know exactly
13  what happened.  Do you mean terminated
14  or left or --
15          Q.  Any of those.
16          A.  I don't know.
17          Q.  Okay.  What about in case of
18  a termination?
19          A.  I don't know specifically
20  what would happen.
21          Q.  Okay.  So who can East Park
22  talk to to get information on this
23  topic?
24          A.  I suppose --
25          MS. YODER:  Which topic?



**Page 50**

1    MR. BARDWELL:  We are still on
2  topic 8.
3    MS. YODER:  I mean, again, is
4  there something specifically --
5    MR. CARLIN:  You've got to let
6  her answer questions.
7    MS. YODER:  But the topic is
8  employment-related information for all
9  persons employed for any duration of
10  time from August 2018 to present.  I
11  mean, I just -- but then you're asking
12  her specifically about applications,
13  termination paperwork.  Is there
14  something specific or you just want to
15  know who would know anything about
16  employment information?
17    MR. BARDWELL:  Could you read
18  back the question for her.
19    (Record read.)
20    **A.**  As to what the process was
21  for termination?
22    **Q.**  Let's start with that, sure.
23    **A.**  I would think Sara Thurmer
24  would know that.  If she can recall
25  after all this time.

**Page 51**

1    **Q.**  What about with respect to
2  hiring?
3    **A.**  She wouldn't be able to
4  answer any questions after she left the
5  facility.
6    **Q.**  Okay.  Who could East Park
7  talk to to get information about, yeah,
8  employment-related information
9  concerning hirings.
10    **A.**  We had an office manager at
11  the time, an HR person.
12    **Q.**  Who was the office manager?
13    **A.**  Her name was Danielle.
14    **Q.**  Danielle's last name?
15    **A.**  It's, R E B R O V I C H.
16    **Q.**  All right.  And who was the
17  HR person?
18    **A.**  She was.
19    **Q.**  And did East Park keep a
20  list of employees?
21    **A.**  I don't know specifically.
22  What do you mean by a list?
23    **Q.**  A document where it says one
24  employee's name and then another
25  employee's name and another employee's

**Page 52**

1  name.
2    **A.**  I don't know that
3  specifically.  If it's supposed to be
4  kept I would imagine they kept it.
5    **Q.**  All right.  Did you talk to
6  Danielle to get any of this information?
7    **A.**  No.
8    **Q.**  Did you talk to anyone to
9  get this information?
10    MS. YODER:  Objection.
11    **A.**  No.
12    **Q.**  Can you repeat the answer
13  please.
14    **A.**  No.
15    **Q.**  Let's look at topic number 9
16  which is job advertising and
17  advertisements placed or published by
18  defendant at any time and for any
19  position from August 2018 to the
20  present.
21    Do you understand what this is
22  asking for?
23    **A.**  I think so, yes.
24    **Q.**  Okay.  What has East Park
25  done to gather all the knowledge known

**Page 53**

1  or reasonably available to it with
2  respect to this topic?
3    **A.**  I haven't done anything
4  specifically yet.
5    **Q.**  Are you planning to?
6    **A.**  I can answer part of the
7  question.
8    **Q.**  Okay.  Well, the question is
9  what you've done to gather all the
10  knowledge known or reasonably available.
11    **A.**  I haven't.
12    **Q.**  You haven't what?
13    **A.**  I haven't acted on that yet.
14    **Q.**  Okay.  Are you planning to?
15    **A.**  I can.
16    **Q.**  When?
17    **A.**  After today.
18    **Q.**  Okay.  What documents does
19  East Park have in its possession,
20  custody or control to provide
21  information on this topic?
22    **A.**  None that I can think of.
23    **Q.**  When you sold East Park, did
24  you retain any business records?
25    **A.**  Some but not a lot.  A lot


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44113  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume I**                    7/3/2023

---

**Page 54**

1    of that was -- a lot of the employee
2    stuff was at the facility.
3              **Q.** What did you retain?
4              **A.** I don't know specifically
5    what type of business records.
6              **Q.** Do you know generally what
7    you --
8              **A.** No.  Because -- no.  It's
9    not specific enough for me to answer.
10             **Q.** How do you know that you
11   retained business records?
12             **A.** I think it would depend on
13   what type of business records that
14   you're referring to.
15             **Q.** What type of business records
16   are you referring to?
17             **A.** I don't know.
18             **Q.** Okay.  So you told me that
19   you retained some business records; is
20   that true or false?
21             **A.** That's true.
22             **Q.** How do you know that to be
23   true?
24             **A.** There were some records
25   retained, like the tax returns you were

---

**Page 55**

1    referring to.  I suppose there is
2    financial information that's retained.
3    Payroll, I think, records are retained
4    but I'm not sure in what format.  Other
5    than that, it's hard for me to say.
6              **Q.** Okay.  So the question
7    though is how do you know that you
8    retained these business records?
9              **A.** Because they're in boxes in
10   my house.
11             **Q.** Okay.
12             **A.** Some things are.
13             **Q.** When was the last time you
14   looked in those boxes?
15             **A.** I haven't really looked in
16   those.
17             **Q.** Have you pulled out the tax
18   returns yet?
19             **A.** Yes.
20             **Q.** Weren't those in those boxes?
21             **A.** Yes.
22             **Q.** I could be mistaken, but I
23   thought you just told me you hadn't
24   looked in those boxes yet.
25             **A.** I'm sorry.  Then I misspoke.

---

**Page 56**

1    I have the tax returns.  I found the
2    tax returns.
3              **Q.** In one of those boxes?
4              **A.** I think so.
5              **Q.** Okay.  What else is in those
6    boxes?
7              **A.** I didn't look to see what
8    was in there.
9              **Q.** All right.  So did you
10   review anything besides the tax returns?
11             **A.** No.
12             **Q.** So did you review any job
13   advertising published by East Park from
14   August 2018 forward?
15             **A.** I don't think that was
16   reviewable as far as a business record.
17             **Q.** Okay.  So if East Park
18   wanted to know information about job
19   advertising and advertising placed from
20   2018 forward, who could it talk to?
21             **A.** Well, we advertised on Indeed
22   and that's all I know.  And I had -- I
23   wasn't personally involved in that
24   advertising on Indeed, the office
25   manager was.  I don't know the password

---

**Page 57**

1    or the account or anything looked at and
2    I don't know if it's accessible still.
3              **Q.** So the question though is if
4    East Park wanted to answer questions
5    about the advertising it had done, who
6    could it talk to to get those answers?
7              **A.** I suppose Danielle because
8    she was the one who placed the ads.
9              **Q.** Okay.  Anyone else?
10             **A.** Not that I can think of.
11             **Q.** Have you spoken to Danielle
12   about this?
13             **A.** Not about the job
14   advertising, no.
15             **Q.** Have you spoken to her about
16   other things?
17             **A.** I think I asked her a
18   question recently but now I'm trying to
19   think of what it was.  I can't remember
20   off the top of my head.
21             **Q.** Related to this case?
22             **A.** I think so.
23             **Q.** How long ago?
24             **A.** About a week.
25             **Q.** Are you usually in touch

---

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume I**                                7/3/2023

---

**Page 58**

1    with Danielle?
2          A. No.
3          Q. Do you believe it was about
4    this case?
5          A. Yes.
6          Q. Okay. All right.
7          MR. BARDWELL: Emily, did you
8    want to take a break?
9          MS. YODER: Yeah, let's take a
10   quick break.
11         (Brief recess had.)
12         Q. All right. Back on. So
13   we're going to jump to topic number 10,
14   back to our familiar list of questions.
15         So have you -- what has East
16   Park done to gather all the knowledge
17   known or reasonably available to it on
18   the topic of policy manuals, work rules
19   in use and/or applicable from August
20   2018 to present?
21         A. Since we are not in
22   possession of those manuals, I couldn't
23   look at those.
24         Q. Okay. So what has East Park
25   done to gather that information?

---

**Page 59**

1          A. Requested it.
2          Q. Okay. When did you request
3    it?
4          A. Probably over a month ago.
5          Q. From whom?
6          A. The new owners, the new
7    administrator of the facility.
8          Q. Okay. And have they
9    provided anything to you so far?
10         A. No, they have not.
11         Q. Okay. So what information
12   have you been able to gather on this
13   topic?
14         A. None.
15         Q. Okay. Let's jump to number
16   11 then. Topic 11 is lawsuits filed
17   against defendant within the last 10
18   years which contain allegations of
19   negligence or injury to patients.
20         What has East Park done to gather
21   all the knowledge known or reasonably
22   available to it on this topic?
23         A. I believe that lawsuits filed
24   against us, if there were any within the
25   past 10 years with those allegations,

---

**Page 60**

1    would be a matter of public record.
2    Off the top of my head I don't know
3    which lawsuits were filed for that
4    reason.
5          Q. Okay. So what steps have
6    you taken to gather information on this
7    topic?
8          A. I haven't taken any.
9          Q. Okay. So let's look at
10   topic number 12. Internal complaints
11   from August 2018 to present containing
12   allegations or complaints about staffing
13   or conditions or work related matters.
14         What has East Park done to gather
15   all the knowledge known or reasonably
16   available to it on this topic?
17         A. I don't think I can gather
18   every one of these complaints from, you
19   know, that were ever filed. So it's
20   rather broad.
21         Q. Okay. What steps has East
22   Park taken to gather all the knowledge
23   known or reasonably available to it with
24   respect to this topic?
25         MS. YODER: Objection, go ahead.

---

**Page 61**

1          A. I haven't taken any steps.
2          Q. Okay. And one thing that I
3    should have clarified at the beginning
4    here. So when I ask questions and I
5    ask about what you have done, when I
6    say you, I'm referring to East Park.
7    So unless I specify otherwise or talk
8    about you individually or personally,
9    you should assume that I mean East Park.
10         So I want to make sure that
11   answer remains correct. So East Park
12   has not done anything with respect to
13   this topic; is that correct?
14         A. Yes.
15         MS. YODER: Other than -- I'd
16   just object. Other than my letter. If
17   you want to specify certain instances,
18   we would be prepared to answer those
19   questions. But the way it's worded,
20   there just really wasn't a way for us
21   to prepare.
22         MR. BARDWELL: Okay.
23         Q. Let's look at topic 13.
24   Charges filed with any agency such as
25   the Ohio Civil Rights Commission, Equal

---



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308 - 330.253.8119

---

Page 62

1   Employment Opportunity Commission
2   against East Park from August 2018 to
3   present.
4          MS. YODER:  Note the same
5   objection.
6          **Q.**  What has East Park done to
7   gather all the knowledge known or
8   reasonably available to it with respect
9   to this topic?
10         **A.**  East Park hasn't done
11  anything in this regard.
12         **Q.**  Okay.  Topic 14.
13  Electronically stored information
14  related to the present case, including
15  steps taken to preserve, modify or
16  delete electronically stored
17  information.
18         What steps has East Park taken to
19  gather all the knowledge known or
20  reasonably available to it on this
21  topic?
22         **A.**  East Park hasn't done
23  anything specific that I can think of.
24         **Q.**  Okay.  Topic number 15.
25  Communications between agents or

---

Page 63

1   employees of East Park Care Center and
2   agents or employees from the city of
3   Brook Park about Ms. Criscione, the
4   criminal investigation of Ms. Criscione
5   or the criminal prosecution of Ms.
6   Criscione.
7          What has East Park done to gather
8   all the knowledge known or reasonably
9   available to it with respect to this
10  topic?
11         **A.**  East Park retrieved some
12  emails with regard to this topic.
13         **Q.**  When?
14         **A.**  A few days ago.
15         **Q.**  Are these the emails you
16  were telling me about before between you
17  and the prosecutor?
18         **A.**  Yes.
19         **Q.**  Did Sara Thurmer correspond
20  with police or the prosecutor's office?
21         **A.**  I believe she corresponded
22  with the prosecutor's office.
23         **Q.**  How many emails did they
24  have?
25         **A.**  Who's they?

---

Page 64

1          **Q.**  Sara and the prosecutor's
2   office.
3          **A.**  A couple.  I don't know
4   exactly how many.
5          **Q.**  What did those messages say?
6          **A.**  I don't remember specifically
7   what they said.
8          **Q.**  What did they say generally?
9          **A.**  I don't remember exactly what
10  they said.
11         **Q.**  Do you remember anything
12  about what they said?
13         **A.**  I believe one of them
14  involved an attachment with her rights
15  as a victim.  That's all I remember
16  specifically.
17         **Q.**  Okay.  The emails that you
18  found, how did you find them?
19         **A.**  They were on my email
20  address that I used for East Park.
21  When we sold the facility, I wasn't able
22  to retrieve them.
23         **Q.**  So I'm confused.
24         **A.**  So was I.  I'm sorry.
25         **Q.**  Okay.

---

Page 65

1          **A.**  The whole technology thing is
2   just --
3          **Q.**  Not your wheelhouse.  That's
4   all right.  We might be misunderstanding
5   each other.  It sounds like in searching
6   for emails you found several emails that
7   were responsive, right?
8          **A.**  I couldn't -- I couldn't
9   open my account from -- when the
10  business was sold, we turned over the
11  email addresses to the new owner.
12         **Q.**  Okay.  What did you guys use
13  for email when you were there?
14         **A.**  What do you mean?
15         **Q.**  Did you use Gmail or
16  Outlook?
17         **A.**  Outlook.
18         **Q.**  So is the new owner able to
19  access those emails?
20         **A.**  I don't know.
21         **Q.**  Have you asked?
22         **A.**  If I can -- that's -- let me
23  explain what happened.
24         **Q.**  Go ahead.
25         **A.**  They sent --


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 66

1    Q. Who is they? Sorry.
2    A. The new company or the
3 company they were using sent my emails
4 in some kind of a file and I wasn't
5 able to open that.
6    Q. Do you know what kind of
7 file it was?
8    A. No.
9    Q. All right. Have you turned
10 it over to your very able legal counsel
11 to attempt to do it?
12    A. No.
13    Q. Okay. Why not?
14    A. I didn't think of that or
15 didn't ask that.
16    Q. How long ago did you receive
17 that?
18    A. Receive what?
19    Q. The file that you were
20 unable to open.
21    A. Oh, I received it, I don't
22 know, a couple years ago. And I tried
23 to open it and I couldn't open it so it
24 just sat there.
25    Q. But you still have it today?

Page 67

1    A. Yes.
2    Q. Where is it?
3    A. What do you mean where is
4 it?
5    Q. Is it on a disk or a flash
6 drive or sitting on your computer's hard
7 drive or up in the Cloud somewhere?
8    A. I don't know. It was an
9 attachment in the email. So I don't
10 know where these things go.
11    Q. They emailed it to you at a
12 different address other than your East
13 Park email account?
14    A. I think so but I -- yeah, I
15 think so.
16    Q. All right. While the
17 prosecution was going on, were you and
18 Sara in touch about the progress of the
19 investigation or prosecution?
20    A. What do you mean in touch,
21 by in touch?
22    Q. Communicating.
23    A. Sara was my employee.
24    Q. Were you communicating about
25 the investigation or prosecution?

Page 68

1    A. Possibly. From what I
2 remember we spoke about some of it.
3 But I don't remember specifically the
4 contents of any of that.
5    Q. So was there -- okay. Did
6 you guys talk by phone about the case?
7    A. Maybe. I don't know
8 specifically.
9    Q. Did you talk by text message
10 about the case?
11    A. I don't think so.
12    Q. Did you talk by email about
13 the case?
14    A. I don't think so.
15    Q. Did you ever send any memos
16 or anything like that?
17    A. What do you mean by memos?
18 I'm not --
19    Q. You know what a memo is.
20 Come on.
21    A. Like do this or don't do
22 that. I'm not sure what you mean by a
23 memo.
24    Q. A --
25    A. I don't.

Page 69

1    Q. If someone handed you a memo
2 you wouldn't know what it was? I guess
3 I'm confused about this. This seems
4 like a very basic office --
5    A. I didn't write memos. I
6 didn't title things memos so I don't
7 know what you mean.
8    Q. So you never would have sent
9 her a memo then about it?
10    A. I don't think so. I mean, I
11 don't -- I don't know what a memo is,
12 what you mean by that.
13    Q. How else did you communicate
14 about the case?
15    A. Probably just speaking.
16    Q. Orally you mean?
17    A. Yes.
18    Q. Did you and Sara communicate
19 by text at all?
20    A. We communicated by text about
21 the facility. We communicated by text,
22 yeah, once in a while as the need
23 arose, you know, to run the facility.
24    Q. Did you guys communicate by
25 email?


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308 - 330.253.8119

**Page 70**

1        **A.** Sometimes when it called for
2    -- when the business called for it.
3        **Q.** Have you reviewed your text
4    messages to see if there were any
5    records responsive to this request?
6        **A.** I have not.
7        **Q.** Have you reviewed Sara
8    Thurmer's text messages to see if there
9    were any records responsive to the
10   request?
11       **A.** I have not.
12       **Q.** Have you spoken to Sara
13   Thurmer in an attempt to learn about
14   what communications might exist out
15   there?
16       **A.** I have not.
17       **Q.** Okay. Was there anybody
18   else from East Park who would have been
19   involved in communicating with police or
20   prosecutors about this case?
21       **A.** No.
22       **Q.** Why not?
23       **A.** It didn't seem necessary.
24       **Q.** Okay. Topic number 16. All
25   matters related to Ms. Mandanici's care.

**Page 71**

1    What has East Park done to gather all
2    the knowledge known or reasonably
3    available to it with respect to this
4    topic?
5        **A.** Gathered the medical records.
6        **Q.** Okay. What else?
7        **A.** Nothing that I can think of
8    at this time. All matters. I mean, I
9    don't know what that means, all matters.
10       **Q.** Okay. Have you reviewed the
11   medical records?
12       **A.** No.
13       **Q.** Do you have any meaningful
14   understanding of the contents of those
15   medical records?
16       **A.** I am not a medical
17   professional so I haven't reviewed the
18   medical records. Those were provided
19   two years ago, so no.
20       **Q.** Okay. Are you prepared
21   today to answer questions about Ms.
22   Mandanici's care?
23       MS. YODER: Objection, go ahead
24   and answer.
25       **A.** If there is something

**Page 72**

1    specific perhaps, but I don't -- I mean,
2    so you want to know if East Park has
3    knowledge about Ms. Mandanici's care?
4        **Q.** I want to know if you are
5    prepared today to answer questions about
6    Ms. Mandanici's care.
7        **A.** On behalf of East Park?
8    What I can remember or -- some questions
9    perhaps.
10       **Q.** Are you prepared to answer
11   any questions about what medications Ms.
12   Mandanici was receiving?
13       **A.** No.
14       **Q.** Are you able to answer any
15   questions about the specific conditions
16   Ms. Mandanici was being treated for?
17       **A.** I know -- I'm aware of them.
18   One or two of them, not all of them.
19       **Q.** Are you prepared to answer
20   questions about the treatment plan for
21   Ms. Mandanici?
22       **A.** No.
23       **Q.** So who could East Park talk
24   to if it wanted that kind of
25   information?

**Page 73**

1        MS. YODER: Objection, go ahead
2    and answer if you know.
3        **A.** No one I can think of or --
4    okay, can we go back?
5        **Q.** Sure.
6        **A.** Can you ask again?
7        **Q.** Who could East Park talk to
8    if it wanted information on those
9    subjects?
10       MS. YODER: Objection, go ahead.
11       **A.** Sara Thurmer would probably
12   know something about that.
13       **Q.** Who else?
14       **A.** Employees involved in her
15   care. I don't know who they were.
16       **Q.** Okay. Would Sara know?
17       **A.** Probably.
18       **Q.** When was the last time you
19   talked to Sara?
20       **A.** Spoke to her last week.
21       **Q.** What about?
22       **A.** Trying to think. Give me a
23   second here. Because we don't have any
24   institutional memory of everything that
25   happened at East Park. We spoke about



**Page 74**

1  the requests and the documents that you
2  had submitted.
3      Q. The discovery requests that
4  are in front of you right now?
5      A. Yes. Because there is no
6  way to go back and find certain things
7  and understand how we did things and
8  what happened.
9      MR. BARDWELL: And just for the
10  record, I'm going to say the discovery
11  requests she's referring to is 58, 59,
12  60 and 61.
13      THE WITNESS: I'm sorry.
14      MS. YODER: You have to listen
15  to what he's asking. He just asked you
16  if you talked to Sara about Exhibits 58,
17  59, 60 and 61. Is that --
18      A. No, I spoke to her about 58
19  and the amended complaint. That was it.
20      Q. 58, the request for
21  admissions?
22      A. Yes.
23      Q. You didn't talk to her about
24  the interrogatories?
25      A. No.

**Page 75**

1      Q. You didn't talk to her about
2  the document requests?
3      A. No.
4      Q. Has Sara generally been
5  cooperative with your request for
6  information?
7      A. That was the first time I'd
8  spoken to Sara since, I don't know, two
9  years, two and a half years. But yes,
10  she was cooperative.
11      Q. Okay. Sara would know who
12  was treating Ms. Mandanici, right?
13      A. Yes, I believe so, and the
14  medical records would reflect that I
15  would think.
16      Q. Okay. And so you haven't
17  made any effort to reach out to anybody
18  who treated Ms. Mandanici, have you?
19      A. No.
20      Q. Let's look at topic number
21  17. All matters related to Ms.
22  Criscione's complaints about Ms.
23  Mandanici's care or about East Park's
24  services. What have you done to gather
25  all the knowledge known or reasonably

**Page 76**

1  available to you on this topic?
2      A. I reviewed text messages that
3  Ms. Criscione sent to Sara.
4      Q. Okay. What else?
5      A. I spoke to Sara about some
6  of the complaints or the complaints.
7      Q. What else?
8      A. That's all I can think of
9  right now. Something might occur to me
10  in a little while.
11      Q. All right. What did you
12  learn from Sara when you talked to her
13  about the complaint?
14      A. Just how they were made,
15  what they consisted of, things of that
16  nature.
17      Q. Okay. How were they made?
18      A. They were made by text
19  message. They were made by phone calls.
20  They were, trying to think, there were
21  complaints made to the long-term care
22  ombudsman. I don't know specifically
23  what they were, but there were
24  complaints made.
25      Q. Okay. And what did those

**Page 77**

1  complaints consist of?
2      A. From the review, generally
3  complaints about -- there were various
4  complaints about pressure ulcers, about
5  sanitation, about -- let me think. Who
6  the -- what staff were taking care of
7  her, of her mother. That's about all I
8  can think of right now.
9      Q. Okay.
10      A. It's documented, so. And I
11  also found grievances -- or complaints,
12  not grievances, from 2019 that the
13  facility still had it in its possession.
14  I don't know if we can get the ones
15  from 2017 and 18.
16      Q. So on those, are we talking
17  about the East Park complaint form?
18      A. Yes.
19      Q. Okay, great. Did you -- so
20  you talked to Sara about this topic as
21  well sounds like. Did you talk to
22  anyone else about this?
23      A. No, not that I -- no.
24      Q. Is there anybody else at
25  East Park to talk to to get further

**Page 78**

1  information about Ms. Criscione's
2  complaints?
3       **A.** No.
4       **Q.** Are any of the nurses who
5  worked there while Ms. Mandanici was
6  still alive, are any of those nurses
7  still employed at East Park?
8       **A.** I have no idea.
9       **Q.** Okay.  Were any of them
10  still employed by East Park by the time
11  you got out of the business?
12       **A.** I don't know.
13       **Q.** All right.  Topic 19.  All
14  matters relating to surveys from the
15  Bureau of Survey and Certification
16  between 2019 and 2021 and any issue
17  regarding any aspect of East Park's
18  quality of care.
19       What have you done to gather all
20  the knowledge known or reasonably
21  available with respect to this topic?
22       **A.** Can I ask a question about
23  the request?
24       **Q.** Sure.
25       **A.** It says all matters relating

**Page 79**

1  to surveys and any issue regarding any
2  aspect.  Do you mean with regard to the
3  surveys combined, or is it just general?
4       **Q.** Yeah, let's just talk about
5  that for right now.
6       **A.** Which?
7       **Q.** Go ahead and limit it to the
8  surveys.
9       **A.** Yes.  Yes, the surveys are
10  available on the CMS website.  They're
11  public record.  So I looked at those.
12       **Q.** All right.  How often are
13  those surveys done?
14       **A.** Which surveys?  There's
15  different kinds of surveys.
16       **Q.** Which kind of surveys are
17  there?
18       **A.** There are annual surveys
19  which have to be done every 15 months.
20  There are complaint surveys that are
21  started by someone making a complaint
22  with the Ohio Department of Health. And
23  there are, especially during Covid,
24  there were infection surveys just
25  limited to that topic.

**Page 80**

1       **Q.** Okay.  How many surveys
2  would you say there were in the period
3  between 2019 and 2021?
4       **A.** When Covid started the annual
5  surveys were suspended.  So that was
6  gone.  The only surveys during Covid for
7  a long period of time were infection
8  control surveys as far as I know. Those
9  are on the website.
10       **Q.** So from 2019 through 2021,
11  how many surveys were there?
12       **A.** I don't know specifically
13  what kind of each one there were.  But
14  if you look at the website you'll be
15  able to find it.
16       **Q.** Okay.
17       **A.** There was also an extra
18  survey, it was a complaint survey, the
19  one that Ms. Criscione requested and
20  that was completed I think in December
21  of 2021.
22       **Q.** Okay.  I might be asking the
23  question poorly.  But it sounds like
24  there are many different kinds of
25  surveys.

**Page 81**

1       **A.** Yes.
2       **Q.** How many different surveys
3  were there from 2019 to 2021?
4       **A.** I don't know the exact
5  number.  I didn't count them.
6       **Q.** What would you say for a
7  rough estimate?
8       **A.** I don't want to make a rough
9  estimate.  It's on a website, it's
10  easily knowable.  So I don't know, I
11  didn't count them.
12       **Q.** Are we talking about closer
13  to two or closer to like 20?
14       **A.** There were several infection
15  control surveys which were only
16  conducted during the Covid period.  So I
17  don't know why I would guess at when
18  it's already sitting on a website and
19  it's official government information.
20       **Q.** How many of them did you
21  personally review?
22       **A.** I glanced at all of them I
23  think.  I don't know.  There wasn't a
24  lot in there.
25       **Q.** About how many do you

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 82**

1  remember reviewing?
2       **A.** The ones I could print off
3  the website and the complaint that Ms.
4  Criscione made as a result of that
5  survey.
6       **Q.** Are you not going to tell me
7  roughly how many you reviewed?  I'm just
8  looking for an estimated number.
9       **A.** I don't know an exact
10  number.
11       **Q.** I don't want an exact
12  number, I'm trying to get a range.  Are
13  we talking about something that's like
14  three or are we talking about a hundred?
15       **A.** It's public knowledge.
16       **Q.** It's not public knowledge how
17  many you reviewed.
18       **A.** I looked at everything I
19  could find on the website.  Some of the
20  things on the website, you could read
21  more than one page.  There were five
22  pages but you could only print one.
23  But I went through them.
24       So I don't know.  I didn't think
25  anybody would ask me a number of

**Page 83**

1  something that is of public record and
2  available.
3       **Q.** Do you remember it being
4  more than two?
5       **A.** More than two surveys between
6  2019 and 2021?
7       **Q.** Um-hum.
8       **A.** There were more than two all
9  together if you're not splitting up what
10  kind of surveys they were.
11       **Q.** I'm not.  Okay.  So are you
12  prepared to answer questions about the
13  surveys today?
14       **A.** If you showed me what they
15  were, maybe.  I don't know for sure.
16       **Q.** Topic number 20.  All
17  matters pertaining to profit and loss
18  statements from January 1st, 2018 to the
19  present generated by East Park Care
20  Center or on behalf of East Park Care
21  Center.
22       What have you done to gather all
23  the knowledge known or reasonably
24  available to East Park to obtain
25  information on this topic?

**Page 84**

1       **A.** I haven't done anything on
2  that topic.
3       **Q.** Why not?
4       **A.** I'm sorry?
5       **Q.** The question was why not.
6       **A.** I haven't gotten to it.
7       **Q.** Are these profit and loss
8  statements likely to be in your basement
9  in the boxes?
10       **A.** Yes, probably.
11       **Q.** Okay.  Topic 21.  All
12  matters pertaining to Ms. Mandanici's
13  care plan.  This is sort of what we
14  were talking about before.  You're not
15  familiar with Ms. Mandanici's care plan,
16  are you?
17       **A.** I suppose East Park would
18  be, but I'm not personally.
19       **Q.** Okay.  Have you taken any
20  steps to familiarize yourself with her
21  care plan?
22       **A.** As far as I know it's
23  contained in the medical records, I
24  think, so I didn't review that.
25       **Q.** Okay.  Are you able to

**Page 85**

1  answer any questions about Ms.
2  Mandanici's care plan today?
3       **A.** No.
4       **Q.** So if we show you medical
5  records and asked about how they lined
6  up with the care plan --
7       **A.** No.
8       **Q.** -- you wouldn't be able to
9  answer those questions?
10       **A.** No, no.
11       **Q.** Who could East Park talk to
12  to get that kind of information?
13       **A.** Sara probably.
14       **Q.** And was this something you
15  talked to Sara about?
16       **A.** No.  Not that I remember.
17       **Q.** Okay.  Topic 22.  All
18  matters pertaining to East Park Care
19  Centers Covid protocols and policies.
20       What have you done to gather all
21  the knowledge known or reasonably
22  available to East Park on this topic?
23       **A.** Because the relevant time
24  period it would seem is between -- Covid
25  started March 2020 until the time Ms.

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44113  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 86

1    Mandanici left the building, I reviewed
2    the orders from the Ohio Department of
3    Health.
4         Q.  Just the ones covering March
5    to Mandanici's departure?
6         A.  Yes.
7         Q.  Okay.  Did East Park develop
8    any of its own protocols or policies in
9    reaction to those --
10        A.  During that time?
11        Q.  Yes.
12        A.  Not that I recall.  We did
13   have a notice placed on the front door
14   of the facility, it was locked down.
15   And then we just followed the Ohio
16   Department of Health's directives.
17        Q.  Did East Park develop any
18   protocols or policies regarding Covid
19   after Ms. Mandanici left?
20        A.  Yes.
21        Q.  Have you reviewed those?
22        A.  I don't have the ones that
23   were actually used.  I think those are
24   at the facility.  I'm not positive they
25   are still there. But there were a lot

Page 87

1    of protocols and policies, especially
2    with regard to visitation.
3         Q.  Have you requested those?
4         A.  No, I don't think I have
5    requested those yet.
6         Q.  Okay.  And just to be clear,
7    so when the -- when you sold East Park,
8    who did you sell it to?
9         A.  A company, East Park, trying
10   to remember the names of them, East Park
11   Realty and East Park -- trying to
12   remember the name.  I can't remember the
13   exact name of the entity.
14        Q.  Okay.  Who owns those?
15        A.  Who owns those entities?
16        Q.  Yep.
17        A.  I believe a company called
18   Lionstone. That's what they do business
19   by.
20        Q.  Okay.  Who personally did
21   you deal with while working on this
22   transaction?
23        A.  The people that own
24   Lionstone.
25        Q.  Who owns Lionstone?

Page 88

1         A.  I can't remember their name
2    exactly. There's a man name Abba Stein,
3    S T E I N.  I believe he's the main
4    person.
5         Q.  All right.  And so when did
6    you begin negotiating this transaction?
7         A.  I believe February of 2021.
8         Q.  And when did you close this
9    transaction?
10        A.  October 29th, 2021.
11        Q.  In that transaction did you
12   disclose -- I guess that predates this
13   lawsuit, right?
14        A.  I'm sorry?
15        Q.  So you closed that
16   transaction before this litigation
17   began, right?
18        A.  Yes.
19        Q.  Did you disclose the
20   possibility of litigation involving Ms.
21   Criscione?
22        A.  Yes, yes.
23        Q.  So they were aware that this
24   would be -- that this could be coming
25   up, right?

Page 89

1         A.  Yes.
2         Q.  Did the -- did your
3    agreement -- how did your agreement
4    address that?
5         A.  That they're not liable for
6    it?  Is that what you're asking me?
7         Q.  Are they liable for it?
8         A.  No.
9         Q.  Were there other potential
10   lawsuits you disclosed to them as well?
11        MS. YODER:  Objection, go ahead
12   and answer.
13        A.  Well, potential lawsuits, I
14   think so. I'm trying to remember.
15        Q.  Okay.  And what was the
16   agreement with respect to liability on
17   those?
18        A.  There wasn't any liability on
19   their part.
20        Q.  Okay.  And so if they are
21   not taking any liability, did the
22   agreement provide any terms requiring
23   them to cooperate with your defense if
24   this lawsuit did come down the pike?
25        A.  Yes.  They were going to


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44113  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume I**                    **7/3/2023**

---

Page 90

1   provide us, not just this lawsuit, but
2   anything that we would need as far as
3   the records and things like that, yes.
4   You know.
5        **Q.** I'm sorry, could you say
6   that again?
7        **A.** It provided, they would
8   cooperate with us to, you know, provide
9   things for our defense, the lawsuits. I
10  think. I don't know the exact language.
11  So in general.
12       **Q.** Okay. And so we're talking
13  about making witnesses available, making
14  evidence available, those types of
15  things?
16       **A.** I don't know if it
17  specifically said anything like that.
18       **Q.** Okay.
19       **A.** I don't have any memory of
20  what the specific terms are.
21       **Q.** Okay. Topic 23. All
22  matters pertaining to data provided to
23  federal agencies that oversee operation
24  of nursing homes, receiving federal and
25  state funding from the centers for

---

Page 91

1   Medicare and Medicaid services.
2        What have you done to gather all
3   the knowledge known or reasonably
4   available to East Park on this topic?
5        **A.** We haven't done anything to
6   do that.
7        **Q.** Why not?
8        **A.** I just haven't gotten to it.
9        **Q.** Okay. Let's look at topic
10  24. All matters pertaining to data
11  submitted by East Park to produce its
12  nursing home 5 star rating system also
13  know as "nursing home computer".
14       What has East Park done to gather
15  all the knowledge known or reasonably
16  available to it with respect to this
17  topic?
18       **A.** Well, I have no idea what a
19  nursing home computer is. Never heard
20  that term ever.
21       What I did do was, I went on the
22  CMS website and everything that is
23  submitted is public knowledge as far as
24  the 5 star rating goes, as far as my
25  understanding.

---

Page 92

1        And there is also a guideline as
2   to how -- what kind of data is
3   submitted and I think a lot of it's
4   submitted electronically and through
5   automatic means. And it's all public
6   record. It's my understanding.
7        **Q.** Okay. So tell me what you
8   reviewed on the website to prepare to
9   answer questions on this topic?
10       **A.** What I reviewed on the
11  website? I just got an overview of how
12  it works. To the best of my ability to
13  understand it.
14       **Q.** You got an overview of how
15  what works?
16       **A.** The 5 star rating, how it's
17  arrived at.
18       **Q.** And you were saying that
19  there is -- there's data that is input
20  to arrive at that rating, right?
21       **A.** Yes.
22       **Q.** And you're saying that data
23  is available to you to review on the
24  Internet; is that right?
25       **A.** I think so. I don't know --

---

Page 93

1   I saw an overview. I don't know the
2   ins and outs of it.
3        **Q.** Did you review any of that
4   data?
5        **A.** No, I didn't -- I couldn't
6   see it. I think it's there, I don't
7   know.
8        **Q.** Are you prepared to answer
9   any questions about the data underlying
10  East Park's rating?
11       **A.** Not right now, no.
12       **Q.** Who could you talk to to get
13  more information on this topic?
14       **A.** I can't if anybody I
15  can talk to about that.
16       **Q.** Who submits that data to
17  CMS?
18       **A.** Actually I think Sara might
19  know about this because -- I think she
20  might know about it.
21       **Q.** Have you talked to Sara
22  about it?
23       **A.** No.
24       **Q.** Have you talked to anyone
25  about it?

---

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 94**

1     **A.** No.
2     **Q.** Topic 25, all matters
3  pertaining to East Park Care Center's
4  evaluation of residents using the
5  minimum data set questionnaire at the
6  time of admission and every 90 days
7  thereafter which also sets forth each
8  resident's care needs also referred to
9  as a "resource utilization group score"
10  or RUG.
11     What has East Park done to gather
12  all the knowledge known or reasonably
13  available to it on this topic?
14     MS. YODER:  Objection, go ahead.
15     **A.** I haven't done anything
16  specific.  My understanding is a lot of
17  this is public record so I don't know
18  if it's necessary.  But I don't know
19  the details of that.
20     **Q.** Do you know -- are you
21  familiar with RUG scores generally?
22     **A.** No, I am not.
23     **Q.** What document does East Park
24  have in its possession that would allow
25  it to answer questions on this topic?

**Page 95**

1     **A.** I don't know if we have any
2  about this specific area.
3     **Q.** Have you made any inquiries
4  into that?
5     **A.** No, I have not.
6     **Q.** Why not?
7     **A.** I don't know if -- I don't
8  -- I don't know exactly what it's even
9  pertaining to.
10     **Q.** Okay.  So let's just imagine
11  a scenario in which you found yourself
12  very curious about RUG scores.  What
13  would you do to find out about them?
14     MS. YODER:  I'm just going to
15  object to the extent that this was
16  covered in our letter that we sent prior
17  to the deposition.
18     **A.** I suppose I would ask
19  somebody who would know about it, like
20  an administrator.
21     **Q.** And if you wanted to know
22  about RUG scores specifically at East
23  Park, who would you talk to?
24     **A.** I would probably ask an
25  administrator, Sara maybe, or someone

**Page 96**

1  who was familiar.  Well, if it was East
2  Park it would be Sara.
3     **Q.** Okay.  And have you reached
4  out to Sara or anyone else on this
5  topic?
6     **A.** No.
7     **Q.** Okay.  And topic 26.  All
8  matters pertaining to how many minutes
9  and -- yeah.  I think we may have
10  jumbled the wording on this.
11     How many minutes and what level
12  of nursing care was to be provided to
13  Ms. Mandanici according to her plan?  It
14  sounds like you're not going to have any
15  information on that either, right?
16     **A.** No, I don't.
17     **Q.** How much time would you say
18  you spent preparing for this deposition?
19     **A.** I don't know.  Hours or --
20  is that what you're asking me?  Days?
21     **Q.** I don't know how long it
22  was.
23     **A.** I don't know.  A few days.
24     **Q.** Did you do anything else to
25  prepare that we haven't talked about

**Page 97**

1  today?
2     **A.** I can't think of anything
3  off the top of my head, so.  If I do
4  I'll -- whatever.
5     **Q.** Clarify and let us know.
6     MS. YODER:  Are you getting to a
7  good place to break?
8     MR. BARDWELL:  Yeah, this is a
9  perfect breaking point.
10     (Brief recess had.)
11     **Q.** All right.  So Laura, as Ms.
12  Criscione's prosecution was unfolding,
13  how closely were you kept in the loop
14  about how it was developing?
15     **A.** By whom?
16     **Q.** By anyone.
17     **A.** I think as needed.
18     **Q.** Okay.  Who was keeping you
19  in the loop?
20     **A.** The prosecutor.
21     **Q.** Anyone else?
22     **A.** Maybe Sergeant Duncan.
23     **Q.** Okay.  Anyone else?
24     **A.** No.
25     **Q.** How did you communicate with

 Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 98**

1  Sergeant Duncan about it?
2      **A.** I spoke to him on the phone.
3      **Q.** By text?
4      **A.** I think I texted him once or
5  something but I don't -- maybe.
6      **Q.** By email?
7      **A.** Only the first email.
8      **Q.** Okay.  And what about with
9  the prosecutor?
10     **A.** By phone and through email.
11     **Q.** All right.
12     **A.** And through text.
13     **Q.** All right.  And so what kind
14 of information was the prosecutor
15 providing you?
16     MS. YODER:  Just so I'm clear
17 and the record's clear, you as in East
18 Park?
19     MR. BARDWELL:  She's included in
20 that, yes.
21     MS. YODER:  I just wanted to
22 make sure Laura understands what you
23 were asking.
24     I just wanted to make sure it
25 was clear.  Sorry about that.

**Page 99**

1      THE WITNESS:  No.  Thanks.
2      **A.** So East Park you're saying,
3  right?
4      **Q.** You're included in East Park,
5  right?
6      **A.** Yes.
7      **Q.** So it's all the same?
8      **A.** Yes.  Can you ask again?
9      **Q.** What kind of information was
10 the prosecutor providing you?
11     **A.** Trying to think.  I think
12 there was some mention of subpoenas.  I
13 can't remember the details of each
14 separate instance.  But I did review it.
15     **Q.** What --
16     **A.** I don't remember the
17 specifics of each thing.
18     **Q.** What do you remember?
19     **A.** Prosecutor wanted to know
20 about the clock.
21     **Q.** What did he want to know?
22     **A.** He wanted to know what
23 happened and he wanted to know where the
24 memory card was.  I told him that we
25 had it and he wanted us to give it to

**Page 100**

1  him and we did.
2      **Q.** All right.  What else do you
3  remember talking to him about?
4      **A.** I don't remember specifically
5  what we talked about.
6      **Q.** What do you remember
7  generally?
8      **A.** Maybe background but I'm not
9  sure.
10     **Q.** What do you mean background?
11     **A.** Of why this was happening.
12 In general.
13     **Q.** I don't understand what you
14 mean.
15     **A.** What prompted the police
16 investigation.  But I don't know for
17 sure if that's specifically what we
18 discussed.  I don't remember the
19 specific details.
20     **Q.** Do you remember what you
21 told him about what prompted the
22 investigation?
23     **A.** I don't remember specifically
24 what the conversation was.
25     **Q.** Do you remember generally

**Page 101**

1  what you told him about what prompted
2  the investigation?
3      **A.** No, I don't specifically.  I
4  don't remember what I said.
5      **Q.** Not specifically, but
6  generally do you have any recollection
7  of what you told him about that?
8      **A.** It was more response to
9  questions, you know.  And so I don't
10 remember or -- no, I don't.
11     **Q.** Okay.  So he's sending you
12 texts about what was leading up to the
13 investigation?
14     **A.** I don't know for sure.  He
15 did -- I did send him the videos, I
16 remember that.
17     **Q.** Okay.  All right.  And what
18 were the conversations with Sergeant
19 Duncan after that first email?
20     **A.** We, I think, spoke on the
21 phone.  I think that was it.
22     **Q.** Okay.  When was the first
23 time you ever spoke to Sergeant Duncan?
24     **A.** It was between September 20th
25 and September 28th.  I don't remember


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787      www.cefgroup.com      fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 102**

1  the day.
2          **Q.**  How did you get linked up
3  with Sergeant Duncan?
4          **A.**  I spoke to him on the phone.
5  I don't remember -- I called and found
6  out where he was -- not where he was.
7  I don't remember.  I think I called
8  and --
9          **Q.**  Called who?
10         **A.**  Sergeant Duncan.
11         **Q.**  Why did you call Sergeant
12 Duncan specifically?
13         **A.**  I didn't call him
14 specifically.
15         **Q.**  Who did you call?
16         **A.**  I don't remember.  Let me --
17 give me a minute.
18         **Q.**  Okay.
19         **A.**  I was speaking to Sergeant
20 Duncan.  I think he was at East Park
21 and I spoke to him when he was at East
22 Park one day.
23         **Q.**  When was that relative to
24 this investigation?
25         **A.**  It was between the 20th and

**Page 103**

1  the 28th.
2          **Q.**  Okay.  Was that the first
3  time you'd ever spoken to Sergeant
4  Duncan?
5          **A.**  Yes.
6          **Q.**  Why was he at East Park?
7          **A.**  I don't know why he was at
8  East Park.  I spoke to him while he was
9  at East Park.
10         **Q.**  How often were you at East
11 Park?
12         **A.**  Well, before the pandemic,
13 two or three times a week.
14         **Q.**  Okay.
15         **A.**  During the pandemic I did
16 not go into the buildings.  I -- when
17 things cleared up a little I would bring
18 things there and drop them off.
19         **Q.**  Okay.  And so when you first
20 met Sergeant Duncan, were you in the
21 office?  Were you making a drop off?
22 What was going on?
23         **A.**  No, I was on my phone and he
24 was at East Park on another -- some
25 other matter.

**Page 104**

1          **Q.**  Were you on your cell phone
2  or like a desk phone?
3          **A.**  My cell phone.
4          **Q.**  Okay.  Inside or outside?
5          **A.**  Was I inside or outside?
6          **Q.**  Um-hum.
7          **A.**  Outside.  You mean outside
8  at East Park?
9          **Q.**  What were you doing?
10         **A.**  Is that what you're asking
11 me?
12         **Q.**  Yeah.
13         **A.**  No, I wasn't at East Park.
14 I was on my cell phone and he was at
15 East Park.
16         **Q.**  And where were you?
17         **A.**  Probably home.
18         **Q.**  Oh, you weren't at East Park
19 at all?  I see.
20         **A.**  That day, no.
21         **Q.**  So did you call him or did
22 he call you?
23         **A.**  He was at East Park and he
24 was -- someone handed him the phone.
25         **Q.**  Who handed him the phone?

**Page 105**

1          **A.**  I don't remember.
2          **Q.**  Why did he want to talk to
3  you?
4          **A.**  I wanted to speak to him.  I
5  was intending to contact the police
6  after this all unfolded, the trespass
7  and what occurred September 20th.
8          So he was at East Park and I had
9  looked into the posts and what had
10 occurred and I was -- so he was there.
11 So I asked -- I asked him, instead of
12 calling the police department, I asked
13 him while he was there what his opinion
14 was of what had occurred.
15         **Q.**  And what did he tell you?
16         **A.**  When I spoke to him I
17 explained that there were Facebook posts
18 and there was some trespassing, and some
19 videos, one especially which disturbed
20 me.  So I asked him what he thought
21 about it.
22         I don't remember the exact points
23 of what I said, you know.  I remember
24 the general points.
25         **Q.**  Okay.

Page 106

1    A. So I told him that there
2  were these Facebook posts and -- let me
3  back up a little.
4    After the trespassing and the
5  video, the disturbing video, one was
6  very disturbing to me, between the
7  trespassing -- this, all these posts
8  went along for a couple months. The
9  employees were concerned. Sara was
10  concerned.
11    So after the trespass and the
12  disturbing video, I -- the concept of
13  stalking came to my mind. So I looked
14  up stalking in the statutes and I found
15  menacing by stalking.
16    And I read the statute, I thought
17  perhaps there may have been a crime
18  involved from the pattern of conduct
19  that Ms. Criscione was engaging in. So
20  I thought perhaps there could be
21  criminal conduct.
22    Q. Okay. And so is that what
23  you were laying out for him in this
24  conversation or was that the prelude to
25  the conversation you were setting up?

Page 107

1    A. I believe I did mention it,
2  but that was why I followed up with the
3  email.
4    Q. Okay. What did Sergeant
5  Duncan say? What was his reaction when
6  you asked what he thought about this?
7    A. I think he mentioned the
8  First Amendment and I said that this
9  could -- maybe this could possibly fall
10  outside of it and I would like to know
11  if it could be looked into.
12    Q. All right. And what did --
13  so, yeah, what did he say to that?
14    A. I said, you know, I told him
15  I could send him an email with the
16  posts, containing the posts and the
17  videos and the background on what was
18  occurring. And so he said send me the
19  email. So I did.
20    Q. Was that the end of the
21  conversation?
22    A. As far as I know, yes.
23    Q. All right. Do you know Adam
24  Walsh?
25    A. No.

Page 108

1    Q. I'm sorry, Ryan Walsh?
2    A. No.
3    Q. Adam Sensel?
4    A. No.
5    Q. George Sakellakis?
6    A. No.
7    Q. Carol Horvath?
8    A. No.
9    Q. Do you personally know
10  anybody at the Brook Park Police
11  Department?
12    A. No.
13    Q. Anyone in Brook Park city
14  government?
15    A. In city government?
16    Q. Yes.
17    A. No.
18    Q. Where do you live by the
19  way?
20    A. Westlake.
21    Q. Do you know if Sara has any
22  connections to anyone at city hall?
23    A. I don't know for sure but I
24  doubt it.
25    Q. You don't know of any?

Page 109

1    A. No.
2    Q. So he told you to send the
3  email and then you followed up and sent
4  that a few days later; is that correct?
5    A. Yes. Between the trespass
6  and the date I sent the email.
7    Q. Okay. Were you keeping
8  track at all of, like, how the case was
9  developing in terms of what was being
10  filed, the motions going back and forth,
11  anything like that?
12    A. Keeping track?
13    Q. Yeah.
14    A. Not that I know of. I had
15  an attorney.
16    Q. Who was the attorney?
17    A. Dan Sorger (phonetic).
18    Q. That's right. And so were
19  you -- you might have just answered
20  this, I apologize. Were you reading any
21  of the briefs, motions, et cetera that
22  were being filed in the case?
23    A. I don't think so.
24    Q. No?
25    A. Not that I can remember.


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 110**

1    Q.  Okay.  Let me pass one of
2   them out. This is Exhibit 6.  All
3   right.  So you'll see on the front it's
4   marked plaintiff's reply to defendant's
5   motion to dismiss.  A motion by -- a
6   brief by Peter Sackett in response to
7   Ms. Criscione's motion to dismiss.
8        Have you read this before or seen
9   it?
10   A.  Yes.
11   Q.  Have you read it?
12   A.  Yes.
13   Q.  So you are aware that Ms.
14  Criscione was criminally prosecuted,
15  right?
16   A.  She was charged is what I'm
17  aware of.
18   Q.  Are you drawing a distinction
19  between that and being criminally
20  prosecuted?
21   A.  I'm not sure.  I don't know.
22   Q.  Would you agree that she was
23  criminally prosecuted?
24   A.  I know she was charged.  I
25  don't know if I agree she was

**Page 111**

1   prosecuted.
2    Q.  Do you dispute that she was
3   criminally prosecuted?
4    A.  No.  I don't agree with the
5   characterization.
6    Q.  I assumed they were
7   synonymous. Where are you picking at it?
8    A.  That there was no trial, no,
9   you know --
10   Q.  Okay.  Because she was --
11  because the charges were dismissed?
12   A.  The outcome I guess is my --
13   Q.  I see.  I would agree she
14  was not convicted, right?
15   A.  Right.
16   Q.  And the charges were
17  dismissed without prejudice?
18   A.  Yes.
19   Q.  Yeah.  I guess to strip it
20  down to basics, you agree she was hauled
21  into court to answer these?
22   A.  I wouldn't agree she was
23  hauled into court.
24   Q.  She was required to attend
25  court and answer the charges?

**Page 112**

1    A.  I don't know the process
2   that happened with that, so I don't know
3   what took place in court.
4    Q.  Fair enough.  Are you aware
5   that the charges against her were for
6   making negative statements about your
7   nursing home administrator?
8    A.  That is not what the charges
9   were for, not for making negative
10  statements about the nursing home
11  administrator.
12   Q.  I'm going to pass you --
13   A.  Let me rephrase it.
14   Q.  -- Exhibit 1.
15   MS. YODER:  Let him --
16   A.  Well, here.  Okay.  All
17  right.
18   Q.  Having reviewed the -- have
19  you seen this document before?
20   A.  I have never paid any
21  attention to it.  I think it was given
22  to me but I never paid any attention to
23  it.
24   Q.  Just for the record can you
25  tell us what it is?

**Page 113**

1    A.  It says complaint by
2   individual.
3    Q.  Against whom?
4    A.  Against Ms. Criscione.
5    Q.  And what is the charge?
6    A.  Menacing by stalking.
7    Q.  So looking right above that,
8   have you read that paragraph there?
9    A.  Yes.
10   Q.  Having read that paragraph,
11  would you agree that the charges against
12  Gina were for making negative statements
13  about your nursing home administrator?
14   A.  That's what it says.
15   Q.  Okay.
16   A.  However, this is all done on
17  the part of the city.  So --
18   Q.  So under, In Violation,
19  Menacing By Stalking, there's a line
20  that says complainant. Whose name is
21  after complainant?
22   A.  Sara's.
23   Q.  That's your nursing home
24  administrator?
25   A.  Yes.


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787      www.cefgroup.com      fax: 216.687.0973**
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 114**

1    Q. Is that her signature on
2 there?
3    A. Yes.
4    Q. All right. And then it's
5 notarized and everything, right?
6    A. I guess so. Yeah.
7    Q. Okay. So that's not -- I
8 mean, this isn't by the city, right, it
9 says complaint by individual?
10    A. Yes, but she didn't draft
11 this.
12    Q. She signed her name though,
13 right?
14    A. Yes. And by the way, with
15 her signing it, I'm, you know, this was
16 presented to her. The drafting of it I
17 don't think was up to her. Even though
18 she signed it.
19    Q. Let's clarify that.
20    A. Well, I don't know. I don't
21 know how this was --
22    Q. That's what I wanted to ask
23 you.
24    A. I don't know how this
25 language was chosen I guess is my

**Page 115**

1 question.
2    Q. Do you know whether she
3 wrote it or someone else wrote it for
4 her?
5    A. I don't know that.
6    Q. All right. Do you see
7 anything on here that suggests that this
8 was done by the city rather than by
9 Sara?
10    A. Well, I mean, the whole
11 thing? The whole document?
12    Q. Sure.
13    A. I don't see anything that
14 specifically suggests it, but I really
15 don't see where Sara would sit down and
16 type this up.
17    Q. Okay. She signed her name
18 to it though, right?
19    A. Yes.
20    Q. Would you agree that we're
21 all responsible for whatever we sign our
22 names to?
23    MS. YODER: Objection.
24    THE WITNESS: Objection.
25    A. Oh, you know, did I say

**Page 116**

1 objection?
2    Q. Only one can object on that
3 side.
4    MR. CARLIN: That's the attorney
5 in you.
6    A. Let's back up.
7    Q. Before we back up though,
8 can you answer that question?
9    A. Well, I might want to change
10 my answer, so.
11    Q. Let's hear the first answer
12 and then you can change whatever you
13 like.
14    A. I forgot what the question
15 was.
16    Q. All right. Would you agree
17 that Sara is responsible for the things
18 she signs her name to?
19    A. I suppose everyone is, yes.
20    Q. Now I'm going to pass out
21 Exhibit 2.
22    A. Can we get back to what I
23 wanted to say?
24    Q. Let's pass this out.
25    A. So it says that Ms.

**Page 117**

1 Criscione knowingly engaged in a pattern
2 of conduct with purpose to cause mental
3 distress.
4    I don't think the posting
5 multiple negative messages is the key
6 point of -- is the operative thing. I
7 think the pattern of conduct with the
8 intent to cause mental distress is the
9 key thing.
10    So posting messages, I think
11 that's all that's required is posting
12 messages that are intended to cause
13 mental distress.
14    Q. All right. Fair enough.
15 I'm going to pass out Exhibit 2 now.
16    MS. YODER: Look at the whole
17 document.
18    Q. Have you seen this document
19 before?
20    A. Let me look at it first.
21 Okay.
22    Q. Have you seen this document
23 before?
24    A. Maybe just glanced at it.
25    Q. Can you tell us what it is?


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 118**

1      A.  Looks like it's a complaint.
2      Q.  Okay.  So looking up at the
3  top, is this a complaint by the city?
4      A.  It's a complaint by an
5  individual.
6      Q.  Who is the individual who
7  made this complaint?
8      A.  Sara.
9      Q.  Did Sara sign her name to
10  it?
11      A.  Yes.
12      Q.  Just like the other one?
13      A.  Yes.
14      Q.  And so on this occasion
15  she's being criminally charged for
16  posting several text and video/audio
17  messages to a social media site?
18      A.  Yes.
19      Q.  With a purpose to harass and
20  annoy Sara Thurmer, correct?
21      A.  Yes.
22      Q.  Do you see anything in here
23  to suggest that this is the city acting
24  on its own bringing charges?
25      A.  What do you mean acting on

**Page 119**

1  its own?
2      Q.  You were saying before that
3  - I forget the wording - but you were
4  saying this wasn't something that East
5  Park was pursuing, but rather was
6  something that was the city's decision
7  to prosecute?
8      A.  It was the city's decision
9  to prosecute her.  It wasn't my decision
10  or Sara's decision.  Sara filed a
11  complaint like a police report or
12  whatever.  She files it and the city,
13  you know, prepared this for Sara to
14  sign.
15      Q.  Do you know that to be true?
16      A.  I don't know that to be
17  true, but just logically.
18      Q.  Do you know how Sara felt
19  about the language in it?
20      A.  I don't know that.
21      Q.  Did she ever tell you she
22  had any objection to it?
23      A.  I don't think she would
24  have.
25      Q.  What would you infer from

**Page 120**

1  the fact that she signed it?
2      A.  I can't infer anything.
3      Q.  Someone's signature doesn't
4  signify anything to you?
5      A.  I think Sara went to the
6  police, told them what happened to her.
7      Q.  If I can bring you back to
8  the question.  Does Sara putting her
9  signature on there tell you how she
10  feels about the contents of that
11  document?
12      A.  I can't say.
13      Q.  What does it mean to you
14  when you sign your name to a document?
15      A.  I guess she agreed with it,
16  you know, so.
17      Q.  Is that based on her
18  signature you're saying?
19      A.  I suppose so.
20      Q.  Okay.  All right.  And so
21  you were the first one to get police
22  involved in this case, right?
23      A.  Yes.
24      Q.  Had Sara asked you to do
25  that?

**Page 121**

1      A.  We had talked about it.
2      Q.  Tell me about that
3  conversation.
4      A.  I don't think it was a
5  conversation. I think that we didn't
6  talk about it until the trespassing I
7  don't think, because all of those posts,
8  we knew they were being made and it
9  went on and on and on.  And then the
10  trespassing occurred and that was
11  alarming to her.  And to me.
12      Q.  Okay.  How did you guys feel
13  about those posts?
14      A.  We?  They were -- they were
15  unusual in either of our experiences.
16  They seemed a little threatening
17  sometimes.  They seemed unhinged.  They
18  seemed -- they were concerning the other
19  employees.  East Park is a pretty quiet
20  little place so it was just disturbing
21  to people.
22      Q.  Okay.  So you had a
23  conversation after you thought that Gina
24  was on East Park property?
25      A.  Well, we did have a


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787      www.cefgroup.com      fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 122**

1    conversation then, yes.
2         Q.  Was that the first time you
3    guys had talked about this?
4         A.  Talked about what?
5         Q.  About Gina's posts.
6         A.  No.
7         Q.  Was that the first time that
8    you had discussed police involvement?
9         A.  After the trespassing I
10   believe, yes.  After I discovered the
11   statutes and asked Sara if she thought
12   the police should be involved.
13        Q.  Okay.  Did you think the
14   police should be involved?
15        A.  I think to an extent.  I
16   just wanted to find out if there was
17   any criminal conduct in it after I had
18   discovered the possibility of a crime.
19        Q.  And why did you want an
20   answer to that question?
21        A.  Because Ms. Criscione by
22   virtue of her past behavior, by virtue
23   of her way of dealing with situations
24   that seemed to upset her, and then also
25   the stream of posts, it was my feeling

**Page 123**

1    that she could possibly come on the
2    property and harm people.  And I didn't
3    want that to happen.
4         I had a lot of -- we had 100
5    employees on the campus, we had 120
6    elderly residents.  And like I said in
7    the email, I had no idea what she was
8    capable of.
9         Q.  Could you tell me about,
10   yeah, Ms. Criscione's history of
11   violence at East Park?
12        A.  I didn't know anything about
13   her history of violence, that she had a
14   history of violence.
15        Q.  Right now do you know of any
16   history of violence?
17        A.  I don't.
18        Q.  Do you know of her harming
19   anyone in any way other than violence?
20        A.  No.  What do you mean, other
21   than violence?
22        Q.  You're saying you thought she
23   would come on the property and harm
24   people.
25        A.  Yes.

**Page 124**

1         Q.  What were you imagining?
2         A.  What I was imagining was her
3    doing it, coming on the property, doing
4    something that would harm someone.
5         Q.  Like what?
6         A.  I don't know.  Running
7    somebody over with a car, hitting
8    somebody with a car, lying in wait for
9    Sara when she came out of the building.
10   There's all kinds of possibilities.
11        And what really -- when you see
12   a shooting or something nowadays and
13   something happens and somebody's
14   unhinged and somebody wants revenge on
15   their workplace or whatever and you find
16   out this happened, the first thing
17   anybody asks, oh, you could tell from
18   their social media they were unhinged.
19   Like, why didn't -- you could see signs
20   so why didn't someone do something.  So
21   that -- I didn't want that to happen.
22        Q.  All right.  So you were
23   concerned about her coming in, shooting
24   up the nursing home?
25        A.  I didn't know what she was

**Page 125**

1    capable of.  I had a duty to everybody
2    on that campus and that's the way I
3    viewed it.
4         Q.  How many times had you
5    interacted with Gina up to that point?
6         A.  I never interacted with her.
7         Q.  So you're just kind of
8    making these guesses about her danger
9    level based on Facebook?
10        A.  Facebook, and then also texts
11   to Sara, her inability to be satisfied
12   with anything anyone ever did.
13        Q.  Did she ever saying anything,
14   you know, had she threatened Sara
15   through text messages?
16        A.  It could be interpreted that
17   way.
18        Q.  What do you remember?
19        A.  I'm on a crusade.  I'm never
20   going to let this go.  You better run
21   and hide.  I'm going to take East Park
22   for a ride.
23        Q.  All right.
24        A.  And the video was disturbing
25   also.

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 126**

1    **Q.** Which video are you talking
2  about?
3        **A.** She was wearing a pink hat
4  in the video.
5        **Q.** That is -- I'm color blind
6  so you're going to have to give me
7  more.
8        **A.** It wasn't the one where she
9  was with her mother.  It was the other
10  one.
11        **Q.** What was happening in that
12  video?
13        **A.** I'm not sure what was
14  happening.  I couldn't tell what was
15  happening.  She seemed to be right
16  outside the property, right outside the
17  driveway.  There was music playing in
18  the background, some strange music and
19  she was -- seemed to be speaking
20  gibberish.
21        **Q.** Okay.  So did she say
22  something threatening in that video?
23        **A.** I don't recall -- I couldn't
24  understand what she was saying.
25        **Q.** And was she --

**Page 127**

1        **A.** She seemed very unhinged.
2        **Q.** Was she like making
3  threatening gestures perhaps?
4        **A.** No, just her behavior was
5  concerning.
6        **Q.** And you were saying you
7  couldn't tell what was going on in that
8  video?
9        **A.** No.
10        **Q.** So you jumped to violence?
11  MS. YODER:  Objection.
12        **A.** No, I didn't jump to
13  violence.  I was worried about the
14  possibility of violence.
15        **Q.** Based on that video?
16  MS. YODER:  Objection, you can
17  answer.
18        **A.** The possibility of it.
19        **Q.** All right.  Passing out
20  Exhibit 5. Do you recognize this?
21        **A.** Yes.
22        **Q.** What is this?
23        **A.** It's the email I sent to
24  Sergeant Duncan.
25        **Q.** All right.  And if you jump

**Page 128**

1  two or three pages back, what do you
2  see?
3        **A.** I'm sorry, where?
4        **Q.** If you jump to page -- it
5  will say 84 in the one corner.
6        **A.** Um-hum.
7        **Q.** What do we have back there
8  in the back of this?
9        **A.** In the back of what?  What
10  are you saying?
11        **Q.** Behind the email.
12        **A.** Oh, I don't know what that
13  is.
14        **Q.** Okay.  How about the page
15  marked 85?
16        **A.** What about 85?
17        **Q.** Do you recognize this?
18        **A.** Do I recognize what, the
19  post?
20        **Q.** Yes.
21        **A.** Yes.
22        **Q.** Where did it come from?
23        **A.** The post?
24        **Q.** Yeah.  So let me --
25        **A.** I don't understand your

**Page 129**

1  question.
2        **Q.** It sounds like.  So yeah,
3  let me ask it differently.  At the top
4  of this email on the front page it has
5  a list of 13 attachments.
6        **A.** Where?
7  MS. YODER:  He's on the first
8  page of the email.
9  THE WITNESS:  Oh, I'm sorry.
10        **A.** Yes.
11        **Q.** So there's a list of
12  attachments, right?
13        **A.** Yes.
14        **Q.** Did you attach these
15  attachments to the email?
16        **A.** Yes.
17        **Q.** Is that what the images are
18  starting on the fourth page?
19        **A.** As far as I know.  I don't
20  know this is the order they were sent
21  in but yes, I did.
22        **Q.** This is the email you sent
23  and the attachments you sent; is that
24  correct?
25        **A.** Yes.


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 130**

1    Q. And you sent this email in
2 your capacity as an officer of East
3 Park, right?
4    A. Yes.
5    Q. Were you acting as counsel
6 for East Park when you were doing this?
7 Were you acting in your capacity as an
8 attorney?
9    A. I was acting informed by my
10 being an attorney.
11    Q. Okay. Were you doing it as
12 an exercise of legal services to East
13 Park?
14    A. It's hard to separate the
15 two because my being an attorney sort of
16 informs me in my thinking. So I signed
17 it though as the president of East Park.
18    Q. Okay, great. And then you
19 -- did you consider yourself to be
20 acting as legal counsel for Sara?
21    A. No.
22    Q. So this is -- when I looked
23 at this case initially, it sort of
24 looked to me more like what typically
25 turns into like a defamation case. And

**Page 131**

1 so when I deal with those, what I
2 frequently -- frequently they get
3 resolved very quickly because the
4 parties just agree to, like, take down
5 whatever they said on Facebook and we're
6 just not going to talk about each other
7 and then everybody walks away.
8    And I'm wondering if, like, were
9 you hoping for jail time for Gina or
10 were you hoping just to bring this down?
11    A. I wasn't --
12    MS. YODER: Objection.
13    A. I wasn't hoping for anything.
14 I just was concerned. And so I started
15 this, you know, that's what -- it was
16 just out of concern. I wasn't hoping
17 for anything.
18    Q. You didn't have any thoughts
19 about what a good outcome would be?
20    A. I wanted the harassment to
21 stop.
22    Q. Okay. And so yeah, so you
23 wanted her to stop posting about East
24 Park?
25    MS. YODER: Objection, go ahead.

**Page 132**

1    A. Not posting about East Park,
2 posting threats. She could -- it wasn't
3 posting about East Park, it was the
4 threats involved and the harassment
5 involved and the trespassing.
6    Q. Let's break those down. You
7 mentioned trespassing, you mentioned
8 threats, you mentioned harassment. What
9 are you talking about when you talk
10 about harassment?
11    A. The comments. The harassment
12 in regard to characterizations that were
13 made about what occurred at East Park,
14 harassment of Sara.
15    Q. What do you mean by
16 harassment of Sara?
17    A. By posting things that were
18 designed to make Sara -- like, they were
19 abusive comments. Let me think about
20 this for a second.
21    Q. And if it helps you've got
22 them all at the back of Exhibit 5.
23    A. Yeah. So this whole thing
24 was of a piece, this whole, like,
25 episode. So little by little it just

**Page 133**

1 built and built. And Ms. Criscione
2 seemed to be escalating in some of the
3 posts.
4    From what I remember, she would
5 post something, people would tell me
6 about it and then say it was erased
7 from the Facebook page. Like I don't
8 know how Facebook works, I'm not on
9 Facebook. So it would be taken down or
10 whatever.
11    And then as time went on, there
12 were more posts and they weren't taken
13 down. So I don't know where on
14 Facebook they were. I mean, I don't
15 know specifically where anything came
16 from.
17    So it was just this constant
18 barrage with threats and intimidation
19 and harassment, abusive comments.
20    Q. Okay. So what I was asking
21 specifically is what you're referring to
22 when you talk about harassment. It
23 sounds like you're saying the abusive
24 comments are the harassment you're
25 trying to stop?

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume I**                    7/3/2023

---

**Page 134**

1   A. Well, the legal harassment,
2 under telecommunications harassment. I
3 -- you know.
4   Q. I'm not asking about the
5 legal definition. I'm asking what you
6 wanted.
7   A. Well, I wanted Sara to be
8 safe. I wanted the facility to be
9 safe.
10   Q. Did you want Sara to be safe
11 from Gina's criticisms?
12   A. If they were causing her
13 mental distress, yes.
14   Q. I want to make sure I've got
15 this right here. Was your goal
16 necessarily to -- when you decided to
17 get the police involved and start moving
18 into the court process, was the goal to
19 seek conviction and punishment for Gina?
20   A. No.
21   Q. Okay. It was to get, yeah,
22 the harassment of Sara to stop?
23   A. Yes.
24   Q. Okay. Were you trying to
25 get the things out there still on

---

**Page 135**

1 Facebook taken down?
2   A. No.
3   Q. Did you want Gina to go to
4 jail?
5   A. No.
6   Q. Did you want Gina to pay a
7 fine?
8   A. I didn't think about any of
9 that. I wanted to see, you know, I
10 pursued it because I wanted it to stop.
11   Q. Okay. Let me -- it's
12 surprising to me to hear you say that
13 you didn't think about the punishment
14 aspect of this. You and Sara have
15 initiated a process whereby Gina has
16 been brought into court on criminal
17 charges, right?
18   A. It wasn't our decision to
19 charge her.
20   Q. But this was a process that
21 you guys initiated, right?
22   MS. YODER: Objection.
23   A. It was making a police
24 report.
25   Q. Okay. Did you ever

---

**Page 136**

1 discourage the police from pursuing
2 criminal charges?
3   MS. YODER: Objection, you can
4 answer.
5   A. No.
6   Q. Did you, in fact, object to
7 the court proceeding with criminal
8 charges against Gina?
9   A. No.
10   Q. So you have started the ball
11 rolling and Gina is facing criminal
12 charges and you just didn't think about
13 or care about the fact that she could
14 face jail time?
15   MS. YODER: Objection, go ahead.
16   A. No.
17   Q. All right. So while that
18 process is unfolding, you are behind the
19 scenes kind of helping the police build
20 that case, right?
21   MS. YODER: Objection.
22   A. I was doing what they asked
23 me to do.
24   Q. Providing them information,
25 documents?

---

**Page 137**

1   A. Yes.
2   Q. Now, you told Harold Duncan
3 that Gina had been on East Park property
4 on September 20th, 2020, right?
5   A. Yes.
6   Q. So you personally don't know
7 whether she was there, right? That came
8 to you second or third-hand?
9   A. I found out about it on the
10 morning of September 20th.
11   Q. You weren't there to see it
12 though?
13   A. No.
14   Q. What did you hear when you
15 found out about it?
16   A. Sara called me that morning,
17 I think around 9 a.m. on a Sunday
18 morning. There was no reason for her
19 to call, you know. It was -- and she
20 told me that she was told -- and I
21 don't know if this was by the employee
22 herself or someone else at the facility.
23 I'm not positive about that
24 conversation.
25   An employee had just driven onto

---



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 138**

1  the property to drop off, the employee
2  worked there and her daughter worked
3  there, so she was driving her daughter
4  onto the property to go to work and
5  they saw Gina driving on the property.
6      **Q.**  What was she doing?
7      **A.**  That's all I know, is that
8  she was driving on the property.  But
9  she was on the property.
10      **Q.**  Is this like the scenario
11  you were talking about where she's
12  trying to run down an employee?
13      MS. YODER:  Objection.
14      **A.**  No.
15      **Q.**  Okay.  What was she --
16      **A.**  I don't know where she was
17  on the property.  I don't know the
18  details of it.  I know that the
19  employees said they recognized her and
20  they were worried that she was on the
21  property.  That in and of itself they
22  wanted to report to Sara.
23      **Q.**  All right.  So on that
24  occasion, whoever was driving that car
25  didn't do anything violent or

**Page 139**

1  threatening, did they?
2      **A.**  No, they just saw someone.
3  They just saw her.  You think the
4  employee did something threatening?
5      **Q.**  No, I'm asking if the driver
6  of the car, who was purported to be
7  Gina Criscione, did anything that was
8  violent or threatening?
9      **A.**  No, no, not that I know of.
10  Not in the statement, no.
11      **Q.**  We can assume they would
12  have told us, right?
13      **A.**  I would imagine.
14      **Q.**  And who was the employee who
15  reported this?
16      **A.**  Her name I think was Amanda
17  Wetherell.
18      **Q.**  Is that the mother or the
19  daughter?
20      **A.**  I believe it's the mother.
21  I think you have the email.
22      **Q.**  What's her daughter's name?
23      **A.**  I don't know.
24      **Q.**  Okay.  And so when you
25  drafted the email to Sergeant Duncan,

**Page 140**

1  what was your objective with that email?
2      MS. YODER:  Objection, asked and
3  answered.  Go ahead.
4      **A.**  It was to inform the police
5  what was happening and see if there was
6  anything that could be done about it.
7      **Q.**  Okay.  And so there is a
8  whole universe of information you could
9  transmit to Sergeant Duncan or omit from
10  your email, right?
11      **A.**  Probably.  There's a whole
12  universe of information period.
13      **Q.**  Right.  So is it safe to
14  assume that as you're doing this, you're
15  trying to give Sergeant Duncan the most
16  useful information that would allow him
17  to establish whether a crime has been
18  committed?
19      MS. YODER:  Objection.
20      **A.**  Can you ask me that again?
21      MR. BARDWELL:  Can you read that
22  back?
23      (Record read.)
24      **A.**  I was trying to give him
25  some information that would be useful.

**Page 141**

1  I don't know if it's the most useful
2  information.  I mean -- yeah.
3      **Q.**  Was there information that
4  you knew of that -- was there
5  information that you knew of that you
6  think would have been more useful that
7  you omitted for some reason?
8      **A.**  That I omitted?
9      **Q.**  Um-hum.
10      **A.**  I don't think so.
11      **Q.**  Okay.  So as a lawyer, you
12  weren't practicing, right?
13      **A.**  No.
14      **Q.**  Haven't been for a while?
15      **A.**  Not actively.
16      **Q.**  All right.  But generally
17  speaking you understand how to look at
18  the law it sounds like and marshal facts
19  to present arguments that an offense has
20  been committed; is that fair to say?
21      MS. YODER:  Objection.  Go ahead.
22      **A.**  I think I have some skill in
23  that.
24      **Q.**  Okay.  All right.  And so is
25  that what you were trying to do with


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787        www.cefgroup.com        fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44113  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 142**

1    this email?
2        A. I was trying to -- can you
3   repeat that? Was I trying to --
4        Q. Let me step back. It
5   sounded like you were saying that you
6   wanted Sergeant Duncan to look at this
7   and decide whether a crime had been
8   committed.
9        A. Yes, by providing the
10   evidence.
11        Q. Okay. And so did you
12   provide him the best evidence you had
13   available?
14        A. At the time, probably.
15        Q. Okay. Did you later come in
16   to additional evidence that would have
17   been more useful?
18        A. I don't think so.
19        Q. All right. So as you're
20   making this case for Sergeant Duncan,
21   let's start with page --
22        A. I wasn't making a case. I
23   was just giving him an overview. He
24   could draw conclusions on his own and so
25   could the prosecutor.

**Page 143**

1        Q. All right. So looking at
2   the first page of Exhibit 5. The
3   second to last paragraph says, In
4   multiple posts, assertions that medical
5   records were not provided to Ms.
6   Criscione are also false.
7        A. Yes.
8        Q. Why was it important to
9   mention that?
10        A. Because --
11        MS. YODER: No, you're okay, but
12   he's on the first page.
13        THE WITNESS: Oh, I'm sorry.
14        MS. YODER: That's all right.
15   He's asking you about this right here
16   (indicating).
17        THE WITNESS: I get lost a lot.
18        A. Because I believe that that
19   was part of the harassment.
20        Q. Telling a lie?
21        A. Yes.
22        Q. And you wanted Sergeant
23   Duncan to factor that into his decision
24   on whether he should pursue charges?
25        MS. YODER: Objection, go ahead.

**Page 144**

1        A. It was one aspect.
2        Q. Okay. So going into that
3   next paragraph it says, Ms. Criscione
4   complained constantly about her mother's
5   care. Why was that important to
6   mention?
7        A. Because it was evidence of
8   like a relentless sort of attitude in
9   her behavior. And it was unceasing.
10        Q. And you found that
11   problematic?
12        A. Yes.
13        Q. Just to be clear, this
14   relentless sort of attitude is her
15   advocacy for her mother's healthcare; is
16   that correct?
17        MS. YODER: Objection. Go ahead.
18        A. No.
19        Q. Take a look at the sentence.
20        A. Yes.
21        Q. It says, Ms. Criscione
22   complained constantly about her mother's
23   care, right?
24        A. Yes.
25        Q. Okay. Do you find that

**Page 145**

1   objectionable?
2        MS. YODER: Objection. Go ahead
3   if you understand.
4        A. No, I don't.
5        Q. Okay. Why was it important
6   to mention it?
7        A. Because it and the next
8   sentence, like, reveal a -- like I said,
9   a relentless type of conduct that shows
10   she doesn't give up.
11        Q. So when we talk about the
12   next sentence, Ms. Criscione complains
13   constantly about her mother's care, and
14   she was told repeatedly she was free to
15   move her mother at any time but never
16   did. Is that what we're talking about?
17        A. No, I'm sorry, the calling
18   repeatedly during the day.
19        Q. Why was it important to
20   mention that she called repeatedly
21   during the day?
22        A. Because nothing was ever good
23   enough. In some ways it seemed to be
24   resolved but it would be asserted again
25   and it was just this constant --


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

**Page 146**

1  Q. Can you give me an example?
2  A. Let me think for a minute.
3  Just the phone calls over and over
4  again. And the -- if someone did not
5  call her back immediately it was call
6  again, call again, call again.
7  Q. How do you know that?
8  A. From text messages that she
9  made with Sara. I've called 10 times
10  today. I've called over and over and,
11  you know.
12  Q. What I'm asking about is
13  what these calls are about.
14  A. Yes, they are about her
15  mother but they also are -- they're
16  unusual I think in the way that families
17  communicate.
18  Q. There are some families who
19  check someone into nursing homes and
20  basically don't come back, correct?
21  A. I don't disagree. There are
22  some people.
23  Q. Okay. Do you have children?
24  A. Yes.
25  Q. If you were in a nursing

**Page 147**

1  home, how often would you want them to
2  check in on you?
3  MS. YODER: Objection.
4  A. That's not the point.
5  Q. What is the point?
6  A. The point is --
7  Q. You understand Gina is a
8  human being with a human mother, right?
9  A. Yes. But --
10  Q. You understand that her
11  mother had a serious illness that
12  required 'round the clock care, right?
13  MS. YODER: Objection.
14  A. Everyone in a nursing home
15  does.
16  Q. Was East Park perpetually
17  fully staffed?
18  A. Yes. Yes, they were.
19  Q. Okay. We'll come back to
20  that.
21  So you think it's inappropriate
22  for her to call repeatedly to check in
23  on her mother?
24  A. I think it's inappropriate to
25  call 10 times a day, be told something

**Page 148**

1  and then just call back.
2  Q. Did anyone ever tell her to
3  stop calling?
4  A. I think after a while, yes.
5  During the pandemic, yes.
6  Q. Who?
7  A. Because they could only
8  accommodate so many phone calls a day.
9  Q. Who told her to stop
10  calling?
11  MS. YODER: Objection. I think
12  that mischaracterizes her testimony but
13  go ahead if you can answer.
14  A. I don't know who
15  specifically.
16  Q. Did someone actually tell her
17  to stop calling?
18  A. I believe the social worker
19  might have at one point.
20  Q. Who's the social worker?
21  A. Brenda Plum. We have an
22  email to that effect.
23  Q. All right. Moving on to the
24  next paragraph. It says that Ms.
25  Criscione was texting Sara at all hours

**Page 149**

1  of the day and night, correct?
2  A. Yes.
3  Q. Was that true?
4  A. Yes.
5  Q. Why was it important to
6  mention that Gina was texting Sara at
7  all hours of the day and night?
8  A. Because it was another
9  example of this relentlessness.
10  Q. Did Sara ever tell Gina to
11  stop texting her?
12  A. I don't think so.
13  Q. Did Sara in fact invite Gina
14  to text her at any time?
15  A. Yes, I believe she did.
16  Q. So is there anything
17  inappropriate about texting her?
18  A. It was still another example
19  of her relentlessness.
20  Q. Of her advocacy for her
21  mother's healthcare?
22  A. No.
23  Q. Of what?
24  A. Of -- I don't know. I don't
25  know, I can't speak to that.

---

**Page 150**

1      **Q.** All right.  Next paragraph,
2  it says that Gina has been attacking Ms.
3  Thurmer's reputation and professional
4  standing.  Why was that important to
5  mention?
6      **A.** Because it was causing Sara
7  mental distress.
8      **Q.** Do you think it is okay to
9  attack someone's reputation?
10      **A.** It depends on what your
11  intent is.
12      **Q.** Let's imagine this.  If your
13  intent was to warn other people away
14  from a nursing home that you believe
15  killed your mother, would it be wrong to
16  attack the reputation of that nursing
17  home or its employees?
18      **A.** This wasn't the nursing home,
19  this was attacking Sara.
20      **Q.** Okay.  Would it be wrong to
21  attack the reputation of the
22  administrator of the nursing home that
23  you believe killed your mother?
24      MS. YODER:  Objection.
25      **A.** If the intent was to cause

---

**Page 151**

1  mental distress, yes.
2      **Q.** Okay.  Do you think -- is it
3  always wrong to cause someone else
4  mental distress?
5      MS. YODER:  Objection, go ahead.
6      **A.** I was going by what the
7  statute said.
8      **Q.** Do you personally think it's
9  wrong to cause someone mental distress?
10      MS. YODER:  Objection.
11      **A.** My morals aren't at issue
12  here.
13      **Q.** I'm asking you.  You can
14  answer.
15      MS. YODER:  Objection.  Answer if
16  you can.
17      **A.** I reported what I thought
18  might be a crime to the police.  They
19  dealt with it the way they saw fit.
20  They saw the same text messages and
21  Facebook posts and the video.  They made
22  the decision to go forward.
23      MR. BARDWELL:  Could you read
24  back the question?
25          (Record read.)

---

**Page 152**

1      MS. YODER:  Objection, if you can
2  answer, go ahead.
3      **A.** Do I think it's wrong to
4  cause someone mental distress?
5      **Q.** Um-hum.
6      **A.** I thought I answered that.
7      **Q.** No, you told me about how
8  you made a police report.  But if you
9  did, was your answer yes or no?
10      **A.** If it's your intent to cause
11  it.  If you do it by accident I think
12  that's different.
13      **Q.** Do you think people ever
14  should feel mentally distressed?
15      MS. YODER:  Objection.
16      **A.** I don't know what should
17  means.
18      **Q.** Let me ask you this.  If you
19  were preparing to embark on conduct that
20  was going to be hurtful to someone you
21  loved, should you have a clear
22  conscience about it or should you feel
23  mental distress?
24      MS. YODER:  Objection.  Answer if
25  you can.

---

**Page 153**

1      **A.** I can't answer that.
2      **Q.** All right.  Why was it
3  important -- so let's go down to the
4  next paragraph.  You told Sergeant
5  Duncan that Ms. Criscione has been seen
6  picketing outside the facility on
7  several occasions.
8          When you were gathering
9  information for Sergeant Duncan to make
10  a charging decision, why was it
11  important for you to mention Gina had
12  been picketing?
13      **A.** Because it was to show that
14  it started with picketing and then it
15  escalated into these threatening
16  Facebook posts.
17      **Q.** Okay.
18      MS. YODER:  Brian, when you're at
19  a good stopping point can we break for
20  a few minutes?
21      MR. BARDWELL:  Yeah, I've got a
22  couple more questions and then we can do
23  that.
24      **Q.** So let's flip to the fourth
25  page of this.

---


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787      www.cefgroup.com      fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44113  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 154

1       MS. YODER:  Do you have a Bates
2   number?
3       MR. BARDWELL:  It's kind of hard
4   to read and I think it Bates stamped
5   over a previous number.  Criscione
6   7775 --
7       MS. YODER:  So the 84 --
8       MR. BARDWELL:  Right.
9       Q.  So up at the top of this --
10  so this is an image of a phone with a
11  Facebook post.  Up at the top it says
12  Jennifer Thompson English. Who's that?
13      A.  She was an employee.
14      Q.  So did she provide you this
15  image?
16      A.  I think she sent it to
17  someone else who sent it to me.  But I
18  didn't have her contact information.
19      Q.  Okay.  Did she send it to
20  Sara?
21      A.  Perhaps.
22      Q.  Did Sara send it to you?
23      A.  I don't know if Sara sent it
24  to me. I don't know for sure.
25      Q.  All right.  And so would you

Page 155

1   read for us -- so this is a picture of
2   a sign Gina made, right?
3       A.  I believe so.
4       Q.  Could you read it to us?
5       A.  What are you hiding East
6   Park.
7       Q.  All right.  Was this
8   threatening?
9       A.  I think -- I don't think it
10  was threatening, I think it was
11  harassing.
12      Q.  How so?
13      A.  That, you know, implying that
14  Sara's hiding something.
15      Q.  And is this the sort of
16  thing you wanted to put an end to?
17      A.  No, it wasn't that, not
18  specifically.
19      Q.  Why did you include it?
20      A.  I included it because it
21  fell into the pattern of conduct that
22  was causing mental distress.
23      Q.  So are you saying this is
24  part of the harassment?
25      A.  It's part of the pattern of

Page 156

1   conduct and I believe it's also
2   harassing.
3       Q.  So, but when I asked if this
4   was the sort of thing you were trying
5   to put a stop to you said no.
6       A.  I was trying to put a stop
7   to the pattern of conduct that was
8   causing mental distress and the
9   harassment.
10      Q.  And this is one of those
11  instances of conduct, right?
12      A.  It's one of them.  It was
13  all of a piece like I explained before.
14      Q.  Okay.  Let's flip to the
15  next page which has 85 in the corner.
16  Looks like a Facebook post from Gina,
17  right?
18      A.  Yes.
19      Q.  Would you read it into the
20  record, please?
21      A.  Lunch on Mondays and
22  Thursdays, I'll be walking now for lunch
23  for the people of East Park in the hope
24  they feed them.
25      Q.  Okay.  Threatening?

Page 157

1       A.  No.
2       Q.  Harassing?
3       A.  Yes.  It could be
4   interpreted as harassing.
5       Q.  Harassing who?
6       A.  Harassing Sara and implying
7   that we don't feed people by implying
8   that no one's fed there.
9       Q.  Does it mention Sara?
10      A.  No.
11      Q.  Okay.  So this is the sort
12  of thing you wanted to stop Gina from
13  doing as well, right?
14      A.  I included all of them
15  because they were part of the pattern of
16  conduct.
17      Q.  But the question is whether
18  this post was the kind of thing you
19  were trying to stop Gina from doing in
20  the future?
21      MS. YODER:  Objection, go ahead.
22      A.  I'm sorry, can you say that
23  again?
24      Q.  When you sent this post to
25  Sergeant Duncan, were you trying to stop



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume I**                          7/3/2023

---

**Page 158**

1  Gina from making this kind of post in
2  the future?
3          A. No, I was trying to make --
4  I provided everything that was said in
5  context. It wasn't up to me to also
6  determine whether each of these things
7  involved a certain aspect or element of
8  anything. It was for the prosecutor to
9  decide that.
10         Q. Who attached this to the
11 email?
12         A. I did.
13         Q. Why did you attach this one
14 to the email?
15         MS. YODER: Objection. Go ahead.
16         A. I wanted them to see
17 everything that happened.
18         Q. Okay. So you felt that this
19 was harassing, right?
20         A. Yes.
21         Q. And you wanted to stop that
22 harassment?
23         A. Yes.
24         Q. Let's look to the next one.
25 Another Facebook post it looks like.

---

**Page 159**

1          A. Yes.
2          Q. Could you read it for the
3  record please.
4          A. Thank you so much, my sweet
5  mother died on June 20th. I managed to
6  move her. She arrived at Mount Alverna
7  on State Road on May 22nd bruised and
8  dehydrated with injuries that East Park
9  told me were healed. She went from 130
10 pounds to 97 pounds because of East
11 Park.
12         She died peacefully too soon with
13 loving people around her at Mount
14 Alverna. Thank God. But for three
15 months, EP would not let me talk on the
16 phone to my mother. They actually told
17 staff if they called me for mom they
18 would be fired. We watched her decline
19 through a dirty window.
20         Yes, the sweet little
21 administrator, Sara Thurmer, she better
22 run, she better hide, the ODH is on her
23 arse right now.
24         Q. Okay. So is it true that
25 her mother died on June 20th?

---

**Page 160**

1          A. I don't know that for a
2  fact.
3          Q. Do you dispute it?
4          A. No.
5          Q. Do you dispute that she
6  arrived at Mount Alverna on May 22nd?
7          A. No reason to dispute that.
8          Q. Do you dispute that when she
9  arrived at Mount Alverna she was bruised
10 and dehydrated?
11         A. I don't know her condition
12 when she arrived there.
13         Q. All right. It was your job
14 to review and find out about her
15 treatment today, right?
16         MS. YODER: Objection. We
17 addressed that in our letter.
18         A. I'm sorry. I don't know. I
19 have no knowledge that she was bruised
20 and dehydrated.
21         Q. Do you have any knowledge
22 that she was not bruised and dehydrated?
23         A. No.
24         Q. Do you dispute that she had
25 injuries that East Park told Gina were

---

**Page 161**

1  already healed?
2          A. I don't know that.
3          Q. Do you dispute it?
4          A. No.
5          Q. Okay. Do you dispute that
6  she went from 130 pounds to 97 pounds?
7          A. Actually yes.
8          Q. Why?
9          A. Because I believe that she
10 weighed 112 pounds when she arrived at
11 Mount Alverna.
12         Q. Okay.
13         A. I don't know what the 97 --
14 when this 97 pound weight was taken
15 either.
16         Q. All right. We can jump into
17 the records. Is it true that for three
18 months East Park would not let her talk
19 to her mother on the phone?
20         A. No, that is not true.
21         Q. How do you know?
22         A. Because there were calls put
23 through for everybody. If they were
24 going to refuse her to talk to her
25 mother it was at the time, not every

---



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44113 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

**Page 162**

1   time she demanded it.
2           **Q.** How many times did East Park
3   let her talk to her mother on the phone
4   during those three months?
5           **A.** I don't know for sure.
6           **Q.** Do you know for sure that it
7   even happened once?
8           **A.** No, I don't know for sure
9   but I doubt it.
10          **Q.** Is it true that East Park
11  told staff if they called Gina for
12  Dorothy they would be fired?
13          **A.** I don't know that to be
14  true.
15          **Q.** Do you know it to be false?
16          **A.** No, but I don't think
17  anybody would be fired calling her for
18  her mother.
19          **Q.** We can agree that they
20  shouldn't be, right?
21          MS. YODER:  Objection.  Answer if
22  you can.
23          **A.** You mean if the staff --
24  that they shouldn't be fired?
25          **Q.** Yes.

**Page 163**

1           **A.** Yes.
2           **Q.** Why?
3           **A.** Because that's not -- we
4   wouldn't have done that.  If you want
5   me to speak for East Park we wouldn't
6   have done that.
7           **Q.** Why not?
8           **A.** Because she was allowed
9   communication with her mother, just not
10  at the exact times she wanted to have
11  it.
12          **Q.** Again, you don't actually
13  know that to be true, right?  You're
14  assuming that's true?
15          **A.** I -- there would be times
16  when the staff was busy and could not
17  do everything she wanted every time she
18  called.
19          And so it wasn't, you know, there
20  was always -- she called all the time
21  and she wanted connected with her
22  mother.  Sometimes her mother, you know,
23  I was told sometimes her mother said she
24  didn't want to talk to her.  So, you
25  know.

**Page 164**

1           **Q.** None of this answers my
2   question though.  I know sometimes staff
3   is busy or that sometimes Dorothy might
4   want to rest.  I'm asking whether you
5   personally know that Gina was connected
6   to her mother at any point in those
7   three months?
8           **A.** I don't know for sure.
9           **Q.** Okay.  Now, the question I
10  was asking before that is about this
11  statement that East Park told staff that
12  if they called Gina for Dorothy they
13  would be fired.  You said they would
14  never do that, right?
15          **A.** Yes.  I don't think so.
16          **Q.** Why wouldn't they do that?
17          **A.** Because we ran a nursing
18  home.  So in the give and take and the
19  interplay at a place like that, that is
20  not something that would be done.
21          **Q.** It would be cruel and awful,
22  wouldn't it?
23          MS. YODER:  Objection, answer if
24  you can.
25          **A.** I can't answer that.

**Page 165**

1           **Q.** You're not sure?
2           **A.** East Park is staffed by
3   professional people.
4           **Q.** That's not the question.
5           **A.** I think it is.
6           **Q.** The question is whether it
7   would be cruel and awful to make that
8   threat.
9           **A.** I'm not going to answer
10  that.
11          **Q.** Okay.  Do you dispute that
12  Gina and her family watched Dorothy
13  decline rapidly through a dirty window?
14          **A.** First of all, the only way
15  with the lockdown, the only way you
16  could see someone was through a window.
17          **Q.** Um-hum.
18          **A.** You're asking me if I
19  dispute it.
20          **Q.** Yeah.
21          **A.** I don't dispute it.  I don't
22  know about the declining part.  I don't
23  know exactly in what way.
24          **Q.** All right.  And so the next
25  sentence, she says that Sara better run


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 166

1    and hide because the Ohio Department of
2    Health is on her arse right now.  And
3    what does that mean?
4         A.  I don't know what she meant
5    by that. But the better run and hide,
6    she better run, she better hide, that to
7    me seems threatening.
8         Q.  What does it sound like
9    she's being threatened with?
10        A.  The stuff about the Ohio
11   Department of Health.  I don't know if
12   that's what she meant.
13        Q.  Why would someone like Sara
14   Thurmer need to be concerned about the
15   Ohio Department of Health?
16        A.  Well, she probably didn't
17   need to be concerned about the Ohio
18   Department of Health.
19        Q.  Why would a nursing home
20   administrator -- well, let's step back.
21   Are you really saying Sara Thurmer was
22   not concerned about the Ohio Department
23   of Health?
24        A.  Yes.  In this respect?
25        Q.  They're like your regulatory

Page 167

1    agency, right?
2         A.  Yes.
3         Q.  And so, I'm guessing, yeah,
4    I don't want to put words in your mouth
5    but --
6         A.  Go ahead, I'm sorry.
7         Q.  You would agree with me that
8    Sara is concerned about complying with
9    ODH obligations and the regulatory
10   regime and all that?
11        A.  Yes.
12        Q.  All right.  And so Gina was
13   saying she needed to go run and hide
14   from the Ohio Department of Health,
15   right?
16        MS. YODER:  Objection.
17        A.  Yes.
18        MS. YODER:  Can we take a break
19   now?
20        MR. BARDWELL:  I would like to
21   finish through the exhibit and then we
22   can.  Is that okay?
23        MS. YODER:  No, there's a lot.
24   I'm sorry, I thought you said you had a
25   couple more questions.  Let's take a

Page 168

1    break.
2         MR. BARDWELL:  Okay.
3         (Brief recess had.)
4         Q.  Pick up where we were,
5    number 87. All right.  Could you read
6    this one into the record for us.
7         A.  Good morning.  Life with me,
8    Gina Marie's fight for mom's rights.
9    God, I miss this lady more than I
10   thought I could miss anyone.  I will
11   find justice for mom and all the others
12   in East Park Care Center that are not
13   being cared for with the failing
14   administration.
15        Did I tell you they had to ask
16   certain staff to hold their paychecks
17   and some bounced?  I heard it from a
18   horse's mouth. Sounds like a failing
19   administration to me.
20        Q.  Okay.  Is it true that they
21   asked some staff to hold their
22   paychecks?
23        A.  No.  What happened was there
24   was one or two instances where there was
25   a bank -- electronic banking issue.  And

Page 169

1    as soon as it was discovered, sometimes
2    even before the employees would know
3    that the check was going to bounce, they
4    were given cash, envelopes with cash in
5    the amount of their paychecks.  So it
6    was all made up for as quickly as
7    possible.
8         Q.  Did any checks ever bounce?
9         A.  I don't know for sure.
10   Maybe, but it was made up to them like
11   immediately.
12        Q.  How do you know that?
13        A.  Because my husband told me
14   that.
15        Q.  What did he tell you?
16        A.  That the checks -- that the
17   checks were, you know, there was a
18   problem and then it was made up for.
19   There was an electronic issue at the
20   bank.
21        Q.  Did he ever tell you the
22   checks bounced?
23        A.  Not that I recall.  That
24   anyone's actually bounced?  Well, if
25   they were deposited and there's a


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787        www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 170

1  glitch, then like -- and a lot of the
2  employees didn't even have bank
3  accounts.
4          So when -- let's say someone puts
5  the check in the bank.  You can see on
6  the banking record, the electronic
7  record whether it's going through or
8  not.  It would show that it wasn't.  So
9  that's when the cash was made up.  Even
10  before it was all taken care of.
11          **Q.**  Did any checks bounce?
12          **A.**  I don't know for a fact.
13          **Q.**  Do you dispute the checks
14  bounced?
15          **A.**  No.  I mean, if it happened
16  it happened.  But it was all a nonissue
17  in the long run because it was made up
18  for.
19          **Q.**  Okay.  As you were gathering
20  evidence to hand off to Sergeant Duncan,
21  why was this post important for you to
22  include?
23          **A.**  It was part of the pattern
24  of conduct to cause mental distress and
25  it paints -- the failing administration,

Page 171

1  you know, is I think meant to cause
2  Sara some anxiety.  Just calling it a
3  failing administration a couple of
4  times.
5          **Q.**  Okay.  So what does that
6  post say specifically about Sara?
7          **A.**  It says that, to me it could
8  be interpreted as the administrator -- I
9  will find justice for mom and others
10  that are not being cared for.  I mean,
11  it's harassment.  It's just meant to get
12  under Sara's skin.  And like I said,
13  it's all of a piece in the pattern.
14          **Q.**  This is more of the types of
15  posts that you were trying to stop from
16  happening in the future?
17          MS. YODER:  Objection.
18          **A.**  Not just the individual
19  posts, the harassment and mental
20  distress.
21          **Q.**  This post is part of that
22  harassment you were talking about,
23  right?
24          **A.**  It's part of the pattern of
25  conduct.

Page 172

1          **Q.**  Okay.  And so you didn't
2  want to see more posts like this, right?
3          **A.**  I didn't want the pattern to
4  continue.
5          MS. YODER:  Objection.
6          **Q.**  So if she made another post
7  like this it would continue the pattern,
8  right?
9          **A.**  If she made another one like
10  that?  I don't know what that means.
11          **Q.**  Well, you're saying that it's
12  causing mental distress.
13          **A.**  I don't want posts that were
14  causing mental distress and harassment
15  to continue.
16          **Q.**  Okay.  And that includes
17  this post, right?
18          MS. YODER:  Objection.
19          **A.**  Yes.
20          **Q.**  Okay.  Let's look at number
21  88.  Read that one for us.
22          **A.**  Good morning.  Life with me,
23  Gina Marie's morning thoughts.  Good
24  morning.  Covid still in the air, folks.
25  Wake up from this bad dream.  Lord,

Page 173

1  give us the stamina to survive in this
2  world today.
3          When mom passed away and went to
4  a way better place on Saturday, June
5  20th, 2020 at 6:05 p.m., I then had no
6  time to think about Covid and what was
7  really going on out there in this world.
8          Now, I had to come back to the
9  real world after we lost mom and out of
10  the nursing home drama and despair and
11  pain we were being put through by East
12  Park Care Center.  That's over now.  I
13  pray the Lord is handling them right now
14  as I pray for them.  God knows the
15  system is shot.
16          Normal?  No one really talks
17  about normal anymore.  I guess I am
18  taking this Covid crisis day by day like
19  everybody else.  Making the best of
20  shopping and wearing your facial covers
21  and standing back from who you would
22  normally run up to and hug and limiting
23  trips and places to go.  Boo-hoo.
24          **Q.**  Would you call this post
25  threatening?

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44113  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 174

1      A. No, I wouldn't call it
2  threatening.
3      Q. Would you call it harassing?
4      A. Yes, in a sense.
5      Q. Tell me about that sense.
6      A. About East Park causing drama
7  and despair and pain, being put through
8  that by East Park.
9      Q. So you -- so we're talking
10  about the sentence that says, I had to
11  come back to the real world after we
12  lost mom and out of the nursing home
13  drama and despair and pain that we were
14  put through by East Park Care Center.
15  Right?
16      A. Yes.
17      Q. Do you find any of the rest
18  of this objectionable?
19      A. No.
20      Q. So you feel that that
21  sentence right there is too harsh a
22  criticism?
23      MS. YODER: Objection.
24      A. Too harsh? I don't know
25  that it has anything to do with

Page 175

1  harshness.
2      Q. Is it harassment, that
3  sentence?
4      A. It's a part of the pattern
5  of conduct meant to cause mental
6  distress. So it's still in the same
7  piece with the others.
8      Q. Okay. So you think -- do
9  you think that sentence is harassing?
10      A. I think it can be
11  interpreted that way because we didn't
12  -- East Park wouldn't think they put
13  anybody through pain and despair.
14      Q. Is it okay for Gina to have
15  a different opinion about that?
16      A. Not as an opinion, but as a
17  way to harass somebody.
18      Q. So you think this whole post
19  was meant to harass Sara?
20      A. No, I didn't say that.
21      Q. Do you think the post was
22  meant to harass Sara?
23      A. I think part of it.
24      Q. You think she wrote this
25  post and then hid a post to harass Sara

Page 176

1  in the middle?
2      A. I don't know why she wrote
3  what she wrote.
4      Q. I would agree with that.
5  But let's take a look. Good morning.
6  Covid is still in the air, folks. Wake
7  us up from this bad dream. Lord give us
8  the stamina to survive the day.
9      That sounds like a prayer, yeah?
10      A. I --
11      Q. Would you agree?
12      A. I don't know. I don't
13  involve myself with prayers so I don't
14  know.
15      Q. Do you know what a prayer
16  sounds like? You've heard prayers
17  before, right?
18      A. Yes.
19      Q. Does that sound like a
20  prayer?
21      MS. YODER: Objection.
22      A. I suppose.
23      Q. So looking at the next
24  paragraph, I read this and it sounds to
25  me like this woman is mourning the death

Page 177

1  of her mother. When I read that,
2  that's what comes through. Her mom died
3  and went to a better place.
4      She didn't have time to think
5  about Covid and all this other stuff
6  that's going on. And now she's been
7  forced to come back to all the turmoil
8  that's going on in the world. And then
9  she, yeah, prays the Lord is handling
10  them right now as I pray for them.
11  Who's she talking about?
12      A. I don't know.
13      Q. Take another read. Who's
14  she praying for?
15      A. I don't know.
16      Q. What does it say? I mean --
17      MS. YODER: Are you asking her
18  to read that paragraph again?
19      MR. BARDWELL: I'm asking her who
20  it says that she's praying for.
21      MS. YODER: She told you she
22  doesn't know.
23      MR. BARDWELL: I'm inviting her
24  to read more closely. We all know how
25  pronouns work.


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787     www.cefgroup.com     fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 178

1    MR. OCKERMAN:  Do we?
2        Q.  What is the antecedent to
3    the pronoun them?  I'll give you a
4    hint.  Is it fair to say it's East Park
5    Care Center that she's praying for?
6        A.  Yes, she's praying for us
7    even though we put her through drama,
8    despair and pain.
9        Q.  Okay.  And then she's taking
10   this Covid crisis day by day, like
11   everyone else, just making the best of
12   shopping and all the other awful stuff
13   about Covid, right?
14       A.  Yeah, that East Park was
15   still dealing with at the time.  For
16   another year and a half.
17       Q.  So reading all this, do you
18   honestly believe that posted this to
19   cause Sara mental distress?
20       MS. YODER:  Objection, asked and
21   answered, go ahead.
22       A.  I think the pain and despair
23   part, yes.
24       Q.  All right.  Let's go to the
25   next page.  And so that was page 88 we

Page 179

1    were just looking at, now we're on to
2    89.  All right.  Can you read this one
3    out loud?
4        A.  Just another day at E. Puke
5    Care Center in Park, Ohio.  Never put
6    your parents in here it is scum of the
7    Earth.  I couldn't get my mother out of
8    here fast enough.
9        The name of the place is East
10   Park Care Center in Brook Park.
11   Administrator Sara Thurmer, she sucks.
12   She ruined communication between me and
13   my mother.  She's a lying bitch.  There,
14   I said it.  I'm still waiting for
15   results from the ODH.  Thanks for
16   listening to the vent.
17       Q.  Do you think she was trying
18   to vent here?
19       A.  I don't know what she was
20   trying to do.
21       Q.  I'm asking what you think.
22       A.  I don't know what she was
23   trying to do.
24       Q.  I know you don't.  I'm
25   asking what you think when you read it.

Page 180

1    Do you think she was trying to vent?
2        MS. YODER:  Objection, asked and
3    answered.
4        A.  I don't know what she was
5    trying to do.
6        Q.  Can you make any inferences?
7        A.  No.  But, you know, also the
8    rest of the post, you know --
9        Q.  Pretty harsh criticism,
10   right?
11       A.  It's not criticism.  It's
12   meant to be -- it's a part of a pattern
13   of conduct.  And so administrator Sara
14   Thurmer, she sucks, she ruined
15   communication between me and my mother.
16   You know, she's a lying bitch.  Don't
17   put your parents in here, it's the scum
18   of the Earth.  I couldn't get my mother
19   out of here fast enough which is also
20   contrary to the facts.
21       Q.  Do you think she got her
22   mother out of there fast enough?
23       MS. YODER:  Objection.
24       A.  She didn't want her mother
25   out of there.  Why didn't she get her

Page 181

1    mother out of there faster if it was
2    always scum of the Earth?
3        Q.  So do you think, well,
4    before that, did Gina send this to Sara?
5        A.  I'm sorry?
6        Q.  Did Gina send this to Sara?
7        A.  Did she send it to Sara?
8    No, she posted it.
9        Q.  Did she call Sara and tell
10   her she posted it?
11       A.  I don't know what that
12   means.
13       Q.  You said she posted it,
14   right?
15       A.  Yes.
16       Q.  Do you know what that means?
17       A.  Yes.
18       Q.  Did Gina call Sara and tell
19   Sara that Gina posted it?
20       A.  No, not that I know of.
21       Q.  Are Gina and Sara connected
22   in any way on Facebook that Sara would
23   see this?
24       A.  Facebook is public.  Gina
25   knew people that worked at East Park


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 182

1    were on Facebook as far as I know.  So
2    she had -- and she was making a public
3    pronouncement and with the likelihood
4    that it's going to get back to Sara.
5    That would be my way to surmise what
6    happened.
7         Q.  Okay.  It's interesting
8    suddenly now you're able to surmise
9    what's in Gina's mind.  I noticed you
10   weren't able to do that before.
11        MS. YODER:  Objection.  There's
12   no question.
13        Q.  Now that you're surmising
14   what Gina's thinking, do you think this
15   post was meant to vent?
16        A.  I told you I don't know what
17   this post was supposed to do.
18        Q.  Because you don't know what
19   Gina's thinking, right?
20        A.  What she's thinking?
21        Q.  Yeah.
22        A.  I think her intent can be
23   inferred.
24        Q.  I agree.  Do you think this
25   post was meant to vent?  Can you infer

Page 183

1    that?
2         A.  No.  No.
3         Q.  All right.  Do you think
4    that Gina should be allowed to call East
5    Park Care Center the East Puke Care
6    Center?
7         A.  I don't really care about
8    that.
9         Q.  Do you think she should be
10   allowed to say that East Park is the
11   scum of the Earth?
12        A.  I think in the context of
13   her intent to cause mental distress and
14   the pattern of conduct, I think it's
15   just more of the same.
16        Q.  Do you think she should be
17   allowed to call East Park the scum of
18   the Earth?
19        MS. YODER:  Objection.  Asked and
20   answered.
21        A.  Allowed.  I don't have any
22   comment on that.
23        Q.  Well, it's a deposition so
24   you have to answer.
25        MS. YODER:  Objection.

Page 184

1         Q.  Do you think she should be
2    allowed to call East Park scum of the
3    Earth?
4         MS. YODER:  Objection, asked and
5    answered.
6         A.  It depends on what her
7    intent is.  Is it to vent or cause
8    mental distress?
9         Q.  So you're thinking that Gina
10   was posting this hoping somebody she
11   knows might see it and then send it to
12   somebody else who would see it and then
13   send it to Sara and then she would
14   masterfully cause Sara to feel mental
15   distress?
16        MS. YODER:  Objection.
17        A.  I think you can vent and
18   cause mental distress at the same time
19   possibly.
20        Q.  Do you think you could vent
21   and accidentally cause mental distress?
22        A.  I don't know.  But I think
23   you can vent and purposefully cause
24   mental distress.
25        Q.  Have you ever vented and

Page 185

1    inadvertently caused someone mental
2    distress?
3         MS. YODER:  Objection.
4         A.  I don't know.
5         Q.  You don't know?
6         A.  I don't know.
7         Q.  How long have you been
8    married?
9         A.  37 years.
10        Q.  I feel like you know the
11   answer to that question.  Have you ever
12   vented and inadvertently caused someone
13   mental distress?
14        MS. YODER:  Objection, asked and
15   answered.
16        A.  I don't know.
17        Q.  Has anyone ever vented and
18   caused you mental distress?
19        MS. YODER:  Objection.
20        A.  I don't know.
21        Q.  Do you think Gina should be
22   allowed to say that Sara sucks?
23        A.  Depends on her intent.
24        Q.  Same for the rest of it it
25   sounds like?


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 186

1          **A.**  Yes.
2          **Q.**  All right.  Let's move on to
3    the next page, number 90.  Can you read
4    that for us.
5          **A.**  Words cannot express East
6    Park Care Center, 8 East Park Circle.
7    My mother was dehydrated and severely
8    bruised during Covid quarantine.  She
9    went downhill fast with the horrible
10   administration and caregivers at this
11   broken down dump.  I moved my mom to a
12   way better place and my mother died with
13   wounds on her that East Park told me
14   were healed.
15          Much more to expose but there is
16   not enough room here to tell you the
17   entire report. I'll be back after the
18   ODH gives me their report.
19          My mother weighed 130 pounds on
20   March 11th and by May 22nd, the day I
21   moved her, she was only 100 pounds and
22   dehydrated.  The place is bad.  The
23   worst of the worst.
24          As you can see, one thing was
25   {sic} did not know how to put

Page 187

1    compression socks on my mom ever.  This
2    was nothing to the restrained leg
3    bruises.  I never got the medical
4    records I had asked for from Sara.
5          **Q.**  Threatening?
6          **A.**  Probably not.
7          **Q.**  Is this post harassing?
8          **A.**  I think, yes.
9          **Q.**  Next, page 91.
10          **A.**  Well --
11          **Q.**  Anything threatening in here?
12          **A.**  91 did you say?
13          **Q.**  Yes.
14          **A.**  Did you want me just to tell
15   you the parts or what?
16          **Q.**  Yeah, do you find this
17   threatening?
18          **A.**  Yes, I find several things
19   threatening.
20          **Q.**  What are they?
21          **A.**  I'm on a crusade to expose
22   East Park Care Center.  Hold on folks,
23   East Park is in for a ride.  I have
24   nothing but time on my hands.
25          **Q.**  Okay.

Page 188

1          **A.**  And there's also harassment
2    in it too.
3          **Q.**  So this post continues on a
4    second page to 92, right?
5          **A.**  Um-hum.
6          **Q.**  Is there anything threatening
7    on that second page?
8          **A.**  There's nothing threatening
9    on it but there's some harassing
10   statements on it.
11          **Q.**  We'll come back to that in a
12   second. So you felt the "on a crusade"
13   language was threatening?
14          **A.**  Yes.
15          **Q.**  What's she threatening to do?
16   Is she threatening to shoot up East
17   Park?
18          MS. YODER:  Objection, you can
19   answer.
20          **A.**  She's on a crusade to expose
21   East Park.
22          **Q.**  Is it okay to expose a
23   company?
24          MS. YODER:  Objection, you can
25   answer if you can.

Page 189

1          **A.**  I think it's the whole of a
2    piece thing with being on a crusade, you
3    know.
4          **Q.**  On a crusade to expose you?
5          **A.**  Then it's harassing.  A lot
6    of these things can be two things at
7    the same time.
8          **Q.**  So you feel that it's
9    threatening and harassing?
10          **A.**  Not in the exposing.
11          **Q.**  You said, East Park is in
12   for a ride is threatening as well.
13   Reading that, what does she say she's
14   trying to do?
15          **A.**  Well, East Park is in for a
16   ride.  I have nothing but time on my
17   hands.  So I don't know if that's the
18   only context of it.
19          **Q.**  I'm pretty sure it's not.
20   What's the next sentence?
21          **A.**  What I mean is, in the name
22   of my mother, I want Dorothy's Law to
23   provide information and medical records
24   to families in due time.
25          **Q.**  Is East Park threatened by


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787      www.cefgroup.com          fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 190**

1  Dorothy's Law?
2       A.  No, it's just the language
3  that is.
4       Q.  In for a ride.  Was that
5  threatening?
6       A.  Well, East Park is in for a
7  ride, I think it -- it's also alarming
8  I think to employees.  It's just this
9  threatening kind of language that I
10  think makes people think twice about
11  what she's doing.
12       Q.  You keep calling it
13  threatening but she's threatening to
14  expose you and enact legislation to
15  reform nursing homes.  Is East Park
16  staff really threatened by that?
17       MS. YODER:  Objection.
18       A.  No, not by that.  Just her
19  demeanor.
20       Q.  What is it specifically?
21  What do you think, what are you scared
22  about here?
23       A.  I just think it's not the
24  exposure because there wasn't anything
25  to expose.  I think it's just the

**Page 191**

1  language.
2       Q.  Okay.  But what I'm asking,
3  you keep calling it threatening.  I'm
4  asking you what action she's threatening
5  to take that you're concerned about.
6       MS. YODER:  Objection, asked and
7  answered.  Go ahead.
8       A.  Just the way she phrases
9  things, that's all.
10       Q.  You just don't like how she
11  writes?
12       MS. YODER:  Objection.
13       A.  Also this is harassing
14  because she did receive medical records
15  or else medical records were prepared
16  for her.
17       Q.  So that makes this harassing?
18       A.  Yes, it does when it's not
19  true.
20       Q.  Let's go to the next one,
21  93.  Can you read it out loud?
22       A.  Sara Thurmer, do you have
23  bed bugs?  Your nursing home does.
24  Please take some home with you and
25  dehydrate yourself, just like you did to

**Page 192**

1  my mother three times during Covid.
2  Just saying a passing thought, pass it
3  on, Brook Parkers and keep your parents
4  home out of East Park and safe right
5  now.
6       I have an investigation going on
7  right now, yes, I do.  And if your
8  parent is suffering and if your family
9  gets no medical records, lots of things,
10  one being compression socks never put on
11  properly by Yolanda her shower girl
12  even, she sucked too, then you better
13  report them to the ODH now.
14       Thank you for listening to my
15  rant.  My mother suffered, our family
16  suffered during Covid, and even before
17  at this rat hole.  And I won't let go.
18  I miss you, mom.  They escalated your
19  passing of dementia by not knowing how
20  to handle dementia.  So sorry momma, I
21  will expose them as best I can.  Here
22  ya go.  And it ends there.
23       Q.  Turn to the next page.
24  There's a little more.
25       A.  Is that the next one of it?

**Page 193**

1       Q.  Yeah, it looks like these
2  kind of run together.
3       A.  Oh, yeah.  Biggest thing
4  going on there right now is poor care.
5  Ask my friends with parents still in
6  there.
7       Do you want me to read the rest
8  of this thing?
9       Q.  Yes.
10       A.  Thank you for listening.  We
11  need to vote that rat hole to be torn
12  down.  They are torturing people like me
13  and mom.  I am not alone here.  I am
14  just not afraid to talk.
15       My heart is breaking for you.
16  And then somebody said something else.
17  Oh.
18       Q.  That's Gina saying something
19  else, right?
20       A.  Yes.  Aw, TY - thank you -
21  my poor momma, I cry.
22       Q.  Okay.  Threatening?
23       A.  No.
24       Q.  Is it true that the nursing
25  home had bed bugs?


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 194

1      A. Yes, they did.  On one
2  occasion.
3      Q. Is it true that Dorothy was
4  dehydrated three times during Covid?
5      A. I don't know that.
6      Q. Do you dispute it?
7      A. I don't know.  I don't know.
8  Dehydrated in what sense?  I don't know
9  if it's on a chart.  I don't know.  You
10 can get dehydrated if you don't drink
11 water all day long. I don't know what
12 that means.  Anybody can.  So I don't
13 know.
14      Q. Okay.  Do you have any
15 reason to dispute what Gina's saying
16 here?
17      A. Dispute it?  I don't know.
18 If it's a lie I guess so.  I don't
19 know.
20      Q. Do you have any facts that
21 are contrary to this?
22      A. No, not -- no.
23      Q. Is it true that she had an
24 investigation going on?
25      A. There was no way of knowing

Page 195

1  that because complaints to the Ohio
2  Department of Health are made by people.
3  And when they come to the facility, it's
4  done anonymously.  You don't know who
5  complained.  You're not allowed to know
6  who complained.
7      Q. My question was whether you
8  dispute that she had an investigation
9  going on.
10      A. She said she did.  That's
11 all we knew.
12      Q. Do you know now?
13      A. Yes.
14      Q. Was this true?
15      A. We didn't know at the
16 time --
17      Q. I'm asking do you know if it
18 was true?
19      MS. YODER: Listen to what he's
20 asking you.
21      Q. I'm asking if the statement
22 she made was true.
23      A. At the time she made it I
24 didn't know if it was true.
25      Q. I'm not asking about that.

Page 196

1  I'm asking right now do you know whether
2  this statement was true?
3      A. Yes.
4      Q. Was it true?
5      A. I guess so, yes.
6      Q. Okay.  Did you have any
7  reason to doubt it back then?
8      A. No.  I mean --
9      Q. Were there problems with
10 compression socks being put on
11 improperly by Yolanda?
12      A. I know Gina complained about
13 that.
14      Q. Do you know if she was
15 correct?
16      A. I don't.
17      Q. Do you have any facts that
18 would allow you to dispute that?
19      A. From what I understand, the
20 compression socks would get twisted up I
21 think when Dorothy would move around.
22 They didn't stay in place the whole
23 time.
24      Q. The question is whether you
25 know whether Yolanda was putting

Page 197

1  compression socks on improperly?
2      A. No, I don't know that.
3      Q. Do you have any reason to
4  dispute what Gina is saying here about
5  that?
6      MS. YODER: Objection.  Answer if
7  you can.
8      A. I don't know.  I don't know
9  that for sure.
10      Q. Okay.  Is it true that East
11 Park escalated Dorothy's passing by
12 dementia because they didn't know how to
13 handle dementia?
14      MS. YODER: Objection.  Calls for
15 an expert opinion.  You can answer if
16 you are able.
17      A. I mean, can you ask it
18 again?  I'm sorry.
19      Q. Is it true that East Park
20 escalated Dorothy's passing from
21 dementia by not knowing how to handle
22 dementia?
23      MS. YODER: Objection, calls for
24 an expert opinion.  Go ahead.
25      A. I don't know how to answer


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 198**

1    that.
2         Q.  You don't know it to be
3    incorrect, do you?
4         A.  I'm sorry?
5         Q.  You don't know it to be
6    incorrect, do you?
7         MS. YODER:  Objection, calls for
8    an expert opinion.
9         A.  I can't answer that.
10        MR. BARDWELL:  Emily, can you
11   dial back the speaking objections
12   please?
13        MS. YODER:  Yeah, we can, but
14   that does have to be noted.  I mean,
15   that is a matter for expert testimony.
16   She can't answer that.
17        MR. BARDWELL:  Right, yeah.  I
18   mean, you can just say objection and let
19   her answer.
20        Q.  So is it unreasonable for
21   Gina to believe that?
22        MS. YODER:  Objection.
23        A.  I don't know if it's
24   unreasonable.  I don't know what Gina
25   believes.

**Page 199**

1         Q.  Okay.  You don't know any
2    facts though that makes it unreasonable
3    for Gina to believe this, do you?
4         MS. YODER:  Objection.
5         A.  I don't know of any facts
6    that would make it reasonable to
7    believe.
8         Q.  That wasn't the question.
9    Can you point to anything and say Gina
10   shouldn't have believed this because of
11   X, Y, Z?
12        A.  No.
13        Q.  And then she says she's
14   going to expose them as best she can,
15   right?
16        A.  Where are we?  On the
17   second?
18        Q.  Right at the bottom of the
19   first page there.
20        A.  Yeah.
21        Q.  Is that threatening?
22        A.  No.
23        Q.  Okay.  So this was another
24   one of the types of posts that you were
25   trying to stop Gina from posting, right?

**Page 200**

1         A.  Which one, I'm sorry?
2         Q.  The one we just read.
3         A.  The clock one?
4         Q.  Nope, the one before that.
5         A.  At the bottom?
6         Q.  Sara Thurmer, do you have
7    bed bugs.
8         A.  Could you repeat that again?
9         Q.  Looking at number 93.
10        A.  Yeah.
11        Q.  This is another one of the
12   types of posts you were trying to stop
13   Gina from posting in the future, right?
14        A.  Not -- with the intent to
15   cause mental distress and harass people,
16   yes.
17        Q.  So eventually Sara went to
18   talk to Brook Park Police about this
19   herself, right?
20        A.  Yes.
21        Q.  When was that?
22        A.  I don't know the date.
23        Q.  Okay.  Did you help
24   coordinate that?
25        A.  No.

**Page 201**

1         Q.  Did Sergeant Duncan reach out
2    to her directly?  Did she reach out to
3    him?
4         A.  I don't know for sure
5    exactly what happened.
6         Q.  Okay.  Did you help her
7    prepare for that meeting?
8         A.  No.
9         Q.  Okay.  So looking at this
10   whole body of text messages, this is --
11   these posts are the pattern of conduct
12   that had you fearful for East Park's
13   safety, right?
14        MS. YODER:  Objection, go ahead.
15        A.  There was a pattern of
16   conduct.
17        Q.  Um-hum.
18        A.  In the statute it only takes
19   two acts to create a pattern of conduct.
20   I sent everything and also the incidents
21   of harassment.  So I don't know which of
22   these the prosecutor decided fit that
23   pattern of conduct.  I didn't know which
24   ones did or didn't.  That wasn't my
25   determination to make.  I just showed

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44114  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 202**

1  everything.
2        So the decision to charge under
3  pattern of conduct, that only required
4  two acts to cause somebody mental
5  distress wasn't my call to make.
6        Q. It was your suggestion
7  though, wasn't it?
8        A. It wasn't my suggestion.
9        Q. You personally had gone
10  searching to review the statutes you
11  told me.
12        A. It wasn't my suggestion that
13  it did. I wanted it to be reviewed to
14  see if in their opinion, because they're
15  the decisions makers, to suggest it.
16        Q. Why did you go reviewing the
17  criminal code?
18        A. I told you, because she was
19  trespassing and that creepy video on
20  Facebook made me think she was unhinged
21  and brought the concept of stalking to
22  my mind.
23        Q. And --
24        A. So --
25        Q. Go ahead.

**Page 203**

1        A. Then when I read the statute
2  and found menacing by stalking and
3  telecommunications harassment, what she
4  had been doing seemed to fit the pattern
5  of a crime.
6        Q. And so you just gave
7  everything you had to Sergeant Duncan to
8  make the call, right?
9        A. To let him do whatever he
10  did with it. So I didn't --
11        Q. So this is the full body of
12  activity that you --
13        A. And the two videos, yes.
14        Q. And so this is what you
15  wanted to get the police involved in
16  over, right?
17        A. This is what I presented to
18  them to see if it fit into whatever
19  parameters they use.
20        Q. I guess what I'm really
21  trying to ask, is this as bad as it
22  gets or was there something extra scary
23  that you haven't told me about?
24        MS. YODER: Objection.
25        A. Her behavior. She can be

**Page 204**

1  erratic from what I understand, she can
2  be hyperemotional from what I
3  understand. She -- her relentlessness
4  in every -- in her behavior and her
5  conduct and everything involving East
6  Park up to this point, she wants to get
7  even. That's the impression I got.
8        Q. What I'm asking is whether
9  she did something at some point that's
10  like more clearly indicative of getting
11  even with violence that you're concerned
12  about?
13        A. I wasn't going to take the
14  chance on that.
15        Q. But that's not what I'm
16  asking. I'm asking if there's something
17  else scarier out there or is this as
18  bad as it gets?
19        MS. YODER: Objection.
20        A. I wasn't going to let it
21  lead to violence to find out.
22        Q. That's not what I'm asking.
23  I'm asking whether there is something
24  scarier out there that you can point to
25  beyond what you've told us about so far.

**Page 205**

1  Is this as scary as it gets?
2        MS. YODER: Just for the record,
3  clearly you're showing her Exhibit 5,
4  but she's also explained a lot of other
5  things.
6        MR. BARDWELL: She said she gave
7  Sergeant Duncan everything. There were
8  a couple videos also. I'm asking if
9  what we talked about is as scary as it
10  gets or if there's another scarier thing
11  she did.
12        MS. YODER: Objection, again.
13        Q. It's a yes or no. There is
14  or there isn't.
15        A. This is what I gave them.
16  So if I had anything else I would have
17  given it to him.
18        Q. You didn't have anything
19  scarier than this?
20        A. Your characterizing it as
21  scarier.
22        Q. I'm asking if that is
23  correct.
24        MS. YODER: Objection, go ahead.
25        A. I mean, this is what I had,


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44113  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 206

1  this is what I gave them.
2      Q. There was nothing scarier
3  than this?
4      A. I'm not characterizing it
5  that way.
6      Q. Is any of this scary?
7      A. This combined with her
8  personality and the trespassing and the
9  video all came together in my mind to
10  make her seem like a threat.
11      Q. Okay. And so when you talk
12  about her personality, we're talking
13  about somebody you interacted with how
14  many times?
15      A. I never interacted with her
16  but I could tell with descriptions and
17  texts with Sara, things like that.
18      Q. Um-hum. So do you think
19  it's more likely -- you read this and
20  you don't see a woman grieving the death
21  of her mother?
22      MS. YODER: Objection.
23      Q. Is that really true?
24      MS. YODER: Objection.
25      A. I don't know if that's true.

Page 207

1      Q. Well, I mean, calling the
2  police, I think it's fair to think about
3  the consequences of your actions.
4      MS. YODER: Objection.
5      Q. Do you think this is a woman
6  who's grieving her mother or do you
7  think this is a woman who has a secret
8  plan through several degrees of
9  separation --
10      A. I don't know what she's
11  doing. I don't know what she's doing
12  for sure. And I didn't want to take a
13  chance on finding out.
14      Q. You wanted to get the police
15  involved instead?
16      A. I wanted it to stop. When I
17  realized that, you know, it was possibly
18  criminal behavior then, you know, could
19  it be stopped.
20      Q. Okay. But the goal was to
21  get these posts stopped?
22      MS. YODER: Objection. You've
23  asked her the same questions repeatedly.
24  She's answered them. We're getting to
25  the point now where it's borderline

Page 208

1  harassment.
2      MR. BARDWELL: Well, no, she's
3  bantered back and forth. I'm trying to
4  clarify.
5      A. Because you're trying to put
6  words in my mouth.
7      Q. I believe you said you
8  wanted it to stop. Is that true or not
9  true?
10      MS. YODER: That's been asked and
11  answered multiple times. She's
12  explained to you what she was doing and
13  what her goals were multiple times. So
14  I think you have that, you have a
15  record of that.
16      Q. So you understand now that
17  Gina made the make reports to the ODH,
18  Ohio Department of Health, right?
19      A. Yes.
20      Q. Do you think she made those
21  reports in good faith?
22      MS. YODER: Objection.
23      A. I don't know how she made
24  them.
25      Q. Do you have any reason to

Page 209

1  think she made them in bad faith?
2      MS. YODER: Objection.
3      A. I don't know why she made
4  them.
5      Q. Did she make any criticisms
6  of the nursing home that were unfair?
7      MS. YODER: Objection, if you
8  know.
9      A. Yes, I believe so.
10      Q. In the reports to the
11  Department of Health.
12      A. They were found
13  unsubstantiated, her complaint.
14      Q. Does that mean it was not in
15  good faith to you?
16      MS. YODER: Objection, asked and
17  answered.
18      A. It doesn't mean it wasn't in
19  good faith, but it means was no "there"
20  there. They were unsubstantiated. The
21  state found no wrongdoing.
22      Q. And so you're saying that
23  East Park has never been understaffed?
24      A. No. No.
25      Q. You never had fewer people


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 210**

1  than you needed or should have had?
2       A.  No.  Those levels are
3  required by state law, the staffing
4  levels are, and the federal government.
5  And those are recorded.
6       Q.  So when you say you were
7  never, I would guess in a nursing home
8  context, understaffed might have a
9  specific meaning.  Like understaffed
10 relative to some regulatory standard; is
11 that correct?
12      A.  The legal requirement for
13 staffing was always met.  So
14 understaffed, staffing is like a term of
15 art and there are legal requirements.
16 So understaffed by somebody blowing up a
17 comment, oh, we're understaffed today.
18 It could simply be less people than you
19 normally have but you're always going to
20 meet the minimum.  Does that make --
21      Q.  I think so, yes.
22      A.  So understaffed, you know.
23      Q.  So based on what you know
24 about Dorothy's treatment, could Gina
25 have in good faith believed she was

**Page 211**

1  being abused or neglected?
2       MS. YODER:  Objection.  Go ahead.
3       A.  Based on her treatment?  I
4  don't think so, no.
5       Q.  You don't think she could
6  believe that in good faith?
7       MS. YODER:  Objection, asked and
8  answered.  Go ahead, tell him again.
9       A.  I think sometimes that's in
10 the eye of the beholder.
11      Q.  All right.  I'm going to
12 pass around some exhibits.  So number
13 11, passing out number 13 as well.
14 I'll just represent to you that these
15 are all pictures of Dorothy's leg.  Here
16 comes Exhibit 12.
17      In looking at these pictures, do
18 you think Gina in good faith could have
19 concluded that her mother was being
20 neglected?
21      A.  I'm not a medical expert so
22 I don't know about any of this.
23      Q.  From a lay perspective, what
24 do you see in these pictures?
25      MS. YODER:  Objection, asked and

**Page 212**

1  answered.
2       MR. BARDWELL:  I never asked
3  that.
4       MS. YODER:  Well, she's telling
5  you she's not an expert on this.  So
6  asking her as a layperson is not a way
7  around her saying I can't comment on
8  this.  She's not here to give a medical
9  opinion.
10      Q.  What can you identify in
11 these pictures?
12      A.  I don't know.  Are they
13 bruises?  I don't -- I don't even know
14 if they're bruises.  I don't know what
15 they are.  I don't know.
16      Q.  Well, let me in fact
17 represent to you that those are in fact
18 bruises.  If those are bruises, could
19 Gina in good faith conclude that her
20 mother was being neglected?
21      MS. YODER:  Objection.
22      A.  I don't know.
23      Q.  Okay.  Pass out some more
24 pictures.
25      A.  Bruises --

**Page 213**

1       MS. YODER:  There's not a
2  question.
3       Q.  Sounds like we have pressure
4  sores in there as well.
5       MS. YODER:  So now you're telling
6  her these pictures are -- all right,
7  I'll let it go.
8       Q.  Here's Exhibit 15 for you.
9  What's that look like to you?
10      MS. YODER:  Objection.  Go ahead.
11      A.  I don't know what it is.
12      Q.  Here comes Exhibit 14.  Can
13 you identify what body part that is?
14      A.  An arm.  Her arm.
15      Q.  How's the skin look to you?
16      MS. YODER:  Objection.
17      A.  Elderly.
18      Q.  What do you see by the
19 elbow?
20      MS. YODER:  Objection.
21      A.  A mark.
22      Q.  Like from a marker or a pen?
23      A.  I don't know what it is.  So
24 I don't know what you're asking.
25      Q.  Does it look like an open



**Page 214**

1    sore to you?
2        A. I don't know that.
3        Q. Okay. Let me ask, if you
4    saw your mother in a nursing home like
5    this, could you in good faith believe
6    that she was being neglected?
7        MS. YODER: Objection.
8        A. Not necessarily.
9        Q. You could not conclude in
10   good faith that she was not being
11   neglected by this?
12       A. Not necessarily, no.
13       Q. Okay. Does this look like
14   Dorothy is being taken care of well?
15       MS. YODER: Objection.
16       A. I don't know how these
17   happen. I don't have the medical
18   knowledge to comment on any of this.
19       Q. I'm just asking, if you went
20   in a nursing home and saw your mother
21   like this, would you be satisfied with
22   the care she was getting?
23       MS. YODER: Objection.
24       Q. It's a yes or no.
25       A. I would ask about it. That

**Page 215**

1    would probably be what I'd do. That
2    would be it.
3        Q. You couldn't conclude in good
4    faith that she was being neglected based
5    on the pictures we've seen so far?
6        A. It would depend on the
7    feedback I would get from the staff
8    about it. It's their context.
9        Q. Okay. Going to pass out
10   Exhibit 9. Here comes Exhibit 8. And
11   here's 7. And here's 10. So do you
12   see those brown marks on the toilet and
13   bedding?
14       A. Um-hum.
15       Q. I will represent to you that
16   Gina's going to testify that this is all
17   fecal matter that she finds around her
18   mother's room un-cleaned up. Do you
19   think if somebody found fecal matter
20   like that they could in good faith
21   conclude that their mother was being
22   neglected?
23       MS. YODER: Objection, go ahead.
24       A. Not necessarily.
25       Q. Well, let me ask. Well,

**Page 216**

1    here, let me just pass out Exhibit 16
2    first. And I'll represent to you that
3    this is a picture of Dorothy's buttocks.
4    How does that look for you?
5        MS. YODER: Objection.
6        A. I can't even tell what that
7    is.
8        Q. No, you can't. Does that
9    look good to you?
10       A. I don't even know what I'm
11   looking at.
12       Q. That's Dorothy's buttocks.
13       A. In what -- in relation to --
14   I can't even tell how close in that --
15   I don't know.
16       Q. Is there any angle at which
17   you think that would look good?
18       MS. YODER: Objection.
19       A. You're telling me what it is
20   but I have no framework of even --
21       Q. Do you think I'm not tell
22   the truth?
23       MS. YODER: No, she's just
24   telling you --
25       MR. BARDWELL: I'm just asking

**Page 217**

1    her a question.
2        MS. YODER: Objection. Answer if
3    you can.
4        Q. I'm telling you that Dorothy
5    {sic} will testify that this is her
6    mother's buttocks. Do you have any
7    reason to dispute that?
8        MR. OCKERMAN: Dorothy's not
9    going to say anything.
10       MS. YODER: Dorothy's not say
11   anything.
12       Q. I'm sorry. Gina. Do you
13   have any reason to dispute that
14   characterization?
15       MS. YODER: Objection. Go ahead.
16       A. I said I can't answer that
17   because I don't even know. I can't
18   even tell that is what it is. I can't
19   tell -- I can't tell anything from this
20   actually.
21       Q. Exactly. It doesn't look
22   like human buttocks, does it?
23       A. I don't know.
24       Q. Does it look good to you?
25       MS. YODER: Objection.


**CEFARATTI Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 218

1        Q. Let me ask you this. You've
2   seen the pictures of the bruises and
3   sores. You've seen the open sores on
4   the arms, you've seen the fecal matter
5   around Dorothy's room, you've seen the
6   pictures of Dorothy's buttocks. Is this
7   up to snuff with East Park standards?
8        MS. YODER: Objection, go ahead.
9        A. A lot of these things happen
10  for a reason because of the condition of
11  the person, the condition of the person
12  themselves. Some people have sores that
13  come and go, little sores that come and
14  go. Some don't.
15       I don't know what causes these
16  things, I don't know how they're fixed.
17  I don't know. So I don't know the
18  context of it. I don't know if other
19  people got these also. I don't know.
20       Also on the -- there are also
21  wounds are taken into context in ratings
22  in nursing homes. So that's kept track
23  of too. I don't know what that was,
24  what our score was on that.
25       Q. Okay. Are you comfortable

Page 219

1   with what you see here?
2        MS. YODER: Objection.
3        A. Like I said, I don't know
4   the context of it.
5        Q. Is there any context in
6   which Exhibit 16 is okay?
7        MS. YODER: Objection, asked and
8   answered.
9        Q. I'm not asking you as a
10  doctor, I'm asking you as a person that
11  has loved ones if that would be okay
12  with you.
13       MS. YODER: Objection. She's
14  told you she doesn't know. I understand
15  you're representing to her what it is,
16  she's told you she doesn't know what
17  this is showing on Exhibit 16.
18       A. I don't know what this is
19  showing.
20       MS. YODER: She's told you she
21  can't comment. She's made that clear.
22       Q. Is this representative of
23  care that East Park provides?
24       MS. YODER: Objection.
25       A. I don't -- I don't think so.

Page 220

1   I don't know the circumstances as to how
2   all this occurred. Because I'm not a
3   medical doctor and I'm not --
4        Q. And neither is Gina, right?
5   Not being a medical doctor, could Gina
6   look at this and in good faith conclude
7   that her mother had been neglected?
8        A. I don't know.
9        MS. YODER: Objection, go ahead.
10       A. I don't know how common
11  these things are in other people. I
12  don't know.
13       Q. I think it's probably safe
14  to say that Gina doesn't care about
15  other people. She's concerned about her
16  mother. I'm asking whether you think --
17  I'm just amazed that you can look at
18  these and not concede that it's just --
19  at least in good faith to conclude that
20  it is neglect.
21       MS. YODER: Not a question.
22       THE WITNESS: No. Thank you.
23       Q. All right. What do you
24  think would need to happen for Gina to
25  make a good faith report of neglect?

Page 221

1        MS. YODER: Objection.
2        A. I don't know.
3        Q. Is it possible for her to do
4   so under any circumstances?
5        A. There are good faith reports
6   of neglect, yes. I mean, if she acted
7   in good faith in making the report,
8   fine.
9        Q. Okay. But looking at those
10  exhibits, you're not sure whether that
11  clears the standard of good faith
12  reporting for possible neglect?
13       MS. YODER: Objection.
14       A. If you don't -- anyone who's
15  bothered by anything can report things
16  to ODH, anyone. So some people make
17  bad faith reports of neglect. Whether
18  she could make one, or whether she could
19  think she was making one, sure. So
20  yeah. But, you know, yeah, she could
21  think that, sure.
22       Q. Okay. So having seen this,
23  would you agree that the report Gina
24  made to ODH was made in good faith?
25       MS. YODER: Objection, asked and


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787     www.cefgroup.com     fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

---

**Page 222**

1  answered multiple times.
2       A. You mean from her
3  perspective?  Sure, yes.
4       Q. Okay.  So Gina installed a
5  clock in her mother's room, right?
6       A. Yes.
7       Q. And that clock had a digital
8  video camera in it?
9       A. My understanding, yes.
10      Q. And it would allow her to
11  monitor what had been going on in the
12  room?
13      A. I don't know what it did.
14      Q. What's your understanding?
15      A. Well, it did have a camera
16  in it.  So it appears that's why she
17  put it there.
18      Q. How did East Park first
19  learn about this camera?
20      A. There were two aides I guess
21  who were in the room one morning and
22  they were talking to each other and one
23  of them looked at the camera and thought
24  -- looked at the clock.  There was a
25  clock on the wall.  They looked at the

---

**Page 223**

1  clock and thought that there was
2  possibly a camera in it.
3       Q. Okay.  And what happened
4  next?
5       A. The aides went and reported
6  it to Sara.
7       Q. Okay.  And what happened
8  next?
9       A. The clock was taken off the
10  wall.
11      Q. By whom?
12      A. I think the receptionist but
13  I'm not positive.
14      Q. Okay.  And then what
15  happened?
16      A. It was brought into Sara's
17  office.  And the battery was taken out of
18  it from what I understand and this
19  memory card was taken out of it from
20  what I understand.
21      Q. And then what did they do?
22      A. As to what happened next or
23  what do you mean what did they do?
24      Q. Was that the end of their --
25      A. No, that was not the end of

---

**Page 224**

1  it.  I believe the camera had Gina's
2  name on it.
3       Q. Okay.
4       A. I think Sara called her and
5  asked her if she put a clock camera on
6  a wall.  She denied it.  Then I don't
7  know if she admitted it then or not.
8       But then the issue came up about
9  whether Dorothy had a roommate at all.
10  We had no idea when that clock was put
11  there.  Dorothy had had roommates
12  previous to that.  We don't know when
13  that clock was put there.  It could
14  have been there for months and we didn't
15  know.  If she had a roommate it would
16  violate the privacy rights of a
17  roommate.
18      Q. How long ago had she had a
19  roommate?
20      A. We couldn't tell.  That was
21  the issue.  We couldn't tell when she
22  had a roommate and when she didn't.
23      Q. Your records don't show?
24      A. No.  No.  I asked over and
25  over again, we couldn't figure out how

---

**Page 225**

1  to figure that out.  So when you
2  violate the privacy of a roommate, it's
3  pretty serious.
4       Also -- never mind.
5       Q. Go ahead, also what?
6       A. Nothing.
7       Q. I'm hoping to hear you.
8       MS. YODER: There's no question.
9       A. No.  Forget it, it's fine.
10      Q. So Gina violated a roommate's
11  privacy?
12      A. She possibly could have.
13      Q. Is there any evidence that
14  she did?
15      MS. YODER: Objection.
16      A. When we didn't know, we
17  didn't know what was in the camera,
18  what's on the card.  And so the
19  possibility that she did was pretty
20  serious.
21      Q. So we're talking about a
22  possibility that what she did was pretty
23  serious.  What I'm asking though is
24  whether you have any evidence that she
25  did?


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 226

1     MS. YODER:  Objection, asked and
2  answered.  Go ahead.
3     A.  No, because we couldn't find
4  it.
5     Q.  Okay.  Did you talk to
6  anybody who said, I remember this clock
7  being here when there was a roommate?
8     A.  No.  Because it was a
9  clock --
10     Q.  How often are nurses in that
11  room?
12     A.  It's a clock on a wall.  So
13  it's just in the room.  So no one's
14  going to pay attention to a clock being
15  there with a roommate or without a
16  roommate.  It's a clock.
17     Q.  Right.  Okay.  So at that
18  time did East Park have any written
19  policies governing the use of electronic
20  monitoring devices?
21     A.  Not that I know of.  We also
22  didn't have to permit them either.
23     Q.  Did you have a rule
24  prohibiting them?
25     A.  Not that I know of.

Page 227

1     Q.  So they were permitted?
2     MS. YODER:  Objection.
3     A.  No, they weren't.  No, they
4  were not.
5     Q.  By what authority were they
6  prohibited?
7     A.  By the way we want to handle
8  how we run our facility.
9     Q.  Who?
10     A.  East Park.
11     Q.  And so you had decided that
12  cameras were not allowed but you didn't
13  write a policy about it; is that
14  correct?
15     A.  Not that I know of.
16  Recording of residents isn't allowed at
17  East Park, or at any facilities.
18     Q.  By what rule?
19     A.  Recording -- because it
20  violates HIPAA when you record other
21  people, residents of a nursing home.
22     When we would have activities
23  people were not allowed to use their
24  cell phones and film the activity and
25  put it on Facebook or whatever.

Page 228

1  Someone's presence there is protected by
2  HIPAA, their presence at the nursing
3  home.
4     Q.  Okay.  What I'm asking
5  though is whether -- when was the
6  decision made that cameras were not
7  allowed in a resident's room?
8     A.  That decision was never made.
9  However, it -- here's the problem.  That
10  camera was in there.  We don't know
11  when it started.  The building was locked
12  down.  And Dorothy, at the time they
13  found the camera, Dorothy was in the
14  room by herself.
15     Dorothy could have had a roommate
16  come in at any point after that.  That
17  roommate's privacy would have been
18  violated.  And Gina had no way of
19  knowing if she was going to get a
20  roommate, when she was going to get a
21  roommate, if Dorothy was going to get
22  moved to another room and somebody else
23  was in that room.  Then that camera is
24  there and she's violating other people's
25  privacy.

Page 229

1     And she didn't seem to care at
2  all about that.  So the fact that she
3  knew she couldn't get the camera out of
4  there, there could have been a roommate
5  in there at any time and she just
6  didn't seem to care.  That seems pretty
7  -- that seems pretty thoughtless.  And
8  like I said, the focus is constantly
9  on --
10     Q.  Her mother?
11     A.  No, on -- on this
12  relentlessness.
13     Q.  The relentless keeping an eye
14  on her mother?
15     MS. YODER:  Objection.
16     A.  I don't agree with that.
17     Q.  She put a surveillance camera
18  in her mother's room, right?
19     A.  Yes.
20     Q.  Do you think it was so she
21  could keep an eye on her?
22     MS. YODER:  Objection.
23     A.  The fact that she did it
24  with a willingness to violate other
25  people's privacy, then there's something


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44114  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume I**                    **7/3/2023**

---

**Page 230**

1  wrong with that.
2         **Q.**  That wasn't my question.
3  What I asked was, do you think she put
4  it in there so she could keep an eye on
5  her mother?
6         MS. YODER:  Objection.
7         **A.**  Yes.  And she was also
8  keeping an eye on strangers and other
9  people and their mothers.
10        **Q.**  Who else's mothers were in
11  that room?
12        **A.**  I told you we don't know.
13        **Q.**  Well, you're saying she was
14  doing it but I'm trying to clarify.
15        **A.**  The possibility existed that
16  she could be violating other people's
17  privacy.  If that clock had been found
18  and another person was put in that room,
19  would you want her spying on her when
20  she's laying in a bed and getting
21  changed?  I mean, seriously, think about
22  that.
23        **Q.**  I would, I mean, looking at
24  the pictures we saw, I would like a
25  surveillance camera in my mother's room.

---

**Page 231**

1         **A.**  Oh, would you?  Without you
2  knowing about it?
3         MS. YODER:  He's not asked you a
4  question.
5         THE WITNESS:  I'm sorry.
6         **A.**  Without you knowing about it.
7  So other people are looking at your
8  mother when they have no business.
9         MS. YODER:  Let him ask you a
10  question.
11        THE WITNESS:  I'm sorry.
12        **Q.**  So we got a little derailed.
13  What I was asking was, when was the
14  rule made that a resident can't put a
15  surveillance camera in the bedroom?
16        **A.**  Well, I know that we were
17  allowed to take it down.
18        **Q.**  When was the rule made that
19  residents can't put a surveillance
20  camera in their own room?
21        MS. YODER:  Objection.  Answer if
22  you can.
23        **A.**  I don't know.  I mean --
24        **Q.**  Do you know of that rule
25  ever being made?

---

**Page 232**

1         **A.**  Not that I know of.
2         **Q.**  So there wasn't a rule?
3         **A.**  A rule?
4         **Q.**  A rule, yeah.
5         **A.**  I don't know.  You know, if
6  there wasn't, it still made it look like
7  she was still willing to spy on other
8  people.
9         **Q.**  So it sounds like this event
10  called to your attention a need for a
11  rule but you didn't actually have a
12  rule; is that correct?
13        **A.**  Perhaps.
14        **Q.**  Did you guys ever implement
15  that rule?
16        **A.**  Not that I know of.
17        **Q.**  Why not?
18        **A.**  I don't know.  Well, this
19  had never happened before.  No one ever
20  -- we never had experiences with people
21  with cameras in rooms before.
22        **Q.**  But sounds like it wasn't so
23  concerning that you needed to actually
24  put a rule in place; is that correct?
25        MS. YODER:  Objection.

---

**Page 233**

1         **A.**  I don't know.
2         **Q.**  But we do know that no rule
3  was put in place, right?
4         MS. YODER:  Objection.
5         **Q.**  No rule was put in place,
6  right?
7         **A.**  As far as I know.
8         MS. YODER:  Brian, if you're
9  moving on to a different topic can we
10  take a break?
11        MR. BARDWELL:  I've got just a
12  few here and we can take a break.
13        **Q.**  All right.  So Gina asked
14  for the clock back, right?
15        **A.**  Yes.
16        **Q.**  This is a big one, here it
17  comes, Exhibit 17.  Do you recognize
18  this?
19        **A.**  Yes.
20        **Q.**  What are these?
21        **A.**  These are the text messages
22  between Gina and Sara.
23        **Q.**  Okay.  So looking at the
24  Bates stamp in the corner, we can jump
25  to 9157.

---


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787     www.cefgroup.com     fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44113  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

---

**Page 234**

1    Do you remember when it was that
2  she asked for the clock back?
3    **A.** Do I remember specifically?
4    **Q.** Um-hum.
5    **A.** In these texts or what?
6    **Q.** Do you know when Gina first
7  asked for her clock back?
8    **A.** If it's in the texts there's
9  a date on it I'd guess.
10   **Q.** Yeah, I'm just asking if you
11 know off the top of your head.
12   **A.** No.
13   **Q.** And I just lost the page,
14 give me a moment.  Do you know when it
15 was that they took the camera initially?
16   **A.** I think around March 20th.
17 A little over a week into the lockdown.
18   **Q.** So I'm looking at a text on
19 9157 where I directed you before.  It
20 looks like a text dated March 20th,
21 2020.  Is this, it looks like this is
22 after Sara called to talk to her about
23 the clock that they found; is that
24 correct?
25   **A.** Yes.

**Page 235**

1    **Q.** So that's March 20th?
2    **A.** Um-hum.
3    **Q.** And then what -- let's go to
4  9179.  So at the very top, and I guess
5  we need to look at 9178 for the date
6  for that.  Looks like it's April 7,
7  2020 there's a text from Gina to Sara,
8  right?
9    **A.** Um-hum.
10   **Q.** And she asks to retrieve her
11 clock, right?
12   **A.** Yes.
13   **Q.** Okay.  Did Gina {sic} give
14 her clock back?
15   **A.** Did Sara?
16   **Q.** I'm sorry, did Sara give
17 Gina her clock back?
18   **A.** No.
19   **Q.** Why not?
20   **A.** Because she said it was
21 under investigation.
22   **Q.** So it's been at this point a
23 couple weeks, right, since they found
24 the clock?
25   **A.** Yes.

**Page 236**

1    **Q.** Okay.  What was going in the
2  investigation at that point?
3    **A.** We were trying to figure out
4  if we could find a way somehow to
5  figure out if there was a roommate.
6    **Q.** Okay.
7    **A.** Now, it wasn't an every day,
8  like, search for the answer.  There were
9  a lot of things going on.  So it pretty
10 much just sat there for a while.  I
11 mean, you know.
12   **Q.** So your plan was to use the
13 card to pull up whatever video was on
14 there and watch it?
15   **A.** No, no.  Absolutely not.
16   **Q.** What was it?
17   **A.** We never looked at the
18 video.
19   **Q.** Okay.
20   **A.** We kept it in Sara's office.
21 We never looked at the video.  We
22 wanted to find out if she had a
23 roommate through our own internal
24 processes.  That's why.  We didn't look
25 at it.

**Page 237**

1    **Q.** So why did you need the
2  clock to use your own internal process?
3    **A.** We didn't need the clock, it
4  was the memory card.  But we kept the
5  whole thing.
6    **Q.** So did you need the clock to
7  do this investigation?
8    MS. YODER:  Objection.  Go ahead.
9    **A.** The clock itself?
10   **Q.** Yeah.  Separate from the
11 memory card.
12   **A.** No.
13   **Q.** Did you need the memory card
14 in order to review your own internal
15 processes?
16   MS. YODER:  Objection.  Go ahead.
17   **A.** No, but if there was
18 evidence on the memory card we didn't
19 want to give it up for the privacy
20 reason.
21   **Q.** Okay.  So at this point, you
22 still have no evidence that there was
23 anything on there that shouldn't be,
24 right?
25   **A.** No.


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume I**                    7/3/2023

---

Page 238

1      Q. It was just based on this
2  wild speculation that there could be
3  something on there --
4      A. A roommate.  Not something.
5  A roommate.
6      Q. Okay.  Based on pure
7  speculation that there might be
8  something on that video that wasn't
9  supposed to be there, you decided to
10  keep the clock and the memory card?
11      MS. YODER:  Objection.
12      A. Yeah, pending when we found
13  the answer to that question.
14      Q. And then what were you going
15  to do?
16      A. Proceed from there.  Either
17  give it back, I would imagine, if
18  there's nothing on it or if we didn't
19  find out about the roommate.  Or else
20  decide what to do about it if there was
21  a roommate.
22      Q. Okay.  And so what else
23  happened in this investigation from
24  there?
25      A. Like I told you, things just

---

Page 239

1  sat around for a while.
2      Q. How long?
3      A. It wasn't at the top of the
4  mind to -- to find out about the
5  roommate thing because there was so much
6  else going on.
7      Q. Okay.  How long did you keep
8  it?
9      A. The clock was returned to
10  her in May I believe when she picked up
11  her mother's belongings.  She moved some
12  things to the other nursing home, our
13  maintenance person gave her the clock
14  back, drove it to her house.  He drove
15  all that stuff over to her house to
16  give it to her.
17      Q. When did you give her the
18  memory card back?
19      A. We never gave her the memory
20  card back.
21      Q. Did you -- were there other
22  steps taken in this investigation?
23      A. Not internally, no.
24      MR. BARDWELL:  Do you want to
25  take that break, Emily?

---

Page 240

1      MS. YODER:  Um-hum.
2      (Brief recess had.)
3      Q. All right.  I'm passing out
4  Exhibit 18.  Do you recognize this
5  exhibit?
6      A. I think so.  Are these the
7  call logs?
8      Q. I believe they are.  One
9  second. Actually before we jump into
10  this I'm going to rewind.  I realize I
11  forgot to go over something.
12      I wanted to talk more about the
13  emotional distress that you were
14  concerned about.
15      A. Mental distress.
16      Q. Emotional?
17      A. Mental stress.
18      Q. What's the difference?
19      A. I don't know what the
20  statute says.
21      Q. Well, let's talk about the
22  mental stress then.  Did you personally
23  see any signs of mental distress for
24  Sara?
25      A. We talked about how it was

---

Page 241

1  getting to her.  She said that she knew
2  people in the industry that were
3  concerned for her, asking her if she was
4  okay.
5      Q. Okay.
6      A. I think as time went on, it
7  just didn't stop.  And then that Sunday
8  morning when she called me she was
9  upset.
10      Q. And so the -- that brief
11  that I showed you, Exhibit 6 from the
12  prosecutor --
13      (Discussion had off the record.)
14      Q. So I'm looking at page 2,
15  Bates stamp 275.
16      A. Yeah.
17      Q. And the second paragraph in
18  here.  So it's in the instant matter,
19  defendant caused Ms. Thurmer great
20  mental distress.  Defendant's conduct -
21  which will be detailed in the trial of
22  this matter - includes but is certainly
23  not limited to telephone calls directed
24  to Ms. Thurmer on her personal cell
25  phone as follows, and it breaks down the

---

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44114  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 242**

1    numbers.
2         And then it goes on, at the
3    bottom of that third page, these calls
4    brought great mental stress upon Ms.
5    Thurmer.
6         Just how great did this mental
7    stress appear to be to you?
8         MS. YODER:  Objection.  Are you
9    asking about what the prosecutor wrote
10   in this motion?
11        THE WITNESS:  Yes.
12        Q.  I'm asking about how great
13   the mental distress was that Sara was
14   suffering.
15        MS. YODER:  Objection, answer if
16   you understand.
17        A.  I think that the prosecutor
18   amended his complaint.  I think --
19        Q.  Okay.  So is there --
20        A.  And so the prosecutor amended
21   his complaint.  He, it appeared to me,
22   thought this was Sara's cell phone
23   instead of the facility's phone.  And I
24   can't explain why that happened because
25   I had no part in any of that decision,

**Page 243**

1    the amended complaint.  I mean, that was
2    his decision.
3         Q.  I'm asking about the mental
4    distress.
5         A.  Well, if you're -- that was
6    based on these calls, assuming these
7    calls were made to her cell phone
8    because it says here it was her personal
9    cell phone.
10        Q.  But you've been telling me
11   for several hours now that Gina was
12   trying to cause Sara mental distress,
13   right?
14        MS. YODER:  So you have to
15   listen to what he's asking.  He's not
16   asking you about this.  He read from
17   this but he's not asking you about that.
18   He's asking you a different question.
19   So listen to the question.
20        A.  Go on, I'm sorry.
21        Q.  So how great was the mental
22   distress that Sara was experiencing?
23        A.  I can't quantify that.  The
24   statute defines it but I, you know, I
25   can't quantify it.  It gives a subjective

**Page 244**

1    description of it.
2         Q.  Okay.  Have you ever been
3    able just by looking at someone to see
4    they were in mental distress?
5         A.  Not necessarily.
6         Q.  How often did you interact
7    with Sara Thurmer?
8         A.  I don't know.  A couple of
9    times a week.
10        Q.  For how long?
11        A.  Since she worked there.
12        Q.  Okay.  So by the time you
13   started moving forward on the complaints
14   to the police, how long had that been?
15        A.  Two years I think.
16        Q.  So in that period of time,
17   were you able to get to know Sara well
18   enough to be able to tell if she was
19   feeling mental distress?
20        A.  A little bit.
21        Q.  Okay.  How does Sara behave
22   differently when she's experiencing
23   mental distress?
24        A.  Sara seemed to me to be a
25   person that could be stoic in some ways.

**Page 245**

1    So for her to, you know, mention or say
2    that this was starting to get to her,
3    that to me was -- it registered.
4         Q.  So can you give me some more
5    details on what she was saying?
6         A.  I don't remember exactly what
7    she was saying.  This was three years
8    ago.  So, you know, talking about these
9    posts, you know, it just -- it was
10   unlike her to, you know, to complain
11   really.  Like I said, she was a very
12   positive person and so, you know, seemed
13   a little different about it.
14        Q.  Was she acting erratically?
15        A.  No.
16        Q.  Was she having trouble
17   focusing?
18        A.  Not that I know of.
19        Q.  Was she having trouble
20   showing up for work?
21        A.  No.
22        Q.  Was she breaking down crying?
23        A.  No.
24        Q.  Eating disorders?
25        A.  I don't know that.


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com        fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44113  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 246

1    Q.  Did it seem like there were
2  any eating disturbances?
3    A.  How would I know that?
4    Q.  Was she suddenly eating all
5  the time when she wasn't before?
6    A.  I don't know that.  I wasn't
7  there to watch her eat.
8    Q.  The answer is no.  That's
9  what I'm asking.  So, all right.  Did
10  she seem to be isolating more than she
11  normally would?
12    A.  I have no way of knowing
13  that.  I wasn't in the building.
14    Q.  But you're talking to her,
15  right?
16    A.  Yes.
17    Q.  Okay.  Did she tell you she
18  was having trouble sleeping?
19    A.  Not that I remember.
20    Q.  Did she tell you that she
21  was concerned about hurting herself?
22    A.  No.
23    Q.  Okay.  Was she acting out in
24  any way?
25    A.  Sara's not the type of

Page 247

1  person to act out.
2    Q.  Okay.  So the mental
3  distress that you saw consisted -- so
4  the signs of mental distress you saw
5  were that Sara complained about these
6  posts, and that's it?
7    A.  From the list you gave me, I
8  guess so.
9    Q.  Okay.  Well, why don't you
10  give me a list.  What else did you see?
11    A.  Just that it was bothering
12  her.
13    Q.  Okay.  Anything else?
14    A.  No.
15    Q.  So because she complained and
16  it was bothering her, that was the level
17  of mental distress that you thought
18  warranted a call to the police?
19    A.  The concern rose once Gina
20  came on the property.  That alarmed her.
21    Q.  Okay.  So was her -- was the
22  disruption to her mental state to the
23  level that you were concerned about her
24  running the nursing home under that
25  level of stress?

Page 248

1    A.  No, I was concerned for her
2  safety in running the nursing home.
3    Q.  Did you recommend that she
4  seek professional help for her mental
5  distress?
6    A.  No.
7    Q.  Did she seek professional
8  help for her mental --
9    A.  I don't know.
10    Q.  Okay.  So Prosecutor Sackett
11  was talking about the great mental
12  distress.  He said that Gina had been
13  harassing Sara while she was on a
14  European vacation, right?
15    MS. YODER:  What page are you
16  on?
17    MR. BARDWELL:  I think that's the
18  second page.  No, third page.
19    A.  Okay, yeah.  Go on.
20    Q.  All right.  And so he
21  reported that Gina had been harassing
22  Sara on a European vacation, right?
23    A.  That's what it says.
24    Q.  Do you know where she was in
25  Europe?

Page 249

1    A.  Austria I believe.
2    Q.  Sounds nice.
3    A.  Where her husband is from.
4    Q.  Okay.  So Prosecutor Sackett
5  goes on to break down the number of
6  calls Gina had made contributing to this
7  distress, right?
8    A.  That's what he says.
9    Q.  All right.  These -- so
10  these numbers are coming from that call
11  log, right?
12    A.  Yes.  And they were under
13  the impression that they were to her
14  cell phone and that was incorrect.
15    Q.  Okay.  You had provided him
16  that log, right?
17    A.  Yes.
18    Q.  By email?
19    A.  I think so, yes.
20    MR. BARDWELL:  Emily, have all
21  the communications with the police and
22  prosecutor been produced yet?
23    MS. YODER:  We just found some
24  over the weekend and we're having them
25  redacted and we will get them to you


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

---

**Page 250**

1   soon.
2          MR. BARDWELL: Okay.
3          **Q.** Going to hand out Exhibit
4   19. Do you recognize this?
5          **A.** Yes.
6          **Q.** All right. What is it?
7          **A.** Are there two separate ones
8   or is it just one? I can't tell.
9          **Q.** I think it's probably a
10  front and reverse situation. But I
11  don't know.
12         **A.** Okay. I do recognize it.
13         **Q.** What is it?
14         **A.** It is a statement from
15  Yolanda Odom who was a nurse's aide. I
16  think -- I haven't read it, so. I
17  think it's about the clock.
18         **Q.** All right. I'm going to
19  hand out Exhibit 20. Do you recognize
20  this?
21         **A.** Yes.
22         **Q.** What is it?
23         **A.** It is the statement from
24  Amanda Wetherell about seeing Gina on
25  the property.

---

**Page 251**

1          **Q.** Okay. When did East Park
2   produce the medical records that Gina
3   requested?
4          **A.** There was a request I
5   believe -- do you want to look at these
6   or are you changing the subject?
7          **Q.** Yeah. We're moving on.
8          MS. YODER: So we don't need
9   these. So you want the text messages?
10         MR. BARDWELL: Yes.
11         **A.** Okay. Your page 9177.
12         **Q.** What's it say?
13         **A.** It's the text.
14         **Q.** Can you read it to us?
15         **A.** Okay. I think this occurred
16  -- let me go back. There's previous
17  ones to this. Well, you're talking about
18  the production part, right?
19         **Q.** Yeah, when you --
20         **A.** So back to 9177. So Sara
21  says the records are ready if you want
22  to pick them up. Total is $41.90. Can
23  you mail them to us please. I will pay
24  for the postage and send you a check
25  for everything. Sara says okay.

---

**Page 252**

1          **Q.** All right. And Gina did
2   pick those up, didn't she?
3          **A.** No, she did not.
4          **Q.** Did her sister pick them up?
5          **A.** No.
6          **Q.** They were retrieved, weren't
7   they?
8          **A.** No, they were not.
9          **Q.** How do you know that?
10         **A.** Because we looked into it.
11  We thought she picked them up. No one
12  was keeping track of it, but they were
13  sitting either at the front desk or in
14  the records room with the request form
15  on it. Like way after -- I can't
16  remember when we discovered that. I
17  think it might have been in the summer.
18         And also she was going to bring
19  a check and we never got a check from
20  her. There was no check deposited from
21  her. There was no cash in the records
22  that she ever paid for them. So they
23  were sitting, you know, like I said,
24  either at the desk or in the records
25  office and I saw them, the pile.

---

**Page 253**

1          **Q.** You saw the records?
2          **A.** Yes, I saw the pile of
3   records.
4          **Q.** Okay. You're aware that
5   after that first request for records,
6   Gina made a second request for records?
7          **A.** When was that?
8          **Q.** May 8th.
9          MS. YODER: What year?
10         MR. BARDWELL: 2020.
11         **Q.** Exhibit 21 coming around.
12         **A.** Yes, I am aware of that.
13  Well, I'm aware of an email in response
14  to that.
15         **Q.** Okay. Did that email
16  transmit medical records?
17         **A.** Transmit? What do you mean
18  transmit it?
19         **Q.** What was in that email?
20         THE WITNESS: It was the one I
21  sent to you.
22         MS. YODER: Answer his question.
23         THE WITNESS: I'm sorry.
24         **A.** The email was I believe was
25  to Brenda Plum, the social worker, and

---

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787        www.cefgroup.com        fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44113  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 254

1  it was about this request.  It was
2  referring to this from what I can tell.
3  And it was asking about getting these
4  records.
5      Q.  Okay.  And were those
6  records ever prepared?
7      A.  The record, I know that the
8  social worker faxed her nurse's notes
9  and several things in response to that.
10  And then I think the email says that
11  the medical records' person would get to
12  them.  I don't know if they did or not.
13  I don't know what happened after that.
14      But she did get, she requested I
15  believe - I'm not absolutely positive -
16  the email seemed to say can you send me
17  what you're sending to the nursing home
18  possibilities where her mother can move
19  to.  So she wanted to know what was
20  being sent.
21      My understanding is that when
22  nursing homes want to transfer people or
23  hospitals want people to come to a
24  nursing home, they fax records to each
25  other and they decide -- nursing homes

Page 255

1  decide if they're going to take someone
2  based on those records.
3      So I think she was faxed.  She
4  also wanted to know what they were
5  seeing.  So she was given that through
6  fax.  And then I don't know what
7  happened to the regular request from
8  that.
9      I don't know if she wanted -- I
10  don't know what she wanted exactly.
11  Yeah, I don't know what was in the fax,
12  and I don't know if there were more
13  items.
14      Q.  Okay.  So let me try to
15  straighten out the timeline.  Gina made
16  a request for medical records.  You guys
17  prepared them April 7th?
18      A.  Which time line?  Oh, April
19  7th?
20      Q.  Right.
21      A.  Yes.
22      Q.  Gina made a second request
23  on May 8th.
24      A.  The 8th.
25      Q.  Were those records prepared

Page 256

1  for her?
2      A.  I don't know.
3      Q.  Do you know whether the
4  records -- you told us you saw records
5  sitting out before?
6      A.  Yes.
7      Q.  Did you look at those
8  records?
9      A.  No.
10      Q.  Do you know whether those
11  records are in response to the first
12  request or the second request?
13      A.  Yes, because the request, the
14  slip was on the April 7th request.  The
15  signed request slip.  Whatever form you
16  fill out, a copy of it was sitting on
17  top of the records from the request from
18  April 7th.
19      Q.  Okay.  This is Exhibit 57.
20  Do you recognize this?
21      A.  No.
22      Q.  Do you recognize the
23  handwriting?
24      A.  No.
25      Q.  All right.  So I gave you

Page 257

1  Exhibit 58 before, the responses to
2  requests for admission.
3      (Discussion had off the record.)
4      A.  Okay.
5      Q.  So you reviewed this document
6  previously, right?
7      A.  I have.  Well, yeah, but not
8  in great detail.
9      Q.  Okay.  You've reviewed the
10  interrogatories as well, right?
11      MS. YODER:  To East Park?
12      MR. BARDWELL:  To East Park.
13  Exhibit 60.
14      A.  Okay.  I've looked at it.
15      Q.  Are all of the answers to
16  these questions the truth?
17      MS. YODER:  Are you asking about
18  the interrogatories?
19      MR. BARDWELL:  I'm asking about
20  the interrogatories and the request for
21  admissions.
22      MS. YODER:  You can ask her
23  about the interrogatories.  But our
24  objection in the answers in the
25  interrogatories is they're prepared by

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787       www.cefgroup.com       fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 258

1    attorneys and not certified by a client.
2         **Q.** Okay.  Are the answers to
3    request for admissions true?
4         MS. YODER:  Objection.
5         **A.** I don't know.  What
6    specifically are you talking about?
7         **Q.** Look at Exhibit 58.  If you
8    need to take a moment you can.  What
9    I'm asking is whether all of these
10   answers are true.
11        MS. YODER:  Same objection.
12        MR. BARDWELL:  You don't want her
13   to say whether these are true or not
14   true?
15        **A.** If you want a blanket --
16   looking at them --
17        MS. YODER:  I think you're trying
18   to circumvent the civil rules, Brian.  I
19   mean, she's reviewed them, they're
20   prepared by attorneys.  They're not
21   certified.
22        MR. BARDWELL:  And you think that
23   make it objectionable to ask whether
24   facts are true?
25        MS. YODER:  Are you asking her

Page 259

1    about specific facts?  I mean, there's
2    166 requests for admission.
3         MR. BARDWELL:  She told me she
4    reviewed this.
5         MS. YODER:  I'm sorry, there's
6    187 requests for admission and she's
7    told you she's looked at it.
8         MR. BARDWELL:  She was required
9    to come to testify on the responses to
10   discovery.
11        MS. YODER:  She is prepared.
12        **Q.** Okay.  Are all of these
13   answers true, Laura?
14        MS. YODER:  Objection.
15        **A.** To the best of my knowledge.
16        **Q.** So you don't actually know
17   whether they're true?
18        MS. YODER:  Objection.  Asked and
19   answered.  You can tell him again.  So
20   he's asking you the same question so you
21   can answer it again.
22        **A.** To the best of my knowledge
23   it is.
24        **Q.** Do you actually know these
25   answers to be true?

Page 260

1         MS. YODER:  Brian, she's answered
2    this.  We're not -- ask her a different
3    question. She's answered that, thank
4    you.
5         **Q.** In number 11, number 11
6    asks, admit that East Park did not
7    follow its treatment for Ms. Mandanici
8    and you denied that.
9         MS. YODER:  Objection.
10        **Q.** Do you know that denial to
11   be true?
12        THE WITNESS:  Isn't that the same
13   question?
14        MS. YODER:  So he's asking you
15   specifically about number 11.
16        **A.** Specifically.  To the best
17   of my knowledge it's true.  I don't --
18   you know.
19        **Q.** Okay.  What knowledge are
20   you relying on?
21        **A.** What I have personal
22   knowledge of that East Park did or
23   didn't do, you know.
24        **Q.** And that's exactly what I'm
25   asking you to detail.  What do you have

Page 261

1    personal knowledge of?
2         **A.** About -- that East Park
3    didn't follow a plan?  Personal
4    knowledge?
5         **Q.** Yeah.  Do you have personal
6    knowledge that East Park followed the
7    plan?
8         **A.** No.  I have no reason to
9    think they didn't.
10        **Q.** Number 15 asks you to admit
11   that some vents at East Park
12   intermittently emitted a black moldy
13   substance and you denied it.
14        MS. YODER:  Objection.
15        **A.** Yes.
16        **Q.** How do you know that's not
17   true?
18        **A.** Because I don't have any
19   recollection of that happening.
20        **Q.** If some vents in East Park
21   intermittently emitted a black moldy
22   substance, would you be on hand to see
23   that?
24        **A.** Not every day, no.  I wasn't
25   there every day.

Page 262

1    **Q.** So when you deny this,
2  you're just saying that you've never
3  seen it happen, right?
4          MS. YODER:  Objection.
5          THE WITNESS:  Well, these are to
6  all of us, right?
7          MS. YODER:  Yes.
8          **A.** Yes.  I'm denying that I saw
9  it happen.
10         **Q.** Do you have any other
11 information besides never seeing it
12 happen that allows you to deny this?
13         **A.** I never had any idea -- it's
14 like proving a negative.  You know?
15         **Q.** Right.
16         **A.** So I don't.
17         **Q.** So you deny - yeah, number
18 16 - you deny that the vents in Ms.
19 Mandanici's room intermittently emitted
20 a black moldy substance. How many times
21 were you in Ms. Mandanici's room?
22         **A.** I believe she was in several
23 rooms in the facility over her stay.
24         **Q.** How many times were you in a
25 room she was in while she occupied it?

Page 263

1          **A.** Never.
2          **Q.** Okay.  What facts support
3  this denial then?  Is it just a guess?
4          MS. YODER:  Objection.
5          **A.** No, I have no memory of it.
6          **Q.** Okay.  Would you have memory
7  of it if it happened?
8          **A.** I think I would.  I don't
9  know for sure.
10         **Q.** How could you have a memory
11 of it if you were never in her room?
12         MS. YODER:  Objection.
13         **A.** Of being told anything about
14 it.
15         **Q.** Okay.  You were just never
16 told about it.  So if Gina said that
17 she saw a black moldy substance coming
18 out of the vents, would you have any
19 basis to dispute that?
20         **A.** No.
21         **Q.** Okay.  This says that East
22 Park received complaints between 2017
23 and 2022 about the vents emitting a
24 black moldy substance.  And you deny
25 that.  How do you know that you never

Page 264

1  received those complaints?
2          **A.** Because I have no knowledge
3  of it.
4          **Q.** Does you not having knowledge
5  of it mean that it didn't happen?
6          **A.** No.  No, I guess not.
7          **Q.** Okay.  Number 19 asks you to
8  admit that East Park did not fix the
9  problem with Ms. Mandanici's vents for
10 months after it was reported.  You
11 denied that.  Do you know whether that's
12 a truthful answer?
13         **A.** I have no memory of it
14 specifically, so.
15         **Q.** Are you usually kept up to
16 date on vent repairs?
17         **A.** No.  Not necessarily.
18         **Q.** So you would you expect --
19 why does not remembering it tell you
20 whether anything about it is true or
21 not?  I mean, I don't remember World
22 War II but I don't deny that it
23 happened.
24         MR. OCKERMAN:  Objection.
25         MS. YODER:  Objection.

Page 265

1          **A.** My experience at East Park
2  is that problems were addressed when
3  there were complaints made.  So if
4  complaints were made, I would think that
5  they would have been addressed.
6          **Q.** Okay.  Do you have any
7  evidence that East Park fixed problems
8  with Ms. Mandanici's vent?
9          MS. YODER:  Objection.
10         **A.** No, I don't.
11         **Q.** Do you admit that mold is a
12 known health hazard?
13         MS. YODER:  Objection.  The
14 response, I mean --
15         MR. BARDWELL:  Let's let her
16 answer.
17         MS. YODER:  Request number 20.
18         **A.** I guess it could be.
19         **Q.** Okay.  22, admit that mold
20 in air vents is not sanitary.  Do you
21 admit that that's true?
22         **A.** It could be.
23         **Q.** Do you admit that it is
24 true?
25         MS. YODER:  Objection, asked and


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

Page 266

1 answered.
2          **A.** It's qualified.  It could
3 be.
4          **Q.** Number 23, admit that East
5 Park left Ms. Mandanici in her room with
6 fecal matter on surfaces.  On what facts
7 are you relying on to deny that?
8          **A.** The fact that we had a
9 cleaning schedule, how the rooms were
10 cleaned, what happened.  There was a
11 cleaning schedule that's required by
12 state law that every room has to be
13 cleaned every day.  We swept and mopped
14 and the bathroom was cleaned.
15          And then the aides would attend
16 to anything that had to be done during
17 the day if and when they came into the
18 room.
19          **Q.** Okay.  And did you
20 personally oversee this operation?
21          **A.** No.
22          **Q.** So do you personally know
23 whether that's true or not, whether they
24 were actually doing that?
25          **A.** That they were actually

Page 267

1 cleaning?
2          **Q.** Yeah.
3          **A.** There's a schedule that they
4 were cleaning.
5          **Q.** I showed you before Exhibits
6 6, 7, 8, 9, 10.  Do you deny that
7 that's fecal matter on the surfaces in
8 Ms. Mandanici's room?
9          MS. YODER:  Objection.
10          **A.** I don't know that it is for
11 sure.
12          **Q.** Do you deny it?
13          MS. YODER:  Objection, asked and
14 answered.  Tell him again.
15          **A.** I don't know for sure that
16 it is.
17          **Q.** Do you have any facts to
18 dispute that?
19          MS. YODER:  Objection.
20          **A.** Well, it is a toilet, it is
21 a bathroom.  You've got people who are
22 nonambulatory trying to put them on a
23 toilet.  The aide's got a Hoyer lift
24 trying to put the person on the toilet,
25 she's trying to put the person back

Page 268

1 together.
2          **Q.** Okay.
3          **A.** I don't know necessarily if
4 an aide would walk back in the bathroom
5 to see that when she was taking care of
6 the resident.  So yes, and I don't know
7 how long that had been there, that
8 someone would have caught it.  There's
9 no guarantee that someone was back in
10 the bathroom or saw it immediately is
11 the way I would look at it.
12          **Q.** You don't have any reason to
13 dispute that fecal matter was, in fact,
14 left on surfaces in Ms. Mandanici's
15 room, do you?
16          MS. YODER:  Objection, asked and
17 answered.  Go ahead, tell him again.
18          **A.** I think it could be.
19          **Q.** Number 24.  Could you read
20 that one for me?
21          **A.** Admit that fecal matter is a
22 known health hazard.
23          **Q.** Can you give me a straight
24 admit or deny on that?
25          **A.** No.

Page 269

1          **Q.** Okay.  Number 25.  Can you
2 read that for me?
3          **A.** Admit that fecal matter --
4 isn't that the same thing.
5          **Q.** No.
6          **A.** -- is not sanitary.
7          **Q.** Can you give me a straight
8 admit or deny on that?
9          **A.** No.
10          **Q.** Number 26.  Can you read
11 that for me.
12          **A.** Admit that fecal matter poses
13 a greater health risk the longer it goes
14 uncleaned.
15          **Q.** All right.  So as a former
16 owner of the nursing home, can you give
17 me a straight admit or deny on that?
18          **A.** No.
19          **Q.** Okay.  28, admit that Ms.
20 Mandanici repeatedly developed pressure
21 ulcers during her residence at East
22 Park.  You guys deny that. What facts
23 can you point to to support that denial?
24          MS. YODER:  Objection, you can
25 answer.



**Laura DiVincenzo - Volume I**                    7/3/2023

---

**Page 270**

1    A. This one, actually she might
2   have had pressure ulcers.
3    Q. Okay. Number 31, admit that
4   Ms. Mandanici's pressure ulcers were the
5   result of inadequate care by East Park.
6   You deny that?
7    A. Yes.
8    Q. What facts support that
9   denial?
10    MS. YODER: Objection.
11    A. Because we provided a very
12   good level of care.
13    Q. Did you ever see care being
14   given to Ms. Mandanici?
15    A. No.
16    Q. Do you have any personal
17   knowledge that you gave Ms. Mandanici
18   very good care?
19    MS. YODER: Objection.
20    A. I'm sorry, could you say the
21   last part again?
22    Q. Do you have any facts on
23   which you can rely to support your
24   contention that you gave Ms. Mandanici
25   very good care?

---

**Page 271**

1    MS. YODER: Objection.
2    A. I think there are multiple
3   facts that we provided her good care.
4    Q. Okay. Can you point to any
5   facts that show that her pressure ulcers
6   were not the result of inadequate care?
7    MS. YODER: Objection, asked and
8   answered. Go ahead.
9    A. That they were not?
10    Q. Yeah, you're saying they were
11   not, right?
12    A. Yes.
13    Q. What facts do you have to
14   prove that?
15    A. Well, Ms. Mandanici, from
16   what I understand, was not compliant
17   when it came to positioning and also to
18   being changed, having her Depends
19   changed. So when you're noncompliant
20   with the positioning then you're going
21   to develop the ulcers.
22    And also, she also sat -- her
23   daughter demanded she sleep in a
24   recliner. That also contributed to the
25   pressure ulcers from what I remember.

---

**Page 272**

1   So that contributed to it.
2    It was not necessarily East
3   Park's inadequate care. It was -- you
4   can't force residents to do things they
5   don't want to do. And because she was
6   -- her mobility was lacking, then her
7   positioning would be off.
8    Q. Let's look at number 35. We
9   admit that there was one bed bug
10   infestation while Ms. Mandanici was a
11   resident. When was that?
12    A. I think in the fall of 2019.
13    Q. And what had happened there?
14    A. So I believe the first one
15   was seen in the break room, the staff
16   break room. So a company was called in
17   right away and they have a bed bug
18   sniffing dog.
19    Q. Did not know that existed.
20    A. It's pretty cool. So this
21   dog, when one was seen, this company
22   comes in, the dog finds the bed bugs
23   that you can't see. So they took the
24   dog through the facility to see where
25   the beg bugs were. I'm not making this

---

**Page 273**

1   up.
2    Q. Poor dog.
3    MR. CARLIN: This is true.
4    A. And so the dog was taken
5   through the facility, whatever rooms had
6   them and there were not that many. It
7   wasn't like you could see bed bugs
8   hopping all over the place. There were
9   not that many.
10    So then the company was hired,
11   well, we hired this company and they --
12   it works really well. They bring in
13   these giant heating elements, so any
14   room that the bed bugs were found in,
15   the resident had to be moved out of the
16   room for, I don't know, a couple days,
17   and everything else stays in the room
18   and they heat the room to some ungodly
19   temperature which I don't even
20   understand, and then they bring the dog
21   back to see if they're gone.
22    Q. Okay. So how long does that
23   whole process take?
24    A. I don't remember. A couple
25   of days. And then they came back again.

---

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

Page 274

1 I think there were two rounds of it.
2 They came back again to make sure they
3 were all gone. And I think the dog
4 found another one. And so that's what
5 happened.
6 MR. CARLIN: Just out of
7 curiosity, what temperature do they
8 bring that to?
9 THE WITNESS: I don't know.
10 **Q.** Okay. So number 36 asks you
11 to admit that bed bugs are unsanitary.
12 Can you give me a straight admit or
13 deny on that?
14 **A.** I think it depends on the
15 circumstances. You know, we caught
16 them. So I don't know.
17 **Q.** I mean, it sounds like you
18 made extraordinary efforts to get rid of
19 them.
20 **A.** Well, you have to.
21 **Q.** Why?
22 **A.** Because they're gross.
23 **Q.** Are they unsanitary?
24 **A.** I don't know if you'd call
25 it unsanitary. I think there's a lot

Page 275

1 of adjectives to call it. But I don't
2 know about unsanitary.
3 **Q.** Sanitary?
4 MS. YODER: Objection.
5 **Q.** All right. When a patient
6 develops pressure sores in a nursing
7 home, do I understand correctly that
8 that is an event for which you cannot
9 be reimbursed by Medicare?
10 **A.** I don't know the answer to
11 that.
12 **Q.** All right. Number 44, admit
13 that Ms. Mandanici's bedding was not
14 changed as frequently as the need arose
15 to ensure her comfort. You guys denied
16 that. Do you have any facts on which
17 you can base that denial?
18 **A.** Yes. Mrs. Mandanici as I
19 said could become very agitated and
20 noncompliant. So it's my understanding
21 that when she needed to -- people are
22 checked every two hours by law to see
23 if they need to be changed. When they
24 would go in to check her she would tell
25 them not to touch her and go away.

Page 276

1 Then the staff would wait a while, try
2 to re-approach her. She would refuse to
3 comply.
4 So that's what would happen.
5 We're not allowed to force people to do
6 anything they don't want to do. So
7 that would account for this situation
8 with the bedding and the changing and
9 that kind of thing.
10 **Q.** So because of her
11 noncompliance, her noncompliance was why
12 her bedding was not changed as
13 frequently as required?
14 **A.** As needed.
15 **Q.** To ensure her comfort?
16 **A.** Yes. Yes. But if she won't
17 let you near her I don't know what
18 you're supposed to do.
19 **Q.** Okay. Was her bedding
20 changed as frequently as needed to
21 ensure her comfort?
22 **A.** I think it depends on if she
23 wanted it changed or not. So as needed
24 to ensure her comfort, if she was
25 uncomfortable from it, I would think

Page 277

1 that would be the complaint.
2 **Q.** Was her bedding changed as
3 frequently as needed to ensure
4 sanitation?
5 **A.** Again, you can't force her
6 to change it.
7 **Q.** Okay. But was her bedding
8 changed as frequently as needed to
9 ensure sanitation?
10 **A.** When she would allow it.
11 **Q.** And when she wouldn't allow
12 it it was not?
13 **A.** Probably not because we can't
14 force her.
15 **Q.** Okay. Is it true that Ms.
16 Mandanici was sometimes left alone in
17 her Hoyer lift for a period of time?
18 **A.** So you're asking me if she
19 was left alone in a Hoyer lift?
20 **Q.** Yes.
21 **A.** So a Hoyer lift isn't --
22 MS. YODER: Just answer the
23 question.
24 **A.** Is it true? No.
25 **Q.** How do you know?

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787 www.cefgroup.com fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119



Page 278

1    A. Because of how a Hoyer lift
2 works.
3    Q. Okay. How does a Hoyer lift
4 work?
5    A. A Hoyer lift is a device
6 like a machine that lifts people out of
7 a bed or out of a chair. And it has a
8 mat that is attached to the lift and
9 the person is on the mat and the mat is
10 then positioned around the person to --
11 in order to pick it up, hook it to the
12 metal lift, pick the person up and put
13 them in a wheelchair, on a toilet or on
14 a bed.
15    Q. And so based on what you're
16 describing, why can't the person be left
17 alone in a Hoyer lift?
18    A. They would be suspended from
19 a machine with nobody around and that
20 wouldn't happen.
21    Q. So are you saying it's not
22 physically possible or it's a bad thing
23 to do?
24    MS. YODER: Objection.
25    A. It wouldn't be a good thing

Page 279

1 to do. And the -- what this might be
2 referring to is the mat. The mat, the
3 piece of fabric that is used to place
4 the person on before the lift is used.
5 So the mat is placed on a bed under the
6 person, it's also placed on the
7 wheelchair for someone who needs a lift.
8    So the resident is placed on that
9 mat and it's completely allowable. A
10 lot of the residents that use Hoyer
11 lifts just sit on their wheelchairs and
12 on the mat. Because you can't -- you
13 have to get the -- it's easiest to pick
14 them up. So if they're in the
15 wheelchair and need to use the Hoyer
16 lift you can't get them out of the
17 wheelchair. So you have to have that
18 piece of fabric under them to pick them
19 up.
20    Q. All right. Is it physically
21 possible to leave someone in a Hoyer
22 lift alone?
23    A. It's not physically
24 impossible but I don't think that ever
25 happened.

Page 280

1    Q. Okay. I mean, if Gina says
2 that her mother was left in a Hoyer
3 lift for an extended period of time by
4 herself, do you have any facts with
5 which to dispute that?
6    MS. YODER: Objection. Go ahead.
7    A. No. But I would think that
8 would be in a complaint form. And I
9 don't know if it was or not.
10    Q. Okay. Did any medical
11 professional ever determine that private
12 and unrestricted communications with Ms.
13 Mandanici's family were not medically
14 advisable for her?
15    A. Where are we?
16    Q. I'm sorry, we're looking at
17 51.
18    MS. YODER: Brian, what was the
19 question again?
20    Q. Did any medical professional
21 ever determine that private and
22 unrestricted communications with Ms.
23 Mandanici's family were not medically
24 advisable?
25    A. Not to my knowledge.

Page 281

1    Q. Okay. After you locked down
2 for Covid, do you know how often Gina
3 was able to use the phone to talk to
4 her mother?
5    A. I don't know that.
6    Q. Number 59, you deny the
7 caring for Ms. Mandanici -- I asked you
8 to admit that caring for Ms. Mandanici
9 was not beyond East Park's advertised
10 capabilities. You've denied that. What
11 facts support that denial?
12    A. Ms. Mandanici reached a point
13 where she could no longer be cared for.
14 The level of care increased and so East
15 Park was not able to provide that kind
16 of care.
17    Q. When you say her level of
18 care increased, what do you mean?
19    A. From what I understand,
20 dementia is categorized from mild to
21 moderate and then it progresses and it
22 can have certain behaviors with it. And
23 East Park can't deal with those
24 behaviors when it progresses to a
25 certain point.

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44113 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308 - 330.253.8119

Page 282

1    Q. Okay.
2        A. And East Park doesn't admit
3    people that have that severe stage and,
4    you know, require that level of care.
5        Q. For dementia care, so you
6    mentioned mild to moderate.  Are there
7    other, like, commonly accepted words
8    for --
9        A. I believe so but I don't
10   know what they are.  And that -- yeah.
11       Q. All right.  So it sounds
12   like you're telling me that Ms.
13   Mandanici's care was beyond East Park's
14   actual capabilities; is that correct?
15       A. Yes, it progressed to that
16   level.
17       Q. Okay.  So on 59 though I'm
18   asking if it was beyond East Park's
19   advertised capabilities.
20       A. I am not sure what was in
21   the advertisement but I doubt it said
22   severe dementia or that language that
23   you were asking if there were words to
24   describe it.
25       Q. Okay.  What kind of

Page 283

1    advertising did you have back then?
2        A. We had a website and we had
3    packets, touring packets.  I don't know
4    if you'd call it advertising.  We had a
5    commercial at one point and I think
6    that's it.
7        Q. Okay.  When was the last
8    time you reviewed any of those touring
9    packets or commercials?
10       A. Well, the touring packets
11   from what I remember, the touring
12   packets contained much of the same --
13   well, the website had a condensed
14   version I think of what the touring
15   packets had.
16       Q. Okay.
17       A. And then the commercial, I
18   hadn't reviewed that.  It's on the
19   website.
20       Q. Okay.  So number 71.  This
21   might be bringing us back to that
22   distinction we were discussing earlier.
23   Admit that East Park initiated a
24   criminal prosecution against Ms.
25   Criscione.  You guys deny that.  Why do

Page 284

1    you deny that?
2        A. Because I -- as in earlier,
3    I don't know if we would call it
4    initiating.
5        Q. Okay.  Number 74, admit that
6    East Park made, influenced or
7    participated in the decision to
8    prosecute Ms. Criscione.  You deny that.
9    Why?
10       A. Because it was beyond -- it
11   was beyond our -- what our role was in
12   it.  This was up to the prosecutor.
13       Q. What was up to prosecutor?
14       A. Whether to prosecute her.
15       Q. Oh, the actual decision to
16   prosecute you're saying?
17       A. Yes.
18       Q. So that covers the first
19   part, East Park made the decision.  What
20   about did East Park influence that
21   decision?
22       A. I wouldn't say influenced,
23   no.
24       Q. As far as you know --
25       A. We were just making a

Page 285

1    report.
2        Q. As far as you know did the
3    prosecutor or police rely on any
4    evidence other than what East Park gave
5    them?
6        A. Not that I know of.
7        Q. And you're aware of several
8    pieces of evidence they had, right?
9        A. Yes.
10       Q. Would it be fair to say then
11   that East Park made the decision
12   to prosecute Ms. Criscione?
13       MS. YODER:  Objection, asked and
14   answered.  Tell him again.
15       A. If providing evidence is
16   influencing, then, you know, I don't
17   know.  It was not up to us to -- we
18   just provided the basic evidence. How
19   that effected them was -- that was the
20   result, not the intent if that makes
21   sense.  If they were influenced, it was
22   on their side of it.
23       Q. Okay.  Do you have any
24   reason to believe they were not
25   influenced by the evidence you gave


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 286

1  them?
2       MS. YODER:  Objection, if you
3  know.
4       **A.**  If they were, it was from
5  what they were drawing from the evidence
6  presented to them.
7       **Q.**  Okay.  Let me -- can I bring
8  your attention back to Exhibit 1.  Now,
9  you were telling me that you believe
10  Sara Thurmer did not write this, right?
11       **A.**  I am guessing, yes.  That
12  was my impression.
13       **Q.**  You think the city was
14  responsible for drafting this?
15       **A.**  Yes.
16       **Q.**  Okay.  So I see an
17  allegation that Gina posted multiple
18  negative messages to a website and she
19  trespassed on the property of East Park
20  Nursing Home.  Do you see any other
21  evidence that they're relying on to
22  support this complaint?
23       MS. YODER:  Objection.
24       **A.**  Not stated here.
25       **Q.**  Who gave them that

Page 287

1  information?
2       **A.**  East Park did.
3       **Q.**  Okay.  Do you think
4  providing those pieces of information
5  influenced their decision?
6       MS. YODER:  Objection, asked and
7  answered.
8       **A.**  Yeah, I answered that
9  already.
10       **Q.**  I'm asking about the specific
11  pieces of information now.
12       **A.**  Which specific pieces?
13       **Q.**  The allegation that she
14  posted multiple negative messages and
15  that she trespassed on the property of
16  East Park.  Do you think those
17  allegations influenced their decision to
18  prosecute?
19       MS. YODER:  Objection, go ahead.
20       **A.**  If they saw in the statute
21  that the evidence violated it, then that
22  was their conclusion, the prosecutor.
23       **Q.**  I don't feel like that
24  answers the question.
25       **A.**  I can't remember what the

Page 288

1  question was.
2       **Q.**  That's all right.  So the
3  complaint you believe they wrote points
4  only to two pieces of evidence to
5  support the entire case.
6       **A.**  It's not two pieces, it's
7  multiple negative messages.
8       **Q.**  Okay.  There are two
9  allegations, multiple negative messages
10  and trespassing on the property, right?
11       **A.**  Yes.
12       **Q.**  Okay.  If that's everything
13  they're relying on and all that came
14  from you, do you think those pieces of
15  information that you provided influenced
16  their decision to prosecute Gina?
17       MR. CARLIN:  Please reflect he
18  asked the question, the deponent was
19  nodding her head but never answered it
20  on the record.
21       Go ahead and read back the
22  question.
23       (Record read.)
24       **Q.**  There were two allegations on
25  which the police relied here, posting

Page 289

1  negative messages and trespassing on the
2  property, correct?
3       **A.**  Correct.
4       **Q.**  You've got it right in front
5  of you.
6       **A.**  Yes.
7       **Q.**  Is it true or not true?
8       **A.**  Is what true?
9       **Q.**  There are two allegations in
10  here supporting these charges; posting
11  multiple negative messages and
12  trespassing on East Park property.
13       **A.**  Yes.
14       **Q.**  So my question to you is, if
15  that's all the information they relied
16  on for this complaint and all that
17  information came from East Park, do you
18  believe that providing that information
19  influenced their decision to prosecute
20  Gina?
21       MS. YODER:  Objection.
22       **A.**  I think there was a
23  possibility it didn't influence them if
24  they chose not to prosecute.
25       **Q.**  Right.  I'm not asking if

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44113  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 290**

1   it's a possibility, and we can -- I'll
2   ask that next. Do you think it's a
3   possibility that it did?
4           MS. YODER: Objection. If you
5   understand what he's asking you, you can
6   answer.
7           **A.** I don't because their
8   decision to be influenced was on their
9   part of the -- of the -- it was their
10  decision.
11          **Q.** Okay.
12          **A.** So if they were influenced
13  to charge her then that was their take
14  on it.
15          **Q.** If they were influenced --
16          **A.** Of -- of evidence that was
17  just presented to them.
18          **Q.** Evidence that they were
19  influenced by what?
20          **A.** What was given to them.
21          **Q.** By whom?  It's okay to say
22  it.
23          **A.** If there didn't exist any
24  other evidence that someone else had
25  outside of these two things, if they

**Page 291**

1   investigated, they took into
2   consideration what they had and it was
3   up to them.
4           **Q.** And you think what they
5   found in their investigation influenced
6   their decision?
7           **A.** I don't know.
8           **Q.** Does common sense give the
9   answer?
10          MS. YODER:  Objection, asked and
11  answered.  She's told you she doesn't
12  know what influenced their decision.
13  She told you what East Park's role was
14  in providing documentation.
15          MR. BARDWELL:  All right.
16          **Q.** Number 89, admit that Ms.
17  Criscione never threatened to physically
18  injure Sara Thurmer.  And you denied
19  that.  When did Gina physically threaten
20  to injure Sara Thurmer?
21          **A.** I think Sara could have
22  feared that she was going to be
23  physically harmed.
24          **Q.** I'd like to know more about
25  that but before we get into that, could

**Page 292**

1   you tell me when Gina threatened to
2   physically injure Sara Thurmer?
3           **A.** Actually, there doesn't have
4   to be a physical injury.  And so the
5   threat didn't have to be a threat of a
6   physical injury.
7           **Q.** I'm not -- the question is
8   whether Gina ever threatened to
9   physically injure Sara Thurmer.
10          **A.** Through the posts.
11          **Q.** What posts threatened to
12  physically injure Sara Thurmer?
13          **A.** I don't know.  I guess you'd
14  have to ask Sara that also.
15          **Q.** Well, you've read the posts,
16  right? Right?
17          **A.** Yes.
18          **Q.** So which of those posts
19  threatened to harm Sara Thurmer
20  physically?
21          **A.** I don't know.
22          **Q.** Let's pull it out and take a
23  look then.  Do you still have it over
24  there?  Just take a look through those
25  and tell me when you find one that

**Page 293**

1   threatens to physically injure Sara
2   Thurmer.
3           **A.** I don't know.  Like I said
4   before, some of the stuff about, you
5   know, I have nothing to lose, I will
6   not let this go.  I think that kind of
7   thing.
8           **Q.** Are those threats of physical
9   injury?
10          **A.** Perhaps it can be taken that
11  way.
12          **Q.** Okay.  But similar to the
13  Brook Park Police, if someone takes it
14  that way, that's just their decision on
15  how they're influenced on something
16  that's totally innocent, right?
17          **A.** Under the statute a physical
18  threat wasn't involved.
19          **Q.** Okay.  Under request for
20  admissions 89, a physical threat is
21  involved.  So I'm asking if Gina
22  Criscione ever threatened to physically
23  injure Sara Thurmer?
24          MS. YODER:  Answer his question.
25          **A.** Maybe not technically.



Page 294

1    **Q.** Okay. Why did you guys deny
2  this then?
3        MS. YODER: So objection. If
4  you know the answer you can tell him.
5        **A.** I don't know the answer to
6  that.
7        **Q.** Did you ever tell someone
8  that Gina Criscione threatened to
9  physically injure Sara Thurmer?
10        **A.** No.
11        **Q.** Do you know of anyone ever
12  accusing Gina of physically threatening
13  Sara Thurmer?
14        **A.** No.
15        **Q.** Is there any factual basis
16  you know of that would support this
17  denial?
18        MS. YODER: Objection, go ahead
19  if you know.
20        **A.** Not that I can think of.
21  But --
22        **Q.** How about number 93, admit
23  that East Park never told Ms. Criscione
24  to stay off its property. So you deny
25  and stated there were no trespassing

Page 295

1  signs posted.
2        **A.** Yes, there were.
3        **Q.** What does it mean to
4  trespass on the property of East Park?
5        **A.** To be on the property with
6  no purpose, no business purpose, not an
7  invitee.
8        **Q.** Okay. If I recall
9  correctly, you told me that as far as
10  you know, you don't know whether Gina
11  ever got the records from her second
12  medical request, do you?
13        **A.** No.
14        **Q.** Would going to pick up those
15  records be a legitimate purpose to be at
16  East Park?
17        **A.** Yes, but this was September.
18  September 20th.
19        **Q.** On September 20th, 2020 had
20  Gina received the records in response to
21  her second request?
22        **A.** I don't know.
23        **Q.** Would it be a legitimate
24  purpose to be on the property to pick
25  up those records?

Page 296

1        **A.** I don't know.
2        **Q.** Is that an illegitimate
3  reason for her to be on the property?
4        **A.** One would have thought she
5  would have called ahead of time. She
6  wasn't told the records were there.
7  Usually you're called and told the
8  records are there, come and get them.
9  Her pattern had been to say I'm coming
10  to pick them up. So that didn't
11  happen.
12        **Q.** Okay. Is she required to do
13  that?
14        **A.** Plus the building was locked.
15  It was locked down.
16        **Q.** So does that make it
17  illegitimate for her to come and pick up
18  those records?
19        **A.** It's questioning why she was
20  there still.
21        **Q.** What does that mean?
22        **A.** Because she would have --
23  the procedure usually was someone would
24  call and tell them they were coming.
25        **Q.** Did she call?

Page 297

1        **A.** This was Sunday morning.
2        **Q.** Did she call?
3        **A.** Not that I know of.
4        **Q.** So she might have and you
5  just don't even know?
6        **A.** I never heard she called the
7  building ever again.
8        **Q.** Did you ever make any
9  inquiry before accusing her of
10  trespassing?
11        MS. YODER: Objection.
12        **A.** No.
13        **Q.** Why not?
14        **A.** Because in my mind she had
15  no right to be on the property.
16        **Q.** Picking up medical records,
17  did that give her a right to be on the
18  property?
19        MS. YODER: Objection.
20        **A.** I didn't know that to be a
21  fact.
22        **Q.** That's dangerous. Let me
23  ask this. Did you still have her camera
24  and SD card at that point?
25        **A.** The card.


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 298**

1    Q. Is it a legitimate purpose
2  for her to come and pick up her
3  property that you'd seized?
4    A. She wouldn't have been able
5  to get it then.
6    Q. Does that make it
7  illegitimate for her to come and ask for
8  it?
9    A. There wasn't anybody there
10  that she could get it from.
11    Q. Would that make it
12  illegitimate for her to show up and
13  knock on the door and try?
14    A. If she had shown up --
15    Q. That's not the question.
16    A. Well, I don't know.
17    Q. I guess what I'm asking is,
18  you were the owner of the property,
19  right?
20    A. In my mind that day --
21    Q. Were you the owner of the
22  property?
23    A. Yes.
24    Q. As the property owner, do
25  you believe that somebody would be

**Page 299**

1  trespassing on East Park property if
2  they came to pick up their property that
3  you had taken from them and were holding
4  without consent?
5    MS. YODER: Objection. Answer if
6  you can.
7    Q. Is that trespassing?
8    A. It could be.
9    Q. Why?
10    A. The situation as it presented
11  itself, she still seemed to be a threat.
12  So if she came on the property and
13  walked up to the door after all of
14  this --
15    Q. After all of what?
16    A. After all the posts and --
17  all the posts, then I think that people
18  would have been alarmed by her being
19  there.
20    Q. But you understand that
21  alarming someone is not an element of
22  trespass, right?
23    A. Yes.
24    Q. I'm asking if that's trespass
25  to come get your property that somebody

**Page 300**

1  has seized from you.
2    MS. YODER: Objection. Answer if
3  you're able.
4    A. No.
5    Q. Okay. When you called the
6  police, did you understand that the
7  things Gina was saying were protected by
8  the First Amendment?
9    MS. YODER: Objection, you can
10  answer.
11    A. No.
12    Q. Sitting here today do you
13  believe they are protected under the
14  First Amendment?
15    A. Not when they fall outside
16  the scope of the First Amendment and
17  they fall under the statute. When the
18  behavior is meant to harass or engage in
19  a manner of conduct under those
20  statutes, then it is not protected by
21  the First Amendment.
22    Q. I don't think that's how --
23  okay.
24    A. Well --
25    MS. YODER: Wait for a question.

**Page 301**

1    THE WITNESS: Sorry.
2    Q. 106. 104 rather. Admit
3  that East Park would not have pursued
4  criminal charges if Ms. Criscione had
5  never criticized East Park and its
6  agents.
7    A. That's a deny.
8    Q. Why?
9    A. Because it's characterized as
10  criticizing as opposed to the intent
11  behind it.
12    Q. Okay. Did East Park have a
13  grievance committee?
14    A. Yes.
15    Q. Ms. Criscione never filed a
16  complaint with them?
17    A. From what I understand, East
18  Park had two types of grievance
19  procedures.
20    Q. Okay.
21    A. An informal one and a formal
22  one.
23    Q. All right.
24    A. As far as I know, there was
25  never a formal complaint made to the


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787     www.cefgroup.com     fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

---

**Page 302**

1  grievance committee. There were informal
2  complaints made.
3      **Q.** So Ms. Criscione did file a
4  complaint with East Park grievance
5  committee?
6      **A.** No.  Not that we know of.
7  Not that I know of.  And I don't have
8  those records also because of -- they
9  would likely be at East Park if that
10  happened.
11      **Q.** Okay.
12      **A.** And the grievance committee
13  is structured, it's a resident
14  committee, so.  And it's only called as
15  needed.  It only met as needed.  If a
16  -- if a -- well, yeah.
17      **Q.** When did you learn that Gina
18  had made a complaint about East Park to
19  the Department of Health?
20      **A.** What she said in her post
21  was that statement, but we didn't know
22  if she actually called or whatever
23  because we wouldn't be able to know
24  that.
25      **Q.** Are we talking about the

---

**Page 303**

1  "ODH on their arse" post?
2      **A.** I thought there were several,
3  but go on.
4      MS. YODER:  Brian, are we getting
5  pretty close to being done here?
6      MR. BARDWELL:  I mean --
7      MS. YODER:  It's almost 5:00.
8      MR. BARDWELL:  I've got quite a
9  bit more actually.
10      MS. YODER:  So you want to go to
11  5 and then stop for the day?
12      MR. BARDWELL:  And then pick up
13  when?
14      MR. OCKERMAN:  When the judge
15  says we can.  Because you've gone seven
16  hours now.
17      MR. BARDWELL:  All right.  Should
18  we call it half an hour then?
19      (Discussion had off the record.)
20      **Q.** So as of 2022, yeah,
21  September 20th, 2022, what was the net
22  worth of East Park?
23      **A.** September -- I don't know.
24  2022?
25      **Q.** 2020.  I'm sorry.

---

**Page 304**

1      **A.** I don't know the answer to
2  that.
3      **Q.** What assets did East Park
4  hold at that time?
5      **A.** I don't know the answer to
6  that.
7      **Q.** What liabilities did East
8  Park have at that time?
9      **A.** I don't know the answer to
10  that.
11      **Q.** What was East Park's income
12  that year?
13      **A.** I don't know the answer to
14  that.
15      **Q.** Why not?
16      **A.** I don't have that off the
17  top of my head.
18      **Q.** Is that something that you're
19  prepared to answer questions on?
20      **A.** No, I hadn't looked into
21  that yet.
22      **Q.** Why not?
23      **A.** I didn't get to it.
24      **Q.** Okay.  What was your net
25  worth in 2022?

---

**Page 305**

1      **A.** I don't know what that
2  means.
3      **Q.** Your assets in 2022.
4      MS. YODER:  Objection.  I don't
5  believe that's part of this notice.
6      MR. BARDWELL:  It doesn't need to
7  be part of the notice.
8      MS. YODER:  She's here as a
9  30(B)(5) witness.
10      MR. BARDWELL:  Right, so she has
11  to be prepared to answer on behalf of
12  the organization on those topics, but
13  I'm not limited to those topics.
14      MS. YODER:  Yes, you are.
15      MR. BARDWELL:  By what?
16      MS. YODER:  Rule 30(B)(5).
17      MR. BARDWELL:  Rule 30(B)(5) does
18  not say that.
19      MS. YODER:  Okay.  Well, she is
20  not prepared.
21      **Q.** What were your real estate
22  holdings in 2022?
23      MS. YODER:  Brian, that's not
24  part of this deposition.
25      MR. BARDWELL:  It is.

---


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 306

1    MS. YODER: No, it's not. And
2   if you want to take it up with the
3   Court we can, but that's not part of
4   this.
5    MR. BARDWELL: So you're
6   instructing her to not answer questions
7   about her assets or liabilities.
8    MS. YODER: Yes, that's correct.
9    MR. BARDWELL: Okay. So 30(B)(5)
10  says a party -- the party's notice may
11  name as a deponent a public or private
12  corporation, a partnership or an
13  association and designate with
14  reasonable particularities on matters in
15  which examination is requested.
16   The organization so named shall
17  choose one or more of its firm
18  employees, officers or agents or other
19  persons duly authorized to testify on
20  its behalf. The person so designated
21  shall testify as to matters known or
22  available to the organization. Division
23  (B)(5) does not preclude taking
24  deposition by any other procedure
25  authorized in these rules.

Page 307

1    So I don't see anything in here
2   that restricts me to the topics on the
3   notice.
4    MS. YODER: We can disagree.
5    MR. BARDWELL: What language are
6   you relying on?
7    MS. YODER: We can disagree about
8   that. If we want to talk to the Court
9   about it we can. We're going to be
10  back here anyway, so.
11   MR. CARLIN: Move on.
12   MR. BARDWELL: All right.
13   Q. All right. Do you have an
14  insurance policy that covers you for
15  this claim?
16   MS. YODER: East Park?
17  Q. East Park.
18  A. Yes.
19  Q. What are the policy limits
20  on that?
21  A. $1 million.
22  Q. Have you received a
23  reservation of rights letter?
24  A. I believe so.
25  Q. Who's the insurer?

Page 308

1    A. West Bend.
2    Q. How much money did you
3   receive in the sale of East Park?
4    MS. YODER: Objection. She can
5   answer that. I would just ask that
6   this portion of the deposition be marked
7   confidential.
8    MR. BARDWELL: That's fine.
9    ***(Begin Confidential Portion)***

Page 309

8    ***(End Confidential Portion)***
9    Q. All right. So did they
10  purchase the entire -- was East Park
11  structured as a corporation while you
12  owned it?
13   A. Yes.
14   Q. So they purchased the entire
15  corporation?
16   A. They didn't purchase the
17  stock.
18   Q. Okay. Who owns that stock?
19   A. I do.
20   Q. All right. What were the
21  agreements as far as, yeah, I mean
22  whatever liabilities the buyer was
23  taking on?
24   A. I don't think any but I
25  could be wrong. I don't think any.

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

Page 310

1    **Q.**  Okay.  You guys were served
2  a complaint in this case, right?
3    **A.**  I don't think so.  East
4  Park?  I don't think so.  I don't know.
5  I don't know.
6    **Q.**  Okay.
7    **A.**  I don't know.  Check the
8  receipt of service.  I don't know.
9    **Q.**  How many employees did East
10  Park have when you sold it?
11    **A.**  About 100.
12    **Q.**  So do you own all the
13  shares, does your husband own shares?
14    **A.**  I own the shares.
15    **Q.**  Who's your accountant?
16    **A.**  I believe his name is George
17  Anderson.
18    **Q.**  Okay.  Do you dispute that
19  Gina was frequently asked to fetch
20  supplies from the supply closet?
21    **A.**  Yes, I do.
22    **Q.**  Why do you dispute that?
23    **A.**  Because the supply closet was
24  locked and only the nurses had the keys.
25  They wouldn't have asked her to do that.

Page 311

1  It was not within the scope of what she
2  should have been doing.
3    **Q.**  I realize that, but do you
4  know personally that never happened?
5    **A.**  Personally?
6    **Q.**  Um-hum.  Does East Park know
7  what facts there are to support that
8  denial?
9    **A.**  She was told not to try to
10  do things.  She was told not to try to
11  make the bed and not to try to go to
12  the supply closet and not to go into
13  the laundry room.  She couldn't get in
14  there anyhow, it was locked.  But she
15  would knock on the door if someone was
16  in there.  She was never told to do
17  things, she was told not to.
18    **Q.**  How do you know that?
19    **A.**  Because I talked to Sara and
20  she told me that.
21    **Q.**  Did any nurses ever ask Gina
22  to do any of those things?
23    **A.**  They wouldn't have been
24  permitted to did that.
25    **Q.**  Did they ever do that?

Page 312

1    **A.**  I don't know for sure, but
2  it would not have been something that
3  was in their job description and, you
4  know, just the way the place operated.
5    **Q.**  Okay.  Did Gina ever
6  actually fetch fresh linens from the
7  laundry room?
8    **A.**  The only way she would be in
9  the laundry room was if someone else was
10  in there. That door was always locked.
11  Maybe if someone handed her something,
12  but I don't know.
13    **Q.**  Okay.  Did Gina ever
14  actually pull supplies for employees
15  from the supply closet?
16    **A.**  I highly doubt.
17    **Q.**  Do you know whether that
18  happened or not?
19    **A.**  Probably not.  Probably did
20  not happen.
21    **Q.**  Do you have any facts
22  showing that it did not happen?
23    MS. YODER:  Objection, asked and
24  answered.  Tell him again.
25    **A.**  Because of the way the place

Page 313

1  was run, it -- that's -- those are my
2  facts, that it's very unlikely that
3  would have happened.
4    **Q.**  Okay.  Did East Park
5  employees ask Ms. Criscione to assist
6  her mother in the bathroom?
7    **A.**  I don't know for sure.  I
8  think there were people to help her
9  mother or else she volunteered to help
10  her mother.
11    **Q.**  Do you know whether anyone
12  actually asked her?
13    **A.**  No, I don't.
14    **Q.**  Do you know whether East
15  Park employees asked Ms. Criscione to
16  supervise nearby patients while nurses
17  ran other errands?
18    **A.**  I don't understand why other
19  patients would need to be supervised.
20  What does supervise mean?
21    **Q.**  Keep an eye on them.  Make
22  sure they don't wander off maybe.
23    **A.**  Very few people were
24  ambulatory in that building.  Wander off
25  where?  The building's locked, they



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 314**

1    can't get out so there is no supervision
2    to be done.  Residents are allowed to
3    sit in their rooms by themselves,
4    they're allowed to sit in a dining room
5    by themselves.  You know, there's always
6    staff around.  She didn't need to
7    supervise anybody.
8         **Q.**  Okay.
9         MR. BARDWELL:  So we'll call it?
10        MR. CARLIN:  We can call it.
11   Just to go on the record, I think that
12   this should be completed tomorrow
13   morning.  That's my position. They're
14   objecting.  You're objecting to that?
15        MR. OCKERMAN:  (Nods his head up
16   and down.)
17        MR. CARLIN:  He says yes.
18        (Off the record at 4:55 p.m.)
19             - - - - -
20   .
21   .
22   .
23   .
24   .
25   .

**Page 315**

1    CEFARATTI GROUP FILE NO. 23488
2    CASE CAPTION: GINA CRISCIONE, ET AL.
3        VS. LAURA DIVINCENZO, ET AL.
4    DEPONENT: LAURA DIVINCENZO - VOLUME I
5    DEPOSITION DATE: JULY 3, 2023
6    _____
7           (SIGN HERE)
8    The State of Ohio,      )
9    County of Cuyahoga.      )  SS:
10       Before me, a Notary Public in and
11   for said County and State, personally
12   appeared LAURA DIVINCENZO, who
13   acknowledged that he/she did read
14   his/her transcript in the above-
15   captioned matter, listed any necessary
16   corrections on the accompanying errata
17   sheet, and did sign the foregoing sworn
18   statement and that the same is his/her
19   free act and deed.
20       IN TESTIMONY WHEREOF, I have
21   hereunto affixed my name and official
22   seal at _____ , this _____
23   day of _____ , A.D. 2023.
24   _____   _____
25   Notary Public        Commission Expires

**Page 316**

1              ERRATA SHEET
2    PAGE  LINE          CORRECTION AND REASON
3    .
4    .
5    .
6    .
7    .
8    .
9    .
10   .
11   .
12   .
13   .
14   .
15   .
16   .
17   .
18   .
19   .
20   .
21   .
22   .
23   .
24   .
25   .

**Page 317**

1              CERTIFICATE
2    .
3    State of Ohio      )  SS.:
4    County of Summit    )
5        I, Sherri J. Young, a Notary
6    Public within and for the State of Ohio,
7    duly commissioned and qualified, do
8    hereby certify that the within named
9    witness, was duly sworn to testify the
10   truth, the whole truth and nothing but
11   the truth in the cause aforesaid; that
12   the testimony then given by the witness
13   was by me reduced to stenotypy in the
14   presence of said witness; afterwards
15   transcribed, and that the foregoing is a
16   true and correct transcription of the
17   testimony so given by the witness.
18       I do further certify that this
19   deposition was taken at the time and
20   place in the foregoing caption
21   specified.
22       I do further certify that I am
23   not a relative, counsel or attorney for
24   either party, or otherwise interested in
25   the event of this action.

**Page 318**

```
 1              I am not, nor is the court
 2      reporting firm with which I am
 3      affiliated, under a contract as defined
 4      in Civil Rule 28 (D).
 5              IN WITNESS WHEREOF, I have
 6      hereunto set my hand this _____ day of
 7      _____ , 2023.
 8      .
 9      .
10      .
11      .
12              _____
13              Sherri J. Young, Notary Public
14              within and for the State of Ohio
15      .
16      .
17      .
18          My commission expires
19          February 19, 2025.
20      .
21      .
22      .
23      .
24      .
25      .
```

CEFARATTI Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

## A

**A.D** 315:23
**a.m** 1:15 137:17
**Abba** 88:2
**ability** 21:12
92:12
**able** 14:25 30:12
30:21,23 31:17
35:6 51:3 59:12
64:21 65:18
66:5,10 72:14
80:15 84:25
85:8 182:8,10
197:16 244:3,17
244:18 281:3,15
298:4 300:3
302:23
**above-** 315:14
**absolutely** 236:15
254:15
**abused** 211:1
**abusive** 132:19
133:19,23
**accepted** 282:7
**access** 31:6 48:2
65:19
**accessible** 57:2
**accident** 152:11
**accidentally**
184:21
**accommodate**
148:8
**accompanying**
315:16
**account** 57:1 65:9
67:13 276:7
**accountant** 26:8
310:15
**accounts** 170:3
**accurately** 6:22
**accusation** 44:21
**accusing** 294:12
297:9
**acknowledged**
315:13

**act** 19:16 247:1
315:19
**acted** 53:13 221:6
**acting** 118:23,25
130:5,7,9,20
245:14 246:23
**action** 191:4
317:25
**actions** 207:3
**actively** 141:15
**activities** 227:22
**activity** 203:12
227:24
**acts** 201:19 202:4
**actual** 282:14
284:15
**Adam** 107:23
108:3
**additional** 142:16
**address** 64:20
67:12 89:4
**addressed** 160:17
265:2,5
**addresses** 65:11
**adjectives** 275:1
**administration**
13:5 168:14,19
170:25 171:3
186:10
**administrator**
32:22,23 59:7
95:20,25 112:7
112:11 113:13
113:24 150:22
159:21 166:20
171:8 179:11
180:13
**admissible** 11:20
**admission** 28:25
94:6 257:2
259:2,6
**admissions** 74:21
257:21 258:3
293:20
**admit** 260:6
261:10 264:8

265:11,19,21,23
266:4 268:21,24
269:3,8,12,17
269:19 270:3
272:9 274:11,12
275:12 281:8
282:2 283:23
284:5 291:16
294:22 301:2
**admitted** 224:7
**ads** 57:8
**advertised** 56:21
281:9 282:19
**advertisement**
282:21
**advertisements**
52:17
**advertising** 52:16
56:13,19,19,24
57:5,14 283:1,4
**advisable** 280:14
280:24
**advocacy** 144:15
149:20
**affect** 7:14
**affiliated** 318:3
**affixed** 315:21
**aforesaid** 317:11
**afraid** 193:14
**afterward** 37:4
**age** 3:7
**agencies** 90:23
**agency** 61:24
167:1
**agents** 62:25 63:2
301:6 306:18
**agitated** 275:19
**ago** 30:22 33:6
40:22 57:23
59:4 63:14
66:16,22 71:19
224:18 245:8
**agree** 110:22,25
111:4,13,20,22
113:11 115:20
116:16 131:4

162:19 167:7
176:4,11 182:24
221:23 229:16
**agreed** 120:15
**agreement** 89:3,3
89:16,22
**agreements**
309:21
**Agricultural**
19:15
**ahead** 11:23 14:2
15:16 28:10
46:22 60:25
65:24 71:23
73:1,10 79:7
89:11 94:14
131:25 136:15
140:3 141:21
143:25 144:17
145:2 148:13
151:5 152:2
157:21 158:15
167:6 178:21
191:7 197:24
201:14 202:25
205:24 211:2,8
213:10 215:23
217:15 218:8
220:9 225:5
226:2 237:8,16
268:17 271:8
280:6 287:19
288:21 294:18
296:5 308:16
**aide** 250:15 268:4
**aide's** 267:23
**aides** 222:20
223:5 266:15
**air** 172:24 176:6
265:20
**Akron** 2:22
**al** 1:6,9 315:2,3
**alarmed** 247:20
299:18
**alarming** 121:11
190:7 299:21

**alcohol** 7:7
**alive** 78:6
**allegation** 286:17
287:13
**allegations** 59:18
59:25 60:12
287:17 288:9,24
289:9
**allow** 14:15 94:24
140:16 196:18
222:10 277:10
277:11
**allowable** 279:9
**allowed** 163:8
183:4,10,17,21
184:2 185:22
195:5 227:12,16
227:23 228:7
231:17 276:5
314:2,4
**allows** 262:12
**Alverna** 159:6,14
160:6,9 161:11
**Amanda** 139:16
250:24
**amazed** 220:17
**ambiguous** 14:13
**ambulatory**
313:24
**amended** 74:19
242:18,20 243:1
**Amendment**
107:8 300:8,14
300:16,21
**amount** 169:5
**and/or** 58:19
**Anderson** 310:17
**angle** 216:16
**annoy** 118:20
**annual** 79:18
80:4
**anonymously**
195:4
**answer** 4:21,22
5:1,7,14,19,25
10:21 11:7,9,14

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

12:4,22,25 14:2
14:8,16,19,20
15:1,14,20,23
16:5 21:9 23:3
34:10 41:22
42:8 43:23 46:9
46:23 48:21
50:6 51:4 52:12
53:6 54:9 57:4
61:11,18 71:21
71:24 72:5,10
72:14,19 73:2
83:12 85:1,9
89:12 92:9 93:8
94:25 111:21,25
116:8,10,11
122:20 127:17
136:4 148:13
151:14,15 152:2
152:9,24 153:1
162:21 164:23
164:25 165:9
183:24 185:11
188:19,25 197:6
197:15,25 198:9
198:16,19 217:2
217:16 231:21
236:8 238:13
242:15 246:8
253:22 259:21
264:12 265:16
269:25 275:10
277:22 290:6
291:9 293:24
294:4,5 299:5
300:2,10 304:1
304:5,9,13,19
305:11 306:6
308:5
**answered** 5:20
15:14 109:19
140:3 152:6
178:21 180:3
183:20 184:5
185:15 191:7
207:24 208:11

209:17 211:8
212:1 219:8
222:1 226:2
259:19 260:1,3
266:1 267:14
268:17 271:8
285:14 287:7,8
288:19 291:11
312:24
**answering** 6:21
48:25
**answers** 29:10,16
57:6 164:1
257:15,24 258:2
258:10 259:13
259:25 287:24
**antecedent** 178:2
**anxiety** 171:2
**anybody** 43:9,18
70:17 75:17
77:24 82:25
93:14 108:10
124:17 162:17
175:13 194:12
226:6 298:9
314:7
**anymore** 173:17
**anyone's** 169:24
**anyway** 307:10
**apologize** 109:20
**Appeals** 19:24
**appear** 242:7
**APPEARANC...**
2:1
**appeared** 242:21
315:12
**appears** 46:3
222:16
**applicable** 58:19
**application** 47:14
47:14,24
**applications**
50:12
**appropriate**
37:13
**April** 235:6

255:17,18
256:14,18
**area** 95:2
**arguments**
141:19
**arm** 213:14,14
**arms** 218:4
**arose** 69:23
275:14
**arrive** 92:20
**arrived** 92:17
159:6 160:6,9
160:12 161:10
**arse** 159:23 166:2
303:1
**art** 210:15
**asked** 14:5 15:4
15:13 31:23
32:3 46:16,17
57:17 65:21
74:15 85:5
105:11,11,12,20
107:6 120:24
122:11 136:22
140:2 156:3
168:21 178:20
180:2 183:19
184:4 185:14
187:4 191:6
207:23 208:10
209:16 211:7,25
212:2 219:7
221:25 224:5,24
226:1 230:3
231:3 233:13
234:2,7 259:18
265:25 267:13
268:16 271:7
281:7 285:13
287:6 288:18
291:10 310:19
310:25 312:23
313:12,15
**asking** 8:13 14:6
14:10 16:1 18:7
18:15 23:2 24:9

30:1,11 32:7
33:12 35:21
37:15 42:3
43:15,17 45:20
48:9 50:11
52:22 74:15
80:22 89:6
96:20 98:23
104:10 133:20
134:4,5 139:5
143:15 146:12
151:13 164:4,10
165:18 177:17
177:19 179:21
179:25 191:2,4
195:17,20,21,25
196:1 204:8,16
204:16,22,23
205:8,22 212:6
213:24 214:19
216:25 219:9,10
220:16 225:23
228:4 231:13
234:10 241:3
242:9,12 243:3
243:15,16,17,18
246:9 254:3
257:17,19 258:9
258:25 259:20
260:14,25
277:18 282:18
282:23 287:10
289:25 290:5
293:21 298:17
299:24
**asks** 124:17
235:10 260:6
261:10 264:7
274:10
**aspect** 78:17 79:2
135:14 144:1
158:7
**asserted** 145:24
**assertions** 143:4
**assets** 304:3
305:3 306:7

**assist** 313:5
**associate** 19:7
**Associates** 19:5
19:18
**association**
306:13
**assume** 5:19
36:18 37:18
61:9 139:11
140:14
**assumed** 111:6
**assuming** 163:14
243:6
**attach** 129:14
158:13
**attached** 158:10
278:8
**attachment** 64:14
67:9
**attachments**
129:5,12,15,23
**attack** 150:9,16
150:21
**attacking** 150:2
150:19
**attempt** 66:11
70:13
**attend** 111:24
266:15
**attention** 112:21
112:22 226:14
232:10 286:8
**attitude** 144:8,14
**attorney** 19:24
29:25 109:15,16
116:4 130:8,10
130:15 317:23
**attorneys** 258:1
258:20
**August** 45:15
47:18 48:12
50:10 52:19
56:14 58:19
60:11 62:2
**Austria** 249:1
**authority** 227:5


**CEFARATTI Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787 www.cefgroup.com fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

**authorized**
306:19,25
**automatic** 92:5
**available** 21:6,11
22:14,23 24:21
25:4 37:7 38:11
40:17 53:1,10
58:17 59:22
60:16,23 62:8
62:20 63:9 71:3
76:1 78:21
79:10 83:2,24
85:22 90:13,14
91:4,16 92:23
94:13 142:13
306:22
**Aw** 193:20
**aware** 30:6,11
44:1 72:17
88:23 110:13,17
112:4 253:4,12
253:13 285:7
**awful** 164:21
165:7 178:12

**B**
**B** 51:15 306:23
**back** 12:11 14:22
15:5 36:13
44:10,24 50:18
58:12,14 73:4
74:6 106:3
109:10 116:6,7
116:22 120:7
128:1,7,8,9
132:22 140:22
142:4 146:5,20
147:19 148:1
151:24 166:20
173:8,21 174:11
177:7 182:4
186:17 188:11
196:7 198:11
208:3 233:14
234:2,7 235:14
235:17 238:17

239:14,18,20
251:16,20
267:25 268:4,9
273:21,25 274:2
283:1,21 286:8
288:21 307:10
**background** 7:19
100:8,10 107:17
126:18
**bad** 172:25 176:7
186:22 203:21
204:18 209:1
221:17 278:22
**bag** 309:1
**ball** 136:10
**bank** 168:25
169:20 170:2,5
**banking** 168:25
170:6
**bantered** 208:3
**Bardwell** 2:5
3:12,14 9:20
10:4,14 11:4,24
12:2,14,19
14:22 21:15
22:18 25:11
34:15,23 35:4
37:2 41:7,12,18
44:20 47:18
48:10,18 50:1
50:17 58:7
61:22 74:9 97:8
98:19 140:21
151:23 153:21
154:3,8 167:20
168:2 177:19,23
198:10,17 205:6
208:2 212:2
216:25 233:11
239:24 248:17
249:20 250:2
251:10 253:10
257:12,19
258:12,22 259:3
259:8 265:15
291:15 303:6,8

303:12,17 305:6
305:10,15,17,25
306:5,9 307:5
307:12 308:8
314:9
**barrage** 133:18
**base** 275:17
**based** 28:18
120:17 125:9
127:15 210:23
211:3 215:4
238:1,6 243:6
255:2 278:15
**basement** 84:8
**basic** 69:4 285:18
**basically** 146:20
**basics** 111:20
**basis** 12:3 263:19
294:15
**Bates** 154:1,4
233:24 241:15
**bathroom** 266:14
267:21 268:4,10
313:6
**battery** 223:17
**bed** 191:23
193:25 200:7
230:20 272:9,17
272:22 273:7,14
274:11 278:7,14
279:5 311:11
**bedding** 215:13
275:13 276:8,12
276:19 277:2,7
**bedroom** 231:15
**beg** 272:25
**began** 18:18
88:17
**beginning** 61:3
**behalf** 2:3,10,17
72:7 83:20
305:11 306:20
**behave** 244:21
**behavior** 122:22
127:4 144:9
203:25 204:4

207:18 300:18
**behaviors** 281:22
281:24
**beholder** 211:10
**believe** 17:7
20:21 23:18
28:4,7,16 30:9
38:21 47:15
58:3 59:23
63:21 64:13
75:13 87:17
88:3,7 107:1
122:10 139:20
143:18 148:18
149:15 150:14
150:23 155:3
156:1 161:9
178:18 198:21
199:3,7 208:7
209:9 211:6
214:5 224:1
239:10 240:8
249:1 251:5
253:24 254:15
262:22 272:14
282:9 285:24
286:9 288:3
289:18 298:25
300:13 305:5
307:24 308:10
310:16
**believed** 199:10
210:25
**believes** 198:25
**belongings**
239:11
**Bend** 308:1
**best** 5:21 21:12
32:14 92:12
142:12 173:19
178:11 192:21
199:14 259:15
259:22 260:16
**better** 125:20
159:21,22
165:25 166:5,6

166:6 173:4
177:3 186:12
192:12
**beyond** 204:25
281:9 282:13,18
284:10,11
**big** 233:16
**Biggest** 193:3
**Bill** 3:16
**bit** 7:18 43:6
244:20 303:9
**bitch** 179:13
180:16
**black** 261:12,21
262:20 263:17
263:24
**blanket** 258:15
**blind** 126:5
**blowing** 210:16
**body** 201:10
203:11 213:13
**Boo-hoo** 173:23
**book** 23:19,24
**borderline**
207:25
**bothered** 221:15
**bothering** 247:11
247:16
**bottom** 199:18
200:5 242:3
**Boulevard** 1:19
2:13
**bounce** 169:3,8
170:11
**bounced** 168:17
169:22,24
170:14
**boxes** 55:9,14,20
55:24 56:3,6
84:9
**break** 6:5 35:3
58:8,10 97:7
132:6 153:19
167:18 168:1
233:10,12
239:25 249:5


**CEFARATTI Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

272:15,16
**breaking** 97:9
193:15 245:22
**breaks** 241:25
**Brenda** 148:21
253:25
**Brian** 2:5 3:13
11:21 12:5
21:13 25:8
36:23 153:18
233:8 258:18
260:1 280:18
303:4 305:23
**brian.bardwell...**
2:9
**brief** 58:11 97:10
110:6 168:3
240:2 241:10
**briefs** 109:21
**bring** 12:11
103:17 120:7
131:10 252:18
273:12,20 274:8
286:7
**bringing** 118:24
283:21
**broad** 60:20
**broken** 186:11
**Brook** 38:4,6
63:3 108:10,13
179:10 192:3
200:18 293:13
**brought** 135:16
202:21 223:16
242:4
**brown** 215:12
**bruised** 159:7
160:9,19,22
186:8
**bruises** 187:3
212:13,14,18,18
212:25 218:2
**bug** 272:9,17
**bugs** 191:23
193:25 200:7
272:22,25 273:7

273:14 274:11
**build** 136:19
**building** 86:1
124:9 228:11
246:13 296:14
297:7 313:24
**building's** 313:25
**buildings** 103:16
**built** 133:1,1
**Bureau** 78:15
**business** 22:4
30:25 53:24
54:5,11,13,15
54:19 55:8
56:16 65:10
70:2 78:11
87:18 231:8
295:6
**businesses** 9:7
10:19
**busy** 163:16
164:3
**buttocks** 216:3
216:12 217:6,22
218:6
**buyer** 309:22
**BY-MR.BARD...**
3:22

———————
**C**
———————
**C** 4:2 8:6 32:25
51:15
**call** 102:11,13,15
104:21,22
137:19 146:5,5
146:6,6 147:22
147:25 148:1
173:24 174:1,3
181:9,18 183:4
183:17 184:2
202:5 203:8
240:7 247:18
249:10 274:24
275:1 283:4
284:3 296:24,25
297:2 303:18

314:9,10
**called** 3:8 16:24
19:5 70:1,2
87:17 102:5,7,9
137:16 145:20
146:9,10 159:17
162:11 163:18
163:20 164:12
224:4 232:10
234:22 241:8
272:16 296:5,7
297:6 300:5
302:14,22
**calling** 105:12
145:17 148:3,10
148:17 162:17
171:2 190:12
191:3 207:1
**calls** 76:19 146:3
146:13 148:8
161:22 197:14
197:23 198:7
241:23 242:3
243:6,7 249:6
**camera** 222:8,15
222:19,23 223:2
224:1,5 225:17
228:10,13,23
229:3,17 230:25
231:15,20
234:15 297:23
**cameras** 227:12
228:6 232:21
**Campbell** 2:18
**campus** 123:5
125:2
**capabilities**
281:10 282:14
282:19
**capable** 123:8
125:1
**capacity** 10:9
13:8 130:2,7
**capital** 4:2
**caption** 28:13
315:2 317:20

**captioned** 315:15
**car** 124:7,8
138:24 139:6
**card** 99:24
223:19 225:18
236:13 237:4,11
237:13,18
238:10 239:18
239:20 297:24
297:25
**care** 29:2,7,13
63:1 70:25
71:22 72:3,6
73:15 75:23
76:21 77:6
78:18 83:19,20
84:13,15,21
85:2,6,18 94:3,8
96:12 136:13
144:5,23 145:13
147:12 168:12
170:10 173:12
174:14 178:5
179:5,10 183:5
183:5,7 186:6
187:22 193:4
214:14,22
219:23 220:14
229:1,6 268:5
270:5,12,13,18
270:25 271:3,6
272:3 281:14,16
281:18 282:4,5
282:13
**cared** 168:13
171:10 281:13
**caregivers**
186:10
**caring** 281:7,8
**Carlin** 1:18,18
2:11,11,12 3:16
3:16,19 11:8,13
11:17,23 50:5
116:4 273:3
274:6 288:17
307:11 308:17

314:10,17
**Carol** 108:7
**case** 1:7 37:18
39:12,15 41:5
41:17 43:3
49:17 57:21
58:4 62:14 68:6
68:10,13 69:14
70:20 109:8,22
120:22 130:23
130:25 136:20
142:20,22 288:5
310:2 315:2
**cash** 169:4,4
170:9 252:21
309:4
**categorized**
281:20
**caught** 268:8
274:15
**cause** 117:2,8,12
150:25 151:3,9
152:4,10 170:24
171:1 175:5
178:19 183:13
184:7,14,18,21
184:23 200:15
202:4 243:12
317:11
**caused** 185:1,12
185:18 241:19
**causes** 218:15
**causing** 134:12
150:6 155:22
156:8 172:12,14
174:6
**CEFARATTI**
315:1
**cell** 104:1,3,14
227:24 241:24
242:22 243:7,9
249:14
**Center** 29:2,7,13
63:1 83:20,21
168:12 173:12
174:14 178:5


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787     www.cefgroup.com     fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

179:5,10 183:5
183:6 186:6
187:22
**Center's** 94:3
**centers** 85:19
90:25
**certain** 31:24
61:17 74:6
158:7 168:16
281:22,25
**certainly** 241:22
**CERTIFICATE**
317:1
**Certification**
78:15
**certified** 3:11
258:1,21
**certify** 317:8,18
317:22
**cetera** 7:15
109:21
**Chagrin** 1:19
2:13
**chair** 278:7
**challenging**
44:19
**chance** 204:14
207:13
**change** 116:9,12
277:6
**changed** 230:21
271:18,19
275:14,23
276:12,20,23
277:2,8
**changing** 251:6
276:8
**characterization**
111:5 217:14
**characterizatio...**
132:12
**characterized**
301:9
**characterizing**
205:20 206:4
**charge** 113:5

135:19 202:2
290:13
**charged** 110:16
110:24 118:15
**charges** 61:24
111:11,16,25
112:5,8 113:11
118:24 135:17
136:2,8,12
143:24 289:10
301:4
**charging** 153:10
**chart** 27:10 194:9
**check** 146:19
147:2,22 169:3
170:5 251:24
252:19,19,20
275:24 310:7
**checked** 275:22
**checks** 169:8,16
169:17,22
170:11,13
**children** 146:23
**choose** 306:17
**chose** 289:24
**chosen** 114:25
**Circle** 186:6
**circumstances**
220:1 221:4
274:15
**circumvent**
258:18
**city** 38:6 63:2
108:13,15,22
113:17 114:8
115:8 118:3,23
119:12 286:13
**city's** 119:6,8
**civil** 3:9 61:25
258:18 318:4
**claim** 307:15
**clarified** 61:3
**clarify** 8:9 14:3,6
27:5 97:5
114:19 208:4
230:14

**cleaned** 266:10
266:13,14
**cleaning** 266:9,11
267:1,4
**clear** 37:10,13
41:2,14 49:1
87:6 98:16,17
98:25 144:13
152:21 219:21
**cleared** 103:17
**clearly** 204:10
205:3
**clears** 221:11
**clerk** 19:23
**Cleveland** 2:7
20:7,12
**client** 258:1
**clock** 39:19 99:20
147:12 200:3
222:5,7,24,25
223:1,9 224:5
224:10,13 226:6
226:9,12,14,16
230:17 233:14
234:2,7,23
235:11,14,17,24
237:2,3,6,9
238:10 239:9,13
250:17
**close** 88:8 216:14
303:5
**closed** 88:15
**closely** 97:13
177:24
**closer** 81:12,13
**closet** 310:20,23
311:12 312:15
**Cloud** 67:7
**CMS** 79:10 91:22
93:17
**code** 202:17
**color** 126:5
**combined** 79:3
206:7
**come** 13:15 16:8
68:20 89:24

123:1,23 128:22
142:15 146:20
147:19 173:8
174:11 177:7
188:11 195:3
218:13,13
228:16 254:23
259:9 296:8,17
298:2,7 299:25
**comes** 177:2
211:16 213:12
215:10 233:17
272:22
**comfort** 275:15
276:15,21,24
**comfortable** 36:4
218:25
**coming** 27:21
28:1 88:24
124:3,23 249:10
253:11 263:17
296:9,24
**comment** 183:22
210:17 212:7
214:18 219:21
**comments** 132:11
132:19 133:19
133:24
**commercial**
283:5,17
**commercials**
283:9
**commission**
61:25 62:1
315:25 318:18
**commissioned**
317:7
**committed**
140:18 141:20
142:8
**committee**
301:13 302:1,5
302:12,14
**Commodities**
19:15
**common** 1:3

220:10 291:8
**commonly** 282:7
**communicate**
69:13,18,24
97:25 146:17
**communicated**
37:17,20 42:4
43:10 69:20,21
**communicating**
67:22,24 70:19
**communication**
163:9 179:12
180:15
**communications**
35:13 42:12
43:7 44:14
62:25 70:14
249:21 280:12
280:22
**Community** 8:9
**companies** 19:14
**company** 15:7,10
15:18,19 16:20
16:22,23 17:10
21:1,6 23:13
66:2,3 87:9,17
188:23 272:16
272:21 273:10
273:11
**complain** 245:10
**complainant**
113:20,21
**complained**
144:4,22 195:5
195:6 196:12
247:5,15
**complains** 145:12
**complaint** 31:18
74:19 76:13
77:17 79:20,21
80:18 82:3
113:1 114:9
118:1,3,4,7
119:11 209:13
242:18,21 243:1
277:1 280:8

286:22 288:3
289:16 301:16
301:25 302:4,18
310:2
**complaints** 31:17
60:10,12,18
75:22 76:6,6,21
76:24 77:1,3,4
77:11 78:2
195:1 244:13
263:22 264:1
265:3,4 302:2
**completed** 80:20
314:12
**completely** 279:9
**compliant** 271:16
**comply** 276:3
**complying** 167:8
**compression**
187:1 192:10
196:10,20 197:1
**computer** 91:13
91:19
**computer's** 67:6
**concede** 220:18
**concept** 106:12
202:21
**concern** 131:16
247:19
**concerned** 8:16
106:9,10 124:23
131:14 166:14
166:17,22 167:8
191:5 204:11
220:15 240:14
241:3 246:21
247:23 248:1
**concerning** 45:14
51:9 121:18
127:5 232:23
**conclude** 212:19
214:9 215:3,21
220:6,19
**concluded** 211:19
**conclusion**
287:22

**conclusions**
142:24
**condensed**
283:13
**condition** 160:11
218:10,11
**conditions** 60:13
72:15
**conduct** 106:18
106:21 117:2,7
122:17 145:9
152:19 155:21
156:1,7,11
157:16 170:24
171:25 175:5
180:13 183:14
201:11,16,19,23
202:3 204:5
241:20 300:19
**conducted** 4:15
81:16
**confidential** 1:14
12:6,16,17
308:7,9,16,18
309:8
**confused** 64:23
69:3
**connected** 163:21
164:5 181:21
**connections**
108:22
**conscience**
152:22
**consent** 299:4
**consequences**
207:3
**consider** 130:19
**consideration**
291:2
**consist** 77:1
**consisted** 76:15
247:3
**constant** 133:17
145:25
**constantly** 144:4
144:22 145:13

229:8
**consuming** 7:7
**contact** 105:5
154:18
**contain** 59:18
**contained** 32:12
32:13 84:23
283:12
**containing** 60:11
107:16
**contention**
270:24
**contents** 68:4
71:14 120:10
**context** 44:25
158:5 183:12
189:18 210:8
215:8 218:18,21
219:4,5
**continue** 13:1
172:4,7,15
**continues** 188:3
**contract** 318:3
**contrary** 180:20
194:21
**contributed**
271:24 272:1
**contributing**
249:6
**control** 23:16
26:3 53:20 80:8
81:15
**controller** 13:10
16:18 17:21
**conversation**
41:3,15 100:24
106:24,25
107:21 121:3,5
121:23 122:1
137:24
**conversations**
101:18
**convicted** 111:14
**conviction**
134:19
**cool** 272:20

**cooperate** 89:23
90:8
**cooperative** 75:5
75:10
**coordinate**
200:24
**copy** 21:19 28:4,7
256:16
**corner** 128:5
156:15 233:24
**corporate** 21:22
22:16 23:4,18
23:24 24:6
**corporation** 8:6,7
306:12 309:11
309:15
**correct** 31:20,22
36:19 61:11,13
109:4 118:20
129:24 144:16
146:20 149:1
196:15 205:23
210:11 227:14
232:12,24
234:24 282:14
289:2,3 306:8
317:16
**CORRECTION**
316:2
**corrections**
315:16
**correctly** 275:7
295:9
**correspond** 63:19
**corresponded**
63:21
**counsel** 66:10
130:5,20 317:23
**count** 81:5,11
**County** 1:4 315:9
315:11 317:4
**couple** 40:22 64:3
66:22 106:8
153:22 167:25
171:3 205:8
235:23 244:8

273:16,24
**course** 42:17
**court** 1:3 4:24 5:2
7:3 12:10 19:24
111:21,23,25
112:3 134:18
135:16 136:7
306:3 307:8
318:1
**courtroom** 6:12
**covered** 95:16
**covering** 86:4
**covers** 173:20
284:18 307:14
**Covid** 32:15
79:23 80:4,6
81:16 85:19,24
86:18 172:24
173:6,18 176:6
177:5 178:10,13
186:8 192:1,16
194:4 281:2
**create** 201:19
**created** 22:2 47:6
**creditors** 19:14
**creepy** 202:19
**crime** 106:17
122:18 140:17
142:7 151:18
203:5
**criminal** 20:13
39:12 63:4,5
106:21 122:17
135:16 136:2,7
136:11 202:17
207:18 283:24
301:4
**criminally**
110:14,19,23
111:3 118:15
**Criscione** 1:6
37:22 41:6 43:8
43:12 63:3,4,6
76:3 80:19 82:4
88:21 106:19
110:14 113:4


**CEFARATTI Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

117:1 122:21
133:1 139:7
143:6 144:3,21
145:12 148:25
153:5 154:5
283:25 284:8
285:12 291:17
293:22 294:8,23
301:4,15 302:3
313:5,15 315:2
**Criscione's** 75:22
78:1 97:12
110:7 123:10
**crisis** 173:18
178:10
**criticism** 174:22
180:9,11
**criticisms** 134:11
209:5
**criticized** 301:5
**criticizing** 301:10
**cruel** 164:21
165:7
**crusade** 125:19
187:21 188:12
188:20 189:2,4
**cry** 193:21
**crying** 245:22
**curiosity** 274:7
**curious** 95:12
**currently** 7:20
8:20
**custody** 23:16
26:3 53:20
**cut** 35:9
**Cuyahoga** 1:4
315:9
**CV-23-976445**
1:8

**_____D_____**

**D** 2:5 4:2 318:4
**damages** 9:22
**Dan** 109:17
**danger** 125:8
**dangerous**

297:22
**Danielle** 51:13
52:6 57:7,11
58:1
**Danielle's** 51:14
**data** 90:22 91:10
92:2,19,22 93:4
93:9,16 94:5
**date** 109:6 200:22
234:9 235:5
264:16 315:5
**dated** 234:20
**daughter** 138:2,3
139:19 271:23
**daughter's**
139:22
**day** 102:1,22
104:20 145:18
145:21 147:25
148:8 149:1,7
173:18,18 176:8
178:10,10 179:4
186:20 194:11
236:7 261:24,25
266:13,17
298:20 303:11
315:23 318:6
**days** 40:22 63:14
94:6 96:20,23
109:4 273:16,25
**deal** 87:21 131:1
281:23
**dealing** 122:23
178:15
**dealt** 151:19
**death** 176:25
206:20
**December** 80:20
**decide** 142:7
158:9 238:20
254:25 255:1
**decided** 134:16
201:22 227:11
238:9
**decision** 119:6,8
119:9,10 135:18

143:23 151:22
153:10 202:2
228:6,8 242:25
243:2 284:7,15
284:19,21
285:11 287:5,17
288:16 289:19
290:8,10 291:6
291:12 293:14
**decisions** 202:15
**decline** 159:18
165:13
**declining** 165:22
**deed** 315:19
**defamation**
130:25
**defendant** 29:12
45:15 52:18
59:17 241:19
**defendant's**
21:22 24:17,25
26:18 110:4
241:20
**defendants** 1:10
2:17 29:1,7
35:14
**defense** 89:23
90:9
**defined** 318:3
**defines** 243:24
**definition** 13:20
13:22 14:10
16:6 134:5
**degree** 20:6
**degrees** 207:8
**dehydrate** 191:25
**dehydrated**
159:8 160:10,20
160:22 186:7,22
194:4,8,10
**delete** 62:16
**demanded** 162:1
271:23
**demeanor** 190:19
**dementia** 192:19
192:20 197:12

197:13,21,22
281:20 282:5,22
**denial** 260:10
263:3 269:23
270:9 275:17
281:11 294:17
311:8
**denied** 224:6
260:8 261:13
264:11 275:15
281:10 291:18
**deny** 262:1,12,17
262:18 263:24
264:22 266:7
267:6,12 268:24
269:8,17,22
270:6 274:13
281:6 283:25
284:1,8 294:1
294:24 301:7
**denying** 262:8
**department** 38:5
38:19,23 79:22
86:2,16 105:12
108:11 166:1,11
166:15,18,22
167:14 195:2
208:18 209:11
302:19
**departure** 86:5
**depend** 54:12
215:6
**depends** 150:10
184:6 185:23
271:18 274:14
276:22
**deponent** 3:20
288:18 306:11
315:4
**deposed** 3:11
4:10
**deposited** 169:25
252:20
**deposition** 1:12
3:2 4:16 26:16
34:6 36:15

44:12 95:17
96:18 183:23
305:24 306:24
308:6 315:5
317:19
**derailed** 231:12
**deriving** 18:11
**describe** 282:24
**describing**
278:16
**description** 244:1
312:3
**descriptions**
206:16
**designate** 12:16
306:13
**designated** 20:16
34:9 306:20
**designed** 132:18
**desk** 104:2
252:13,24
**despair** 173:10
174:7,13 175:13
178:8,22
**detail** 257:8
260:25
**detailed** 241:21
**details** 94:19
99:13 100:19
138:18 245:5
**determination**
201:25
**determine** 158:6
280:11,21
**develop** 86:7,17
271:21
**developed** 269:20
**developing** 97:14
109:9
**develops** 275:6
**device** 278:5
**devices** 226:20
**dial** 198:11
**died** 159:5,12,25
177:2 186:12
**difference** 240:18


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**different** 67:12
79:15 80:24
81:2 152:12
175:15 233:9
243:18 245:13
260:2
**differently** 129:3
244:22
**difficulty** 44:17
45:21
**digital** 222:7
**dining** 314:4
**directed** 234:19
241:23
**directives** 86:16
**directly** 10:5
201:2
**dirty** 159:19
165:13
**disagree** 10:14
12:22 146:21
307:4,7
**disclose** 88:12,19
**disclosed** 89:10
**discourage** 136:1
**discovered**
122:10,18 169:1
252:16
**discovery** 11:19
26:19,21,25
74:3,10 259:10
**discussed** 100:18
122:8
**discussing** 283:22
**Discussion**
241:13 257:3
303:19
**disk** 67:5
**dismiss** 110:5,7
**dismissed** 111:11
111:17
**disorders** 245:24
**dispute** 111:2
160:3,5,7,8,24
161:3,5 165:11
165:19,21

170:13 194:6,15
194:17 195:8
196:18 197:4
217:7,13 263:19
267:18 268:13
280:5 310:18,22
**disruption**
247:22
**dissolution** 17:17
**dissolved** 17:11
**distinct** 8:12
**distinction**
110:18 283:22
**distress** 117:3,8
117:13 134:13
150:7 151:1,4,9
152:4,23 155:22
156:8 170:24
171:20 172:12
172:14 175:6
178:19 183:13
184:8,15,18,21
184:24 185:2,13
185:18 200:15
202:5 240:13,15
240:23 241:20
242:13 243:4,12
243:22 244:4,19
244:23 247:3,4
247:17 248:5,12
249:7
**distressed** 152:14
**district** 19:25
20:1
**disturbances**
246:2
**disturbed** 105:19
**disturbing** 106:5
106:6,12 121:20
125:24
**DiVincenzo** 1:9
1:12 3:7,20,21
4:4,5 29:1,8
315:3,4,12
**Division** 306:22
**doctor** 219:10

220:3,5
**document** 27:17
28:3 36:7,10,18
51:23 75:2
94:23 112:19
115:11 117:17
117:18,22
120:11,14 257:5
**documentation**
291:14
**documented**
77:10
**documents** 23:15
26:1 27:9 29:22
30:2,5,7,13,16
30:24 31:4,12
32:21 33:9,21
53:18 74:1
136:25
**dog** 272:18,21,22
272:24 273:2,4
273:20 274:3
**doing** 18:5 19:6
19:21 44:17
104:9 124:3,3
130:6,11 136:22
138:6 140:14
157:13,19
190:11 203:4
207:11,11
208:12 230:14
266:24 311:2
**door** 86:13
298:13 299:13
311:15 312:10
**Dorothy** 28:24
29:5,11 37:21
41:5,17 42:5,24
162:12 164:3,12
165:12 194:3
196:21 214:14
217:4 224:9,11
228:12,13,15,21
**Dorothy's** 189:22
190:1 197:11,20
210:24 211:15

216:3,12 217:8
217:10 218:5,6
**doubt** 108:24
162:9 196:7
282:21 312:16
**downhill** 186:9
**draft** 114:10
**drafted** 139:25
**drafting** 114:16
286:14
**drama** 173:10
174:6,13 178:7
**draw** 142:24
**drawing** 110:18
286:5
**dream** 172:25
176:7
**drink** 194:10
**drive** 67:6,7
**driven** 137:25
**driver** 139:5
**driveway** 126:17
**driving** 138:3,5,8
138:24
**drop** 103:18,21
138:1
**drove** 239:14,14
**drugs** 7:9
**due** 189:24
**duly** 3:10 306:19
317:7,9
**dump** 186:11
**Duncan** 39:1
97:22 98:1
101:19,23 102:3
102:10,12,20
103:4,20 107:5
127:24 137:2
139:25 140:9,15
142:6,20 143:23
153:5,9 157:25
170:20 201:1
203:7 205:7
**duration** 45:15
50:9
**duty** 125:1

**E**
**E** 4:3 33:1 51:15
88:3 179:4
**earlier** 41:19
283:22 284:2
**early** 22:8,10
**earned** 8:2
**Earth** 24:10
179:7 180:18
181:2 183:11,18
184:3
**easier** 4:23
**easiest** 279:13
**easily** 81:10
**East** 8:8 10:2,3
13:5,6,15 15:12
15:22 16:9,13
16:20 17:16,19
18:6,12,14,18
18:22 19:3
21:25 22:3,12
22:21 23:4,15
24:2,6,19 25:2
26:2,6,22 29:2,7
29:13,17 30:6
30:25 34:1,12
36:15 37:6,16
37:20 38:10
40:17,24 41:3,8
41:14 42:4,8,15
43:10 46:1,5
47:2 49:21 51:6
51:19 52:24
53:19,23 56:13
56:17 57:4
58:15,24 59:20
60:14,21 61:6,9
61:11 62:2,6,10
62:18,22 63:1,7
63:11 64:20
67:12 70:18
71:1 72:2,7,23
73:7,25 75:23
77:17,25 78:7
78:10,17 83:19

83:20,24 84:17
85:11,18,22
86:7,17 87:7,9
87:10,11 91:4
91:11,14 93:10
94:3,11,23
95:22 96:1
98:17 99:2,4
102:20,21 103:6
103:8,9,10,24
104:8,13,15,18
104:23 105:8
119:4 121:19,24
123:11 125:21
130:2,6,12,17
131:23 132:1,3
132:13 137:3
147:16 155:5
156:23 159:8,10
160:25 161:18
162:2,10 163:5
164:11 165:2
168:12 173:11
174:6,8,14
175:12 178:4,14
179:9 181:25
183:4,5,10,17
184:2 186:5,6
186:13 187:22
187:23 188:16
188:21 189:11
189:15,25 190:6
190:15 192:4
197:10,19
201:12 204:5
209:23 218:7
219:23 222:18
226:18 227:10
227:17 251:1
257:11,12 260:6
260:22 261:2,6
261:11,20
263:21 264:8
265:1,7 266:4
269:21 270:5
272:2 281:9,14

281:23 282:2,13
282:18 283:23
284:6,19,20
285:4,11 286:19
287:2,16 289:12
289:17 291:13
294:23 295:4,16
299:1 301:3,5
301:12,17 302:4
302:9,18 303:22
304:3,7,11
307:16,17 308:3
309:10 310:3,9
311:6 313:4,14
**eat** 246:7
**eating** 245:24
246:2,4
**effect** 148:22
**effected** 285:19
**effort** 75:17
**efforts** 274:18
**either** 17:1 96:15
121:15 161:15
226:22 238:16
252:13,24
317:24
**elbow** 213:19
**elderly** 123:6
213:17
**electronic** 168:25
169:19 170:6
226:19
**electronically**
62:13,16 92:4
**element** 158:7
299:21
**elements** 273:13
**else's** 230:10
**email** 33:17,18
38:25 40:7
64:19 65:11,13
67:9,13 68:12
69:25 98:6,7,10
101:19 107:3,15
107:19 109:3,6
123:7 127:23

128:11 129:4,8
129:15,22 130:1
139:21,25 140:1
140:10 142:1
148:22 158:11
158:14 249:18
253:13,15,19,24
254:10,16
**emailed** 34:20
38:23 67:11
**emailing** 39:10
**emails** 38:13,17
38:18 39:2
40:14,21 63:12
63:15,23 64:17
65:6,6,19 66:3
**embark** 152:19
**Embassy** 2:21
**Emily** 2:19 3:19
11:24 34:15
58:7 198:10
239:25 249:20
**emitted** 261:12
261:21 262:19
**emitting** 263:23
**emotional** 240:13
240:16
**employed** 7:20,21
7:23 8:11 9:13
13:6 17:18
18:14 19:2
45:14 50:9 78:7
78:10
**employee** 41:3,14
46:1 47:8 54:1
67:23 137:21,25
138:1,12 139:4
139:14 154:13
**employee's** 49:5
51:24,25,25
**employees** 42:15
42:22 43:25
44:7 51:20 63:1
63:2 73:14
106:9 121:19
123:5 138:19

150:17 169:2
170:2 190:8
306:18 310:9
312:14 313:5,15
**employment** 8:17
8:21 16:17
17:22 18:5,8,23
46:24 48:7 49:6
50:16 62:1
**employment-re...**
45:13 50:8 51:8
**enact** 190:14
**ends** 192:22
**enforcing** 19:13
**engage** 300:18
**engaged** 117:1
**engaging** 106:19
**English** 154:12
**ensure** 275:15
276:15,21,24
277:3,9
**entire** 186:17
288:5 309:10,14
**entities** 87:15
**entity** 16:25 22:1
87:13
**envelopes** 169:4
**EP** 159:15
**episode** 132:25
**Equal** 61:25
**erased** 133:6
**errands** 313:17
**errata** 315:16
316:1
**erratic** 204:1
**erratically**
245:14
**escalated** 153:15
192:18 197:11
197:20
**escalating** 133:2
**especially** 79:23
87:1 105:19
**ESQ** 2:5,12,19,20
**establish** 140:17
**estate** 28:24 29:5

29:11 305:21
**estimate** 81:7,9
**estimated** 82:8
**et** 1:6,9 7:14
109:21 315:2,3
**Europe** 248:25
**European** 248:14
248:22
**evaluation** 94:4
**event** 232:9 275:8
317:25
**eventually**
200:17
**everybody** 125:1
131:7 161:23
173:19
**Everything's**
35:23
**evidence** 11:20
90:14 142:10,12
142:16 144:7
170:20 225:13
225:24 237:18
237:22 265:7
285:4,8,15,18
285:25 286:5,21
287:21 288:4
290:16,18,24
**exact** 17:25 81:4
82:9,11 87:13
90:10 105:22
163:10
**exactly** 22:7 39:6
44:8 45:19 47:7
49:12 64:4,9
88:2 95:8
165:23 201:5
217:21 245:6
255:10 260:24
**examination** 3:8
3:21 36:12
306:15
**example** 146:1
149:9,18 308:23
**exchanged** 35:1
39:2



**1.800.694.4787 www.cefgroup.com fax: 216.687.0973**
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

exercise 130:12
exhibit 27:16,20
  27:20,24 28:20
  29:20 36:9
  110:2 112:14
  116:21 117:15
  127:20 132:22
  143:2 167:21
  205:3 211:16
  213:8,12 215:10
  215:10 216:1
  219:6,17 233:17
  240:4,5 241:11
  250:3,19 253:11
  256:19 257:1,13
  258:7 286:8
exhibits 28:11
  74:16 211:12
  221:10 267:5
Exhibits-1,2,4
  3:3
exist 70:14
  290:23
existed 22:5,9
  230:15 272:19
existing 22:4
expect 264:18
expenses 24:17
  24:25
experience 265:1
experiences
  121:15 232:20
experiencing
  243:22 244:22
expert 197:15,24
  198:8,15 211:21
  212:5
expires 315:25
  318:18
explain 14:7
  65:23 242:24
explained 105:17
  156:13 205:4
  208:12
expose 186:15
  187:21 188:20

188:22 189:4
  190:14,25
  192:21 199:14
exposing 189:10
exposure 190:24
express 186:5
extended 280:3
extent 95:15
  122:15
extra 80:17
  203:22
extraordinary
  274:18
eye 211:10
  229:13,21 230:4
  230:8 313:21
eyoder@hcpla...
  2:24

**F**
fabric 279:3,18
face 136:14
Facebook 44:1
  45:9 105:17
  106:2 125:9,10
  131:5 133:7,8,9
  133:14 135:1
  151:21 153:16
  154:11 156:16
  158:25 181:22
  181:24 182:1
  202:20 227:25
facial 173:20
facilities 227:17
facility 31:5 32:8
  32:19 46:8
  47:21 48:16
  51:5 54:2 59:7
  64:21 69:21,23
  77:13 86:14,24
  134:8 137:22
  153:6 195:3
  227:8 262:23
  272:24 273:5
facility's 242:23
facing 136:11

fact 120:1 136:6
  136:13 149:13
  160:2 170:12
  212:16,17 229:2
  229:23 266:8
  268:13 297:21
factor 143:23
facts 141:18
  180:20 194:20
  196:17 199:2,5
  258:24 259:1
  263:2 266:6
  267:17 269:22
  270:8,22 271:3
  271:5,13 275:16
  280:4 281:11
  311:7 312:21
  313:2
factual 294:15
failing 168:13,18
  170:25 171:3
fair 112:4 117:14
  141:20 178:4
  207:2 285:10
faith 208:21
  209:1,15,19
  210:25 211:6,18
  212:19 214:5,10
  215:4,20 220:6
  220:19,25 221:5
  221:7,11,17,24
fall 107:9 272:12
  300:15,17
false 54:20 143:6
  162:15
familiar 58:14
  84:15 94:21
  96:1
familiarize 84:20
families 146:16
  146:18 189:24
family 9:21
  165:12 192:8,15
  280:13,23
far 31:15 48:1
  56:16 59:9 80:8

84:22 90:2
  91:23,24 107:22
  129:19 182:1
  204:25 215:5
  233:7 284:24
  285:2 295:9
  301:24 309:21
fast 179:8 180:19
  180:22 186:9
faster 181:1
fax 254:24 255:6
  255:11
faxed 254:8
  255:3
feared 291:22
fearful 201:12
February 88:7
  318:19
fecal 215:17,19
  218:4 266:6
  267:7 268:13,21
  269:3,12
fed 157:8
federal 90:23,24
  210:4
feed 156:24 157:7
feedback 215:7
feel 121:12
  152:14,22
  174:20 184:14
  185:10 189:8
  287:23
feeling 122:25
  244:19
feels 120:10
fell 155:21
felt 119:18
  158:18 188:12
fetch 310:19
  312:6
fewer 209:25
fight 10:15 168:8
figure 44:21
  224:25 225:1
  236:3,5
file 66:4,7,19

302:3 315:1
filed 34:1,12
  59:16,23 60:3
  60:19 61:24
  109:10,22
  119:10 301:15
files 46:1 47:11
  119:12
fill 256:16
film 227:24
finally 6:4
financial 13:9
  18:3 55:2
find 25:22 30:12
  30:23 45:6
  64:18 74:6
  80:15 82:19
  95:13 122:16
  124:15 144:25
  160:14 168:11
  171:9 174:17
  187:16,18
  204:21 226:3
  236:4,22 238:19
  239:4 292:25
finding 207:13
finds 215:17
  272:22
fine 4:8 48:24
  135:7 221:8
  225:9 308:8
finish 167:21
finished 4:22
fired 159:18
  162:12,17,24
  164:13
firm 19:4,10
  306:17 318:2
first 3:10 4:19
  13:14 15:6,11
  15:22 16:8 36:6
  75:7 98:7
  101:19,22 103:2
  103:19 107:8
  116:11 117:20
  120:21 122:2,7



124:16 129:7
143:2,12 165:14
199:19 216:2
222:18 234:6
253:5 256:11
272:14 284:18
300:8,14,16,21
**fit** 151:19 201:22
203:4,18
**five** 82:21
**fix** 6:1 264:8
**fixed** 218:16
265:7
**flash** 67:5
**flip** 29:15 153:24
156:14
**focus** 229:8
**focusing** 245:17
**folks** 172:24
176:6 187:22
**follow** 36:3 260:7
261:3
**followed** 86:15
107:2 109:3
261:6
**follows** 3:11
241:25
**force** 272:4 276:5
277:5,14
**forced** 177:7
**foregoing** 315:17
317:15,20
**forget** 119:3
225:9
**forgot** 116:14
240:11
**form** 77:17
252:14 256:15
280:8
**formal** 4:6
301:21,25
**format** 55:4
**former** 269:15
**forms** 49:9
**forth** 94:7 109:10
208:3

**forward** 5:18
10:16 35:11
38:1 41:20
56:14,20 151:22
244:13
**found** 56:1 64:18
65:6 77:11
95:11 102:5
106:14 137:9,15
144:10 203:2
209:12,21
215:19 228:13
230:17 234:23
235:23 238:12
249:23 273:14
274:4 291:5
**foundation** 25:12
**four** 19:20
**fourth** 129:18
153:24
**frame** 37:24
47:16 49:2
**framework**
216:20
**free** 145:14
315:19
**frequently** 131:2
131:2 275:14
276:13,20 277:3
277:8 310:19
**fresh** 312:6
**friends** 193:5
**front** 6:12 35:17
74:4 86:13
110:3 129:4
250:10 252:13
289:4
**full** 203:11
**fully** 6:22 147:17
**funding** 90:25
**further** 43:7
77:25 317:18,22
**future** 157:20
158:2 171:16
200:13

## G

**gather** 22:13,22
24:19 25:3,14
25:24 35:6 37:6
38:10 40:15
41:9 46:5,20
52:25 53:9
58:16,25 59:12
59:20 60:6,14
60:17,22 62:7
62:19 63:7 71:1
75:24 78:19
83:22 85:20
91:2,14 94:11
**gathered** 25:18
25:19 34:17
71:5
**gathering** 25:17
29:21 30:2,16
153:8 170:19
**general** 79:3
90:11 100:12
105:24
**generally** 14:19
40:11 49:11
54:6 64:8 75:4
77:2 94:21
100:7,25 101:6
141:16
**generated** 47:2,5
48:6 49:5 83:19
**George** 108:5
310:16
**gestures** 127:3
**getting** 18:18
97:6 204:10
207:24 214:22
230:20 241:1
254:3 303:4
**giant** 273:13
**gibberish** 126:20
**Gina** 1:6 37:22
41:6,17 42:5,24
43:8,12 113:12
121:23 125:5

131:9 134:19
135:3,6,15
136:8,11 137:3
138:5 139:7
147:7 149:6,10
149:13 150:2
153:11 155:2
156:16 157:12
157:19 158:1
160:25 162:11
164:5,12 165:12
167:12 168:8
172:23 175:14
181:4,6,18,19
181:21,24 183:4
184:9 185:21
193:18 196:12
197:4 198:21,24
199:3,9,25
200:13 208:17
210:24 211:18
212:19 217:12
220:4,5,14,24
221:23 222:4
225:10 228:18
233:13,22 234:6
235:7,13,17
243:11 247:19
248:12,21 249:6
250:24 251:2
252:1 253:6
255:15,22
263:16 280:1
281:2 286:17
288:16 289:20
291:19 292:1,8
293:21 294:8,12
295:10,20 300:7
302:17 310:19
311:21 312:5,13
315:2
**Gina's** 122:5
134:11 182:9,14
182:19 194:15
215:16 224:1
**girl** 192:11

**give** 73:22 99:25
102:17 126:6
140:15,24
145:10 146:1
164:18 173:1
176:7 178:3
212:8 234:14
235:13,16
237:19 238:17
239:16,17 245:4
247:10 268:23
269:7,16 274:12
291:8 297:17
308:23
**given** 3:23 5:24
112:21 169:4
205:17 255:5
270:14 290:20
317:12,17
**gives** 186:18
243:25
**giving** 142:23
**glanced** 23:25
81:22 117:24
**glitch** 170:1
**Gmail** 65:15
**go** 4:12,18 11:23
14:1 15:16
18:24,25 28:2
28:10 40:2
44:24 46:22
60:25 65:24
67:10 71:23
73:1,4,10 74:6
79:7 89:11
94:14 103:16
125:20 131:25
135:3 136:15
138:4 140:3
141:21 143:25
144:17 145:2
148:13 151:5,22
152:2 153:3
157:21 158:15
167:6,13 173:23
178:21,24 191:7

191:20 192:17
192:22 197:24
201:14 202:16
202:25 205:24
211:2,8 213:7
213:10 215:23
217:15 218:8,13
218:14 220:9
225:5 226:2
235:3 237:8,16
240:11 243:20
248:19 251:16
268:17 271:8
275:24,25 280:6
287:19 288:21
293:6 294:18
303:3,10 308:16
311:11,12
314:11
**goal** 134:15,18
207:20
**goals** 208:13
**God** 159:14 168:9
173:14
**goes** 91:24 242:2
249:5 269:13
**going** 4:20,23 5:1
5:18,19 11:12
11:16 27:19
45:20 48:15
58:13 67:17
74:10 82:6
89:25 95:14
96:14 103:22
109:10 112:12
116:20 117:15
125:20,21 126:6
127:7 131:6
144:2 151:6
152:20 161:24
165:9 169:3
170:7 173:7
177:6,8 182:4
192:6 193:4
194:24 195:9
199:14 204:13

204:20 210:19
211:11 215:9,16
217:9 222:11
226:14 228:19
228:20,21 236:1
236:9 238:14
239:6 240:10
250:3,18 252:18
255:1 271:20
291:22 295:14
307:9 309:2
**good** 7:3 97:7
131:19 145:22
153:19 168:7
172:22,23 176:5
208:21 209:15
209:19 210:25
211:6,18 212:19
214:5,10 215:3
215:20 216:9,17
217:24 220:6,19
220:25 221:5,7
221:11,24
270:12,18,25
271:3 278:25
**gotten** 84:6 91:8
**governing** 226:19
**government**
81:19 108:14,15
210:4
**graduate** 20:9
**great** 5:9,13,17
6:8 7:6,17 20:5
29:19 33:19
36:17 77:19
130:18 241:19
242:4,6,12
243:21 248:11
257:8
**greater** 269:13
**grievance** 301:13
301:18 302:1,4
302:12
**grievances** 77:11
77:12
**grieving** 206:20

207:6
**gross** 274:22
**ground** 4:19
**group** 94:9 315:1
**guarantee** 268:9
**guess** 39:7 42:10
69:2 81:17
88:12 111:12,19
114:6,25 120:15
173:17 194:18
196:5 203:20
210:7 222:20
234:9 235:4
247:8 263:3
264:6 265:18
292:13 298:17
**guesses** 125:8
**guessing** 167:3
286:11
**guideline** 92:1
**guys** 34:17 40:7
65:12 68:6
69:24 121:12
122:3 135:21
232:14 255:16
269:22 275:15
283:25 294:1
310:1

---

## H

**H** 51:15
**habit** 35:19
**half** 75:9 178:16
303:18
**hall** 108:22
**hand** 170:20
250:3,19 261:22
308:25 318:6
**handed** 69:1
104:24,25
312:11
**handle** 192:20
197:13,21 227:7
**handling** 173:13
177:9
**hands** 187:24

189:17
**handwriting**
256:23
**handy** 14:9
**Hanna** 2:18
**happen** 49:20
123:3 124:21
214:17 218:9
220:24 262:3,9
262:12 264:5
276:4 278:20
296:11 312:20
312:22
**happened** 49:13
65:23 73:25
74:8 99:23
112:2 120:6
124:16 158:17
162:7 168:23
170:15,16 182:6
201:5 223:3,7
223:15,22
232:19 238:23
242:24 254:13
255:7 263:7
264:23 266:10
272:13 274:5
279:25 302:10
311:4 312:18
313:3
**happening**
100:11 126:11
126:14,15 140:5
171:16 261:19
**happens** 124:13
**harass** 118:19
175:17,19,22,25
200:15 300:18
**harassing** 155:11
156:2 157:2,4,5
157:6 158:19
174:3 175:9
187:7 188:9
189:5,9 191:13
191:17 248:13
248:21

**harassment**
131:20 132:4,8
132:10,11,14,16
133:19,22,24
134:1,2,22
143:19 155:24
156:9 158:22
171:11,19,22
172:14 175:2
188:1 201:21
203:3 208:1
**hard** 55:5 67:6
130:14 154:3
**harm** 123:2,23
124:4 292:19
**harmed** 291:23
**harming** 123:18
**Harold** 137:2
**harsh** 174:21,24
180:9
**harshness** 175:1
**hat** 126:3
**hauled** 111:20,23
**hazard** 265:12
268:22
**he/she** 315:13
**head** 40:9 57:20
60:2 97:3
234:11 288:19
304:17 314:15
**healed** 159:9
161:1 186:14
**health** 79:22 86:3
166:2,11,15,18
166:23 167:14
195:2 208:18
209:11 265:12
268:22 269:13
302:19
**Health's** 86:16
**healthcare** 16:24
144:15 149:21
**hear** 5:5 116:11
135:12 137:14
225:7
**heard** 91:19


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787 www.cefgroup.com fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

168:17 176:16
297:6
**heart** 193:15
**heat** 273:18
**heating** 273:13
**help** 200:23
201:6 248:4,8
313:8,9
**helping** 136:19
**helps** 132:21
**hereinafter** 3:10
**hereunto** 315:21
318:6
**hid** 175:25
**hide** 125:21
159:22 166:1,5
166:6 167:13
**hiding** 155:5,14
**highly** 312:16
**hint** 178:4
**HIPAA** 227:20
228:2
**hire** 47:2
**hired** 273:10,11
**hiring** 51:2
**hirings** 51:9
**his/her** 315:14,18
**history** 18:8,23
20:13 21:22
22:17 24:6 45:2
123:10,13,14,16
**hitting** 124:7
**hold** 41:1 168:16
168:21 187:22
304:4
**holding** 299:3
**holdings** 305:22
**hole** 192:17
193:11
**home** 91:12,13,19
104:17 112:7,10
113:13,23
124:24 147:1,14
150:14,17,18,22
164:18 166:19
173:10 174:12

191:23,24 192:4
193:25 209:6
210:7 214:4,20
227:21 228:3
239:12 247:24
248:2 254:17,24
269:16 275:7
286:20
**homes** 17:3 90:24
146:19 190:15
218:22 254:22
254:25
**honestly** 6:22
178:18
**hook** 278:11
**hope** 156:23
**hoping** 131:9,10
131:13,16
184:10 225:7
**hopping** 273:8
**horrible** 186:9
**horse's** 168:18
**Horvath** 108:7
**hospitals** 254:23
**hour** 303:18
**hours** 96:19
148:25 149:7
243:11 275:22
303:16
**house** 55:10
239:14,15
**How's** 213:15
**Hoyer** 267:23
277:17,19,21
278:1,3,5,17
279:10,15,21
280:2
**HR** 51:11,17
**hug** 173:22
**human** 147:8,8
217:22
**hundred** 82:14
**hurtful** 152:20
**hurting** 246:21
**husband** 26:10
169:13 249:3

310:13
**husband's** 9:18
9:25 10:11 12:7
**hyperemotional**
204:2

---

**I**

**idea** 78:8 91:18
123:7 224:10
262:13
**identification** 3:5
**identify** 212:10
213:13
**II** 264:22
**illegitimate** 296:2
296:17 298:7,12
**illness** 147:11
**image** 154:10,15
**images** 129:17
**imagine** 37:3
52:4 95:10
139:13 150:12
238:17
**imagining** 124:1
124:2
**immediately**
146:5 169:11
268:10
**implement**
232:14
**implying** 155:13
157:6,7
**important** 143:8
144:5 145:5,19
149:5 150:4
153:3,11 170:21
**impossible**
279:24
**impression** 204:7
249:13 286:12
**improperly**
196:11 197:1
**in-services** 32:18
**inability** 125:11
**inaccurate** 5:24
**inadequate** 270:5

271:6 272:3
**inadvertently**
185:1,12
**inappropriate**
147:21,24
149:17
**incidents** 201:20
**include** 155:19
170:22
**included** 98:19
99:4 155:20
157:14
**includes** 172:16
241:22
**including** 33:25
34:11 62:14
**income** 8:1,2,5,12
8:20,25 9:16,19
9:21 10:11 11:1
12:7 18:11,12
18:13,17,18,19
24:17,25 304:11
**incomplete** 5:25
**incorrect** 198:3,6
249:14
**increased** 281:14
281:18
**indicated** 34:16
36:24
**indicating** 45:19
143:16
**indicative** 204:10
**individual** 10:8
113:2 114:9
118:5,6 171:18
**individually**
10:10 61:8
**industry** 241:2
**infection** 79:24
80:7 81:14
**infer** 119:25
120:2 182:25
**inferences** 180:6
**inferred** 182:23
**infestation**
272:10

**influence** 284:20
289:23
**influenced** 284:6
284:22 285:11
285:21,25 287:5
287:17 288:15
289:19 290:8,12
290:15,19 291:5
291:12 293:15
**influencing**
285:16
**inform** 140:4
**informal** 301:21
302:1
**information** 7:18
12:6 21:5,10
23:17 24:3,5,14
25:3 26:4,7
33:24 34:11
39:11,13,14,20
40:16,25 41:9
41:21 42:6
45:13 46:7,21
46:25 48:15,20
49:8,22 50:8,16
51:7,8 52:6,9
53:21 55:2
56:18 58:25
59:11 60:6
62:13,17 72:25
73:8 75:6 78:1
81:19 83:25
85:12 93:13
96:15 98:14
99:9 136:24
140:8,12,16,25
141:2,3,5 153:9
154:18 189:23
262:11 287:1,4
287:11 288:15
289:15,17,18
**informed** 130:9
**informs** 130:16
**initially** 130:23
234:15
**initiated** 135:15


**CEFARATTI Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787   www.cefgroup.com   fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

135:21 283:23
**initiating** 284:4
**injure** 291:18,20
 292:2,9,12
 293:1,23 294:9
**injuries** 159:8
 160:25
**injury** 59:19
 292:4,6 293:9
**innocent** 293:16
**input** 92:19
**inquiries** 95:3
**inquiry** 297:9
**ins** 93:2
**inside** 104:4,5
**inspection** 29:6
 29:20 30:8
**installed** 222:4
**instance** 42:14
 99:14
**instances** 61:17
 156:11 168:24
**instant** 241:18
**institutional**
 73:24
**instruct** 12:21
**instructing** 12:3
 12:25 306:6
**insurance** 307:14
**insurer** 307:25
**intended** 117:12
**intending** 105:5
**intent** 117:8
 150:11,13,25
 152:10 182:22
 183:13 184:7
 185:23 200:14
 285:20 301:10
**interact** 244:6
**interacted** 125:5
 125:6 206:13,15
**interested** 317:24
**interesting** 19:17
 182:7
**intermittently**
 261:12,21

262:19
**internal** 60:10
 236:23 237:2,14
**internally** 239:23
**Internet** 92:24
**interplay** 164:19
**interpreted**
 125:16 157:4
 171:8 175:11
**interrogatories**
 29:12 74:24
 257:10,18,20,23
 257:25
**interrupt** 48:19
**intimidation**
 133:18
**introductions**
 3:13
**investigated**
 291:1
**investigation**
 63:4 67:19,25
 100:16,22 101:2
 101:13 102:24
 192:6 194:24
 195:8 235:21
 236:2 237:7
 238:23 239:22
 291:5
**invite** 149:13
**invitee** 295:7
**inviting** 177:23
**involve** 176:13
**involved** 13:4,15
 13:17,19 14:7
 14:10,12 15:7,8
 15:12,22 16:4,7
 18:6,22 19:2
 22:6 56:23
 64:14 70:19
 73:14 106:18
 120:22 122:12
 122:14 132:4,5
 134:17 158:7
 203:15 207:15
 293:18,21

**involvement**
 16:12,17 17:16
 122:8
**involving** 88:20
 204:5
**irrelevant** 47:20
**IRS** 33:25 34:12
**isolating** 246:10
**issue** 78:16 79:1
 151:11 168:25
 169:19 224:8,21
**item** 34:5
**items** 255:13

_____
**J**
**J** 1:22 317:5
 318:13
**jail** 131:9 135:4
 136:14
**January** 83:18
**Jennifer** 154:12
**jewels** 309:4
**job** 19:1 47:13,14
 47:24 52:16
 56:12,18 57:13
 160:13 312:3
**jobs** 18:20
**judge** 6:13
 303:14
**July** 1:15 315:5
**jumbled** 96:10
**jump** 58:13 59:15
 127:12,25 128:4
 161:16 233:24
 240:9
**jumped** 127:10
**June** 159:5,25
 173:4
**justice** 168:11
 171:9

_____
**K**
**K** 32:25
**keep** 6:21 51:19
 190:12 191:3
 192:3 229:21

230:4 238:10
 239:7 313:21
**keeping** 97:18
 109:7,12 229:13
 230:8 252:12
**Keith** 32:25 33:3
 33:13,20
**kept** 31:6 32:17
 32:19 46:8 52:4
 52:4 97:13
 218:22 236:20
 237:4 264:15
**key** 117:5,9
**keys** 310:24
**killed** 150:15,23
**kind** 18:13 19:8
 42:12 49:8 66:4
 66:6 72:24
 79:16 80:13
 83:10 85:12
 92:2 98:13 99:9
 125:7 136:19
 154:3 157:18
 158:1 190:9
 193:2 276:9
 281:15 282:25
 293:6
**kinds** 79:15
 80:24 124:10
**knew** 45:7 121:8
 141:4,5 181:25
 195:11 229:3
 241:1
**knock** 298:13
 311:15
**know** 5:14 6:1,5
 13:18,20,24
 14:11 15:23
 16:5,6 17:24
 22:7 24:10 26:5
 31:25 35:25
 37:12 39:18
 41:2,7 42:8,21
 43:9,9,17,22
 44:6,13 46:12
 47:7,10,11 48:1

48:5,20,21 49:4
 49:7,10,12,16
 49:19 50:15,15
 50:24 51:21
 52:2 54:4,6,10
 54:17,22 55:7
 56:18,22,25
 57:2 60:2,19
 64:3 65:20 66:6
 66:22 67:8,10
 68:7,19 69:2,7
 69:11,23 71:9
 72:2,4,17 73:2
 73:12,15,16
 75:8,11 76:22
 77:14 78:12
 80:8,12 81:4,10
 81:17,23 82:9
 82:24 83:15
 84:22 90:4,8,10
 90:16 91:13
 92:25 93:1,7,19
 93:20 94:17,18
 94:20 95:1,7,8
 95:19,21 96:19
 96:21,23 97:5
 99:19,21,22,23
 100:16 101:9,14
 103:7 105:23
 107:10,14,22,23
 108:9,21,23,25
 109:14 110:21
 110:24,25 111:9
 112:1,2 114:15
 114:20,21,24
 115:2,5,25
 119:13,15,16,18
 119:20 120:16
 123:12,15,18
 124:6,25 125:14
 128:12 129:19
 129:20 131:15
 133:8,13,15
 134:3 135:9
 137:6,19,21
 138:7,16,17,18

Cefaratti Group
THE LITIGATION SUPPORT COMPANY
1.800.694.4787 www.cefgroup.com fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

139:9,23 141:1
146:7,11 148:14
149:24,25
152:16 154:23
154:24 155:13
160:1,11,18
161:2,13,21
162:5,6,8,13,15
163:13,19,22,25
164:2,5,8
165:22,23 166:4
166:11 169:2,9
169:12,17
170:12 171:1
172:10 174:24
176:2,12,14,15
177:12,15,22,24
179:19,22,24
180:4,7,8,16
181:11,16,20
182:1,16,18
184:22 185:4,5
185:6,10,16,20
186:25 189:3,17
194:5,7,7,8,9,11
194:13,17,19
195:4,5,12,15
195:17,24 196:1
196:12,14,25
197:2,8,8,12,25
198:2,5,23,24
199:1,5 200:22
201:4,21,23
206:25 207:10
207:11,17,18
208:23 209:3,8
210:22,23
211:22 212:12
212:13,14,15,22
213:11,23,24
214:2,16 216:10
216:15 217:17
217:23 218:15
218:16,17,17,18
218:19,23 219:3
219:14,16,18

220:1,8,10,12
221:2,20 222:13
224:7,12,15
225:16,17
226:21,25
227:15 228:10
230:12 231:16
231:23,24 232:1
232:5,5,16,18
233:1,2,7 234:6
234:11,14
236:11 240:19
243:24 244:8,17
245:1,8,9,10,12
245:18,25 246:3
246:6 248:9,24
250:11 252:9,23
254:7,12,13,19
255:4,6,9,10,11
255:12 256:2,3
256:10 258:5
259:16,24
260:10,18,23
261:16 262:14
263:9,25 264:11
266:22 267:10
267:15 268:3,6
272:19 273:16
274:9,15,16,24
275:2,10 276:17
277:25 280:9
281:2,5 282:4
282:10 283:3
284:3,24 285:2
285:6,16,17
286:3 291:7,12
291:24 292:13
292:21 293:3,5
294:4,5,11,16
294:19 295:10
295:10,22 296:1
297:3,5,20
298:16 301:24
302:6,7,21,23
303:23 304:1,5
304:9,13 305:1

310:4,5,7,8
311:4,6,18
312:1,4,12,17
313:7,11,14
314:5
**knowable** 81:10
**knowing** 192:19
  194:25 197:21
  228:19 231:2,6
  246:12
**knowingly** 117:1
**knowledge** 22:13
  22:22 24:20
  32:14 37:7
  38:11 46:6
  52:25 53:10
  58:16 59:21
  60:15,22 62:7
  62:19 63:8 71:2
  72:3 75:25
  78:20 82:15,16
  83:23 85:21
  91:3,15,23
  94:12 160:19,21
  214:18 259:15
  259:22 260:17
  260:19,22 261:1
  261:4,6 264:2,4
  270:17 280:25
**known** 21:5,11
  22:14,22 24:20
  25:3 37:7 38:11
  40:16 52:25
  53:10 58:17
  59:21 60:15,23
  62:7,19 63:8
  71:2 75:25
  78:20 83:23
  85:21 91:3,15
  94:12 265:12
  268:22 306:21
**knows** 173:14
  184:11

_____
**L**
_____

**L** 32:25

**lacking** 272:6
**lady** 168:9
**language** 90:10
  114:25 119:19
  188:13 190:2,9
  191:1 282:22
  307:5
**late** 16:10
**laundry** 311:13
  312:7,9
**Laura** 1:9,12 3:7
  3:20,21 4:5,7,9
  25:14 29:1,7
  37:5 97:11
  98:22 259:13
  315:3,4,12
**law** 2:4 19:4,8,23
  20:6,8 141:18
  189:22 190:1
  210:3 266:12
  275:22
**lawful** 3:7
**lawsuit** 88:13
  89:24 90:1
**lawsuits** 59:16,23
  60:3 89:10,13
  90:9
**lawyer** 4:13
  141:11
**lay** 211:23
**laying** 106:23
  230:20
**layperson** 212:6
**lead** 11:19 204:21
**leading** 101:12
**learn** 70:13 76:12
  222:19 302:17
**leave** 279:21
**left** 31:9 49:14
  51:4 86:1,19
  266:5 268:14
  277:16,19
  278:16 280:2
**leg** 187:2 211:15
**legal** 66:10
  130:12,20 134:1

134:5 210:12,15
**legislation** 190:14
**legitimate** 295:15
  295:23 298:1
**let's** 3:12 8:19
  12:13 18:25
  37:25 43:6
  45:11 50:22
  52:15 58:9
  59:15 60:9
  61:23 75:20
  79:4 91:9 95:10
  114:19 116:6,11
  116:24 132:6
  142:21 150:12
  153:3,24 156:14
  158:24 166:20
  167:25 170:4
  172:20 176:5
  178:24 186:2
  191:20 235:3
  240:21 265:15
  272:8 292:22
**letter** 21:14 25:9
  44:16 45:18
  61:16 95:16
  160:17 307:23
**level** 96:11 125:9
  247:16,23,25
  270:12 281:14
  281:17 282:4,16
**levels** 7:11 210:2
  210:4
**liabilities** 304:7
  306:7 309:22
**liability** 89:16,18
  89:21
**liable** 89:5,7
**lie** 143:20 194:18
**Life** 168:7 172:22
**lift** 267:23 277:17
  277:19,21 278:1
  278:3,5,8,12,17
  279:4,7,16,22
  280:3
**lifts** 278:6 279:11


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787 www.cefgroup.com fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

likelihood 182:3
limit 79:7
limited 79:25
 241:23 305:13
limiting 41:19
 173:22
limits 307:19
line 113:19
 255:18 308:14
 316:2
lined 85:5
linens 312:6
linked 102:2
Lionstone 87:18
 87:24,25
list 51:20,22
 58:14 129:5,11
 247:7,10
listed 48:12
 315:15
listen 10:22 34:8
 35:21 74:14
 195:19 243:15
 243:19
listening 179:16
 192:14 193:10
litigation 10:12
 12:9 19:12
 88:16,20
little 7:18 43:6
 76:10 103:17
 106:3 121:16,20
 132:25,25
 159:20 192:24
 218:13 231:12
 234:17 244:20
 245:13
live 108:18
living 8:18
LLC 2:4
lockdown 165:15
 234:17
locked 86:14
 228:11 281:1
 296:14,15
 310:24 311:14

312:10 313:25
log 31:18 249:11
 249:16
logically 119:17
logs 240:7
long 7:22 12:20
 13:11 19:18
 22:5,9 57:23
 66:16 80:7
 96:21 170:17
 185:7 194:11
 224:18 239:2,7
 244:10,14 268:7
 273:22
long-term 76:21
longer 30:25
 269:13 281:13
look 29:16 30:18
 31:23 32:3
 45:11 52:15
 56:7 58:23 60:9
 61:23 75:20
 80:14 91:9
 117:16,20
 141:17 142:6
 144:19 158:24
 172:20 176:5
 213:9,15,25
 214:13 216:4,9
 216:17 217:21
 217:24 220:6,17
 232:6 235:5
 236:24 251:5
 256:7 258:7
 268:11 272:8
 292:23,24
looked 29:14
 55:14,15,24
 57:1 79:11
 82:18 105:9
 106:13 107:11
 130:22,24
 222:23,24,25
 236:17,21
 252:10 257:14
 259:7 304:20

looking 8:14 9:21
 13:25 33:23
 36:13,25 37:11
 82:8 113:7
 118:2 143:1
 176:23 179:1
 200:9 201:9
 211:17 216:11
 221:9 230:23
 231:7 233:23
 234:18 241:14
 244:3 258:16
 280:16
looks 47:8 118:1
 156:16 158:25
 193:1 234:20,21
 235:6
loop 97:13,19
Lord 172:25
 173:13 176:7
 177:9
lose 293:5
loss 25:10,23
 83:17 84:7
losses 24:17,25
lost 143:17 173:9
 174:12 234:13
lot 4:23 31:4,9
 32:11,12 44:7
 53:25,25 54:1
 81:24 86:25
 92:3 94:16
 123:4 143:17
 167:23 170:1
 189:5 205:4
 218:9 236:9
 274:25 279:10
lots 192:9
loud 179:3
 191:21
loved 152:21
 219:11
loving 159:13
lump 309:6
lunch 156:21,22
lying 124:8

179:13 180:16

## M

machine 278:6,19
mail 251:23
main 88:3
maintenance
 239:13
makers 202:15
making 79:21
 90:13,13 103:21
 112:6,9 113:12
 125:8 127:2
 135:23 142:20
 142:22 158:1
 173:19 178:11
 182:2 221:7,19
 272:25 284:25
man 88:2
managed 159:5
management
 16:19,21,23
manager 51:10
 51:12 56:25
Mandanici 37:22
 41:6 72:12,16
 72:21 75:12,18
 78:5 86:1,19
 96:13 260:7
 266:5 269:20
 270:14,17,24
 271:15 272:10
 275:18 277:16
 281:7,8,12
Mandanici's
 28:25 29:6,12
 70:25 71:22
 72:3,6 75:23
 84:12,15 85:2
 86:5 262:19,21
 264:9 265:8
 267:8 268:14
 270:4 275:13
 280:13,23
 282:13
manner 300:19

manuals 32:4,8
 32:17 46:17
 58:18,22
March 85:25
 86:4 186:20
 234:16,20 235:1
Marie's 168:8
 172:23
mark 213:21
 308:18
marked 1:14 3:4
 27:15 110:4
 128:15 308:6,15
marker 213:22
marks 215:12
married 9:9
 185:8
marshal 141:18
Martin 19:5,18
masterfully
 184:14
mat 278:8,9,9
 279:2,2,5,9,12
matter 60:1
 103:25 198:15
 215:17,19 218:4
 241:18,22 266:6
 267:7 268:13,21
 269:3,12 315:15
matters 36:11
 60:13 70:25
 71:8,9 75:21
 78:14,25 83:17
 84:12 85:18
 90:22 91:10
 94:2 96:8
 306:14,21
mean 8:11 9:18
 10:1 13:16 14:7
 16:4 18:9 22:9
 24:9 30:10
 42:25 43:21
 45:5,24 47:4,5
 49:13 50:3,11
 51:22 61:9
 65:14 67:3,20


**CEFARATTI Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787   www.cefgroup.com   fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

68:17,22 69:7
69:10,12,16
71:8 72:1 79:2
100:10,14 104:7
114:8 115:10
118:25 120:13
123:20 132:15
133:14 141:2
162:23 166:3
170:15 171:10
177:16 189:21
196:8 197:17
198:14,18
205:25 207:1
209:14,18 221:6
222:2 223:23
230:21,23
231:23 236:11
243:1 253:17
258:19 259:1
264:5,21 265:14
274:17 280:1
281:18 295:3
296:21 303:6
309:21 313:20
**meaning** 14:15
210:9
**meaningful** 71:13
**means** 6:16 13:19
14:12 20:20
71:9 92:5
152:17 172:10
181:12,16
194:12 209:19
305:2
**meant** 166:4,12
171:1,11 175:5
175:19,22
180:12 182:15
182:25 300:18
**media** 118:17
124:18
**Medicaid** 91:1
**medical** 7:13
30:22,23 32:13
34:25 71:5,11

71:15,16,18
75:14 84:23
85:4 143:4
187:3 189:23
191:14,15 192:9
211:21 212:8
214:17 220:3,5
251:2 253:16
254:11 255:16
280:10,20
295:12 297:16
**medically** 280:13
280:23
**Medicare** 91:1
275:9
**medications**
72:11
**meet** 210:20
**meeting** 201:7
**memo** 68:19,23
69:1,9,11
**memory** 6:25 7:3
23:5,9 73:24
90:19 99:24
223:19 237:4,11
237:13,18
238:10 239:18
239:19 263:5,6
263:10 264:13
**memos** 68:15,17
69:5,6
**menacing** 106:15
113:6,19 203:2
**mental** 117:2,8
117:13 134:13
150:7 151:1,4,9
152:4,23 155:22
156:8 170:24
171:19 172:12
172:14 175:5
178:19 183:13
184:8,14,18,21
184:24 185:1,13
185:18 200:15
202:4 240:15,17
240:22,23

241:20 242:4,6
242:13 243:3,12
243:21 244:4,19
244:23 247:2,4
247:17,22 248:4
248:8,11
**mentally** 152:14
**mention** 99:12
107:1 143:9
144:6 145:6,20
149:6 150:5
153:11 157:9
245:1
**mentioned** 107:7
132:7,7,8 282:6
**message** 68:9
76:19
**messages** 64:5
70:4,8 76:2
117:5,10,12
118:17 125:15
146:8 151:20
201:10 233:21
251:9 286:18
287:14 288:7,9
289:1,11
**met** 36:5 103:20
210:13 302:15
**metal** 278:12
**Michael** 2:20
3:17
**middle** 176:1
**mild** 281:20
282:6
**million** 307:21
308:10 309:1,2
**mind** 106:13
182:9 202:22
206:9 225:4
239:4 297:14
298:20
**minimum** 94:5
210:20
**minute** 102:17
146:2
**minutes** 96:8,11

153:20
**mischaracterizes**
148:12
**misspoke** 55:25
**mistaken** 31:21
55:22
**misunderstand...**
65:4
**mobility** 272:6
**moderate** 281:21
282:6
**modify** 62:15
**mold** 265:11,19
**moldy** 261:12,21
262:20 263:17
263:24
**mom** 159:17
168:11 171:9
173:3,9 174:12
177:2 186:11
187:1 192:18
193:13
**mom's** 168:8
**moment** 234:14
258:8
**momma** 192:20
193:21
**Monday** 1:15
**Mondays** 156:21
**money** 308:2
**monitor** 222:11
**monitoring**
226:20
**month** 59:4
**months** 79:19
106:8 159:15
161:18 162:4
164:7 224:14
264:10
**mopped** 266:13
**morals** 151:11
**morning** 137:10
137:16,18 168:7
172:22,23,24
176:5 222:21
241:8 297:1

314:13
**mother** 77:7
126:9 139:18,20
145:15 146:15
147:8,11,23
150:15,23 159:5
159:16,25
161:19,25 162:3
162:18 163:9,22
163:22,23 164:6
177:1 179:7,13
180:15,18,22,24
181:1 186:7,12
186:19 189:22
192:1,15 206:21
207:6 211:19
212:20 214:4,20
215:21 220:7,16
229:10,14,21
230:5 231:8
254:18 280:2
281:4 313:6,9
313:10
**mother's** 144:4
144:15,22
145:13 149:21
215:18 217:6
222:5 229:18
230:25 239:11
**mothers** 230:9,10
**motion** 110:5,5,7
242:10
**motions** 109:10
109:21
**Mount** 159:6,13
160:6,9 161:11
**mourning** 176:25
**mouth** 167:4
168:18 208:6
**move** 10:16 12:13
13:2 145:15
159:6 186:2
196:21 254:18
307:11
**moved** 186:11,21
228:22 239:11


CEFARATTI Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

273:15
**moving** 11:3,5
134:17 148:23
233:9 244:13
251:7
**multiple** 117:5
143:4 208:11,13
222:1 271:2
286:17 287:14
288:7,9 289:11
**music** 126:17,18

**N**

**N** 4:2,3 88:3
**name** 51:13,14,24
51:25 52:1
87:12,13 88:1,2
113:20 114:12
115:17 116:18
118:9 120:14
139:16,22 179:9
189:21 224:2
306:11 310:16
315:21
**named** 306:16
317:8
**names** 87:10
115:22
**narrow** 43:6
**nature** 8:16 76:16
**near** 276:17
**nearby** 313:16
**necessarily** 8:14
134:16 214:8,12
215:24 244:5
264:17 268:3
272:2
**necessary** 6:2
70:23 94:18
315:15
**need** 5:1 6:4
69:22 90:2
166:14,17
193:11 220:24
232:10 235:5
237:1,3,6,13

251:8 258:8
275:14,23
279:15 305:6
313:19 314:6
**needed** 97:17
167:13 210:1
232:23 275:21
276:14,20,23
277:3,8 302:15
302:15
**needs** 94:8 279:7
**negative** 112:6,9
113:12 117:5
262:14 286:18
287:14 288:7,9
289:1,11
**neglect** 220:20,25
221:6,12,17
**neglected** 211:1
211:20 212:20
214:6,11 215:4
215:22 220:7
**negligence** 59:19
**negotiating** 88:6
**neither** 220:4
**Nemetz** 9:12 13:3
**net** 303:21 304:24
**never** 18:14 69:8
91:19 112:20,22
125:6,19 145:15
164:14 179:5
187:3 192:10
206:15 209:23
209:25 210:7
212:2 225:4
228:8 232:19,20
236:17,21
239:19 252:19
262:2,11,13
263:1,11,15,25
288:19 291:17
294:23 297:6
301:5,15,25
311:4,16
**new** 31:3,10,11
31:22 32:19,22

46:9 59:6,6
65:11,18 66:2
**nice** 249:2
**night** 149:1,7
**nodding** 288:19
**nods** 5:3 314:15
**nonambulatory**
267:22
**noncompliance**
276:11,11
**noncompliant**
271:19 275:20
**nonissue** 170:16
**nonparties** 35:15
37:21 42:5
43:11,16
**nonparty** 12:7
**Nope** 200:4
**normal** 173:16,17
**normally** 173:22
210:19 246:11
**notarized** 114:5
**Notary** 1:22
315:10,25 317:5
318:13
**note** 37:9 62:4
308:15
**noted** 198:14
**notes** 254:8
**notice** 21:19 34:6
36:14 47:19
48:12 86:13
305:5,7 306:10
307:3
**noticed** 182:9
**nowadays** 124:12
**number** 22:18
24:16,24 28:8
29:9,10 32:16
33:24 34:3,5,10
36:2,22 45:12
52:15 58:13
59:15 60:10
62:24 70:24
75:20 81:5 82:8
82:10,12,25

83:16 154:2,5
168:5 172:20
186:3 200:9
211:12,13 249:5
260:5,5,15
261:10 262:17
264:7 265:17
266:4 268:19
269:1,10 270:3
272:8 274:10
275:12 281:6
283:20 284:5
291:16 294:22
**numbered** 35:23
**numbers** 242:1
249:10
**nurse's** 250:15
254:8
**nurses** 78:4,6
226:10 310:24
311:21 313:16
**nursing** 17:3
90:24 91:12,13
91:19 96:12
112:7,10 113:13
113:23 124:24
146:19,25
147:14 150:14
150:16,18,22
164:17 166:19
173:10 174:12
190:15 191:23
193:24 209:6
210:7 214:4,20
218:22 227:21
228:2 239:12
247:24 248:2
254:17,22,24,25
269:16 275:6
286:20

**O**

**O** 4:3 32:25 51:15
**o'clock** 1:15
**oath** 6:9 48:23
**object** 61:16

95:15 116:2
136:6
**objecting** 314:14
314:14
**objection** 9:17
11:6 15:13
37:10 46:22
52:10 60:25
62:5 71:23 73:1
73:10 89:11
94:14 115:23,24
116:1 119:22
127:11,16
131:12,25
135:22 136:3,15
136:21 138:13
140:2,19 141:21
143:25 144:17
145:2 147:3,13
148:11 150:24
151:5,10,15
152:1,15,24
157:21 158:15
160:16 162:21
164:23 167:16
171:17 172:5,18
174:23 176:21
178:20 180:2,23
182:11 183:19
183:25 184:4,16
185:3,14,19
188:18,24
190:17 191:6,12
197:6,14,23
198:7,18,22
199:4 201:14
203:24 204:19
205:12,24
206:22,24 207:4
207:22 208:22
209:2,7,16
211:2,7,25
212:21 213:10
213:16,20 214:7
214:15,23
215:23 216:5,18


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com         fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44113  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

217:2,15,25
218:8 219:2,7
219:13,24 220:9
221:1,13,25
225:15 226:1
227:2 229:15,22
230:6 231:21
232:25 233:4
237:8,16 238:11
242:8,15 257:24
258:4,11 259:14
259:18 260:9
261:14 262:4
263:4,12 264:24
264:25 265:9,13
265:25 267:9,13
267:19 268:16
269:24 270:10
270:19 271:1,7
275:4 278:24
280:6 285:13
286:2,23 287:6
287:19 289:21
290:4 291:10
294:3,18 297:11
297:19 299:5
300:2,9 305:4
308:4,13 312:23
**objectionable**
145:1 174:18
258:23
**objections** 198:11
**objective** 140:1
**obligated** 6:16
**obligations** 20:23
167:9
**obtain** 24:13
83:24
**occasion** 118:14
138:24 194:2
**occasions** 153:7
**occupied** 262:25
**occur** 76:9
**occurred** 105:7
105:10,14
121:10 132:13

220:2 251:15
**occurring** 107:18
**Ockerman** 2:20
3:17,18 11:11
11:15,21 12:1
178:1 217:8
264:24 303:14
314:15
**October** 88:10
**ODH** 159:22
167:9 179:15
186:18 192:13
208:17 221:16
221:24 303:1
**Odom** 250:15
**offense** 141:19
**office** 42:17
51:10,12 56:24
63:20,22 64:2
69:4 103:21
223:17 236:20
252:25
**officer** 130:2
**officers** 38:4
306:18
**Offices** 1:17
**official** 81:19
315:21
**oh** 28:21 32:15
66:21 104:18
115:25 124:17
128:12 129:9
143:13 193:3,17
210:17 231:1
255:18 284:15
**Ohio** 1:4,20,23
2:7,14,22 3:9
19:24 61:25
79:22 86:2,15
166:1,10,15,17
166:22 167:14
179:5 195:1
208:18 315:8
317:3,6 318:14
**okay** 5:7,11 6:2,6
6:24 7:22,25

8:4,24 9:4 10:4
10:6 12:24 13:3
13:11,14 14:14
17:5 18:4,25
19:17 20:5,22
21:2,8,16 22:12
23:14,23 24:12
24:16 27:19
28:17 29:3,9
30:14 31:2,7,15
32:6,10,20
33:17,23 35:8
35:20,21 38:9
38:14 39:21
40:6,13,20,23
42:19,21 44:2
45:11 46:4,19
47:9,23 48:2
49:3,10,17,21
51:6 52:24 53:8
53:14,18 54:18
55:6,11 56:5,17
57:9 58:6,24
59:2,8,11,15
60:5,9,21 61:2
61:22 62:12,24
64:17,25 65:12
66:13 68:5
70:17,24 71:6
71:10,20 73:4
73:16 75:11,16
76:4,17,25 77:9
77:19 78:9 80:1
80:16,22 83:11
84:11,19,25
85:17 86:7 87:6
87:14,20 89:15
89:20 90:12,18
90:21 91:9 92:7
95:10 96:3,7
97:18,23 98:8
101:11,17,22
102:18 103:2,14
103:19 104:4
105:25 106:22
107:4 109:7

110:1 111:10
112:16 113:15
114:7 115:17
117:21 118:2
120:20 121:12
121:22 122:13
126:21 128:14
130:11,18
131:22 133:20
134:21,24
135:11,25
138:15 139:24
140:7 141:11,24
142:11,15
143:11 144:2,25
145:5 146:23
147:19 150:8,20
151:2 153:17
154:19 156:14
156:25 157:11
158:18 159:24
161:5,12 164:9
165:11 167:22
168:2,20 170:19
171:5 172:1,16
172:20 175:8,14
178:9 182:7
187:25 188:22
191:2 193:22
194:14 196:6
197:10 199:1,23
200:23 201:6,9
206:11 207:20
212:23 214:3,13
215:9 218:25
219:6,11 221:9
221:22 222:4
223:3,7,14
224:3 226:5,17
228:4 233:23
235:13 236:1,6
236:19 237:21
238:6,22 239:7
241:4,5 242:19
244:2,12,21
246:17,23 247:2

247:9,13,21
248:10,19 249:4
249:15 250:2,12
251:1,11,15,25
253:4,15 254:5
255:14 256:19
257:4,9,14
258:2 259:12
260:19 263:2,6
263:15,21 264:7
265:6,19 266:19
268:2 269:1,19
270:3 271:4
273:22 274:10
276:19 277:7,15
278:3 280:1,10
281:1 282:1,17
282:25 283:7,16
283:20 284:5
285:23 286:7,16
287:3 288:8,12
290:11,21
293:12,19 294:1
295:8 296:12
300:5,23 301:12
301:20 302:11
304:24 305:19
306:9 309:18
310:1,6,18
312:5,13 313:4
314:8
**ombudsman**
76:22
**omit** 140:9
**omitted** 141:7,8
**once** 38:24 69:22
98:4 162:7
247:19
**one's** 157:8
226:13
**ones** 35:7 77:14
82:2 86:4,22
201:24 219:11
250:7 251:17
**Ongoing** 308:13
**open** 65:9 66:5,20

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

66:23,23 213:25
218:3
**operated** 32:9
312:4
**operation** 90:23
266:20
**operative** 117:6
**opinion** 105:13
175:15,16
197:15,24 198:8
202:14 212:9
**Opportunity**
62:1
**opposed** 301:10
**Orally** 69:16
**order** 34:20
129:20 237:14
278:11
**orders** 86:2
**organization**
17:3 305:12
306:16,22
**organizational**
21:23
**outcome** 111:12
131:19
**Outlook** 65:16,17
**outs** 93:2
**outside** 104:4,5,7
104:7 107:10
126:16,16 153:6
290:25 300:15
**overall** 32:1
**oversaw** 17:4
**oversee** 90:23
266:20
**overview** 92:11
92:14 93:1
142:23
**owned** 15:10,18
15:19 17:1
309:12
**owner** 31:10,11
31:16 65:11,18
269:16 298:18
298:21,24

**owners** 31:3,22
46:9 59:6
**ownership** 13:4
16:14 23:13
**owns** 87:14,15,25
309:18

---

**P**

**p.m** 173:5 314:18
**packet** 47:8
**packets** 283:3,3,9
283:10,12,15
**page** 36:13 82:21
128:4,14 129:4
129:8,18 133:7
142:21 143:2,12
153:25 156:15
178:25,25 186:3
187:9 188:4,7
192:23 199:19
234:13 241:14
242:3 248:15,18
248:18 251:11
316:2
**pages** 82:22
128:1
**paid** 112:20,22
252:22
**pain** 173:11
174:7,13 175:13
178:8,22
**paints** 170:25
**pandemic** 103:12
103:15 148:5
**paperwork** 48:5
49:4 50:13
**paragraph** 113:8
113:10 143:3
144:3 148:24
150:1 153:4
176:24 177:18
241:17
**parameters**
203:19
**parent** 192:8
**parents** 179:6

180:17 192:3
193:5
**Park** 8:8 10:2,3
13:5,7,15 15:12
15:22 16:9,13
16:20 17:17,19
18:6,12,14,18
18:22 19:3
21:25 22:3,13
22:21 23:4,15
24:2,7,19 25:2
26:2,6,22 29:2,7
29:13,17 30:6
30:25 34:1,13
36:15 37:6,16
37:20 38:5,6,10
40:17,24 41:3,8
41:15 42:4,8,15
43:10 46:1,5
47:3 49:21 51:6
51:19 52:24
53:19,23 56:13
56:17 57:4
58:16,24 59:20
60:14,22 61:6,9
61:11 62:2,6,10
62:18,22 63:1,3
63:7,11 64:20
67:13 70:18
71:1 72:2,7,23
73:7,25 77:17
77:25 78:7,10
83:19,20,24
84:17 85:11,18
85:22 86:7,17
87:7,9,10,11
91:4,11,14 94:3
94:11,23 95:23
96:2 98:18 99:2
99:4 102:20,22
103:6,8,9,11,24
104:8,13,15,18
104:23 105:8
108:10,13 119:5
121:19,24
123:11 125:21

130:3,6,13,17
131:24 132:1,3
132:13 137:3
147:16 155:6
156:23 159:8,11
160:25 161:18
162:2,10 163:5
164:11 165:2
168:12 173:12
174:6,8,14
175:12 178:4,14
179:5,10,10
181:25 183:5,10
183:17 184:2
186:6,6,13
187:22,23
188:17,21
189:11,15,25
190:6,15 192:4
197:11,19
200:18 204:6
209:23 218:7
219:23 222:18
226:18 227:10
227:17 251:1
257:11,12 260:6
260:22 261:2,6
261:11,20
263:22 264:8
265:1,7 266:5
269:22 270:5
281:15,23 282:2
283:23 284:6,19
284:20 285:4,11
286:19 287:2,16
289:12,17
293:13 294:23
295:4,16 299:1
301:3,5,12,18
302:4,9,18
303:22 304:3,8
307:16,17 308:3
309:10 310:4,10
311:6 313:4,15
**Park's** 75:23
78:17 93:10

201:12 272:3
281:9 282:13,18
291:13 304:11
**Parkers** 192:3
**Parkway** 2:21
**part** 53:6 89:19
113:17 143:19
155:24,25
157:15 165:22
170:23 171:21
171:24 175:4,23
178:23 180:12
213:13 242:25
251:18 270:21
284:19 290:9
305:5,7,24
306:3
**participated**
284:7
**particularities**
306:14
**parties** 37:18
131:4
**partnership**
306:12
**parts** 187:15
**party** 10:1,13
41:5,16 43:2
306:10 317:24
**party's** 306:10
**pass** 27:19 36:2
110:1 112:12
116:20,24
117:15 192:2
211:12 212:23
215:9 216:1
**passed** 173:3
**passing** 27:14,23
127:19 192:2,19
197:11,20
211:13 240:3
**password** 56:25
**patient** 275:5
**patients** 59:19
313:16,19
**pattern** 106:18

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

117:1,7 155:21
155:25 156:7
157:15 170:23
171:13,24 172:3
172:7 175:4
180:12 183:14
201:11,15,19,23
202:3 203:4
296:9
**pay** 135:6 226:14
251:23 309:2
**paychecks**
168:16,22 169:5
**payment** 308:12
308:21
**Payroll** 55:3
**peacefully** 159:12
**pen** 213:22
**pending** 238:12
**people** 26:14
87:23 121:21
123:2,24 133:5
146:22 150:13
152:13 156:23
157:7 159:13
165:3 181:25
190:10 193:12
195:2 200:15
209:25 210:18
218:12,19
220:11,15
221:16 227:21
227:23 230:9
231:7 232:8,20
241:2 254:22,23
267:21 275:21
276:5 278:6
282:3 299:17
313:8,23
**people's** 228:24
229:25 230:16
**Pepper** 1:20 2:14
**perfect** 97:9
**period** 48:9 80:2
80:7 81:16
85:24 140:12

244:16 277:17
280:3
**periods** 48:11
**Perishable** 19:15
**permit** 226:22
**permitted** 227:1
311:24
**perpetually**
147:16
**person** 51:11,17
88:4 218:11,11
219:10 230:18
239:13 244:25
245:12 247:1
254:11 267:24
267:25 278:9,10
278:12,16 279:4
279:6 306:20
**personal** 18:19
241:24 243:8
260:21 261:1,3
261:5 270:16
**personality** 206:8
206:12
**personally** 27:1
46:15 56:23
61:8 81:21
84:18 87:20
108:9 137:6
151:8 164:5
202:9 240:22
266:20,22 311:4
311:5 315:11
**personnel** 45:25
**persons** 45:14
50:9 306:19
**perspective**
211:23 222:3
**pertaining** 83:17
84:12 85:18
90:22 91:10
94:3 95:9 96:8
**Peter** 110:6
**phone** 33:17,18
39:24 40:3 68:6
76:19 98:2,10

101:21 102:4
103:23 104:1,2
104:3,14,24,25
146:3 148:8
154:10 159:16
161:19 162:3
241:25 242:22
242:23 243:7,9
249:14 281:3
**phones** 227:24
**phonetic** 109:17
**phrases** 191:8
**physical** 292:4,6
293:8,17,20
**physically** 278:22
279:20,23
291:17,19,23
292:2,9,12,20
293:1,22 294:9
294:12
**pick** 168:4
251:22 252:2,4
278:11,12
279:13,18
295:14,24
296:10,17 298:2
299:2 303:12
**picked** 239:10
252:11
**picketing** 153:6
153:12,14
**picking** 111:7
297:16
**picture** 155:1
216:3
**pictures** 211:15
211:17,24
212:11,24 213:6
215:5 218:2,6
230:24
**piece** 132:24
156:13 171:13
175:7 189:2
279:3,18
**pieces** 285:8
287:4,11,12

288:4,6,14
**pike** 1:20 2:14
89:24
**pile** 252:25 253:2
**pink** 126:3
**place** 34:21 97:7
112:3 121:20
164:19 173:4
177:3 179:9
186:12,22
196:22 232:24
233:3,5 273:8
279:3 312:4,25
317:20
**placed** 52:17
56:19 57:8
86:13 279:5,6,8
**places** 173:23
**plaintiff's** 3:2
26:19 27:16
28:24 29:5,11
110:4
**plaintiffs** 1:7 2:3
2:10 3:14
**plan** 72:20 84:13
84:15,21 85:2,6
96:13 207:8
236:12 261:3,7
**planning** 53:5,14
**playing** 126:17
**PLEAS** 1:3
**please** 8:10 14:19
43:4 52:13
156:20 159:3
191:24 198:12
251:23 288:17
**Plum** 148:21
253:25
**Plus** 296:14
**point** 5:24 33:19
97:9 117:6
125:5 147:4,5,6
148:19 153:19
164:6 199:9
204:6,9,24
207:25 228:16

235:22 236:2
237:21 269:23
271:4 281:12,25
283:5 297:24
**points** 105:22,24
288:3
**police** 38:5,18,23
42:16 63:20
70:19 100:15
105:5,12 108:10
119:11 120:6,21
122:8,12,14
134:17 135:23
136:1,19 140:4
151:18 152:8
200:18 203:15
207:2,14 244:14
247:18 249:21
285:3 288:25
293:13 300:6
**policies** 85:19
86:8,18 87:1
226:19
**policy** 32:4 46:16
58:18 227:13
307:14,19
**poor** 193:4,21
273:2
**poorly** 80:23
**portion** 1:14 9:22
308:6,9 309:8
**poses** 269:12
**position** 52:19
314:13
**positioned**
278:10
**positioning**
271:17,20 272:7
**positive** 13:13
32:5 86:24
137:23 223:13
245:12 254:15
**possession** 23:16
26:2 53:19
58:22 77:13
94:24

possibilities
124:10 254:18
possibility 88:20
122:18 127:14
127:18 225:19
225:22 230:15
289:23 290:1,3
possible 42:13
169:7 221:3,12
278:22 279:21
possibly 68:1
107:9 123:1
184:19 207:17
223:2 225:12
post 128:19,23
133:5 154:11
156:16 157:18
157:24 158:1,25
170:21 171:6,21
172:6,17 173:24
175:18,21,25,25
180:8 182:15,17
182:25 187:7
188:3 302:20
303:1
postage 251:24
posted 178:18
181:8,10,13,19
286:17 287:14
295:1
posting 117:4,10
117:11 118:16
131:23 132:1,2
132:3,17 184:10
199:25 200:13
288:25 289:10
posts 44:1 45:1,9
105:9,17 106:2
106:7 107:16,16
121:7,13 122:5
122:25 133:3,12
143:4 151:21
153:16 171:15
171:19 172:2,13
199:24 200:12
201:11 207:21

245:9 247:6
292:10,11,15,18
299:16,17
potential 89:9,13
pound 161:14
pounds 159:10
159:10 161:6,6
161:10 186:19
186:21
Powell 2:18
practice 19:9
practicing 141:12
pray 173:13,14
177:10
prayer 176:9,15
176:20
prayers 176:13
176:16
praying 177:14
177:20 178:5,6
prays 177:9
precise 14:18
preclude 306:23
predates 88:12
prefer 4:5 48:22
prejudice 111:17
prelude 106:24
prepare 23:3,8
26:15 44:12
61:21 92:8
96:25 201:7
prepared 21:8
61:18 71:20
72:5,10,19
83:12 93:8
119:13 191:15
254:6 255:17,25
257:25 258:20
259:11 304:19
305:11,20
preparing 45:21
96:18 152:19
presence 228:1,2
317:14
present 24:18
25:1 34:2,13

45:16 46:2
47:19,20 48:13
48:16 50:10
52:20 58:20
60:11 62:3,14
83:19 141:19
presented 114:16
203:17 286:6
290:17 299:10
preserve 62:15
president 130:17
pressure 77:4
213:3 269:20
270:2,4 271:5
271:25 275:6
pretty 121:19
180:9 189:19
225:3,19,22
229:6,7 236:9
272:20 303:5
previous 154:5
224:12 251:16
previously 3:4
257:6
primary 18:10,17
print 82:2,22
printed 35:24
prior 95:16
privacy 224:16
225:2,11 228:17
228:25 229:25
230:17 237:19
private 280:11,21
306:11
probably 7:24
16:10 26:11
59:4 69:15
73:11,17 84:10
85:13 95:24
104:17 140:11
142:14 166:16
187:6 215:1
220:13 250:9
277:13 312:19
312:19
problem 12:15

169:18 228:9
264:9
problematic
144:11
problems 6:25
7:13 196:9
265:2,7
procedure 3:9
32:4 46:17
47:11 296:23
306:24
procedures
301:19
Proceed 238:16
proceeding 136:7
process 47:12
50:20 112:1
134:18 135:15
135:20 136:18
237:2 273:23
processes 236:24
237:15
produce 19:13
33:20 34:22,24
91:11 251:2
produced 30:7
34:19 249:22
production
251:18
professional 7:19
71:17 150:3
165:3 248:4,7
280:11,20
professionally
8:18
profit 25:10,23
83:17 84:7
profits 24:18
25:1
progress 67:18
progressed
282:15
progresses
281:21,24
prohibited 227:6
prohibiting

226:24
prompted 100:15
100:21 101:1
pronoun 178:3
pronouncement
182:3
pronouns 177:25
properly 192:11
property 121:24
123:2,23 124:3
126:16 137:3
138:1,4,5,8,9,17
138:21 247:20
250:25 286:19
287:15 288:10
289:2,12 294:24
295:4,5,24
296:3 297:15,18
298:3,18,22,24
299:1,2,12,25
prosecute 119:7,9
284:8,14,16
285:12 287:18
288:16 289:19
289:24
prosecuted
110:14,20,23
111:1,3
prosecution 43:8
43:11,16,21
63:5 67:17,19
67:25 97:12
283:24
prosecutor 38:6
38:19 39:3,10
39:15,16 63:17
97:20 98:9,14
99:10,19 142:25
158:8 201:22
241:12 242:9,17
242:20 248:10
249:4,22 284:12
284:13 285:3
287:22
prosecutor's
42:16 63:20,22

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

64:1
**prosecutors**
70:20
**protected** 228:1
300:7,13,20
**protective** 34:20
**protocol** 12:20
**protocols** 32:15
85:19 86:8,18
87:1
**prove** 271:14
**provide** 21:10
23:17 26:3
53:20 89:22
90:1,8 142:12
154:14 189:23
281:15
**provided** 3:8
29:17 30:3
31:12,16 39:19
59:9 71:18 90:7
90:22 96:12
143:5 158:4
249:15 270:11
271:3 285:18
288:15
**provides** 219:23
**providing** 98:15
99:10 136:24
142:9 285:15
287:4 289:18
291:14
**proving** 262:14
**public** 1:22 60:1
79:11 82:15,16
83:1 91:23 92:5
94:17 181:24
182:2 306:11
315:10,25 317:6
318:13
**published** 52:17
56:13
**Puke** 179:4 183:5
**pull** 236:13
292:22 312:14
**pulled** 55:17

**pulling** 33:8
**punishment**
134:19 135:13
**punitive** 9:22
**purchase** 21:25
309:10,16
**purchased**
309:14
**pure** 238:6
**purported** 139:6
**purpose** 117:2
118:19 295:6,6
295:15,24 298:1
**purposefully**
184:23
**purposes** 3:5
**pursue** 143:24
**pursued** 135:10
301:3
**pursuing** 119:5
136:1
**put** 155:16 156:5
156:6 161:22
167:4 173:11
174:7,14 175:12
178:7 179:5
180:17 186:25
192:10 196:10
208:5 222:17
224:5,10,13
227:25 229:17
230:3,18 231:14
231:19 232:24
233:3,5 267:22
267:24,25
278:12
**puts** 170:4
**putting** 42:3
120:8 196:25

**Q**

**qualified** 266:2
317:7
**quality** 78:18
**quantify** 243:23
243:25

**quarantine** 186:8
**question** 4:25 5:6
5:10,14,19
10:23 11:9,14
11:17 14:2,5,8
14:16,21,23
15:5,21,21,24
15:25 25:2,16
30:15 34:8
41:11,20,22,25
42:2,7,9 43:20
43:23 44:10
47:23 50:18
53:7,8 55:6
57:3,18 78:22
80:23 84:5
115:1 116:8,14
120:8 122:20
129:1 151:24
157:17 164:2,9
165:4,6 182:12
185:11 195:7
196:24 199:8
213:2 217:1
220:21 225:8
230:2 231:4,10
238:13 243:18
243:19 253:22
259:20 260:3,13
277:23 280:19
287:24 288:1,18
288:22 289:14
292:7 293:24
298:15 300:25
**questioning**
296:19 308:14
**questionnaire**
94:5
**questions** 4:20
6:21 10:5 12:12
23:3 27:11
34:10 48:11
49:1 50:6 51:4
57:4 58:14 61:4
61:19 71:21
72:5,8,11,15,20

83:12 85:1,9
92:9 93:9 94:25
101:9 153:22
167:25 207:23
257:16 304:19
306:6
**quick** 58:10
**quickly** 131:3
169:6
**quiet** 121:19
**quite** 8:15 19:12
303:8

**R**

**R** 2:19 32:25
51:15,15
**ran** 16:20 164:17
313:17
**range** 82:12
**rant** 192:15
**rapidly** 165:13
**rat** 192:17 193:11
**rating** 91:12,24
92:16,20 93:10
**ratings** 218:21
**re-approach**
276:2
**reach** 75:17
201:1,2
**reached** 96:3
281:12
**reaction** 86:9
107:5
**read** 14:22,24
15:3,5 28:12
35:25 50:17,19
82:20 106:16
110:8,11 113:8
113:10 140:21
140:23 151:23
151:25 154:4
155:1,4 156:19
159:2 168:5
172:21 176:24
177:1,13,18,24
179:2,25 186:3

191:21 193:7
200:2 203:1
206:19 243:16
250:16 251:14
268:19 269:2,10
288:21,23
292:15 315:13
**reading** 45:22
109:20 178:17
189:13
**ready** 251:21
**real** 173:9 174:11
305:21
**realize** 5:23
240:10 311:3
**realized** 207:17
**really** 55:15
61:20 115:14
124:11 166:21
173:7,16 183:7
190:16 203:20
206:23 245:11
273:12
**Realty** 87:11
**reason** 42:23 60:4
137:18 141:7
160:7 194:15
196:7 197:3
208:25 217:7,13
218:10 237:20
261:8 268:12
285:24 296:3
316:2
**reasonable** 199:6
306:14
**reasonably** 21:6
21:11 22:14,23
24:20 25:4 37:7
38:11 40:16
53:1,10 58:17
59:21 60:15,23
62:8,20 63:8
71:2 75:25
78:20 83:23
85:21 91:3,15
94:12



**CEFARATTI GROUP**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**recall** 21:18,21
  39:6 40:8,10
  50:24 86:12
  126:23 169:23
  295:8
**receipt** 310:8
**receive** 21:18
  66:16,18 191:14
  308:3
**received** 45:7
  66:21 263:22
  264:1 295:20
  307:22
**receiving** 72:12
  90:24
**receptionist**
  223:12
**recess** 58:11
  97:10 168:3
  240:2
**recliner** 271:24
**recognize** 27:17
  27:20,24 28:2
  36:6 127:20
  128:17,18
  233:17 240:4
  250:4,12,19
  256:20,22
**recognized**
  138:19
**recollection** 5:21
  27:4 101:6
  261:19
**recollections** 7:14
**recommend**
  248:3
**record** 14:24
  23:19,24 28:22
  30:22 37:1
  45:18 50:19
  56:16 60:1
  74:10 79:11
  83:1 92:6 94:17
  112:24 140:23
  151:25 156:20
  159:3 168:6

170:6,7 205:2
  208:15 227:20
  241:13 254:7
  257:3 288:20,23
  303:19 314:11
  314:18
**record's** 98:17
**recorded** 210:5
**Recording**
  227:16,19
**records** 30:24
  31:21 32:14,17
  34:25 39:24
  40:3 47:1 53:24
  54:5,11,13,15
  54:19,24 55:3,8
  70:5,9 71:5,11
  71:15,18 75:14
  84:23 85:5 90:3
  143:5 161:17
  187:4 189:23
  191:14,15 192:9
  224:23 251:2,21
  252:14,21,24
  253:1,3,5,6,16
  254:4,6,24
  255:2,16,25
  256:4,4,8,11,17
  295:11,15,20,25
  296:6,8,18
  297:16 302:8
**records'** 254:11
**redacted** 249:25
**reduced** 317:13
**referencing**
  37:24
**referred** 94:8
**referring** 27:13
  44:4 54:14,16
  55:1 61:6 74:11
  133:21 254:2
  279:2
**reflect** 75:14
  288:17
**reflected** 37:1
**reform** 190:15

**refuse** 161:24
  276:2
**regard** 62:11
  63:12 79:2 87:2
  132:12
**regarding** 39:11
  78:17 79:1
  86:18
**Regardless** 10:9
**regime** 167:10
**registered** 245:3
**regular** 255:7
**regulatory**
  166:25 167:9
  210:10
**reimbursed**
  275:9
**reiterate** 44:16
**related** 33:24
  34:11 57:21
  60:13 62:14
  70:25 75:21
**relating** 78:14,25
**relation** 216:13
**relative** 102:23
  210:10 317:23
**relentless** 144:8
  144:14 145:9
  229:13
**relentlessness**
  149:9,19 204:3
  229:12
**relevance** 12:23
**relevant** 10:12
  11:18 39:14
  85:23
**relied** 29:24
  288:25 289:15
**rely** 270:23 285:3
**relying** 23:9
  260:20 266:7
  286:21 288:13
  307:6
**remains** 61:11
**remember** 16:11
  17:13 32:6 38:8

39:22 44:7
  57:19 64:6,9,11
  64:15 68:2,3
  72:8 82:1 83:3
  85:16 87:10,12
  87:12 88:1
  89:14 99:13,16
  99:18 100:3,4,6
  100:18,20,23,25
  101:4,10,16,25
  102:5,7,16
  105:1,22,23
  109:25 125:18
  133:4 226:6
  234:1,3 245:6
  246:19 252:16
  264:21 271:25
  273:24 283:11
  287:25
**remembering**
  264:19
**repairs** 264:16
**repeat** 5:6 22:20
  52:12 142:3
  200:8
**repeatedly**
  145:14,18,20
  147:22 207:23
  269:20
**rephrase** 5:11
  43:4 112:13
**reply** 110:4
**report** 119:11
  135:24 138:22
  152:8 186:17,18
  192:13 220:25
  221:7,15,23
  285:1
**reported** 139:15
  151:17 223:5
  248:21 264:10
**reporter** 4:24 5:2
**reporting** 221:12
  318:2
**reports** 208:17,21
  209:10 221:5,17

**represent** 21:4
  211:14 212:17
  215:15 216:2
**representative**
  10:3 219:22
**representing**
  219:15
**reputation** 150:3
  150:9,16,21
**request** 28:25
  29:6 30:8,17
  33:11 39:17
  59:2 70:5,10
  74:20 75:5
  78:23 251:4
  252:14 253:5,6
  254:1 255:7,16
  255:22 256:12
  256:12,13,14,15
  256:17 257:20
  258:3 265:17
  293:19 295:12
  295:21
**requested** 31:21
  32:1 33:10 35:7
  36:12 39:15
  46:11,12,14
  59:1 80:19 87:3
  87:5 251:3
  254:14 306:15
**requests** 26:20,21
  26:25 29:20,23
  30:17,23 32:13
  74:1,3,11 75:2
  257:2 259:2,6
**require** 282:4
**required** 111:24
  117:11 147:12
  202:3 210:3
  259:8 266:11
  276:13 296:12
**requirement**
  210:12
**requirements**
  210:15
**requiring** 89:22


**CEFARATTI Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787** **www.cefgroup.com** **fax:** 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

reservation
  307:23
**residence** 269:21
**resident** 231:14
  268:6 272:11
  273:15 279:8
  302:13
**resident's** 94:8
  228:7
**residents** 94:4
  123:6 227:16,21
  231:19 272:4
  279:10 314:2
**resolved** 131:3
  145:24
**resource** 94:9
**respect** 22:15,24
  25:4 37:8 46:6
  51:1 53:2 60:24
  61:12 62:8 63:9
  71:3 78:21
  89:16 91:16
  166:24
**respond** 44:19
**response** 29:17
  29:19,24 30:7
  31:12,24,25
  101:8 110:6
  253:13 254:9
  256:11 265:14
  295:20
**responses** 26:19
  28:23 29:4
  257:1 259:9
**responsibilities**
  18:2,3
**responsible**
  115:21 116:17
  286:14
**responsive** 29:22
  30:16 46:21
  65:7 70:5,9
**rest** 164:4 174:17
  180:8 185:24
  193:7
**restrained** 187:2

**restricts** 307:2
**result** 82:4 270:5
  271:6 285:20
**results** 179:15
**retain** 53:24 54:3
**retained** 54:11,19
  54:25 55:2,3,8
**retired** 9:14
**Retirement** 8:8
**retrieve** 64:22
  235:10
**retrieved** 63:11
  252:6
**returned** 239:9
**returns** 25:10,20
  34:1,12 35:6
  54:25 55:18
  56:1,2,10
**reveal** 145:8
**revenge** 124:14
**reverse** 250:10
**review** 38:17
  40:20 45:1
  56:10,12 77:2
  81:21 84:24
  92:23 93:3
  99:14 160:14
  202:10 237:14
**reviewable** 56:16
**reviewed** 23:12
  23:23 25:6
  26:20,24 36:18
  38:13 40:14
  45:1 70:3,7
  71:10,17 76:2
  82:7,17 86:1,21
  92:8,10 112:18
  202:13 257:5,9
  258:19 259:4
  283:8,18
**reviewing** 24:23
  82:1 202:16
**rewind** 240:10
**rid** 274:18
**ride** 125:22
  187:23 189:12

189:16 190:4,7
**right** 3:12,15,23
  4:4,9,13,18 5:17
  5:21 6:15 9:15
  12:2,12 13:23
  14:12 16:2
  17:15 19:8 20:2
  20:15 21:2,15
  23:5,7 24:1
  27:23 28:9
  30:14 31:19
  32:2 33:2 34:23
  35:3,4 36:5,21
  36:21 37:5,16
  38:9 39:9 40:10
  40:12 47:1
  51:16 52:5 56:9
  58:6,12 65:4,7
  66:9 67:16 74:4
  75:12 76:9,11
  77:8 78:13 79:5
  79:12 88:5,13
  88:17,25 92:20
  92:24 93:11
  96:15 97:11
  98:11,13 99:3,5
  100:2 101:17
  107:12,23
  109:18 110:3,15
  111:14,15
  112:17 113:7
  114:4,5,8,13
  115:6,18 116:16
  117:14 120:20
  120:22 123:15
  124:22 125:23
  126:15,16
  127:19,25
  129:12 130:3
  134:15 135:17
  135:21 136:17
  136:20 137:4,7
  138:23 139:12
  140:10,13
  141:12,16,24
  142:19 143:1,14

143:15 144:23
  147:8,12 148:23
  150:1 153:2
  154:8,25 155:2
  155:7 156:11,17
  157:13 158:19
  159:23 160:13
  160:15 161:16
  162:20 163:13
  164:14 165:24
  166:2 167:1,12
  167:15 168:5
  171:23 172:2,8
  172:17 173:13
  174:15,21
  176:17 177:10
  178:13,24 179:2
  180:10 181:14
  182:19 183:3
  186:2 188:4
  192:4,7 193:4
  193:19 196:1
  198:17 199:15
  199:18,25
  200:13,19
  201:13 203:8,16
  208:18 211:11
  213:6 220:4,23
  222:5 226:17
  229:18 233:3,6
  233:13,14 235:8
  235:11,23
  237:24 240:3
  243:13 246:9,15
  248:14,20,22
  249:7,9,11,16
  250:6,18 251:18
  252:1 255:20
  256:25 257:6,10
  262:3,6,15
  269:15 271:11
  272:17 275:5,12
  279:20 282:11
  285:8 286:10
  288:2,10 289:4
  289:25 291:15

292:16,16
  293:16 297:15
  297:17 298:19
  299:22 301:23
  303:17 305:10
  307:12,13
  308:11 309:9,20
  310:2
**rights** 19:13
  61:25 64:14
  168:8 224:16
  307:23
**risk** 269:13
**Road** 159:7
**Robert** 9:12,13
  10:24 13:3
  16:16
**role** 25:17 29:21
  30:2,15 284:11
  291:13
**rolling** 136:11
**room** 186:16
  215:18 218:5
  222:5,12,21
  226:11,13 228:7
  228:14,22,23
  229:18 230:11
  230:18,25
  231:20 252:14
  262:19,21,25
  263:11 266:5,12
  266:18 267:8
  268:15 272:15
  272:16 273:14
  273:16,17,18
  311:13 312:7,9
  314:4
**roommate** 224:9
  224:15,17,19,22
  225:2 226:7,15
  226:16 228:15
  228:20,21 229:4
  236:5,23 238:4
  238:5,19,21
  239:5
**roommate's**

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787    www.cefgroup.com    fax: 216.687.0973**
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

225:10 228:17
**roommates**
  224:11
**rooms** 232:21
  262:23 266:9
  273:5 314:3
**rose** 247:19
**rough** 39:7 81:7,8
**roughly** 82:7
**round** 147:12
**rounds** 274:1
**RUG** 94:10,21
  95:12,22
**ruined** 179:12
  180:14
**rule** 226:23
  227:18 231:14
  231:18,24 232:2
  232:3,4,11,12
  232:15,24 233:2
  233:5 305:16,17
  318:4
**rules** 3:9 4:19
  58:18 258:18
  306:25
**run** 21:16 69:23
  125:20 138:12
  159:22 165:25
  166:5,6 167:13
  170:17 173:22
  193:2 227:8
  313:1
**running** 124:6
  247:24 248:2
**Ryan** 108:1

——————
        **S**
——————
**S** 88:3
**Sackett** 110:6
  248:10 249:4
**safe** 24:12 134:8
  134:9,10 140:13
  192:4 220:13
**safety** 201:13
  248:2
**Sakellakis** 108:5

**sale** 308:3
**sanitary** 265:20
  269:6 275:3
**sanitation** 77:5
  277:4,9
**Sara** 27:1 29:1,8
  42:18 50:23
  63:19 64:1
  67:18,23 69:18
  70:7,12 73:11
  73:16,19 74:16
  75:4,8,11 76:3,5
  76:12 77:20
  85:13,15 93:18
  93:21 95:25
  96:2,4 106:9
  108:21 115:9,15
  116:17 118:8,9
  118:20 119:10
  119:13,18 120:5
  120:8,24 122:11
  124:9 125:11,14
  130:20 132:14
  132:16,18 134:7
  134:10,22
  135:14 137:16
  138:22 146:9
  148:25 149:6,10
  149:13 150:6,19
  154:20,22,23
  157:6,9 159:21
  165:25 166:13
  166:21 167:8
  171:2,6 175:19
  175:22,25
  178:19 179:11
  180:13 181:4,6
  181:7,9,18,19
  181:21,22 182:4
  184:13,14
  185:22 187:4
  191:22 200:6,17
  206:17 223:6
  224:4 233:22
  234:22 235:7,15
  235:16 240:24

242:13 243:12
243:22 244:7,17
244:21,24 247:5
248:13,22
251:20,25
286:10 291:18
291:20,21 292:2
292:9,12,14,19
293:1,23 294:9
294:13 311:19
**Sara's** 113:22
  119:10 155:14
  171:12 223:16
  236:20 242:22
  246:25
**sat** 66:24 236:10
  239:1 271:22
**satisfied** 125:11
  214:21
**Saturday** 173:4
**saw** 93:1 138:5
  139:2,3 151:19
  151:20 214:4,20
  230:24 247:3,4
  252:25 253:1,2
  256:4 262:8
  263:17 268:10
  287:20
**saying** 11:4 46:3
  92:18,22 99:2
  119:2,4 120:18
  123:22 125:13
  126:24 127:6
  128:10 133:23
  142:5 155:23
  166:21 167:13
  172:11 192:2
  193:18 194:15
  197:4 209:22
  212:7 230:13
  245:5,7 262:2
  271:10 278:21
  284:16 300:7
**says** 51:23 78:25
  113:1,14,20
  114:9 116:25

143:3 144:3,21
148:24 150:2
154:11 165:25
171:7 174:10
177:20 199:13
240:20 243:8
248:23 249:8
251:21,25
254:10 263:21
280:1 303:15
306:10 314:17
**scared** 190:21
**scarier** 204:17,24
  205:10,19,21
  206:2
**scary** 203:22
  205:1,9 206:6
**scenario** 95:11
  138:10
**scenes** 136:19
**schedule** 266:9
  266:11 267:3
**School** 20:8
**scope** 300:16
  311:1
**score** 94:9 218:24
**scores** 94:21
  95:12,22
**scum** 179:6
  180:17 181:2
  183:11,17 184:2
**SD** 297:24
**se** 43:21
**seal** 315:22
**search** 236:8
**searching** 65:5
  202:10
**second** 30:19
  73:23 132:20
  137:8 143:3
  188:4,7,12
  199:17 240:9
  241:17 248:18
  253:6 255:22
  256:12 295:11
  295:21

**secret** 207:7
**Security** 9:3
**see** 27:14 36:14
  40:5 56:7 70:4
  70:8 93:6
  104:19 110:3
  111:13 115:6,13
  115:15 118:22
  124:11,19 128:2
  135:9 137:11
  140:5 158:16
  165:16 170:5
  172:2 181:23
  184:11,12
  186:24 202:14
  203:18 206:20
  211:24 213:18
  215:12 219:1
  240:23 244:3
  247:10 261:22
  268:5 270:13
  272:23,24 273:7
  273:21 275:22
  286:16,20 307:1
**seeing** 250:24
  255:5 262:11
**seek** 134:19 248:4
  248:7
**seen** 110:8 112:19
  117:18,22 153:5
  215:5 218:2,3,4
  218:5 221:22
  262:3 272:15,21
**seized** 298:3
  300:1
**sell** 87:8
**send** 68:15
  101:15 107:15
  107:18 109:2
  154:19,22 181:4
  181:6,7 184:11
  184:13 251:24
  254:16
**sending** 101:11
  254:17
**sense** 9:23 45:3,4

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

285:21 291:8
**Sensel** 108:3
**sent** 21:13 26:21
  26:21,25 27:9
  65:25 66:3 69:8
  76:3 95:16
  109:3,6 127:23
  129:20,22,23
  130:1 154:16,17
  154:23 157:24
  201:20 253:21
  254:20
**sentence** 144:19
  145:8,12 165:25
  174:10,21 175:3
  175:9 189:20
**separate** 27:8
  99:14 130:14
  237:10 250:7
**separation** 207:9
**September**
  101:24,25 105:7
  137:4,10 295:17
  295:18,19
  303:21,23
**Sergeant** 39:1
  97:22 98:1
  101:18,23 102:3
  102:10,11,19
  103:3,20 107:4
  127:24 139:25
  140:9,15 142:6
  142:20 143:22
  153:4,9 157:25
  170:20 201:1
  203:7 205:7
**serious** 147:11
  225:3,20,23
**seriously** 230:21
**served** 310:1
**service** 310:8
**services** 75:24
  91:1 130:12
**set** 94:5 318:6
**sets** 94:7
**setting** 106:25

**seven** 303:15
**severe** 282:3,22
**severely** 186:7
**shares** 310:13,13
  310:14
**she'll** 14:8
**sheet** 315:17
  316:1
**Sherri** 1:22 317:5
  318:13
**shoot** 188:16
**shooting** 124:12
  124:23
**shopping** 173:20
  178:12
**shot** 173:15
**show** 85:4 153:13
  170:8 224:23
  271:5 298:12
**showed** 83:14
  201:25 241:11
  267:5
**shower** 192:11
**showing** 205:3
  219:17,19
  245:20 312:22
**shown** 298:14
**shows** 145:9
**sic** 186:25 217:5
  235:13
**side** 116:3 285:22
**sign** 115:21 118:9
  119:14 120:14
  155:2 315:7,17
**signature** 114:1
  120:3,9,18
**signed** 114:12,18
  115:17 120:1
  130:16 256:15
**signify** 120:4
**signing** 114:15
**signs** 116:18
  124:19 240:23
  247:4 295:1
**similar** 293:12
**simply** 210:18

**sister** 252:4
**sit** 115:15 279:11
  314:3,4
**site** 118:17
**sitting** 67:6 81:18
  252:13,23 256:5
  256:16 300:12
**situation** 39:19
  250:10 276:7
  299:10
**situations** 122:23
**six** 33:6 39:8
**skill** 141:22
**skin** 171:12
  213:15
**sleep** 271:23
**sleeping** 246:18
**slip** 256:14,15
**small** 19:4
**sniffing** 272:18
**snuff** 218:7
**social** 9:3 118:17
  124:18 148:18
  148:20 253:25
  254:8
**socks** 187:1
  192:10 196:10
  196:20 197:1
**sold** 31:1 47:21
  48:16 53:23
  64:21 65:10
  87:7 310:10
**somebody** 22:1
  47:2 95:19
  124:7,8,14
  175:17 184:10
  184:12 193:16
  202:4 206:13
  210:16 215:19
  228:22 298:25
  299:25
**somebody's** 48:6
  124:13
**someone's** 120:3
  150:9 228:1
**soon** 159:12

169:1 250:1
**sore** 214:1
**sores** 213:4 218:3
  218:3,12,13
  275:6
**Sorger** 109:17
**sorry** 11:2 13:21
  15:15,24 23:6
  28:21 34:3
  35:18 42:25
  55:25 64:24
  66:1 74:13 84:4
  88:14 90:5
  98:25 108:1
  128:3 129:9
  143:13 145:17
  157:22 160:18
  167:6,24 181:5
  192:20 197:18
  198:4 200:1
  217:12 231:5,11
  235:16 243:20
  253:23 259:5
  270:20 280:16
  301:1 303:25
**sort** 84:13 130:15
  130:23 144:8,14
  155:15 156:4
  157:11
**sound** 166:8
  176:19
**sounded** 142:5
**sounds** 31:20
  65:5 77:21
  80:23 96:14
  129:2 133:23
  141:18 168:18
  176:9,16,24
  185:25 213:3
  232:9,22 249:2
  274:17 282:11
**source** 18:10,17
**sources** 8:5,25
  10:11,25,25
**Sovereign** 16:24
  17:6,21

**speak** 105:4
  149:25 163:5
**speaking** 21:1
  69:15 102:19
  126:19 141:17
  198:11
**specific** 30:5
  42:11 50:14
  54:9 62:23 72:1
  72:15 90:20
  94:16 95:2
  100:19 210:9
  259:1 287:10,12
**specifically** 14:17
  14:20 16:11
  37:14 39:22
  40:8 44:6 45:8
  46:13 47:12
  49:7,19 50:4,12
  51:21 52:3 53:4
  54:4 64:6,16
  68:3,8 76:22
  80:12 90:17
  95:22 100:4,17
  100:23 101:3,5
  102:12,14
  115:14 133:15
  133:21 148:15
  155:18 171:6
  190:20 234:3
  258:6 260:15,16
  264:14
**specifics** 99:17
**specified** 317:21
**specify** 61:7,17
**speculation** 238:2
  238:7
**Speech** 2:4
**spellings** 3:24
**spent** 96:18
**splitting** 83:9
**spoke** 33:5 43:16
  43:20 68:2
  73:20,25 74:18
  76:5 98:2
  101:20,23 102:4

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

102:21 103:8
105:16
**spoken** 33:8
57:11,15 70:12
75:8 103:3
**spy** 232:7
**spying** 230:19
**SS** 315:9 317:3
**staff** 19:24 77:6
159:17 162:11
162:23 163:16
164:2,11 168:16
168:21 190:16
215:7 272:15
276:1 314:6
**staffed** 147:17
165:2
**staffing** 60:12
210:3,13,14
**stage** 282:3
**stalking** 106:13
106:14,15 113:6
113:19 202:21
203:2
**stamina** 173:1
176:8
**stamp** 233:24
241:15
**stamped** 154:4
**standard** 12:20
47:14 210:10
221:11
**standards** 218:7
**standing** 150:4
173:21
**star** 91:12,24
92:16
**start** 3:13 7:17
8:19 43:5 50:22
134:17 142:21
**started** 18:11
22:10 79:21
80:4 85:25
131:14 136:10
153:14 228:11
244:13

**starting** 17:7
29:15 129:18
245:2
**starts** 16:1
**state** 1:23 20:7,12
90:25 159:7
209:21 210:3
247:22 266:12
315:8,11 317:3
317:6 318:14
**stated** 286:24
294:25
**statement** 139:10
164:11 195:21
196:2 250:14,23
302:21 315:18
**statements** 25:10
25:23 83:18
84:8 112:6,10
113:12 188:10
**States** 33:25
34:12
**status** 8:16 21:22
**statute** 106:16
151:7 201:18
203:1 240:20
243:24 287:20
293:17 300:17
**statutes** 106:14
122:11 202:10
300:20
**stay** 196:22
262:23 294:24
**stays** 273:17
**Stein** 88:2
**stenotypy** 317:13
**step** 142:4 166:20
**steps** 23:8 41:8
44:11 46:4,20
60:5,21 61:1
62:15,18 84:20
239:22
**stock** 309:17,18
**stoic** 244:25
**stop** 131:21,23
133:25 134:22

135:10 148:3,9
148:17 149:11
156:5,6 157:12
157:19,25
158:21 171:15
199:25 200:12
207:16 208:8
241:7 303:11
**stopped** 207:19
207:21
**stopping** 153:19
**stored** 62:13,16
**straight** 268:23
269:7,17 274:12
**straighten** 255:15
**strange** 126:18
**strangers** 230:8
**stream** 122:25
**Street** 2:6
**stress** 7:11
240:17,22 242:4
242:7 247:25
**strip** 111:19
**structure** 21:23
23:4 308:24
**structured**
302:13 308:12
308:22 309:11
**stuff** 54:2 166:10
177:5 178:12
239:15 293:4
**subject** 34:24
45:18 251:6
**subjective** 243:25
**subjects** 73:9
**submits** 93:16
**submitted** 74:2
91:11,23 92:3,4
**subpoenas** 99:12
**substance** 261:13
261:22 262:20
263:17,24
**sucked** 192:12
**sucks** 179:11
180:14 185:22
**suddenly** 182:8

246:4
**suffered** 192:15
192:16
**suffering** 192:8
242:14
**suggest** 118:23
202:15
**suggestion** 202:6
202:8,12
**suggests** 115:7,14
**Suite** 2:6,21
**sum** 309:6
**summer** 252:17
**Summit** 317:4
**Sunday** 137:17
241:7 297:1
**supervise** 313:16
313:20 314:7
**supervised**
313:19
**supervision**
314:1
**supplement** 6:1
**supplies** 310:20
312:14
**supply** 310:20,23
311:12 312:15
**support** 263:2
269:23 270:8,23
281:11 286:22
288:5 294:16
311:7
**supporting**
289:10
**suppose** 17:24
49:24 55:1 57:7
84:17 95:18
116:19 120:19
176:22
**supposed** 20:25
21:4 52:3
182:17 238:9
276:18
**sure** 4:21 8:22
10:15 15:9 18:8
22:21 24:8,8,22

24:24 26:9 27:7
27:12 30:10,20
36:24 37:14
42:1 44:5 45:19
47:4 49:1 50:22
55:4 61:10
68:22 73:5
78:24 83:15
98:22,24 100:9
100:17 101:14
108:23 110:21
115:12 126:13
134:14 154:24
162:5,6,8 164:8
165:1 169:9
189:19 197:9
201:4 207:12
221:10,19,21
222:3 263:9
267:11,15 274:2
282:20 308:17
312:1 313:7,22
**surfaces** 266:6
267:7 268:14
**surmise** 182:5,8
**surmising** 182:13
**surprising**
135:12
**surveillance**
229:17 230:25
231:15,19
**survey** 78:15
80:18,18 82:5
**surveys** 78:14
79:1,3,8,9,13,14
79:15,16,18,20
79:24 80:1,5,6,8
80:11,25 81:2
81:15 83:5,10
83:13
**survive** 173:1
176:8
**suspended** 80:5
278:18
**sweet** 159:4,20
**swept** 266:13

**sworn** 3:10
  315:17 317:9
**synonymous**
  111:7
**system** 91:12
  173:15

_____

**T**

**T** 32:25 88:3
**table** 27:21
**take** 5:2 6:5 23:7
  44:9,11 46:5,20
  58:8,9 125:21
  131:4 144:19
  164:18 167:18
  167:25 176:5
  177:13 191:5,24
  204:13 207:12
  231:17 233:10
  233:12 239:25
  255:1 258:8
  273:23 290:13
  292:22,24 306:2
**taken** 1:15 60:6,8
  60:22 61:1
  62:15,18 84:19
  133:9,12 135:1
  161:14 170:10
  214:14 218:21
  223:9,17,19
  239:22 273:4
  293:10 299:3
  317:19
**takes** 201:18
  293:13
**talk** 11:12,16
  12:10 13:1 24:2
  24:13 26:6,15
  35:2 37:3 40:24
  41:11 49:22
  51:7 52:5,8
  56:20 57:6 61:7
  68:6,9,12 72:23
  73:7 74:23 75:1
  77:21,25 79:4
  85:11 93:12,15

95:23 105:2
121:6 131:6
132:9 133:22
145:11 159:15
161:18,24 162:3
163:24 193:14
200:18 206:11
226:5 234:22
240:12,21 281:3
307:8
**talked** 33:3,13
  73:19 74:16
  76:12 77:20
  85:15 93:21,24
  96:25 100:5
  121:1 122:3,4
  205:9 240:25
  311:19
**talking** 11:22,25
  34:5,7 42:23
  47:17 77:16
  81:12 82:13,14
  84:14 90:12
  100:3 126:1
  132:9 138:11
  145:16 171:22
  174:9 177:11
  206:12 222:22
  225:21 245:8
  246:14 248:11
  251:17 258:6
  302:25
**talks** 173:16
**tax** 25:9,20 33:24
  33:25 34:10,12
  35:5 54:25
  55:17 56:1,2,10
**technically**
  293:25
**technology** 65:1
**telecommunica...**
  134:2 203:3
**telephone** 241:23
**tell** 6:16 15:16
  18:24 25:19
  28:6,10,17

41:24 82:6 92:7
105:15 112:25
117:25 119:21
120:9 121:2
123:9 124:17
126:14 127:7
133:5 148:2,16
149:10 168:15
169:15,21 174:5
181:9,18 186:16
187:14 206:16
211:8 216:6,14
216:21 217:18
217:19,19
224:20,21
244:18 246:17
246:20 250:8
254:2 259:19
264:19 267:14
268:17 275:24
285:14 292:1,25
294:4,7 296:24
312:24
**telling** 11:8,13
  49:2 63:16
  143:20 212:4
  213:5 216:19,24
  217:4 243:10
  282:12 286:9
**temperature**
  273:19 274:7
**term** 91:20
  210:14
**terminated** 48:7
  49:6,13
**termination**
  49:18 50:13,21
**terms** 34:25
  89:22 90:20
  109:9
**testify** 215:16
  217:5 259:9
  306:19,21 317:9
**testimony** 7:4
  21:4 148:12
  198:15 315:20

317:12,17
**text** 68:9 69:19
  69:20,21 70:3,8
  76:2,18 98:3,12
  118:16 125:15
  146:8 149:14
  151:20 201:10
  233:21 234:18
  234:20 235:7
  251:9,13
**texted** 98:4
**texting** 148:25
  149:6,11,17
**texts** 101:12
  125:10 206:17
  234:5,8
**thank** 159:4,14
  192:14 193:10
  193:20 220:22
  260:3
**Thanks** 99:1
  179:15
**thing** 30:5 61:2
  65:1 99:17
  115:11 117:6,9
  124:16 132:23
  155:16 156:4
  157:12,18
  186:24 189:2
  193:3,8 205:10
  237:5 239:5
  269:4 276:9
  278:22,25 293:7
**things** 6:1 31:24
  32:18 46:18
  55:12 57:16
  67:10 69:6 74:6
  74:7 76:15
  82:20 90:3,9,15
  103:17,18
  116:17 132:17
  134:25 158:6
  187:18 189:6,6
  191:9 192:9
  205:5 206:17
  218:9,16 220:11

221:15 236:9
238:25 239:12
254:9 272:4
290:25 300:7
311:10,17,22
**think** 6:23 9:5
  12:14 13:12
  14:13 23:12,21
  23:22 25:22
  26:13 32:11
  35:12 38:16
  40:18 41:18,25
  44:25 45:6
  50:23 52:23
  53:22 54:12
  55:3 56:4,15
  57:10,17,19,22
  60:17 62:23
  66:14 67:14,15
  68:11,14 69:10
  71:7 73:3,22
  75:15 76:8,20
  77:5,8 80:20
  81:23 82:24
  84:24 86:23
  87:4 89:14
  90:10 92:3,25
  93:6,14,18,19
  96:9 97:2,17
  98:4 99:11,11
  101:20,21 102:7
  102:20 107:7
  109:23 112:21
  114:17 117:4,7
  117:10 119:23
  120:5 121:4,5,7
  122:13,15
  132:19 135:8,13
  136:12 137:17
  139:3,16,21
  141:6,10,22
  142:18 146:2,16
  147:21,24 148:4
  148:11 149:12
  150:8 151:2,8
  152:3,11,13

154:4,16 155:9
155:9,10 162:16
164:15 165:5
171:1 173:6
175:8,9,10,12
175:18,21,23,24
177:4 178:22
179:17,21,25
180:1,21 181:3
182:14,22,24
183:3,9,12,14
183:16 184:1,17
184:20,22
185:21 187:8
189:1 190:7,8
190:10,10,21,23
190:25 196:21
202:20 206:18
207:2,2,5,7
208:14,20 209:1
210:21 211:4,5
211:9,18 215:19
216:17,21
219:25 220:13
220:16,24
221:19,21
223:12 224:4
229:20 230:3,21
234:16 240:6
241:6 242:17,18
244:15 248:17
249:19 250:9,16
250:17 251:15
252:17 254:10
255:3 258:17,22
261:9 263:8
265:4 268:18
271:2 272:12
274:1,3,14,25
276:22,25
279:24 280:7
283:5,14 286:13
287:3,16 288:14
289:22 290:2
291:4,21 293:6
294:20 299:17

300:22 309:24
309:25 310:3,4
313:8 314:11
**thinking** 130:16
182:14,19,20
184:9
**third** 27:12 242:3
248:18
**third-hand** 137:8
**Thompson**
154:12
**thought** 11:2
15:2 35:24
41:10 55:23
105:20 106:16
106:20 107:6
121:23 122:11
123:22 151:17
152:6 167:24
168:10 192:2
222:23 223:1
242:22 247:17
252:11 296:4
303:2
**thoughtless** 229:7
**thoughts** 131:18
172:23
**threat** 165:8
206:10 292:5,5
293:18,20
299:11
**threaten** 291:19
**threatened**
125:14 166:9
189:25 190:16
291:17 292:1,8
292:11,19
293:22 294:8
**threatening**
121:16 126:22
127:3 139:1,4,8
153:15 155:8,10
156:25 166:7
173:25 174:2
187:5,11,17,19
188:6,8,13,15

188:16 189:9,12
190:5,9,13,13
191:3,4 193:22
199:21 294:12
**threatens** 293:1
**threats** 132:2,4,8
133:18 293:8
**three** 19:19,19
27:8 33:16
82:14 103:13
128:1 159:14
161:17 162:4
164:7 192:1
194:4 245:7
**Thurmer** 27:1
29:2,8 42:18
50:23 63:19
70:13 73:11
118:20 159:21
166:14,21
179:11 180:14
191:22 200:6
241:19,24 242:5
244:7 286:10
291:18,20 292:2
292:9,12,19
293:2,23 294:9
294:13
**Thurmer's** 70:8
150:3
**Thursdays**
156:22
**time** 4:17 16:2
33:3 37:24
40:19 47:16
48:8,11 49:2
50:10,25 51:11
52:18 55:13
71:8 73:18 75:7
78:10 80:7
85:23,25 86:10
94:6 96:17
101:23 103:3
122:2,7 131:9
133:11 136:14
142:14 145:15

149:14 161:25
162:1 163:17,20
173:6 177:4
178:15 184:18
187:24 189:7,16
189:24 195:16
195:23 196:23
226:18 228:12
229:5 241:6
244:12,16 246:5
255:18 277:17
280:3 283:8
296:5 304:4,8
309:5 317:19
**timeline** 255:15
**times** 33:7,13
38:22 103:13
125:4 146:9
147:25 162:2
163:10,15 171:4
192:1 194:4
206:14 208:11
208:13 222:1
244:9 262:20,24
**title** 17:25 69:6
**titled** 36:11
**today** 6:9,22 7:4
7:7 20:17,24
21:4,9 53:17
66:25 71:21
72:5 83:13 85:2
97:1 146:10
160:15 173:2
210:17 300:12
**toilet** 215:12
267:20,23,24
278:13
**told** 15:17 40:3
54:18 55:23
99:24 100:21
101:1,7 106:1
107:14 109:2
120:6 137:2,20
137:20 139:12
145:14 147:25
148:9 152:7

153:4 159:9,16
160:25 162:11
163:23 164:11
169:13 177:21
182:16 186:13
202:11,18
203:23 204:25
219:14,16,20
230:12 238:25
256:4 259:3,7
263:13,16
291:11,13
294:23 295:9
296:6,7 311:9
311:10,16,17,20
**tomorrow** 314:12
**top** 40:9 57:20
60:2 97:3 118:3
129:3 154:9,11
234:11 235:4
239:3 256:17
304:17
**topic** 21:21 22:15
22:18,24 23:11
23:17 24:3,14
24:16,21,24
25:5 26:4,7,18
33:23 34:10
35:13 36:22
37:8,11 38:12
40:17,25 41:14
45:12 46:6,21
49:23,25 50:2,7
52:15 53:2,21
58:13,18 59:13
59:16,22 60:7
60:10,16,24
61:13,23 62:9
62:12,21,24
63:10,12 70:24
71:4 75:20 76:1
77:20 78:13,21
79:25 83:16,25
84:2,11 85:17
85:22 90:21
91:4,9,17 92:9

**CEFARATTI Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

93:13 94:2,13
94:25 96:5,7
233:9
**topics** 21:9,14,17
39:23 305:12,13
307:2
**torn** 193:11
**torturing** 193:12
**total** 9:21 251:22
**totally** 293:16
**touch** 57:25
67:18,20,21
275:25
**touched** 25:8
**touring** 283:3,8
283:10,11,14
**track** 109:8,12
218:22 252:12
**transaction** 87:22
88:6,9,11,16
**transcribed**
317:15
**transcript** 315:14
**transcription**
317:16
**transfer** 254:22
**transmit** 140:9
253:16,17,18
**treated** 72:16
75:18
**treating** 75:12
**treatment** 72:20
160:15 210:24
211:3 260:7
**trespass** 105:6
106:11 109:5
295:4 299:22,24
**trespassed**
286:19 287:15
**trespassing**
105:18 106:4,7
121:6,10 122:9
132:5,7 202:19
206:8 288:10
289:1,12 294:25
297:10 299:1,7

**trial** 111:8 241:21
**tried** 66:22
**trips** 173:23
**Trockley** 32:25
33:3,14
**trouble** 245:16,19
246:18
**true** 54:20,21,23
119:15,17 149:3
159:24 161:17
161:20 162:10
162:14 163:13
163:14 168:20
191:19 193:24
194:3,23 195:14
195:18,22,24
196:2,4 197:10
197:19 206:23
206:25 208:8,9
258:3,10,13,14
258:24 259:13
259:17,25
260:11,17
261:17 264:20
265:21,24
266:23 273:3
277:15,24 289:7
289:7,8 317:16
**trust** 7:4
**truth** 6:17,17,18
216:22 257:16
317:10,10,11
**truthful** 264:12
**try** 255:14 276:1
298:13 311:9,10
311:11
**trying** 9:23 13:12
25:12 32:11
42:7 44:10,21
57:18 73:22
76:20 82:12
87:9,11 89:14
99:11 133:25
134:24 138:12
140:15,24
141:25 142:2,3

156:4,6 157:19
157:25 158:3
171:15 179:17
179:20,23 180:1
180:5 189:14
199:25 200:12
203:21 208:3,5
230:14 236:3
243:12 258:17
267:22,24,25
**turmoil** 177:7
**Turn** 192:23
**turned** 65:10
66:9
**turns** 130:25
**twice** 190:10
**twisted** 196:20
**two** 30:22 33:16
71:19 72:18
75:8,9 81:13
83:4,5,8 103:13
128:1 130:15
168:24 189:6
201:19 202:4
203:13 222:20
244:15 250:7
274:1 275:22
288:4,6,8,24
289:9 290:25
301:18
**TY** 193:20
**type** 54:5,13,15
115:16 145:9
246:25
**types** 90:14
171:14 199:24
200:12 301:18
**typically** 130:24

——————

**U**

**ulcers** 77:4
269:21 270:2,4
271:5,21,25
**Um-hum** 19:11
41:12 83:7
104:6 128:6

141:9 152:5
165:17 188:5
201:17 206:18
215:14 234:4
235:2,9 240:1
311:6
**umbrella** 17:2
**un-cleaned**
215:18
**un-uhs** 5:3
**unable** 66:20
**unceasing** 144:9
**uncleaned** 269:14
**uncomfortable**
276:25
**undergrad** 20:11
**underlying** 93:9
**understaffed**
209:23 210:8,9
210:14,16,17,22
**understand** 5:10
6:8 14:5 15:25
16:4 20:16,19
21:3,7 23:1
28:14 37:17,23
39:3 42:1 43:19
44:18 45:23
52:21 74:7
92:13 100:13
126:24 128:25
141:17 145:3
147:7,10 196:19
204:1,3 208:16
219:14 223:18
223:20 242:16
271:16 273:20
275:7 281:19
290:5 299:20
300:6 301:17
313:18
**understanding**
20:23 28:19
71:14 91:25
92:6 94:16
222:9,14 254:21
275:20

**understands**
98:22
**understood** 5:3
5:20
**undertaken** 41:8
**unfair** 209:6
**unfolded** 105:6
**unfolding** 97:12
136:18
**ungodly** 273:18
**unhinged** 121:17
124:14,18 127:1
202:20
**United** 33:25
34:11
**universe** 140:8,12
**University** 20:7
**unreasonable**
198:20,24 199:2
**unrestricted**
280:12,22
**unsanitary**
274:11,23,25
275:2
**unsubstantiated**
209:13,20
**unusual** 7:11
121:15 146:16
**upset** 122:24
241:9
**use** 58:19 65:12
65:15 203:19
226:19 227:23
236:12 237:2
279:10,15 281:3
**useful** 140:16,25
141:1,6 142:17
**usually** 57:25
264:15 296:7,23
**utilization** 94:9

——————

**V**

**V** 4:2 51:15
**vacation** 248:14
248:22
**various** 77:3



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787    www.cefgroup.com    fax:** 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

vent 179:16,18
  180:1 182:15,25
  184:7,17,20,23
  264:16 265:8
vented 184:25
  185:12,17
vents 261:11,20
  262:18 263:18
  263:23 264:9
  265:20
verbal 5:7
verbally 5:1
version 283:14
victim 64:15
video 106:5,5,12
  125:24 126:1,4
  126:12,22 127:8
  127:15 151:21
  202:19 206:9
  222:8 236:13,18
  236:21 238:8
video/audio
  118:16
videos 101:15
  105:19 107:17
  203:13 205:8
viewed 125:3
violate 224:16
  225:2 229:24
violated 225:10
  228:18 287:21
violates 227:20
violating 228:24
  230:16
Violation 113:18
violence 123:11
  123:13,14,16,19
  123:21 127:10
  127:13,14
  204:11,21
violent 138:25
  139:8
virtue 122:22,22
visitation 87:2
VOLUME 1:13
  315:4

volunteer 40:2
volunteered
  313:9
vote 193:11
vs 1:8 315:3

---

**W**

W 2:6
wait 4:21 124:8
  276:1 300:25
waiting 33:20
  179:14
Wake 172:25
  176:6
walk 268:4
walked 299:13
walking 156:22
walks 131:7
wall 222:25
  223:10 224:6
  226:12
Walsh 107:24
  108:1
wander 313:22
  313:24
want 7:17 10:1
  21:16 28:12
  34:21 36:3 41:2
  41:7 45:25
  50:14 58:8
  61:10,17 72:2,4
  81:8 82:11
  99:21 105:2
  116:9 122:19
  123:3 124:21
  134:10,14 135:3
  135:6 147:1
  163:4,24 164:4
  167:4 172:2,3
  172:13 180:24
  187:14 189:22
  193:7 207:12
  227:7 230:19
  237:19 239:24
  251:5,9,21
  254:22,23

258:12,15 272:5
  276:6 303:10
  306:2 307:8
wanted 15:2
  39:18 40:4
  56:18 57:4
  72:24 73:8
  95:21 98:21,24
  99:19,22,23,25
  105:4 114:22
  116:23 122:16
  131:20,23 134:6
  134:7,8 135:9
  135:10 138:22
  142:6 143:22
  155:16 157:12
  158:16,21
  163:10,17,21
  202:13 203:15
  207:14,16 208:8
  236:22 240:12
  254:19 255:4,9
  255:10 276:23
wants 124:14
  204:6
War 264:22
warn 150:13
warranted
  247:18
wasn't 56:23
  61:20 64:21
  66:4 81:23
  89:18 104:13
  119:4,9 126:8
  131:11,13,16
  132:2 135:18
  142:22 150:18
  155:17 158:5
  163:19 170:8
  190:24 199:8
  201:24 202:5,7
  202:8,12 204:13
  204:20 209:18
  230:2 232:2,6
  232:22 236:7
  238:8 239:3

246:5,6,13
  261:24 273:7
  293:18 296:6
  298:9
watch 236:14
  246:7
watched 159:18
  165:12
water 194:11
way 61:19,20
  74:6 108:19
  114:14 122:23
  123:19 125:2,17
  146:16 151:19
  165:14,15,23
  173:4 175:11,17
  181:22 182:5
  186:12 191:8
  194:25 206:5
  212:6 227:7
  228:18 236:4
  246:12,24
  252:15 268:11
  293:11,14 312:4
  312:8,25
ways 145:23
  244:25
wcarlinesq@ao...
  2:16
we'll 4:18 9:20
  35:2 37:3
  147:19 188:11
  308:17 314:9
we're 5:19 11:5
  36:5,22 37:13
  41:2,13 42:7
  58:13 90:12
  115:20 131:5
  145:16 174:9
  179:1 206:12
  207:24 210:17
  225:21 249:24
  251:7 260:2
  276:5 280:16
  307:9 309:1
we've 35:1 215:5

wearing 126:3
  173:20
website 79:10
  80:9,14 81:9,18
  82:3,19,20
  91:22 92:8,11
  283:2,13,19
  286:18
week 57:24 73:20
  103:13 234:17
  244:9
weekend 249:24
weeks 33:6
  235:23
weighed 161:10
  186:19
weight 161:14
went 33:15 82:23
  91:21 106:8
  120:5 121:9
  133:11 159:9
  161:6 173:3
  177:3 186:9
  200:17 214:19
  223:5 241:6
weren't 36:24
  45:19 55:20
  104:18 133:12
  137:11 141:12
  182:10 227:3
  252:6
West 308:1
Westlake 108:20
Wetherell 139:17
  250:24
wheelchair
  278:13 279:7,15
  279:17
wheelchairs
  279:11
wheelhouse 65:3
WHEREOF
  315:20 318:5
whoa 11:11,11,11
wild 238:2
WILLIAM 2:12

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

willing 232:7
willingness
  229:24
window 159:19
  165:13,16
witness 10:8,20
  15:2,15 20:17
  20:24 22:25
  28:21 30:4
  35:18 74:13
  99:1 115:24
  129:9 143:13,17
  220:22 231:5,11
  242:11 253:20
  253:23 260:12
  262:5 274:9
  301:1 305:9
  317:9,12,14,17
  318:5
witnesses 90:13
woman 176:25
  206:20 207:5,7
wondering 131:8
word 13:18 14:11
worded 61:19
wording 96:10
  119:3
words 167:4
  186:5 208:6
  282:7,23
work 17:6 42:15
  58:18 60:13
  138:4 177:25
  245:20 278:4
worked 16:19
  78:5 138:2,2
  181:25 244:11
worker 148:18,20
  253:25 254:8
working 31:14
  32:20 87:21
workplace
  124:15
works 92:12,15
  133:8 273:12
  278:2

world 173:2,7,9
  174:11 177:8
  264:21
worried 127:13
  138:20
worst 186:23,23
worth 303:22
  304:25
wouldn't 51:3
  69:2 85:8
  111:22 163:4,5
  164:16,22 174:1
  175:12 277:11
  278:20,25
  284:22 298:4
  302:23 310:25
  311:23
wounds 186:13
  218:21
write 69:5 227:13
  286:10
writes 191:11
written 226:18
wrong 150:15,20
  151:3,9 152:3
  230:1 309:25
wrongdoing
  209:21
wrote 115:3,3
  175:24 176:2,3
  242:9 288:3

——————
       **X**
——————
X 199:11

——————
       **Y**
——————
Y 33:1 199:11
ya 192:22
yeah 5:18 8:15
  9:20 14:1 25:11
  34:24 35:12
  37:2 41:18
  42:14 51:7 58:9
  67:14 69:22
  79:4 96:9 97:8
  104:12 107:13

109:13 111:19
114:6 123:10
128:24 129:2
131:22 132:23
134:21 141:2
153:21 165:20
167:3 176:9
177:9 178:14
182:21 187:16
193:1,3 198:13
198:17 199:20
200:10 221:20
221:20 232:4
234:10 237:10
238:12 241:16
248:19 251:7,19
255:11 257:7
261:5 262:17
267:2 271:10
282:10 287:8
302:16 303:20
309:21
year 35:9 178:16
  253:9 304:12
  309:2
years 13:13 19:19
  19:20 24:18
  25:1 30:22 34:1
  34:13 35:5
  59:18,25 66:22
  71:19 75:9,9
  185:9 244:15
  245:7 309:3
Yep 87:16
Yoder 2:19 3:19
  9:17,25 10:7,22
  11:2,6,10 12:5
  12:18,24 14:4
  14:25 15:4,13
  15:16 21:13
  22:16 23:2 25:8
  25:14 28:6,20
  28:22 30:1
  33:12 34:7,19
  35:2,16,20
  36:23 37:9 41:1

41:10,13,22
43:23 44:15
45:17 46:22
47:16 48:8,14
48:24 49:25
50:3,7 52:10
58:9 60:25
61:15 62:4
71:23 73:1,10
74:14 89:11
94:14 95:14
97:6 98:16,21
112:15 115:23
117:16 127:11
127:16 129:7
131:12,25
135:22 136:3,15
136:21 138:13
140:2,19 141:21
143:11,14,25
144:17 145:2
147:3,13 148:11
150:24 151:5,10
151:15 152:1,15
152:24 153:18
154:1,7 157:21
158:15 160:16
162:21 164:23
167:16,18,23
171:17 172:5,18
174:23 176:21
177:17,21
178:20 180:2,23
182:11 183:19
183:25 184:4,16
185:3,14,19
188:18,24
190:17 191:6,12
195:19 197:6,14
197:23 198:7,13
198:22 199:4
201:14 203:24
204:19 205:2,12
205:24 206:22
206:24 207:4,22
208:10,22 209:2

209:7,16 211:2
211:7,25 212:4
212:21 213:1,5
213:10,16,20
214:7,15,23
215:23 216:5,18
216:23 217:2,10
217:15,25 218:8
219:2,7,13,20
219:24 220:9,21
221:1,13,25
225:8,15 226:1
227:2 229:15,22
230:6 231:3,9
231:21 232:25
233:4,8 237:8
237:16 238:11
240:1 242:8,15
243:14 248:15
249:23 251:8
253:9,22 257:11
257:17,22 258:4
258:11,17,25
259:5,11,14,18
260:1,9,14
261:14 262:4,7
263:4,12 264:25
265:9,13,17,25
267:9,13,19
268:16 269:24
270:10,19 271:1
271:7 275:4
277:22 278:24
280:6,18 285:13
286:2,23 287:6
287:19 289:21
290:4 291:10
293:24 294:3,18
297:11,19 299:5
300:2,9,25
303:4,7,10
305:4,8,14,16
305:19,23 306:1
306:8 307:4,7
307:16 308:4,13
312:23



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

**Yolanda** 192:11
196:11,25
250:15
**Young** 1:22
317:5 318:13

___

**Z**

**Z** 4:3 199:11

___

**0**

___

**1**

**1** 112:14 286:8
307:21 309:2
**10** 58:13 59:17,25
146:9 147:25
215:11 267:6
**10:06** 1:15
**100** 2:21 123:4
186:21 310:11
**104** 301:2
**106** 301:2
**11** 59:16,16
211:13 260:5,5
260:15 308:10
308:25 309:3
**112** 161:10
**11th** 186:20
**12** 60:10 211:16
**120** 123:5
**1265** 2:6
**13** 61:23 129:5
211:13
**130** 159:9 161:6
186:19
**14** 62:12 213:12
**15** 62:24 79:19
213:8 261:10
**16** 70:24 216:1
219:6,17 262:18
**166** 259:2
**17** 75:21 233:17
**18** 77:15 240:4
**187** 27:10 259:6
**18th** 45:15
**19** 78:13 250:4

264:7 318:19
**1986** 17:8 20:10
22:4,10
**1987** 20:4
**1989** 20:4
**1994** 7:24 8:1
**1st** 83:18

___

**2**

**2** 116:21 117:15
241:14
**20** 81:13 83:16
250:19 265:17
**2000** 16:11
**2013** 17:14
**2017** 77:15
263:22
**2018** 24:18 25:1
34:2,13 35:11
46:2 47:18
48:13 50:10
52:19 56:14,20
58:20 60:11
62:2 83:18
**2019** 31:18 77:12
78:16 80:3,10
81:3 83:6
272:12
**2020** 37:25 42:6
85:25 137:4
173:5 234:21
235:7 253:10
295:19 303:25
**2021** 47:22 78:16
80:3,10,21 81:3
83:6 88:7,10
**2022** 263:23
303:20,21,24
304:25 305:3,22
**2023** 1:15 315:5
315:23 318:7
**2025** 318:19
**20th** 101:24
102:25 105:7
137:4,10 159:5
159:25 173:5

234:16,20 235:1
295:18,19
303:21
**21** 3:3 84:11
253:11
**216** 2:8,15
**22** 85:17 265:19
**22nd** 37:25 42:6
43:13 159:7
160:6 186:20
**23** 90:21 266:4
**23488** 315:1
**24** 91:10 268:19
**25** 94:2 269:1
**26** 96:7 269:10
**275** 241:15
**28** 269:19 318:4
**28th** 101:25
103:1
**29325** 1:19 2:13
**29th** 88:10

___

**3**

**3** 1:15 21:21
22:19 315:5
**30(B)(5)** 10:8,10
20:17,24 21:19
34:8 36:14
305:9,16,17
306:9
**31** 270:3
**32** 32:16
**330** 2:23
**35** 272:8
**36** 274:10
**37** 185:9
**3737** 2:21

___

**4**

**4** 24:16,24 36:2,9
**4:55** 314:18
**400** 2:6
**41.90** 251:22
**44** 275:12
**44113** 2:7
**44122** 1:20 2:14

**44333** 2:22

___

**5**

**5** 26:18 91:12,24
92:16 127:20
132:22 143:2
205:3 303:11
306:23
**5/22/20** 41:19
**5:00** 303:7
**51** 280:17
**57** 3:4 256:19
**58** 27:16 28:11,20
28:23 74:11,16
74:18,20 257:1
258:7
**59** 27:20,20 28:11
29:3,4,21 74:11
74:17 281:6
282:17

___

**6**

**6** 33:24 34:6,10
110:2 241:11
267:6
**6:05** 173:5
**60** 27:24 28:11
29:9,10 74:12
74:17 257:13
**61** 3:4 28:1,8
74:12,17
**670-7338** 2:23
**6th** 2:6

___

**7**

**7** 35:13 36:22
215:11 235:6
267:6
**71** 283:20
**74** 284:5
**7775** 154:6
**7th** 255:17,19
256:14,18

___

**8**

**8** 45:12 50:2

186:6 215:10
267:6
**831-4935** 2:15
**84** 128:5 154:7
**85** 128:15,16
156:15
**87** 168:5
**88** 172:21 178:25
**89** 179:2 291:16
293:20
**8th** 19:25 253:8
255:23,24

___

**9**

**9** 52:15 137:17
215:10 267:6
**90** 94:6 186:3
**90s** 16:10 22:8,11
**91** 187:9,12
**912-2195** 2:8
**9157** 233:25
234:19
**9177** 251:11,20
**9178** 235:5
**9179** 235:4
**92** 188:4
**93** 191:21 200:9
294:22
**97** 159:10 161:6
161:13,14
**9th** 20:1

Page 315

IN THE COURT OF COMMON PLEAS

OF CUYAHOGA COUNTY, OHIO


GINA CRISCIONE, et al.,

      Plaintiffs,                Case No.

      vs.                    23-CV-976445

LAURA DIVINCENZO, et al.,

      Defendants.

- - - - -

CONTINUED DEPOSITION OF LAURA DIVINCENZO

VOLUME II

Taken on Wednesday, July 5, 2023, at 1:00 o'clock p.m.


At The Offices Of:

Carlin & Carlin

29325 Chagrin Boulevard

Pepper Pike, Ohio 44122


Before Margaret Elmo, Court Reporter and

Notary Public in and for the State of Ohio

- - - - -


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

Page 316

1    APPEARANCES:
2    .
3         On behalf of the Plaintiffs:
4         Speech Law, LLC, by
5         Brian D. Bardwell, Esq.
6         1265 W. 6th Street, Suite 400
7         Cleveland Ohio 44113
8         (216) 577-1970
9         brian.bardwell@speech.law
10   On behalf of the Plaintiffs:
11        Carlin & Carlin, by
12        William Carlin, Esq.
13        29325 Chagrin Boulevard
14        Pepper Pike, Ohio 44122
15        (216) 831-4935
16        wcarlinesq@aol.com
17   On behalf of the Defendants:
18        Hanna, Campbell & Powell, by
19        Michael Ockerman, Esq.
20        3737 Embassy Parkway, Suite 100
21        Akron, Ohio 44333
22        (330) 670-7338
23        mockerman@hcplaw.net
24              - - - - -
25   .

Page 317

1         LAURA DIVINCENZO , of lawful age,
2    called for examination, as provided by
3    the Ohio Rules of Civil Procedure, being
4    by me first duly sworn, as hereinafter
5    certified, deposed and said as follows:
6    EXAMINATION OF LAURA DIVINCENZO
7    BY-MR.BARDWELL:
8         Q. Welcome back, Laura.  Before
9    we get started I wanted to ask you, did
10   you take any further steps to gather
11   information known or reasonably
12   available to East Park on any of the
13   topics on our deposition notice?
14        A. No, I didn't.
15        Q. Why not?
16        A. I was exhausted.
17        Q. Okay.  So do you still have
18   Exhibit 58?
19        THE WITNESS:  Didn't we turn
20   everything back over?
21        MR. OCKERMAN:  We gave them to
22   the court reporter.
23        MR. BARDWELL:  Oh.  I was
24   emailing copies.
25        MR. OCKERMAN:  We do not have

Page 318

1    it. Emily took whatever 58 was.
2         MR. BARDWELL:  Well, I will work
3    off this as well as we can.
4         Q. So let me ask you about some
5    of these questions that are still
6    remaining.
7         A. Can you tell me what 58 is?
8         Q. Exhibit 58 is the Request
9    for Admissions to East Park, to you and
10   to Sara Thurmer.
11        A. Okay.
12        MR. BARDWELL:  Was that the stack
13   that was left behind here that I brought
14   to you yesterday?
15        MR. CARLIN:  It could have been.
16   I can run over there.
17        MR. BARDWELL:  That would be
18   great if it's available.
19        MR. CARLIN:  Let me take a look
20   at this.
21        Q. While he's doing that.
22   Would you agree that the statements that
23   you and Laura made --
24        A. I am Laura.
25        Q. I'm sorry.  That you and

Page 319

1    Sara made to the -- let me start over.
2         Would you agree that the
3    statements that you and Sara Thurmer
4    made to --
5         A. What number is this?
6         Q. Let's go to 151.
7         A. Okay.
8         Q. We asked you to admit that
9    your statements to the police were meant
10   to incriminate Gina and you denied that?
11        A. Yes.
12        Q. When you told her that she
13   was causing Sara mental distress?
14        A. I'm sorry.  When I told
15   whom?
16        Q. When you told the police
17   that Sara was -- when you told the
18   police that Gina was causing Sara mental
19   distress, were you trying to indicate to
20   the police that Gina was committing
21   telecommunications harassment?
22        A. I don't believe so because
23   that fell under the other statute as far
24   as I remember.
25        Q. Okay.  In that case were you


Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume II**                      **7/5/2023**

---

**Page 320**

1  trying to indicate to the police that
2  Gina was committing menacing by
3  stalking.
4      **A.** I was just trying to present
5  a way of looking at it that made sense
6  after I had spoken to the sergeant.
7      **Q.** Okay.  Was it your belief
8  she had committed menacing by stalking?
9      **A.** It didn't matter what I
10  believed.  I wanted the situation
11  reviewed by the authorities to see if it
12  did.
13      **Q.** Okay.  But that's not the
14  question.  The question is whether you
15  believed she committed menacing by
16  stalking.
17      MR. OCKERMAN:  Objection.
18  Go ahead.  You can answer.
19      **A.** Whether I believe it?
20      **Q.** Yeah.
21      **A.** I would say I suspected it.
22      **Q.** Okay.  Did you believe that
23  she committed menacing by stalking.
24      MR. OCKERMAN:  Objection; asked
25  and answered.

---

**Page 321**

1      Go ahead.  Just give him the
2  same answer.
3      **A.** I don't think it mattered
4  what I believed.
5      **Q.** It matters to me.  And I'm
6  asking you whether you believed it or
7  not.
8      MR. OCKERMAN:  Objection.
9      She's not answering it again.
10  She answered it three times.
11      MR. BARDWELL:  No, she's not.
12          (Record read.)
13      **Q.** That tells me whether or not
14  you suspected it.  What I want to know
15  is whether you believed it to be true.
16      MR. OCKERMAN:  Objection.
17  One more time.  Go ahead.
18      **Q.** Did you believe her to have
19  committed menacing by stalking?
20      MR. OCKERMAN:  Objection.
21      **A.** Like I said, I don't think
22  it matters what I believed.  It was the
23  effect it was having.
24      **Q.** Okay.
25      MR. OCKERMAN:  She's not going to

---

**Page 322**

1  answer it again.
2      **Q.** I'm asking, what you think
3  does and does not matter here.  I'm
4  trying to ask you what you did and did
5  not believe.
6      MR. OCKERMAN:  Wait a second.
7  What you think, does it matter and she
8  told you. We're not going through it
9  again.
10      **Q.** Did you believe Gina
11  Criscione had committed telephone
12  communication harassment?
13      **A.** It wasn't what I believed.
14  From reading the statute I wanted to see
15  if that would be confirmed by the
16  authorities.
17      **Q.** So you're telling me it
18  wasn't what  you believed?
19      MR. OCKERMAN:  Go ahead.
20      **A.** I don't think what I
21  believed was relevant.  I just report --
22      MR. OCKERMAN:  You answered the
23  question.
24      MR. BARDWELL:  She's answering
25  the question.  Let her finish.

---

**Page 323**

1      MR. OCKERMAN:  Go ahead.
2      **A.** I made a report.
3      **Q.** Why?
4      **A.** After reading the statutes it
5  appeared that the conduct could be
6  criminal.
7      **Q.** Okay.  You wanted the police
8  to get involved?
9      **A.** I wanted them to review it.
10      **Q.** Did you want them to
11  investigate it?
12      **A.** That was up to them.  That
13  wasn't up to me.
14      **Q.** I know that was their
15  decision. I'm asking what you wanted.
16      **A.** I said I would have accepted
17  whatever they had done, so it wasn't up
18  to me.
19      **Q.** I'm not asking --
20      **A.** I just presented it.
21      **Q.** I'm not asking what you
22  would have accepted and I'm not asking
23  whether it was up to you.  I'm asking
24  what you wanted.  Did you want them to
25  investigate?

---

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume II**          7/5/2023

---

Page 324

1      **A.** I wanted the situation to be
2   investigated because it was something
3   that was ongoing and just thought it
4   needed to be addressed.
5      **Q.** Okay.  Do you agree that
6   Sara Thurmer's statements to the police
7   were also meant to incriminate Gina?
8      **A.** Do I believe her statements
9   were meant to do that?  I have no
10  reason to think that.  Sara made her
11  own statements to the police.
12     **Q.** Right.
13     **A.** So those are Sara's
14  statements.
15     **Q.** Well, you're -- but Sara was
16  an employee of East Park?
17     **A.** Sara was the victim.
18     **Q.** Sara was an employee?
19     **A.** Yes, but she was also
20  considered a victim in this situation.
21  So her statements as a victim speak for
22  themselves.
23     **Q.** Okay.  But she was an
24  employee of  East Park, right?
25     **A.** Yes.

---

Page 326

1      **A.** No, I don't think so.  What
2   is your definition of incriminate?
3      **Q.** Are you familiar with the
4   word incriminate?
5      **A.** I am, but I think it can
6   have various interpretations.
7      **Q.** As a lawyer when you use
8   that word, what do you mean?
9      **A.** In the context of ones self,
10  you wouldn't say something that would
11  make it look -- leave you subject to a
12  crime.
13     **Q.** Okay.  So in the context of
14  another person, something that would
15  subject them to liability of a crime, is
16  that your understanding of what
17  incriminate would mean?
18     **A.** Maybe.  But I think -- I
19  think the incrimination was on the other
20  side by the statements that Gina made.
21     **Q.** Okay.  So using your
22  definition of incriminate, do you agree
23  that Sara's statement to the Brook Park
24  Police were meant to incriminate Gina
25  Criscione?

---

Page 325

1      **Q.** And you are here as the
2   representative of East Park to answer
3   questions about the communications
4   between all the employees of East Park
5   with employees of Brook Park, right?
6      **A.** Say that again.  I'm sorry.
7      **Q.** You understand you've been
8   designated to testify on behalf of East
9   Park on behalf of these statements Sara
10  made, don't you?
11     MR. OCKERMAN:  Objection.
12  The statements are themself --
13  the statements speak for themselves,
14  yeah.  They speak for themselves.
15     **Q.** That's not the question.
16  You still have to answer questions even
17  if you don't like what the statements
18  say.  You still have to answer questions
19  about them.
20     Was Sara trying to incriminate
21  Gina when she made these statements to
22  the police?
23     MR. OCKERMAN:  Objection; asked
24  and answered.
25     Go ahead.

---

Page 327

1      **A.** I think Sara made a report
2   about what was happening with her and
3   that was it.  She was reporting it.
4      **Q.** Okay.  Do you think that
5   report was meant to incriminate Gina
6   Criscione?
7      MR. OCKERMAN:  Objection.
8      **A.** I don't know.
9      **Q.** Do you have --
10     **A.** She was just reporting what
11  happened.
12     **Q.** Do you have any evidence --
13  after having reviewed all the evidence
14  available to East Park, do you have any
15  reason to dispute that it was meant to
16  incriminate Gina Criscione?
17     MR. OCKERMAN:  Objection.
18  Go ahead.
19     **A.** Do I have any reason to
20  dispute it? I don't know what Sara
21  intended.  So that's in her mind.
22     **Q.** Okay.  Having reviewed all
23  the evidence available to you, do you
24  have any evidence to point to to
25  indicate that Sara's purpose was not to

---



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume II**                                    **7/5/2023**

---

Page 328

1    incriminate Gina Criscione?
2         MR. OCKERMAN: Objection; asked
3    and answered.
4         **A.** That her purpose was not to?
5         **Q.** Uh-huh.
6         **A.** I don't believe she did in a
7    way that was not part of a report to
8    events that were occurring.
9         **Q.** Okay. Did you have any
10   concerns about anyone's reputational
11   interests when you were making these
12   reports?
13        **A.** Anyone's reputational
14   interests? I need you to be more
15   specific.
16        **Q.** Were you concerned about
17   Sara's reputation when you made these
18   reports?
19        **A.** When I made the initial
20   report the comments about Sara's
21   reputation were causing her mental
22   distress and were harassing. So that
23   was the extent of it.
24        **Q.** Okay. Were you concerned
25   about East Park's reputation?

---

Page 329

1         **A.** Not really.
2         **Q.** Why not?
3         **A.** Because East Park had been
4    there for 36 years, so it already had a
5    reputation.
6         **Q.** What was that reputation?
7         **A.** From what I understand, it
8    wasn't bad. It was pretty good. We
9    had --
10        **Q.** So you were not hoping to
11   benefit East Park's reputation by these
12   actions?
13        **A.** No.
14        **Q.** You weren't hoping to benefit
15   Sara's reputation?
16        **A.** I was seeking to stop the
17   harassment and the distress that Sara
18   was experiencing.
19        **Q.** Were you concerned about her
20   reputation when you made the statement?
21        MR. OCKERMAN: Objection; asked
22   and answered.
23        Go ahead.
24        **A.** Not necessarily. It was the
25   mental distress and the harassment, that

---

Page 330

1    was the focus.
2         **Q.** Okay. Handing you back
3    Exhibit 59, which is the Request for
4    Inspection that we served on you. If
5    you turn to the second page and look at
6    Request Number 6.
7         **A.** Uh-huh.
8         **Q.** It asks you to produce all
9    emails including any of the following
10   words or field or attachment from April
11   '17 forward.
12        Has East Park produced all of
13   those emails?
14        **A.** I believe so.
15        **Q.** How do you know?
16        **A.** I did -- well, first of all,
17   I didn't have access to the emails until
18   a few days ago. So I looked for the
19   ones with the communication with the
20   prosecutor. So those were the ones we
21   produced.
22        **Q.** Did you look for
23   communications with the police?
24        **A.** I don't believe there were
25   any emails with the police except for

---

Page 331

1    the first one. Did you look for any emails
2         **Q.** Did you look for any emails
3    with the police?
4         **A.** No, but it was my memory.
5         **Q.** Could Sara have had
6    communications with the police that you
7    would never have a memory of?
8         **A.** Not that I know of, but I
9    don't know. And I don't have access to
10   Sara's emails from the -- the old emails
11   from the old company.
12        **Q.** Why not?
13        **A.** Because the new owners took
14   control of the emails.
15        **Q.** Okay. So I thought -- maybe
16   I'm misremembering. I thought when we
17   were here the other day, I thought you
18   told me they backed up all the emails
19   and provided them to you?
20        **A.** No, only mine on request.
21   Sara wasn't employed at East Park
22   anymore when we sold it and hadn't been
23   for a few months. A few months.
24        **Q.** Okay.
25        **A.** So when she left, her emails

---



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 - 330.253.8119

**Page 332**

1  may have been in the -- I don't know
2  what you call it.  The domain name.
3  Whatever you call the email address.
4  They might have been in there, but there
5  was no reason for us to have those
6  saved by the new owner and -- not
7  saved, but -- I don't know how to
8  explain this.  I don't know how to
9  explain it.
10      They took over the existing email
11  addresses.  We were allowed to -- I was
12  allowed to have mine.
13      Q.  Okay.
14      A.  That's all I know.  I don't
15  understand how any of this works.
16      Q.  Okay.  So as I recall, you
17  were telling us previously that Sara had
18  been communicating with police and the
19  prosecutor's sometimes via email, right?
20      A.  I think so.  I don't know
21  for sure.
22      Q.  Okay.  So when you
23  transferred ownership of this company
24  you were aware East Park had received a
25  preservation demand, right, in

**Page 333**

1  connection with this matter?
2      A.  I think we received something
3  in the summer of -- when was it?  I
4  don't know.  2021 we received a letter
5  from you.
6      Q.  Asking you to preserve all
7  evidence in this case?
8      A.  I don't remember what the
9  letter said.
10      Q.  In any event, when you
11  transferred the company, you were aware
12  that this lawsuit was in the offing,
13  right?
14      A.  We made the new company
15  aware of the existence of the lawsuit.
16      Q.  Okay.  Did you take any
17  steps to preserve Sara's emails when you
18  did that?
19      A.  No.  It didn't occur to me.
20      Q.  Okay.  Have you asked --
21      A.  We didn't preserve anybody's
22  emails.
23      Q.  Why not?
24      A.  Because we didn't need to.
25      Q.  What do you think that

**Page 334**

1  preservation demand means?
2      MR. OCKERMAN:  I'm sorry.  What's
3  the timing of the preservation demand
4  and the sale of the --
5      MR. BARDWELL:  These are
6  questions  she can answer.
7      MR. OCKERMAN:  You sent the
8  letter. I'm just asking.
9      MR. BARDWELL:  We can talk about
10  it later.  I'm asking the witness
11  questions now.
12      THE WITNESS:  The place was sold
13  in October.
14      MR. OCKERMAN:  Of?
15      THE WITNESS:  '21.
16      MR. BARDWELL:  Mike, I'm going to
17  take the deposition if that's okay.
18      Q.  What did you understand that
19  preservation demand to mean?
20      MR. OCKERMAN:  Objection.
21  When was it sent?
22      Q.  What did you understand that
23  preservation demand to mean?
24      A.  I didn't really think about
25  it.

**Page 335**

1      Q.  Why not?
2      A.  Because it didn't -- it just
3  didn't occur to me.  It didn't occur to
4  me in the context of emails and things
5  like that and in the framework of all
6  this.
7      Q.  Have you asked the successor
8  owners to pull these emails?
9      A.  No, I haven't.
10      Q.  Why not?
11      A.  I wasn't thinking about the
12  possibility of these emails.  And then I
13  don't know if that's even possible
14  anymore.
15      Q.  Okay.  I mean, we sent a
16  request for inspection to Sara Thurmer
17  for these emails.
18      A.  She has no ability to
19  provide those.
20      Q.  But the successor owners do,
21  right?
22      A.  I don't know the answer to
23  that.  I don't know.
24      Q.  They may?
25      A.  I don't know.

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787      www.cefgroup.com      fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume II**                                    7/5/2023

---

Page 336

1    Q. If it's possible, they're the
2 ones who could do it?
3    A. I would imagine.
4    Q. And you made no effort to
5 get those?
6    A. No, because I didn't think
7 about it.
8    Q. Okay. When you were
9 preparing to purchase East Park, did you
10 take out any loans to do that?
11    A. What time period are you
12 speaking of?
13    Q. When you were preparing to
14 purchase East Park.
15    A. I don't know. I mean, I
16 don't remember specifically. I imagine.
17    Q. Okay. Did you prepare any
18 business plans?
19    A. Not that I remember. It was
20 an existing business.
21    Q. Okay. Did you prepare any
22 loan applications?
23    A. I did not.
24    Q. Were there any loan
25 applications for the purchase of East

---

Page 337

1 Park?
2    A. I imagine, but I don't have
3 any recollection from back then.
4    Q. Who would have been
5 responsible for those?
6    A. I don't know exactly.
7    Q. Was a loan taken out at all
8 to assist with your purchase of East
9 Park?
10    A. I suppose so, but it was a
11 very long time ago.
12    Q. What do you mean you suppose
13 so?
14    A. I don't know. I don't have
15 a specific recollection of any of that.
16    Q. There might have been a
17 loan, but there might not have?
18    A. There probably was a loan,
19 but I just don't know the specifics of
20 it.
21    Q. Do you know what bank you
22 used?
23    A. No, I don't remember anything
24 from back then.
25    Q. When would that have been?

---

Page 338

1    A. When East Park was purchased?
2    Q. Uh-huh.
3    A. I'm not even sure of the
4 exact year that occurred.
5    Q. Okay.
6    A. It was in -- sometime in, I
7 think, the '90s, but I'm not positive.
8    Q. So as far as you know there
9 are no loans to be paid off in
10 connection with the purchase of East
11 Park?
12    A. Right now?
13    Q. Right.
14    A. Absolutely not.
15    Q. What about in 2020?
16    A. Were there loans? I suppose
17 there were a few. I don't know
18 specifically --
19    Q. Okay.
20    A. -- from then if there were.
21    Q. What was the value of that?
22    A. I don't know specifically.
23    Q. Okay. Is there -- what
24 banks would they have been through? Did
25 I ask that already?

---

Page 339

1    A. You did ask and I don't know
2 specifically.
3    Q. Where would you find
4 documentation about that?
5    A. Probably in some kind of
6 financial records. So I could look for
7 it, but I don't know specifically off
8 the top of my head.
9    Q. All right. Did you hire --
10 what companies did East Park contract
11 with to perform the services it provided
12 to its customers?
13    A. Can you be more specific
14 about what kinds of contract you mean?
15    Q. Did you have -- did you hire
16 a management company?
17    A. The management company
18 folded, I told you, in around 2013. So
19 there was no company after -- management
20 company after that.
21    Q. Okay. Did you hire
22 companies to provide nursing services?
23    A. There were agencies that were
24 independent contractors at some points.
25    Q. Which agencies?

---

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 340**

1    A. It depended on what year
2  you're speaking of.
3    Q. Okay. Which ones do you
4  remember?
5    A. In what timeframe? There
6  are a lot of agencies.
7    Q. Throughout your ownership.
8    A. I can't tell you specifically
9  what every one of them was.
10    Q. Can you tell me any of them?
11    A. I think there was one called
12  IntelyCare. Back when Dorothy was
13  there, I don't know specifically which
14  ones were there.
15    Q. Okay. Do you remember any
16  other ones?
17    A. No, not off the top of my
18  head.
19    Q. Did you hire companies to
20  come in and do cleaning?
21    A. No.
22    Q. Did you hire companies to
23  come in and do anything else for you?
24    A. Physical therapy were
25  independent contractors.

**Page 341**

1    Q. Who did you use?
2    A. I'm sorry.
3    Q. Who did you use for that?
4    A. Different companies --
5    Q. For instance?
6    A. -- at different times.
7    Q. For instance?
8    A. I don't know specifically
9  what they were. I think there was one
10  called Therapy In Motion from the
11  document you showed me the other day.
12  Other than that, I'm not sure. There
13  might have been one called Arbor.
14    Q. Okay. And East Park
15  maintained business ledgers, I assume;
16  is that correct?
17    A. I would think so, yes. What
18  do you mean by, business ledgers?
19    Q. Records of financial
20  activities, right?
21    A. I imagine, yes.
22    Q. Okay. Maintained profit and
23  loss statements?
24    A. Probably.
25    Q. Bank statements?

**Page 342**

1    A. Probably.
2    Q. Okay. Have you gathered any
3  of those to produce yet?
4    A. I'm in the process of it.
5    Q. Okay. How long is that
6  going to  take?
7    A. I don't know yet.
8    Q. What's keeping you from
9  completing it?
10    A. I just haven't gotten to it
11  yet.
12    Q. What else is keeping you
13  from it?
14    A. I'll just have to get to it.
15    Q. Okay. But I'm asking you
16  what's keeping you from getting to it?
17    A. I don't know. I just
18  haven't done it yet.
19    Q. How much did you pay for
20  East Park?
21    A. Originally? I don't
22  remember. I don't know.
23    Q. Do you have any rough
24  estimate?
25    A. No, I don't.

**Page 343**

1    Q. All right. Were you the
2  only shareholder?
3    A. Of East Park ever?
4    Q. While you were the owner.
5    A. No, I had -- there were
6  other shareholders.
7    Q. Who were the other
8  shareholders?
9    A. Kim Coury was a shareholder
10  for a few years.
11    Q. Can you spell Coury for us?
12    A. C-O-U-R-Y.
13    Q. Who is Kim Coury?
14    A. She was the -- she worked at
15  the management company and she was also
16  married to one of the other people that
17  worked at the management company at the
18  time.
19    Q. Okay. And so when you
20  purchased -- when you came to be an
21  owner of East Park, what proportion of
22  ownership did you take?
23    A. I believe half.
24    Q. Exactly half?
25    A. I believe so.

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume II**                    7/5/2023

---

Page 344

1  Q.  So it was just a straight
2  50/50 split between you and Kim Coury?
3     A.  I believe so.
4     Q.  Did you ever purchase any
5  shares from Kim Coury?
6     A.  They were transferred.
7     Q.  When?
8     A.  I believe around -- I'm not
9  positive.  I believe around 2005 maybe.
10 Something like that.
11    Q.  Okay.  Did she transfer all
12 of her shares to you?
13    A.  Yes.
14    Q.  So at that point you became
15 -- yeah -- the full complete owner?
16    A.  Yes.
17    Q.  Did you ever -- did anyone
18 else ever come to have any shares of
19 East Park?
20    A.  After I transferred the
21 shares with Kim, no.
22    Q.  So when you made that sale,
23 at that point it was still -- you were
24 still the exclusive shareholder?
25    A.  At the time with Kim.

---

Page 345

1     Q.  No, when you sold, when you
2  got out of --
3     A.  Yes.
4     Q.  -- the business?
5     A.  When we sold it, yes.
6     Q.  Remind me, what was the name
7  of the company to whom you sold?
8     A.  There was East Park Realty,
9  East Park -- I can't remember the other
10 part of the name.  We provided that to
11 you I think.  And, yeah, those were the
12 -- those were the two.
13    Q.  What year was that?
14    A.  2021.
15    Q.  When you sold it in 2021 you
16 were the sole shareholder?
17    A.  Yes.
18    Q.  Great.  Here's Exhibit 60
19 again.  So these are East Park's answers
20 to our interrogatories.  Did East Park
21 use any kind of program to send instant
22 messages internally?
23    A.  At one point we used
24 something called MedTunnel.
25    Q.  What is MedTunnel?

---

Page 346

1     A.  It's an encrypted app or
2  something.  I don't even know what you
3  call it.
4     Q.  Okay.  What does it do?
5     A.  It allows you to send
6  protected health information between
7  health care professionals.
8     Q.  Okay.  Have you searched
9  MedTunnel to see if there are any
10 records responsive to our requests?
11    A.  I haven't yet.  I have to
12 find the password.  I don't -- I didn't
13 have it readily available.  Hadn't been
14 used in a while before I sold it.
15    Q.  When was it used?
16    A.  I don't remember
17 specifically.  Maybe 2015, and then I
18 don't remember for how long after that.
19    Q.  Okay.  Was it still being
20 used by the time of the Covid lockdown?
21    A.  No.
22    Q.  Okay.  Do you know of any
23 employees who were fired from East Park?
24    A.  Do I know the specific
25 employees or if any employees were ever

---

Page 347

1  fired?
2     Q.  Do you know whether any
3  employees were ever fired?
4     A.  I believe so.
5     Q.  Do you know who?
6     A.  I don't remember specifically
7  who was terminated.
8     Q.  Do you remember the names of
9  anybody who was terminated?
10    A.  Not off the top of my head,
11 no.
12    Q.  Do you remember the grounds
13 for terminating any employees?
14    A.  I don't remember specific
15 grounds.  It was for cause I am sure.
16    Q.  Why are you sure?
17    A.  Because you can't fire
18 someone without cause I would think.
19 Well, actually I mean -- I guess you
20 can.
21    Q.  Right.
22    A.  So I don't.
23    Q.  Okay.
24    A.  We -- go ahead.
25    Q.  Do you know whether any

---



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 348**

1  agency aides were ever asked not to
2  return to East Park?
3       **A.** I don't know that
4  specifically.
5       **Q.** Okay.  So you have searched
6  your email for -- you have searched your
7  own Laura DiVincenzo email for
8  communications with Brook Park, correct?
9       **A.** Yes.  I don't think there
10  are any. I will look again, but I don't
11  think there are any.  I didn't use my
12  own email.
13       **Q.** I mean we've received emails
14  between you and --
15       **A.** They're from my East Park.
16  They're from my East Park --
17       **Q.** Okay.
18       **A.** -- I believe email.
19       **Q.** That's what I'm talking
20  about.  I'm not talking about all of
21  East Park generally. Your Laura account.
22       **A.** My East Park account, yes.
23       **Q.** It sounds like there's
24  another email account that you have not
25  searched.

**Page 349**

1       **A.** My personal email account.
2       **Q.** What is that?
3       **A.** LDV514@AOL.com.
4       **Q.** Do you use any other emails?
5       **A.** I believe I have a Gmail
6  account, but I don't really use it.
7       **Q.** What is that address?
8       **A.** LDV8992.
9       **Q.** At gmail.com?
10       **A.** Yes.
11       **Q.** Have you searched those email
12  accounts for responsive records?
13       **A.** I haven't, but I will.  I
14  don't think I used it for that, but I
15  could check.
16       **Q.** Okay.  Do you know whether
17  Sara has searched any of her email?
18       **A.** I don't know that.
19       **Q.** Have you asked her to?
20       **A.** I have not.
21       **Q.** All right.  So as of the
22  last half of 2020, you're not aware of
23  any outstanding debts East Park held?
24       **A.** Outstanding debts?
25       **Q.** Yeah.

**Page 350**

1       **A.** The last part of 2020?  I'm
2  not aware of any.  Are you asking am I
3  aware of any?
4       **Q.** Yeah.
5       **A.** I'm sure there were some.
6  I'm sure there were debts.  Every
7  corporation has debts.
8       **Q.** Okay.  What kind?
9       **A.** Vendors I would imagine.
10  You know --
11       **Q.** We're talking about normal
12  operating expenses?
13       **A.** Yes.
14       **Q.** Anything else larger than
15  that?
16       **A.** Can you be more specific.
17       **Q.** Do you know of any large
18  business loans that were outstanding?
19       **A.** There may have been some
20  loans.
21       **Q.** To whom or from whom?
22       **A.** I don't remember exactly who.
23       **Q.** Do you actually remember any
24  loans existing?
25       **A.** I believe there was one loan

**Page 351**

1  from a friend of mine who gave a
2  business loan.
3       **Q.** Okay.  Tell me about that
4  loan.
5       **A.** It was just a loan of cash
6  and there was payments made on it.
7       **Q.** How much was the loan?
8       **A.** I believe it was $350,000.
9       **Q.** Who was the friend?
10       **A.** Joseph Langhenry.
11       **Q.** Okay.  And what was the
12  purpose of this loan?
13       **A.** It was business purpose.
14       **Q.** When did you take this loan
15  out?
16       **A.** I am -- I don't remember
17  exactly. It may have been 2016 or '17.
18       **Q.** Okay.  What were the
19  repayment terms?
20       **A.** I don't know specifically.
21       **Q.** Had you been repaying?
22       **A.** Yes.
23       **Q.** Do you remember how much?
24       **A.** No.
25       **Q.** Do you remember how much was

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume II**                     7/5/2023

---

**Page 352**

1    left outstanding?
2        **A.** Outstanding?
3        **Q.** Uh-huh.
4        **A.** It was paid after the sale,
5    so there was nothing outstanding.
6        **Q.** So in the last half of 2020
7    how much would still have been
8    outstanding?
9        **A.** I don't know.
10       **Q.** But you've been paying it
11   down for four years at that point,
12   right?
13       **A.** We've been paying, yeah.
14       **Q.** So what was the purpose of
15   this loan?
16       **A.** Business purposes.
17       **Q.** What does that mean?
18       **A.** Used to run the business.
19       **Q.** Just operating expenses?
20       **A.** I believe so.
21       **Q.** Okay.  Was East Park not
22   able to cover its operating expenses?
23       **A.** They were.  It's just -- it
24   just helped the flow.
25       **Q.** Okay.  All right.  Are you

---

**Page 353**

1    aware of any other liabilities beyond
2    operating expenses from the last half of
3    2020?
4        **A.** I don't remember
5    specifically.
6        **Q.** Okay.  You can't name any
7    today?
8        **A.** No.
9        **Q.** Okay.  Before September of
10   2020, had anyone ever trespassed on East
11   Park property before?
12       **A.** Yes.
13       **Q.** How many times?
14       **A.** I don't know.  I didn't
15   specifically count.  I knew that things
16   were happening sometimes.
17       **Q.** Okay.  What trespasses are
18   you aware of?
19       **A.** There were people from the
20   neighborhood who thought that East Park
21   was, you know, a dog park --
22       **Q.** Okay.
23       **A.** -- so would constantly
24   trespass. Get in arguments with staff.
25   That happened.

---

**Page 354**

1        **Q.** Okay.
2        **A.** There was another incident
3    where there was, from what I remember, a
4    person who their wife had passed away in
5    the facility.  This person was there
6    when the wife was alive, but when she
7    passed away this person would just show
8    up.
9        **Q.** Okay.
10       **A.** So he would be asked to
11   leave -- after a certain amount of time
12   he was asked to leave.  He didn't
13   leave.  He started stalking one of the
14   receptionists at her other job.
15       **Q.** How many times did he visit
16   or how many times did he trespass?
17       **A.** When we started calling it
18   trespass? We let him come in, had
19   made friends with the receptionist and
20   people.  He wasn't threatening. And so
21   it became a problem in the facility.
22   So I believe that -- I'm not sure if it
23   was Sara, but I believe Sara reported it
24   to the police.
25       **Q.** What I'm not clear on is

---

**Page 355**

1    whether we're talking about this guy
2    coming in one time and over several
3    hours it got weird or was he coming in
4    repeatedly and eventually you treated it
5    as a trespass?
6        **A.** He came in repeatedly when
7    he had no reason to be there.  So after
8    that -- but he wasn't threatening while
9    he was there.  I mean -- this didn't go
10   on like forever.  It was after his wife
11   passed away and he was very lonely, so
12   he had nowhere else to go.  But after
13   he became -- it wasn't working.  He
14   became a nuisance, so --
15       **Q.** All right.
16       **A.** Those are ones I remember
17   specifically.
18       **Q.** Okay.  And in those cases
19   how often did you involve the police?
20       **A.** For the dog walkers.  I
21   don't know how often, but I believe it
22   happened a couple times, but I'm not
23   sure how many.
24       **Q.** Was it usually after the
25   first time somebody trespassed?

---

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 356**

1    A. The dog walkers?
2    Q. Uh-huh.
3    A. No. It would be the same
4 people and the same dogs and the same
5 -- you would ask them to leave and they
6 wouldn't leave. So I believe, then, the
7 police might have been called. But they
8 were neighborhood people.
9    Q. Okay. So the gentleman you
10 told us about who was visiting the
11 facility after his wife died, did you
12 eventually ask him to stay off the
13 property?
14    A. I believe we did. I'm not
15 sure if we asked him or if the police
16 asked him.
17    Q. And the dog walkers, you
18 would ask them to stay off the property?
19    A. We would ask them, but it
20 didn't do any good.
21    Q. Okay. Did East Park ever
22 ask Gina to stay off the property?
23    A. No, they did not, but the
24 trespassing signs were posted.
25    Q. Did you ask the police to

**Page 357**

1 ask Gina to stay off the property?
2    A. No.
3    Q. And when you called to talk
4 to Sgt. Duncan, you talked about that
5 telecommunications harassment statute,
6 right?
7    A. I believe in a limited
8 capacity, yes.
9    Q. And you talked about the
10 menacing by stalking statute?
11    A. Yes.
12    Q. You didn't actually talk
13 about the criminal statute, did you?
14    A. I don't believe I did.
15    MR. BARDWELL: Let's take a short
16 break if that's all right.
17       (Recess taken.)
18    Q. Laura, when you sold East
19 Park, did you turn a profit?
20    A. I believe so.
21    Q. How much?
22    A. I don't know the exact
23 amount.
24    Q. Do you know roughly the
25 amount?

**Page 358**

1    A. I can't say for certain.
2 Maybe a million dollars, but I don't --
3 I can't say that's the exact fact.
4    Q. Okay. When you took over
5 ownership, did you make any changes to
6 how the nursing home was being operated?
7    A. Never.
8    Q. No changes at all?
9    A. No. The nursing home
10 operated the same way from 1986 until we
11 sold it, for the most part. I mean,
12 the way Sovereign Health Care, the
13 management company had a -- it wasn't
14 the only nursing home under the
15 umbrella. They were all run the same
16 way by a management company.
17    Q. Okay.
18    A. So policies and procedures
19 were the same. Almost everything was
20 the same.
21    Q. Okay. Did you make any
22 changes in staffing levels?
23    A. The staffing levels always
24 met certain criteria they were legally
25 required to meet.

**Page 359**

1    Q. Okay.
2    A. So the place always -- the
3 place complied with all the federal
4 guidelines for staffing levels.
5    Q. How many employees were there
6 when you took ownership?
7    A. I don't know.
8    Q. Approximately.
9    A. Probably 100.
10    Q. Okay. How many employees
11 were there when you sold?
12    A. One hundred.
13    Q. Exactly 100?
14    A. Give or take.
15    Q. Okay. What kinds of
16 employees did East Park have?
17    A. What kinds of employees?
18 There were kitchen -- there was a
19 kitchen staff.
20    Q. Okay.
21    A. There was housekeeping.
22 There was activities people. There were
23 -- there was a receptionist. There were
24 nurses. There were nurse's aides.
25 There were maintenance people. There was


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume II**                    7/5/2023

---

Page 360

1    a social worker.  There was an
2    administrator.  That's about all I can
3    think of off the top of my head.
4         Q.  Okay.  How many of these --
5    when you  purchased East Park, how many
6    of these were full-time employees?
7         A.  I don't know.
8         Q.  When you sold East Park, how
9    many of these were part-time employees?
10        A.  I don't know.
11        Q.  When you sold East Park, how
12   many people on kitchen staff did you
13   have?
14        A.  I don't know for sure.  I
15   would say there was the kitchen
16   supervisor, the main person that ran the
17   kitchen.  And then depending -- I think
18   there were -- I don't know if everybody
19   worked every day because it included
20   weekends.  So I don't know.  Maybe three
21   other people, but there could have been
22   more.
23        Q.  How many people did you have
24   working housekeeping?
25        A.  I don't know for sure.

---

Page 361

1    There was a main person, supervisor for
2    housekeeping.  And then I am not sure
3    how many people she had under her.
4         Q.  Are we talking about just a
5    few or are we talking about a large
6    stable of housekeepers?
7         A.  No, just a few.
8         Q.  What about the people doing,
9    like, the programming, the activity
10   people?
11        A.  There was an activities
12   director.  Then there were people under
13   that director.  Maybe two to three.  We
14   also had some people volunteer.
15        Q.  Okay.  How many
16   receptionists?
17        A.  Overall?  I'm thinking --
18   there was -- there was someone there
19   every day.  So I don't know.  People
20   there during the day.  Not everybody
21   worked all seven days a week, so it was
22   staggered.  The main receptionist.
23   Maybe during the seven days, at certain
24   times -- there was one receptionist on
25   duty.  Is that a good way to explain

---

Page 362

1    it?  I don't know.  Does that help?
2         Q.  I assume she was not working
3    24/7?
4         A.  No.  The receptionist was
5    there, I believe, from 8:00 in the
6    morning until 8:00 at night every day.
7         Q.  Okay.
8         A.  Then night person would come
9    in.
10        Q.  So there was like a night
11   receptionist?
12        A.  There was someone, I think,
13   that either started at 4:00 or 5:00
14   until 8:00.
15        Q.  Okay.  And then from 8:00
16   p.m. to 8:00 a.m. there was no
17   receptionist?
18        A.  There was no receptionist.
19        Q.  How many nurses did you
20   have?
21        A.  I can't say for sure how
22   many nurses we had.  I don't know for
23   sure.
24        Q.  What was the nursing -- yeah
25   -- organizationally how was the nursing

---

Page 363

1    staff set up?
2         A.  There's a director of nursing
3    that every nursing home has to have.
4    They have to be an RN.  There was an
5    assistant director of nursing.  Pretty
6    sure that person had to be an RN also.
7         Q.  Okay.
8         A.  Then there was the -- there
9    were -- there was a wound nurse.  There
10   was what they call a restorative nurse.
11   I'm trying to think if there's anyone
12   else specifically that had a
13   designation.  Then there were RNs and
14   LPNs.
15        Q.  What's a restorative nurse?
16        A.  A restorative nurse is
17   someone who, from what I remember and
18   what I gleaned, is someone that helps
19   people with swallowing problems.
20        Q.  All right.  How many RNs
21   would you say you had?
22        A.  In one time period?
23        Q.  Yeah, in the last half of
24   2020.  In September of 2020.
25        A.  I am not positive.  I don't

---

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Page 364

1  know for sure.  Three I think.  The
2  pandemic made a huge impact.
3          Q.  Okay.  How many LPNs?
4          A.  I am not sure.  As employees
5  -- there were some LPNs, some RNs.  As
6  long as the staffing was -- everything
7  fell into place with staffing numbers
8  and the requirements.
9          Q.  Okay.  If somebody needs to
10  get fresh linens for a resident, whose
11  job is that?
12          A.  I believe it's housekeeping
13  changed the beds during the day as far
14  as I know.
15          Q.  So it would be the
16  housekeeping staff's job to get fresh
17  linens?
18          A.  Yes, as far as I know.
19          Q.  Whose job would it be to --
20  if a resident needed ointment for a --
21  yeah -- injury or rash or something like
22  that, whose job is it to go get
23  ointment for the resident?
24          A.  I would think that would
25  have to be  a nurse, but because -- I

Page 365

1  would think it would have to be a
2  nurse, but I don't know that for
3  certain.
4          Q.  It's someone's job, though,
5  right?
6          A.  Yes.
7          Q.  Is it --
8          A.  Sorry.  Go ahead.
9          Q.  Is it someone's job to
10  assist residents who need help using the
11  bathroom?
12          A.  I'm sorry.  Whose job?
13          Q.  Is it anyone's job?
14          A.  It's -- it's the staff's
15  job.
16          Q.  Whose?
17          A.  I don't know specifically.
18  I would think a nurse's aide or a
19  nurse.
20          Q.  Okay.  Did you take any
21  steps to increase profit at the nursing
22  home when you took over?
23          A.  I'm not sure what you mean
24  by that.  Steps to increase profit?
25          Q.  Uh-huh.

Page 366

1          A.  Can you be more specific?
2          Q.  Well, frequently if a
3  business wants to increase profits they
4  will take action such as finding lower
5  cost suppliers or charging higher
6  rates.
7          I mean, you're a business owner.
8  You know how to turn a profit, right?
9          A.  So which one of those did
10  you want to --
11          Q.  I want to know if you took
12  any steps to increase profits at East
13  Park.
14          A.  To increase profits?  We
15  tried to maintain costs that were
16  reasonable.
17          Q.  Okay.  That wasn't the
18  question, though.
19          A.  Increase profits?
20          Q.  Yeah.
21          A.  I mean, we charged residents
22  -- well, Medicaid paid for most of the
23  residents.
24          Q.  Right.
25          A.  So we couldn't -- so that

Page 367

1  spoke for itself.  So increase profits?
2  Well, if there were suppliers that were
3  less expensive than -- and I don't know
4  this off the -- for sure for any
5  specific aspect of it.  If we get
6  certain supplies less from someone than
7  someone else, yeah.
8          Q.  Okay.  Tell me about some
9  examples of that happening.
10          A.  I'm not sure what you mean
11  examples of it happening.  When things
12  were needed sometimes they would be
13  bought from Amazon because it's cheaper.
14          Q.  For instance?
15          A.  Things that were needed at
16  the facility.  Wheelchairs, desk chairs.
17  Well, masks were a huge thing.  That
18  was a hard find at one point.  Gloves,
19  things like that.
20          Q.  Anything else?
21          A.  I mean, it would depend on
22  what came up.
23          Q.  Okay.  All right.  What
24  other steps did you take to increase
25  profits?

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume II**                    7/5/2023

---

Page 368

1      **A.** I can't specifically say
2  what.  So I mean, you know --
3      **Q.** Did you reduce employees from
4  full-time to part-time?
5      **A.** Not that I know of, no.
6  Because staffing of the -- the nursing
7  staff had to meet certain requirements.
8      **Q.** Okay.
9      **A.** So that wasn't fiddled with
10  if it could be helped because you always
11  had the certain staffing requirement.
12      **Q.** Okay.  Did you ever ask Sara
13  Thurmer to take any steps to keep an
14  eye on profits?
15      **A.** Not profits, no, because it
16  wasn't Sara's job to keep an eye on
17  profits.
18      **Q.** Okay.  Did you ask her to
19  keep costs down?
20      **A.** Not that I remember.
21      **Q.** Did you ask her to look for
22  lower cost suppliers?
23      **A.** No.
24      **Q.** Did you ask her to look for
25  lower cost workers?

---

Page 369

1      **A.** No.
2      **Q.** Did you shift from using
3  full-time nurses to contract nurses?
4      **A.** The reason that would have
5  happened was because the nurses quit.
6      **Q.** Okay.  Did that happen?
7      **A.** Did we use agency nurses
8  instead of employee nurses?  Only when
9  we couldn't have someone hired in time
10  and a nurse quit.  Agency nurses were
11  used when people called off and we had
12  to meet the staffing numbers.  Agency
13  nurses are more expensive than
14  employees.
15      **Q.** How much more expensive?
16      **A.** Before the pandemic, it was
17  more expensive.  After the pandemic, I
18  can't give you the exact number, but I
19  would say three times more.
20      **Q.** Three times more expensive
21  after the pandemic?
22      **A.** Yeah.
23      **Q.** What is causing that price
24  differential?
25      **A.** What caused that was the

---

Page 370

1  pandemic.  Nurses -- the staffing
2  agencies, the agencies started offering
3  nurses a lot of money to come and work
4  for them.  So the same nurse that would
5  work at a facility one week would go to
6  the agency and come back into her old
7  nursing home making more money, a lot
8  more money, and the agency would make
9  money.
10      So the agency -- you don't want
11  to use agencies if you don't have to
12  because they're more expensive.
13      And the pandemic -- I think
14  there's a few stories on this about what
15  it did to the nursing shortage.  A lot
16  of nurses went to these agencies or they
17  just quit.
18      **Q.** All right.  Were there any
19  services  you stopped providing?
20      **A.** Not that I can think of.
21  Services? Like what kind of services?
22      **Q.** I mean, you provided a whole
23  host of services to your residents,
24  right?
25      **A.** Well, the services that were

---

Page 371

1  required to be provided we provided.
2  Activities was limited with the pandemic
3  the first few months.  Every resident
4  was confined to their room.  There was
5  no communal activities and no communal
6  dining.  They had to be in their room
7  with their roommate, you know.
8      **Q.** But after you took over
9  ownership of East Park, did you take any
10  steps to reduce services that were
11  offered?
12      **A.** Not that I can think of.
13      **Q.** Okay.
14      **A.** Can I say something else
15  about the staffing?
16      **Q.** Sure.
17      **A.** Also in our staffing, nurse's
18  aides, the required number of nurse's
19  aides -- the aide that provided showers
20  was not mandated by the government.
21  East Park did that as a service. And in
22  the event -- they were still qualified
23  aides.  In the event that it was
24  needed, if someone called off, then that
25  shower aide would be pulled.  But that

---

Cefaratti Group
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Page 372**

1  minimum staffing requirement were always
2  met.
3      Q. Okay. So after East Park
4  found the camera in Ms. Mandanici's
5  room, you reached out to an attorney to
6  talk about that camera, correct?
7      A. Yes.
8      Q. When was that?
9      A. I believe with -- right
10 around when it happened. When it was
11 found?
12     Q. So March of 2020?
13     A. Yes.
14     Q. What did that attorney tell
15 you?
16     MR. OCKERMAN: Objection.
17     THE WITNESS: It's in my email.
18     MR. BARDWELL: I assume we're
19 talking about privilege?
20     MR. OCKERMAN: Yes.
21     Q. All right. Now, Laura, you
22 disclosed to the prosecutor the contents
23 of that conversation, didn't you?
24     A. Yes.
25     Q. So that conversation is not

**Page 373**

1  privileged anymore, is it?
2      MR. OCKERMAN: Objection.
3      You can ask her what she told
4  the prosecutor. But I'm not going to
5  let you get into anything beyond what
6  she told the prosecutor.
7      Q. What did you tell the
8  prosecutor?
9      A. I told the prosecutor that
10 the advice was that it was not illegal.
11     Q. So having learned that, did
12 you promptly return that camera and
13 memory card to Gina?
14     A. No.
15     Q. Why not?
16     A. Well, because --
17     MR. OCKERMAN: I think this has
18 been asked and answered two days ago.
19     But go ahead. Go ahead.
20     A. Because we didn't know
21 whether there was a roommate present at
22 any time the camera was there and we
23 didn't know how long the camera had been
24 there. That's why.
25     Q. All right. So you've talked

**Page 374**

1  a lot about your concern that Gina
2  Criscione was inflicting mental distress
3  on Sara Thurmer.
4      Do you think that your pursuit of
5  criminal charges against her inflicted
6  mental distress on Gina Criscione?
7      MR. OCKERMAN: Objection.
8      A. I don't know.
9      Q. What do you think?
10     MR. OCKERMAN: Objection; asked
11 and answered.
12     Go ahead.
13     A. I don't know if it did.
14     Q. Well, I mean I feel like
15 last time we were here you were able to
16 do quite a bit of inference and
17 speculation about Sara Thurmer's mental
18 state and how things would effect her.
19     I'm wondering if you can marshal
20 that same empathy towards Gina
21 Criscione?
22     MR. OCKERMAN: Objection; asked
23 and answered.
24     A. What's the question?
25     Q. Do you think pursuing these

**Page 375**

1  criminal charges against Gina Criscione
2  caused her mental distress?
3      MR. OCKERMAN: Objection; asked
4  and answered.
5      A. I don't believe they did.
6      Q. What do you believe?
7      A. I don't believe they did.
8      Q. Looking back on how this
9  whole escapade unfolded are you happy
10 with how this affected Gina?
11     MR. OCKERMAN: Objection to the
12 characterization.
13     Go ahead. Go ahead.
14     A. Am I happy with it? I
15 wasn't happy to have to do it in the
16 first place.
17     Q. Are you happy with how East
18 Park handled it?
19     A. It was handled the way that
20 it needed to be handled at the time.
21     Q. Are you proud of the way you
22 handled it?
23     MR. OCKERMAN: Objection.
24     A. No, I'm not proud of it. I
25 did what I thought was necessary.

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Laura DiVincenzo - Volume II**                    7/5/2023

---

**Page 376**

1    **Q.** Why aren't you proud of the
2  way you handled it?
3       **A.** Because I don't think that
4  way.
5       **Q.** What do you mean?
6       **A.** I'm not proud of it.  I did
7  what I thought was necessary to protect
8  the employees and the residents.
9       **Q.** You don't think that's
10  something to be proud of, protecting
11  your employees and residents?
12      **A.** It's not the way I look at
13  it.
14      **Q.** If you could go back and
15  talk to Laura in 2020, would you tell
16  her to change how she's acting?
17      MR. OCKERMAN:  I'm sorry?
18  Objection.
19      Go ahead.
20      **A.** That's just speculative.  I
21  don't even know what -- you know.
22      **Q.** If you found yourself in the
23  exact same position today, would you
24  conduct yourself the same way?
25      **A.** I don't know.

---

**Page 377**

1       MR. OCKERMAN:  Objection.
2       **A.** I don't know.
3       **Q.** You can't think of any
4  changes you would make?
5       **A.** I don't usually do Monday
6  morning quarterbacking, so -- I did what
7  I did at the time for a certain reason.
8       **Q.** Did you get the results you
9  wanted?
10      MR. OCKERMAN:  Objection.
11      **A.** The results I wanted were
12  for the police to pursue it and the
13  prosecutor if it went that far.  That's
14  what I wanted.
15      **Q.** Okay.  And the police did
16  pursue it, right?
17      **A.** Yes.
18      **Q.** And the prosecutor as well?
19      **A.** Yes.
20      **Q.** So you did get what you
21  wanted?
22      **A.** I wanted them to pursue it.
23  What the outcome was, was not up to me.
24      **Q.** You just wanted them to
25  pursue it?

---

**Page 378**

1       **A.** Yes.
2       **Q.** Okay.
3       MR. BARDWELL:  Anything else,
4  Bill?
5       MR. CARLIN:  No.
6       MR. OCKERMAN:  Laura, you have
7  the right to review this transcript or
8  waive that right.  I would suggest you
9  tell her you'll review it.
10      THE WITNESS:  Yes, I'll review
11  it.
12          - - - - -
13  .
14  .
15  .
16  .
17  .
18  .
19  .
20  .
21  .
22  .
23  .
24  .
25  .

---

**Page 379**

1   CEFARATTI GROUP FILE NO. 23488
2   CASE CAPTION: GINA CRISCIONE, ET AL.
3     VS. LAURA DIVINCENZO, ET AL.
4   DEPONENT: LAURA DIVINCENZO - VOLUME II
5   DEPOSITION DATE: JULY 5, 2023
6       _____
7          (SIGN HERE)
8   The State of Ohio,     )
9   County of Cuyahoga.     )  SS:
10     Before me, a Notary Public in and
11  for said County and State, personally
12  appeared LAURA DIVINCENZO, who
13  acknowledged that he/she did read
14  his/her transcript in the above-
15  captioned matter, listed any necessary
16  corrections on the accompanying errata
17  sheet, and did sign the foregoing sworn
18  statement and that the same is his/her
19  free act and deed.
20     IN TESTIMONY WHEREOF, I have
21  hereunto affixed my name and official
22  seal at _____ , this _____
23  day of _____ , A.D. 2023.
24  _____  _____
25  Notary Public       Commission Expires

---

**Page 380**

| 1 | ERRATA SHEET |
| 2 | PAGE LINE          CORRECTION AND REASON |
| 3 | . |
| 4 | . |
| 5 | . |
| 6 | . |
| 7 | . |
| 8 | . |
| 9 | . |
| 10 | . |
| 11 | . |
| 12 | . |
| 13 | . |
| 14 | . |
| 15 | . |
| 16 | . |
| 17 | . |
| 18 | . |
| 19 | . |
| 20 | . |
| 21 | . |
| 22 | . |
| 23 | . |
| 24 | . |
| 25 | . |

**Page 382**

| 1 | I am not, nor is the court |
| 2 | reporting firm with which I am |
| 3 | affiliated, under a contract as defined |
| 4 | in Civil Rule 28 (D). |
| 5 | IN WITNESS WHEREOF, I have |
| 6 | hereunto set my hand this _____ day of |
| 7 | _____ , 2023. |
| 8 | . |
| 9 | . |
| 10 | . |
| 11 | . |
| 12 | _____ |
| 13 | Margaret Elmo, Notary Public |
| 14 | within and for the State of Ohio |
| 15 | . |
| 16 | . |
| 17 | . |
| 18 | My commission expires |
| 19 | November 27, 2027. |
| 20 | . |
| 21 | . |
| 22 | . |
| 23 | . |
| 24 | . |
| 25 | . |

**Page 381**

| 1 | CERTIFICATE |
| 2 | . |
| 3 | State of Ohio,     )    SS.: |
| 4 | County of Cuyahoga. ) |
| 5 | I, Margaret Elmo, a Notary Public |
| 6 | within and for the State of Ohio, duly |
| 7 | commissioned and qualified, do hereby |
| 8 | certify that the within named witness, |
| 9 | was duly sworn to testify the truth, the |
| 10 | whole truth and nothing but the truth in |
| 11 | the cause aforesaid; that the testimony |
| 12 | then given by the witness was by me |
| 13 | reduced to stenotypy in the presence of |
| 14 | said witness; afterwards transcribed, |
| 15 | and that the foregoing is a true and |
| 16 | correct transcription of the testimony |
| 17 | so given by the witness. |
| 18 | I do further certify that this |
| 19 | deposition was taken at the time and |
| 20 | place in the foregoing caption |
| 21 | specified. |
| 22 | I do further certify that I am |
| 23 | not a relative, counsel or attorney for |
| 24 | either party, or otherwise interested in |
| 25 | the event of this action. |

**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308  -  330.253.8119

## A

**A.D** 379:23
**a.m** 362:16
**ability** 335:18
**able** 352:22
  374:15
**above-** 379:14
**Absolutely**
  338:14
**accepted** 323:16
  323:22
**access** 330:17
  331:9
**accompanying**
  379:16
**account** 348:21
  348:22,24 349:1
  349:6
**accounts** 349:12
**acknowledged**
  379:13
**act** 379:19
**acting** 376:16
**action** 366:4
  381:25
**actions** 329:12
**activities** 341:20
  359:22 361:11
  371:2,5
**activity** 361:9
**address** 332:3
  349:7
**addressed** 324:4
**addresses** 332:11
**administrator**
  360:2
**Admissions**
  318:9
**admit** 319:8
**advice** 373:10
**affiliated** 382:3
**affixed** 379:21
**aforesaid** 381:11
**age** 317:1
**agencies** 339:23

339:25 340:6
370:2,2,11,16
**agency** 348:1
369:7,10,12
370:6,8,10
**ago** 330:18
337:11 373:18
**agree** 318:22
319:2 324:5
326:22
**ahead** 320:18
321:1,17 322:19
323:1 325:25
327:18 329:23
347:24 365:8
373:19,19
374:12 375:13
375:13 376:19
**aide** 365:18
371:19,25
**aides** 348:1
359:24 371:18
371:19,23
**Akron** 316:21
**al** 315:6,9 379:2,3
**alive** 354:6
**allowed** 332:11
332:12
**allows** 346:5
**Amazon** 367:13
**amount** 354:11
357:23,25
**answer** 320:18
321:2 322:1
325:2,16,18
334:6 335:22
**answered** 320:25
321:10 322:22
325:24 328:3
329:22 373:18
374:11,23 375:4
**answering** 321:9
322:24
**answers** 345:19
**anybody** 347:9
**anybody's** 333:21

**anymore** 331:22
335:14 373:1
**anyone's** 328:10
328:13 365:13
**app** 346:1
**APPEARANC...**
316:1
**appeared** 323:5
379:12
**applications**
336:22,25
**Approximately**
359:8
**April** 330:10
**Arbor** 341:13
**arguments**
353:24
**asked** 319:8
320:24 325:23
328:2 329:21
333:20 335:7
348:1 349:19
354:10,12
356:15,16
373:18 374:10
374:22 375:3
**asking** 321:6
322:2 323:15,19
323:21,22,23
333:6 334:8,10
342:15 350:2
**asks** 330:8
**aspect** 367:5
**assist** 337:8
365:10
**assistant** 363:5
**assume** 341:15
362:2 372:18
**attachment**
330:10
**attorney** 372:5,14
381:23
**authorities**
320:11 322:16
**available** 317:12
318:18 327:14

327:23 346:13
**aware** 332:24
333:11,15
349:22 350:2,3
353:1,18

## B

**back** 317:8,20
330:2 337:3,24
340:12 370:6
375:8 376:14
**backed** 331:18
**bad** 329:8
**bank** 337:21
341:25
**banks** 338:24
**Bardwell** 316:5
317:23 318:2,12
318:17 321:11
322:24 334:5,9
334:16 357:15
372:18 378:3
**bathroom** 365:11
**beds** 364:13
**behalf** 316:3,10
316:17 325:8,9
**belief** 320:7
**believe** 319:22
320:19,22
321:18 322:5,10
324:8 328:6
330:14,24
343:23,25 344:3
344:8,9 347:4
348:18 349:5
350:25 351:8
352:20 354:22
354:23 355:21
356:6,14 357:7
357:14,20 362:5
364:12 372:9
375:5,6,7
**believed** 320:10
320:15 321:4,6
321:15,22
322:13,18,21

**benefit** 329:11,14
**beyond** 353:1
373:5
**Bill** 378:4
**bit** 374:16
**bought** 367:13
**Boulevard**
315:18 316:13
**break** 357:16
**Brian** 316:5
**brian.bardwell...**
316:9
**Brook** 325:5
326:23 348:8
**brought** 318:13
**business** 336:18
336:20 341:15
341:18 345:4
350:18 351:2,13
352:16,18 366:3
366:7
**BY-MR.BARD...**
317:7

## C

**C-O-U-R-Y**
343:12
**call** 332:2,3 346:3
363:10
**called** 317:2
340:11 341:10
341:13 345:24
356:7 357:3
369:11 371:24
**calling** 354:17
**camera** 372:4,6
373:12,22,23
**Campbell** 316:18
**capacity** 357:8
**caption** 379:2
381:20
**captioned** 379:15
**card** 373:13
**care** 346:7 358:12
**Carlin** 315:17,17
316:11,11,12



Case: 1:24-cv-01446-PAB  Doc #: 40-1  Filed: 01/09/26  135 of 443.  PageID #: 1827
**Laura DiVincenzo - Volume II**                    7/5/2023

Page 384

318:15,19 378:5
**case** 315:7 319:25
333:7 379:2
**cases** 355:18
**cash** 351:5
**cause** 347:15,18
381:11
**caused** 369:25
375:2
**causing** 319:13
319:18 328:21
369:23
**CEFARATTI**
379:1
**certain** 354:11
358:1,24 361:23
365:3 367:6
368:7,11 377:7
**CERTIFICATE**
381:1
**certified** 317:5
**certify** 381:8,18
381:22
**Chagrin** 315:18
316:13
**chairs** 367:16
**change** 376:16
**changed** 364:13
**changes** 358:5,8
358:22 377:4
**characterization**
375:12
**charged** 366:21
**charges** 374:5
375:1
**charging** 366:5
**cheaper** 367:13
**check** 349:15
**Civil** 317:3 382:4
**cleaning** 340:20
**clear** 354:25
**Cleveland** 316:7
**come** 340:20,23
344:18 354:18
362:8 370:3,6
**coming** 355:2,3

**comments** 328:20
**commission**
379:25 382:18
**commissioned**
381:7
**committed** 320:8
320:15,23
321:19 322:11
**committing**
319:20 320:2
**COMMON**
315:3
**communal** 371:5
371:5
**communicating**
332:18
**communication**
322:12 330:19
**communications**
325:3 330:23
331:6 348:8
**companies**
339:10,22
340:19,22 341:4
**company** 331:11
332:23 333:11
333:14 339:16
339:17,19,20
343:15,17 345:7
358:13,16
**complete** 344:15
**completing** 342:9
**complied** 359:3
**concern** 374:1
**concerned**
328:16,24
329:19
**concerns** 328:10
**conduct** 323:5
376:24
**confined** 371:4
**confirmed**
322:15
**connection** 333:1
338:10
**considered**

324:20
**constantly**
353:23
**contents** 372:22
**context** 326:9,13
335:4
**CONTINUED**
315:12
**contract** 339:10
339:14 369:3
382:3
**contractors**
339:24 340:25
**control** 331:14
**conversation**
372:23,25
**copies** 317:24
**corporation**
350:7
**correct** 341:16
348:8 372:6
381:16
**CORRECTION**
380:2
**corrections**
379:16
**cost** 366:5 368:22
368:25
**costs** 366:15
368:19
**counsel** 381:23
**count** 353:15
**County** 315:4
379:9,11 381:4
**couple** 355:22
**court** 315:3,21
317:22 382:1
**Coury** 343:9,11
343:13 344:2,5
**cover** 352:22
**Covid** 346:20
**crime** 326:12,15
**criminal** 323:6
357:13 374:5
375:1
**Criscione** 315:6

322:11 326:25
327:6,16 328:1
374:2,6,21
375:1 379:2
**criteria** 358:24
**customers** 339:12
**Cuyahoga** 315:4
379:9 381:4

_____

**D**

**D** 316:5 382:4
**DATE** 379:5
**day** 331:17
341:11 360:19
361:19,20 362:6
364:13 379:23
382:6
**days** 330:18
361:21,23
373:18
**debts** 349:23,24
350:6,7
**decision** 323:15
**deed** 379:19
**Defendants**
315:10 316:17
**defined** 382:3
**definition** 326:2
326:22
**demand** 332:25
334:1,3,19,23
**denied** 319:10
**depend** 367:21
**depended** 340:1
**depending**
360:17
**DEPONENT**
379:4
**deposed** 317:5
**deposition**
315:12 317:13
334:17 379:5
381:19
**designated** 325:8
**designation**
363:13

**desk** 367:16
**died** 356:11
**different** 341:4,6
**differential**
369:24
**dining** 371:6
**director** 361:12
361:13 363:2,5
**disclosed** 372:22
**dispute** 327:15
327:20
**distress** 319:13
319:19 328:22
329:17,25 374:2
374:6 375:2
**DiVincenzo**
315:9,12 317:1
317:6 348:7
379:3,4,12
**document** 341:11
**documentation**
339:4
**dog** 353:21
355:20 356:1,17
**dogs** 356:4
**doing** 318:21
361:8
**dollars** 358:2
**domain** 332:2
**Dorothy** 340:12
**duly** 317:4 381:6
381:9
**Duncan** 357:4
**duty** 361:25

_____

**E**

**East** 317:12
318:9 324:16,24
325:2,4,8
327:14 328:25
329:3,11 330:12
331:21 332:24
336:9,14,25
337:8 338:1,10
339:10 341:14
342:20 343:3,21


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308 - 330.253.8119

Case: 1:24-cv-01446-PAB  Doc #: 40-1  Filed: 01/09/26  136 of 443.  PageID #: 1828
**Laura DiVincenzo - Volume II**                    7/5/2023

Page 385

344:19 345:8,9
345:19,20
346:23 348:2,15
348:16,21,22
349:23 352:21
353:10,20
356:21 357:18
359:16 360:5,8
360:11 366:12
371:9,21 372:3
375:17
**effect** 321:23
374:18
**effort** 336:4
**either** 362:13
381:24
**Elmo** 315:21
381:5 382:13
**email** 332:3,10,19
348:6,7,12,18
348:24 349:1,11
349:17 372:17
**emailing** 317:24
**emails** 330:9,13
330:17,25 331:2
331:10,10,14,18
331:25 333:17
333:22 335:4,8
335:12,17
348:13 349:4
**Embassy** 316:20
**Emily** 318:1
**empathy** 374:20
**employed** 331:21
**employee** 324:16
324:18,24 369:8
**employees** 325:4
325:5 346:23,25
346:25 347:3,13
359:5,10,16,17
360:6,9 364:4
368:3 369:14
376:8,11
**encrypted** 346:1
**errata** 379:16
380:1

**escapade** 375:9
**Esq** 316:5,12,19
**estimate** 342:24
**et** 315:6,9 379:2,3
**event** 333:10
371:22,23
381:25
**events** 328:8
**eventually** 355:4
356:12
**everybody**
360:18 361:20
**evidence** 327:12
327:13,23,24
333:7
**exact** 338:4
357:22 358:3
369:18 376:23
**exactly** 337:6
343:24 350:22
351:17 359:13
**examination**
317:2,6
**examples** 367:9
367:11
**exclusive** 344:24
**exhausted** 317:16
**Exhibit** 317:18
318:8 330:3
345:18
**existence** 333:15
**existing** 332:10
336:20 350:24
**expenses** 350:12
352:19,22 353:2
**expensive** 367:3
369:13,15,17,20
370:12
**experiencing**
329:18
**expires** 379:25
382:18
**explain** 332:8,9
361:25
**extent** 328:23
**eye** 368:14,16

### F

**facility** 354:5,21
356:11 367:16
370:5
**fact** 358:3
**familiar** 326:3
**far** 319:23 338:8
364:13,18
377:13
**federal** 359:3
**feel** 374:14
**fell** 319:23 364:7
**fiddled** 368:9
**field** 330:10
**FILE** 379:1
**financial** 339:6
341:19
**find** 339:3 346:12
367:18
**finding** 366:4
**finish** 322:25
**fire** 347:17
**fired** 346:23
347:1,3
**firm** 382:2
**first** 317:4 330:16
331:1 355:25
371:3 375:16
**flow** 352:24
**focus** 330:1
**folded** 339:18
**following** 330:9
**follows** 317:5
**foregoing** 379:17
381:15,20
**forever** 355:10
**forward** 330:11
**found** 372:4,11
376:22
**four** 352:11
**framework** 335:5
**free** 379:19
**frequently** 366:2
**fresh** 364:10,16
**friend** 351:1,9

**friends** 354:19
**full** 344:15
**full-time** 360:6
368:4 369:3
**further** 317:10
381:18,22

### G

**gather** 317:10
**gathered** 342:2
**generally** 348:21
**gentleman** 356:9
**getting** 342:16
**Gina** 315:6
319:10,18,20
320:2 322:10
324:7 325:21
326:20,24 327:5
327:16 328:1
356:22 357:1
373:13 374:1,6
374:20 375:1,10
379:2
**give** 321:1 359:14
369:18
**given** 381:12,17
**gleaned** 363:18
**Gloves** 367:18
**Gmail** 349:5
**gmail.com** 349:9
**go** 319:6 320:18
321:1,17 322:19
323:1 325:25
327:18 329:23
347:24 355:9,12
364:22 365:8
370:5 373:19,19
374:12 375:13
375:13 376:14
376:19
**going** 321:25
322:8 334:16
342:6 373:4
**good** 329:8
356:20 361:25
**gotten** 342:10

**government**
371:20
**great** 318:18
345:18
**grounds** 347:12
347:15
**GROUP** 379:1
**guess** 347:19
**guidelines** 359:4
**guy** 355:1

### H

**half** 343:23,24
349:22 352:6
353:2 363:23
**hand** 382:6
**Handing** 330:2
**handled** 375:18
375:19,20,22
376:2
**Hanna** 316:18
**happen** 369:6
**happened** 327:11
353:25 355:22
369:5 372:10
**happening** 327:2
353:16 367:9,11
**happy** 375:9,14
375:15,17
**harassing** 328:22
**harassment**
319:21 322:12
329:17,25 357:5
**hard** 367:18
**he/she** 379:13
**head** 339:8
340:18 347:10
360:3
**health** 346:6,7
358:12
**held** 349:23
**help** 362:1
365:10
**helped** 352:24
368:10
**helps** 363:18


**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com         fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Case: 1:24-cv-01446-PAB  Doc #: 40-1  Filed: 01/09/26  137 of 443.  PageID #: 1829
**Laura DiVincenzo - Volume II**                    7/5/2023

Page 386

**hereinafter** 317:4
**hereunto** 379:21
  382:6
**higher** 366:5
**hire** 339:9,15,21
  340:19,22
**hired** 369:9
**his/her** 379:14,18
**home** 358:6,9,14
  363:3 365:22
  370:7
**hoping** 329:10,14
**host** 370:23
**hours** 355:3
**housekeepers**
  361:6
**housekeeping**
  359:21 360:24
  361:2 364:12,16
**huge** 364:2
  367:17
**hundred** 359:12

_____
          **I**
**II** 315:13 379:4
**illegal** 373:10
**imagine** 336:3,16
  337:2 341:21
  350:9
**impact** 364:2
**incident** 354:2
**included** 360:19
**including** 330:9
**increase** 365:21
  365:24 366:3,12
  366:14,19 367:1
  367:24
**incriminate**
  319:10 324:7
  325:20 326:2,4
  326:17,22,24
  327:5,16 328:1
**incrimination**
  326:19
**independent**
  339:24 340:25

**indicate** 319:19
  320:1 327:25
**inference** 374:16
**inflicted** 374:5
**inflicting** 374:2
**information**
  317:11 346:6
**initial** 328:19
**injury** 364:21
**inspection** 330:4
  335:16
**instance** 341:5,7
  367:14
**instant** 345:21
**IntelyCare**
  340:12
**intended** 327:21
**interested** 381:24
**interests** 328:11
  328:14
**internally** 345:22
**interpretations**
  326:6
**interrogatories**
  345:20
**investigate**
  323:11,25
**investigated**
  324:2
**involve** 355:19
**involved** 323:8

_____
          **J**
**job** 354:14
  364:11,16,19,22
  365:4,9,12,13
  365:15 368:16
**Joseph** 351:10
**July** 315:14
  379:5

_____
          **K**
**keep** 368:13,16
  368:19
**keeping** 342:8,12
  342:16

**Kim** 343:9,13
  344:2,5,21,25
**kind** 339:5
  345:21 350:8
  370:21
**kinds** 339:14
  359:15,17
**kitchen** 359:18
  359:19 360:12
  360:15,17
**knew** 353:15
**know** 321:14
  323:14 327:8,20
  330:15 331:8,9
  332:1,7,8,14,20
  333:4 335:13,22
  335:23,25
  336:15 337:6,14
  337:19,21 338:8
  338:17,22 339:1
  339:7 340:13
  341:8 342:7,17
  342:22 346:2,22
  346:24 347:2,5
  347:25 348:3
  349:16,18
  350:10,17
  351:20 352:9
  353:14,21
  355:21 357:22
  357:24 359:7
  360:7,10,14,18
  360:20,25
  361:19 362:1,22
  364:1,14,18
  365:2,17 366:8
  366:11 367:3
  368:2,5 371:7
  373:20,23 374:8
  374:13 376:21
  376:21,25 377:2
**known** 317:11

_____
          **L**
**Langhenry**
  351:10

**large** 350:17
  361:5
**larger** 350:14
**Laura** 315:9,12
  317:1,6,8
  318:23,24 348:7
  348:21 357:18
  372:21 376:15
  378:6 379:3,4
  379:12
**Law** 316:4
**lawful** 317:1
**lawsuit** 333:12,15
**lawyer** 326:7
**LDV514@AO...**
  349:3
**LDV8992** 349:8
**learned** 373:11
**leave** 326:11
  354:11,12,13
  356:5,6
**ledgers** 341:15,18
**left** 318:13
  331:25 352:1
**legally** 358:24
**Let's** 319:6
  357:15
**letter** 333:4,9
  334:8
**levels** 358:22,23
  359:4
**liabilities** 353:1
**liability** 326:15
**limited** 357:7
  371:2
**LINE** 380:2
**linens** 364:10,17
**listed** 379:15
**LLC** 316:4
**loan** 336:22,24
  337:7,17,18
  350:25 351:2,4
  351:5,7,12,14
  352:15
**loans** 336:10
  338:9,16 350:18

**large** 350:20,24
**lockdown** 346:20
**lonely** 355:11
**long** 337:11
  342:5 346:18
  364:6 373:23
**look** 318:19
  326:11 330:5,22
  331:2 339:6
  348:10 368:21
  368:24 376:12
**looked** 330:18
**looking** 320:5
  375:8
**loss** 341:23
**lot** 340:6 370:3,7
  370:15 374:1
**lower** 366:4
  368:22,25
**LPNs** 363:14
  364:3,5

_____
          **M**
**main** 360:16
  361:1,22
**maintain** 366:15
**maintained**
  341:15,22
**maintenance**
  359:25
**making** 328:11
  370:7
**management**
  339:16,17,19
  343:15,17
  358:13,16
**Mandanici's**
  372:4
**mandated** 371:20
**March** 372:12
**Margaret** 315:21
  381:5 382:13
**married** 343:16
**marshal** 374:19
**masks** 367:17
**matter** 320:9


**CEFARATTI GROUP**
THE LITIGATION SUPPORT COMPANY

**1.800.694.4787**    **www.cefgroup.com**          **fax:** 216.687.0973
Cleveland:  4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Case: 1:24-cv-01446-PAB  Doc #: 40-1  Filed: 01/09/26  138 of 443.  PageID #: 1830
**Laura DiVincenzo - Volume II**                7/5/2023

Page 387

322:3,7 333:1
379:15
**mattered** 321:3
**matters** 321:5,22
**mean** 326:8,17
334:19,23
335:15 336:15
337:12 339:14
341:18 347:19
348:13 352:17
355:9 358:11
365:23 366:7,21
367:10,21 368:2
370:22 374:14
376:5
**means** 334:1
**meant** 319:9
324:7,9 326:24
327:5,15
**Medicaid** 366:22
**MedTunnel**
345:24,25 346:9
**meet** 358:25
368:7 369:12
**memory** 331:4,7
373:13
**menacing** 320:2,8
320:15,23
321:19 357:10
**mental** 319:13,18
328:21 329:25
374:2,6,17
375:2
**messages** 345:22
**met** 358:24 372:2
**Michael** 316:19
**Mike** 334:16
**million** 358:2
**mind** 327:21
**mine** 331:20
332:12 351:1
**minimum** 372:1
**misremembering**
331:16
**mockerman@h...**
316:23

**Monday** 377:5
**money** 370:3,7,8
370:9
**months** 331:23
331:23 371:3
**morning** 362:6
377:6
**Motion** 341:10

**N**

**name** 332:2 345:6
345:10 353:6
379:21
**named** 381:8
**names** 347:8
**necessarily**
329:24
**necessary** 375:25
376:7 379:15
**need** 328:14
333:24 365:10
**needed** 324:4
364:20 367:12
367:15 371:24
375:20
**needs** 364:9
**neighborhood**
353:20 356:8
**never** 331:7
358:7
**new** 331:13 332:6
333:14
**night** 362:6,8,10
**normal** 350:11
**Notary** 315:22
379:10,25 381:5
382:13
**notice** 317:13
**November**
382:19
**nuisance** 355:14
**number** 319:5
330:6 369:18
371:18
**numbers** 364:7
369:12

**nurse** 363:9,10
363:15,16
364:25 365:2,19
369:10 370:4
**nurse's** 359:24
365:18 371:17
371:18
**nurses** 359:24
362:19,22 369:3
369:3,5,7,8,10
369:13 370:1,3
370:16
**nursing** 339:22
358:6,9,14
362:24,25 363:2
363:3,5 365:21
368:6 370:7,15

**O**

**o'clock** 315:14
**Objection** 320:17
320:24 321:8,16
321:20 325:11
325:23 327:7,17
328:2 329:21
334:20 372:16
373:2 374:7,10
374:22 375:3,11
375:23 376:18
377:1,10
**occur** 333:19
335:3,3
**occurred** 338:4
**occurring** 328:8
**Ockerman**
316:19 317:21
317:25 320:17
320:24 321:8,16
321:20,25 322:6
322:19,22 323:1
325:11,23 327:7
327:17 328:2
329:21 334:2,7
334:14,20
372:16,20 373:2
373:17 374:7,10

374:22 375:3,11
375:23 376:17
377:1,10 378:6
**October** 334:13
**offered** 371:11
**offering** 370:2
**Offices** 315:25
**official** 379:21
**offing** 333:12
**Oh** 317:23
**Ohio** 315:4,19,22
316:7,14,21
317:3 379:8
381:3,6 382:14
**ointment** 364:20
364:23
**okay** 317:17
318:11 319:7,25
320:7,13,22
321:24 323:7
324:5,23 326:13
326:21 327:4,22
328:9,24 330:2
331:15,24
332:13,16,22
333:16,20
334:17 335:15
336:8,17,21
338:5,19,23
339:21 340:3,15
341:14,22 342:2
342:5,15 343:19
344:11 346:4,8
346:19,22
347:23 348:5,17
349:16 350:8
351:3,11,18
352:21,25 353:6
353:9,17,22
354:1,9 355:18
356:9,21 358:4
358:17,21 359:1
359:10,15,20
360:4 361:15
362:7,15 363:7
364:3,9 365:20

366:17 367:8,23
368:8,12,18
369:6 371:13
372:3 377:15
378:2
**old** 331:10,11
370:6
**ones** 326:9
330:19,20 336:2
340:3,14,16
355:16
**ongoing** 324:3
**operated** 358:6
358:10
**operating** 350:12
352:19,22 353:2
**organizationally**
362:25
**Originally**
342:21
**outcome** 377:23
**outstanding**
349:23,24
350:18 352:1,2
352:5,8
**Overall** 361:17
**owner** 332:6
343:4,21 344:15
366:7
**owners** 331:13
335:8,20
**ownership**
332:23 340:7
343:22 358:5
359:6 371:9

**P**

**p.m** 315:14
362:16
**page** 330:5 380:2
**paid** 338:9 352:4
366:22
**pandemic** 364:2
369:16,17,21
370:1,13 371:2
**park** 317:12


**CEFARATTI GROUP**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com        fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44113 - 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308 - 330.253.8119

318:9 324:16,24
325:2,4,5,9
326:23 327:14
329:3 330:12
331:21 332:24
336:9,14 337:1
337:9 338:1,11
339:10 341:14
342:20 343:3,21
344:19 345:8,9
345:20 346:23
348:2,8,15,16
348:21,22
349:23 352:21
353:11,20,21
356:21 357:19
359:16 360:5,8
360:11 366:13
371:9,21 372:3
375:18
**Park's** 328:25
329:11 345:19
**Parkway** 316:20
**part** 328:7 345:10
350:1 358:11
**part-time** 360:9
368:4
**party** 381:24
**passed** 354:4,7
355:11
**password** 346:12
**pay** 342:19
**paying** 352:10,13
**payments** 351:6
**people** 343:16
353:19 354:20
356:4,8 359:22
359:25 360:12
360:21,23 361:3
361:8,10,12,14
361:19 363:19
369:11
**Pepper** 315:19
316:14
**perform** 339:11
**period** 336:11

363:22
**person** 326:14
354:4,5,7
360:16 361:1
362:8 363:6
**personal** 349:1
**personally**
379:11
**Physical** 340:24
**Pike** 315:19
316:14
**place** 334:12
359:2,3 364:7
**price** 369:23
375:16 381:20
**Plaintiffs** 315:7
316:3,10
**plans** 336:18
**PLEAS** 315:3
**point** 327:24
344:14,23
345:23 352:11
367:18
**points** 339:24
**police** 319:9,16
319:18,20 320:1
323:7 324:6,11
325:22 326:24
330:23,25 331:3
331:6 332:18
354:24 355:19
356:7,15,25
377:12,15
**policies** 358:18
**position** 376:23
**positive** 338:7
344:9 363:25
**possibility** 335:12
**possible** 335:13
336:1
**posted** 356:24
**Powell** 316:18
**prepare** 336:17
336:21
**preparing** 336:9
336:13
**presence** 381:13

**present** 320:4
373:21
**presented** 323:20
**preservation**
332:25 334:1,3
334:19,23
**preserve** 333:6
333:17,21
**pretty** 329:8
363:5
**previously**
332:17
**price** 369:23
**privilege** 372:19
**privileged** 373:1
**probably** 337:18
339:5 341:24
342:1 359:9
**problem** 354:21
**problems** 363:19
**Procedure** 317:3
**procedures**
358:18
**process** 342:4
**produce** 330:8
342:3
**produced** 330:12
330:21
**professionals**
346:7
**profit** 341:22
357:19 365:21
365:24 366:8
**profits** 366:3,12
366:14,19 367:1
367:25 368:14
368:15,17
**program** 345:21
**programming**
361:9
**promptly** 373:12
**property** 353:11
356:13,18,22
357:1
**proportion**
343:21

**prosecutor**
330:20 372:22
373:4,6,8,9
377:13,18
**prosecutor's**
332:19
**protect** 376:7
**protected** 346:6
**protecting**
376:10
**proud** 375:21,24
376:1,6,10
**provide** 335:19
339:22
**provided** 317:2
331:19 339:11
345:10 370:22
371:1,1,19
**providing** 370:19
**Public** 315:22
379:10,25 381:5
382:13
**pull** 335:8
**pulled** 371:25
**purchase** 336:9
336:14,25 337:8
338:10 344:4
**purchased** 338:1
343:20 360:5
**purpose** 327:25
328:4 351:12,13
352:14
**purposes** 352:16
**pursue** 377:12,16
377:22,25
**pursuing** 374:25
**pursuit** 374:4

**Q**
**qualified** 371:22
381:7
**quarterbacking**
377:6
**question** 320:14
320:14 322:23
322:25 325:15

366:18 374:24
**questions** 318:5
325:3,16,18
334:6,11
**quit** 369:5,10
370:17
**quite** 374:16

**R**
**ran** 360:16
**rash** 364:21
**rates** 366:6
**reached** 372:5
**read** 321:12
379:13
**readily** 346:13
**reading** 322:14
323:4
**really** 329:1
334:24 349:6
**Realty** 345:8
**reason** 324:10
327:15,19 332:5
355:7 369:4
377:7 380:2
**reasonable**
366:16
**reasonably**
317:11
**recall** 332:16
**received** 332:24
333:2,4 348:13
**receptionist**
354:19 359:23
361:22,24 362:4
362:11,17,18
**receptionists**
354:14 361:16
**Recess** 357:17
**recollection**
337:3,15
**Record** 321:12
**records** 339:6
341:19 346:10
349:12
**reduce** 368:3



1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH 44103 · 216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH 44308 · 330.253.8119

Case: 1:24-cv-01446-PAB  Doc #: 40-1  Filed: 01/09/26  140 of 443.  PageID #: 1832
**Laura DiVincenzo - Volume II**                    7/5/2023

Page 389

371:10
**reduced** 381:13
**relative** 381:23
**relevant** 322:21
**remaining** 318:6
**remember**
  319:24 333:8
  336:16,19
  337:23 340:4,15
  342:22 345:9
  346:16,18 347:6
  347:8,12,14
  350:22,23
  351:16,23,25
  353:4 354:3
  355:16 363:17
  368:20
**Remind** 345:6
**repaying** 351:21
**repayment**
  351:19
**repeatedly** 355:4
  355:6
**report** 322:21
  323:2 327:1,5
  328:7,20
**reported** 354:23
**reporter** 315:21
  317:22
**reporting** 327:3
  327:10 382:2
**reports** 328:12,18
**representative**
  325:2
**reputation**
  328:17,21,25
  329:5,6,11,15
  329:20
**reputational**
  328:10,13
**request** 318:8
  330:3,6 331:20
  335:16
**requests** 346:10
**required** 358:25
  371:1,18

**requirement**
  368:11 372:1
**requirements**
  364:8 368:7
**resident** 364:10
  364:20,23 371:3
**residents** 365:10
  366:21,23
  370:23 376:8,11
**responsible** 337:5
**responsive**
  346:10 349:12
**restorative**
  363:10,15,16
**results** 377:8,11
**return** 348:2
  373:12
**review** 323:9
  378:7,9,10
**reviewed** 320:11
  327:13,22
**right** 324:12,24
  325:5 332:19,25
  333:13 335:21
  338:12,13 339:9
  341:20 343:1
  347:21 349:21
  352:12,25
  355:15 357:6,16
  363:20 365:5
  366:8,24 367:23
  370:18,24 372:9
  372:21 373:25
  377:16 378:7,8
**RN** 363:4,6
**RNs** 363:13,20
  364:5
**room** 371:4,6
  372:5
**roommate** 371:7
  373:21
**rough** 342:23
**roughly** 357:24
**Rule** 382:4
**Rules** 317:3
**run** 318:16

352:18 358:15

---
**S**
---

**sale** 334:4 344:22
  352:4
**Sara** 318:10
  319:1,3,13,17
  319:18 324:6,10
  324:15,17,18
  325:9,20 327:1
  327:20 329:17
  331:5,21 332:17
  335:16 349:17
  354:23,23
  368:12 374:3,17
**Sara's** 324:13
  326:23 327:25
  328:17,20
  329:15 331:10
  333:17 368:16
**saved** 332:6,7
**seal** 379:22
**searched** 346:8
  348:5,6,25
  349:11,17
**second** 322:6
  330:5
**see** 320:11 322:14
  346:9
**seeking** 329:16
**self** 326:9
**send** 345:21
  346:5
**sense** 320:5
**sent** 334:7,21
  335:15
**September** 353:9
  363:24
**sergeant** 320:6
**served** 330:4
**service** 371:21
**services** 339:11
  339:22 370:19
  370:21,21,23,25
  371:10
**set** 363:1 382:6

**seven** 361:21,23
**Sgt** 357:4
**shareholder**
  343:2,9 344:24
  345:16
**shareholders**
  343:6,8
**shares** 344:5,12
  344:18,21
**sheet** 379:17
  380:1
**shift** 369:2
**short** 357:15
**shortage** 370:15
**show** 354:7
**showed** 341:11
**shower** 371:25
**showers** 371:19
**side** 326:20
**sign** 379:7,17
**signs** 356:24
**situation** 320:10
  324:1,20
**social** 360:1
**sold** 331:22
  334:12 345:1,5
  345:7,15 346:14
  357:18 358:11
  359:11 360:8,11
**sole** 345:16
**somebody** 355:25
  364:9
**someone's** 365:4
  365:9
**sorry** 318:25
  319:14 325:6
  334:2 341:2
  365:8,12 376:17
**sounds** 348:23
**Sovereign** 358:12
**speak** 324:21
  325:13,14
**speaking** 336:12
  340:2
**specific** 328:15
  337:15 339:13

346:24 347:14
350:16 366:1
367:5
**specifically**
  336:16 338:18
  338:22 339:2,7
  340:8,13 341:8
  346:17 347:6
  348:4 351:20
  353:5,15 355:17
  363:12 365:17
  368:1
**specifics** 337:19
**specified** 381:21
**speculation**
  374:17
**speculative**
  376:20
**Speech** 316:4
**spell** 343:11
**split** 344:2
**spoke** 367:1
**spoken** 320:6
**SS** 379:9 381:3
**stable** 361:6
**stack** 318:12
**staff** 353:24
  359:19 360:12
  363:1 368:7
**staff's** 364:16
  365:14
**staffing** 358:22
  358:23 359:4
  364:6,7 368:6
  368:11 369:12
  370:1 371:15,17
  372:1
**staggered** 361:22
**stalking** 320:3,8
  320:16,23
  321:19 354:13
  357:10
**start** 319:1
**started** 317:9
  354:13,17
  362:13 370:2



Case: 1:24-cv-01446-PAB  Doc #: 40-1  Filed: 01/09/26  141 of 443.  PageID #: 1833
**Laura DiVincenzo - Volume II**                    7/5/2023

Page 390

state 315:22
    374:18 379:8,11
    381:3,6 382:14
statement 326:23
    329:20 379:18
statements
    318:22 319:3,9
    324:6,8,11,14
    324:21 325:9,12
    325:13,17,21
    326:20 341:23
    341:25
statute 319:23
    322:14 357:5,10
    357:13
statutes 323:4
stay 356:12,18,22
    357:1
stenotypy 381:13
steps 317:10
    333:17 365:21
    365:24 366:12
    367:24 368:13
    371:10
stop 329:16
stopped 370:19
stories 370:14
straight 344:1
Street 316:6
subject 326:11,15
successor 335:7
    335:20
suggest 378:8
Suite 316:6,20
summer 333:3
supervisor
    360:16 361:1
suppliers 366:5
    367:2 368:22
supplies 367:6
suppose 337:10
    337:12 338:16
sure 332:21 338:3
    341:12 347:15
    347:16 350:5,6
    354:22 355:23

356:15 360:14
360:25 361:2
362:21,23 363:6
364:1,4 365:23
367:4,10 371:16
suspected 320:21
    321:14
swallowing
    363:19
sworn 317:4
    379:17 381:9

——————
**T**
take 317:10
    318:19 333:16
    334:17 336:10
    342:6 343:22
    351:14 357:15
    359:14 365:20
    366:4 367:24
    368:13 371:9
taken 315:14
    337:7 357:17
    381:19
talk 334:9 357:3
    357:12 372:6
    376:15
talked 357:4,9
    373:25
talking 348:19,20
    350:11 355:1
    361:4,5 372:19
telecommunica...
    319:21 357:5
telephone 322:11
tell 318:7 340:8
    340:10 351:3
    367:8 372:14
    373:7 376:15
    378:9
telling 322:17
    332:17
tells 321:13
terminated 347:7
    347:9
terminating

347:13
terms 351:19
testify 325:8
    381:9
testimony 379:20
    381:11,16
themself 325:12
therapy 340:24
    341:10
thing 367:17
things 335:4
    353:15 367:11
    367:15,19
    374:18
think 321:3,21
    322:2,7,20
    324:10 326:1,5
    326:18,19 327:1
    327:4 332:20
    333:2,25 334:24
    336:6 338:7
    340:11 341:9,17
    345:11 347:18
    348:9,11 349:14
    360:3,17 362:12
    363:11 364:1,24
    365:1,18 370:13
    370:20 371:12
    373:17 374:4,9
    374:25 376:3,9
    377:3
thinking 335:11
    361:17
thought 324:3
    331:15,16,17
    353:20 375:25
    376:7
threatening
    354:20 355:8
three 321:10
    360:20 361:13
    364:1 369:19,20
Thurmer 318:10
    319:3 335:16
    368:13 374:3
Thurmer's 324:6

374:17
time 321:17
    336:11 337:11
    343:18 344:25
    346:20 354:11
    355:2,25 363:22
    369:9 373:22
    374:15 375:20
    377:7 381:19
timeframe 340:5
times 321:10
    341:6 353:13
    354:15,16
    355:22 361:24
    369:19,20
timing 334:3
today 353:7
    376:23
told 319:12,14,16
    319:17 322:8
    331:18 339:18
    356:10 373:3,6
    373:9
top 339:8 340:17
    347:10 360:3
topics 317:13
transcribed
    381:14
transcript 378:7
    379:14
transcription
    381:16
transfer 344:11
transferred
    332:23 333:11
    344:6,20
treated 355:4
trespass 353:24
    354:16,18 355:5
trespassed
    353:10 355:25
trespasses 353:17
trespassing
    356:24
tried 366:15
true 321:15

381:15
truth 381:9,10,10
trying 319:19
    320:1,4 322:4
    325:20 363:11
turn 317:19
    330:5 357:19
    366:8
two 345:12
    361:13 373:18

——————
**U**
Uh-huh 328:5
    330:7 338:2
    352:3 356:2
    365:25
umbrella 358:15
understand
    325:7 329:7
    332:15 334:18
    334:22
understanding
    326:16
unfolded 375:9
use 326:7 341:1,3
    345:21 348:11
    349:4,6 369:7
    370:11
usually 355:24
    377:5

——————
**V**
value 338:21
various 326:6
Vendors 350:9
victim 324:17,20
    324:21
visit 354:15
visiting 356:10
VOLUME
    315:13 379:4
volunteer 361:14
vs 315:8 379:3

——————
**W**
W 316:6


**CEFARATTI Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787    www.cefgroup.com    fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron: 140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

**Wait** 322:6
**waive** 378:8
**walkers** 355:20
  356:1,17
**want** 321:14
  323:10,24
  366:10,11
  370:10
**wanted** 317:9
  320:10 322:14
  323:7,9,15,24
  324:1 377:9,11
  377:14,21,22,24
**wants** 366:3
**wasn't** 322:13,18
  323:13,17 329:8
  331:21 335:11
  354:20 355:8,13
  358:13 366:17
  368:9,16 375:15
**way** 320:5 328:7
  358:10,12,16
  361:25 375:19
  375:21 376:2,4
  376:12,24
**wcarlinesq@ao...**
  316:16
**we're** 322:8
  350:11 355:1
  372:18
**we've** 348:13
  352:13
**Wednesday**
  315:14
**week** 361:21
  370:5
**weekends** 360:20
**weird** 355:3
**Welcome** 317:8
**went** 370:16
  377:13
**weren't** 329:14
**Wheelchairs**
  367:16
**WHEREOF**
  379:20 382:5

**wife** 354:4,6
  355:10 356:11
**William** 316:12
**witness** 317:19
  334:10,12,15
  372:17 378:10
  381:8,12,14,17
  382:5
**wondering**
  374:19
**word** 326:4,8
**words** 330:10
**work** 318:2 370:3
  370:5
**worked** 343:14
  343:17 360:19
  361:21
**worker** 360:1
**workers** 368:25
**working** 355:13
  360:24 362:2
**works** 332:15
**wouldn't** 326:10
  356:6
**wound** 363:9

_____
**X**
_____
**Y**
_____
**yeah** 320:20
  325:14 344:15
  345:11 349:25
  350:4 352:13
  362:24 363:23
  364:21 366:20
  367:7 369:22
**year** 338:4 340:1
  345:13
**years** 329:4
  343:10 352:11
**yesterday** 318:14
_____
**Z**
_____
**0**
_____
**1**
_____

**1:00** 315:14
**100** 316:20 359:9
  359:13
**1265** 316:6
**151** 319:6
**17** 330:11 351:17
**1986** 358:10
_____
**2**
_____
**2005** 344:9
**2013** 339:18
**2015** 346:17
**2016** 351:17
**2020** 338:15
  349:22 350:1
  352:6 353:3,10
  363:24,24
  372:12 376:15
**2021** 333:4
  345:14,15
**2023** 315:14
  379:5,23 382:7
**2027** 382:19
**21** 334:15
**216** 316:8,15
**23-CV-976445**
  315:8
**23488** 379:1
**24/7** 362:3
**27** 382:19
**28** 382:4
**29325** 315:18
  316:13
_____
**3**
_____
**330** 316:22
**350,000** 351:8
**36** 329:4
**3737** 316:20
_____
**4**
_____
**4:00** 362:13
**400** 316:6
**44113** 316:7
**44122** 315:19
  316:14

**44333** 316:21
_____
**5**
_____
**5** 315:14 379:5
**5:00** 362:13
**50/50** 344:2
**577-1970** 316:8
**58** 317:18 318:1,7
  318:8
**59** 330:3
_____
**6**
_____
**6** 330:6
**60** 345:18
**670-7338** 316:22
**6th** 316:6
_____
**7**
_____
_____
**8**
_____
**8:00** 362:5,6,14
  362:15,16
**831-4935** 316:15
_____
**9**
_____
**90s** 338:7



**Cefaratti Group**
THE LITIGATION SUPPORT COMPANY

1.800.694.4787     www.cefgroup.com     fax: 216.687.0973
Cleveland: 4608 St. Clair Avenue, Cleveland, OH  44103  -  216.696.1161
Akron:  140 S. Main Street, Suite 1445, Akron, OH  44308  -  330.253.8119

Complaint # 20-077559

**BEREA MUNICIPAL COURT**
**BEREA, CUYAHOGA COUNTY, OHIO**

State of Ohio
/City of Brook Park

      v.

Gina Marie Criscione

6093 Creekside Dr.
Parma Heights, Ohio 44130

DOB 01/23/1956 SS#▓▓▓▓▓▓
Phone (440)503-4326

)
)
)
)
)
)
)
)
)

NO. _____

COMPLAINT BY INDIVIDUAL

    (Rule 4)
**FORM I**

Complainant being duly sworn states that Gina M. Criscione

at Brook Park, Cuyahoga County, Ohio on or about May 23rd, 2020 to present,

No person, through the use of any form of written communication or any electronic method of remotely transferring information shall post a message or use any intentionally written or verbal graphic gesture with purpose to cause mental distress;
To Wit:
Gina Criscione did knowingly engage in a pattern of conduct with purpose to cause mental distress by posting multiple negative messages to a website in regards to the Administrator of the East Park Nursing Home Care Center (Sara Thurmer) and trespassing on the property of the East Park Nursing Home

in violation of Menacing by Stalking, 2903.211 (A)2, M1

_____
Complainant : Sara Thurmer

6360 Elmdale Road
Brook Park, Ohio 44142

DOB 08/28/1958
▓▓▓▓▓▓▓▓

Sworn to and subscribed before me by *Sara Thurmer*
on   lu/.15/2020

GEORGE SAKELLAKIS
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.

_____
/ Judge / Clerk / Deputy Clerk /
Municipal Court
            or
_____
Notary Public, /Cuyahoga County /
State of Ohio /
commission expires _____,

PLAINTIFF'S
EXHIBIT

**1**
_____

SCANNED

Complaint # 20-077559

State of Ohio )  **BEREA MUNICIPAL COURT**

/City of Brook Park/ )  **CUYAHOGA COUNTY, OHIO**

vs. }  No. _____

)  WARRANT ON COMPLAINT

Gina Marie Criscione )  (Rule 4)

6093 Creekside Dr. )  **FORM VII**

Parma Heights, Ohio 44130 }

DOB 01/23/1956 SS# xxx-xx-8707

Phone (440)503-4326

TO Any Police Officer

A complaint, a copy of which is attached hereto, has been filed in this court charging
Gina Marie Criscione with Menacing by Stalking, 2903.211(A)2, a first degree misdemeanor.

You are ordered to arrest Gina Criscione and bring / him/her / before this court without unnecessary delay.
You may issue summons in lieu of arrest under Rule 4(A)(2) or issue summons after arrest under Rule 4 (
F) because Gina Marie Criscione is charged with a misdemeanor.

Special instructions to executing officer:

_____

Judge / Officer designated by Judge(s) /
/ Deputy Clerk /Municipal Court

SUMMONS ENDORSEMENT
*See NOTE: Use only in appropriate case*

This warrant was executed by issuing the following summons:

TO Gina Marie Criscione

You are hereby summoned and ordered to appear at 9:00 a.m. on October 29th, 2020.

Berea Municipal Court, 11 Berea Commons, Berea, Ohio 44017
If you fail to appear at the time and place stated above you may be arrested.

_____

Issuing Officer, Title
*See Rule 4(A)(2), Rule 4(F) and Return Forms*

NOTICE TO DEFENDANT: For information regarding your duty to appear call (440) 826-5862
The address of the Court is: 11 Berea Commons, Berea, Ohio 44017

X _____

Gina M. Criscione

CRISCIONE_000002

SCANNED

Complaint # 20-077559

**BEREA MUNICIPAL COURT**
**BEREA, CUYAHOGA COUNTY, OHIO**

State of Ohio
/City of Brook Park

   v.

Gina Marie Criscione

6093 Creekside Dr.
Parma Heights, Ohio 44130

DOB 01/23/1956 SS# ~~████████~~
Phone (440)503-4326

)
)
)
)
)
)
)
)
)

NO. _____

COMPLAINT BY INDIVIDUAL

(Rule 4)
**FORM  I**

    Complainant being duly sworn states that Gina M. Criscione

at Brook Park, Cuyahoga County, Ohio on or about May 23,2020 to present,

No person shall knowingly post a text or audio statement or an image on an internet web site or web page for the purpose of abusing, threatening, or harassing another person;
To Wit:
Gina Criscione did knowingly post several text and video/audio messages to a social media website with the purpose to harass and annoy Sara Thurmer

in violation of Telecommunications Harassment, 2917.21 B(2), M1

_____
Complainant : Sara Thurmer

6360 Elmdale Road
Brook Park, Ohio 44142

DOB 08/28/1958
~~████████████~~

   Sworn to and subscribed before me by *Sara Thurmer*

on *10/15/2020*

_____
/ Judge / Clerk / Deputy Clerk /
Municipal Court

         or

_____
Notary Public / Cuyahoga County /
State of Ohio /
My Commission expires _____,

**GEORGE SAKELLAKIS**
Attorney At Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 (

**PLAINTIFF'S EXHIBIT**

**2**

SCANNED

Complaint # 20-077559

State of Ohio ) **BEREA MUNICIPAL COURT**
/City of Brook Park/ ) **CUYAHOGA COUNTY, OHIO**
vs. } No. _____
) WARRANT ON COMPLAINT
Gina Marie Criscione ) (Rule 4)
6093 Creekside Dr. ) **FORM VII**
Parma Heights, Ohio 44130 }
DOB 01/23/1956 SS#
Phone (440)503-4326

TO Any Police Officer

A complaint, a copy of which is attached hereto, has been filed in this court charging
Gina Marie Criscione with Telecommunications Harassment, 2917.21(B)2, a first degree misdemeanor.

You are ordered to arrest Gina Criscione and bring / him/her / before this court without unnecessary delay.
You may issue summons in lieu of arrest under Rule 4(A)(2) or issue summons after arrest under Rule 4 (
F) because Gina Marie Criscione is charged with a misdemeanor.

Special instructions to executing officer:

_____
Judge / Officer designated by Judge(s) /
/ Deputy Clerk /Municipal Court

SUMMONS ENDORSEMENT
*See NOTE: Use only in appropriate case*

This warrant was executed by issuing the following summons:

TO Gina Marie Criscione

You are hereby summoned and ordered to appear at 9:00 a.m. on October 29th, 2020.

Berea Municipal Court, 11 Berea Commons, Berea, Ohio 44017
If you fail to appear at the time and place stated above you may be arrested.

_____
Issuing Officer, Title
*See Rule 4(A)(2), Rule 4(F) and Return Forms*

NOTICE TO DEFENDANT: For information regarding your duty to appear call (440) 826-5862
The address of the Court is: 11 Berea Commons, Berea, Ohio 44017

*Gina M. Criscione*

In the Berea Municipal Court

Cuyahoga County, Ohio

| | |
|---|---|
| City of Brookpark, | : Case 20 CRB 1262-1-2 |
| Plaintiff | : |
| | : Acting Judge Chris Greene |
| v. | : |
| | : |
| Gina Crisione, | : Decision and Journal Entry |
| Defendant | : |

On March 5, 2021, this matter came for hearing upon Defendant's Motion to Dismiss. The court has bifurcated the Motion. The Court will only address the Probable Cause/Rule 4 issue. The Court has reviewed the Motion to Dismiss, The City's Reply, and the Arguments of Counsel. Based on the above the Motion is well taken. The charges of Menacing by Stalking (R.C. 2903.211) and Telephone Harassment (2917.21) are hereby Dismissed without Prejudice. The Court's written decision is attached hereto and incorporated herein as if fully rewritten.

It is so ordered.

_____

Acting Judge Chris Greene

BEREA MUNICIPAL COURT
FILED

2021 MAR 11 AM 8:49

RAYMOND J. WOHL
CLERK OF COURTS

PLAINTIFF'S EXHIBIT
**3**

CRISCIONE_000295

## FACTS

This matter was commenced by the filing of two complaints on October 15th, 2020 by the alleged victim.  The complaints were for Menacing by Stalking in violation of Revised Code Section 2903.211 and for Telephone Harassment in violation of Revised Code Section 2917. 21.  The complaints were signed by the alleged victim, under oath, and notarized by a notary public. The complaints stated the statutory elements and a brief conclusory statement.   A summons was issued by the Brookpark Police Department for the Defendant to appear for arraignment on October 29th, 2020.  Defendant did appear on that date and entered a Not Guilty plea to both charges.  At no time prior to the issuance of summons or arraignment was probable cause established pursuant to Criminal Rule 4.

## RULING

Rule 3 of the Ohio Rules of Criminal Procedure governs the substance of the criminal complaint.  Criminal Rule 3 states:

*"  The complaint is a written statement of the essential facts constituting the offense charged. It shall also state the numerical designation of the applicable statute or ordinance. It shall be made upon oath before any person authorized by law to administer oaths. "*

The complaint commences the criminal prosecution.  The complaint has a two-fold purpose.  The complaint serves to instruct a defendant of the charge(s) filed against them.  Also, the complaint enables the defendant to prepare a defense to the charge(s).

When a complaint is filed with a court, or prior to filing, a determination of whether probable cause exists to sustain the complaint must be made pursuant to Rule 4 of the Ohio Rules of Criminal Procedure.  Typically the vehicle that allows the court to determine

probable cause is the affidavit in support of the complaint. However, the complaint can stand alone if it has sufficient facts to determine 1) that the offense alleged has been committed; and 2) that the defendant either committed that offense or was complicit in committing that offense. *Giordenello v. U.S.*, 357 U.S. 480 (1958).

Criminal Rule 4 of the Ohio Rules of Criminal Procedure governs the determination of probable cause and the issuance of warrants and summons. Criminal Rule 4 (A) (1) states in pertinent part:

" *If it appears from the complaint, or from an affidavit or affidavits filed with the complaint, that there is probable cause to believe that an offense has been committed, and that the defendant has committed it, **a warrant for the arrest of the defendant, or a summons in lieu of a warrant, shall be issued by a judge, magistrate, clerk of court, or officer of the court designated by the judge,** to any law enforcement officer authorized by law to execute or serve it.*"

The Rule makes no procedural difference between the issuance of a warrant and the issuance of a summons. The court does not have a probable cause affidavit in this matter. The complaint does set forth the statutory elements but the conclusory states in the "to wit" section would fail to establish probable cause. See *U.S. v. Ventresca*, 380 U.S. 102, 109 (1965). Moreover, the Rule 4 forms have blank lines where the issuing officer signatures should appear. Thus, in this case no determination of probable cause was made by a person designated under Criminal Rule 4. See *Ohio v. Hoffman* 141 Ohio St. 3d. 428, 2014-Ohio-4795. If a warrant or summons is issued without sufficient probable cause, or a probable cause determination under Rule 4, the warrant/summons is void and cannot be resurrected if probable cause is later determined to exist. See *Coolidge v. New Hampshire*, 403 U.S. 443 (1971); *Whiteley v. Warden*, 401 U.S. 560 (1971).

A Motion to Dismiss is generally used when a defendant requests a court to dismiss an entire action based upon some defect or clearly defined transgression.  For example- defects in an indictment/complaint; speedy trial violations; discovery violations, etc.

Criminal Rule 48 (B) of the Ohio Rules of Criminal Procedure recognizes, by implication, that trial judges may dismiss a criminal action, over objection or argument to the contrary.  The dismissal must be in the interest of justice.  While Rule 48 (B) does not limit the reasons for dismissing a case, the dismissal must be in writing and set forth the reasoning for the dismissal.

The Court finds that the failure to comply with Criminal Rule 4, in this matter, is tantamount to a defect in the complaints.  This Court firmly believes that cases should, in the interest of justice, be decided on their merits not by procedural errors.  Therefore, in the interest of justice the complaints are dismissed without prejudice.

Chris Greene, Acting Judge

BEREA MUNICIPAL COURT
FILED

2021 MAR 11 AM 8:49

RAYMOND J. WOHL
CLERK OF COURTS

CRISCIONE_000298



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**NOTICE OF**
**June 29, 2023 17:31**

By: WILLIAM A. CARLIN 0009144

Confirmation Nbr. 2897413

GINA CRISCIONE, ET AL.                    CV 23 976445

vs.

LAURA DIVINCENZO, ET AL.          **Judge:** NANCY MARGARET RUSSO

**Pages Filed:** 4



CRISCIONE_009247

## IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

GINA CRISCIONE, et al                    :
                                         :
        *Plaintiff*                      :
                                         :     CASE NO. CV-23-976445
        v.                               :
                                         :     JUDGE: NANCY M. RUSSO
LAURA DIVINCENZO, et al.                 :
                                         :
        *Defendant*                      :

---

## PLAINTIFF MANDANICI'S RENOTICE OF RULE 30(B)(5) DEPOSITION OF EAST PARK RETIREMENT COMMUNITY INC. AKA EAST PARK CARE CENTER

---

Pursuant to Civ. R. 30(B)(5), please take notice that Plaintiff, Gina Criscione, shall take the deposition upon oral examination of East Park Care Center on July 3rd, 2023 at 10:00 a.m. at **29325 Chagrin Blvd., Suite 305, Pepper Pike, Ohio, 441222**.  East Park Care Center is directed to designate one or more persons, who consent and are knowledgeable, to testify on its behalf with respect to the subject matters set forth in Exhibit 1 attached to this notice.  The deposition shall be taken before an officer authorized to administer the oath, and shall continue from day to day until completed or adjourned, and may be used as evidence at trial or other proceedings in the above-captioned action.

Respectfully submitted,

*/s/ William A. Carlin*
William A. Carlin (0009144)
29325 Chagrin Blvd., Suite 305
Pepper Pike, Ohio 44122
(216) 831-4935 Fax:  (216) 831-9526
Email:  wcarlinesq@aol.com

Brian Bardwell (0098423)
1265 West Sixth Street, Suite 400
Cleveland, Ohio 44113
216-912-2195
Brian.bardwell@speech.law
*Attorneys for Plaintiff*

CRISCIONE_009248

## CERTIFICATE OF SERVICE

I hereby certify that, on June 29th, 2023, a copy of Notice of Rule 30(B)(5) Deposition was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

*/s/ William A. Carlin*
William A. Carlin (0009144)

CRISCIONE_009249

## MATTERS ON WHICH EXAMINATION IS REQUESTED

East Park Care Center ("East Park"), through its designee(s) is/are requested to testify and provide all *non-privileged* information and ESI (within the corporation's knowledge), which is relevant and related to the following subjects listed below. Any examples provided below are not intended to limit the scope of testimony on the related subjects.

1.      Persons and items involved in the preparation for this deposition.

2.      The present case.

3.      Defendant's corporate history, status, and organizational structure

4.      Defendant's income, losses, expenses, and profits, from the years 2018 to the present.

5.      Defendant's responses to Plaintiff's discovery requests.

6.      Tax-related information, including United States or IRS tax returns, filed by East Park, from the years 2018-present.

7.      Communications to, from, or between Defendant and any non-parties, which are related to the present case or reference Dorothy Mandanici or Gina Criscione.

8.      Employment-related information concerning all persons employed by Defendant, for any duration of time, from August 2018 to the present (e.g., discipline, separations from employment).

9.      Job advertising and advertisements placed, or published by Defendant, at any time and for any position from August, 2018, to the present.

10.     Policies, manuals, and work rules in use and/or applicable from August, 2018, to the present.

11.     Lawsuits filed against Defendant, within the past 10 years, which contain allegations of negligence and/or injury to patients.

12.     Internal complaints (e.g., grievances, etc.), from August, 2018, to the present, containing allegations or complaints about staffing, work conditions or work related matters.

13.     Charges filed with any agency (e.g., Ohio Civil Rights Commission, Equal Employment Opportunity Commission) against Defendant from August, 2018, to the present.

14.     Electronically stored information related to the present case. This should include (but not be limited to) the preservation, modification, and deletion of electronically stored information.

15.     Communications between agents and/or employees of East Park Care Center and agents

CRISCIONE_009250

and/or employees of the City of Brook Park, about Ms. Criscione, the criminal investigations of Ms. Criscione, or the criminal prosecution of Ms. Criscione.

16.     All matters related to Ms. Mandanici's care.

17.     All matters related to Ms. Criscione's complaints about Ms. Mandanici's care or about East Park's services.

18.     All matters related to the investigation or prosecution of Ms. Criscione.

19.     All matters relating to surveys from the Bureau of Survey and Certification between 2019 and 2021 and any issue regarding any aspect of East Park's quality of care.

20.     All matters pertaining to profit and loss statements from January 1, 2018, to the present that were generated by East Park Care Center or on behalf of East Park Care Center.

21.     All matters pertaining to Ms. Mandanici's care plan.

22.     All matters pertaining to East Park care centers Covid protocols and policies.

23.     All matters pertaining to data provided to all federal agencies that oversee operations of nursing homes, receiving federal and state funding from the centers for Medicare and Medicaid services.

24.     All matters pertaining to data submitted by East Park Care Center to produce its nursing home, 5 star rating system, also known as "nursing home computer".

25.     All matters pertaining to East Park Care Center's evaluation of residents using the minimum data set questionnaire at the time of admission and every 90 days thereafter which also sets forth each resident's care needs also referred to as "a resource utilization group score" or R.U.G.

26.     All matters pertaining to how many minutes and nursing aide care was to be provided to Ms. Mandanici according to her R.U.G. score.

Respectfully submitted,

*/s/ William A. Carlin*
William A. Carlin (0009144)
29325 Chagrin Blvd., Suite 305
Pepper Pike, Ohio 44122
(216) 831-4935 Fax:  (216) 831-9526
Email:  wcarlinesq@aol.com
Brian Bardwell (0098423)
1265 West Sixth Street, Suite 400
Cleveland, Ohio 44113
216-912-2195
Email: Brian.bardwell@speech.law

# East Park Retirement Community

Laura DiVincenzo <ldivincenzo@epretire.com>



Mon 9/28/2020 5:32 PM

**To:** Harold Duncan <hduncan@cityofbrookpark.com>
**Cc:** Thomas Sensel <tsensel@cityofbrookpark.com>

📎 13 attachments (3 MB)

IMG_2624.jpg; IMG_2626.jpg; IMG_2625.jpg; IMG_2769.jpg; IMG_2818.jpg; image0000.jpg; image0000 (1).jpg; IMG_3225.jpg; IMG_2590.jpg; Screen Sh.jpg; Resized_2.jpg; Resized_2 (1).jpg; Resized_2 (2).jpg;

Hello Sergeant Duncan,

I have attached social media posts by Gina Criscione displaying telecommunication harassment and a pattern of conduct intended to inflict mental distress on East Park employee Sara Thurmer, our nursing home administrator.

To provide you with some background, Ms. Criscione's mother, Dorothy Mandanici, was a resident at East Park Care Center from April 2017 to May 2020. Contrary to Ms. Criscione's assertions in her posts, the decision to move her mother was not made by Ms. Criscione. On May 23, 2020, Mrs. Mandanici was discharged from East Park Care Center to Mt. Alverna skilled nursing facility after a hearing conducted by the Ohio Department of Health. The hearing officer found in favor of East Park's determination that it could no longer provide the level of care required for Mrs. Mandanici. Ms. Criscione did not appeal that decision. According to the posts of Ms. Criscione, her mother passed away at Mt. Alverna several weeks later.

Also, in multiple posts, assertions that medical records were not provided to Ms. Criscione are also false.

Ms. Criscione was her mother's legal guardian. During the three year period of her mother's residence, Ms. Criscione complained constantly about her mother's care. She was told repeatedly that she was free to move her mother any time, but never did. Before the lockdown of nursing homes due to Covid 19, Ms. Criscione was at the facility on almost

CRISCIONE_007792

a daily basis, and then also called repeatedly during the day and night to inquire about her mother. Sometimes calling ten or more times per day (a copy of phone records is available}.

Sara Thurmer became the Licensed Nursing Home Administrator in September 2018. Because of the attention sought by Ms. Criscione, Ms. Thurmer provided her with her personal cell phone number, which resulted in Ms. Criscione texting her at all hours of the day and night, including when Ms. Thurmer was in Europe on vacation.

Ms. Thurmer holds a state license and has worked as an administrator in several facilities in the Cleveland area. She has been contacted by several people in the industry who have seen these posts. Ms. Criscione is blatant in her harassment attacking Ms. Thurmer's reputation and professional standing, causing Ms. Thurmer mental distress.

In addition to online harassment, Ms. Criscione has been seen picketing outside of the facility on Elmdale on several occasions. One of the attachments is one of her picket signs mentioning Ms. Thurmer, which she also posted online.

On the morning of Sunday, September 20, 2020, at approximately 9:00 am, employees witnessed Ms. Criscione driving on the grounds of East Park Retirement Community, where "No Trespassing" signs are posted.

The attachments and videos show fifteen separate acts thus far, establishing Ms. Criscione's pattern of conduct which she herself describes as a crusade where she has nothing to lose.

East Park has approximately 120 elderly residents on the property. Having Ms. Criscione escalating her behavior by coming onto the property is a major concern, since it is unknown what else she is capable of.

Please contact me for any further information or with any questions you might have.

You can reach Sara Thurmer at (216) 267-7229, and she is available to speak to you at the facility during normal business hours and on some weekends.

CRISCIONE 007773

https://www.facebook.com/1170794577/videos/10224350384605149/?extid=jX8FRdJ1GC1zUkZj

https://www.facebook.com/1170794577/videos/10224314333983906/?extid=9qURh6mPJLzgAgMU

## Gina

I miss her and I will never stop exposing East Park Care Center.

www.facebook.com

Thank you,

Laura DiVincenzo, President
East Park Retirement Community

CRISCIONE-007774



**Done**                                    **Edit**

 **Gina Marie Mandanici Criscione**  ...
3h · ⊙

Lunch on Mondays and Thursdays. I'll be walking
now, for lunch for the people at East Park in hope
they feed them...





**More**

# Replies

🔄 Like      💬 Reply

 **Gina Marie Mandanici Criscione**      Aut  · 1h  ···

Thank you so much, my sweet mother died on June 20th I managed to move her. She arrived at Mount Alverna on State road on May22, bruised and dehydrated and with injuries that East Park told me were healed. She went from 130 pounds to 97 pounds, because of East Park. She died peacefully too soon with loving people around her at MT Alverna. Thank God. But for three months EP would not let me talk on the phone to my mother, they actually told staff if they called me for mom, they would be fired. we watched her decline rapidly through a dirty window....Yes the sweet little Administrator Sara Thurmer. She better run she better hid the ODH is on her ars right now...

🔄 Like      ○ Reply      2 

   Write a reply...        

  

CRISCIONE_007777

**Done**                                          **Edit**


**Gina Marie Mandanici Criscione**          •••
4h · 🌐

Good morning
Life with Me Gina Marie's fight for moms rights.
God I miss this lady more than I ever thought I
could miss anyone ❤️

I will find justice for mom and all the others in
East Park Care Center that are not being cared
for with a failing Administration.

Did I tell you they had to ask certain staff to hold
their pay checks and some checks bounced. I
heard it from a horses mouth. Sounds like a
failing administration to me.



👍❤️😮 4                    5 Comments · 1 Share · 62 Views

 Like               Share


**Gina Marie Mandanici Criscione**          •••

**More**

X    Gina Marie Mandanici Criscione

feeling hopeful with **Grace Miziker** and 5
**others**.

6d · 🌐

Good morning
Life With Me Gina Marie's morning thoughts:

Good morning Covid is still in the air folks ❤️ Wake
us up from this bad dream. Lord give us the stamina
to survive in this world today.

When mom passed away and went to a way better
place on Saturday, June 20th, 2020, at 6:05 pm, I then
had no time to even think about Covid and what was
really going on out there in this world.
now...
I had to come back to the real world after we lost
mom, and out of the nursing home drama and
despair and pain we were being put through by East
Park Care Center. That's over now. I pray the Lord is
handling them right now as I pray for them. God
knows the system is shot.

Normal?  No one really talks about normal anymore.
😕 This is normal now. 😃

I guess I am taking this Covid Crisis day by day like
everyone else. Making the best of shopping and
wearing your facial covers and standing back from
who you would normally run up to and hug, and
limiting trips and places to go to... boo hoo.

Having that glass of wine at home at 2 pm... maybe

CRISCIONE_



## Gina Marie Mandanici Criscione

Friday at 8:05 AM · 🌐

Just another day at E. Puke Care Center, in Park Ohio. Never put your parents in here it is scum of the earth. I couldn't get my mother out of here fast enough. The name of the place is E. Park Care Center in Brook Park Ohio administrator Sara Thurmer she sucks. She ruined communication between me and my mother she's lying a bitch. There I said it I'm still waiting for results from the ODH, thanks for listening to the vent.



👍 6                    1 Share  114 Views

    

CRISCIONE_007780

← **East Park Memory Care...**  🔍  ⩻  ⋮

OVERVIEW **REVIEWS**

[ All ]  administration 3



**Gina Criscione**
7 reviews                                                  ⋮

★★★★★ 2 weeks ago
Words can not express...East Park Care Center ....
8 East Park Circle...my mother was dehydrated
and severely bruised during Covid quarantine. She
went downhill fast with the horrible
administration and care givers at this broken
down dump. I moved mom to a WAY BETTER
PLACE and my mother died with wounds on her
that East park told me were healed. Much more to
expose but there is not enough room here to tell
you the entire report. I'll be back after the ODH
gives me their reports! My mother weighed 130
on March 11th, and by May 22, the day I moved
her, she was only 100 pounds and dehydrated.
This place is bad...the worst of the worst!~ as you
can see one thing was did not know how to put
compression socks on my mother, EVER.  This
was nothing to the restrained leg bruises.I never
got the medical records I had asked for Sara.

👍 3   ⩻



✳ Discover    ⌣ Snapshot    🔍 Search    🗐 Collections    ••• More

▪    ◁    ○    ▢    CRISCIONE_000342

90



2:09

Q Search

**Gina Marie Mandanici Criscione**
7h · ⊙

Good morning
Life with me Gina Marie and Dorothy's voice:

https://www.facebook.com/groups
/CriesInTheNight/

Please join me, I am on a crusade to expose
East Park Care Center, in Brook Park Ohio. They
are doing wrong behind closed doors. If you or
a family member or a friend want to voice this
along with my Group, please join our Group to
PROTECT the sick, and dementia , and
Alzheimer Residents locked up in Quarantine
right now.  WE know not what goes on behind
East Park, in Brook Park's closed doors...They
never answered my calls for over a month, they
with held her medical records form me.
Power is in numbers, I need people to walk the
walk with me. Now, with this Covid, I hear more
Cries In The Night than ever, coming from my
friends here who experienced this with their
families...Who's game. I will be taking this to
another level. Hold on folks East Park is in for a
RIDE, I HAVE NOTHING BUT TIME ON MY
HANDS. In the name of my good mother and
with all the prayer I have in me..... I want
"Dorothy's LAW":
For nursing homes to provide information and
medical records to the families in DUE TIMF,
when Requested by fax, as East Park, I

CRISCIONE 007782

91

2:09 — Jennifer Thompson English

← Q Search

another level. Hold on folks East Park is in for a RIDE, I HAVE NOTHING BUT TIME ON MY HANDS. In the name of my good mother and with all the prayer I have in me..... I want "Dorothy's LAW":
For nursing homes to provide information and medical records to the families in DUE TIME, when Requested by fax, as East Park, I requested this over and over again. They gave me NONE. It's too late now, mom had passed. I know now she was over drugged and abused by negligence. I will voice this until someone listens!

God bless every one of the poor people in that place now, we need to act fast, who's gonna walk this with me?

Just sayin'
Good Lord Jesus Christ, take away the fear and the pain of all the sick and injured in nursing homes today that do not provide adequate care and communication for our loved ones and respect for the families. Amen 

🔒 **This content isn't available right now**
When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

 Like           Comment           Share

CRISCIONE_007834



← Gina Marie Mandanici Cris...



**Gina Marie Mandanici Criscione**
11m · 🌐

•••

Sara Thurmer do you have bed bugs, your nursing home does?... Please take some home with you and dehydrate yourself like to did to my mother three times during Covid! Just sayin a passing thought. Pass it on Brook Parkers, and keep your parents home out of East Park and safe right now ❤️ I have a investigation going on right now! yes I do. And if your parent is suffering and your family gets no medical records, lots of things, one being compression sock never put on properly by Yolanda her shower girl even. She sucked too. Then you better report them to the ODH NOW! Thank you for listening to my rant, my mother suffered, our family suffered During Covid and even before at this rat hole. and I won't let go.
I miss you mom, they escalated your passing of dementia, by not knowing how to handle dementia. So sorry momma, I will expose them as best I can. here va go>>>> biggest thing

 Write a comment...  

CRISCIONE_007784

them to the ODH NOW! Thank you for listening to my rant, my mother suffered, our family suffered During Covid and even before at this rat hole. and I won't let go.

I miss you mom, they escalated your passing of dementia, by not knowing how to handle dementia. So sorry momma, I will expose them as best I can, here ya go>>>> biggest thing going there right now is Poor Care. Ask my friends with parents still in there.

 18                                       19 Comments

🖒 Like                                ⬜ Comment

**Gina Marie Mandanici Criscione**  Author
Thank you for listening, we need to vote that rat hole to be torn down. they are torturing people like me and mom. I am not alone here, I am just not afraid to talk!

 2

Like · Reply · 9h

**Debby Henderson**
My heart is breaking for you

Like · Reply · 8h           1

**Gina Marie Mandanici Criscione**  Author
aw ty, my poor momma , i cry 😢

Like · Reply · 4h

Write a reply...                    ☺  📷  GIF  🙂

CRISCIONE_007785

94

👍 Like                              ↪ Share

 **Gina Marie Mandanici Criscione**
9h · 🌐

It's time to expose the nasty people in the business of warehousing people in nursing homes. Speaking now for the folks that can not speak. For my mother, who tried to tell me, to get her out of there, as I watched through a dirty window her decline daily with poor care during Covid Quarantine. The isolated Demented and Alzheimer patients and residence in poorly Administrated facilities, locked down with shades closed and not communicating with families of the residence.. That's East Park Care Center in Brook Park.
Please join Cries in the Night * Tell us your nursing home experience



CRISCIONE 007367



**Done**                                      **Edit**

🖼 Photos    🎵 Music

**Gina Marie Mandanici Criscione**    •••
1h · 🌐

Read my Google review and tell me what you think of this place?

5 Comments

👍 Like                        ↪ Share

**Gina Marie Mandanici Criscione**    •••
3h · 🌐

Sara Thurmer, I hope your watching, I am going to slowing expose you for what you really are. You should have never treated us like that shame on you. I have nothing to loose, but your job you have already ruined your reputation. How do you sleep?

👍 2                        2 Comments

👍 Like                        ↪ Share

**Gina Marie Mandanici Criscione**    •••
3h · 🌐

**More**

CRISCIONE_007787

96

BEREA MUNICIPAL COURT
FILED

2021 MAR -3  PM 12: 46

RAYMOND J. WOHL
CLERK OF COURTS

IN THE BEREA MUNICIPAL COURT
CUYAHOGA COUNTY, OHIO

STATE OF OHIO  ) CASE NO. 20 CRB 01262
  )
  )
 Plaintiff  ) JUDGE MARK A. COMSTOCK
vs.  )
  )
GINA CRISCIONE  )
  )
  )
 Defendant.  ) PLAINTIFF'S REPLY TO
  ) DEFENDANT'S MOTION TO DISMISS

Now comes the State of Ohio, by and through City of Brook Park Assistant Director of Law and Prosecutor, Peter A. Sackett, and herein moves this Honorable Court, to deny Defendant's Motion to Dismiss.

Defendant raised arguments for dismissal on freedom of speech and other constitutional grounds. Ohio Revised Code §2903.211(A)(2) describes the use of an electronic method of communication – a computer, cell phone, etc.

Plaintiff, pursuant to Ohio Criminal Rule 7(D), recently amended this particular Complaint to *subsection (A)(1)* which does not require the use of an electronic method for posting messages. This subsection describes a pattern of conduct that knowingly causes, *inter alia*, mental stress, to another. It is specifically noted that the stress may be based on *words or conduct* of the offender that is directed at or identify a corporation or organization that employs the other person.



PLAINTIFF'S
EXHIBIT

**6**

CRISCIONE_000274

Defendant's mother was a patient at East Park Retirement Center in Brook Park, Ohio. Ms. Thurmer, an Ohio Licensed Nursing Home Administrator (LNHA) since 2002, was an employee of East Park during the relevant period of time. Ms. Thurmer has a Bachelor of Arts Degree from Ursuline College in Long Term Care Administration.

In the instant matter, Defendant caused Ms. Thurmer great mental distress. Defendant's conduct – which will be detailed in the trial of this matter – includes, but, is certainly not limited to, telephone calls directed to Ms. Thurmer on her ***personal cell phone***, as follows:

| YEAR | MONTH | # OF CALLS |
| --- | --- | --- |
| 2019 | Jan | 62 total calls |
| | Feb | 61 total calls |
| | March | 45 total calls |
| | April | 81 total calls |
| | May | 97 total calls |
| | June | 78 total calls |
| | July | 79 total calls |
| | August | 114 total calls |
| | September | 117 total calls |
| | October | 138 total calls |
| | November | 139 total calls |

CRISCIONE_000275

| | December | 126 total calls |
| --- | --- | --- |
| TOTAL | 365 Days | 1,137 total calls |

Thus, over a period of Three Hundred Sixty-Five (365) days in 2019, Defendant called Ms. Thurmer's cell phone One Thousand One Hundred Thirty-Seven (1,137) times – an average of over three (3) times every day.

| 2020 | Jan. | 126 total calls |
| --- | --- | --- |
| | Feb. | 149 total calls |
| | March | 201 total calls |
| | April | 170 total calls |
| | May | 137 total calls |
| TOTAL | 152 Days | 935 calls |

Thus, over a period of One Hundred Fifty-Two (152) days in 2020, Defendant called Ms. Thurmer's cell phone Nine Hundred Thirty Five (935) times – an average of over six (6) times every day. Defendant called Ms. Thurmer on her scheduled days off – knowing full well she was away from the retirement home setting. Defendant went so far as to contact Ms. Thurmer when she knew she was on a European vacation.

These calls brought great mental stress upon Ms. Thurmer. Defendant knew exactly what she was doing. She transferred her concerns for her mother into frantic behavior centered around an illegal attack on Ms. Thurmer. Defendant's conduct wasn't just reprehensible – it was criminal.

3

CRISCIONE_000276

Ohio Revised Code §2903.211(A)(2) describes the use of an electronic method of communication – a computer, cell phone, etc.  Section (A)(1) does not include said elements of the offense.

Thus, Plaintiff doesn't need to bring forward evidence of Facebook or other Social Media posts to gain a guilty verdict.  Therefore, no 1st Amendment considerations are at hand for count one.

Regarding the charge of violating Ohio Revised Code §2917.21(B), Telecommunications Harassment, Plaintiff has amended this charge as well.  Section B(1) *does not* require the posting of a text or audio statement or an image on an internet site or web page.  Section B(1) describes a telecommunication made from a telecommunication device with purpose to abuse, threaten, or harass another.

As noted above, Defendant's use of her cell phone for the purpose of making over two thousand (2,000) calls to Ms. Thurmer's cellphone was abusive and done for the purpose of harassment.

Testimony at the trial of the within matter will confirm the statements made herein.

WHEREFORE, Plaintiff moves this Honorable Court to overrule Defendant's Motion to Dismiss and for further orders as this Court deems fit, reasonable, and proper.

CRISCIONE_000277

Respectfully submitted,

_____

Peter A. Sackett, #0002708
Attorney for Plaintiff
PO Box 771306
Lakewood, OH  44107
216-780-5611 (tel.)  216-803-2131 (E-fax)
www.PeterSackettLaw.com
PeterSackettLaw@sbcglobal.net

## CERTIFICATE OF SERVICE

A copy of Plaintiff's Reply to Defendant's Motion to Dismiss was forwarded via email this 3rd day of March 2021 to Counsel for Defendant.

_____

Peter A. Sackett
Attorney for Plaintif

CRISCIONE_000278



CRISCIONE_003607



CRISCIONE_003610



PLAINTIFF'S
EXHIBIT

9

CRISCIONE_003615



PLAINTIFF'S
EXHIBIT

**10**

CRISCIONE_003616



PLAINTIFF'S
EXHIBIT

**11**

CRISCIONE_003627



**PLAINTIFF'S
EXHIBIT**

**12**

CRISCIONE_003628



PLAINTIFF'S
EXHIBIT

**13**



PLAINTIFF'S
EXHIBIT

**14**

CRISCIONE_003631



PLAINTIFF'S
EXHIBIT

**15**

CRISCIONE_003632



PLAINTIFF'S
EXHIBIT

16

**Conversation between Administrator's iPhone (+12162244428) and Gina C.
(4405034326)**

16/07/2019, 16:36 (Viewed 16/07/2019, 16:38)

Gina C. (4405034326)

good afternoon Sara it's been a while, I hope you're having a good day. I just got a call from JoLynn, My sister whojust got to EAstpark and mom was soaked through to the pad on her chair. This can only mean she's gone several times in that depends. Once again someone needs to check her more often please thank you

16/07/2019, 16:39

Administrator's iPhone (+12162244428)

Ok so did she say anything to the nurse?

16/07/2019, 16:50 (Viewed 16/07/2019, 16:51)

Gina C. (4405034326)

No she won't she just washed mom up I think And changed her

16/07/2019, 16:51

Gina C. (4405034326)

But she called me and she was pretty upset the way she found mom

16/07/2019, 16:54

Administrator's iPhone (+12162244428)

Ok Renee will call you shortly

16/07/2019, 16:54

Administrator's iPhone (+12162244428)

I just talked to her

16/07/2019, 17:02 (Viewed 16/07/2019, 17:10)

Gina C. (4405034326)

Ty

16/07/2019, 17:11

Administrator's iPhone (+12162244428)

**PLAINTIFF'S
EXHIBIT**

**17**

CRISCIONE_009059

She really needs to communicate directly to the nurse so it can be handled right away. We did discuss this before

16/07/2019, 17:11

Gina C. (4405034326)

She did direct it to the nurse she called me right away and I directed it to the nurse

16/07/2019, 17:12

Gina C. (4405034326)

My sister is not like me she does not like to confront people she wanted me to do it I called immediately this just happened like 20 minutes ago

16/07/2019, 17:12

Administrator's iPhone (+12162244428)

Yes well I spoke to Renee about it and she told me that your mother had spilled water on herself

16/07/2019, 17:13

Administrator's iPhone (+12162244428)

Renee was handling it

16/07/2019, 17:13

Gina C. (4405034326)

Well my sister seems to think that her bottom was soaked and her depends was filled over and over again with P I'm not gonna argue with Renee but I'll talk to her about it

16/07/2019, 17:13

Administrator's iPhone (+12162244428)

Ok

16/07/2019, 17:13

Administrator's iPhone (+12162244428)

Renee would not lie about that

16/07/2019, 17:14

Gina C. (4405034326)

CRISCIONE_009060

I'm not saying that Renee is lying about mom spilling water but this was under her butt in her depends pad tons of people that water on top of her lap

16/07/2019, 17:15

Administrator's iPhone (+12162244428)

Ok well Renee should be communicating with you

16/07/2019, 17:16

Gina C. (4405034326)

Ok no problem

16/07/2019, 17:20 (Viewed 16/07/2019, 17:29)

Gina C. (4405034326)

I just read my text above it was supposed to say that her depends was loaded with tons of pee LOL not people

16/07/2019, 17:23 (Viewed 16/07/2019, 17:29)

Gina C. (4405034326)

If my mother spilled water on her self and she was that wet why didn't they change her? But it wasn't that ....JoLynn showed Rene the over saturated pad and wet pants ...it was very full. Overloaded. Oh well have a good evening this is crazy...

19/07/2019, 20:45 (Viewed 19/07/2019, 21:04)

Gina C. (4405034326)

Sorry to bother you Sara, but it Seems there is some thing wrong there tonight,. At EP? Mary at desk says there is an emergency , ? this is why mom is sitting in wet depend(she says), not dressed for bed and should be sleeping by now,? When she's usually already for bed by 7:30. I had her on the phone she's very confused and upset and feels like there's nobody there caring for her I had to hang up and text you to see what was going on [?]down there why is this happening tonight?is everything ok?

19/07/2019, 21:04

Gina C. (4405034326)

Sorry to bother you Sara, but it Seems there is some thing wrong there tonight,. At EP? Mary at desk says there is an emergency , ? this is why mom is sitting in wet depend(she says), not dressed for bed and should be sleeping by now,? When she's usually already for bed by 7:30. I had her on the phone she's very confused and upset

and feels like there's nobody there caring for her I had to hang up and text you to see what was going on ⬜down there why is this happening tonight?is everything ok?

01/08/2019, 16:06 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

Good afternoon Sara. I wanted to report a missing right hearing aid of Dorothy's. My sister noticed it missing last night. Everyone has shared in trying to find it( your staff) I was there all morning tearing moms room apart as well. To no avail.😔sadly mom is so much better with her aids that this poses a big problem. Of course most of the staff knows about it, and I am hoping we can come across it in the next few days. 🙏

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

Good afternoon Sara. I wanted to report a missing right hearing aid

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

of Dorothy's. My sister noticed it missing last night. Everyone ha

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

s shared in trying to find it( your staff) I was there all morning

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

tearing moms room apart as well. To no avail.😔sadly mom is so much

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

better with her aids that this poses a big problem. Of course most

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

Gina C. (4405034326)

of the staff knows about it, and I am hoping we can come across it

01/08/2019, 16:07 (Viewed 01/08/2019, 16:17)

CRISCIONE_009062

Gina C. (4405034326)

in the next few days. 🙏

01/08/2019, 16:24

Administrator's iPhone (+12162244428)

Yes I heard about this and expect to follow up with you

01/08/2019, 16:25 (Viewed 01/08/2019, 16:27)

Gina C. (4405034326)

Ok I just wanted make sure I reported it as it happened. I only found out this morning. had I been called last night I would've gone and looked for it last night but no one called me😔I appreciate everything you can do thank you so much

01/08/2019, 16:28

Administrator's iPhone (+12162244428)

You're welcome

02/08/2019, 12:29

Administrator's iPhone (+12162244428)

They probably didn't call immediately because they had hoped to locate it before getting you worried about it. It has still not been located even with search of entire room and laundry as well.

04/08/2019, 08:41 (Viewed 04/08/2019, 10:30)

Gina C. (4405034326)

good morning Sara. Sorry to bother you....I've been on the phone with my mother for a half an hour she had to go to the bathroom I called the front desk for her no one answered , I left a message with the nurses station no one answered. My mom is sitting in her wet pad on a chair that chair and on the weekends they forget to put two pads on like they're supposed to. My sister is getting dressed and going over to help my mother it seems like there's not enough help to take my mother to the bathroom on the weekends.

04/08/2019, 08:42 (Viewed 04/08/2019, 10:30)

Gina C. (4405034326)

I was talking to my mother for a half an hour and she's crying for me to get her out of there that nobody is in there and she sitting in her wet pad no one will take her to the

CRISCIONE_009063

bathroom. This is been going on for like 45 minutes actually

04/08/2019, 09:15 (Viewed 04/08/2019, 10:30)

Gina C. (4405034326)

I've just been getting these calls more frequently is all. My sister was there everything is fine at this point.And I spoke with Debi at the front desk about making sure there are two pads on her chair and a pad on her wheelchair for protection seems she's going through her clothes a lot lately😞

04/08/2019, 10:32

Administrator's iPhone (+12162244428)

Hi Gina
I am in Europe right now. I will pass this on to Kelly to address

04/08/2019, 10:33

Administrator's iPhone (+12162244428)

I'm not sure what our staff was this weekend but I will also address with Kelly

04/08/2019, 10:35

Administrator's iPhone (+12162244428)

I just forwarded your texts to Kelly

04/08/2019, 10:42

Gina C. (4405034326)

Thanks have a wonderful trip🌹

04/08/2019, 10:42

Administrator's iPhone (+12162244428)

Just got here and thank you I will!

04/08/2019, 10:42

Administrator's iPhone (+12162244428)

Please let me know if Kelly doesn't follow up with you

04/08/2019, 10:58

Gina C. (4405034326)

CRISCIONE_009064

Well when my sister got there everything was OK by then. Mom was dressed and clean however my sister notices in ODOR ON my mother she couldn't seem to find where it was coming from she took her in the bathroom and cleaned her up really good. Sometimes if my mother is sitting she gets a fungus in the fold of her leg by her crotch. I'll mention for them to check that as she's getting a shower tomorrow have a good trip enjoy bye

04/08/2019, 11:00

Administrator's iPhone (+12162244428)

More fun stuff from Gina

04/08/2019, 11:05

Administrator's iPhone (+12162244428)

Thank you for letting me know and that was a sarcastic remark from me because I feel that you should not have to micromanage your Mothers care

04/08/2019, 11:05

Gina C. (4405034326)

I agree I feel like I'm writing a horse LOL only on the weekends usually

04/08/2019, 11:05

Administrator's iPhone (+12162244428)

I'm sorry that you seem to experience issues especially when you are so proactive with her care

04/08/2019, 11:06

Administrator's iPhone (+12162244428)

It makes me angry that you have to deal with this constantly

04/08/2019, 11:06

Gina C. (4405034326)

Thank you it is quite wearing on both of me and my sister.

04/08/2019, 11:07

Administrator's iPhone (+12162244428)

So I am hoping that our new DON will oversee more directly and resolve issues

CRISCIONE_009065

04/08/2019, 11:07

Administrator's iPhone (+12162244428)

She is a very strong DON and is tough

04/08/2019, 11:07

Gina C. (4405034326)

I really do hope so that this happens soon because I'm getting really tired 😔

04/08/2019, 11:08

Administrator's iPhone (+12162244428)

I know and there are few family members like you and your sister who are so devoted to their loved ones care

04/08/2019, 11:08

Gina C. (4405034326)

I find that sad

04/08/2019, 11:09

Administrator's iPhone (+12162244428)

Thanks always for your patience and we'll get this right

04/08/2019, 11:09

Gina C. (4405034326)

We're all only human LOL

04/08/2019, 11:10

Gina C. (4405034326)

i'll try really hard not to bother you again on your trip enjoy no one needs a break more than you do 🌹

04/08/2019, 11:11

Administrator's iPhone (+12162244428)

Thank you but please don't hesitate to contact me with concerns that become unresolved, ultimately my responsibility

04/08/2019, 11:13

Gina C. (4405034326)

Just so you know this is not "fun stuff" ......☐😄😄😄😄😄. You know I will , blessings❤️

04/08/2019, 12:42

Gina C. (4405034326)

I really didn't appreciate The sarcastic comment Sara, it was hurtful, because if you think what my mother, my sister and I are going through is "fun stuff" you've got another thing coming. I believe that message was not meant for me. I'm anything but stupid. By the way it's 3 1/2 half hours since the situation occurred and have I not received a call from nurse Kelly. At This point there is no need for her to call me, unless there is a problem with my mom and I need to know.
It's seems the situation has been taken care of hours ago. And I'll see my mother tomorrow morning as I usually do. Sorry but that comment just didn't sit right with me, in after thought...I just had to let you know. Have a good trip

04/08/2019, 12:43

Administrator's iPhone (+12162244428)

Yes that's why I said it was a sarcastic remark meant for Kelly

04/08/2019, 12:44

Gina C. (4405034326)

"Fun stuff? "That doesn't excuse That comment.

04/08/2019, 12:44

Administrator's iPhone (+12162244428)

Because I'm tired of continuous issues that remain unresolved by the nursing team

04/08/2019, 12:45

Gina C. (4405034326)

That is not my problem

04/08/2019, 12:45

Administrator's iPhone (+12162244428)

I know, it's mine

CRISCIONE_009067

04/08/2019, 12:45

Gina C. (4405034326)

Listen just do your job have a good trip I'll do my job🙏I pray a lot

04/08/2019, 12:46

Administrator's iPhone (+12162244428)

I do my job every day and now even on vacation, which I gladly do without hesitation

04/08/2019, 12:47

Gina C. (4405034326)

I know you do and I know how frustrating it can be. I do wish you well let's move on with this I don't usually hold grudges I'm Catholic. Let's just hope mom is comfortable and clean and dry and I'm happy thank you have a good vacation

04/08/2019, 12:47

Administrator's iPhone (+12162244428)

Like I said there will be New DON to directly address care issues

04/08/2019, 12:48

Gina C. (4405034326)

And like I said I'm Catholic and I'm praying🙏🙏🙏

04/08/2019, 12:48

Administrator's iPhone (+12162244428)

As I told you, I will always be available for you and the rest of the facility

04/08/2019, 12:49

Administrator's iPhone (+12162244428)

In healthcare we tend to use sarcasm to ease stress. I do frequently

04/08/2019, 12:49

Administrator's iPhone (+12162244428)

I'm Catholic as well and pray every night for guidance and assistance

04/08/2019, 12:50

CRISCIONE_009068

Gina C. (4405034326)

Sarah I said I was moving on. I understand. I say things too that are funny in tough situations to ease things up. But when it comes to my mother and her care I don't find anything funny about it sorry

04/08/2019, 12:51

Administrator's iPhone (+12162244428)

It wasn't meant to be humorous it was a sarcastic remark to someone who should be overseeing care.

04/08/2019, 12:52

Gina C. (4405034326)

Text messages get Miss Fred and miss understood. I understand that

04/08/2019, 12:52

Gina C. (4405034326)

See my voice text was supposed to say miss read LOL can't trust these things

04/08/2019, 12:53

Administrator's iPhone (+12162244428)

It's my frustration with them. How many times have we been over these issues and yet they still happen, totally frustrating for me. And worse for family members

04/08/2019, 12:53

Administrator's iPhone (+12162244428)

Ok so I think we both get it now

04/08/2019, 12:55

Gina C. (4405034326)

I do understand your position Sara and I'm watching every day what is going on and what you are going through. Yes it must be extremely frustrating let's put this behind us because I really like you and I know you're trying to do a good job here and I want to support you. I'm just tired of riding EAstpark like a horse I would like to be able to come in and visit my mom and never say a word to anybody ever when that be nice ❓🌹 ?

04/08/2019, 12:55

Administrator's iPhone (+12162244428)

CRISCIONE_009069

Again I apologize for what we are missing with Dorothy. Moving forward

04/08/2019, 12:55

Gina C. (4405034326)

Yes moving forward my husband's hungry I'm trying to cook and you're trying to have a nice trip in Europe enjoy

04/08/2019, 12:55

Administrator's iPhone (+12162244428)

Thanks Gina

04/08/2019, 13:10 (Viewed 04/08/2019, 14:06)

Gina C. (4405034326)



11/08/2019, 14:43 (Viewed 11/08/2019, 15:02)

Gina C. (4405034326)

Good afternoon Sara. It seems my sister and I talk to my mother on the phone for at least an hour and call the front desk to get someone in to change my mother but she sits in her wet continuously. This is happening lately more so than not. I don't want any excuses I just don't want to be on the phone with my mother for an hour while she's crying that no one has come in there to change her. And it's a fact because I'm actually on the phone with her all that time. And calling the front desk.. My sister is livid because she's out of town and it took me an hour to get someone to get in there to change mom and to get her on the phone with my sister. Have a good day I really hope you get help soon because my mother is suffering because of lack of aids in EAstpark. I'm getting really tired of following up every single minute of the day to make my mother comfortable and well cared for. This is never happened before in the past year and it's happening almost every day now. I know because I hang up her clothes for each day and when the laundry comes back she'll have eight pairs of slacks from Monday till Thursday meaning, My mom is sitting in the wet long enough for it to soak through to her pants. It's a fact that if she's changed in a timely fashion her pants never get wet. This is not happening for the last month and now. And I'm very in tune to her laundry. Don't take your time to answer this text message I know you're really busy I just hope that you can fix these things I don't want excuses I just want peace in my life and I don't have that right now with the way things are going there with my mother.

11/08/2019, 15:08

Administrator's iPhone (+12162244428)

CRISCIONE_009070

Hi Gina
Please contact Kelly. We do have a new DON but she is out until the 19th. I was just on the phone with Kelly about another matter and told her you were texting me. I am so sorry to know that these issues continue with your Mother! I will make sure that you and your sister get resolutions to them and we can get her care in place once and for all. Again, thank you for letting me know about your mom and I will be back in town next weekend. In the meantime please talk with Kelly to get things going to resolve

11/08/2019, 15:12

Administrator's iPhone (+12162244428)

I forwarded your text to Kelly

11/08/2019, 15:25 (Viewed 11/08/2019, 15:26)

Gina C. (4405034326)

I have been on this issue for hours. I have completely exhausted myself and I am completely stressed and so is my sister who is driving on the road and just wanted to say hello tO mom then spent 45 minutes, listening to mom cry . Kelly has my phone number thank you

11/08/2019, 15:29

Administrator's iPhone (+12162244428)

Ok just sent this to Kelly

11/08/2019, 15:30

Administrator's iPhone (+12162244428)

Again I apologize for all this

11/08/2019, 15:42 (Viewed 11/08/2019, 15:43)

Gina C. (4405034326)

I know Sara, I know you mean well the constant apologies are not helping my mother get the care that she is supposed to be getting on a daily basis in a consistent manner. I'm tired of being a babysitter. There's a complete lack of communication from your office to the people on the floor especially the new people. The regular staff are overworked and I can see the stress in them as they work, as I read body language, I did it for a living when I owned my beauty salons in New England With 50 employees and thousands of women clients. I needEd to read body language it was part of my business. I know they're stressed and overworked and doing jobs they shouldn't even be doing to help out, you do have a handful of some very compassionate wonderful hard-working aids and nurses and laundry staff and kitchen.❤️ I have been here 2

CRISCIONE_009071

years. I know you're trying hard but my mothers care is failing now on a daily basis. There is no reason I should have eight pairs of pants in the laundry from Monday to Thursday I was appalled. There should've been three pairs or 4 pairs. This means that eight times she sat in her P long enough for it to soak through...😞

11/08/2019, 15:44

Gina C. (4405034326)

I am so sorry and feel terrible about having to burden you with this while you're on your vacation. Everyone deserves time off to heal and peace in their life's with their families. I will not be bothering you again as it will probably be the same report. I will just wait and hope and pray that there will be some changes for the better when it comes to toileting my mother.

11/08/2019, 15:46

Administrator's iPhone (+12162244428)

Okay, I get it. Please believe me that I will resolve this asap. Sorry, Gina while this help you now I will make sure that all this will change

11/08/2019, 15:46

Gina C. (4405034326)

Thank you Sarah and I do pray that you do. You're in my prayers daily I know how hard this must be I'm not blaming you I just want peace thank you

11/08/2019, 15:47

Administrator's iPhone (+12162244428)

I can do nothing directly from here

11/08/2019, 15:47

Gina C. (4405034326)

Please try to enjoy the remainder of your time. I'm sure Kelly is doing what she can

11/08/2019, 15:47

Administrator's iPhone (+12162244428)

Gina
I pray every night that my residents are well taken care of

11/08/2019, 15:48

Gina C. (4405034326)

CRISCIONE_009072

Amen

11/08/2019, 15:48

Administrator's iPhone (+12162244428)

She is

11/08/2019, 15:48

Gina C. (4405034326)

🙏

11/08/2019, 15:48

Administrator's iPhone (+12162244428)

Kelly is so good

11/08/2019, 15:48

Gina C. (4405034326)

I know Kelly has been there from day one she is a great nurse but she has a lot on her shoulders I understand that

11/08/2019, 15:48

Administrator's iPhone (+12162244428)

Please keep communication open with her

11/08/2019, 15:49

Gina C. (4405034326)

I will

11/08/2019, 15:49

Administrator's iPhone (+12162244428)

Good

14/08/2019, 10:05 (Viewed 14/08/2019, 10:06)

Gina C. (4405034326)

Good morning Sara. Your staff has been really good taking care of the injury that one

CRISCIONE_009073

ofThe podiatrist People did to my mothers toe by accident I'm sure. However he failed to report the incident of cutting my mothers toe and making it bleed, to the nurse Renee. Instead he put her white sock on in her shoe over it. My sister said the sock was completely covered with blood soaked. My mothers right foot was just healing and now she has another injury on her left foot. Everything is been taken care of Robin , so far she has looked at her. But my mother is going through unnecessary pain because of it. Dare I even ask if you ordered her her hearing aids yet because it is very hard to deal with her without them. We have to repeat constantly and she cannotEnjoy the events because she cannot hear anything from far away when they're talking. I hope when you come back you can address the hearing aid situation as soon as possible as my mother did so much better with them in her ears. Thank you and welcome back for more fun stuff. 😓

14/08/2019, 10:32

Administrator's iPhone (+12162244428)

Hi Gina
I will call you later after I discuss with Kelly to get an update on what's going on

22/08/2019, 14:44 (Viewed 22/08/2019, 14:46)

Gina C. (4405034326)

Good afternoon Sara. I finally met your DON. I really like her best wishes. This is a good text letting you know that things of been much better. I see many improvements happening as far as moms care goes. I wish you well and thank you for always hearing my concerns. Have a great afternoon.

22/08/2019, 14:47

Administrator's iPhone (+12162244428)

Hi Gina
So good to hear that!

22/08/2019, 14:47

Gina C. (4405034326)

By the way your staff right now is highly dedicated and extremely efficient. I'm talking every department from the kitchen to the laundry room.I commend everyone of them❤️

22/08/2019, 14:47

Gina C. (4405034326)



CRISCIONE_009074

22/08/2019, 14:48

Administrator's iPhone (+12162244428)

Wonderful! You just made my day!

22/08/2019, 14:49 (Viewed 22/08/2019, 14:50)

Gina C. (4405034326)

i'm glad to report something good. i'm a very positive person generally. You're doing a great job blessings

22/08/2019, 14:50

Administrator's iPhone (+12162244428)

Thank you

22/08/2019, 14:50

Gina C. (4405034326)

You're very welcome

30/08/2019, 20:23 (Viewed 30/08/2019, 20:38)

Gina C. (4405034326)

Good evening Sara sorry to bother you. My mother was having a hard time letting the girls dress her around 7 o'clock this evening she was hollering at them and I asked Crystal to have the nurse please call me about if mom calms down or not. I tried to call the front desk twice and no one is answering I have not received a callback from the nurse since I called at 7 o'clock? No one is answering at the front desk I left a message at the nurses station as well. I would like to know the condition of my mother this evening please thank you

30/08/2019, 20:39

Administrator's iPhone (+12162244428)

I'll have your mothers nurse call you

30/08/2019, 20:39 (Viewed 30/08/2019, 20:40)

Gina C. (4405034326)

I finally got an answer nurse Laurie. New admissions I hear. But my mother is still not ready for bed because she was ornery tonight. I just wanted to know what was going on and now I know and everything's fine sorry I bothered you

CRISCIONE_009075

30/08/2019, 20:40

Administrator's iPhone (+12162244428)

Ok glad you got a response

30/08/2019, 20:41

Gina C. (4405034326)

It took a while, never took that long I was getting a little nervous. Then I thought something was wrong with the phones again. But turns out they're just really busy. All good good night thank you

30/08/2019, 20:41

Administrator's iPhone (+12162244428)

Have a good night

30/08/2019, 20:42 (Viewed 30/08/2019, 20:43)

Gina C. (4405034326)

🌹

02/09/2019, 15:46 (Viewed 02/09/2019, 15:51)

Gina C. (4405034326)

Good afternoon. It's been weeks mom has had no hearing aides in? What's up?

02/09/2019, 15:52

Administrator's iPhone (+12162244428)

I'll try to have an answer tomorrow for you

02/09/2019, 15:53

Gina C. (4405034326)

Thank you peace ✌️

02/09/2019, 15:53

Administrator's iPhone (+12162244428)

I'll let you know asap

02/09/2019, 15:53

CRISCIONE_009076

Administrator's iPhone (+12162244428)

Need to discuss with the owner

02/09/2019, 15:54

Gina C. (4405034326)



04/09/2019, 16:30

Administrator's iPhone (+12162244428)

Hi Gina
I did speak with the owner today and he's going to let me know tomorrow about the hearing aids. By the way, are they insured by any chance?

04/09/2019, 16:31

Gina C. (4405034326)

No they were not insured Medicare bought them for her and she's not due for a new pair for two more years I think.

04/09/2019, 16:32

Administrator's iPhone (+12162244428)

Yes I know that they were purchased under Medicaid, but wondering if possibly covered by insurance

04/09/2019, 16:32

Administrator's iPhone (+12162244428)

Just checking

04/09/2019, 16:33

Gina C. (4405034326)

iPad yes your right but no insurance.

04/09/2019, 16:33

Gina C. (4405034326)

That was supposed to say Medicaid not iPad LOL

CRISCIONE_009077

04/09/2019, 16:33

Administrator's iPhone (+12162244428)

Yeah I got that

04/09/2019, 16:38

Administrator's iPhone (+12162244428)

Ok well I'll be in touch with you tomorrow

04/09/2019, 16:39 (Viewed 04/09/2019, 16:48)

Gina C. (4405034326)

I'll be there from about 10 or 11 until around 2 o'clock in the afternoon visiting mom. Thank you and have a good evening

04/09/2019, 21:15 (Viewed 04/09/2019, 21:16)

Gina C. (4405034326)

Sorry to bother you tonight Sara. But I've been trying to get a nurse to call me since 730 actually, 645. When I spoke with my mother she was upset and I needed to speak with the nurse about the situation. It is now 915 and I have not still received a call. When I called there I am put on hold and never get through to anybody. I just wanted to know my mom's condition after I had spoke with her at 7 o'clock

04/09/2019, 21:19

Administrator's iPhone (+12162244428)

I just spoke with her nurse and she will be calling you shortly after she finishes her med pass

04/09/2019, 21:19 (Viewed 05/09/2019, 00:34)

Gina C. (4405034326)

Thanks

05/09/2019, 15:51

Gina C. (4405034326)

Good afternoon Sara. I still believe the nursing home is responsible for my mother's hearing aid since we had an agreement that I would be called when it was lost. It was written down to call me they called me all the other times they did not call me when this one was lost I do not feel it was my responsibility to replace it. I feel it is the nursing homes responsibility to replace it. However you were telling me that you are not liable

CRISCIONE_009078

for my mother's hearing aid and are giving me something else to replace the hearing aids which I talk to the DON about.

05/09/2019, 15:51

Gina C. (4405034326)

I agreed with her that we could try them on Monday. But I am still unhappy with the decision that the owner made over when hearing aid that I am not responsible for replacing.

05/09/2019, 15:52

Gina C. (4405034326)

😞Stephanie herself told me the hearing aid was in at 3 o'clock so what happened between 3 o'clock and 7:30 in the evening I don't know but no one called me till the next day in the afternoon

05/09/2019, 16:19

Administrator's iPhone (+12162244428)

I called Holly's Hearing and waiting on call back for appointment for Dorothy

05/09/2019, 16:20

Gina C. (4405034326)

Great news!

05/09/2019, 16:21

Administrator's iPhone (+12162244428)

I'll keep you posted

05/09/2019, 16:21

Gina C. (4405034326)

Thank you so much

06/09/2019, 13:02

Administrator's iPhone (+12162244428)

Hi Gina
Please call me when you have a minute, thanks

CRISCIONE_009079

06/09/2019, 13:06

Gina C. (4405034326)

Not feeling very well right now laying down. Can I call you later this afternoon please? Or is it urgent?

06/09/2019, 13:07

Administrator's iPhone (+12162244428)

Not urgent

06/09/2019, 13:07

Administrator's iPhone (+12162244428)

Call at your convenience

06/09/2019, 13:07

Administrator's iPhone (+12162244428)

Feel better

06/09/2019, 13:07

Gina C. (4405034326)

Ty

06/09/2019, 14:40 (Viewed 06/09/2019, 14:42)

Gina C. (4405034326)

Is it a good time to call you now?

06/09/2019, 14:42

Administrator's iPhone (+12162244428)

Yes

07/09/2019, 10:23 (Viewed 07/09/2019, 10:41)

Gina C. (4405034326)

Good morning Sara it's the weekend. Seems are shortstaffed Only 3 aides? because my mother is in her room crying with a stomachache. I had a hard time getting to her on the phone ..This happens all the time. Now she is in pain and no one is helping her. Well they came in the room and dialed my number for her but they did not address her

CRISCIONE_009080

stomach ache.I'm in the phone now with her in pain for over 45 min.. listening to her moan . The reason being someone may have put butter on her toast which is dairy, and I Asked that butter and milk. to be taken off the menu only peanut butter on her toast. I bet if you check with the kitchen they buttered her toast this morning. And my mother suffers for it Every time they do. I have had to call up a couple of mornings to remind them not to butter her toast.

07/09/2019, 10:25 (Viewed 07/09/2019, 10:41)

Gina C. (4405034326)

Sorry to bother you with this. My mother is missing 2/3 of her stomach from previous surgery she cannot handle the grease or the milk that butter provides in the body it does not digest and she gets very ill. To the point of vomiting sometimes and it coming out of both ends so this is why I am concerned about this butter on her toast this morning

07/09/2019, 10:26 (Viewed 07/09/2019, 10:41)

Gina C. (4405034326)

Ty

07/09/2019, 10:41

Gina C. (4405034326)

Update. I talked with your wonderful nurse Stephanie. She's taking care of my mom that's all I wanted to know thank you. She also said that they did not put butter on her toast but sometimes they do put milk in her coffee and that makes her sick to it happens by accident sometimes you never know. The girls you have are very sincere and good workers there just aren't enough of them thanks

07/09/2019, 10:52

Administrator's iPhone (+12162244428)

I just spoke with Stephanie and all seems fine now

07/09/2019, 10:54

Gina C. (4405034326)

Yes, Thank you. When I can't get to see mom a whole day or two I call her periodically. And when the staff is too busy to do that for me my mother gets angry and I get frustrated at home not being able to get through to her because she cannot dial phone. I do appreciate every single one of your staff and the time they do take for my mother to do that one little thing it makes a big difference in my moms in my life every day.❤️

CRISCIONE_009081

07/09/2019, 10:54

Administrator's iPhone (+12162244428)

Good then you should tell them that

07/09/2019, 10:54

Administrator's iPhone (+12162244428)

They would appreciate that

07/09/2019, 10:57

Gina C. (4405034326)

I try too 🌹 and always will

07/09/2019, 10:58

Administrator's iPhone (+12162244428)

Good

09/09/2019, 10:20

Administrator's iPhone (+12162244428)

Hi Gina
Is it the left or right ear for the missing hearing aid?

09/09/2019, 11:16 (Viewed 09/09/2019, 11:19)

Gina C. (4405034326)

Sorry Sara I just got this text but I'm sure you know by now it was the right ear missing

09/09/2019, 11:19

Administrator's iPhone (+12162244428)

Yes

09/09/2019, 11:19

Administrator's iPhone (+12162244428)

Right

09/09/2019, 11:19 (Viewed 09/09/2019, 11:20)

Gina C. (4405034326)

CRISCIONE_009082



12/09/2019, 18:49

Gina C. (4405034326)

Good evening Sara. Your reception is Sherry just hung up on me. My mother was upset today and I'm calling to talk to Nurse Stephanie she won't put me through to her and she won't give a message to them to have them call me for my mother either. Is there anyway I can get a call from Nurse Stephanie or my mother please or I'm going to have to get in my car and drive down there myself to see how my mother is this evening thank youAgain Sheri is the only one that gives me a hard time when I asked for a simple phone call before my mother goes to bed.

12/09/2019, 18:50

Administrator's iPhone (+12162244428)

I'll call

12/09/2019, 18:50 (Viewed 12/09/2019, 18:55)

Gina C. (4405034326)

Ty do much

12/09/2019, 18:53 (Viewed 12/09/2019, 18:55)

Gina C. (4405034326)

Ty someone called me for mom 🌹

12/09/2019, 18:55

Administrator's iPhone (+12162244428)

I spoke with sherry as well

12/09/2019, 18:56

Gina C. (4405034326)

I don't know why she as an attitude with me? But thank you❤️

12/09/2019, 19:22 (Viewed 12/09/2019, 20:36)

Gina C. (4405034326)

FYI : I think your staff is exceptional from the kitchen to the cleaning. Your nurses are wonderful. Your aids as well. You Did a great job Sara! My mother's room has never

CRISCIONE_009083

been cleaner. Laundry has been perfect. Your staff is extremely friendly and accommodating to me all the time and my moms needs! I really appreciate all you have done for me as you put EAstpark back together. You have always been there for us and We do greatly appreciate everything that you have done. You did a fantastic job from top to bottom making EAstpark shine again! God bless you❤️

12/09/2019, 19:23 (Viewed 12/09/2019, 20:36)

Gina C. (4405034326)

Your nursing team has never been better.

12/09/2019, 20:36

Administrator's iPhone (+12162244428)

Thanks Gina! I was out walking my dogs so just saw this now

12/09/2019, 20:39

Gina C. (4405034326)



08/10/2019, 12:07

Gina C. (4405034326)

Good afternoon Sara. Just wondering what the holdup was on mom's hearing aid? Hope you're having a good day get back to me on that hopefully with a hearing aid LOL

08/10/2019, 12:08

Administrator's iPhone (+12162244428)

Not sure but they did receive the check. I will call and see what they say.

08/10/2019, 13:12

Gina C. (4405034326)

Ty

10/10/2019, 08:59

Gina C. (4405034326)

Good morning Sara. I heard from Hollys Hearing they're going to be dropping off mom's hearing aid today. Sometime around four I believe. I won't be able to be there. I am hoping that your "new"staff since mom lost her hearing aid, knows the proper way

CRISCIONE_009084

of applying mom's hearing aid so that little wire is not sticking out. They never fall out if they're placed incorrectly. Thank you Sara and have a good day

10/10/2019, 09:01

Administrator's iPhone (+12162244428)

Not to worry, they will be aware of the proper placement

10/10/2019, 09:03 (Viewed 10/10/2019, 09:31)

Gina C. (4405034326)

By chance one goes missing please make note call Gina immediately I can be there in five minutes to look. Thanks Sara I really appreciate it

10/10/2019, 17:07 (Viewed 10/10/2019, 17:08)

Gina C. (4405034326)

Good evening Sara I hope everything went well at 4 o'clock with mom and Hollys Hearing. Sorry we couldn't be there JoLynn is home in bed sick she was going to try

10/10/2019, 17:13

Administrator's iPhone (+12162244428)

Everything is fine, no clips on the hearing aids but there is an order to check placement every 4 hours

10/10/2019, 17:30 (Viewed 10/10/2019, 17:32)

Gina C. (4405034326)

Thank you 

10/10/2019, 17:32

Administrator's iPhone (+12162244428)

You're welcome

11/10/2019, 10:17 (Viewed 11/10/2019, 10:36)

Gina C. (4405034326)

Good morning Sara. I just wanna give you heads up on what happened this morning. I called mom on the phone and Darlene assisted my mother telling me that my mom's hearing aids were in her ears. This means protocol was not followed as we spoke yesterday, not to put the hearing aids in until the attachment was on them so my mom

does not lose them. For some reason from the chain of command it's not getting over to the nurse on duty. If I would've called mom would've lost that today and I would've been responsible?

11/10/2019, 10:18 (Viewed 11/10/2019, 10:36)

Gina C. (4405034326)

P.S. did they say how long it would be Till these attachments would be applied to mom's hearing aids?

11/10/2019, 10:18 (Viewed 11/10/2019, 10:36)

Gina C. (4405034326)

I asked Darlene to remove the hearing aids and give them to Stephanie nurse in charge of mom today to hold until then thank you

11/10/2019, 11:00

Administrator's iPhone (+12162244428)

Ok here's the deal, Louise forgot to leave a note to nurse staff to make sure no hearing aids until clips attached. I just spoke with Stephanie who had no idea about it but has made the note to pass on to staff.

11/10/2019, 11:10 (Viewed 11/10/2019, 11:36)

Gina C. (4405034326)

I'm the net! Glad I contacted you thank you

11/10/2019, 17:58 (Viewed 11/10/2019, 18:41)

Gina C. (4405034326)

Good evening Sara, well it's a good thing I came to dinner tonight. I stopped to bring mom some sweaters. Mom was sitting in front of her food with no help. Denise Kroesen had ordered that someone feed mom or be with her when she's eating. Otherwise my mother does not know what is in front of her.It wasn't happening tonight. No one was even in the room with mom or near her table when I came in and it's almost 6 o'clock. I mentioned it to several of the aids they all looked very busy feeding others in the other room. I just told them that mom was supposed to have help eating at her meals. Josie came to my rescue and offered to feed my mother. I told her since I'm here I will do it myself tonight but I am not happy with knowing that someone is not attending her during meals. Will you please make sure that this order is also known by everyone thank you

11/10/2019, 18:42

CRISCIONE_009086

Administrator's iPhone (+12162244428)

I don't know what order you are talking about. I will check with the on call manager to see what was going on. She was there for dinner

11/10/2019, 18:43

Gina C. (4405034326)

Well my mother was sitting alone and she needs direction when she's eating that's all

11/10/2019, 18:43

Gina C. (4405034326)

Ask Denise Kroesen about it

11/10/2019, 18:44

Administrator's iPhone (+12162244428)

So does many other residents there but I will check

11/10/2019, 18:44

Gina C. (4405034326)

I had a lengthy discussion about it

11/10/2019, 18:47 (Viewed 11/10/2019, 18:48)

Gina C. (4405034326)

Ty

17/10/2019, 14:04 (Viewed 17/10/2019, 14:10)

Gina C. (4405034326)

Thank you for helping me today the best you could as you always do. I appreciate all the attention that came to the situation and I'm very sorry that I had to pull everyone off their usual job for the problem. However please do not say anything to Yolanda she was only agreeing with me. If I wanted to get people in trouble I can tell you something that every single person in there has said at one time or another... Yolanda Is one of your best ! waiting to hear about that hearing aid again. Thanks for acting on that as well. Have a good rest of the day.

17/10/2019, 14:12

Administrator's iPhone (+12162244428)

CRISCIONE_009087

I will follow up with you after I speak with Holly's Hearing. Hope you get to go to that event tonight and enjoy.

17/10/2019, 14:12

Gina C. (4405034326)

Ty 

17/10/2019, 15:34 (Viewed 17/10/2019, 15:46)

Gina C. (4405034326)

One more thing Sara. I thought about what Louise said about not putting a diaper on mom at night. That chair is going to get annihilated. I would like it put loosely around her at night please thank you

17/10/2019, 15:46

Administrator's iPhone (+12162244428)

Ok I will pass this on to Louise and the unit manager

17/10/2019, 15:47

Gina C. (4405034326)

Ty

17/10/2019, 15:47

Administrator's iPhone (+12162244428)

Also I called Holly's Hearing

17/10/2019, 15:47

Administrator's iPhone (+12162244428)

You can call me when you have time to discuss what she told me

17/10/2019, 16:13 (Viewed 17/10/2019, 16:28)

Gina C. (4405034326)

Ty

17/10/2019, 16:29

Administrator's iPhone (+12162244428)

CRISCIONE_009088

The unit managers and Louise are aware of your last request

17/10/2019, 16:32 (Viewed 17/10/2019, 16:33)

Gina C. (4405034326)

Thank you very much. My sister is with mom now we bo th notice mom has been very lethargic all day. It was very painful to roll her over on that right side, but that bad right shoulder. I told Louise about it. Louise was right there when they were rolling her over to clean her up and it was killing her right shoulder. So it's a good thing she's going to be in her chair thank you very much

17/10/2019, 16:33

Gina C. (4405034326)

Thanks for everything

17/10/2019, 16:33

Administrator's iPhone (+12162244428)

You're welcome

17/10/2019, 16:34

Gina C. (4405034326)

I'm gonna put on my big girl panties try to go out tonight with my husband to this gig it means a lot to him. Save the bed for me next to mom LOL joking 🌹

17/10/2019, 16:34

Gina C. (4405034326)

Ty

17/10/2019, 16:36

Administrator's iPhone (+12162244428)

Great, you need to have some fun! You'll like it there.

17/10/2019, 16:37

Gina C. (4405034326)

You're a good person Sara. Ty

17/10/2019, 16:37

CRISCIONE_009089

Administrator's iPhone (+12162244428)

Thanks Gina

17/10/2019, 16:38

Administrator's iPhone (+12162244428)

You know I'm here for Dorothy and try to best by her. She's lucky to have such to have such devoted daughters

17/10/2019, 16:39 (Viewed 17/10/2019, 16:42)

Gina C. (4405034326)



20/10/2019, 09:23 (Viewed 20/10/2019, 09:26)

Gina C. (4405034326)



Good morning Sara sorry to bother you. I called this morning as I've been calling more often since I am checking to make sure mom is not sitting in wet. Every two hours. I spoke with Lori this morning and I know that my mother gave them a hard time last night. So I wanted to make sure this morning she was clean and dry and on the phone with me after breakfast. No call. I had to sign a paper to keep her in the chair and I want to make sure you guys are keeping your end up. However this morning I've been calling since 730 to get a phone call from my mom. But they're too busy to dial my number?. I want to speak to the nurse to know that she is changed and dry. Debi the receptionist tells me it is quite hectic back there and I have not got a phone call yet. So I am driving over to Eastpark to see if my mother is clean and dry and if she's dressed and doesn't have her breakfast food on her clothes (this happens) for when my brother gets there today at noon today for her lunch

20/10/2019, 09:27

Administrator's iPhone (+12162244428)

I will call now

20/10/2019, 09:29 (Viewed 20/10/2019, 09:34)

Gina C. (4405034326)

CRISCIONE_009090

I just got a phone call from mom they dialed for her but they did not assist her getting it to her ear so it's upside down and she can't hear me.

20/10/2019, 09:29 (Viewed 20/10/2019, 09:34)

Gina C. (4405034326)

She sounds lethargic and terrible I'm coming over there to see her I hear in the background

20/10/2019, 09:34

Administrator's iPhone (+12162244428)

I just spoke with Stephanie and Dorothy is fine

20/10/2019, 09:34

Administrator's iPhone (+12162244428)

They are busy and down to 3 aides today

20/10/2019, 09:41

Gina C. (4405034326)

Is this why my mothers sores not healing. Or is it because she keeps the aids away from her during the night in her rage of being woken up every two hours. Moms mind is declining...I'm just trying to keep my mom dry in those areas from Parma Heights. I know how hard it is for your aids to deal with my mother at this time also.
It's really no one's fault. That's how her "sores got like this sitting in P "from the words of Robin. I knew that, her areas weren't being dried properly. I don't care how many aids are there I just want to make sure my mother is dry every two hours and her sores are tended to so they do not get worse. Dorothy has been acting lethargic for three days I'm wondering if it's because of the infection that she has? Or I'm wondering is this dementia rapidly declining. I'm sorry to bother you Sara but this is my mother and I have to keep on top of it. I know you're doing your best to , thank you . And when they made me sign the paper that she needs to be in the chair, I need to make sure every two hours she's being attended to in that area. And I will continue to do so.

20/10/2019, 09:54

Gina C. (4405034326)

I'm sure mom is fine, however I'm worried about those sores healing and her mind is slipping rapidly it's just stressful

20/10/2019, 09:57

CRISCIONE_009091

Administrator's iPhone (+12162244428)

Every day is different for your mom but I believe the staff takes good care of her and are aware of her needs and your particular requests in her care

20/10/2019, 09:57

Gina C. (4405034326)

Ty

20/10/2019, 10:21

Gina C. (4405034326)

Sara went apologize for bothering you today. I'm here with mom. My anxiety has taken control of me with mom's declining mind. The staff you have here is excellent I never doubt them I just wish there were lots more of them. Have a great day❤️

20/10/2019, 10:21

Administrator's iPhone (+12162244428)

You too

22/10/2019, 15:36 (Viewed 22/10/2019, 15:37)

Gina C. (4405034326)

Good afternoon Sara. Why did I have to hear about bedbugs from lolly the resident that will be staying with my mother for this evening. I was informed by Nurse Sara that mom would have a roommate lolly which is fine, but Sara failed to mention that they were cleaning her room for bedbugs. My sister is there and lolly tells her about it. When Sara was on the phone with me she never mentioned bed 🐾 .. I'm itching right now

23/10/2019, 14:55 (Viewed 23/10/2019, 15:39)

Gina C. (4405034326)

Good afternoon Sara I just came from EAstpark. I stop by this morning just to drop off a few sweaters. I was appalled
by the way my mother's room looked and smelled of P. Everyone already knows about it and has done everything they can to make it better but I thought you should know. What I wanna know is why I had to walk in there and find out her chair smell the P why didn't someone tell me. ?
Or do something about it. The chair should've been cleaned immediately. I worked wiped it up the best I can with Clorox wipes and sprayed it with Lysol spray. This is what my mother will be sleeping in tonight. Dave will be cleaning it tomorrow morningBecause it needs a whole day to dry. I wish someone who had changed the

CRISCIONE_009092

pad on mom's chair this morning and realize that it smelled and her P went through would've recognized it and reported it. I don't really know who it was I don't really care I just want it not to happen again. thank you. I reported to and was was in contact with the nurse on staff the whole morning and she took care of everything for me there's really nothing else to do except make sure they know when something like this happens they they report it so it can be cleaned immediately thank you

23/10/2019, 17:07

Administrator's iPhone (+12162244428)

Hi Gina
Just getting this now as I have been at an appointment this afternoon. I will share with unit manager to handle.

23/10/2019, 17:12 (Viewed 23/10/2019, 17:13)

Gina C. (4405034326)

I was a little upset when I got there and everyone tried to accommodate me the best they can to get it cleaned up (Rubber gloves were on the floor, along with bags of garbage on the floor in the bathroom, feces on the toilet seat, Watch outbasically text you to let you know what goes on sometimes. I didn't like the way they set my mom in the room after lunch when I got there she was staring at a TV with no water near her I could go on about the things that were wrong this morning. It was just a bad morning. Thank you again I'm trying to unwind and get this out of my head today. I know mom is being taken care of now. Ty

23/10/2019, 17:13

Gina C. (4405034326)

(some of my text in the last comment didn't pick up right with my voice, but I think you understand what I was talking about.)

23/10/2019, 17:14

Gina C. (4405034326)

That was supposed to be after breakfast not lunch I'm sorry

23/10/2019, 17:14

Administrator's iPhone (+12162244428)

Yes I understand and I am not happy about your experience. I will put an investigation in place

23/10/2019, 17:14

CRISCIONE_009093

Administrator's iPhone (+12162244428)

That's unacceptable

23/10/2019, 17:15

Gina C. (4405034326)

I am happy about Robin Yolanda coming in and checking mom's wound and letting me know that it was healing that was at 2 o'clock. I've been calling to make sure everybody's on top of that and they have been even though she is in her chair. That's why her chair is important to be kept clean, I'm sure you understand

23/10/2019, 17:15

Administrator's iPhone (+12162244428)

I do

23/10/2019, 17:16

Gina C. (4405034326)

Ty soooo much

24/10/2019, 16:38 (Viewed 24/10/2019, 16:40)

Gina C. (4405034326)

Good afternoon Sara you know me I don't like to just report the wrong things that happened, I like to report the good. Besides mom's condition being very lethargic today everything seemed in order with her room and nurses and staff. I really like some of the new people you hired, and I hope they work out for all of us. Please have a good evening and thank you for your hard work

24/10/2019, 16:41

Administrator's iPhone (+12162244428)

Thanks so much for your kind words, hope things stay together

24/10/2019, 16:49 (Viewed 24/10/2019, 16:56)

Gina C. (4405034326)

I believe and have faith

26/10/2019, 17:34 (Viewed 26/10/2019, 18:49)

Gina C. (4405034326)

Good evening Sara . I'm worried about mom tonight . I would like to know that no Agency ade is with her. They have been having trouble transporting my mom at night and I must make sure that her wounds are kept dry and that new people follow through. Thank you

26/10/2019, 19:01

Administrator's iPhone (+12162244428)

Hello Gina
No agency staff assigned to your Mom tonight. Melissa Carpenter is her aide.

26/10/2019, 19:02

Gina C. (4405034326)

Thank you so much for your time 🌹

26/10/2019, 19:02

Administrator's iPhone (+12162244428)

You're welcome

26/10/2019, 19:04

Gina C. (4405034326)

Have a great week end❤️

26/10/2019, 19:04

Administrator's iPhone (+12162244428)

Thank you!

26/10/2019, 19:04

Administrator's iPhone (+12162244428)

You as well

26/10/2019, 19:05

Gina C. (4405034326)

I will 🌹🙏

29/10/2019, 15:08

Gina C. (4405034326)

CRISCIONE_009095

Good afternoon I have been in phone listening to mom for 25 min and she said she wet .. no tv on that I can here,??? I keep calling . If that sore gets bad it because if this

29/10/2019, 15:19

Gina C. (4405034326)

I'm talking to Louise right now

29/10/2019, 15:20

Administrator's iPhone (+12162244428)

Okay

29/10/2019, 15:29

Gina C. (4405034326)



It seems mom was not wet but that isn't the point I asked someone to check on her a half an hour ago she couldn't swallow her mouth was dry and she needed water. Me and Louise discussed everything. Between you and me, Louise puts words in my mouth. she said I was accusing everyone, I wasn't accusing  any one at all !!! All I was doing was calling the desk reporting what my mother was experiencing on the phone with me and wanted someone to check on mom...And that was dry mouth and wet pants. Louise told me her pants were not even wet!!! I told her it didn't matter if they were wet or not the point is I needed someone to check on my mom and no one called me back and it was not getting done... because I was on the other end of the phone listening to my mother and no one came in there. Louise told me someone went in there I never heard anyone go in the room with mom during the 30 minute phone wait. I just wanted you to know the facts because I don't trust Louise will tell you my side correctly.

29/10/2019, 15:31

Gina C. (4405034326)

Louise did try to be kind After she accused me of accusing you guys, and told me to contact her if I have any problems with my mother from now on.

29/10/2019, 15:31

Gina C. (4405034326)

CRISCIONE_009096

Wow

29/10/2019, 15:33

Administrator's iPhone (+12162244428)

Ok I think that's good for her to directly deal with your concerns but of course you can still contact me

29/10/2019, 15:36 (Viewed 29/10/2019, 15:45)

Gina C. (4405034326)

Of course thank you. Seems when I talk to Louise she turns around what I am trying to say. I don't think she understands me. I'm not complaining I'm reporting. And I think 30 minutes is kind of long to get a phone call when I think my mom is dry and in the room with I'll being able to reach her water. I didn't even get a phone call I was on the phone with my mother still Louise walked in the room and just picked up the phone and caught me there. That's where we talked I really never got a phone call from anyone

29/10/2019, 15:48

Administrator's iPhone (+12162244428)

Ok but at the very least in all this you were able to talk with someone. I was there at the doorway while Louise was talking with you. I spoke with Stephanie the nurse who told me what was happening at the time you were on the phone with your mother

29/10/2019, 15:48

Gina C. (4405034326)

It's all good now I guess mom is fine I hope she has her water and doesn't dehydrate is all

29/10/2019, 15:49

Administrator's iPhone (+12162244428)

I will double check

29/10/2019, 15:49

Gina C. (4405034326)

Ty Sara

29/10/2019, 15:51

Administrator's iPhone (+12162244428)

CRISCIONE_009097

Sure

30/10/2019, 19:04 (Viewed 30/10/2019, 19:10)

Gina C. (4405034326)

Good evening Sara. Tonight I received a call from therapy that it was important to use the hoyer for My mother(Dorothy) I did agree. I have seen how it is so hard to get mom in to the bathroom with three people and it risks her getting hurt or someone getting hurt. However I am concerned about her transition tonight for the first time I don't know who her aid or nurse is. I'm hoping it's an easy transition for them all. I guess I'd like the nurse to call me tonight to let me know how this is working with mom tonight and who her ade is so I feel more comfortable that she's not freaking out over this new thing

30/10/2019, 19:05 (Viewed 30/10/2019, 19:10)

Gina C. (4405034326)

So sorry to bother you with this

30/10/2019, 19:11

Administrator's iPhone (+12162244428)

I will call the facility and have her nurse contact you

30/10/2019, 19:12 (Viewed 30/10/2019, 19:13)

Gina C. (4405034326)

Please thank you very much. At her convenience ❤️ I will be here standing by ty

30/10/2019, 19:14

Administrator's iPhone (+12162244428)

I just told the receptionist to make sure that her nurse contacts you regarding this. Her nurse tonight is Meghan

30/10/2019, 19:15

Administrator's iPhone (+12162244428)

I will be out walking my dogs shortly so I won't have my phone with me for about an hour

30/10/2019, 19:15

Gina C. (4405034326)

CRISCIONE_009098

I did call earlier but sometimes I wait all night and never get a call 😔 I wanted to make sure tonight that someone did contact me about how mom is doing thank you

30/10/2019, 19:15

Gina C. (4405034326)

No Sara I do appreciate everything ty

30/10/2019, 19:15

Gina C. (4405034326)

No problem

30/10/2019, 19:16

Administrator's iPhone (+12162244428)

Ok let me know if you don't hear from them

30/10/2019, 19:16

Gina C. (4405034326)

Kk

30/10/2019, 23:31 (Viewed 31/10/2019, 00:31)

Gina C. (4405034326)

I never got a call I'm going to bed good night

30/10/2019, 23:34 (Viewed 31/10/2019, 00:31)

Gina C. (4405034326)



31/10/2019, 10:00 (Viewed 31/10/2019, 11:30)

Gina C. (4405034326)

Good morning Sara, I ended up speaking with Megan at midnight last night I called she was very good at explaining what went on. What really upset me was the fact that

therapy called and said there was no more bathroom she was going to be on the hoist and that no one called me to answer my concerns and questions. Rene this morning answered my questions mom did great with the hoist that's all I wanted to know what is the minds of me and my sister. Thank you and have a good day❤️

31/10/2019, 11:33

Administrator's iPhone (+12162244428)

Hi Gina
I spoke with Meghan this morning and she told me that she had finally connected with you. She misunderstood the receptionist's message. Good to know also that Rene was helpful. Have a great day and Happy Halloween!!

31/10/2019, 11:34

Gina C. (4405034326)

Thanks Sara I appreciate your kindness you have a wonderful day and happy Halloween to you and your family

31/10/2019, 11:34

Administrator's iPhone (+12162244428)



09/11/2019, 09:29 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

Good morning Sara I've told the kitchen numerous times my mother cannot eat bacon she gets stomachache and I'm sitting with her now because they gave her bacon this morning and she has a stomachache again because of them not listening to what is supposed to be done at her. They were other issues when I got here as well however Renee has handled them for me.

09/11/2019, 09:31 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

Sorry to bother you with this. But my mother suffers when they put dairy , fatty bacon or cream in her food for on her tray

09/11/2019, 09:36 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

My mother had no bib on her at breakfast she had food all over her clothes I've been waiting since breakfast for someone to change her. Clearly you do not have enough

CRISCIONE_009100

people here I see everyone is extremely busy

09/11/2019, 09:41 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

And her hearing aids were not put in...I won't even mention the hoist that was stuffed up between her legs and looked so uncomfortable I'm tellin

09/11/2019, 10:01 (Viewed 09/11/2019, 10:22)

Gina C. (4405034326)

My mom
my mom having breakfast like this acceptable I'm sorry whoever left her like this it's totally unacceptable.. I'm still waiting for someone to change her I came in at 8 o'clock just to kiss my mom and bring a sweater. I'm still here because there aren't enough aids

09/11/2019, 11:39 (Viewed 09/11/2019, 11:40)

Gina C. (4405034326)

Sarah I took these pictures today of mom's left arm. I believe it is because she needs a bar on the wall. She fights them and they have to hold her. Just wanted you to see. Thank for all you do

09/11/2019, 11:41

Administrator's iPhone (+12162244428)

Ok I have already discussed that with Renee

09/11/2019, 11:41

Gina C. (4405034326)

Ty so much

09/11/2019, 11:41

Administrator's iPhone (+12162244428)

You're welcome

11/11/2019, 14:45 (Viewed 11/11/2019, 16:46)

Gina C. (4405034326)

Good afternoon Sara. Well today was sure a great morning everything was perfect your

CRISCIONE_009101

staff was fantastic mom got a shower and Sierra is wonderful Aid. Just letting you know everything's all good thank you very much

11/11/2019, 16:47

Administrator's iPhone (+12162244428)

Hi Gina,
Great to hear!!

20/11/2019, 15:03 (Viewed 20/11/2019, 15:04)

Gina C. (4405034326)

Good afternoon Sara. Everything is going great with mom today I stopped in for a short visit with my husband. We were both surprised that when we got to the door near mom The entire hallway smelled of urine horribly. That never happens usually just letting you know. It was not in moms room moms room was very clean. The odor was draping the hallway..? FYI Have a good evening

20/11/2019, 15:05

Administrator's iPhone (+12162244428)

I'm sure it was a situational issue but not long standing. But thanks for letting me know

20/11/2019, 15:05

Gina C. (4405034326)

I hope so it was really bad my husband hardly ever visits and he was taken back by it

20/11/2019, 15:06

Administrator's iPhone (+12162244428)

This is not typical

20/11/2019, 15:06

Gina C. (4405034326)

No it's not that's why I'm let you know anyway have a good evening I left for the evening I'll be back in the morning I'll let you know if I still smell it then ,I doubt it ..have a good night

20/11/2019, 15:06

Administrator's iPhone (+12162244428)

CRISCIONE_009102

You too

20/11/2019, 15:07

Gina C. (4405034326)



20/11/2019, 15:07

Administrator's iPhone (+12162244428)



23/11/2019, 10:32 (Viewed 23/11/2019, 10:34)

Gina C. (4405034326)

Good morning,, my mom has been crying for 15 mins on phone to me with stomach pain... I called three times ,,, what going on? My sister is coming up there now.

23/11/2019, 10:34

Administrator's iPhone (+12162244428)

I don't know because I am not there, I will call

23/11/2019, 10:36 (Viewed 23/11/2019, 10:42)

Gina C. (4405034326)

Almost 20 minutes I called 4 times

23/11/2019, 10:38 (Viewed 23/11/2019, 10:42)

Gina C. (4405034326)

Mom still on phone with me, she says she pooped now stomach ach I little better.. still no one there

23/11/2019, 10:40 (Viewed 23/11/2019, 10:42)

Gina C. (4405034326)

She say no hearing aide in her ears either?

23/11/2019, 10:41 (Viewed 23/11/2019, 10:42)

Gina C. (4405034326)

Amost35 minutes and not one person can stop and check her?

CRISCIONE_009103

23/11/2019, 10:42

Administrator's iPhone (+12162244428)

I'll call you

23/11/2019, 10:42

Administrator's iPhone (+12162244428)

I just spoke with the nurse

23/11/2019, 10:47 (Viewed 23/11/2019, 10:52)

Gina C. (4405034326)

She is still sitting in her shit no one is there she won't tell them

23/11/2019, 10:51 (Viewed 23/11/2019, 10:52)

Gina C. (4405034326)



I actually started calling early this morning and it took me until now and no one is still in there my sister went in there just now

23/11/2019, 10:51 (Viewed 23/11/2019, 10:52)

Gina C. (4405034326)



23/11/2019, 10:51 (Viewed 23/11/2019, 10:52)

Gina C. (4405034326)

CRISCIONE_009104



23/11/2019, 10:52

Gina C. (4405034326)

So I would say from like nine 930 until about 10 minutes ago when my sister got there I don't know what's happening down there now

23/11/2019, 11:11

Gina C. (4405034326)

One more thing, more fun stuff. LOL please tell someone to put mom's hearing aids in correctly. She should be having them in at breakfast they're still not in her ears. Thank you no more fun stuff today 🙂

23/11/2019, 11:12

Administrator's iPhone (+12162244428)

Ok I'll take care of it

23/11/2019, 11:12 (Viewed 23/11/2019, 11:13)

Gina C. (4405034326)

Thank you

23/11/2019, 11:12 (Viewed 23/11/2019, 11:13)

Gina C. (4405034326)



23/11/2019, 11:13

Administrator's iPhone (+12162244428)

You are welcome

28/11/2019, 14:53 (Viewed 28/11/2019, 22:56)

Gina C. (4405034326)

CRISCIONE_009105

Hi Sara, I just came home from East Park. What a wonderful Thanksgiving lunch! Have a Happy Thanksgiving ....We are very grateful for every thing you do to make East Park a clean, safe, friendly place for my mother and all the residents! Your staff is exceptional. Peace and blessings for a wonderful year to come as well 💐

14/12/2019, 07:11 (Viewed 14/12/2019, 08:12)

Gina C. (4405034326)

Good morning Sara. Sorry Sara got more "fun stuff".....I stopped by to see mom about seven 730 last night. When I went in the room she was laying across the bed not straight in the bed like she is supposed to be. She was crying and her nightgown was up bunched under her back ribs and on the middle of her back. Creating a bulge... I guess they had just put her to bed. I don't expect mom's night gown to be halfway up her back bunched up, it should be pulled under her bottom and on her legs like a nightgown should be. Bunching it up under her back like that is not good for her back either. And my sister said this isn't the first time we found her like that.
I also found my mothers clothes in the trash CAN next to the bathroom door and I have a picture if you want to see it. Her clothes were stuffed into a garbage basket and soaked with P. Her agency aid Stephanie had dressed her for bed. Of course I told Renee and I met mom's "agency" aid Stephanie and told them both that this was unacceptable. Rene was clearly busy with other residents and helped me until Stephanie came back in the room to help me straighten mom's nightgown down where it is supposed to be and adjust mom in bed properly. There was no water next to my mom's bed either for her to reach.
I thought we were not having agency aids? .Again this one did not know about my mother's right shoulder issue, and she clearly cannot put my mothers clothes into a trashcan without being in a plastic bag with P on them leaving it wide open for me to smell when I come to visit my mother. My mother has been complaining about her right shoulder again. My mom was also telling me that her bottom was sore. I did talk to Renee about that. Just letting you know what went down last night it's a weekend. ✌️

14/12/2019, 07:12 (Viewed 14/12/2019, 08:12)

Gina C. (4405034326)

Rene is a fantastic nurse she was doing everything she could to help me she seemed to have way too many people in the common area to have to deal with and no one else was around to help her. I hated bothering her to come in the room with me when I noticed these things because she was handling other patients. Where is everybody I only saw Vicki at the other end?

14/12/2019, 08:05 (Viewed 14/12/2019, 08:12)

Gina C. (4405034326)

Well I'm here at 8:05 and find mom in front of her food and no one feeding her she

CRISCIONE_009106

looks lethargic her lips are chapped and dry and I'm kind of worried what's going on? Marianne told me she was busy and she had to do other things and then she was going to get around feeding your mother

14/12/2019, 08:09 (Viewed 14/12/2019, 08:12)

Gina C. (4405034326)

I'm feeding my mother

14/12/2019, 08:19

Administrator's iPhone (+12162244428)

I will check in with staff to see what's going on. I don't know who was assigned to Dorothy this morning to assist with her meal. We still use agency when we need it to cover openings in the shifts. I will talk with Renee for details about that aide so I can make sure that we don't use her again. I will also make sure that Louise and the Unit Manager are aware of this.

14/12/2019, 08:43 (Viewed 14/12/2019, 08:46)

Gina C. (4405034326)

Ty

14/12/2019, 08:47

Administrator's iPhone (+12162244428)

I'll be sure to take care of all of this, that issue on Saturday was totally unacceptable

14/12/2019, 08:51

Administrator's iPhone (+12162244428)

I meant Friday

14/12/2019, 08:52

Gina C. (4405034326)

Thank Sara

14/12/2019, 08:52

Administrator's iPhone (+12162244428)

You're welcome Gina

CRISCIONE_009107

14/12/2019, 09:41 (Viewed 14/12/2019, 09:44)

Gina C. (4405034326)

If someone can not feed mom lunch today or when ever ... I'd like to be called, I will come and do it if your short handed 🌹

14/12/2019, 09:44

Administrator's iPhone (+12162244428)

I'm going to see what is happening now

14/12/2019, 10:12 (Viewed 14/12/2019, 10:31)

Gina C. (4405034326)

I cannot bear to watch how my mother is being changed right now

14/12/2019, 10:12 (Viewed 14/12/2019, 10:31)

Gina C. (4405034326)

She obviously needs help there's only one girl here Marianne and she needs help my mother is difficult there is no one around to help her

14/12/2019, 10:17 (Viewed 14/12/2019, 10:31)

Gina C. (4405034326)

Nurse came

14/12/2019, 10:32

Administrator's iPhone (+12162244428)

Ok I just had a conversation with Kelly Baker who said she spoke with you but glad the nurse came

14/12/2019, 10:53 (Viewed 14/12/2019, 10:55)

Gina C. (4405034326)

Well I told Kelly I would make mom's bed and I'm having a very hard time with it Heather was nice enough from laundry to come in and help me do it. For a week now I've told them we need those paper pads for mom's bed and chair and still there are none in the room

14/12/2019, 10:56

Administrator's iPhone (+12162244428)

CRISCIONE_009108

Please tell the nurse

14/12/2019, 12:53 (Viewed 14/12/2019, 13:12)

Gina C. (4405034326)

Ty

14/12/2019, 13:40 (Viewed 14/12/2019, 13:46)

Gina C. (4405034326)

Thanks Sara I hope the rest of the weekend is smooth sailing for all. As a thank you and for Christmas I am not good at getting cards. But I did give Jill $100 for Activities and I saw Cathy (office )today and gave her $100 for your wonderful staff to have a nice lunch or snack whatever you choose to do. The ones at work so hard there all the time for you are loyal workers and I do appreciate all that you all do for mom even though every once in a while I have "fun stuff" for you. LOL please have a wonderful holiday season Sara thank you and you staff for everything that you do🌹

14/12/2019, 13:46

Administrator's iPhone (+12162244428)

Thanks Gina

14/12/2019, 13:48

Administrator's iPhone (+12162244428)

Unfortunately we cannot accept your donation for the staff. You can donate to activities but not to staff

14/12/2019, 13:49

Administrator's iPhone (+12162244428)

It's a state regulation

14/12/2019, 13:50

Gina C. (4405034326)

I Understand...How about give that 100 then to kitchen for food or event ?

14/12/2019, 13:51

Administrator's iPhone (+12162244428)

It should go to activities with that specific directive from you

CRISCIONE_009109

14/12/2019, 13:52

Gina C. (4405034326)

Great keep it for activities too then. 🌹❤️

14/12/2019, 14:32

Gina C. (4405034326)

All set then , 200 donated to activities !!!! Merry Christmas 🎁🎄

14/12/2019, 14:32

Administrator's iPhone (+12162244428)

Ok thank you so much!

14/12/2019, 14:33

Administrator's iPhone (+12162244428)

Wonderful

14/12/2019, 14:33

Administrator's iPhone (+12162244428)

It will help them

14/12/2019, 14:33

Gina C. (4405034326)

Gave Jill 100 and Kathy100, sorry next time I know ❤️✌️😍😘

14/12/2019, 14:34

Administrator's iPhone (+12162244428)

Grateful!

14/12/2019, 14:34

Gina C. (4405034326)

Our pleasure🙏🙏🌹

21/12/2019, 16:11 (Viewed 21/12/2019, 16:24)

Gina C. (4405034326)

CRISCIONE_009110

Good afternoon sorry to bother you but I have asked before lunch several times to have some one dial my number for my mom. Still no call? Can you help me get some one to dial for mom.

21/12/2019, 16:24

Administrator's iPhone (+12162244428)

Ok 

21/12/2019, 16:25 (Viewed 21/12/2019, 16:30)

Gina C. (4405034326)

I really appreciate it cause I didn't wanna ride over there today and I haven't talk to her since early this morning

21/12/2019, 16:30

Administrator's iPhone (+12162244428)

Renee is taking care of this now

21/12/2019, 16:30

Gina C. (4405034326)

Oh ty

21/12/2019, 16:42 (Viewed 21/12/2019, 16:43)

Gina C. (4405034326)

She sounded so good thank you very much I really appreciate the extra effort to do that for me right now. Have a great evening Sara

21/12/2019, 16:43

Administrator's iPhone (+12162244428)

Good

21/12/2019, 16:43

Administrator's iPhone (+12162244428)

You're welcome

22/12/2019, 11:33 (Viewed 22/12/2019, 11:34)

Gina C. (4405034326)

CRISCIONE_009111

Good morning Sara. Sorry to bother you again. But I asked this morning if someone could get my mom on the phone for me and that was about 9 o'clock. I have not heard from mom yet. So I called the front desk several times and no one is even answering at the front desk can you tell me what is going on? Or just have someone dial my number so I can say hello to my mother today thank you

22/12/2019, 11:44

Administrator's iPhone (+12162244428)

The Weekend Manager, Kelly Baker is taking care of this

22/12/2019, 11:45

Gina C. (4405034326)

Thanks just want to say hello to mom this morning. not gonna make it to see her today, thank you.

22/12/2019, 12:22 (Viewed 22/12/2019, 12:32)

Gina C. (4405034326)


Thank Kelly too

22/12/2019, 12:32

Administrator's iPhone (+12162244428)

I did

22/12/2019, 12:34 (Viewed 22/12/2019, 13:05)

Gina C. (4405034326)

So sorry to bother you on the weekend I really appreciate it. that call means so much to me, mom might not remember it. But I thank you for your kindness. And I'll always remember 🌹 please have a blessed day Sara

22/12/2019, 13:21

Administrator's iPhone (+12162244428)

CRISCIONE_009112

You're welcome, have a good day

22/12/2019, 13:22 (Viewed 22/12/2019, 14:27)

Gina C. (4405034326)

 Ty

23/12/2019, 10:01 (Viewed 23/12/2019, 10:02)

Gina C. (4405034326)

Good morning Sara wondering Why mom did not get her scheduled shower today? They are supposed to call me if it changes because it changes my schedule as well. She's dressed and not showered which is fine but nobody told me

23/12/2019, 10:03

Administrator's iPhone (+12162244428)

I don't know

23/12/2019, 10:03

Administrator's iPhone (+12162244428)

I'll check with her nurse

23/12/2019, 10:04

Gina C. (4405034326)

It's really OK they said that Marianne washed her up good and Yolanda was on the floor I guess. I just said asked in the past if they would let me know in the morning if the shower is canceled because I could come later in the day that way

23/12/2019, 10:10 (Viewed 23/12/2019, 10:28)

Gina C. (4405034326)

Weekend fun stuff. Mom's dirty soiled clothes were in the wicker hamper again, they were supposed to be taken to laundry. And I like to pads on mom's blue chair and there's no pads on it

23/12/2019, 10:29

Administrator's iPhone (+12162244428)

I will let staff know this

CRISCIONE_009113

23/12/2019, 10:29

Administrator's iPhone (+12162244428)

Not sure why there were no pads on her chair

23/12/2019, 10:35 (Viewed 23/12/2019, 10:46)

Gina C. (4405034326)

Thank you I went and got pads and put both of them on. I took the wet clothes down to the laundry that were in the hamper. Where is everybody today? Seems empty staffed.Lavern has been sitting in this hallway front of the TV in front of moms door crying since I got here?

23/12/2019, 10:35 (Viewed 23/12/2019, 10:46)

Gina C. (4405034326)

But then again I'm just gonna worry about my mother here and I will be here to feed her lunch today! Have a good day ! I'm sure you got all this!

23/12/2019, 10:47

Administrator's iPhone (+12162244428)

We are not short staffed

23/12/2019, 10:47

Gina C. (4405034326)



23/12/2019, 10:47

Gina C. (4405034326)

Nice to hear

23/12/2019, 10:47

Administrator's iPhone (+12162244428)

I will take care of your issues

23/12/2019, 10:47

Gina C. (4405034326)

Then why didn't mom get her planned shower?

CRISCIONE_009114

23/12/2019, 10:47

Gina C. (4405034326)

Yolanda on floor I c. I know you will ty

23/12/2019, 10:51

Gina C. (4405034326)

I guess I'm a little upset about her shower because it is Christmas week and she will be getting visitors and her shower again is until Thursday.

23/12/2019, 10:52

Administrator's iPhone (+12162244428)

They can give her a shower today

23/12/2019, 10:53 (Viewed 23/12/2019, 11:01)

Gina C. (4405034326)

Well I was here to do her hair after her shower and I'm leaving at 2 o'clock.

23/12/2019, 10:54 (Viewed 23/12/2019, 11:01)

Gina C. (4405034326)

I'm doing your hair now and I'm here to go to lunch with her What time are they going to plan on giving it to her?

23/12/2019, 10:58 (Viewed 23/12/2019, 11:01)

Gina C. (4405034326)

If someone is washing her up well until Thursday. It probably would be best to wait till Thursday Now. Marianne said she washed her up this morning, My mom told me she did not get washed up. Mom is not always reliable. I don't really know what to do except finish doing my moms hair right now and take her to lunch because I have to leave at 2 o'clock😞 I have to do her hair after the shower because otherwise it hangs in her face and looks horrible and like I said she's getting visitors

26/12/2019, 09:08 (Viewed 26/12/2019, 09:33)

Gina C. (4405034326)

Good morning Sara. It's 9 o'clock I spoke with my mom and she cannot tell me whether or not she had a shower this morning. I called EAstpark and have not heard back from anyone yet but I need to know if my mother is getting her shower or not this morning. I

CRISCIONE_009115

certainly hope she "is" since her shower was canceled on Monday. I plan to try to come after to do her hair and it's been more difficult for me because I never know what time she's getting her shower or if she even gets it or not. Can you please tell me if I could come down there at 10 o'clock and do my mothers hair as I usually do and if she had her shower or not because no one can seem to answer that question for me? I never had this problem before. Yolanda usually would do her shower and have her in the room by 10 o'clock and I plan my day accordingly to be with my mom. It seems they're dressing her in clean clothes....before she's getting in the shower which means I'm putting my clean clothes on her filthy body which makes me sick. Help?

26/12/2019, 09:44

Administrator's iPhone (+12162244428)

Louise will be calling you

26/12/2019, 09:54

Gina C. (4405034326)

Thank you I did talk to Louise and I am sorry for bothering you but I was at the end of my rope. When I can't reach or get an answer I usually text you. But from now on with nursing concerns I will definitely go to Louise. Unless she is not there after her hours or I can't get an answer from your staff. Thank you very much have a good weekend and merry Christmas

26/12/2019, 10:05

Administrator's iPhone (+12162244428)

If you don't get satisfaction please continue to contact me

26/12/2019, 10:07

Gina C. (4405034326)

Thank you Sara

26/12/2019, 10:09

Administrator's iPhone (+12162244428)

You're welcome, just want to be sure that you know I'm available if you need me at any time. This is true for all residents

26/12/2019, 10:09

Gina C. (4405034326)

I understand

CRISCIONE_009116



26/12/2019, 10:09

Gina C. (4405034326)

😊

26/12/2019, 11:30 (Viewed 26/12/2019, 11:35)

Gina C. (4405034326)

Sorry to bother you again I just wanted you to see for the record my mothers legs. Louise is handling this. Thank you

26/12/2019, 11:35

Administrator's iPhone (+12162244428)

Yes Louise told me about her legs

26/12/2019, 11:36

Gina C. (4405034326)

Ok thank you

31/12/2019, 14:23

Gina C. (4405034326)

⍰ Happy New Year

31/12/2019, 14:24

Administrator's iPhone (+12162244428)

Thanks so much, that's awesome!!! Love the fireworks! Same to you!

31/12/2019, 14:25

Gina C. (4405034326)



06/01/2020, 15:42 (Viewed 06/01/2020, 15:44)

Gina C. (4405034326)

CRISCIONE_009117

Good afternoon Sara.... Can you make sure Mom's legs are elevated In Her chair with a pillow behind here back so she can sit upright and watch tv till dinner. Her legs looked horrible today. I did speak with Danielle and we were going to put her legs up but they were going to take her to the music. But I found out she did not go to the music and her legs are hanging in that wheelchair all this time. You could just make sure that her legs are elevated before dinner I would really appreciate it thank you.I didn't know who else to talk to I'm home now. Thanks

06/01/2020, 15:43 (Viewed 06/01/2020, 15:44)

Gina C. (4405034326)

After dinner too if possible? 🌹

06/01/2020, 15:49 (Viewed 06/01/2020, 15:50)

Gina C. (4405034326)

This morning my mom was crying to me that her legs were "burning" and the nurse came in and put a patch over it. They don't look like they're healing to me they look worse than the day they were destroyed by whoever. I need to know that everyone knows to elevate my moms legs after lunch unless she goes to an event and or after dinner until the swelling is going down again and these bruises are healed. This is medically unacceptable to me and my husband and my sister what we are seeing on her legs right now and she's not getting her legs elevated as she should be unless I'm checking up on it and telling everybody to do it all the time. Ty

06/01/2020, 15:54

Administrator's iPhone (+12162244428)

Ok let me get back with you

06/01/2020, 15:59 (Viewed 06/01/2020, 16:07)

Gina C. (4405034326)

Ty

06/01/2020, 20:35

Gina C. (4405034326)

Good evening Sara sorry to bother you studying the pictures I have and medical opinion my sister-in-law, she believes there may be infection and that mom should be seen by a doctor in the morning and I would like the doctor to call me to discuss how we're going to clear up the situation with my mom's legs.

CRISCIONE_009118

06/01/2020, 20:36

Administrator's iPhone (+12162244428)

Ok I'll let Louise and Danielle know your request and follow up with you tomorrow morning

06/01/2020, 20:37

Gina C. (4405034326)

Ty very much!

06/01/2020, 20:37

Administrator's iPhone (+12162244428)

You're welcome

06/01/2020, 20:41 (Viewed 06/01/2020, 22:09)

Gina C. (4405034326)

If you can please have her checked for cellulitis. She has had that before. 🙏🌹

07/01/2020, 11:29 (Viewed 07/01/2020, 11:49)

Gina C. (4405034326)

Good morning Sara I haven't heard from anyone but I did hear that nurse practitioner Denise is with her today and I am very satisfied with Denise seeing her and I trust in her expertise. Waiting to hear from you guys I'm satisfied with Denise seeing herAnd waiting for a follow up call

07/01/2020, 11:50

Administrator's iPhone (+12162244428)

Hi Gina
Danielle will follow up with you after Denise is done.

07/01/2020, 11:51 (Viewed 07/01/2020, 11:52)

Gina C. (4405034326)

Denise the practitioner spoke with me and she told me basically the same thing my sister-in-law told me. So the only problem here is the aids and nurses following protocol by keeping mom's legs elevated at times during the day until this is healed. I'm still concerned as to why it happened when it happened and who will take responsibility for it happening. Thank you no

CRISCIONE_009119

07/01/2020, 11:51 (Viewed 07/01/2020, 11:52)

Gina C. (4405034326)

Thank you I meant

07/01/2020, 11:52

Gina C. (4405034326)

When I spoke with Danielle yesterday you were sitting with us I did not care for her telling me that other people have bruises a lot worse than my mothers. My mother is been there for nearly 3 years and has never shown any kind of bruises like this on her legs that have fingerprints on them. I don't like when people make excuses. That's she did

07/01/2020, 13:34 (Viewed 07/01/2020, 13:35)

Gina C. (4405034326)

Thank you. I spoke with Louise and Danielle and I'm trusting that your staff will now start following the charts as to what my mother's needs are to heal her legs. And I wish you guys luck with training the staff to be better educated with demented people like my mom.

07/01/2020, 14:05

Gina C. (4405034326)

One more thing ...Louise doesn't think it's important that we know who did this, but I do. 

08/01/2020, 08:55 (Viewed 08/01/2020, 09:11)

Gina C. (4405034326)

Good morning. Thank you for everything.louise even called me this morning to assure me that my mom's legs would be propped up Taken care of in the proper manner. Also she will be coached to drink her water she's been sounding very dry. Anyways it was just nice that Louise called me this morning to verify that they are doing this. I appreciate that. I'm stuck home today with a sick husband and a cold myself. Really just wanted to thank you and Louise. Your work on better care for mom 's conditions is greatly appreciated 🌹

08/01/2020, 09:14

Administrator's iPhone (+12162244428)

Good to know that she communicated with you. Take care of yourself and hope you feel better soon

CRISCIONE_009120

08/01/2020, 09:14

Gina C. (4405034326)

Thank you 🙏

08/01/2020, 09:15

Administrator's iPhone (+12162244428)

Stay warm!

08/01/2020, 09:16

Gina C. (4405034326)

Yeah you too it's freezing

08/01/2020, 09:16

Administrator's iPhone (+12162244428)

It's January

08/01/2020, 09:27 (Viewed 08/01/2020, 09:45)

Gina C. (4405034326)

That's for sure I turn64 in the 23rd....Mom says I was born on the coldest day of the year in 1956. LOL have a good day Sara I was just talking to mom and Robin was in the room checking her wound I'm really happy to hear. Thanks again for everything

08/01/2020, 09:28 (Viewed 08/01/2020, 09:45)

Gina C. (4405034326)

P.S. Denise Kroesen is an excellent practitioner too just have to tell you the good things not always reporting crap... lol and with that have a wonderful day

08/01/2020, 09:46

Administrator's iPhone (+12162244428)

Thank you for that, really appreciate hearing the good things! 😊

08/01/2020, 09:51

Gina C. (4405034326)

CRISCIONE_009121

Wow as you texted me Robin just called me to let me know the update on the wounds to and that the doctor is going to be seeing her on Thursday. Seems like everybody's on target ! Tytyty

08/01/2020, 09:51

Administrator's iPhone (+12162244428)

Great!!! Full moon Friday!

12/01/2020, 08:22 (Viewed 12/01/2020, 08:25)

Gina C. (4405034326)

Good Sunday morning

12/01/2020, 08:23 (Viewed 12/01/2020, 08:25)

Gina C. (4405034326)

Seems if I hadn't got here this morning man will be sitting in front of her cold food again with no one to feed her. Where is everybody.? I didn't like what went down last night in moms room when I was on the phone either I need to speak with you were Luis about these issues. To boot mom's hearing aids weren't put in correctly, I had to show the nurse how peoput

12/01/2020, 08:24 (Viewed 12/01/2020, 08:25)

Gina C. (4405034326)

Put the hearing aids in once again

12/01/2020, 08:26

Administrator's iPhone (+12162244428)

Ok I'm just waking up give me a minute to pull myself together

12/01/2020, 08:27

Gina C. (4405034326)

Nobody looks very happy in here for days I know the vibe? What's up. Will my mother be taken cate of today with legs. And now I'm noticing a big bleeding bruise on her right arm that is totally unattended to right now as I'm sitting here feeding her??????

12/01/2020, 08:41

Administrator's iPhone (+12162244428)

CRISCIONE_009122

I just spoke with her nurse and she's going to access Dorothy's arm and make sure her legs are addressed. She told me that you let her know the right ray to clip her hearing aids and also about today's breakfast schedule

12/01/2020, 08:44 (Viewed 12/01/2020, 08:45)

Gina C. (4405034326)

Yes

12/01/2020, 08:45

Gina C. (4405034326)

I just want to make sure that they are elevating her legs today after meals

12/01/2020, 08:46

Administrator's iPhone (+12162244428)

They know

12/01/2020, 08:46

Gina C. (4405034326)

Ok ty I see that Bianka is with her today and I feel good about that thank you I just get worried this is a new bruise on her arm I don't know where this one came from

12/01/2020, 08:48

Administrator's iPhone (+12162244428)

I am going to call Louise about it now

12/01/2020, 08:48

Administrator's iPhone (+12162244428)

But I told the nurse to access the arm

12/01/2020, 08:50 (Viewed 12/01/2020, 08:52)

Gina C. (4405034326)

Ok ty

12/01/2020, 08:53

Administrator's iPhone (+12162244428)

CRISCIONE_009123

I just spoke with Louise and she's aware and we can meet tomorrow and talk if you want to

12/01/2020, 08:53

Gina C. (4405034326)

Ok good

12/01/2020, 10:30

Administrator's iPhone (+12162244428)

The Unit Manager, Sarah will be there to access your Mother's arm.

12/01/2020, 11:01

Gina C. (4405034326)

Thank you I left for the day. My mother never had this many bleeding bruises on her in three years since she's been there. And when my mom had a bad bruise like that I would be getting a phone call about it I went in there to a bloody bandage today

12/01/2020, 11:01

Gina C. (4405034326)

FYI

12/01/2020, 11:02

Administrator's iPhone (+12162244428)

Ok I'll follow up with you

12/01/2020, 11:02

Gina C. (4405034326)

I'm sorry to bother you on a Sunday Sara. But my sister and I are beside our self with these bloody bruises already. I hope that I don't find another bruise on her this week

12/01/2020, 11:03

Administrator's iPhone (+12162244428)

I'm going to call Sarah soon to see what she has determined

12/01/2020, 11:05

Gina C. (4405034326)

Ty I'm going to 12 o'clock mass to pray🙏❤️🙏❤️

12/01/2020, 11:05

Administrator's iPhone (+12162244428)

Ok say a few for me too!

12/01/2020, 11:06

Administrator's iPhone (+12162244428)

I pray every night for the best I can do in my job and my life

12/01/2020, 11:08

Gina C. (4405034326)

Blessings Sara🙏I always have you and all the wounderful regular staff you have, I just pray for more of them🙏🙏🙏🙏 and peace

12/01/2020, 11:08

Administrator's iPhone (+12162244428)

Me too, but I can use all the support I can get

12/01/2020, 11:09

Gina C. (4405034326)

I'm on your side

12/01/2020, 11:10

Gina C. (4405034326)



12/01/2020, 11:12

Administrator's iPhone (+12162244428)



CRISCIONE_009125

13/01/2020, 12:41 (Viewed 13/01/2020, 12:55)

Gina C. (4405034326)

Good afternoon Sara I'm sitting in my moms room with the light on now for over a half an hour. Waiting for someone to put my mom on a bedpan or change her depends. I've already gone to Louises office and went in there and told her that you don't have enough people working, I'm still waiting!!! Top it off Von did not even get a shower today again. I was not called and told. I have a schedule to keep and now I'm going to run late because I'm still sitting here waiting for someone with my mother.

13/01/2020, 12:41 (Viewed 13/01/2020, 12:55)

Gina C. (4405034326)

Push that button at 10 after and I'm still here

13/01/2020, 12:41 (Viewed 13/01/2020, 12:55)

Gina C. (4405034326)

I'm sorry Sara but you tell me to go to Luis and she does absolutely nothing. I feel she's useless

13/01/2020, 12:42 (Viewed 13/01/2020, 12:55)

Gina C. (4405034326)

I'm taking my mother to lunch now because I have a schedule and my mother is in a wet depends is far Zaino

13/01/2020, 12:46 (Viewed 13/01/2020, 12:55)

Gina C. (4405034326)

A far as o know

14/01/2020, 08:02 (Viewed 14/01/2020, 08:03)

Gina C. (4405034326)

Good morning Sara , I sure hope it's a better day for all today❤️ I was wondering if mom is still on schedule with her bath/shower for Thursday since Monday was cancelled. They need to wash Dorothy up better today, I noticed her ears wear dirty inside. Hands and nails too she eats with fingers. 😔 Just making sure because I don't know when I can be there today. I'm sorry to bother you with this today and I pray today goes better for all at East Park. 🌹 Tell mom I love her.

14/01/2020, 08:02 (Viewed 14/01/2020, 08:03)

Gina C. (4405034326)

CRISCIONE_009126

Ty

14/01/2020, 08:04

Administrator's iPhone (+12162244428)

Ok I will take care of this

14/01/2020, 08:04

Gina C. (4405034326)

Ty once again 🌹

14/01/2020, 08:11

Administrator's iPhone (+12162244428)

You're welcome

15/01/2020, 09:43

Gina C. (4405034326)

Good morning Sarah. If you're going to be in Thursday tomorrow, I was wondering if you had five minutes to give me? I am usually come running to your office and walk in with my Concerns, and I do apologize for that. And you always address the matter immediately, and I thank you for that. It's in the heat of the moment.
So this time I just wanna make sure you have five minutes for me is all. Thank you I'll be there with mom from 10 till probably 2 o'clock tomorrow , Thursday if during that time is convenient for you anytime thank you

15/01/2020, 09:45

Administrator's iPhone (+12162244428)

You can come see me anytime after either before 11am and after 11:30am

15/01/2020, 09:46

Gina C. (4405034326)

Great I only need a few minutes. Not about nursing or aides. Something else I thought you should know. Thank you

15/01/2020, 09:47

Administrator's iPhone (+12162244428)

Okay, I hope it's not something bad.

CRISCIONE_009127

15/01/2020, 09:55

Gina C. (4405034326)

I'm not sure until we speak. But it will be good to discuss this issue for both of us. I am on your side Sara I want this to work out here for mom. I am an honest catholic person and I want to tell you something that you should hear as an administrator. Person to person not in a text. So nothing is mis understood is all. 🙏🌹

15/01/2020, 09:57

Gina C. (4405034326)

I would have stayed today, and tried to find you but. I fed my mom her breakfast this morning, but my husband needed the car I had to leave.

15/01/2020, 09:57

Administrator's iPhone (+12162244428)

You can call me and talk

15/01/2020, 09:58

Administrator's iPhone (+12162244428)

But whatever makes you most comfortable

15/01/2020, 10:04 (Viewed 15/01/2020, 10:12)

Gina C. (4405034326)

Thank Sara you are being so kind through all this. I'll see ya tomorrow no worries🙏

15/01/2020, 10:12

Administrator's iPhone (+12162244428)

Ok thanks, have a good day

15/01/2020, 10:49 (Viewed 15/01/2020, 10:50)

Gina C. (4405034326)

You too

15/01/2020, 12:04

Gina C. (4405034326)

I am on the phone with mom and she needs water! No one around? Shouldn't she be at lunch

15/01/2020, 12:04

Gina C. (4405034326)

15 min

15/01/2020, 12:04

Gina C. (4405034326)

I called to have some one help her

15/01/2020, 12:05

Administrator's iPhone (+12162244428)

They start taking them to the dining room now

15/01/2020, 12:05

Gina C. (4405034326)

I hear her asking for water!! She has the phone

15/01/2020, 12:05

Administrator's iPhone (+12162244428)

I will go check

15/01/2020, 12:09 (Viewed 15/01/2020, 12:19)

Gina C. (4405034326)

She stopped and is holding phone

15/01/2020, 12:18 (Viewed 15/01/2020, 12:19)

Gina C. (4405034326)

20 minutes it took me to get water to my mother I listen to her agonize crying she's thirsty ..she was sleeping with the phone on her lap by the time someone got there. It was Angela from Activities. Please tell her Aid that my mother needs to be in reaching distance of her water and coached to drink. I'm getting so tired of this Sara😥

15/01/2020, 12:20

Administrator's iPhone (+12162244428)

CRISCIONE_009129

I saw her just a minute ago and she was asleep. I told the nurse that she needs to go to the dining room to have lunch

15/01/2020, 12:20

Gina C. (4405034326)

Thanks

15/01/2020, 14:25 (Viewed 15/01/2020, 14:30)

Gina C. (4405034326)

Thank you

15/01/2020, 14:30

Administrator's iPhone (+12162244428)

Sure, you're welcome

07/02/2020, 09:16 (Viewed 07/02/2020, 09:19)

Gina C. (4405034326)

Good morning Sara. Seems your phones are down at EAstpark I can't get through to anyone I wanted the nurse to call me about mom if you can get that message to her I would appreciate a phone call thank you

07/02/2020, 09:20

Administrator's iPhone (+12162244428)

Hi Gina
Phones are not down but I will let the nurse know

07/02/2020, 09:20

Gina C. (4405034326)

Ty

07/02/2020, 09:29

Administrator's iPhone (+12162244428)

Louise misunderstood me, I didn't think it was your Mother's phone. Facility phones were not down

07/02/2020, 09:37

CRISCIONE_009130

Gina C. (4405034326)

Yes this happens when it snows in the winter. Your system needs to be reset I'm going right into voicemail when I call. I'll calls outgoing are fine incoming calls will go right into your voicemail. Let them know to check their voicemail. We're good at this technical stuff you should have my husband run your systems LOL he's a technology genius

07/02/2020, 09:37

Administrator's iPhone (+12162244428)

Ok

07/02/2020, 10:00

Administrator's iPhone (+12162244428)

You were correct, Danielle had the phones on do not disturb!! Apologize for the inconvenience

07/02/2020, 10:00

Gina C. (4405034326)

No problem at all

07/02/2020, 10:37 (Viewed 07/02/2020, 10:40)

Gina C. (4405034326)

I don't know what's going on here but I've had my mom's light on for 10 minutes she doesn't have her hearing aids in and she's laying in bed. A gentleman across the hall screaming at the top of his lungs and all these lights are on there's no one to be seen around here?

07/02/2020, 10:41

Gina C. (4405034326)



08/02/2020, 16:10

Gina C. (4405034326)

Good afternoon sorry to bother you today. But I would like to speak to moms nurse Stephane on duty. Is there a way you can have her call me. It's seems I can't get a call through to my mom and I would like to know how she is today and who her ade is ?this evening, ?seems all day I have been waiting

CRISCIONE_009131

08/02/2020, 16:11

Administrator's iPhone (+12162244428)

Ok I'll call the facility

08/02/2020, 16:11 (Viewed 08/02/2020, 16:21)

Gina C. (4405034326)

Thank you I really appreciate it because I was not able to get there today to see my mom

08/02/2020, 16:24

Administrator's iPhone (+12162244428)

You're welcome

08/02/2020, 16:24

Gina C. (4405034326)

Stephanie called and I got to talk to her and mom thank you very much I really appreciate your time sorry to bother you have a good weekend

08/02/2020, 17:10

Administrator's iPhone (+12162244428)

Glad you were able to talk to them, have a good night

08/02/2020, 17:12 (Viewed 08/02/2020, 17:24)

Gina C. (4405034326)



11/02/2020, 09:00 (Viewed 11/02/2020, 09:02)

Gina C. (4405034326)

Good morning Sara your telephones at EAstpark are going into voicemail again I'm trying to reach mom's nurse

11/02/2020, 09:02

Administrator's iPhone (+12162244428)

Phones are down

CRISCIONE_009132

11/02/2020, 09:02

Gina C. (4405034326)

I c that

11/02/2020, 09:02

Administrator's iPhone (+12162244428)

I'll let you know when they are working

11/02/2020, 09:03 (Viewed 11/02/2020, 09:04)

Gina C. (4405034326)

No problem I just wonder who mom's nurse and aids are through the day when I cannot make it over there. And wanted someone to call me for her so I can say good morning. I'll standby and try again later good luck with the phone system have a good day thank you

11/02/2020, 09:04

Administrator's iPhone (+12162244428)

Ok I'll get back with you

11/02/2020, 09:04

Gina C. (4405034326)

Thank you so much I do appreciate that

11/02/2020, 09:06

Administrator's iPhone (+12162244428)

Sure

13/02/2020, 19:31 (Viewed 13/02/2020, 20:46)

Gina C. (4405034326)

Evening Sara. Sorry to bother you. But I need to speak with moms nurse. I just spoke with mom and she still sitting in her chair I believe and normally she's ready for bed right now she sounded real tired And agitated and I wanted to speak with the nurse but when Sheri is on desk duty she usually does not pass my messages back there, till she's ready to go home and I need to speak with someone as soon as possible please have the nurse call me thank you

CRISCIONE_009133

13/02/2020, 19:40 (Viewed 13/02/2020, 20:46)

Gina C. (4405034326)

> Thank you very much I got the call from Stephanie finally and They are running a little late I'm getting mom in bed tonight. I was just concerned because she was really agitated on the phone and wanted to lay down. Sorry to bother you have a good night

13/02/2020, 20:47

Administrator's iPhone (+12162244428)

> Sorry I missed your call but I was out walking my dogs. Glad it worked out

13/02/2020, 20:52

Gina C. (4405034326)

> No problem

13/02/2020, 20:52

Gina C. (4405034326)

> Ty

13/02/2020, 20:52

Administrator's iPhone (+12162244428)

> Good night

13/02/2020, 20:54 (Viewed 13/02/2020, 20:56)

Gina C. (4405034326)

> Night 🌹

18/02/2020, 07:20 (Viewed 18/02/2020, 07:27)

Gina C. (4405034326)

> Good morning Sara. It seems Louise is never there when I need to report something. Sorry, So I thought I'd text you. I seem to be finding mom's pills now and then , in her chair and on her floor. I don't want to mention any names but Nurse Dee yesterday was not diligent with my mothers pills. First she tried using a creamy spoonful of something, that my mother rejected which had the pill in it. My mom never takes her pills that way. My mother does not do well with milk and creams or dairy they should know it upsets her stomach... my
> Mom will usually reject it too by closing her lips tight...So nurse D crushed it up and tried again. I was in the room with my mom when the pill was still in her mouth and the

CRISCIONE_009134

nurse walked out. It popped out (the crushed pieces) along with little crumbs of the medication I could see them on moms lips! Then my mother was complaining of a horrible taste. It's a good thing I was there I had to make her drink water and try to get her to take the rest of the pill and tiny pieces remaining. And Nurse D is already out of the room with other people and their pills. Personally I don't trust her giving pills.. I've never seen anyone give my mom her pills like this before. Renee on the other hand comes in with the applesauce and or make her drink water and make sure the pills are completely swallowed before she walks out of the room. "Nurse D" did not do that yesterday. And I have found pills on my mom's floor as I said other times. Don't want to get Nurse D in any trouble please don't mention my name and she was otherwise OK with mom. FYI thank you for listening and I know you will look into this matter. Thank you

18/02/2020, 07:30

Administrator's iPhone (+12162244428)

Hi Gina
I will address this right away when I get to the facility. I will make sure that the UM takes care of this. Sorry to know that this took place. The nurse may not have done an appropriate med pass with your Mother and I will investigate and follow up with you .

18/02/2020, 07:32 (Viewed 18/02/2020, 07:33)

Gina C. (4405034326)

Sarah this is a follow up on my previous post here. I called EAstpark at 7:30 AM this morning spoke with Lauren and found out that the same nurse D, is with my mother today. I'm not real happy. I suggested to nurse Lauren , just a few minutes ago in a desperate phone call-that maybe someone can follow up with her method of pill giving to my mother. Lauren said she would do it she could.

18/02/2020, 07:33

Administrator's iPhone (+12162244428)

Ok I will take care of this

18/02/2020, 07:34

Gina C. (4405034326)

Ty

21/02/2020, 06:57 (Viewed 21/02/2020, 06:58)

Gina C. (4405034326)

Good morning Sara. Just a reminder because it was very busy yesterday when I was

CRISCIONE_009135

trying to talk to you in the middle of the dining room. I will not be responsible for my mothers missing or broken glasses or missing hearing aids or missing tv remote. I have asked everyone "not" to put these on the stand next to mom. but some of the aids are still doing this.. Marianne, mom's current roommate, has taken many things from mom's table and even JoAnne from across the hall comes in and takes my mothers things. Took one of moms blankets and no one saw her????? Those two need to be better monitored no one is watching them. One day I saw JoAnne hit Betty in the head. I fear when Joann comes into my mothers room. So I am just stating that if these things are missing or broken. I know it's not because of my mom or myself. Please make sure they know not to leave these items on mom's table. Thank you and I hope that Marianne and Joanne can be better watched around other people. Thanks for listening once again and have a good day 🌹

21/02/2020, 13:35

Gina C. (4405034326)

Good afternoon Sara I just left EAstpark and I didn't get a chance to speak with you it's about Louise

21/02/2020, 13:36

Administrator's iPhone (+12162244428)

Ok can I call you in about 30 minutes?

21/02/2020, 13:36

Gina C. (4405034326)

Absolutely anytime is fine I'm so exhausted thank you I'm home now resting

21/02/2020, 13:36

Administrator's iPhone (+12162244428)

Ok I'll call you shortly

22/02/2020, 09:46 (Viewed 22/02/2020, 09:51)

Gina C. (4405034326)

Sorry to bother you but you need to call me thank you

22/02/2020, 09:47 (Viewed 22/02/2020, 09:51)

Gina C. (4405034326)

Good morning

CRISCIONE_009136

22/02/2020, 09:51

Administrator's iPhone (+12162244428)

I will call you shortly

22/02/2020, 09:51

Gina C. (4405034326)


Ty

22/02/2020, 10:38

Administrator's iPhone (+12162244428)

Trust me I am taking care of your concerns

22/02/2020, 10:38

Gina C. (4405034326)

I do

22/02/2020, 10:38

Gina C. (4405034326)


Ty

23/02/2020, 08:25 (Viewed 23/02/2020, 08:49)

Gina C. (4405034326)

Good morning Sara. Is something wrong with the phones again I've called three or four times. If nothings wrong with the phones then someone just hung up on me the last time I called. I wanted to know who my "mother's nurse and aid" is this morning ???so that I am sure they know her routine. I want to make sure they're not someone new that doesn't know what they're doing with my mother. Which is usually the case when they're new. If you could just find out who her nurses and ade is for me, appreciate that. I'll let you deal with your telephones now too ? thanks sorry about this have a good morning

23/02/2020, 08:52 (Delivered 23/02/2020, 08:53)

Administrator's iPhone (+12162244428)

Hi Gina
The phones are working and I just spoke with Paige. Dorothy had Darreka today for her nurse.

CRISCIONE_009137

23/02/2020, 08:55 (Viewed 23/02/2020, 08:56)

Gina C. (4405034326)

I don't care for this nurse I see the way she administers medicine. This is the one that Louise told me was not here anymore. ??? Can you tell me who mom's aide is as well?

23/02/2020, 08:56

Administrator's iPhone (+12162244428)

I'm not sure

23/02/2020, 08:57

Administrator's iPhone (+12162244428)

She had an agency aide but that person called off. They have redistributed assignments

23/02/2020, 08:58

Gina C. (4405034326)

Alrighty then... I just want to be sure that someone is with my mother that reads their chart for once and knows her. Thank you 🌹

23/02/2020, 08:59

Administrator's iPhone (+12162244428)

Ok

24/02/2020, 08:22 (Viewed 24/02/2020, 08:25)

Gina C. (4405034326)

Good morning Sara. Sorry to bother you but for the last two Mondays mom was not getting showers due to not enough people on the floor so Yolanda has to go on the floor. I'm certainly hoping today isn't one of those days I'm planning on coming over to do her hair after her shower. Do you have any insight on this?thanks

24/02/2020, 08:22 (Viewed 24/02/2020, 08:25)

Gina C. (4405034326)

Sorry to bother you

24/02/2020, 08:26

CRISCIONE_009138

Administrator's iPhone (+12162244428)

No I don't at the moment but I am on my way to work now and will inquire

24/02/2020, 08:27 (Viewed 24/02/2020, 08:28)

Gina C. (4405034326)

And I thank you.

24/02/2020, 10:40

Gina C. (4405034326)

Good morning Sara well I'm in room 120 right now and mom did not have a shower. This is been going on lately I really like her to have a shower on Monday and Thursday. Marianne did a great job of washing them up this morning however she is a fantastic Aid. I hope next Monday mom is back on schedule again. Good luck with that. Have a good day Sara

24/02/2020, 10:41

Gina C. (4405034326)

Washing "my mom"*

27/02/2020, 18:35 (Viewed 27/02/2020, 18:36)

Gina C. (4405034326)

Good evening Sara, Can you get please someone to go into moms room and give her a blanket and please get her ready for bed and her legs up they were swollen today . I have been on the phone with her 2o minutes waiting now. And called twice??

27/02/2020, 18:35 (Viewed 27/02/2020, 18:36)

Gina C. (4405034326)

Ty

27/02/2020, 18:36

Administrator's iPhone (+12162244428)

Ok

27/02/2020, 18:36

Gina C. (4405034326)

She has been freezing for 20 min

CRISCIONE_009139

27/02/2020, 18:36

Gina C. (4405034326)

Ty

27/02/2020, 18:41 (Viewed 27/02/2020, 18:42)

Gina C. (4405034326)

Mom fell asleep in her chair with legs hanging swollen.. they should have been elevated I even told Sara I the way out today. I can her clearly no one has come in her room.

27/02/2020, 18:43 (Viewed 27/02/2020, 18:44)

Gina C. (4405034326)

I had this problem today no one around .

27/02/2020, 18:44

Administrator's iPhone (+12162244428)

Louise is calling you

27/02/2020, 18:44

Gina C. (4405034326)

Oh boy

27/02/2020, 18:44

Administrator's iPhone (+12162244428)

She's still at the facility

27/02/2020, 18:45

Administrator's iPhone (+12162244428)

She can verify your mother's status

27/02/2020, 18:50 (Viewed 27/02/2020, 18:51)

Gina C. (4405034326)

My mother was sleeping by the time she got there my mother told her she was not freezing. But for 30 minutes my mother was freezing on the phone to me and no one

CRISCIONE_009140

went to the room. It took 30 minutes to get Luis there and three phone calls. I don't believe Luis I think she lies she said my mother was up in the chair with her feet up I'm sorry she lied to me before I just don't believe her. But she did go to the room and they did say they were going to put my mother in the bed. I can't trust somebody that lies all the time. It's still took 30 minutes to get someone down there when I called three times... Luis also said that the nurse was right across the hall if she was right across the hall why did I have to call three times. Luis gives me nothing but excuses

27/02/2020, 18:52

Administrator's iPhone (+12162244428)

Sherry told me that she had directly went to the nurse after your call with your requests

27/02/2020, 18:52

Gina C. (4405034326)

Ok Well then why didn't somebody go into her room for 30 minutes

27/02/2020, 18:52

Gina C. (4405034326)

?

27/02/2020, 18:53

Gina C. (4405034326)

Sheri isn't a problem tonight she has been very cordial to me through all this. It's a matter fact she was really nice to me I was kind of amazed

27/02/2020, 18:53

Administrator's iPhone (+12162244428)

Well that's one positive

27/02/2020, 18:54

Gina C. (4405034326)



27/02/2020, 18:54

Gina C. (4405034326)

You got that one right

CRISCIONE_009141

27/02/2020, 18:54 (Viewed 27/02/2020, 18:55)

Gina C. (4405034326)

I'm really sorry I bothered you, all I wanted was one phone call and someone to be in there within 15 minutes would've been fine. But three phone calls and 30 minutes gets my blood pressure going LOL

27/02/2020, 18:55

Administrator's iPhone (+12162244428)

I know

27/02/2020, 18:55

Gina C. (4405034326)

Have a good nite . I'm sure Louise hates the air I breath..... but I'm on her!

27/02/2020, 18:57

Gina C. (4405034326)

If there's a problem it's always solved. There's never a need for lies and excuses. Luis seems to be full of them is all. I'm trying to work with her. I think she's trying too 

27/02/2020, 18:57

Administrator's iPhone (+12162244428)

Me too

27/02/2020, 18:58

Gina C. (4405034326)



28/02/2020, 13:42 (Viewed 28/02/2020, 14:11)

Gina C. (4405034326)

Can u call me?

28/02/2020, 13:54 (Viewed 28/02/2020, 14:11)

Gina C. (4405034326)

Never mind I got a hold of Louise through Danielle. It seems that the new aid did not know how to handle mom's dementia when she needed to walk out of the room and let mom cool down. I believe it's under control I am at home don't know. I told Danielle to get someone that knew my mom and know how to treat this, Marianne the Aid is very good at this she walks away and comes back in 10 minutes and mom is fine.

28/02/2020, 14:11

Administrator's iPhone (+12162244428)

Sarah was with the nurse and had it under control

28/02/2020, 14:12 (Viewed 28/02/2020, 14:13)

Gina C. (4405034326)

Thank you and please thank Sara

28/02/2020, 14:14

Administrator's iPhone (+12162244428)

I will

29/02/2020, 18:41 (Viewed 29/02/2020, 18:43)

Gina C. (4405034326)

Good evening Sara so sorry to bother you but I have not been able to talk to my mother all day long or her nurse. I left several messages since this morning I haven't spoken with anybody. I wanted to find out how mom was doing today because I wasn't there? Can you help me?

29/02/2020, 18:43

Administrator's iPhone (+12162244428)

Yes

29/02/2020, 18:43

Administrator's iPhone (+12162244428)

Give me about 20 minutes

29/02/2020, 18:44

Administrator's iPhone (+12162244428)

CRISCIONE_009143

I'm not in a position to call now

29/02/2020, 18:44

Gina C. (4405034326)

I do so appreciate it thank you not Urgent but I've been waiting all day

29/02/2020, 18:44

Gina C. (4405034326)

Np

29/02/2020, 19:02

Administrator's iPhone (+12162244428)

Renee will be calling you shortly

29/02/2020, 19:02

Gina C. (4405034326)

Aww thanks so much

29/02/2020, 19:03

Administrator's iPhone (+12162244428)

Sure

29/02/2020, 19:03

Administrator's iPhone (+12162244428)

You're welcome

29/02/2020, 19:03

Gina C. (4405034326)

Have a great evening

29/02/2020, 19:03

Administrator's iPhone (+12162244428)

You too

29/02/2020, 19:04 (Viewed 29/02/2020, 19:27)

Gina C. (4405034326)

Thanks

04/03/2020, 07:36 (Viewed 04/03/2020, 07:38)

Gina C. (4405034326)

Good morning Sarah. Nothing big, however it is a little problem. Luis was supposed to make sure everyone put my mother's hearing aids in correctly. Apparently when they hoyer her they sometimes fall out. More than not. More than four times this week I've had to call and have someone fix them because they were hanging on her from that string that connects. (I only know this because I'm on the phone with her and she can't hear me when the hearing aid is not put in correctly) Thank goodness for that string, at least we're not losing them. Which by the way that string that connects to her shirt and clipped by the back of her neck,, should be tucked behind her ear not hanging in front of her ear. That's the way I find it when I come in. I've gone over this with Luis and several people but it doesn't seem to be getting through. Seems to be only Renee is the nurse that knows how to put them in the right way. Again I don't want to lose these hearing aids this needs to be addressed. Thank you for your time and listening once again. Have a great day

04/03/2020, 07:38

Administrator's iPhone (+12162244428)

I'll take care of this

04/03/2020, 07:42 (Viewed 04/03/2020, 07:45)

Gina C. (4405034326)

This is a hard one because different people are with mom at times. They have a rule that only the nurse can put the hearing aid back in. I feel that when the 2aides take mom and Hoyer her it might fall out and maybe the nurse is busy and it slipped between the crack and doesn't get replaced on her ear. I want to give permission to the aids that are with her, that if it falls out they are allowed to place it back in if possible.? But they do need to be shown how it's done. I have taught many of them how to put it back in. It's really not that hard. But they tell me they're not allowed to nurse has to do it. I do under stand.

04/03/2020, 07:57

Administrator's iPhone (+12162244428)

They are not allowed to do that, please don't insist that they do

CRISCIONE_009145

04/03/2020, 07:57

Administrator's iPhone (+12162244428)

It's a nurse responsibility

04/03/2020, 08:07 (Viewed 04/03/2020, 08:08)

Gina C. (4405034326)

I was just saying it's ok with me.

04/03/2020, 08:07 (Viewed 04/03/2020, 08:08)

Gina C. (4405034326)

If you allowed

04/03/2020, 08:07 (Viewed 04/03/2020, 08:08)

Gina C. (4405034326)

Is all

04/03/2020, 08:08

Gina C. (4405034326)

Thanks for your help once again

04/03/2020, 08:09

Administrator's iPhone (+12162244428)

Sarah the UM is in the facility and can address your concerns directly. I am at a doctors appointment and can't assist you right now

04/03/2020, 08:09

Administrator's iPhone (+12162244428)

I told her if your concerns

04/03/2020, 08:10

Gina C. (4405034326)

Be well ❤️

04/03/2020, 08:10

Gina C. (4405034326)

Ty

04/03/2020, 08:10

Gina C. (4405034326)

Thank Sara for me

04/03/2020, 08:10

Administrator's iPhone (+12162244428)

Ok I will

04/03/2020, 15:57

Gina C. (4405034326)

Hi Sara. Just to let you know I just got that letter in the mail today. I went through all my old mail and couldn't find it. And here it is came today just so you know for the record. I think I'll stay with the way we are I appreciate the offer!Have a great day

04/03/2020, 15:57

Administrator's iPhone (+12162244428)

Ok thanks

04/03/2020, 15:58

Gina C. (4405034326)

You're welcome

05/03/2020, 17:56 (Viewed 05/03/2020, 18:17)

Gina C. (4405034326)

Good afternoon evening sorry Sara. I need to speak with you. Can you Call me at your earliest convenience thank you

08/03/2020, 10:12 (Viewed 08/03/2020, 10:13)

Gina C. (4405034326)

Good morning Sara. They took my mother over to Southwest General Hospital just a while ago with dehydration. I have been complaining about her not drinking her water for weeks. I do not believe that she is being assisted with the water throughout the day sometimes. Some of the new aids just think she can do it by herself and she cannot she needs assistance to drink her water. This also could be end-stage dementia, I

CRISCIONE_009147

know there are very good aides there that try to get her to drink water and at times maybe she won't drink the water.

I'm hoping she comes back and this does not happen again. However like I said it could be End stage dementia will find out now she's going to be evaluated at the hospital. I just wanted to keep you posted thank you

08/03/2020, 10:17

Administrator's iPhone (+12162244428)

Hi Gina
Sorry to hear of this but I'm hoping she will return quickly. I'm in Denver right now between flights. Do you want to talk?

08/03/2020, 10:17

Administrator's iPhone (+12162244428)

I've got a little bit of time

08/03/2020, 10:18

Administrator's iPhone (+12162244428)

I will contact the UM for details

08/03/2020, 10:21 (Viewed 08/03/2020, 10:22)

Gina C. (4405034326)

No we're OK. Have a nice flight be careful out there. I just like you to know what's going on. You know I hate bothering you on Sundays 😔 my sister went to the hospital with my mom mother and I'm standing by. Ironically I went there this morning because I was hearing that mom was sitting in front of her food with no one assisting her again. So I went to feed her breakfast. But the nurse is and aides all assure me they all feed her. Now I'm wondering...
I hope you're on a fun trip sorry again to bother you will talk when you get back. Mom is getting evaluated right now so will know where were at with mom. In my heart I knowing that it's just End stage dementia... it's just hard to except. 😔

08/03/2020, 10:23

Administrator's iPhone (+12162244428)

Ok we can talk when you want to. I'll be there at the facility tomorrow

08/03/2020, 10:23

Gina C. (4405034326)

CRISCIONE_009148

Thank you 🌹

09/03/2020, 12:17 (Viewed 09/03/2020, 13:04)

Gina C. (4405034326)

Hi Sarah I'm coming over to EAstpark now getting a ride I hope that you have a little time set aside to speak with me for a few minutes? I just left Southwest General where mom is and I have some questions for

09/03/2020, 12:17 (Viewed 09/03/2020, 13:04)

Gina C. (4405034326)

You

09/03/2020, 12:17 (Viewed 09/03/2020, 13:04)

Gina C. (4405034326)

Ty

11/03/2020, 16:06 (Viewed 11/03/2020, 16:09)

Gina C. (4405034326)

Hi Sara good afternoon you must be going crazy sorry to bother you ,but I just heard on the news that they are limiting nursing homes to "one visit per resident per day. " I just heard it on Fox 8 two minutes ago!!!

11/03/2020, 16:09

Administrator's iPhone (+12162244428)

We are following ODH guidance with our restrictions

11/03/2020, 16:10

Gina C. (4405034326)

All the rest of the country get to see their folks what the heck?

11/03/2020, 16:10

Administrator's iPhone (+12162244428)

I'm also following the owners directive

11/03/2020, 16:11

Gina C. (4405034326)

CRISCIONE_009149

I'm going to call the ODH And ask them why?

11/03/2020, 16:13

Gina C. (4405034326)

Well the owners mother didn't just come Out of the hospital because of dehydration. I'm only asking because I'm hearing one thing on the news and yet we are restricted entirely from seeing our parents.

11/03/2020, 16:16

Administrator's iPhone (+12162244428)

This is what the owner has put into place with the guidance from ODH

11/03/2020, 16:16

Gina C. (4405034326)

Ic

11/03/2020, 16:16

Gina C. (4405034326)

Thanks 

11/03/2020, 16:19

Gina C. (4405034326)

I just spoke with a nursing home in the area....and they are excepting visitors not under 18 years old and with no symptoms of a cold or anything there are restrictions but there are visitors now why is your nursing home restricting us entirely?

11/03/2020, 16:19

Gina C. (4405034326)

Ask the owner that please for me

11/03/2020, 16:19

Administrator's iPhone (+12162244428)

I will

11/03/2020, 16:19

CRISCIONE_009150

Administrator's iPhone (+12162244428)

I am at an appointment right now but will do so after that

11/03/2020, 16:51 (Viewed 11/03/2020, 16:56)

Gina C. (4405034326)

Sara sorry I know it's safer for her. Just please let me know as soon as o can c her

11/03/2020, 16:51 (Viewed 11/03/2020, 16:56)

Gina C. (4405034326)

Ty

11/03/2020, 16:56

Administrator's iPhone (+12162244428)

I will

11/03/2020, 18:05 (Viewed 11/03/2020, 18:18)

Gina C. (4405034326)

Calling ep now no answer???? Mom is dry on phone with me needs water!!!!

11/03/2020, 18:26 (Viewed 11/03/2020, 18:39)

Gina C. (4405034326)

No one was answering at the desk. I got frantic... I guess she was in the bathroom but I was on the phone mom for 20 minutes and she sounded dry I was getting nervous Tasha went in and gave her water. Good night I'm going to bed⁇⁇⁇

11/03/2020, 19:06

Administrator's iPhone (+12162244428)

My phone was dead, just saw this. Good to know it worked out

11/03/2020, 19:54 (Viewed 11/03/2020, 20:40)

Gina C. (4405034326)

Well ,I'm just praying that everyone is on the ball enough to make sure mom doesn't get dehydrated again that worries me terribly. Most of them are excellent and I commend them I'm praying everything is going to be fine with all the ladies in the home during this hard time of not being able to see anybody 

CRISCIONE_009151

12/03/2020, 08:37 (Viewed 12/03/2020, 09:22)

Gina C. (4405034326)

Good morning Sara I am still hearing on the news today, I'm still hearing one visitor per day on the news and wondering why EAstpark is not honoring that? I would pay for my own screening? This is heart breaking.

12/03/2020, 09:33

Administrator's iPhone (+12162244428)

I just spoke with the owner and there are no changes to what we have in place.

12/03/2020, 09:45

Administrator's iPhone (+12162244428)

If you are interested, Royal Oak in Middleburg Hts is allowing visitors from 9am-5pm daily. Maybe that would work for you better than our policy.

12/03/2020, 09:45

Gina C. (4405034326)

That place is a pit. And I wouldn't move my amy mom at this time I can't believe that you suggested that.

12/03/2020, 09:46

Administrator's iPhone (+12162244428)

The owner suggested that if you are unhappy with our policy to try another facility

12/03/2020, 09:46

Gina C. (4405034326)

I am not the only one unhappy with your policy does he want everyone to leave

12/03/2020, 09:47

Administrator's iPhone (+12162244428)

This is their decision

12/03/2020, 09:47

Gina C. (4405034326)

I am happy with the policy actually I like the fact that they are being quarantined.

CRISCIONE_009152

However my mother was severely dehydrated in the hospital and I offered I pay for my own screening. No thank you I won't move my mom tell him I happen to like this facility very much. I just don't like the fact things slip through the cracks and my mother pays for it on occasion

12/03/2020, 09:48

Gina C. (4405034326)

That is the only reason I am concerned. So now I must have faith that this thing is over soon

12/03/2020, 09:51 (Viewed 12/03/2020, 09:54)

Gina C. (4405034326)

Thanks for trying Sara

12/03/2020, 09:51 (Viewed 12/03/2020, 09:54)

Gina C. (4405034326)

I know it's not your decision. It's probably the right decision. And I know I'm not the only one that's going through this.

12/03/2020, 09:54

Administrator's iPhone (+12162244428)

It's a hard time for many people

12/03/2020, 09:58 (Viewed 12/03/2020, 10:02)

Gina C. (4405034326)

That's for sure. Sara all I am really worried about is that man eats and drinks, She stays hydrated through all this and doesn't have a bruise on her I'll be very happy. ❤️🙏🙏🙏🙏

12/03/2020, 09:59 (Viewed 12/03/2020, 10:02)

Gina C. (4405034326)

Mom*

12/03/2020, 10:01 (Viewed 12/03/2020, 10:02)

Gina C. (4405034326)

CRISCIONE_009153

Ty Sara best wishes it's got to be hard for all of you right now 

12/03/2020, 10:02

Administrator's iPhone (+12162244428)

I'll follow up with her hydration needs

12/03/2020, 10:02

Gina C. (4405034326)

Tytyty

12/03/2020, 18:21 (Viewed 12/03/2020, 18:22)

Gina C. (4405034326)

I'm on phone with mom and she can not hear me her hearing aides either are not in or in wrong ... I do not know her aid I thought she would be with a regular?

12/03/2020, 18:22

Gina C. (4405034326)

Frustrating

12/03/2020, 18:22

Gina C. (4405034326)



12/03/2020, 18:23

Administrator's iPhone (+12162244428)

You'll have to call the facility and see who her aid is this evening, I don't know

12/03/2020, 18:24

Gina C. (4405034326)

I called twice it's Sherry she gotten the message they called me. Nelly is her aid I don't know Nelly obviously Nelly does not know ma'am either because her hearing aid is not incorrectly and she cannot hear me on the phone

12/03/2020, 18:25

Gina C. (4405034326)

CRISCIONE_009154

My mom just got more frustrated on the phone trying to talk to me she could not hear me that means her hearing aid is not between number three and four or it's not on at all

12/03/2020, 18:26

Administrator's iPhone (+12162244428)

LaTrice is her nurse until 7.

12/03/2020, 18:26

Gina C. (4405034326)

I knew that I didn't know who the aid was which is fine but she doesn't have my mom's hearing aid and right so I did not get my phone call to my mother tonight

12/03/2020, 18:27

Gina C. (4405034326)

I sat and listen to her yelling that she couldn't hear me for 10 minutes poor mom sorry to bother you with this I just wanted a phone call

12/03/2020, 18:28

Administrator's iPhone (+12162244428)

I will call the facility shortly

12/03/2020, 18:28

Gina C. (4405034326)

Ty

12/03/2020, 18:39

Gina C. (4405034326)

Everything is ok now ty

12/03/2020, 18:40

Administrator's iPhone (+12162244428)

Ok because I just called there

12/03/2020, 18:40 (Viewed 12/03/2020, 18:46)

Gina C. (4405034326)

CRISCIONE_009155

Tytyty

12/03/2020, 18:45 (Viewed 12/03/2020, 18:46)

Gina C. (4405034326)

Good night thank you 🙏

12/03/2020, 18:46

Administrator's iPhone (+12162244428)

Have a good night

17/03/2020, 18:35 (Viewed 17/03/2020, 18:38)

Gina C. (4405034326)

Good evening Sara, I'm so sorry to interrupt your dinner., but it's a good thing. I just wanted to say that everyone at EAstpark is going way overboard doing their job and keeping us in touch with our parents and giving us little reports on our moms at different times of day. Never complaining and always seeming very caring. And I know they're working very hard.. I am never denied a phone call and everyone is dialing Assisting my mom in calling me and my sister when we feel like we need an update on mom. I just want to say thank you to everyone at EAstPark, during this horrific time. I'm praying for all of you for stamina and strength because your job is definitely not easy. Know that we do appreciate you all! Be well and again Sara thank you 🙏 ❤️

17/03/2020, 18:38

Administrator's iPhone (+12162244428)

Thanks Gina for your kind words and support

18/03/2020, 08:44 (Viewed 18/03/2020, 09:44)

Gina C. (4405034326)

Good morning Sarah I'm a little worried about my mom's right heel. She was supposed to be wearing the special little boot on it because her heel can get infected the way it was. When I'm on the phone with mom she tells me her right heel was burning yesterday and someone went in and put it on for her. Every time I called there in the last three days I had to tell someone to put it on for her they don't know about it. Just one thing I'm trying to get from slipping through the crack here if you can help me I don't know who to talk to?

18/03/2020, 09:42 (Viewed 18/03/2020, 09:44)

Gina C. (4405034326)

CRISCIONE_009156

Ty

18/03/2020, 09:56

Administrator's iPhone (+12162244428)

Just call and ask for her nurse

18/03/2020, 09:56

Administrator's iPhone (+12162244428)

I will forward this on to the wound nurse to address

18/03/2020, 10:01

Gina C. (4405034326)

Cancel

18/03/2020, 10:01

Gina C. (4405034326)

Robin did call me at 9 AM and gave me a full report on mom's foot everything is good. I just want to make sure that the aids with her throughout the week follow up with that foot because it could get serious. Thank you Robin did a great job again I'm sorry I didn't text you right away I got distracted

20/03/2020, 12:44 (Viewed 20/03/2020, 12:45)

Gina C. (4405034326)

Sara. Sorry to have caused any concern. I meant what I said it was never connected it is broken. Just a nice clock and that's it. Sorry this wasted your time when there are so many more important things for you to do 💐 I hope your are leaving the clock in place for mom. And make sure they are putting that booty on her ( sore heal) foot and giving her lots of hydration. Thanks so much❤️

20/03/2020, 13:26 (Viewed 20/03/2020, 14:27)

Gina C. (4405034326)

Sara .,Can you call me please?

20/03/2020, 18:53 (Viewed 20/03/2020, 18:54)

Gina C. (4405034326)

Never mind , thanks anyways ...Robin wound nurse called me. Was concerned about

CRISCIONE_009157

something bleeding on moms arm with no bandage on it and her complaining of her butt burning again. Robin is on it. Have a good evening

20/03/2020, 18:55

Administrator's iPhone (+12162244428)

Glad you spoke with her

21/03/2020, 11:17 (Viewed 21/03/2020, 11:18)

Gina C. (4405034326)

Good day Sara. I am highly concerned with my moms current leg swelling and a 5 pound weight gain which can be water. Dorothy has A-Fib...It is crucial that her legs are elevated and her lungs are checked. Santana said no fluid she did check. I spoke to her nurse Santana this morning about these issues. Usually I get a report from the practitioner , but because of the sudden switch, in doctor and practitioner, I just want to be sure that Toni moms new practitioner knows these issues. This keeps mom out of hospital. I'm sure Santana is doing the right thing with mom. By elevating her legs. No one could ever get the compression sock on her right and they caused horrible bands around her ankles, not good. So elevation and lots of water gets mom better. Sometimes Denise would order a bump in her Lasix for a few days. However I need to know the next shifts will follow through. I'm deeply concerned. If I could get a call from Toni I would be happy. ? And I wanted to document this with a text. For our records. Thanks Sara JoLynn and I have watched over this for years for mom. Ty

21/03/2020, 11:19

Administrator's iPhone (+12162244428)

I will forward your concerns to the Unit Manager on call for the weekend to follow up with you.

21/03/2020, 11:21

Gina C. (4405034326)

I am not totally alarmed at the moment because Santana is handling the situation. What I am concerned about is everyone else following through with lifting her legs up. When I see her on Skype her hearing aids are hanging out. No one's putting them in right and when I'm on the phone with her she can't hear me or my brother because her hearing aid is not in correctly. Little things I used to find when I was there. But I am worried about the a fib the most. That's a big thing. Thank you

21/03/2020, 11:23

Administrator's iPhone (+12162244428)

CRISCIONE_009158

Sent your concerns just now to the UM and expect to talk with her soon

21/03/2020, 11:23

Gina C. (4405034326)

Ty

21/03/2020, 11:23

Gina C. (4405034326)

Once again

21/03/2020, 11:58 (Viewed 21/03/2020, 11:59)

Gina C. (4405034326)

Sarah I was just on the phone with my mom she is in extreme pain yelling with burning in her right leg. Screaming she has a wound on her right heel with the swelling in her leg she may have cellulitis I need the nurse practitioner to look at her as soon as possible. I only know this because this is happened at home before. And it happened once there. Santana is aware of the screaming and is trying to calm her down and give her a Tylenol but does not know why. I thought it was because she was laying back in the chair and sitting her up might help. I'm concerned and very worried right now

21/03/2020, 12:05

Administrator's iPhone (+12162244428)

The UM will have the nurse reach out to her NP

21/03/2020, 12:07

Gina C. (4405034326)

Sarah, I'm a mess. I just talked to Santana. They got mom in bed and she's sleeping and calm down. Now I have to go calm down, i'm just worried 😔 That would be nice if I can talk to her about mom since she is new with mom thank you

23/03/2020, 11:27 (Viewed 23/03/2020, 11:30)

Gina C. (4405034326)

Good afternoon Sara. I want to thank you your nurse Sarah called me and is addressing all my concerns with mom is a fib, the sore on her right heel, and everything. Thank you for having her get in touch with me I soon hope I can talk to the practitioner on her next report with mom!😊

CRISCIONE_009159

24/03/2020, 12:47 (Viewed 24/03/2020, 13:00)

Gina C. (4405034326)

Sara good afternoon. I have been asking to speak to moms new nurse practitioner Toni. For days now, I get bits and pieces of moms issues I've been having from all different nurses. I just wanted a full report from Toni on her examination on my mother today If possible. As moms foot wound got worse. Louise did help me out to clear a few issues up just now, but I spoke to Nurse Sarah yesterday and never heard back from her or Toni as I had been requesting. Is this possible that Toni can me please. I do have concerns since she is new with mom ?Ty

24/03/2020, 13:01

Administrator's iPhone (+12162244428)

She doesn't plan to call you today

24/03/2020, 13:02

Gina C. (4405034326)

?

24/03/2020, 13:06

Gina C. (4405034326)

My mother doesn't sound right over the phone she isn't even getting on the phone I hear her moaning and crying. About her foot ..I know when she's uncomfortable I want to ask the nurse about her foot. Robin had said it had gotten worse.

24/03/2020, 13:08

Administrator's iPhone (+12162244428)

I'll ask Robin about this

24/03/2020, 13:11

Gina C. (4405034326)

Robin had talk to me yesterday. But the nurse practitioner was with her today and I wanted an update today from tony or Maybe her nurse today

24/03/2020, 13:13

Administrator's iPhone (+12162244428)

You have called 11 times today and you were told that you will have 1 call per shift given what we are dealing with and other residents families who are expecting

CRISCIONE_009160

communication as well.

24/03/2020, 13:15

Gina C. (4405034326)

I waited five hours yesterday for Rene to get back to me and she never did. I went over night not sleeping and not knowing. Megan gave me an update in the morning that mom was sleeping. I need an update on someone that examined her my mother was in the hospital with dehydration. Her legs were swollen she had gained 5 pounds which means she could have water in her lungs. These were my concerns then her foot slip it was not put on over the weekend which made her he'll get worse. These are all concerns I need to speak with the practitioner about. I don't have to call it all i'm not getting answers from the right people. Luis was only with her for five minutes today she doesn't know what went on over the week and and yesterday. Sorry to bother you Sara

24/03/2020, 13:17 (Viewed 24/03/2020, 13:21)

Gina C. (4405034326)

And I got no calls from Morning yesterday, and she was lethargic and her hearing aids were not in right and she couldn't hear me when they did call😟

24/03/2020, 13:18 (Viewed 24/03/2020, 13:21)

Gina C. (4405034326)

I didn't ask anything ...except how is my mother by someone who examined her and you are not giving me that information.

24/03/2020, 13:22

Administrator's iPhone (+12162244428)

That's not my place to speak clinically

24/03/2020, 13:22

Gina C. (4405034326)

For the record I would have called that many times if I wasn't concerned, and half of those calls were me calling back because they did not have her hearing aids in right and she could not hear me. And then Tina would have to send someone back to fix them.

24/03/2020, 13:22

Gina C. (4405034326)

I don't want the information from you I just want to speak to the nurse or practitioner

CRISCIONE_009161

24/03/2020, 13:22

Administrator's iPhone (+12162244428)

I will have her nurse call you at the end of her shift

24/03/2020, 13:25

Gina C. (4405034326)

That's all sorry to bother you I'm getting frustrated and I am so upset right now.That's what they told me yesterday, and last night and I waited until 11 o'clock Renee never called me. I waited about five hours for a callback on how mom was doing. I was so tired last night I think I talked to Megan , got a hold of her when she got on shift mom was sleeping.😔

24/03/2020, 13:25

Gina C. (4405034326)

Thanks!

24/03/2020, 13:31 (Viewed 24/03/2020, 13:34)

Gina C. (4405034326)

I always call my mother after her meals or before her meals three times a day. Can someone please call me after her meal so I can speak with her with her hearing aid in properly. She's not interacting with me and she is falling way I feel it. All it takes is to dial my number and hand her the phone for me. 💐🙏

24/03/2020, 13:32 (Viewed 24/03/2020, 13:34)

Gina C. (4405034326)

Thanks this is so hard😔

24/03/2020, 13:39

Administrator's iPhone (+12162244428)

I will make sure you get a call later

24/03/2020, 13:40 (Viewed 24/03/2020, 13:49)

Gina C. (4405034326)

Thanks, She thinks I abandoned her.Ty

24/03/2020, 13:53 (Viewed 24/03/2020, 13:54)

CRISCIONE_009162

Gina C. (4405034326)

Thank you I did get a call. She sounds tired and drugged or something (sounds ) she doesn't sound herself at all. This is how she's been sounding to me in the last couple of calls. Maybe they can call me back after her dinner before she goes to bed I'm very concerned she doesn't sound herself.😥ty

24/03/2020, 18:34

Gina C. (4405034326)

Thank you Sara.. Louise did call me. When they were feeding mom dinner. Louise has really stepped up to the plate here for me and JoLynn.. and Dorothy.😌I think Louise is really trying, and It's like she has a different attitude or something...She was very accommodating and was soothing to me with her call tonight and that's all I wanted to hear from the nurse and how mom's ailments were. I saw a different side of Louise with her actions taken tonight 🙏 I thought you should know. ❤️ shes handling things well.

24/03/2020, 18:35

Administrator's iPhone (+12162244428)

Ok good to know

24/03/2020, 18:38 (Viewed 24/03/2020, 18:45)

Gina C. (4405034326)

I was impressed and she made my night❤️💐 🙏been hard for all I know blessings to you and yours during this horrible crissis🙏

24/03/2020, 19:41

Administrator's iPhone (+12162244428)

Thank you for your support

24/03/2020, 19:44 (Viewed 24/03/2020, 19:52)

Gina C. (4405034326)

You're welcome

28/03/2020, 07:31 (Viewed 28/03/2020, 08:31)

Gina C. (4405034326)

Good morning sorry to bother you. I faxed Tina at the front desk your east parks release form signed days ago by me requesting moms latest records and blood work for my review. Because I was concerned of dehydration, LOUSIE said mom was not

CRISCIONE_009163

eating... Usually I get these copies at our meetings , which we have not had for months. At the meeting I am always offered a copy as her legal guardian. Tina said 24 hours I have been waiting for days now. With no fax back with moms blood results. Also the new practitioner, Toni has never contacted me about mom, as I requested ., Toni requested we start a new med for mom through Louise I find out and I have many questions and concerns about the drug and need to discuss this pill with Toni first. LOUSIE has been calling me with updates and I do appreciate that. Very much... I had asked many staff who answers phone and several nurses there who I spoke to last week several times to please have the new practitioner to contact me to discuss mom with me, to no avail. 😔mom just got out of hospital and I am concerned about her I hope u under stand. Besides a call from Toni , All I want is copies whether I have to pay for them or not. I'm getting no where here... I had to text you. Tina said I pay printing no problem. Thanks Sara. When ever you can get back to me is ok,, I waited this long already. Mom seems to have started eating again🙏 bless you all for all your hard work 🙏

28/03/2020, 08:35

Administrator's iPhone (+12162244428)

Hi Gina
Let me contact the weekend clinical nurse to see where these documents may be. Louise spoke with me about some of what you have mentioned in your text. Not sure why the NP has not contacted you. I'll follow up with you as soon as I get some information.

28/03/2020, 08:44 (Viewed 28/03/2020, 08:45)

Gina C. (4405034326)

Thanks I've asked Luis 1 million times sometimes I don't know about her sometimes. I'm giving her the benefit of the doubt she seems to be working hard.

28/03/2020, 08:46

Administrator's iPhone (+12162244428)

I'll get back with you soon

28/03/2020, 08:46

Gina C. (4405034326)

Be well no stress... I'm praying for all of us🙏

28/03/2020, 08:46

Administrator's iPhone (+12162244428)

CRISCIONE_009164

It's crazy and scary times right now

28/03/2020, 08:47

Gina C. (4405034326)

Yes

28/03/2020, 08:48

Administrator's iPhone (+12162244428)

Try not to worry so much about your Mom, she's safe as she can be and under the guidance of an excellent Unit Manager

28/03/2020, 08:49

Gina C. (4405034326)

Thank you for your time and reassurance that means very much to me and my family

28/03/2020, 08:50

Administrator's iPhone (+12162244428)

You're welcome

28/03/2020, 10:27

Administrator's iPhone (+12162244428)

The UM will Be contacting you shortly

28/03/2020, 16:19 (Viewed 28/03/2020, 16:32)

Gina C. (4405034326)

I never got a call from the UM....but I did talk to Renee, I still need to talk to the nurse practitioner Toni.

28/03/2020, 16:33

Administrator's iPhone (+12162244428)

The UM will call you this evening when she is at the facility. I guess you can ask her about the NP.

28/03/2020, 16:34

Gina C. (4405034326)

Ok ty.

28/03/2020, 20:15 (Viewed 28/03/2020, 20:16)

Gina C. (4405034326)

No one ever called waited all night. No problem, Monday is probably the day to Handel this. I am opting out of the new med for mom at this time since I can not speak to the person who prescribed it to her. It will been over a week that the new practitioner has examined mom. And I can't get a call from her? What's up?i may want to switch doctors and practitioners Monday I have the list from Brenda. Thanks for your time. Sorry to bother you.

28/03/2020, 20:22

Administrator's iPhone (+12162244428)

I've asked her several times to call you

28/03/2020, 20:23

Gina C. (4405034326)

That's OK it's getting late. I am really wiped out. I would like to speak to mom's nurse practitioner before I decide to change hopefully Monday. I have to ask her about her examination on my mother. Still waiting for a fax too.

28/03/2020, 20:24

Administrator's iPhone (+12162244428)

Did you sign a medical records release form?

28/03/2020, 20:24

Gina C. (4405034326)

Yes dats ago

28/03/2020, 20:24

Gina C. (4405034326)

Days

28/03/2020, 20:24

Gina C. (4405034326)

Maybe Tuesday

CRISCIONE_009166

28/03/2020, 20:24

Administrator's iPhone (+12162244428)

Ok

28/03/2020, 20:24

Administrator's iPhone (+12162244428)

Should be no ready why you didn't get them yet

28/03/2020, 20:25

Gina C. (4405034326)

Tina told me 24 hours. Every time I called her she got annoyed and said it takes time. I waited and waited and I still don't have them.

28/03/2020, 20:25

Gina C. (4405034326)

Then she told me I might have to pay for them. Like I care

28/03/2020, 20:26

Administrator's iPhone (+12162244428)

I know

28/03/2020, 20:26

Gina C. (4405034326)

I want his mom's medical records notes when she ate her bloodwork everything. I used to get that at all the meetings. We have not had meetings. I have a lot of little meetings a lot but no big care meeting like we used to have. At those meetings I am always offer these are the notes

28/03/2020, 20:27

Administrator's iPhone (+12162244428)

Ok I'll get this fixed for you

28/03/2020, 20:27

Gina C. (4405034326)

CRISCIONE_009167

I should've called you days ago because I'm worried about my mother being dehydrated again. Luis says she wasn't eating. But now she is eating it depends on who feeds her and how they approach her and when they approach her. But she eats she has an appetite

28/03/2020, 20:31

Gina C. (4405034326)

Thank you

Again I trusted in Louise and in the end she never called me back last night. And she knew I wanted to speak with the nurse practitioner. Lousie told me I could not talk to the nurse practitioner until next week when she comes in to visit my mother again. I told her that's ridiculous I need to know what she had examined my mom and how my mom is. That's when I requested the papers sent to me. You know me Sara ,

28/03/2020, 20:31

Administrator's iPhone (+12162244428)

Try not to worry, get some rest and we'll get this figured out

28/03/2020, 20:32

Administrator's iPhone (+12162244428)

I know you and let me get this figured out

28/03/2020, 20:32

Gina C. (4405034326)

Thanks you do🌹 Ohh while I was texting you my bath tub almost ran over I was just going to take a hot bath and try to relax. It has been rough thank you for your help. Lol

28/03/2020, 20:33

Administrator's iPhone (+12162244428)

Ok I'll contact you tomorrow

28/03/2020, 20:57

Gina C. (4405034326)

Ty have a good evening Sara

28/03/2020, 20:58

CRISCIONE_009168

Administrator's iPhone (+12162244428)

Sure, Danielle can call you if you want her to

28/03/2020, 20:58

Administrator's iPhone (+12162244428)

I just contacted her

28/03/2020, 20:58

Administrator's iPhone (+12162244428)

Otherwise she will have Renee handle the documents for you tomorrow

28/03/2020, 20:59

Gina C. (4405034326)

Ok

28/03/2020, 20:59

Administrator's iPhone (+12162244428)

So tonight?

28/03/2020, 20:59

Gina C. (4405034326)

Ok

28/03/2020, 20:59

Administrator's iPhone (+12162244428)

Ok let me call her

28/03/2020, 20:59 (Viewed 28/03/2020, 21:02)

Gina C. (4405034326)

🌹

28/03/2020, 21:03

Administrator's iPhone (+12162244428)

Ok she's going to call you

CRISCIONE_009169

28/03/2020, 21:03

Gina C. (4405034326)

K ty

28/03/2020, 21:43 (Viewed 28/03/2020, 21:49)

Gina C. (4405034326)

Next time I want to get something done I'm gonna text you !!! thank you!!! Danielle was wonderful. She's going to finish and get them to me by Monday because I wanted a complete file. I haven't had a copy in a while in the future I probably won't need the whole thing... I just wanted to see what was going on with everything. Thank you again and have a good evening 

28/03/2020, 21:49

Administrator's iPhone (+12162244428)

You too, Gina! Good night

28/03/2020, 21:50

Gina C. (4405034326)



29/03/2020, 15:54 (Viewed 29/03/2020, 16:40)

Gina C. (4405034326)

So sorry to bother you, but I have been waiting for a call from my mother all day. I haven't talked to her since yesterday morning. I have called a since this morning. I even asks for a report on her meals today. Still no call. ? I'm worried about her. I wonder why?

29/03/2020, 16:43

Administrator's iPhone (+12162244428)

Renee will call you at the end of her shift today

29/03/2020, 16:43

Administrator's iPhone (+12162244428)

So sometime after 7

29/03/2020, 16:44

CRISCIONE_009170

Gina C. (4405034326)

I would like to speak to mom also soon before she is too tired? is she alright?

29/03/2020, 16:44

Administrator's iPhone (+12162244428)

As far as I know as is well with her

29/03/2020, 16:45

Gina C. (4405034326)

I need to hear her voice or talk to some one please soon

29/03/2020, 16:45

Administrator's iPhone (+12162244428)

It's dinner time now so not a good time for a call

29/03/2020, 16:45

Administrator's iPhone (+12162244428)

Renee will call you

29/03/2020, 16:46

Administrator's iPhone (+12162244428)

I told the receptionist to tell her to call you

29/03/2020, 16:46

Administrator's iPhone (+12162244428)

But she will not be calling during dinner, way too busy with other residents as well

29/03/2020, 16:48 (Viewed 29/03/2020, 16:49)

Gina C. (4405034326)

I under stand dinner time. Rene. Says she'll call last couple times ( she's too busy) and never did two sundays I'm a row I waited hours all day both times agonizing.

29/03/2020, 16:48 (Viewed 29/03/2020, 16:49)

Gina C. (4405034326)

CRISCIONE_009171

I hope she does what she says this time

29/03/2020, 16:49

Gina C. (4405034326)

I'll be waiting thank you. I would never have bothered you if ...I'weren't waiting all day 😞

29/03/2020, 20:21 (Viewed 29/03/2020, 20:23)

Gina C. (4405034326)

Hi Sara it's me again. Renee did call me finally. My mother does not Look too good, my brother saw her today...I feel she is getting dehydrated again. There's also an unexplained bruise on my mothers bottom I expect that someone will call me tomorrow with an explanation???Rene is checking it out we talked about it. Seems that happened yesterday.
Also I am not getting phone calls like I used to from my mother because , I asked people that come into the room to please dial my number and call me for her. Anyone! If she is just sitting there,,, there is a quarantine going on I cannot see my mom and now I'm being restricted calls? I was told the nurse is not allowed to take calls any more so no wonder I got no answers all day . So I was calling all day for nothing.I pay for a phone so I can talk to my mom on it and if it is ringng I would like someone to answer it and hand it to her. Please . No matter who it is. My mother is withdrawing because I used to talk to her at least three or 4 times a day, When I wasn't there for five hours. Good night Sara....talk Monday. thank you for your help tonight once again. I'm a bit upset and concerned with the care mom has been receiving since this crisis.... i'm getting her bloodwork over a week later. I've been pretty kind up to this point but I see and feel my mother's health failing and I'm stepping in and want some answers is all. Thank you

30/03/2020, 08:48 (Viewed 30/03/2020, 09:03)

Gina C. (4405034326)

Good morning Sarah hallelujah. Toni the nurse practitioner called me finally. I do like her she answered my questions and she's getting an eating plan into effect for my mother. That should've been in effect a week ago. Her and I don't feel mom needs to use meds right now to enhance her eating. . Luis is supposed to call me this morning after she talks to Toni. Louise has been doing an OK job but I still don't trust her, mom just seems not to be eating when Louise was feeding her. Every time I talk to someone else she was eating. she did not call back Friday and left me hanging about moms food and water intake all weekend. 😞😤I'm just documenting this with you. ❤️ i'll be anticipating mom's records and reports sometime today as via fax , Danielle had to gather everything. It took me over a week to get "two things" done. Thanks to you it got handled. One was have the practitioner call me and the other was a copy of her

CRISCIONE_009172

records. So those 11 phone calls that you mentioned were all for a reason and concern. Not just because I want to call there and get everyone all upset because I'm calling so many times, My mother was hospitalized and then quarantined. I need answers and I was not getting them. And I was not getting through to my mother to hear her voice and see if she needed water or not.I hope you do understand that.

I would like to talk to you this morning at your convenience about a phone situation that I and my family are very unhappy about. 😔and What happened to Skype. The nurse practitioner Toni and I feel mom's mental health is crucial to our phone calls and interaction with her especially during this time when we cannot be with her. I don't expect your staff to do extra things it takes one second to pick up the phone and hand it to her when it rings. You've been doing it for three years, why did they stop now.? From what I have heard they were told not to touch moms phone to help her talk to us. My mother sits and listens to a ringing phone. Imagine how tormenting that is for her. When people are right there and in and out of the room. Everyone knows she can't answer on her own. My sister and I and brother continuously call and the phone rings and rings and rings. This was not going on for three years we were always able to get to my mother on the phone. Whoever is in the room should be able to answer that phone and hand it to her at my request. That is if it isn't interfering with their work, or if mom is sleepingThey can pick up the phone and tell us your mom sleeping and we'll call back later.

That was human like to me. And kind. This has been torture not being able to talk to her and we call and her private phone that she pays for. Isn't that her right. What kind of human nature thing is going on there now that they want to keep me from talking to my mother now? Who made this new rule.? For three years I was able to call and anyone can pick it up and hand it to her. Am I being punished for a clock in the room that's as never ever used for anything but a clock??? Am I being punished for "thinking" about hooking up a surveillance that was never in place from the beginning. I never would be. Now I'm wondering ?

When Renee was working last night I got to talk to my mom she called and I spoke with Renee I asked her WT_____ and she told me that no one was allowed to touch mom's phone anymore to help her talk to us. My heart sank I couldn't believe this and I am not happy. When you get some time I know you're busy and this is a whole lot that you have to take in. And I know there are millions of other people in there with the same problems probably. But this is my mother and I will step in and I do want to speak with her on a regular basis. So please get back to me on this. It's too bad we have to waste time on the stupid stuff when my mother needs to be fed and have someone give her water and tend to tons of other people. I'm not the one wasting your time someone who made that new rule is.I'll be looking forward to talking to you later

30/03/2020, 16:25

Gina C. (4405034326)

Good afternoon Sara I know you're really busy. But I have another issue. There seems to be bruises appearing on mom's butt , Santana just called me today to tell me another one appeared within the last 12 hours on the other side. I asked what they were going

CRISCIONE_009173

to do and they are changing her mattress to an air mattress. I am educated in this subject and I know that changing her Matress tells me that they are deep tissue injury wounds and not bruises. It's a form of pressure ulcer.
This case I need to speak to the wound nurse and I want to know why my mom's been laying down so long that she has to get those. Because that's how you get those.

30/03/2020, 16:30

Administrator's iPhone (+12162244428)

Robin will call you

30/03/2020, 16:30

Gina C. (4405034326)

Ty

31/03/2020, 10:33 (Viewed 31/03/2020, 10:42)

Gina C. (4405034326)

Good morning Sara I know you're in meetings sorry to bother you. but I can't seem to get a phone call through for someone to call me for my mother today . also I have never received any of mom's records via fax. Can you give me a heads up on that thank you

01/04/2020, 13:50 (Viewed 01/04/2020, 14:12)

Gina C. (4405034326)

Sara, Can you give me a call please ?

04/04/2020, 10:19

Gina C. (4405034326)

Sara. I can understand you avoiding me at this time by not answering with this crisis. However ,I call EP every morning and I ask who is mom's nurse and aid. I've done this every day for years. Today I heard an agency nurse is with mother. I am just a little concerned because they do not always read moms chart / care plan and things always happen on the weekend here. I am concerned that she knows about my mother's hospital stay on the eighth of March for dehydration and the importance to coaching her to eat and drink water. EsPecially with this dangerous new injury that she has gotten on her butt, I am not sure u know , She has also developed a DTI on her butt which is being treated daily I was told with Benadine treatment, I wanted all agency nurse to be aware Or at least give me a call so we can touch base on my mom's care. One more thing, her right foot / heal injury suffered dearly when a weekend ago no one was following through with the slipper boot on mom to raise her foot from the bed. I wanted

to be sure this agency nurse or agency people with my mother know these things. Because you have said and Luis said that those few are not reading moms care plan charts I spoke with you and her about this many times. I hope you understand my concern. I did call to speak to unit manager and there was no one there at EP TODAY for me to talk to today. I'm very worried. A follow up call here, from her nurse today would be sufficient if I could get a phone call from her today please. Thank you

04/04/2020, 10:23

Administrator's iPhone (+12162244428)

I'm not avoiding you, very busy with the current state of operations. You're Medical records request will be mailed to you as soon as they are completed. We have had a delay because our medical records staff has been committed to her primary employer lately. I can't speak to clinical issues but I will have an administrative nurse contact you. Not sure about the nurse who is assigned to your mom but I will find out and ask that they give you a call sometime during her shift.

04/04/2020, 10:29 (Viewed 04/04/2020, 10:30)

Gina C. (4405034326)

Well I'm glad to hear that. Be well, I only want the best for my mother too. You have always fixed things in the past and I thank you,. I do understand your position and I hope you can understand mine.

04/04/2020, 10:30

Administrator's iPhone (+12162244428)

I do absolutely

04/04/2020, 10:30

Gina C. (4405034326)

Thanks Sara have a great day

04/04/2020, 10:30

Administrator's iPhone (+12162244428)

You as well

04/04/2020, 10:31

Administrator's iPhone (+12162244428)

I called the facility and your mom's nurse is one of staff and she has been instructed to call you sometime today during her shift

CRISCIONE_009175

04/04/2020, 10:34 (Viewed 04/04/2020, 10:35)

Gina C. (4405034326)

OK thank you very much when I ask every day they usually tell me. Debby told me today it was an agency... I know Debbie is doing the best she can at the desk. Thanks again

04/04/2020, 10:35

Administrator's iPhone (+12162244428)

An agency was scheduled but called off

04/04/2020, 10:41

Gina C. (4405034326)

I pray for these nurses working for you right now, Lord keep them all safe, the ones you have on staff are so dedicated and wonderful.

04/04/2020, 10:42

Administrator's iPhone (+12162244428)

Yes me too, I worry about what could happen if they become ill.

04/04/2020, 10:48 (Viewed 04/04/2020, 10:50)

Gina C. (4405034326)

They won't , You guys are doing everything you can to keep your residents and staff safe right now. I know it hurts not to be with our parents, but I know she's in the safest place she could be. And I thank you for caring. Take care of yourself and be well and let's get this crap over with, my Lord so I can come back in and sing with my mother once again ❤️ ❤️ ❤️ 🙏🙏🙏

04/04/2020, 10:54

Administrator's iPhone (+12162244428)

Amen!!

04/04/2020, 15:19

Gina C. (4405034326)

Sorry but all day no call from my mom? Please help me?

04/04/2020, 15:19

CRISCIONE_009176

Administrator's iPhone (+12162244428)

Ok let me see

04/04/2020, 15:20 (Viewed 04/04/2020, 15:23)

Gina C. (4405034326)

Ty

04/04/2020, 15:37 (Viewed 04/04/2020, 15:49)

Gina C. (4405034326)

Thank you so much you don't know what that means to me 🌹 I talked with Debi too I remember her now I just like to know they know mom's routine is all and that they give me a little report on her boo-boos...have a good night Sara thank you

04/04/2020, 15:49

Administrator's iPhone (+12162244428)

You're welcome

04/04/2020, 15:49

Administrator's iPhone (+12162244428)

Take care and stay well

04/04/2020, 15:53

Gina C. (4405034326)

I have been home since the day they quarantined East Park. The 11th. I went out once to see mom at back door with JoLynn . Thank you again and prayers for you and your family as well

04/04/2020, 15:53

Administrator's iPhone (+12162244428)

Thanks Gina

07/04/2020, 17:00

Administrator's iPhone (+12162244428)

The records are ready if you want to pick them up. The total is $41.90.

CRISCIONE_009177

07/04/2020, 17:02

Gina C. (4405034326)

Can you mail them to us please I will pay for the postage and send you a check for everything

07/04/2020, 17:02

Administrator's iPhone (+12162244428)



07/04/2020, 17:02

Gina C. (4405034326)

Thank you

07/04/2020, 17:04 (Viewed 07/04/2020, 17:06)

Gina C. (4405034326)

Why all of a sudden a charge for the records. We used to get copies at our meetings mom's care meetings? Just curious?

07/04/2020, 17:07 (Viewed 07/04/2020, 17:09)

Gina C. (4405034326)

I changed my mind, do not mail the records, I can get a ride over tomorrow to pick them up I will call before I come somewhere around lunch time if that's OK

07/04/2020, 17:09

Gina C. (4405034326)

Yes we have mom's check for you guys to anyway so we will drop the checks off tomorrow and pick them up. Thanks

07/04/2020, 17:10

Administrator's iPhone (+12162244428)



07/04/2020, 18:46 (Viewed 07/04/2020, 18:47)

Gina C. (4405034326)

Hi Sara .. Tomorrow when I come to EP to pick up moms papers and pay you for

CRISCIONE_009178

them....and drop off moms check, I'd like to retrieve my black clock also that you have been holding. Can you make this possible?

07/04/2020, 18:47

Administrator's iPhone (+12162244428)

The clock is being held pending investigation

07/04/2020, 18:48

Gina C. (4405034326)

?

07/04/2020, 18:53 (Viewed 07/04/2020, 18:54)

Gina C. (4405034326)

I told you The truth that camera was not working and I was using it as a Clock.

07/04/2020, 18:56 (Viewed 07/04/2020, 18:58)

Gina C. (4405034326)

My clock is under investigation, however my mothers legs being restrained on December 24 was never under investigation? What is more important over there.?You cannot arrest me for thinking about putting something in that is only a clock anyway.When you're done investigating I would like my Clock back thankyou 🙏 wow sara You could've talk to me about this this is really ridiculous.

07/04/2020, 18:59

Administrator's iPhone (+12162244428)

I can't talk to you about this

07/04/2020, 18:59

Administrator's iPhone (+12162244428)

We have discussed your concerns many times as you are aware

07/04/2020, 19:02 (Viewed 07/04/2020, 19:05)

Gina C. (4405034326)

Yes way too many

07/04/2020, 19:06

CRISCIONE_009179

Administrator's iPhone (+12162244428)

Maybe so, but you know I have always done my best to resolve your concerns and most times practically immediately

07/04/2020, 19:12 (Viewed 07/04/2020, 19:15)

Gina C. (4405034326)

Well then let's just get on with taking care of the people and get my Clock back to me soon thank you⬚

07/04/2020, 19:15

Administrator's iPhone (+12162244428)

Okay

16/04/2020, 19:49 (Viewed 16/04/2020, 20:32)

Gina C. (4405034326)

Sorry to bother you Sara. Rene was supposed to get back to me tonight about mom. Mom was injured somehow during her shower. A skin tear on her arm. I was curious of why she was getting a shower at 2 o'clock and not 10 o'clock as usual. And Yolanda usually does her shower she's used to Yolanda. Yolanda never has a problem with mom in the shower. Seems whoever showering her she's fighting them off and this is the second time she got hurt. This never used to happen. I'm wondering if the girls are new that are showering her do not know how to deal with her dementia. I'm very concerned. Renee was supposed to call me back tonight and I never got a call as of yet. I just want to know how my mom is doing tonight. When they called me earlier she could not even talk to me she was exhausted. That was right after her shower. 😔

16/04/2020, 19:51 (Viewed 16/04/2020, 20:32)

Gina C. (4405034326)

I don't expect any answers tonight I know it's late. I didn't even want to text you. Thank you

16/04/2020, 20:33

Administrator's iPhone (+12162244428)

I will she sure you get all the information you want tomorrow but as far as I know Dorothy is ok. Robin the wound nurse addressed the situation

16/04/2020, 20:40

Gina C. (4405034326)

CRISCIONE_009180

I also meant mentally mom sometimes fights certain people off. I was more worried about who's bathing her and that they know how to deal with dementia. Renee did tell me the wound was not as bad as the last time. Thank you for addressing this tonight for me. Have a better evening... Did you hear the president tonight , Phase 3!

16/04/2020, 20:41

Administrator's iPhone (+12162244428)

No I was out riding my bike with my husband, I needed the fresh air

16/04/2020, 20:42

Gina C. (4405034326)

Three phases to reopen the country. Part of phase 3. Opening nursing homes could be June/July...

16/04/2020, 20:43

Gina C. (4405034326)

Good very state to state they said

16/04/2020, 20:43

Administrator's iPhone (+12162244428)

Oh wow

16/04/2020, 20:43

Gina C. (4405034326)

Bittersweet news

16/04/2020, 20:44

Gina C. (4405034326)

Have a good evening we'll all get through this. I do pray🙏🌷❤️

16/04/2020, 20:48

Administrator's iPhone (+12162244428)

Thank you and we will get through this all together

16/04/2020, 20:48

Gina C. (4405034326)

CRISCIONE_009181



18/04/2020, 11:35 (Viewed 18/04/2020, 11:38)

Gina C. (4405034326)

Good Saturday morning Sara. It seems I cannot get a good morning call from my mother. I've called several times and I've been waiting for Tina to get to the phone to call me for my mom. In the meantime... I called my mom's room and Ann Sweeney her roommate is Answering my mothers personal phone. So I talk to Ann and she told me there was no one around and she didn't know what was going on but yet she was answering my mothers phone. ?? I've been calling all morning no one's answered it. What's going on down there can you let me know and can I please get a good morning phone call from my mother? Why isn't and Sweeney supervised and answering my mothers phone? Inquiring minds want to know sorry to bother you but I miss my mom

18/04/2020, 11:38

Administrator's iPhone (+12162244428)

I will check into it

18/04/2020, 11:38 (Viewed 18/04/2020, 11:40)

Gina C. (4405034326)

Thank you 

18/04/2020, 11:41

Administrator's iPhone (+12162244428)

I have two staff who will make sure you talk to your mother before 3pm

18/04/2020, 11:43 (Viewed 18/04/2020, 11:44)

Gina C. (4405034326)

I really like it in the morning because after 3 o'clock she's usually lethargic and doesn't talk she wants to sleep this is not good

18/04/2020, 11:43 (Viewed 18/04/2020, 11:44)

Gina C. (4405034326)

CRISCIONE_009182

I happens every time I'm so upset that I don't get to say good morning or good night this is not good

18/04/2020, 11:44

Gina C. (4405034326)

I got the speakerphone specifically all they have to do is push the button if she's next to it. But instead and Sweeney answers it? Where is my mom

18/04/2020, 11:44

Gina C. (4405034326)

And why do I have to wait until 3 o'clock when I have been calling since 930

18/04/2020, 11:45

Gina C. (4405034326)

Just for five minute good morning call

18/04/2020, 11:46

Gina C. (4405034326)

Started out I was getting a Skype that doesn't even happen anymore

18/04/2020, 11:47

Administrator's iPhone (+12162244428)

There are other residents in need of care and I will have the staff call you when they can make that time per shift

18/04/2020, 11:47

Administrator's iPhone (+12162244428)

You can't always have a call at a specific time

18/04/2020, 11:47

Administrator's iPhone (+12162244428)

We are doing our best to accommodate you

18/04/2020, 11:47

Gina C. (4405034326)

CRISCIONE_009183

I did not ask for a specific time I call at 9And I tell them to call me before lunch that's not a specific it gives them a long time

18/04/2020, 11:48

Gina C. (4405034326)

And even then I don't get a call till evening sometimes

18/04/2020, 11:48

Administrator's iPhone (+12162244428)

I do not control their care schedule

18/04/2020, 11:49

Administrator's iPhone (+12162244428)

I'll have Tina contract you asap

18/04/2020, 11:49

Gina C. (4405034326)

I have all the calls documented I can show you I am not getting nearly as they used to. This is not right but I see that you cannot fix this I'll wait for my call at 3 o'clock I guess

18/04/2020, 11:49

Gina C. (4405034326)

Ty

18/04/2020, 11:50

Gina C. (4405034326)

Really Sarah they bring her back after a meal put her by the speakerphone push the button and walk away takes two seconds. I'm not asking them to hold the phone up to her ear just push the speaker phone near her. This is absurd

18/04/2020, 11:50

Administrator's iPhone (+12162244428)

It's not absurd, we do the best we can to accommodate your request.

18/04/2020, 11:53

Gina C. (4405034326)

CRISCIONE_009184

Thanks for your help I'm sorry to bother you on the weekend have a good weekend

18/04/2020, 11:54

Administrator's iPhone (+12162244428)

Tina is going to call you now with your Mother. Hang tight for a few minutes

18/04/2020, 11:54

Gina C. (4405034326)

We're on ty

18/04/2020, 12:07 (Viewed 18/04/2020, 12:10)

Gina C. (4405034326)

Thank you so much. She was in the most ornery mood, but I don't care it was just great to hear her yell at me and tell me to take a walk. Thank you so much. I'm so sorry to bother you but my heart wrenches😔😞🙏

28/04/2020, 11:41

Administrator's iPhone (+12162244428)

Hi Gina
I received your voicemail. I will follow up with you.

28/04/2020, 11:41

Gina C. (4405034326)

Ty

30/04/2020, 11:21 (Viewed 30/04/2020, 11:28)

Gina C. (4405034326)

Hi Sarah. In order to avoid this hearing and save a lot of trouble for all of us we agree to move mom into another place. I don't want to move mom more than once, for it will be detrimental to the decline of her mental and physical health at this time specially with COVID-19 out there. She has been through so much.. However, I've been on a waiting list with Mount Alverna for three years now. I don't know if I was ever going to move her I really thought it was in her best interest not to move elderly with declining Vascular dementia. I did like how you always fixed things for mom when things went wrong, and made it right at EAstpark for mom. And I thank you for that. I spoke with Mount Alverna,(Sandra) admissions and a place for my mother, Dorothy is coming up soon. Sandra from Mount Alverna asked me to have you call her to discuss

CRISCIONE_009185

my mom, Dorothy moving her there in due time. Sending you Sandra Kaczur's contact info at Mount Alverna. Thank you 🙏 hope we can work something out.

30/04/2020, 11:21 (Viewed 30/04/2020, 11:28)

Gina C. (4405034326)



(vcf - text/x-vcard)

30/04/2020, 11:30

Administrator's iPhone (+12162244428)

Thanks Gina. I spoke with the Ombudsman and he gave me the information for Mt Alverna. We will get back to you ASAP

30/04/2020, 11:30 (Viewed 30/04/2020, 11:32)

Gina C. (4405034326)

Thanks!

30/04/2020, 11:32

Administrator's iPhone (+12162244428)

Sure

30/04/2020, 14:04

Gina C. (4405034326)

Ginamarie321@gmail.com

30/04/2020, 14:04

Administrator's iPhone (+12162244428)

Ok thanks

30/04/2020, 14:58 (Viewed 30/04/2020, 15:00)

Gina C. (4405034326)

Thank you for the names. However some of them are quite far for us. I did find another

CRISCIONE_009186

place that would take mom Athenian village. However they want to know if mom has a Medicaid waiver. I would need a waiver to move mom to Athenian Village. They said that someone there at EAstpark can help me with that waiver is this possible?

30/04/2020, 15:05

Administrator's iPhone (+12162244428)

Brenda is checking this out for you

30/04/2020, 15:12

Gina C. (4405034326)

Thank you

30/04/2020, 15:13

Gina C. (4405034326)

My contact there is Rita Pate

You have 891 total messages and 12 total images.

CRISCIONE_009187

January '18

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 1/1/2018 14:20 | (440) 503-4326 | (216) 267-7229 | 3:44 | | | sdc |
| 2 | 1/1/2018 16:26 | (440) 503-4326 | (216) 267-7229 | 1:28 | | | sdc |
| 3 | 1/1/2018 17:32 | (440) 503-4326 | (216) 267-7229 | 0:29 | | | sdc |
| 4 | 1/2/2018 10:05 | (440) 503-4326 | (216) 267-7229 | 4:02 | | | sdc |
| 5 | 1/5/2018 9:37 | (440) 503-4326 | (216) 267-7229 | 2:42 | | | sdc |
| 6 | 1/5/2018 11:17 | (440) 503-4326 | (216) 267-7229 | 0:06 | | | sdc |
| 7 | 1/7/2018 15:51 | (440) 503-4326 | (216) 267-7229 | 0:45 | | | sdc |
| 8 | 1/9/2018 11:50 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 9 | 1/9/2018 13:51 | (440) 503-4326 | (216) 267-7229 | 0:36 | | | sdc |
| 10 | 1/11/2018 19:15 | (440) 503-4326 | (216) 267-7229 | 1:31 | | | sdc |
| 11 | 1/12/2018 10:12 | (440) 503-4326 | (216) 267-7229 | 2:20 | | | sdc |
| 12 | 1/13/2018 13:51 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 13 | 1/13/2018 13:52 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 14 | 1/15/2018 15:20 | (440) 503-4326 | (216) 267-7229 | 0:31 | | | sdc |
| 15 | 1/15/2018 18:25 | (440) 503-4326 | (216) 267-7229 | 1:17 | | | sdc |
| 16 | 1/16/2018 9:42 | (440) 503-4326 | (216) 267-7229 | 1:35 | | | sdc |
| 17 | 1/16/2018 19:28 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 18 | 1/16/2018 19:31 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 19 | 1/17/2018 10:05 | (440) 503-4326 | (216) 267-7229 | 4:22 | | | sdc |
| 20 | 1/18/2018 18:51 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 21 | 1/19/2018 10:52 | (440) 503-4326 | (216) 267-7229 | 14:14 | | | sdc |
| 22 | 1/20/2018 16:11 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 23 | 1/21/2018 10:47 | (440) 503-4326 | (216) 267-7229 | 2:41 | | | sdc |
| 24 | 1/22/2018 8:53 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 25 | 1/26/2018 6:01 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 26 | 1/26/2018 12:51 | (440) 503-4326 | (216) 267-7229 | 1:52 | | | sdc |
| 27 | 1/29/2018 19:14 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 28 | 1/30/2018 13:19 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 29 | 1/31/2018 10:57 | (440) 503-4326 | (216) 267-7229 | 2:35 | | | sdc |

Total Calls: 29                                             Total Duration: 54:19

PLAINTIFF'S
EXHIBIT

**18**

February '18

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|-----|-------------|-----------|---------|----------|-----|-----------|----------|
| 1 | 2/2/2018 15:52 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 2 | 2/3/2018 12:51 | (440) 503-4326 | (216) 267-7229 | 2:03 | | | sdc |
| 3 | 2/4/2018 11:26 | (440) 503-4326 | (216) 267-7229 | 2:35 | | | sdc |
| 4 | 2/6/2018 19:24 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 5 | 2/6/2018 19:34 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 6 | 2/9/2018 16:23 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 7 | 2/10/2018 13:48 | (440) 503-4326 | (216) 267-7229 | 1:32 | | | sdc |
| 8 | 2/11/2018 20:21 | (440) 503-4326 | (216) 267-7229 | 1:17 | | | sdc |
| 9 | 2/12/2018 9:07 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 10 | 2/14/2018 10:44 | (440) 503-4326 | (216) 267-7229 | 1:29 | | | sdc |
| 11 | 2/14/2018 15:49 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 12 | 2/17/2018 8:43 | (440) 503-4326 | (216) 267-7229 | 2:02 | | | sdc |
| 13 | 2/17/2018 9:23 | (440) 503-4326 | (216) 267-7229 | 6:33 | | | sdc |
| 14 | 2/17/2018 9:32 | (440) 503-4326 | (216) 267-7229 | 0:47 | | | sdc |
| 15 | 2/17/2018 12:28 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 16 | 2/17/2018 12:36 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 17 | 2/18/2018 14:10 | (440) 503-4326 | (216) 267-7229 | 1:34 | | | sdc |
| 18 | 2/18/2018 15:28 | (440) 503-4326 | (216) 267-7229 | 1:40 | | | sdc |
| 19 | 2/20/2018 13:43 | (440) 503-4326 | (216) 267-7229 | 1:03 | | | sdc |
| 20 | 2/21/2018 10:04 | (440) 503-4326 | (216) 267-7229 | 1:14 | | | sdc |
| 21 | 2/22/2018 18:16 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 22 | 2/22/2018 20:24 | (440) 503-4326 | (216) 267-7229 | 1:08 | | | sdc |
| 23 | 2/22/2018 20:32 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 24 | 2/22/2018 20:55 | (440) 503-4326 | (216) 267-7229 | 3:30 | | | sdc |
| 25 | 2/24/2018 10:57 | (440) 503-4326 | (216) 267-7229 | 2:14 | | | sdc |
| 26 | 2/24/2018 17:00 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 27 | 2/24/2018 17:01 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 28 | 2/25/2018 15:32 | (440) 503-4326 | (216) 267-7229 | 0:12 | | | sdc |
| 29 | 2/25/2018 18:51 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 30 | 2/28/2018 13:11 | (440) 503-4326 | (216) 267-7229 | 1:17 | | | sdc |

Total Calls: 30                                        Total Duration: 39:59

March '18

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 3/1/2018 8:22 | (440) 503-4326 | (216) 267-7229 | 1:33 | | | sdc |
| 2 | 3/2/2018 9:23 | (440) 503-4326 | (216) 267-7229 | 2:13 | | | sdc |
| 3 | 3/2/2018 9:53 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 4 | 3/2/2018 13:44 | (440) 503-4326 | (216) 267-7229 | 2:31 | | | sdc |
| 5 | 3/2/2018 15:56 | (440) 503-4326 | (216) 267-7229 | 3:07 | | | sdc |
| 6 | 3/2/2018 16:21 | (440) 503-4326 | (216) 267-7229 | 3:35 | | | sdc |
| 7 | 3/6/2018 8:53 | (440) 503-4326 | (216) 267-7229 | 1:59 | | | sdc |
| 8 | 3/7/2018 15:08 | (440) 503-4326 | (216) 267-7229 | 1:49 | | | sdc |
| 9 | 3/7/2018 15:48 | (440) 503-4326 | (216) 267-7229 | 2:52 | | | sdc |
| 10 | 3/8/2018 14:05 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 11 | 3/9/2018 10:13 | (440) 503-4326 | (216) 267-7229 | 2:11 | | | sdc |
| 12 | 3/9/2018 11:25 | (440) 503-4326 | (216) 267-7229 | 1:49 | | | sdc |
| 13 | 3/10/2018 9:54 | (440) 503-4326 | (216) 267-7229 | 10:39 | | | sdc |
| 14 | 3/11/2018 14:58 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 15 | 3/11/2018 15:47 | (440) 503-4326 | (216) 267-7229 | 1:53 | | | sdc |
| 16 | 3/13/2018 8:24 | (440) 503-4326 | (216) 267-7229 | 4:05 | | | sdc |
| 17 | 3/13/2018 9:09 | (440) 503-4326 | (216) 267-7229 | 0:57 | | | sdc |
| 18 | 3/13/2018 16:44 | (440) 503-4326 | (216) 267-7229 | 1:24 | | | sdc |
| 19 | 3/14/2018 8:07 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 20 | 3/15/2018 16:34 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 21 | 3/17/2018 9:01 | (440) 503-4326 | (216) 267-7229 | 2:33 | | | sdc |
| 22 | 3/17/2018 10:24 | (440) 503-4326 | (216) 267-7229 | 3:59 | | | sdc |
| 23 | 3/17/2018 10:46 | (440) 503-4326 | (216) 267-7229 | 1:08 | | | sdc |
| 24 | 3/17/2018 10:50 | (440) 503-4326 | (216) 267-7229 | 1:33 | | | sdc |
| 25 | 3/17/2018 13:34 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |
| 26 | 3/17/2018 16:11 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |
| 27 | 3/18/2018 15:30 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 28 | 3/19/2018 16:24 | (440) 503-4326 | (216) 267-7229 | 1:22 | | | sdc |
| 29 | 3/20/2018 8:55 | (440) 503-4326 | (216) 267-7229 | 2:46 | | | sdc |
| 30 | 3/21/2018 7:38 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 31 | 3/21/2018 8:06 | (440) 503-4326 | (216) 267-7229 | 3:37 | | | sdc |
| 32 | 3/23/2018 7:40 | (440) 503-4326 | (216) 267-7229 | 2:25 | | | sdc |
| 33 | 3/24/2018 8:16 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 34 | 3/24/2018 10:44 | (440) 503-4326 | (216) 267-7229 | 5:26 | | | sdc |
| 35 | 3/25/2018 8:52 | (440) 503-4326 | (216) 267-7229 | 2:06 | | | sdc |
| 36 | 3/25/2018 12:19 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 37 | 3/25/2018 13:25 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 38 | 3/25/2018 16:52 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 39 | 3/28/2018 8:16 | (440) 503-4326 | (216) 267-7229 | 2:53 | | | sdc |
| 40 | 3/29/2018 19:31 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 41 | 3/30/2018 8:17 | (440) 503-4326 | (216) 267-7229 | 4:21 | | | sdc |
| 42 | 3/31/2018 8:40 | (440) 503-4326 | (216) 267-7229 | 4:38 | | | sdc |

Total                                                       Total Duration: 89:02

CRISCIONE_004758

April '18

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 4/1/2018 8:03 | (440) 503-4326 | (216) 267-7229 | 1:49 | | | sdc |
| 2 | 4/1/2018 8:06 | (440) 503-4326 | (216) 267-7229 | 0:03 | | | sdc |
| 3 | 4/3/2018 8:02 | (440) 503-4326 | (216) 267-7229 | 3:54 | | | sdc |
| 4 | 4/3/2018 11:37 | (440) 503-4326 | (216) 267-7229 | 0:29 | | | sdc |
| 5 | 4/3/2018 15:38 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 6 | 4/3/2018 16:08 | (440) 503-4326 | (216) 267-7229 | 0:47 | | | sdc |
| 7 | 4/4/2018 17:59 | (440) 503-4326 | (216) 267-7229 | 1:12 | | | sdc |
| 8 | 4/5/2018 7:04 | (440) 503-4326 | (216) 267-7229 | 1:15 | | | sdc |
| 9 | 4/5/2018 13:37 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 10 | 4/5/2018 13:40 | (440) 503-4326 | (216) 267-7229 | 0:17 | | | sdc |
| 11 | 4/5/2018 13:40 | (440) 503-4326 | (216) 267-7229 | 1:34 | | | sdc |
| 12 | 4/7/2018 10:32 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 13 | 4/8/2018 9:08 | (440) 503-4326 | (216) 267-7229 | 7:31 | | | sdc |
| 14 | 4/9/2018 19:16 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 15 | 4/9/2018 19:18 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 16 | 4/9/2018 19:20 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 17 | 4/10/2018 8:45 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 18 | 4/10/2018 8:47 | (440) 503-4326 | (216) 267-7229 | 2:16 | | | sdc |
| 19 | 4/11/2018 6:52 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 20 | 4/11/2018 6:54 | (440) 503-4326 | (216) 267-7229 | 1:34 | | | sdc |
| 21 | 4/11/2018 9:39 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 22 | 4/11/2018 14:34 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 23 | 4/13/2018 13:05 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 24 | 4/13/2018 19:22 | (440) 503-4326 | (216) 267-7229 | 1:23 | | | sdc |
| 25 | 4/14/2018 11:32 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 26 | 4/15/2018 7:11 | (440) 503-4326 | (216) 267-7229 | 0:27 | | | sdc |
| 27 | 4/15/2018 9:55 | (440) 503-4326 | (216) 267-7229 | 4:36 | | | sdc |
| 28 | 4/16/2018 10:16 | (440) 503-4326 | (216) 267-7229 | 0:06 | | | sdc |
| 29 | 4/18/2018 9:15 | (440) 503-4326 | (216) 267-7229 | 1:41 | | | sdc |
| 30 | 4/18/2018 10:46 | (440) 503-4326 | (216) 267-7229 | 0:48 | | | sdc |
| 31 | 4/19/2018 8:06 | (440) 503-4326 | (216) 267-7229 | 1:45 | | | sdc |
| 32 | 4/20/2018 7:05 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 33 | 4/20/2018 7:36 | (440) 503-4326 | (216) 267-7229 | 1:21 | | | sdc |
| 34 | 4/20/2018 8:07 | (440) 503-4326 | (216) 267-7229 | 9:54 | | | sdc |
| 35 | 4/20/2018 18:50 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |
| 36 | 4/21/2018 9:28 | (440) 503-4326 | (216) 267-7229 | 4:32 | | | sdc |
| 37 | 4/22/2018 7:52 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 38 | 4/24/2018 12:23 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 39 | 4/24/2018 18:24 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 40 | 4/25/2018 8:56 | (440) 503-4326 | (216) 267-7229 | 4:41 | | | sdc |
| 41 | 4/26/2018 19:14 | (440) 503-4326 | (216) 267-7229 | 1:45 | | | sdc |
| 42 | 4/28/2018 17:51 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 43 | 4/29/2018 7:34 | (440) 503-4326 | (216) 267-7229 | 1:34 | | | sdc |
| 44 | 4/29/2018 9:46 | (440) 503-4326 | (216) 267-7229 | 1:59 | | | sdc |
| 45 | 4/29/2018 13:03 | (440) 503-4326 | (216) 267-7229 | 1:27 | | | sdc |
| 46 | 4/29/2018 19:09 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 47 | 4/30/2018 14:56 | (440) 503-4326 | (216) 267-7229 | 0:28 | | | sdc |

Total Calls: 47                                    Total Duration: 74:24

CRISCIONE_004759

May '18

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 5/1/2018 18:49 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 2 | 5/2/2018 9:51 | (440) 503-4326 | (216) 267-7229 | 1:31 | | | sdc |
| 3 | 5/3/2018 16:47 | (440) 503-4326 | (216) 267-7229 | 0:06 | | | sdc |
| 4 | 5/3/2018 17:17 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 5 | 5/3/2018 17:26 | (440) 503-4326 | (216) 267-7229 | 1:17 | | | sdc |
| 6 | 5/4/2018 8:59 | (440) 503-4326 | (216) 267-7229 | 3:16 | | | sdc |
| 7 | 5/4/2018 15:18 | (440) 503-4326 | (216) 267-7229 | 0:20 | | | sdc |
| 8 | 5/6/2018 7:28 | (440) 503-4326 | (216) 267-7229 | 1:15 | | | sdc |
| 9 | 5/6/2018 8:39 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 10 | 5/6/2018 8:44 | (440) 503-4326 | (216) 267-7229 | 1:38 | | | sdc |
| 11 | 5/6/2018 10:40 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 12 | 5/8/2018 9:15 | (440) 503-4326 | (216) 267-7229 | 2:43 | | | sdc |
| 13 | 5/8/2018 9:42 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 14 | 5/8/2018 18:11 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 15 | 5/8/2018 18:13 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 16 | 5/8/2018 19:20 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 17 | 5/8/2018 19:21 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 18 | 5/8/2018 19:22 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 19 | 5/8/2018 19:23 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 20 | 5/8/2018 19:24 | (440) 503-4326 | (216) 267-7229 | 1:24 | | | sdc |
| 21 | 5/8/2018 19:31 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 22 | 5/9/2018 8:40 | (440) 503-4326 | (216) 267-7229 | 1:59 | | | sdc |
| 23 | 5/9/2018 18:31 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 24 | 5/11/2018 7:56 | (440) 503-4326 | (216) 267-7229 | 2:41 | | | sdc |
| 25 | 5/12/2018 9:17 | (440) 503-4326 | (216) 267-7229 | 3:55 | | | sdc |
| 26 | 5/13/2018 8:42 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 27 | 5/13/2018 8:53 | (440) 503-4326 | (216) 267-7229 | 3:18 | | | sdc |
| 28 | 5/13/2018 9:00 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 29 | 5/13/2018 16:03 | (440) 503-4326 | (216) 267-7229 | 0:16 | | | sdc |
| 30 | 5/14/2018 9:23 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 31 | 5/15/2018 9:09 | (440) 503-4326 | (216) 267-7229 | 1:30 | | | sdc |
| 32 | 5/15/2018 12:23 | (440) 503-4326 | (216) 267-7229 | 0:47 | | | sdc |
| 33 | 5/15/2018 15:29 | (440) 503-4326 | (216) 267-7229 | 1:04 | | | sdc |
| 34 | 5/16/2018 8:27 | (440) 503-4326 | (216) 267-7229 | 1:53 | | | sdc |
| 35 | 5/16/2018 9:23 | (440) 503-4326 | (216) 267-7229 | 0:46 | | | sdc |
| 36 | 5/17/2018 22:32 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 37 | 5/18/2018 7:47 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 38 | 5/18/2018 7:47 | (440) 503-4326 | (216) 267-7229 | 1:51 | | | sdc |
| 39 | 5/19/2018 9:15 | (440) 503-4326 | (216) 267-7229 | 2:33 | | | sdc |
| 40 | 5/19/2018 9:28 | (440) 503-4326 | (216) 267-7229 | 0:47 | | | sdc |
| 41 | 5/19/2018 11:10 | (440) 503-4326 | (216) 267-7229 | 1:25 | | | sdc |
| 42 | 5/19/2018 11:18 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 43 | 5/19/2018 13:10 | (440) 503-4326 | (216) 267-7229 | 0:21 | | | sdc |
| 44 | 5/19/2018 13:11 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 45 | 5/20/2018 8:09 | (440) 503-4326 | (216) 267-7229 | 1:45 | | | sdc |
| 46 | 5/20/2018 8:19 | (440) 503-4326 | (216) 267-7229 | 1:48 | | | sdc |
| 47 | 5/20/2018 8:33 | (440) 503-4326 | (216) 267-7229 | 5:28 | | | sdc |
| 48 | 5/20/2018 8:40 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 49 | 5/20/2018 8:59 | (440) 503-4326 | (216) 267-7229 | 0:03 | | | sdc |
| 50 | 5/20/2018 9:05 | (440) 503-4326 | (216) 267-7229 | 1:39 | | | sdc |
| 51 | 5/22/2018 8:46 | (440) 503-4326 | (216) 267-7229 | 0:38 | | | sdc |
| 52 | 5/22/2018 8:47 | (440) 503-4326 | (216) 267-7229 | 0:26 | | | sdc |
| 53 | 5/22/2018 8:48 | (440) 503-4326 | (216) 267-7229 | 0:20 | | | sdc |

May '18

| 54 | 5/22/2018 9:38 | (440) 503-4326 | (216) 267-7229 | 0:38 | sdc |
|---|---|---|---|---|---|
| 55 | 5/22/2018 11:32 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 56 | 5/22/2018 14:28 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
| 57 | 5/23/2018 8:31 | (440) 503-4326 | (216) 267-7229 | 2:40 | sdc |
| 58 | 5/23/2018 14:44 | (440) 503-4326 | (216) 267-7229 | 0:04 | sdc |
| 59 | 5/25/2018 8:03 | (440) 503-4326 | (216) 267-7229 | 1:43 | sdc |
| 60 | 5/26/2018 7:45 | (440) 503-4326 | (216) 267-7229 | 0:53 | sdc |
| 61 | 5/26/2018 8:44 | (440) 503-4326 | (216) 267-7229 | 2:02 | sdc |
| 62 | 5/26/2018 19:33 | (440) 503-4326 | (216) 267-7229 | 1:29 | sdc |
| 63 | 5/27/2018 7:36 | (440) 503-4326 | (216) 267-7229 | 0:04 | sdc |
| 64 | 5/27/2018 8:11 | (440) 503-4326 | (216) 267-7229 | 2:19 | sdc |
| 65 | 5/29/2018 7:28 | (440) 503-4326 | (216) 267-7229 | 0:12 | sdc |
| 66 | 5/29/2018 13:26 | (440) 503-4326 | (216) 267-7229 | 0:56 | sdc |
| 67 | 5/30/2018 8:12 | (440) 503-4326 | (216) 267-7229 | 2:22 | sdc |
| 68 | 5/31/2018 14:42 | (440) 503-4326 | (216) 267-7229 | 0:32 | sdc |
| 69 | 5/31/2018 19:47 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
| 70 | 5/31/2018 19:52 | (440) 503-4326 | (216) 267-7229 | 1:07 | sdc |

Total Calls: 70                                             Total Duration: 82:53

CRISCIONE_004761

June '18

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|-----|--------------|-----------|---------|----------|-----|-----------|----------|
| 1 | 6/1/2018 8:10 | (440) 503-4326 | (216) 267-7229 | 1:20 | | | sdc |
| 2 | 6/1/2018 9:15 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 3 | 6/1/2018 10:40 | (440) 503-4326 | (216) 267-7229 | 0:36 | | | sdc |
| 4 | 6/1/2018 16:48 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 5 | 6/2/2018 8:47 | (440) 503-4326 | (216) 267-7229 | 4:01 | | | sdc |
| 6 | 6/2/2018 10:14 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 7 | 6/2/2018 13:47 | (440) 503-4326 | (216) 267-7229 | 0:18 | | | sdc |
| 8 | 6/2/2018 14:51 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 9 | 6/2/2018 15:56 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 10 | 6/3/2018 8:23 | (440) 503-4326 | (216) 267-7229 | 3:09 | | | sdc |
| 11 | 6/5/2018 6:25 | (440) 503-4326 | (216) 267-7229 | 0:36 | | | sdc |
| 12 | 6/5/2018 8:35 | (440) 503-4326 | (216) 267-7229 | 1:20 | | | sdc |
| 13 | 6/5/2018 8:56 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 14 | 6/5/2018 18:26 | (440) 503-4326 | (216) 267-7229 | 1:10 | | | sdc |
| 15 | 6/6/2018 7:38 | (440) 503-4326 | (216) 267-7229 | 1:47 | | | sdc |
| 16 | 6/6/2018 8:20 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 17 | 6/6/2018 9:23 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 18 | 6/6/2018 12:18 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 19 | 6/7/2018 13:47 | (440) 503-4326 | (216) 267-7229 | 0:46 | | | sdc |
| 20 | 6/7/2018 14:06 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 21 | 6/7/2018 14:07 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 22 | 6/7/2018 14:07 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 23 | 6/8/2018 6:04 | (440) 503-4326 | (216) 267-7229 | 3:29 | | | sdc |
| 24 | 6/8/2018 8:35 | (440) 503-4326 | (216) 267-7229 | 1:03 | | | sdc |
| 25 | 6/8/2018 8:56 | (440) 503-4326 | (216) 267-7229 | 2:04 | | | sdc |
| 26 | 6/9/2018 9:03 | (440) 503-4326 | (216) 267-7229 | 2:21 | | | sdc |
| 27 | 6/9/2018 9:32 | (440) 503-4326 | (216) 267-7229 | 3:53 | | | sdc |
| 28 | 6/10/2018 8:11 | (440) 503-4326 | (216) 267-7229 | 3:39 | | | sdc |
| 29 | 6/10/2018 8:37 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 30 | 6/10/2018 9:01 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 31 | 6/10/2018 9:01 | (440) 503-4326 | (216) 267-7229 | 1:19 | | | sdc |
| 32 | 6/10/2018 16:51 | (440) 503-4326 | (216) 267-7229 | 1:51 | | | sdc |
| 33 | 6/10/2018 17:00 | (440) 503-4326 | (216) 267-7229 | 1:22 | | | sdc |
| 34 | 6/10/2018 17:11 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 35 | 6/10/2018 17:31 | (440) 503-4326 | (216) 267-7229 | 1:17 | | | sdc |
| 36 | 6/12/2018 9:43 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 37 | 6/12/2018 12:35 | (440) 503-4326 | (216) 267-7229 | 0:36 | | | sdc |
| 38 | 6/13/2018 8:26 | (440) 503-4326 | (216) 267-7229 | 2:30 | | | sdc |
| 39 | 6/13/2018 10:52 | (440) 503-4326 | (216) 267-7229 | 1:19 | | | sdc |
| 40 | 6/13/2018 11:33 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 41 | 6/13/2018 11:34 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 42 | 6/13/2018 11:36 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 43 | 6/13/2018 14:38 | (440) 503-4326 | (216) 267-7229 | 0:36 | | | sdc |
| 44 | 6/13/2018 16:14 | (440) 503-4326 | (216) 267-7229 | 1:18 | | | sdc |
| 45 | 6/13/2018 16:17 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 46 | 6/13/2018 19:04 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 47 | 6/13/2018 19:05 | (440) 503-4326 | (216) 267-7229 | 1:10 | | | sdc |
| 48 | 6/14/2018 7:39 | (440) 503-4326 | (216) 267-7229 | 10:07 | | | sdc |
| 49 | 6/14/2018 7:53 | (440) 503-4326 | (216) 267-7229 | 1:21 | | | sdc |
| 50 | 6/15/2018 7:23 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 51 | 6/15/2018 9:10 | (440) 503-4326 | (216) 267-7229 | 3:16 | | | sdc |
| 52 | 6/15/2018 9:44 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 53 | 6/15/2018 17:34 | (440) 503-4326 | (216) 267-7229 | 1:11 | | | sdc |

June '18

| 54 | 6/15/2018 18:33 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
|----|-----------------|----------------|----------------|------|-----|
| 55 | 6/15/2018 21:21 | (440) 503-4326 | (216) 267-7229 | 0:31 | sdc |
| 56 | 6/15/2018 21:22 | (440) 503-4326 | (216) 267-7229 | 5:18 | sdc |
| 57 | 6/16/2018 7:49 | (440) 503-4326 | (216) 267-7229 | 2:47 | sdc |
| 58 | 6/16/2018 14:26 | (440) 503-4326 | (216) 267-7229 | 0:43 | sdc |
| 59 | 6/16/2018 15:52 | (440) 503-4326 | (216) 267-7229 | 1:18 | sdc |
| 60 | 6/16/2018 16:14 | (440) 503-4326 | (216) 267-7229 | 2:14 | sdc |
| 61 | 6/16/2018 16:19 | (440) 503-4326 | (216) 267-7229 | 0:59 | sdc |
| 62 | 6/17/2018 6:52 | (440) 503-4326 | (216) 267-7229 | 1:30 | sdc |
| 63 | 6/17/2018 9:39 | (440) 503-4326 | (216) 267-7229 | 1:39 | sdc |
| 64 | 6/19/2018 9:01 | (440) 503-4326 | (216) 267-7229 | 1:55 | sdc |
| 65 | 6/19/2018 13:03 | (440) 503-4326 | (216) 267-7229 | 0:42 | sdc |
| 66 | 6/20/2018 7:54 | (440) 503-4326 | (216) 267-7229 | 2:44 | sdc |
| 67 | 6/20/2018 10:10 | (440) 503-4326 | (216) 267-7229 | 0:40 | sdc |
| 68 | 6/20/2018 10:44 | (440) 503-4326 | (216) 267-7229 | 1:30 | sdc |
| 69 | 6/20/2018 15:48 | (440) 503-4326 | (216) 267-7229 | 1:37 | sdc |
| 70 | 6/20/2018 19:20 | (440) 503-4326 | (216) 267-7229 | 0:58 | sdc |
| 71 | 6/21/2018 18:33 | (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |
| 72 | 6/22/2018 7:06 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 73 | 6/22/2018 7:13 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 74 | 6/22/2018 7:14 | (440) 503-4326 | (216) 267-7229 | 0:20 | sdc |
| 75 | 6/22/2018 7:18 | (440) 503-4326 | (216) 267-7229 | 0:22 | sdc |
| 76 | 6/22/2018 7:29 | (440) 503-4326 | (216) 267-7229 | 0:53 | sdc |
| 77 | 6/22/2018 8:19 | (440) 503-4326 | (216) 267-7229 | 3:16 | sdc |
| 78 | 6/22/2018 11:34 | (440) 503-4326 | (216) 267-7229 | 0:04 | sdc |
| 79 | 6/23/2018 9:27 | (440) 503-4326 | (216) 267-7229 | 2:43 | sdc |
| 80 | 6/23/2018 10:57 | (440) 503-4326 | (216) 267-7229 | 1:11 | sdc |
| 81 | 6/23/2018 13:35 | (440) 503-4326 | (216) 267-7229 | 1:29 | sdc |
| 82 | 6/23/2018 13:40 | (440) 503-4326 | (216) 267-7229 | 0:15 | sdc |
| 83 | 6/23/2018 20:12 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 84 | 6/23/2018 20:13 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
| 85 | 6/24/2018 8:54 | (440) 503-4326 | (216) 267-7229 | 3:58 | sdc |
| 86 | 6/24/2018 9:29 | (440) 503-4326 | (216) 267-7229 | 1:24 | sdc |
| 87 | 6/26/2018 7:07 | (440) 503-4326 | (216) 267-7229 | 1:01 | sdc |
| 88 | 6/26/2018 8:34 | (440) 503-4326 | (216) 267-7229 | 5:09 | sdc |
| 89 | 6/26/2018 8:46 | (440) 503-4326 | (216) 267-7229 | 0:14 | sdc |
| 90 | 6/26/2018 12:03 | (440) 503-4326 | (216) 267-7229 | 0:28 | sdc |
| 91 | 6/26/2018 12:06 | (440) 503-4326 | (216) 267-7229 | 3:02 | sdc |
| 92 | 6/26/2018 16:45 | (440) 503-4326 | (216) 267-7229 | 1:10 | sdc |
| 93 | 6/26/2018 16:55 | (440) 503-4326 | (216) 267-7229 | 1:20 | sdc |
| 94 | 6/27/2018 8:13 | (440) 503-4326 | (216) 267-7229 | 4:09 | sdc |
| 95 | 6/27/2018 8:25 | (440) 503-4326 | (216) 267-7229 | 1:08 | sdc |
| 96 | 6/27/2018 9:48 | (440) 503-4326 | (216) 267-7229 | 10:08 | sdc |
| 97 | 6/28/2018 15:52 | (440) 503-4326 | (216) 267-7229 | 1:32 | sdc |
| 98 | 6/29/2018 8:33 | (440) 503-4326 | (216) 267-7229 | 2:01 | sdc |
| 99 | 6/29/2018 8:37 | (440) 503-4326 | (216) 267-7229 | 2:58 | sdc |
| 100 | 6/29/2018 13:38 | (440) 503-4326 | (216) 267-7229 | 1:20 | sdc |
| 101 | 6/30/2018 7:39 | (440) 503-4326 | (216) 267-7229 | 1:10 | sdc |
| 102 | 6/30/2018 10:13 | (440) 503-4326 | (216) 267-7229 | 4:26 | sdc |
| 103 | 6/30/2018 11:20 | (440) 503-4326 | (216) 267-7229 | 1:18 | sdc |
| 104 | 6/30/2018 16:35 | (440) 503-4326 | (216) 267-7229 | 0:04 | sdc |
| 105 | 6/30/2018 17:53 | (440) 503-4326 | (216) 267-7229 | 1:12 | sdc |
| 106 | 6/30/2018 18:24 | (440) 503-4326 | (216) 267-7229 | 0:03 | sdc |

Total Calls: 106                                          Total Duration: 166:26

CRISCIONE_004763

July '18

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 7/1/2018 8:00 | (440) 503-4326 | (216) 267-7229 | 2:48 | | | sdc |
| 2 | 7/1/2018 11:32 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 3 | 7/2/2018 10:54 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 4 | 7/3/2018 7:51 | (440) 503-4326 | (216) 267-7229 | 1:48 | | | sdc |
| 5 | 7/3/2018 8:11 | (440) 503-4326 | (216) 267-7229 | 0:16 | | | sdc |
| 6 | 7/3/2018 8:27 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 7 | 7/3/2018 10:14 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 8 | 7/3/2018 13:59 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 9 | 7/4/2018 7:58 | (440) 503-4326 | (216) 267-7229 | 2:00 | | | sdc |
| 10 | 7/4/2018 9:19 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 11 | 7/4/2018 10:03 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 12 | 7/4/2018 10:48 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 13 | 7/4/2018 11:22 | (440) 503-4326 | (216) 267-7229 | 0:28 | | | sdc |
| 14 | 7/4/2018 16:39 | (440) 503-4326 | (216) 267-7229 | 1:45 | | | sdc |
| 15 | 7/5/2018 17:00 | (440) 503-4326 | (216) 267-7229 | 0:03 | | | sdc |
| 16 | 7/6/2018 7:59 | (440) 503-4326 | (216) 267-7229 | 2:08 | | | sdc |
| 17 | 7/6/2018 10:10 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 18 | 7/7/2018 8:02 | (440) 503-4326 | (216) 267-7229 | 3:32 | | | sdc |
| 19 | 7/7/2018 16:33 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 20 | 7/7/2018 18:37 | (440) 503-4326 | (216) 267-7229 | 0:05 | | | sdc |
| 21 | 7/8/2018 8:54 | (440) 503-4326 | (216) 267-7229 | 4:13 | | | sdc |
| 22 | 7/8/2018 9:33 | (440) 503-4326 | (216) 267-7229 | 1:27 | | | sdc |
| 23 | 7/8/2018 10:55 | (440) 503-4326 | (216) 267-7229 | 0:30 | | | sdc |
| 24 | 7/10/2018 9:43 | (440) 503-4326 | (216) 267-7229 | 2:34 | | | sdc |
| 25 | 7/11/2018 8:05 | (440) 503-4326 | (216) 267-7229 | 2:24 | | | sdc |
| 26 | 7/12/2018 12:27 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 27 | 7/13/2018 8:42 | (440) 503-4326 | (216) 267-7229 | 2:13 | | | sdc |
| 28 | 7/13/2018 10:21 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 29 | 7/14/2018 8:03 | (440) 503-4326 | (216) 267-7229 | 2:25 | | | sdc |
| 30 | 7/14/2018 14:32 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 31 | 7/15/2018 9:59 | (440) 503-4326 | (216) 267-7229 | 2:37 | | | sdc |
| 32 | 7/15/2018 11:48 | (440) 503-4326 | (216) 267-7229 | 0:30 | | | sdc |
| 33 | 7/17/2018 8:48 | (440) 503-4326 | (216) 267-7229 | 1:14 | | | sdc |
| 34 | 7/17/2018 11:10 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 35 | 7/17/2018 12:48 | (440) 503-4326 | (216) 267-7229 | 0:36 | | | sdc |
| 36 | 7/18/2018 8:51 | (440) 503-4326 | (216) 267-7229 | 1:29 | | | sdc |
| 37 | 7/18/2018 10:47 | (440) 503-4326 | (216) 267-7229 | 0:28 | | | sdc |
| 38 | 7/20/2018 7:40 | (440) 503-4326 | (216) 267-7229 | 1:15 | | | sdc |
| 39 | 7/20/2018 12:21 | (440) 503-4326 | (216) 267-7229 | 1:04 | | | sdc |
| 40 | 7/21/2018 8:02 | (440) 503-4326 | (216) 267-7229 | 1:49 | | | sdc |
| 41 | 7/21/2018 8:07 | (440) 503-4326 | (216) 267-7229 | 5:47 | | | sdc |
| 42 | 7/22/2018 8:11 | (440) 503-4326 | (216) 267-7229 | 0:27 | | | sdc |
| 43 | 7/22/2018 8:40 | (440) 503-4326 | (216) 267-7229 | 2:36 | | | sdc |
| 44 | 7/22/2018 15:51 | (440) 503-4326 | (216) 267-7229 | 1:17 | | | sdc |
| 45 | 7/24/2018 8:35 | (440) 503-4326 | (216) 267-7229 | 3:00 | | | sdc |
| 46 | 7/24/2018 8:51 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 47 | 7/24/2018 12:48 | (440) 503-4326 | (216) 267-7229 | 0:36 | | | sdc |
| 48 | 7/24/2018 18:27 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 49 | 7/25/2018 8:24 | (440) 503-4326 | (216) 267-7229 | 6:57 | | | sdc |
| 50 | 7/25/2018 9:10 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 51 | 7/25/2018 11:39 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 52 | 7/27/2018 7:45 | (440) 503-4326 | (216) 267-7229 | 1:52 | | | sdc |
| 53 | 7/27/2018 17:47 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |

CRISCIONE_004764

July '18

| 54 | 7/27/2018 17:48 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
|----|-----------------|----------------|----------------|------|-----|
| 55 | 7/27/2018 18:09 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 56 | 7/28/2018 7:06 | (440) 503-4326 | (216) 267-7229 | 1:05 | sdc |
| 57 | 7/28/2018 7:07 | (440) 503-4326 | (216) 267-7229 | 0:20 | sdc |
| 58 | 7/28/2018 7:09 | (440) 503-4326 | (216) 267-7229 | 0:38 | sdc |
| 59 | 7/28/2018 7:10 | (440) 503-4326 | (216) 267-7229 | 0:47 | sdc |
| 60 | 7/28/2018 7:19 | (440) 503-4326 | (216) 267-7229 | 0:23 | sdc |
| 61 | 7/28/2018 10:20 | (440) 503-4326 | (216) 267-7229 | 1:47 | sdc |
| 62 | 7/29/2018 8:04 | (440) 503-4326 | (216) 267-7229 | 2:16 | sdc |
| 63 | 7/30/2018 8:14 | (440) 503-4326 | (216) 267-7229 | 1:56 | sdc |
| 64 | 7/30/2018 11:45 | (440) 503-4326 | (216) 267-7229 | 0:23 | sdc |
| 65 | 7/30/2018 18:32 | (440) 503-4326 | (216) 267-7229 | 0:59 | sdc |
| 66 | 7/30/2018 19:06 | (440) 503-4326 | (216) 267-7229 | 0:56 | sdc |
| 67 | 7/31/2018 7:43 | (440) 503-4326 | (216) 267-7229 | 2:36 | sdc |
| 68 | 7/31/2018 9:24 | (440) 503-4326 | (216) 267-7229 | 0:49 | sdc |

Total Calls: 68                                    Total Duration: 91:12

CRISCIONE_004765

August '18

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 8/1/2018 8:24 | (440) 503-4326 | (216) 267-7229 | 1:56 | | | sdc |
| 2 | 8/1/2018 11:10 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 3 | 8/1/2018 12:48 | (440) 503-4326 | (216) 267-7229 | 0:47 | | | sdc |
| 4 | 8/1/2018 15:10 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 5 | 8/2/2018 10:30 | (440) 503-4326 | (216) 267-7229 | 1:15 | | | sdc |
| 6 | 8/3/2018 8:05 | (440) 503-4326 | (216) 267-7229 | 2:44 | | | sdc |
| 7 | 8/4/2018 8:44 | (440) 503-4326 | (216) 267-7229 | 1:51 | | | sdc |
| 8 | 8/5/2018 7:29 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 9 | 8/5/2018 7:32 | (440) 503-4326 | (216) 267-7229 | 0:24 | | | sdc |
| 10 | 8/5/2018 7:54 | (440) 503-4326 | (216) 267-7229 | 1:52 | | | sdc |
| 11 | 8/5/2018 15:38 | (440) 503-4326 | (216) 267-7229 | 0:03 | | | sdc |
| 12 | 8/5/2018 18:53 | (440) 503-4326 | (216) 267-7229 | 1:03 | | | sdc |
| 13 | 8/5/2018 18:55 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 14 | 8/5/2018 19:00 | (440) 503-4326 | (216) 267-7229 | 1:50 | | | sdc |
| 15 | 8/6/2018 8:07 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 16 | 8/6/2018 8:07 | (440) 503-4326 | (216) 267-7229 | 1:03 | | | sdc |
| 17 | 8/6/2018 17:55 | (440) 503-4326 | (216) 267-7229 | 2:22 | | | sdc |
| 18 | 8/7/2018 11:50 | (440) 503-4326 | (216) 267-7229 | 2:09 | | | sdc |
| 19 | 8/7/2018 12:44 | (440) 503-4326 | (216) 267-7229 | 2:10 | | | sdc |
| 20 | 8/7/2018 15:04 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 21 | 8/7/2018 15:29 | (440) 503-4326 | (216) 267-7229 | 1:42 | | | sdc |
| 22 | 8/7/2018 15:35 | (440) 503-4326 | (216) 267-7229 | 0:06 | | | sdc |
| 23 | 8/8/2018 7:44 | (440) 503-4326 | (216) 267-7229 | 2:39 | | | sdc |
| 24 | 8/8/2018 9:04 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 25 | 8/8/2018 13:57 | (440) 503-4326 | (216) 267-7229 | 1:46 | | | sdc |
| 26 | 8/8/2018 17:41 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 27 | 8/8/2018 18:58 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 28 | 8/9/2018 8:12 | (440) 503-4326 | (216) 267-7229 | 1:19 | | | sdc |
| 29 | 8/10/2018 15:08 | (440) 503-4326 | (216) 267-7229 | 1:35 | | | sdc |
| 30 | 8/11/2018 8:18 | (440) 503-4326 | (216) 267-7229 | 7:59 | | | sdc |
| 31 | 8/11/2018 10:53 | (440) 503-4326 | (216) 267-7229 | 1:03 | | | sdc |
| 32 | 8/11/2018 17:18 | (440) 503-4326 | (216) 267-7229 | 0:12 | | | sdc |
| 33 | 8/12/2018 11:36 | (440) 503-4326 | (216) 267-7229 | 0:47 | | | sdc |
| 34 | 8/13/2018 14:12 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 35 | 8/13/2018 18:31 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 36 | 8/14/2018 8:07 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 37 | 8/14/2018 8:11 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 38 | 8/14/2018 17:44 | (440) 503-4326 | (216) 267-7229 | 3:04 | | | sdc |
| 39 | 8/14/2018 18:08 | (440) 503-4326 | (216) 267-7229 | 2:09 | | | sdc |
| 40 | 8/15/2018 8:43 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 41 | 8/15/2018 13:46 | (440) 503-4326 | (216) 267-7229 | 4:23 | | | sdc |
| 42 | 8/15/2018 17:40 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 43 | 8/15/2018 17:49 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 44 | 8/16/2018 14:35 | (440) 503-4326 | (216) 267-7229 | 1:25 | | | sdc |
| 45 | 8/16/2018 14:57 | (440) 503-4326 | (216) 267-7229 | 1:32 | | | sdc |
| 46 | 8/17/2018 10:00 | (440) 503-4326 | (216) 267-7229 | 2:01 | | | sdc |
| 47 | 8/17/2018 16:33 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 48 | 8/18/2018 8:03 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 49 | 8/18/2018 8:16 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 50 | 8/18/2018 8:18 | (440) 503-4326 | (216) 267-7229 | 2:34 | | | sdc |
| 51 | 8/19/2018 16:07 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 52 | 8/20/2018 8:11 | (440) 503-4326 | (216) 267-7229 | 2:12 | | | sdc |
| 53 | 8/20/2018 8:27 | (440) 503-4326 | (216) 267-7229 | 0:13 | | | sdc |

August '18

| 54 | 8/21/2018 8:34 | (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
|----|---------------|----------------|----------------|------|-----|
| 55 | 8/22/2018 8:18 | (440) 503-4326 | (216) 267-7229 | 2:07 | sdc |
| 56 | 8/23/2018 14:52 | (440) 503-4326 | (216) 267-7229 | 0:50 | sdc |
| 57 | 8/24/2018 8:39 | (440) 503-4326 | (216) 267-7229 | 2:19 | sdc |
| 58 | 8/24/2018 10:03 | (440) 503-4326 | (216) 267-7229 | 0:55 | sdc |
| 59 | 8/25/2018 8:12 | (440) 503-4326 | (216) 267-7229 | 4:59 | sdc |
| 60 | 8/25/2018 9:08 | (440) 503-4326 | (216) 267-7229 | 1:49 | sdc |
| 61 | 8/25/2018 19:03 | (440) 503-4326 | (216) 267-7229 | 0:36 | sdc |
| 62 | 8/25/2018 19:41 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
| 63 | 8/26/2018 8:51 | (440) 503-4326 | (216) 267-7229 | 0:54 | sdc |
| 64 | 8/26/2018 11:57 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 65 | 8/26/2018 11:58 | (440) 503-4326 | (216) 267-7229 | 0:45 | sdc |
| 66 | 8/27/2018 8:21 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 67 | 8/28/2018 8:59 | (440) 503-4326 | (216) 267-7229 | 2:07 | sdc |
| 68 | 8/28/2018 12:45 | (440) 503-4326 | (216) 267-7229 | 2:45 | sdc |
| 69 | 8/28/2018 12:59 | (440) 503-4326 | (216) 267-7229 | 1:23 | sdc |
| 70 | 8/28/2018 13:15 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 71 | 8/28/2018 13:16 | (440) 503-4326 | (216) 267-7229 | 0:50 | sdc |
| 72 | 8/28/2018 19:03 | (440) 503-4326 | (216) 267-7229 | 1:30 | sdc |
| 73 | 8/29/2018 8:45 | (440) 503-4326 | (216) 267-7229 | 0:50 | sdc |
| 74 | 8/29/2018 9:55 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 75 | 8/29/2018 9:56 | (440) 503-4326 | (216) 267-7229 | 0:59 | sdc |
| 76 | 8/29/2018 9:57 | (440) 503-4326 | (216) 267-7229 | 1:29 | sdc |
| 77 | 8/29/2018 11:25 | (440) 503-4326 | (216) 267-7229 | 1:25 | sdc |
| 78 | 8/31/2018 8:42 | (440) 503-4326 | (216) 267-7229 | 3:54 | sdc |

Total Calls: 78                                    Total Duration: 109:32

CRISCIONE_004767

September '18

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 9/1/2018 8:01 | (440) 503-4326 | (216) 267-7229 | 3:24 | | | sdc |
| 2 | 9/1/2018 8:38 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 3 | 9/1/2018 8:53 | (440) 503-4326 | (216) 267-7229 | 3:21 | | | sdc |
| 4 | 9/1/2018 12:24 | (440) 503-4326 | (216) 267-7229 | 2:06 | | | sdc |
| 5 | 9/2/2018 18:12 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 6 | 9/3/2018 8:02 | (440) 503-4326 | (216) 267-7229 | 1:42 | | | sdc |
| 7 | 9/4/2018 8:54 | (440) 503-4326 | (216) 267-7229 | 1:01 | | | sdc |
| 8 | 9/6/2018 0:52 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 9 | 9/6/2018 10:58 | (440) 503-4326 | (216) 267-7229 | 1:12 | | | sdc |
| 10 | 9/6/2018 11:06 | (440) 503-4326 | (216) 267-7229 | 1:23 | | | sdc |
| 11 | 9/6/2018 11:25 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 12 | 9/6/2018 11:26 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 13 | 9/6/2018 11:27 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 14 | 9/6/2018 11:29 | (440) 503-4326 | (216) 267-7229 | 0:03 | | | sdc |
| 15 | 9/6/2018 13:16 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 16 | 9/6/2018 14:02 | (440) 503-4326 | (216) 267-7229 | 9:05 | | | sdc |
| 17 | 9/6/2018 15:19 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 18 | 9/6/2018 17:26 | (440) 503-4326 | (216) 267-7229 | 2:35 | | | sdc |
| 19 | 9/10/2018 12:30 | (440) 503-4326 | (216) 267-7229 | 1:43 | | | sdc |
| 20 | 9/11/2018 8:27 | (440) 503-4326 | (216) 267-7229 | 3:42 | | | sdc |
| 21 | 9/11/2018 11:40 | (440) 503-4326 | (216) 267-7229 | 0:28 | | | sdc |
| 22 | 9/12/2018 8:44 | (440) 503-4326 | (216) 267-7229 | 0:48 | | | sdc |
| 23 | 9/12/2018 15:11 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 24 | 9/14/2018 8:13 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 25 | 9/14/2018 8:49 | (440) 503-4326 | (216) 267-7229 | 1:08 | | | sdc |
| 26 | 9/14/2018 14:28 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 27 | 9/14/2018 15:42 | (440) 503-4326 | (216) 267-7229 | 1:39 | | | sdc |
| 28 | 9/15/2018 7:44 | (440) 503-4326 | (216) 267-7229 | 3:13 | | | sdc |
| 29 | 9/15/2018 8:07 | (440) 503-4326 | (216) 267-7229 | 1:37 | | | sdc |
| 30 | 9/15/2018 8:20 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 31 | 9/15/2018 8:21 | (440) 503-4326 | (216) 267-7229 | 1:20 | | | sdc |
| 32 | 9/15/2018 14:46 | (440) 503-4326 | (216) 267-7229 | 0:45 | | | sdc |
| 33 | 9/16/2018 15:05 | (440) 503-4326 | (216) 267-7229 | 1:26 | | | sdc |
| 34 | 9/18/2018 10:34 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 35 | 9/21/2018 17:21 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 36 | 9/22/2018 9:38 | (440) 503-4326 | (216) 267-7229 | 1:34 | | | sdc |
| 37 | 9/23/2018 11:09 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 38 | 9/23/2018 16:13 | (440) 503-4326 | (216) 267-7229 | 1:17 | | | sdc |
| 39 | 9/26/2018 8:54 | (440) 503-4326 | (216) 267-7229 | 1:34 | | | sdc |
| 40 | 9/26/2018 9:42 | (440) 503-4326 | (216) 267-7229 | 0:03 | | | sdc |
| 41 | 9/26/2018 9:42 | (440) 503-4326 | (216) 267-7229 | 0:46 | | | sdc |
| 42 | 9/27/2018 15:16 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 43 | 9/27/2018 18:28 | (440) 503-4326 | (216) 267-7229 | 0:08 | | | sdc |
| 44 | 9/29/2018 13:54 | (440) 503-4326 | (216) 267-7229 | 2:06 | | | sdc |
| 45 | 9/30/2018 7:59 | (440) 503-4326 | (216) 267-7229 | 1:47 | | | sdc |
| 46 | 9/30/2018 8:41 | (440) 503-4326 | (216) 267-7229 | 1:44 | | | sdc |
| 47 | 9/30/2018 8:50 | (440) 503-4326 | (216) 267-7229 | 5:42 | | | sdc |
| 48 | 9/30/2018 13:47 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |

Total Calls: 48                                    Total Duration: 72:31

October '18

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 10/1/2018 17:54 | (440) 503-4326 | (216) 267-7229 | 0:46 | | | sdc |
| 2 | 10/2/2018 11:43 | (440) 503-4326 | (216) 267-7229 | 1:29 | | | sdc |
| 3 | 10/2/2018 17:23 | (440) 503-4326 | (216) 267-7229 | 2:02 | | | sdc |
| 4 | 10/2/2018 17:37 | (440) 503-4326 | (216) 267-7229 | 2:07 | | | sdc |
| 5 | 10/3/2018 8:20 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 6 | 10/3/2018 16:50 | (440) 503-4326 | (216) 267-7229 | 1:18 | | | sdc |
| 7 | 10/3/2018 18:04 | (440) 503-4326 | (216) 267-7229 | 1:25 | | | sdc |
| 8 | 10/4/2018 8:33 | (440) 503-4326 | (216) 267-7229 | 1:23 | | | sdc |
| 9 | 10/5/2018 11:10 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 10 | 10/5/2018 17:57 | (440) 503-4326 | (216) 267-7229 | 1:11 | | | sdc |
| 11 | 10/8/2018 15:46 | (440) 503-4326 | (216) 267-7229 | 2:25 | | | sdc |
| 12 | 10/10/2018 8:30 | (440) 503-4326 | (216) 267-7229 | 2:00 | | | sdc |
| 13 | 10/10/2018 8:35 | (440) 503-4326 | (216) 267-7229 | 1:54 | | | sdc |
| 14 | 10/10/2018 12:56 | (440) 503-4326 | (216) 267-7229 | 1:01 | | | sdc |
| 15 | 10/11/2018 8:10 | (440) 503-4326 | (216) 267-7229 | 3:39 | | | sdc |
| 16 | 10/11/2018 9:30 | (440) 503-4326 | (216) 267-7229 | 1:08 | | | sdc |
| 17 | 10/11/2018 15:18 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 18 | 10/11/2018 17:20 | (440) 503-4326 | (216) 267-7229 | 1:24 | | | sdc |
| 19 | 10/12/2018 7:20 | (440) 503-4326 | (216) 267-7229 | 1:30 | | | sdc |
| 20 | 10/13/2018 11:47 | (440) 503-4326 | (216) 267-7229 | 0:26 | | | sdc |
| 21 | 10/13/2018 12:57 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 22 | 10/14/2018 9:28 | (440) 503-4326 | (216) 267-7229 | 1:11 | | | sdc |
| 23 | 10/14/2018 14:08 | (440) 503-4326 | (216) 267-7229 | 1:35 | | | sdc |
| 24 | 10/14/2018 18:29 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 25 | 10/14/2018 18:31 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 26 | 10/14/2018 18:41 | (440) 503-4326 | (216) 267-7229 | 1:34 | | | sdc |
| 27 | 10/14/2018 19:23 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 28 | 10/14/2018 19:29 | (440) 503-4326 | (216) 267-7229 | 1:38 | | | sdc |
| 29 | 10/16/2018 7:34 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 30 | 10/16/2018 14:45 | (440) 503-4326 | (216) 267-7229 | 1:15 | | | sdc |
| 31 | 10/16/2018 16:04 | (440) 503-4326 | (216) 267-7229 | 0:29 | | | sdc |
| 32 | 10/17/2018 7:51 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 33 | 10/17/2018 12:45 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 34 | 10/18/2018 8:02 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 35 | 10/18/2018 13:56 | (440) 503-4326 | (216) 267-7229 | 0:22 | | | sdc |
| 36 | 10/18/2018 14:12 | (440) 503-4326 | (216) 267-7229 | 3:56 | | | sdc |
| 37 | 10/19/2018 17:13 | (440) 503-4326 | (216) 267-7229 | 0:45 | | | sdc |
| 38 | 10/20/2018 8:44 | (440) 503-4326 | (216) 267-7229 | 15:40 | | | sdc |
| 39 | 10/21/2018 8:08 | (440) 503-4326 | (216) 267-7229 | 1:40 | | | sdc |
| 40 | 10/22/2018 7:56 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 41 | 10/23/2018 17:35 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 42 | 10/24/2018 7:31 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 43 | 10/24/2018 18:14 | (440) 503-4326 | (216) 267-7229 | 0:34 | | | sdc |
| 44 | 10/25/2018 18:19 | (440) 503-4326 | (216) 267-7229 | 1:17 | | | sdc |
| 45 | 10/25/2018 18:42 | (440) 503-4326 | (216) 267-7229 | 3:27 | | | sdc |
| 46 | 10/26/2018 13:46 | (440) 503-4326 | (216) 267-7229 | 1:25 | | | sdc |
| 47 | 10/26/2018 13:56 | (440) 503-4326 | (216) 267-7229 | 0:31 | | | sdc |
| 48 | 10/26/2018 13:58 | (440) 503-4326 | (216) 267-7229 | 0:19 | | | sdc |
| 49 | 10/26/2018 14:10 | (440) 503-4326 | (216) 267-7229 | 1:31 | | | sdc |
| 50 | 10/27/2018 8:29 | (440) 503-4326 | (216) 267-7229 | 5:45 | | | sdc |
| 51 | 10/28/2018 7:32 | (440) 503-4326 | (216) 267-7229 | 0:23 | | | sdc |
| 52 | 10/28/2018 7:32 | (440) 503-4326 | (216) 267-7229 | 0:25 | | | sdc |
| 53 | 10/28/2018 7:33 | (440) 503-4326 | (216) 267-7229 | 0:16 | | | sdc |

October '18

| 54 | 10/28/2018 7:35 | (440) 503-4326 | (216) 267-7229 | 1:30 | sdc |
| 55 | 10/30/2018 11:04 | (440) 503-4326 | (216) 267-7229 | 1:22 | sdc |
| 56 | 10/30/2018 15:43 | (440) 503-4326 | (216) 267-7229 | 1:49 | sdc |
| 57 | 10/31/2018 13:06 | (440) 503-4326 | (216) 267-7229 | 0:45 | sdc |
| 58 | 10/31/2018 19:17 | (440) 503-4326 | (216) 267-7229 | 2:58 | sdc |
| 59 | 10/31/2018 20:07 | (440) 503-4326 | (216) 267-7229 | 2:52 | sdc |

Total Calls: 59                    Total Duration: 94:55

CRISCIONE_004770

November '18

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 11/1/2018 7:57 | (440) 503-4326 | (216) 267-7229 | 1:59 | | | sdc |
| 2 | 11/2/2018 8:36 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |
| 3 | 11/2/2018 10:28 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 4 | 11/2/2018 17:43 | (440) 503-4326 | (216) 267-7229 | 0:27 | | | sdc |
| 5 | 11/2/2018 17:50 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 6 | 11/3/2018 7:40 | (440) 503-4326 | (216) 267-7229 | 1:38 | | | sdc |
| 7 | 11/3/2018 9:28 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 8 | 11/3/2018 9:29 | (440) 503-4326 | (216) 267-7229 | 1:22 | | | sdc |
| 9 | 11/4/2018 8:41 | (440) 503-4326 | (216) 267-7229 | 3:16 | | | sdc |
| 10 | 11/4/2018 8:49 | (440) 503-4326 | (216) 267-7229 | 0:20 | | | sdc |
| 11 | 11/4/2018 8:49 | (440) 503-4326 | (216) 267-7229 | 4:03 | | | sdc |
| 12 | 11/4/2018 8:53 | (440) 503-4326 | (216) 267-7229 | 0:28 | | | sdc |
| 13 | 11/4/2018 19:30 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 14 | 11/6/2018 19:04 | (440) 503-4326 | (216) 267-7229 | 0:27 | | | sdc |
| 15 | 11/7/2018 8:41 | (440) 503-4326 | (216) 267-7229 | 2:16 | | | sdc |
| 16 | 11/9/2018 9:13 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 17 | 11/12/2018 17:10 | (440) 503-4326 | (216) 267-7229 | 1:52 | | | sdc |
| 18 | 11/13/2018 10:11 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 19 | 11/13/2018 14:57 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 20 | 11/14/2018 14:54 | (440) 503-4326 | (216) 267-7229 | 1:53 | | | sdc |
| 21 | 11/14/2018 14:56 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 22 | 11/14/2018 17:14 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 23 | 11/15/2018 17:13 | (440) 503-4326 | (216) 267-7229 | 2:13 | | | sdc |
| 24 | 11/15/2018 18:23 | (440) 503-4326 | (216) 267-7229 | 0:08 | | | sdc |
| 25 | 11/15/2018 18:23 | (440) 503-4326 | (216) 267-7229 | 0:09 | | | sdc |
| 26 | 11/15/2018 18:24 | (440) 503-4326 | (216) 267-7229 | 0:08 | | | sdc |
| 27 | 11/15/2018 18:24 | (440) 503-4326 | (216) 267-7229 | 0:13 | | | sdc |
| 28 | 11/15/2018 18:25 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 29 | 11/15/2018 18:27 | (440) 503-4326 | (216) 267-7229 | 0:48 | | | sdc |
| 30 | 11/15/2018 18:31 | (440) 503-4326 | (216) 267-7229 | 0:09 | | | sdc |
| 31 | 11/15/2018 18:32 | (440) 503-4326 | (216) 267-7229 | 0:14 | | | sdc |
| 32 | 11/15/2018 18:34 | (440) 503-4326 | (216) 267-7229 | 0:08 | | | sdc |
| 33 | 11/15/2018 18:38 | (440) 503-4326 | (216) 267-7229 | 0:19 | | | sdc |
| 34 | 11/16/2018 6:22 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 35 | 11/16/2018 6:23 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 36 | 11/16/2018 6:23 | (440) 503-4326 | (216) 267-7229 | 0:34 | | | sdc |
| 37 | 11/16/2018 6:24 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 38 | 11/16/2018 7:58 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 39 | 11/16/2018 9:10 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 40 | 11/16/2018 9:11 | (440) 503-4326 | (216) 267-7229 | 0:28 | | | sdc |
| 41 | 11/16/2018 9:11 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 42 | 11/16/2018 9:12 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 43 | 11/16/2018 9:17 | (440) 503-4326 | (216) 267-7229 | 0:36 | | | sdc |
| 44 | 11/16/2018 12:25 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 45 | 11/16/2018 14:37 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 46 | 11/17/2018 8:21 | (440) 503-4326 | (216) 267-7229 | 2:54 | | | sdc |
| 47 | 11/17/2018 8:45 | (440) 503-4326 | (216) 267-7229 | 1:32 | | | sdc |
| 48 | 11/17/2018 9:24 | (440) 503-4326 | (216) 267-7229 | 2:06 | | | sdc |
| 49 | 11/17/2018 9:39 | (440) 503-4326 | (216) 267-7229 | 3:00 | | | sdc |
| 50 | 11/18/2018 9:47 | (440) 503-4326 | (216) 267-7229 | 3:12 | | | sdc |
| 51 | 11/19/2018 8:24 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 52 | 11/19/2018 9:24 | (440) 503-4326 | (216) 267-7229 | 0:28 | | | sdc |
| 53 | 11/19/2018 9:31 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |

CRISCIONE_004771

November '18

| 54 | 11/19/2018 19:12 | (440) 503-4326 | (216) 267-7229 | 0:17 | sdc |
|---|---|---|---|---|---|
| 55 | 11/20/2018 10:03 | (440) 503-4326 | (216) 267-7229 | 0:32 | sdc |
| 56 | 11/20/2018 16:01 | (440) 503-4326 | (216) 267-7229 | 3:47 | sdc |
| 57 | 11/21/2018 7:13 | (440) 503-4326 | (216) 267-7229 | 0:24 | sdc |
| 58 | 11/21/2018 15:33 | (440) 503-4326 | (216) 267-7229 | 1:21 | sdc |
| 59 | 11/23/2018 19:11 | (440) 503-4326 | (216) 267-7229 | 0:48 | sdc |
| 60 | 11/23/2018 19:21 | (440) 503-4326 | (216) 267-7229 | 0:48 | sdc |
| 61 | 11/24/2018 8:48 | (440) 503-4326 | (216) 267-7229 | 1:43 | sdc |
| 62 | 11/24/2018 12:14 | (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 63 | 11/24/2018 13:04 | (440) 503-4326 | (216) 267-7229 | 0:15 | sdc |
| 64 | 11/26/2018 14:39 | (440) 503-4326 | (216) 267-7229 | 6:01 | sdc |
| 65 | 11/27/2018 18:38 | (440) 503-4326 | (216) 267-7229 | 0:53 | sdc |
| 66 | 11/27/2018 18:45 | (440) 503-4326 | (216) 267-7229 | 0:03 | sdc |
| 67 | 11/27/2018 18:45 | (440) 503-4326 | (216) 267-7229 | 0:55 | sdc |
| 68 | 11/28/2018 19:05 | (440) 503-4326 | (216) 267-7229 | 0:53 | sdc |
| 69 | 11/28/2018 19:29 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
| 70 | 11/29/2018 14:10 | (440) 503-4326 | (216) 267-7229 | 1:41 | sdc |
| 71 | 11/30/2018 8:45 | (440) 503-4326 | (216) 267-7229 | 1:00 | sdc |
| 72 | 11/30/2018 10:13 | (440) 503-4326 | (216) 267-7229 | 2:09 | sdc |
| 73 | 11/30/2018 10:32 | (440) 503-4326 | (216) 267-7229 | 2:26 | sdc |
| 74 | 11/30/2018 15:11 | (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |

Total Calls: 74                                          Total Duration: 83:15

CRISCIONE_004772

December '18

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 12/1/2018 14:01 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 2 | 12/1/2018 16:05 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 3 | 12/2/2018 10:03 | (440) 503-4326 | (216) 267-7229 | 1:27 | | | sdc |
| 4 | 12/2/2018 11:07 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 5 | 12/2/2018 11:09 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 6 | 12/2/2018 14:33 | (440) 503-4326 | (216) 267-7229 | 0:48 | | | sdc |
| 7 | 12/4/2018 11:24 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 8 | 12/4/2018 19:43 | (440) 503-4326 | (216) 267-7229 | 0:34 | | | sdc |
| 9 | 12/5/2018 10:45 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 10 | 12/5/2018 13:41 | (440) 503-4326 | (216) 267-7229 | 1:32 | | | sdc |
| 11 | 12/6/2018 15:08 | (440) 503-4326 | (216) 267-7229 | 1:22 | | | sdc |
| 12 | 12/6/2018 19:14 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 13 | 12/7/2018 12:28 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 14 | 12/7/2018 12:39 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 15 | 12/7/2018 12:41 | (440) 503-4326 | (216) 267-7229 | 1:14 | | | sdc |
| 16 | 12/7/2018 18:55 | (440) 503-4326 | (216) 267-7229 | 1:16 | | | sdc |
| 17 | 12/8/2018 11:40 | (440) 503-4326 | (216) 267-7229 | 3:32 | | | sdc |
| 18 | 12/8/2018 11:44 | (440) 503-4326 | (216) 267-7229 | 3:40 | | | sdc |
| 19 | 12/8/2018 11:48 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 20 | 12/8/2018 13:32 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 21 | 12/8/2018 15:34 | (440) 503-4326 | (216) 267-7229 | 1:15 | | | sdc |
| 22 | 12/9/2018 9:34 | (440) 503-4326 | (216) 267-7229 | 1:31 | | | sdc |
| 23 | 12/9/2018 9:40 | (440) 503-4326 | (216) 267-7229 | 2:07 | | | sdc |
| 24 | 12/9/2018 11:00 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 25 | 12/9/2018 11:38 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 26 | 12/9/2018 14:37 | (440) 503-4326 | (216) 267-7229 | 1:37 | | | sdc |
| 27 | 12/10/2018 15:22 | (440) 503-4326 | (216) 267-7229 | 1:24 | | | sdc |
| 28 | 12/12/2018 9:02 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 29 | 12/12/2018 14:23 | (440) 503-4326 | (216) 267-7229 | 0:30 | | | sdc |
| 30 | 12/12/2018 15:51 | (440) 503-4326 | (216) 267-7229 | 1:36 | | | sdc |
| 31 | 12/12/2018 16:15 | (440) 503-4326 | (216) 267-7229 | 1:10 | | | sdc |
| 32 | 12/13/2018 8:56 | (440) 503-4326 | (216) 267-7229 | 1:24 | | | sdc |
| 33 | 12/14/2018 18:33 | (440) 503-4326 | (216) 267-7229 | 1:38 | | | sdc |
| 34 | 12/15/2018 14:00 | (440) 503-4326 | (216) 267-7229 | 0:30 | | | sdc |
| 35 | 12/15/2018 14:04 | (440) 503-4326 | (216) 267-7229 | 0:45 | | | sdc |
| 36 | 12/15/2018 14:06 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 37 | 12/15/2018 19:06 | (440) 503-4326 | (216) 267-7229 | 0:11 | | | sdc |
| 38 | 12/16/2018 8:48 | (440) 503-4326 | (216) 267-7229 | 1:46 | | | sdc |
| 39 | 12/16/2018 10:10 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 40 | 12/16/2018 14:12 | (440) 503-4326 | (216) 267-7229 | 2:08 | | | sdc |
| 41 | 12/16/2018 14:15 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 42 | 12/18/2018 8:47 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 43 | 12/18/2018 8:50 | (440) 503-4326 | (216) 267-7229 | 1:43 | | | sdc |
| 44 | 12/18/2018 9:13 | (440) 503-4326 | (216) 267-7229 | 1:29 | | | sdc |
| 45 | 12/18/2018 9:16 | (440) 503-4326 | (216) 267-7229 | 2:14 | | | sdc |
| 46 | 12/18/2018 18:52 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 47 | 12/19/2018 11:30 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 48 | 12/19/2018 19:45 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 49 | 12/20/2018 8:36 | (440) 503-4326 | (216) 267-7229 | 1:33 | | | sdc |
| 50 | 12/20/2018 18:43 | (440) 503-4326 | (216) 267-7229 | 1:19 | | | sdc |
| 51 | 12/20/2018 18:46 | (440) 503-4326 | (216) 267-7229 | 0:36 | | | sdc |
| 52 | 12/21/2018 9:13 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 53 | 12/21/2018 9:18 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |

December '18

| 54 | 12/22/2018 8:52 | (440) 503-4326 | (216) 267-7229 | 1:03 | sdc |
|----|-----------------|----------------|----------------|------|-----|
| 55 | 12/22/2018 9:08 | (440) 503-4326 | (216) 267-7229 | 1:26 | sdc |
| 56 | 12/22/2018 13:35 | (440) 503-4326 | (216) 267-7229 | 3:38 | sdc |
| 57 | 12/23/2018 8:58 | (440) 503-4326 | (216) 267-7229 | 2:37 | sdc |
| 58 | 12/23/2018 9:02 | (440) 503-4326 | (216) 267-7229 | 3:27 | sdc |
| 59 | 12/23/2018 9:07 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 60 | 12/23/2018 12:20 | (440) 503-4326 | (216) 267-7229 | 3:06 | sdc |
| 61 | 12/23/2018 14:17 | (440) 503-4326 | (216) 267-7229 | 1:01 | sdc |
| 62 | 12/24/2018 9:00 | (440) 503-4326 | (216) 267-7229 | 1:05 | sdc |
| 63 | 12/24/2018 10:59 | (440) 503-4326 | (216) 267-7229 | 0:45 | sdc |
| 64 | 12/24/2018 12:41 | (440) 503-4326 | (216) 267-7229 | 0:53 | sdc |
| 65 | 12/24/2018 17:25 | (440) 503-4326 | (216) 267-7229 | 1:16 | sdc |
| 66 | 12/24/2018 18:22 | (440) 503-4326 | (216) 267-7229 | 0:37 | sdc |
| 67 | 12/24/2018 19:02 | (440) 503-4326 | (216) 267-7229 | 0:41 | sdc |
| 68 | 12/25/2018 9:09 | (440) 503-4326 | (216) 267-7229 | 1:33 | sdc |
| 69 | 12/26/2018 9:19 | (440) 503-4326 | (216) 267-7229 | 1:40 | sdc |
| 70 | 12/26/2018 11:41 | (440) 503-4326 | (216) 267-7229 | 0:04 | sdc |
| 71 | 12/26/2018 19:52 | (440) 503-4326 | (216) 267-7229 | 0:47 | sdc |
| 72 | 12/26/2018 20:13 | (440) 503-4326 | (216) 267-7229 | 0:17 | sdc |
| 73 | 12/27/2018 14:43 | (440) 503-4326 | (216) 267-7229 | 1:25 | sdc |
| 74 | 12/27/2018 14:50 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 75 | 12/27/2018 19:10 | (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |
| 76 | 12/27/2018 19:55 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 77 | 12/28/2018 8:49 | (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 78 | 12/28/2018 13:13 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 79 | 12/28/2018 16:08 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 80 | 12/28/2018 19:11 | (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |
| 81 | 12/29/2018 11:23 | (440) 503-4326 | (216) 267-7229 | 2:24 | sdc |
| 82 | 12/29/2018 18:53 | (440) 503-4326 | (216) 267-7229 | 1:05 | sdc |
| 83 | 12/29/2018 18:55 | (440) 503-4326 | (216) 267-7229 | 0:03 | sdc |
| 84 | 12/30/2018 13:03 | (440) 503-4326 | (216) 267-7229 | 1:03 | sdc |
| 85 | 12/31/2018 9:11 | (440) 503-4326 | (216) 267-7229 | 1:30 | sdc |
| 86 | 12/31/2018 14:39 | (440) 503-4326 | (216) 267-7229 | 0:47 | sdc |
| 87 | 12/31/2018 19:59 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |

Total Calls: 87                                    Total Duration: 101:49

CRISCIONE_004774

January '19

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 1/1/2019 10:37 | (440) 503-4326 | (216) 267-7229 | 6:35 | | | sdc |
| 2 | 1/2/2019 9:28 | (440) 503-4326 | (216) 267-7229 | 0:20 | | | sdc |
| 3 | 1/2/2019 19:32 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 4 | 1/2/2019 23:13 | (440) 503-4326 | (216) 267-7229 | 1:10 | | | sdc |
| 5 | 1/3/2019 9:25 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 6 | 1/5/2019 10:56 | (440) 503-4326 | (216) 267-7229 | 1:11 | | | sdc |
| 7 | 1/5/2019 17:02 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 8 | 1/6/2019 16:37 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 9 | 1/6/2019 16:44 | (440) 503-4326 | (216) 267-7229 | 1:03 | | | sdc |
| 10 | 1/6/2019 16:47 | (440) 503-4326 | (216) 267-7229 | 0:20 | | | sdc |
| 11 | 1/8/2019 10:30 | (440) 503-4326 | (216) 267-7229 | 1:34 | | | sdc |
| 12 | 1/8/2019 10:46 | (440) 503-4326 | (216) 267-7229 | 0:36 | | | sdc |
| 13 | 1/8/2019 11:21 | (440) 503-4326 | (216) 267-7229 | 1:33 | | | sdc |
| 14 | 1/9/2019 19:44 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 15 | 1/10/2019 17:28 | (440) 503-4326 | (216) 267-7229 | 1:52 | | | sdc |
| 16 | 1/10/2019 20:24 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 17 | 1/10/2019 21:50 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 18 | 1/10/2019 21:51 | (440) 503-4326 | (216) 267-7229 | 2:05 | | | sdc |
| 19 | 1/10/2019 21:53 | (440) 503-4326 | (216) 267-7229 | 0:21 | | | sdc |
| 20 | 1/11/2019 14:32 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 21 | 1/12/2019 8:47 | (440) 503-4326 | (216) 267-7229 | 2:29 | | | sdc |
| 22 | 1/12/2019 17:36 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 23 | 1/14/2019 9:51 | (440) 503-4326 | (216) 267-7229 | 3:46 | | | sdc |
| 24 | 1/14/2019 19:55 | (440) 503-4326 | (216) 267-7229 | 1:22 | | | sdc |
| 25 | 1/14/2019 20:14 | (440) 503-4326 | (216) 267-7229 | 1:30 | | | sdc |
| 26 | 1/16/2019 9:51 | (440) 503-4326 | (216) 267-7229 | 0:46 | | | sdc |
| 27 | 1/16/2019 11:16 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 28 | 1/16/2019 11:23 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 29 | 1/16/2019 13:12 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |
| 30 | 1/17/2019 8:51 | (440) 503-4326 | (216) 267-7229 | 1:14 | | | sdc |
| 31 | 1/17/2019 20:30 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 32 | 1/18/2019 19:48 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 33 | 1/18/2019 20:21 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 34 | 1/19/2019 12:11 | (440) 503-4326 | (216) 267-7229 | 2:17 | | | sdc |
| 35 | 1/19/2019 12:15 | (440) 503-4326 | (216) 267-7229 | 2:03 | | | sdc |
| 36 | 1/19/2019 20:42 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 37 | 1/20/2019 10:20 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 38 | 1/20/2019 10:21 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 39 | 1/20/2019 10:22 | (440) 503-4326 | (216) 267-7229 | 1:52 | | | sdc |
| 40 | 1/20/2019 10:24 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 41 | 1/20/2019 10:27 | (440) 503-4326 | (216) 267-7229 | 1:45 | | | sdc |
| 42 | 1/20/2019 12:08 | (440) 503-4326 | (216) 267-7229 | 1:59 | | | sdc |
| 43 | 1/20/2019 12:10 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 44 | 1/20/2019 15:44 | (440) 503-4326 | (216) 267-7229 | 3:14 | | | sdc |
| 45 | 1/20/2019 21:06 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 46 | 1/20/2019 21:21 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 47 | 1/22/2019 20:21 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 48 | 1/23/2019 11:20 | (440) 503-4326 | (216) 267-7229 | 1:10 | | | sdc |
| 49 | 1/24/2019 15:23 | (440) 503-4326 | (216) 267-7229 | 0:23 | | | sdc |
| 50 | 1/24/2019 23:56 | (440) 503-4326 | (216) 267-7229 | 0:47 | | | sdc |
| 51 | 1/26/2019 9:50 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 52 | 1/26/2019 9:50 | (440) 503-4326 | (216) 267-7229 | 1:12 | | | sdc |
| 53 | 1/26/2019 20:53 | (440) 503-4326 | (216) 267-7229 | 7:26 | | | sdc |

CRISCIONE_004775

January '19

| 54 | 1/26/2019 21:00 | (440) 503-4326 | (216) 267-7229 | 1:57 | sdc |
|----|-----------------|----------------|----------------|------|-----|
| 55 | 1/26/2019 21:02 | (440) 503-4326 | (216) 267-7229 | 0:43 | sdc |
| 56 | 1/27/2019 17:06 | (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 57 | 1/27/2019 20:13 | (440) 503-4326 | (216) 267-7229 | 0:47 | sdc |
| 58 | 1/29/2019 10:00 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 59 | 1/29/2019 19:10 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 60 | 1/30/2019 10:30 | (440) 503-4326 | (216) 267-7229 | 1:24 | sdc |
| 61 | 1/30/2019 16:06 | (440) 503-4326 | (216) 267-7229 | 0:45 | sdc |
| 62 | 1/31/2019 19:33 | (440) 503-4326 | (216) 267-7229 | 0:33 | sdc |

Total Calls: 62                                           Total Duration: 79:20

CRISCIONE_004776

February '19

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 2/1/2019 11:19 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 2 | 2/1/2019 11:39 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 3 | 2/2/2019 10:13 | (440) 503-4326 | (216) 267-7229 | 1:45 | | | sdc |
| 4 | 2/2/2019 10:31 | (440) 503-4326 | (216) 267-7229 | 1:11 | | | sdc |
| 5 | 2/2/2019 17:21 | (440) 503-4326 | (216) 267-7229 | 0:38 | | | sdc |
| 6 | 2/3/2019 10:18 | (440) 503-4326 | (216) 267-7229 | 2:05 | | | sdc |
| 7 | 2/3/2019 10:38 | (440) 503-4326 | (216) 267-7229 | 1:48 | | | sdc |
| 8 | 2/4/2019 10:03 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 9 | 2/4/2019 15:50 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 10 | 2/4/2019 16:34 | (440) 503-4326 | (216) 267-7229 | 1:36 | | | sdc |
| 11 | 2/5/2019 11:36 | (440) 503-4326 | (216) 267-7229 | 1:12 | | | sdc |
| 12 | 2/5/2019 14:04 | (440) 503-4326 | (216) 267-7229 | 2:10 | | | sdc |
| 13 | 2/5/2019 18:26 | (440) 503-4326 | (216) 267-7229 | 1:16 | | | sdc |
| 14 | 2/6/2019 11:23 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 15 | 2/6/2019 11:59 | (440) 503-4326 | (216) 267-7229 | 0:20 | | | sdc |
| 16 | 2/6/2019 15:06 | (440) 503-4326 | (216) 267-7229 | 1:48 | | | sdc |
| 17 | 2/7/2019 10:25 | (440) 503-4326 | (216) 267-7229 | 0:05 | | | sdc |
| 18 | 2/7/2019 16:27 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 19 | 2/7/2019 18:41 | (440) 503-4326 | (216) 267-7229 | 0:34 | | | sdc |
| 20 | 2/7/2019 20:13 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 21 | 2/7/2019 20:36 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 22 | 2/8/2019 19:22 | (440) 503-4326 | (216) 267-7229 | 1:38 | | | sdc |
| 23 | 2/9/2019 16:14 | (440) 503-4326 | (216) 267-7229 | 0:09 | | | sdc |
| 24 | 2/10/2019 16:35 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 25 | 2/10/2019 19:48 | (440) 503-4326 | (216) 267-7229 | 0:48 | | | sdc |
| 26 | 2/10/2019 19:56 | (440) 503-4326 | (216) 267-7229 | 1:31 | | | sdc |
| 27 | 2/12/2019 11:03 | (440) 503-4326 | (216) 267-7229 | 2:00 | | | sdc |
| 28 | 2/12/2019 13:08 | (440) 503-4326 | (216) 267-7229 | 1:44 | | | sdc |
| 29 | 2/12/2019 14:35 | (440) 503-4326 | (216) 267-7229 | 0:34 | | | sdc |
| 30 | 2/12/2019 14:57 | (440) 503-4326 | (216) 267-7229 | 1:12 | | | sdc |
| 31 | 2/12/2019 15:14 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 32 | 2/12/2019 15:25 | (440) 503-4326 | (216) 267-7229 | 1:14 | | | sdc |
| 33 | 2/12/2019 15:31 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 34 | 2/12/2019 15:32 | (440) 503-4326 | (216) 267-7229 | 1:35 | | | sdc |
| 35 | 2/15/2019 13:52 | (440) 503-4326 | (216) 267-7229 | 2:30 | | | sdc |
| 36 | 2/16/2019 10:11 | (440) 503-4326 | (216) 267-7229 | 1:01 | | | sdc |
| 37 | 2/17/2019 10:16 | (440) 503-4326 | (216) 267-7229 | 2:13 | | | sdc |
| 38 | 2/17/2019 10:19 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |
| 39 | 2/17/2019 12:11 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 40 | 2/18/2019 15:01 | (440) 503-4326 | (216) 267-7229 | 0:34 | | | sdc |
| 41 | 2/18/2019 19:24 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |
| 42 | 2/19/2019 19:46 | (440) 503-4326 | (216) 267-7229 | 1:42 | | | sdc |
| 43 | 2/19/2019 19:48 | (440) 503-4326 | (216) 267-7229 | 0:29 | | | sdc |
| 44 | 2/19/2019 21:16 | (440) 503-4326 | (216) 267-7229 | 2:47 | | | sdc |
| 45 | 2/20/2019 10:05 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 46 | 2/20/2019 10:27 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 47 | 2/20/2019 12:25 | (440) 503-4326 | (216) 267-7229 | 2:51 | | | sdc |
| 48 | 2/20/2019 13:02 | (440) 503-4326 | (216) 267-7229 | 2:39 | | | sdc |
| 49 | 2/21/2019 20:25 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 50 | 2/21/2019 20:57 | (440) 503-4326 | (216) 267-7229 | 0:48 | | | sdc |
| 51 | 2/23/2019 8:51 | (440) 503-4326 | (216) 267-7229 | 1:28 | | | sdc |
| 52 | 2/23/2019 10:24 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 53 | 2/23/2019 14:27 | (440) 503-4326 | (216) 267-7229 | 2:09 | | | sdc |

CRISCIONE_004777

February '19

| 54 | 2/23/2019 16:53 | (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 55 | 2/24/2019 13:00 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 56 | 2/24/2019 19:50 | (440) 503-4326 | (216) 267-7229 | 1:36 | sdc |
| 57 | 2/25/2019 9:22 | (440) 503-4326 | (216) 267-7229 | 1:18 | sdc |
| 58 | 2/25/2019 10:13 | (440) 503-4326 | (216) 267-7229 | 1:47 | sdc |
| 59 | 2/26/2019 21:38 | (440) 503-4326 | (216) 267-7229 | 4:45 | sdc |
| 60 | 2/27/2019 12:55 | (440) 503-4326 | (216) 267-7229 | 3:42 | sdc |
| 61 | 2/28/2019 17:13 | (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |

Total Calls: 61                                        Total Duration: 77:19

CRISCIONE_004778

March '19

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 3/1/2019 21:57 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 2 | 3/2/2019 12:15 | (440) 503-4326 | (216) 267-7229 | 2:46 | | | sdc |
| 3 | 3/3/2019 10:24 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 4 | 3/3/2019 13:02 | (440) 503-4326 | (216) 267-7229 | 1:31 | | | sdc |
| 5 | 3/3/2019 15:00 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 6 | 3/4/2019 8:32 | (440) 503-4326 | (216) 267-7229 | 0:46 | | | sdc |
| 7 | 3/5/2019 19:15 | (440) 503-4326 | (216) 267-7229 | 1:24 | | | sdc |
| 8 | 3/9/2019 10:20 | (440) 503-4326 | (216) 267-7229 | 0:26 | | | sdc |
| 9 | 3/9/2019 10:21 | (440) 503-4326 | (216) 267-7229 | 1:21 | | | sdc |
| 10 | 3/9/2019 10:57 | (440) 503-4326 | (216) 267-7229 | 1:47 | | | sdc |
| 11 | 3/9/2019 18:55 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 12 | 3/10/2019 16:36 | (440) 503-4326 | (216) 267-7229 | 0:57 | | | sdc |
| 13 | 3/11/2019 14:09 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 14 | 3/12/2019 13:55 | (440) 503-4326 | (216) 267-7229 | 0:18 | | | sdc |
| 15 | 3/12/2019 17:11 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 16 | 3/13/2019 8:50 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 17 | 3/14/2019 10:43 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 18 | 3/14/2019 14:50 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 19 | 3/22/2019 15:52 | (440) 503-4326 | (216) 267-7229 | 3:09 | | | sdc |
| 20 | 3/26/2019 15:55 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |
| 21 | 3/26/2019 16:31 | (440) 503-4326 | (216) 267-7229 | 0:08 | | | sdc |
| 22 | 3/26/2019 16:31 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 23 | 3/27/2019 15:08 | (440) 503-4326 | (216) 267-7229 | 2:56 | | | sdc |
| 24 | 3/27/2019 16:00 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 25 | 3/27/2019 16:00 | (440) 503-4326 | (216) 267-7229 | 0:25 | | | sdc |
| 26 | 3/27/2019 16:30 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 27 | 3/27/2019 19:02 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 28 | 3/27/2019 19:03 | (440) 503-4326 | (216) 267-7229 | 3:02 | | | sdc |
| 29 | 3/28/2019 8:38 | (440) 503-4326 | (216) 267-7229 | 5:07 | | | sdc |
| 30 | 3/28/2019 11:06 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 31 | 3/28/2019 15:10 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 32 | 3/29/2019 15:48 | (440) 503-4326 | (216) 267-7229 | 0:15 | | | sdc |
| 33 | 3/29/2019 15:48 | (440) 503-4326 | (216) 267-7229 | 0:09 | | | sdc |
| 34 | 3/29/2019 15:48 | (440) 503-4326 | (216) 267-7229 | 0:08 | | | sdc |
| 35 | 3/29/2019 15:48 | (440) 503-4326 | (216) 267-7229 | 0:08 | | | sdc |
| 36 | 3/29/2019 15:48 | (440) 503-4326 | (216) 267-7229 | 0:07 | | | sdc |
| 37 | 3/29/2019 15:52 | (440) 503-4326 | (216) 267-7229 | 1:28 | | | sdc |
| 38 | 3/30/2019 8:21 | (440) 503-4326 | (216) 267-7229 | 0:47 | | | sdc |
| 39 | 3/30/2019 9:36 | (440) 503-4326 | (216) 267-7229 | 3:01 | | | sdc |
| 40 | 3/30/2019 9:52 | (440) 503-4326 | (216) 267-7229 | 2:14 | | | sdc |
| 41 | 3/30/2019 10:26 | (440) 503-4326 | (216) 267-7229 | 9:53 | | | sdc |
| 42 | 3/31/2019 14:30 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 43 | 3/31/2019 14:43 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 44 | 3/31/2019 18:27 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 45 | 3/31/2019 18:28 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |

Total Calls: 45                                                      Total Duration: 58:18

CRISCIONE_004779

April '19

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 4/1/2019 9:16 | (440) 503-4326 | (216) 267-7229 | 0:26 | | | sdc |
| 2 | 4/1/2019 10:27 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 3 | 4/2/2019 11:28 | (440) 503-4326 | (216) 267-7229 | 1:14 | | | sdc |
| 4 | 4/2/2019 18:32 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 5 | 4/2/2019 20:10 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 6 | 4/2/2019 20:18 | (440) 503-4326 | (216) 267-7229 | 0:26 | | | sdc |
| 7 | 4/2/2019 20:26 | (440) 503-4326 | (216) 267-7229 | 1:41 | | | sdc |
| 8 | 4/2/2019 20:44 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 9 | 4/3/2019 9:41 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 10 | 4/3/2019 11:27 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 11 | 4/3/2019 14:44 | (440) 503-4326 | (216) 267-7229 | 1:04 | | | sdc |
| 12 | 4/3/2019 18:56 | (440) 503-4326 | (216) 267-7229 | 1:33 | | | sdc |
| 13 | 4/5/2019 15:41 | (440) 503-4326 | (216) 267-7229 | 0:14 | | | sdc |
| 14 | 4/5/2019 19:02 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 15 | 4/6/2019 9:15 | (440) 503-4326 | (216) 267-7229 | 4:22 | | | sdc |
| 16 | 4/7/2019 14:46 | (440) 503-4326 | (216) 267-7229 | 1:04 | | | sdc |
| 17 | 4/8/2019 9:30 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 18 | 4/8/2019 17:05 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 19 | 4/9/2019 9:06 | (440) 503-4326 | (216) 267-7229 | 1:46 | | | sdc |
| 20 | 4/9/2019 11:09 | (440) 503-4326 | (216) 267-7229 | 1:01 | | | sdc |
| 21 | 4/9/2019 18:42 | (440) 503-4326 | (216) 267-7229 | 1:18 | | | sdc |
| 22 | 4/9/2019 22:10 | (440) 503-4326 | (216) 267-7229 | 1:23 | | | sdc |
| 23 | 4/10/2019 9:31 | (440) 503-4326 | (216) 267-7229 | 3:11 | | | sdc |
| 24 | 4/10/2019 10:20 | (440) 503-4326 | (216) 267-7229 | 7:00 | | | sdc |
| 25 | 4/10/2019 13:51 | (440) 503-4326 | (216) 267-7229 | 1:20 | | | sdc |
| 26 | 4/10/2019 14:02 | (440) 503-4326 | (216) 267-7229 | 6:15 | | | sdc |
| 27 | 4/10/2019 14:55 | (440) 503-4326 | (216) 267-7229 | 0:47 | | | sdc |
| 28 | 4/11/2019 19:08 | (440) 503-4326 | (216) 267-7229 | 0:14 | | | sdc |
| 29 | 4/12/2019 9:13 | (440) 503-4326 | (216) 267-7229 | 2:54 | | | sdc |
| 30 | 4/12/2019 9:36 | (440) 503-4326 | (216) 267-7229 | 0:57 | | | sdc |
| 31 | 4/12/2019 14:11 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 32 | 4/12/2019 18:39 | (440) 503-4326 | (216) 267-7229 | 0:03 | | | sdc |
| 33 | 4/13/2019 8:52 | (440) 503-4326 | (216) 267-7229 | 1:11 | | | sdc |
| 34 | 4/13/2019 11:58 | (440) 503-4326 | (216) 267-7229 | 1:35 | | | sdc |
| 35 | 4/13/2019 13:19 | (440) 503-4326 | (216) 267-7229 | 1:44 | | | sdc |
| 36 | 4/13/2019 16:48 | (440) 503-4326 | (216) 267-7229 | 0:38 | | | sdc |
| 37 | 4/14/2019 9:01 | (440) 503-4326 | (216) 267-7229 | 5:00 | | | sdc |
| 38 | 4/15/2019 8:57 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 39 | 4/15/2019 9:30 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 40 | 4/15/2019 16:01 | (440) 503-4326 | (216) 267-7229 | 1:55 | | | sdc |
| 41 | 4/16/2019 9:07 | (440) 503-4326 | (216) 267-7229 | 1:46 | | | sdc |
| 42 | 4/16/2019 9:45 | (440) 503-4326 | (216) 267-7229 | 1:44 | | | sdc |
| 43 | 4/16/2019 13:42 | (440) 503-4326 | (216) 267-7229 | 1:01 | | | sdc |
| 44 | 4/16/2019 18:23 | (440) 503-4326 | (216) 267-7229 | 0:03 | | | sdc |
| 45 | 4/16/2019 18:35 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 46 | 4/16/2019 18:50 | (440) 503-4326 | (216) 267-7229 | 1:13 | | | sdc |
| 47 | 4/16/2019 19:06 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 48 | 4/17/2019 15:45 | (440) 503-4326 | (216) 267-7229 | 5:42 | | | sdc |
| 49 | 4/18/2019 16:37 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 50 | 4/18/2019 16:48 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 51 | 4/18/2019 16:51 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 52 | 4/18/2019 19:35 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 53 | 4/18/2019 19:43 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |

CRISCIONE_004780

April '19

| | | | | | |
|---|---|---|---|---|---|
| 54 | 4/18/2019 19:43 | (440) 503-4326 | (216) 267-7229 | 0:05 | sdc |
| 55 | 4/18/2019 19:49 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 56 | 4/18/2019 19:52 | (440) 503-4326 | (216) 267-7229 | 3:00 | sdc |
| 57 | 4/20/2019 14:41 | (440) 503-4326 | (216) 267-7229 | 0:38 | sdc |
| 58 | 4/21/2019 9:18 | (440) 503-4326 | (216) 267-7229 | 3:05 | sdc |
| 59 | 4/22/2019 8:55 | (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 60 | 4/23/2019 10:37 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
| 61 | 4/23/2019 11:59 | (440) 503-4326 | (216) 267-7229 | 4:12 | sdc |
| 62 | 4/23/2019 23:53 | (440) 503-4326 | (216) 267-7229 | 1:52 | sdc |
| 63 | 4/24/2019 12:49 | (440) 503-4326 | (216) 267-7229 | 3:50 | sdc |
| 64 | 4/24/2019 13:52 | (440) 503-4326 | (216) 267-7229 | 2:35 | sdc |
| 65 | 4/25/2019 14:31 | (440) 503-4326 | (216) 267-7229 | 2:06 | sdc |
| 66 | 4/26/2019 13:15 | (440) 503-4326 | (216) 267-7229 | 0:37 | sdc |
| 67 | 4/27/2019 9:39 | (440) 503-4326 | (216) 267-7229 | 1:07 | sdc |
| 68 | 4/28/2019 10:31 | (440) 503-4326 | (216) 267-7229 | 0:50 | sdc |
| 69 | 4/28/2019 14:21 | (440) 503-4326 | (216) 267-7229 | 1:28 | sdc |
| 70 | 4/28/2019 14:25 | (440) 503-4326 | (216) 267-7229 | 1:42 | sdc |
| 71 | 4/28/2019 14:29 | (440) 503-4326 | (216) 267-7229 | 1:00 | sdc |
| 72 | 4/28/2019 18:52 | (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |
| 73 | 4/29/2019 9:06 | (440) 503-4326 | (216) 267-7229 | 4:20 | sdc |
| 74 | 4/29/2019 15:12 | (440) 503-4326 | (216) 267-7229 | 3:07 | sdc |
| 75 | 4/30/2019 10:31 | (440) 503-4326 | (216) 267-7229 | 2:56 | sdc |
| 76 | 4/30/2019 10:35 | (440) 503-4326 | (216) 267-7229 | 0:26 | sdc |
| 77 | 4/30/2019 13:51 | (440) 503-4326 | (216) 267-7229 | 0:42 | sdc |
| 78 | 4/30/2019 15:27 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 79 | 4/30/2019 15:45 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 80 | 4/30/2019 15:55 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 81 | 4/30/2019 18:01 | (440) 503-4326 | (216) 267-7229 | 1:00 | sdc |

Total Calls: 81                                      Total Duration: 123:12

CRISCIONE_004781

May '19

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 5/1/2019 14:56 | (440) 503-4326 | (216) 267-7229 | 3:29 | | | sdc |
| 2 | 5/2/2019 8:50 | (440) 503-4326 | (216) 267-7229 | 2:01 | | | sdc |
| 3 | 5/2/2019 11:29 | (440) 503-4326 | (216) 267-7229 | 2:57 | | | sdc |
| 4 | 5/2/2019 16:00 | (440) 503-4326 | (216) 267-7229 | 1:43 | | | sdc |
| 5 | 5/2/2019 18:54 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 6 | 5/2/2019 19:00 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 7 | 5/2/2019 19:00 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 8 | 5/2/2019 19:17 | (440) 503-4326 | (216) 267-7229 | 1:03 | | | sdc |
| 9 | 5/2/2019 20:27 | (440) 503-4326 | (216) 267-7229 | 1:19 | | | sdc |
| 10 | 5/3/2019 9:05 | (440) 503-4326 | (216) 267-7229 | 1:03 | | | sdc |
| 11 | 5/3/2019 9:30 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 12 | 5/3/2019 9:42 | (440) 503-4326 | (216) 267-7229 | 1:34 | | | sdc |
| 13 | 5/4/2019 11:07 | (440) 503-4326 | (216) 267-7229 | 1:15 | | | sdc |
| 14 | 5/4/2019 11:31 | (440) 503-4326 | (216) 267-7229 | 1:18 | | | sdc |
| 15 | 5/4/2019 15:29 | (440) 503-4326 | (216) 267-7229 | 1:42 | | | sdc |
| 16 | 5/4/2019 18:15 | (440) 503-4326 | (216) 267-7229 | 2:25 | | | sdc |
| 17 | 5/5/2019 9:20 | (440) 503-4326 | (216) 267-7229 | 3:44 | | | sdc |
| 18 | 5/5/2019 11:02 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 19 | 5/5/2019 18:32 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 20 | 5/6/2019 14:22 | (440) 503-4326 | (216) 267-7229 | 1:16 | | | sdc |
| 21 | 5/7/2019 9:50 | (440) 503-4326 | (216) 267-7229 | 5:07 | | | sdc |
| 22 | 5/7/2019 19:03 | (440) 503-4326 | (216) 267-7229 | 1:08 | | | sdc |
| 23 | 5/8/2019 8:50 | (440) 503-4326 | (216) 267-7229 | 1:17 | | | sdc |
| 24 | 5/8/2019 9:50 | (440) 503-4326 | (216) 267-7229 | 1:08 | | | sdc |
| 25 | 5/8/2019 12:20 | (440) 503-4326 | (216) 267-7229 | 2:10 | | | sdc |
| 26 | 5/8/2019 18:27 | (440) 503-4326 | (216) 267-7229 | 1:37 | | | sdc |
| 27 | 5/8/2019 19:10 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 28 | 5/8/2019 20:42 | (440) 503-4326 | (216) 267-7229 | 0:38 | | | sdc |
| 29 | 5/9/2019 18:02 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 30 | 5/10/2019 9:24 | (440) 503-4326 | (216) 267-7229 | 2:05 | | | sdc |
| 31 | 5/10/2019 9:55 | (440) 503-4326 | (216) 267-7229 | 2:23 | | | sdc |
| 32 | 5/10/2019 11:40 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 33 | 5/10/2019 13:03 | (440) 503-4326 | (216) 267-7229 | 0:47 | | | sdc |
| 34 | 5/10/2019 17:03 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 35 | 5/10/2019 18:31 | (440) 503-4326 | (216) 267-7229 | 0:45 | | | sdc |
| 36 | 5/10/2019 20:57 | (440) 503-4326 | (216) 267-7229 | 2:48 | | | sdc |
| 37 | 5/11/2019 6:51 | (440) 503-4326 | (216) 267-7229 | 5:41 | | | sdc |
| 38 | 5/11/2019 16:57 | (440) 503-4326 | (216) 267-7229 | 2:12 | | | sdc |
| 39 | 5/11/2019 19:10 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 40 | 5/11/2019 19:33 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 41 | 5/12/2019 7:22 | (440) 503-4326 | (216) 267-7229 | 0:29 | | | sdc |
| 42 | 5/12/2019 7:22 | (440) 503-4326 | (216) 267-7229 | 0:28 | | | sdc |
| 43 | 5/12/2019 7:23 | (440) 503-4326 | (216) 267-7229 | 0:30 | | | sdc |
| 44 | 5/12/2019 7:23 | (440) 503-4326 | (216) 267-7229 | 1:37 | | | sdc |
| 45 | 5/14/2019 9:20 | (440) 503-4326 | (216) 267-7229 | 1:46 | | | sdc |
| 46 | 5/14/2019 10:00 | (440) 503-4326 | (216) 267-7229 | 1:50 | | | sdc |
| 47 | 5/16/2019 8:04 | (440) 503-4326 | (216) 267-7229 | 1:12 | | | sdc |
| 48 | 5/16/2019 17:57 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 49 | 5/17/2019 8:57 | (440) 503-4326 | (216) 267-7229 | 0:57 | | | sdc |
| 50 | 5/17/2019 9:45 | (440) 503-4326 | (216) 267-7229 | 0:31 | | | sdc |
| 51 | 5/17/2019 10:42 | (440) 503-4326 | (216) 267-7229 | 0:57 | | | sdc |
| 52 | 5/17/2019 18:55 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 53 | 5/18/2019 16:55 | (440) 503-4326 | (216) 267-7229 | 0:34 | | | sdc |

CRISCIONE_004782

May '19

| | | | | |
|---|---|---|---|---|
| 54 | 5/18/2019 16:56 | (440) 503-4326 | (216) 267-7229 | 0:36 | sdc |
| 55 | 5/19/2019 8:40 | (440) 503-4326 | (216) 267-7229 | 2:02 | sdc |
| 56 | 5/19/2019 19:33 | (440) 503-4326 | (216) 267-7229 | 1:37 | sdc |
| 57 | 5/20/2019 8:37 | (440) 503-4326 | (216) 267-7229 | 0:43 | sdc |
| 58 | 5/21/2019 9:29 | (440) 503-4326 | (216) 267-7229 | 0:56 | sdc |
| 59 | 5/22/2019 16:31 | (440) 503-4326 | (216) 267-7229 | 1:26 | sdc |
| 60 | 5/22/2019 19:01 | (440) 503-4326 | (216) 267-7229 | 1:13 | sdc |
| 61 | 5/23/2019 14:33 | (440) 503-4326 | (216) 267-7229 | 0:19 | sdc |
| 62 | 5/23/2019 14:45 | (440) 503-4326 | (216) 267-7229 | 4:43 | sdc |
| 63 | 5/24/2019 8:50 | (440) 503-4326 | (216) 267-7229 | 1:02 | sdc |
| 64 | 5/24/2019 9:05 | (440) 503-4326 | (216) 267-7229 | 0:54 | sdc |
| 65 | 5/24/2019 9:27 | (440) 503-4326 | (216) 267-7229 | 3:53 | sdc |
| 66 | 5/24/2019 11:41 | (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |
| 67 | 5/24/2019 11:51 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 68 | 5/25/2019 9:44 | (440) 503-4326 | (216) 267-7229 | 2:25 | sdc |
| 69 | 5/25/2019 13:51 | (440) 503-4326 | (216) 267-7229 | 1:04 | sdc |
| 70 | 5/25/2019 15:02 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 71 | 5/25/2019 15:14 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 72 | 5/25/2019 15:23 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 73 | 5/25/2019 16:04 | (440) 503-4326 | (216) 267-7229 | 0:37 | sdc |
| 74 | 5/25/2019 16:08 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 75 | 5/25/2019 18:19 | (440) 503-4326 | (216) 267-7229 | 0:55 | sdc |
| 76 | 5/25/2019 18:20 | (440) 503-4326 | (216) 267-7229 | 0:08 | sdc |
| 77 | 5/25/2019 18:20 | (440) 503-4326 | (216) 267-7229 | 0:08 | sdc |
| 78 | 5/25/2019 18:20 | (440) 503-4326 | (216) 267-7229 | 0:11 | sdc |
| 79 | 5/25/2019 18:21 | (440) 503-4326 | (216) 267-7229 | 0:18 | sdc |
| 80 | 5/25/2019 18:21 | (440) 503-4326 | (216) 267-7229 | 0:06 | sdc |
| 81 | 5/26/2019 8:41 | (440) 503-4326 | (216) 267-7229 | 0:07 | sdc |
| 82 | 5/26/2019 12:22 | (440) 503-4326 | (216) 267-7229 | 0:08 | sdc |
| 83 | 5/26/2019 14:09 | (440) 503-4326 | (216) 267-7229 | 0:08 | sdc |
| 84 | 5/26/2019 14:46 | (440) 503-4326 | (216) 267-7229 | 1:07 | sdc |
| 85 | 5/27/2019 17:37 | (440) 503-4326 | (216) 267-7229 | 1:16 | sdc |
| 86 | 5/28/2019 14:47 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
| 87 | 5/28/2019 16:14 | (440) 503-4326 | (216) 267-7229 | 0:49 | sdc |
| 88 | 5/28/2019 16:46 | (440) 503-4326 | (216) 267-7229 | 1:01 | sdc |
| 89 | 5/28/2019 18:37 | (440) 503-4326 | (216) 267-7229 | 0:30 | sdc |
| 90 | 5/28/2019 18:56 | (440) 503-4326 | (216) 267-7229 | 0:50 | sdc |
| 91 | 5/29/2019 7:48 | (440) 503-4326 | (216) 267-7229 | 1:39 | sdc |
| 92 | 5/29/2019 11:42 | (440) 503-4326 | (216) 267-7229 | 1:56 | sdc |
| 93 | 5/29/2019 14:37 | (440) 503-4326 | (216) 267-7229 | 2:19 | sdc |
| 94 | 5/30/2019 8:49 | (440) 503-4326 | (216) 267-7229 | 6:06 | sdc |
| 95 | 5/31/2019 9:07 | (440) 503-4326 | (216) 267-7229 | 0:54 | sdc |
| 96 | 5/31/2019 9:50 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 97 | 5/31/2019 14:00 | (440) 503-4326 | (216) 267-7229 | 0:04 | sdc |

Total Calls: 97                                             Total Duration: 123:24

CRISCIONE_004783

June '19

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 6/1/2019 11:16 | (440) 503-4326 | (216) 267-7229 | 1:15 | | | sdc |
| 2 | 6/2/2019 10:36 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 3 | 6/3/2019 7:47 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 4 | 6/3/2019 21:18 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 5 | 6/3/2019 21:20 | (440) 503-4326 | (216) 267-7229 | 2:10 | | | sdc |
| 6 | 6/5/2019 11:15 | (440) 503-4326 | (216) 267-7229 | 1:04 | | | sdc |
| 7 | 6/5/2019 14:22 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 8 | 6/5/2019 15:35 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |
| 9 | 6/6/2019 11:40 | (440) 503-4326 | (216) 267-7229 | 0:27 | | | sdc |
| 10 | 6/6/2019 13:41 | (440) 503-4326 | (216) 267-7229 | 0:28 | | | sdc |
| 11 | 6/6/2019 15:09 | (440) 503-4326 | (216) 267-7229 | 4:34 | | | sdc |
| 12 | 6/6/2019 18:31 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 13 | 6/7/2019 9:35 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 14 | 6/7/2019 15:13 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 15 | 6/7/2019 15:24 | (440) 503-4326 | (216) 267-7229 | 1:43 | | | sdc |
| 16 | 6/7/2019 19:07 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 17 | 6/8/2019 9:02 | (440) 503-4326 | (216) 267-7229 | 2:59 | | | sdc |
| 18 | 6/8/2019 14:03 | (440) 503-4326 | (216) 267-7229 | 1:23 | | | sdc |
| 19 | 6/8/2019 18:43 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 20 | 6/8/2019 19:27 | (440) 503-4326 | (216) 267-7229 | 0:29 | | | sdc |
| 21 | 6/9/2019 15:19 | (440) 503-4326 | (216) 267-7229 | 1:42 | | | sdc |
| 22 | 6/10/2019 14:31 | (440) 503-4326 | (216) 267-7229 | 0:48 | | | sdc |
| 23 | 6/11/2019 8:56 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 24 | 6/11/2019 9:24 | (440) 503-4326 | (216) 267-7229 | 0:14 | | | sdc |
| 25 | 6/11/2019 18:11 | (440) 503-4326 | (216) 267-7229 | 1:13 | | | sdc |
| 26 | 6/11/2019 18:42 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 27 | 6/11/2019 18:42 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 28 | 6/12/2019 8:59 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 29 | 6/12/2019 9:26 | (440) 503-4326 | (216) 267-7229 | 4:01 | | | sdc |
| 30 | 6/12/2019 19:43 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 31 | 6/13/2019 9:11 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 32 | 6/13/2019 18:23 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 33 | 6/15/2019 5:52 | (440) 503-4326 | (216) 267-7229 | 1:03 | | | sdc |
| 34 | 6/15/2019 5:59 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 35 | 6/16/2019 8:54 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 36 | 6/16/2019 8:54 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 37 | 6/16/2019 8:55 | (440) 503-4326 | (216) 267-7229 | 0:08 | | | sdc |
| 38 | 6/16/2019 9:17 | (440) 503-4326 | (216) 267-7229 | 0:10 | | | sdc |
| 39 | 6/16/2019 9:21 | (440) 503-4326 | (216) 267-7229 | 0:07 | | | sdc |
| 40 | 6/16/2019 9:30 | (440) 503-4326 | (216) 267-7229 | 0:07 | | | sdc |
| 41 | 6/17/2019 8:56 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 42 | 6/18/2019 13:39 | (440) 503-4326 | (216) 267-7229 | 0:45 | | | sdc |
| 43 | 6/18/2019 20:12 | (440) 503-4326 | (216) 267-7229 | 1:14 | | | sdc |
| 44 | 6/19/2019 17:16 | (440) 503-4326 | (216) 267-7229 | 0:09 | | | sdc |
| 45 | 6/19/2019 18:38 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 46 | 6/19/2019 19:12 | (440) 503-4326 | (216) 267-7229 | 0:29 | | | sdc |
| 47 | 6/19/2019 19:53 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 48 | 6/19/2019 20:42 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 49 | 6/20/2019 16:37 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 50 | 6/20/2019 21:27 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 51 | 6/21/2019 7:58 | (440) 503-4326 | (216) 267-7229 | 3:48 | | | sdc |
| 52 | 6/21/2019 12:30 | (440) 503-4326 | (216) 267-7229 | 1:31 | | | sdc |
| 53 | 6/21/2019 15:16 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |

CRISCIONE_004784

June '19

| 54 | 6/22/2019 8:57 | (440) 503-4326 | (216) 267-7229 | 0:38 | sdc |
|----|----------------|----------------|----------------|------|-----|
| 55 | 6/22/2019 18:27 | (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 56 | 6/23/2019 8:35 | (440) 503-4326 | (216) 267-7229 | 2:10 | sdc |
| 57 | 6/23/2019 17:06 | (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 58 | 6/24/2019 19:29 | (440) 503-4326 | (216) 267-7229 | 0:03 | sdc |
| 59 | 6/24/2019 19:30 | (440) 503-4326 | (216) 267-7229 | 0:45 | sdc |
| 60 | 6/25/2019 8:52 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
| 61 | 6/25/2019 15:03 | (440) 503-4326 | (216) 267-7229 | 0:32 | sdc |
| 62 | 6/25/2019 15:05 | (440) 503-4326 | (216) 267-7229 | 0:15 | sdc |
| 63 | 6/25/2019 16:38 | (440) 503-4326 | (216) 267-7229 | 2:02 | sdc |
| 64 | 6/25/2019 19:46 | (440) 503-4326 | (216) 267-7229 | 1:35 | sdc |
| 65 | 6/26/2019 8:54 | (440) 503-4326 | (216) 267-7229 | 0:24 | sdc |
| 66 | 6/26/2019 11:57 | (440) 503-4326 | (216) 267-7229 | 0:48 | sdc |
| 67 | 6/26/2019 13:53 | (440) 503-4326 | (216) 267-7229 | 0:31 | sdc |
| 68 | 6/26/2019 14:18 | (440) 503-4326 | (216) 267-7229 | 1:48 | sdc |
| 69 | 6/27/2019 9:06 | (440) 503-4326 | (216) 267-7229 | 1:12 | sdc |
| 70 | 6/27/2019 22:40 | (440) 503-4326 | (216) 267-7229 | 3:32 | sdc |
| 71 | 6/28/2019 18:34 | (440) 503-4326 | (216) 267-7229 | 1:01 | sdc |
| 72 | 6/29/2019 9:14 | (440) 503-4326 | (216) 267-7229 | 2:35 | sdc |
| 73 | 6/29/2019 9:21 | (440) 503-4326 | (216) 267-7229 | 1:18 | sdc |
| 74 | 6/29/2019 9:22 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 75 | 6/29/2019 9:31 | (440) 503-4326 | (216) 267-7229 | 0:41 | sdc |
| 76 | 6/29/2019 15:03 | (440) 503-4326 | (216) 267-7229 | 0:34 | sdc |
| 77 | 6/30/2019 11:01 | (440) 503-4326 | (216) 267-7229 | 1:04 | sdc |
| 78 | 6/30/2019 11:06 | (440) 503-4326 | (216) 267-7229 | 0:55 | sdc |

Total Calls: 78                                    Total Duration: 77:59

CRISCIONE_004785

July '19

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 7/1/2019 15:54 | (440) 503-4326 | (216) 267-7229 | 2:19 | | | sdc |
| 2 | 7/1/2019 18:18 | (440) 503-4326 | (216) 267-7229 | 1:16 | | | sdc |
| 3 | 7/2/2019 16:40 | (440) 503-4326 | (216) 267-7229 | 0:03 | | | sdc |
| 4 | 7/2/2019 16:45 | (440) 503-4326 | (216) 267-7229 | 0:28 | | | sdc |
| 5 | 7/2/2019 18:42 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 6 | 7/2/2019 18:42 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 7 | 7/2/2019 18:57 | (440) 503-4326 | (216) 267-7229 | 1:15 | | | sdc |
| 8 | 7/3/2019 8:40 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 9 | 7/3/2019 11:04 | (440) 503-4326 | (216) 267-7229 | 3:44 | | | sdc |
| 10 | 7/3/2019 18:46 | (440) 503-4326 | (216) 267-7229 | 2:12 | | | sdc |
| 11 | 7/4/2019 18:16 | (440) 503-4326 | (216) 267-7229 | 0:31 | | | sdc |
| 12 | 7/5/2019 18:15 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 13 | 7/5/2019 19:57 | (440) 503-4326 | (216) 267-7229 | 0:29 | | | sdc |
| 14 | 7/6/2019 9:07 | (440) 503-4326 | (216) 267-7229 | 1:37 | | | sdc |
| 15 | 7/6/2019 10:05 | (440) 503-4326 | (216) 267-7229 | 2:10 | | | sdc |
| 16 | 7/6/2019 10:10 | (440) 503-4326 | (216) 267-7229 | 1:08 | | | sdc |
| 17 | 7/6/2019 10:47 | (440) 503-4326 | (216) 267-7229 | 0:46 | | | sdc |
| 18 | 7/6/2019 13:47 | (440) 503-4326 | (216) 267-7229 | 0:57 | | | sdc |
| 19 | 7/7/2019 13:07 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 20 | 7/8/2019 9:02 | (440) 503-4326 | (216) 267-7229 | 1:30 | | | sdc |
| 21 | 7/8/2019 20:00 | (440) 503-4326 | (216) 267-7229 | 0:47 | | | sdc |
| 22 | 7/9/2019 12:30 | (440) 503-4326 | (216) 267-7229 | 1:44 | | | sdc |
| 23 | 7/9/2019 13:55 | (440) 503-4326 | (216) 267-7229 | 0:26 | | | sdc |
| 24 | 7/9/2019 15:51 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 25 | 7/9/2019 16:50 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 26 | 7/9/2019 18:01 | (440) 503-4326 | (216) 267-7229 | 1:15 | | | sdc |
| 27 | 7/9/2019 18:10 | (440) 503-4326 | (216) 267-7229 | 0:34 | | | sdc |
| 28 | 7/9/2019 18:26 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 29 | 7/10/2019 18:38 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 30 | 7/11/2019 9:15 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 31 | 7/11/2019 9:30 | (440) 503-4326 | (216) 267-7229 | 1:14 | | | sdc |
| 32 | 7/12/2019 8:41 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 33 | 7/12/2019 18:19 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 34 | 7/13/2019 16:52 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 35 | 7/14/2019 8:19 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 36 | 7/14/2019 9:44 | (440) 503-4326 | (216) 267-7229 | 2:53 | | | sdc |
| 37 | 7/14/2019 9:58 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 38 | 7/14/2019 14:23 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 39 | 7/14/2019 14:33 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 40 | 7/14/2019 14:50 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |
| 41 | 7/17/2019 11:54 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 42 | 7/17/2019 16:38 | (440) 503-4326 | (216) 267-7229 | 1:16 | | | sdc |
| 43 | 7/17/2019 19:06 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 44 | 7/17/2019 19:12 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 45 | 7/17/2019 19:29 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 46 | 7/17/2019 19:29 | (440) 503-4326 | (216) 267-7229 | 3:30 | | | sdc |
| 47 | 7/17/2019 19:51 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 48 | 7/19/2019 14:37 | (440) 503-4326 | (216) 267-7229 | 3:04 | | | sdc |
| 49 | 7/19/2019 15:11 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 50 | 7/19/2019 19:13 | (440) 503-4326 | (216) 267-7229 | 0:34 | | | sdc |
| 51 | 7/19/2019 20:08 | (440) 503-4326 | (216) 267-7229 | 5:14 | | | sdc |
| 52 | 7/19/2019 20:14 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 53 | 7/19/2019 20:28 | (440) 503-4326 | (216) 267-7229 | 0:22 | | | sdc |

CRISCIONE_004786

July '19

| 54 | 7/19/2019 20:31 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
|----|-----------------|----------------|----------------|------|-----|
| 55 | 7/20/2019 16:07 | (440) 503-4326 | (216) 267-7229 | 0:25 | sdc |
| 56 | 7/21/2019 8:26 | (440) 503-4326 | (216) 267-7229 | 4:52 | sdc |
| 57 | 7/21/2019 9:42 | (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |
| 58 | 7/21/2019 14:16 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 59 | 7/23/2019 3:03 | (440) 503-4326 | (216) 267-7229 | 2:22 | sdc |
| 60 | 7/23/2019 7:12 | (440) 503-4326 | (216) 267-7229 | 3:10 | sdc |
| 61 | 7/23/2019 9:27 | (440) 503-4326 | (216) 267-7229 | 1:41 | sdc |
| 62 | 7/24/2019 18:46 | (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
| 63 | 7/25/2019 21:43 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 64 | 7/26/2019 9:33 | (440) 503-4326 | (216) 267-7229 | 0:26 | sdc |
| 65 | 7/26/2019 13:16 | (440) 503-4326 | (216) 267-7229 | 0:33 | sdc |
| 66 | 7/26/2019 17:14 | (440) 503-4326 | (216) 267-7229 | 0:03 | sdc |
| 67 | 7/26/2019 19:07 | (440) 503-4326 | (216) 267-7229 | 0:47 | sdc |
| 68 | 7/27/2019 8:47 | (440) 503-4326 | (216) 267-7229 | 4:43 | sdc |
| 69 | 7/27/2019 10:19 | (440) 503-4326 | (216) 267-7229 | 1:24 | sdc |
| 70 | 7/27/2019 10:27 | (440) 503-4326 | (216) 267-7229 | 2:25 | sdc |
| 71 | 7/27/2019 10:39 | (440) 503-4326 | (216) 267-7229 | 4:06 | sdc |
| 72 | 7/27/2019 15:58 | (440) 503-4326 | (216) 267-7229 | 0:21 | sdc |
| 73 | 7/28/2019 8:39 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 74 | 7/28/2019 8:39 | (440) 503-4326 | (216) 267-7229 | 2:00 | sdc |
| 75 | 7/29/2019 19:09 | (440) 503-4326 | (216) 267-7229 | 1:04 | sdc |
| 76 | 7/30/2019 14:33 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 77 | 7/30/2019 17:06 | (440) 503-4326 | (216) 267-7229 | 1:03 | sdc |
| 78 | 7/31/2019 9:37 | (440) 503-4326 | (216) 267-7229 | 1:31 | sdc |
| 79 | 7/31/2019 12:10 | (440) 503-4326 | (216) 267-7229 | 0:34 | sdc |

Total Calls: 79                                        Total Duration: 97:15

CRISCIONE_004787

August '19

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 8/1/2019 9:00 | (440) 503-4326 | (216) 267-7229 | 2:04 | | | sdc |
| 2 | 8/1/2019 15:25 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 3 | 8/2/2019 13:45 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 4 | 8/2/2019 13:47 | (440) 503-4326 | (216) 267-7229 | 0:15 | | | sdc |
| 5 | 8/2/2019 13:48 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 6 | 8/2/2019 13:49 | (440) 503-4326 | (216) 267-7229 | 0:24 | | | sdc |
| 7 | 8/3/2019 9:07 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 8 | 8/3/2019 11:52 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 9 | 8/3/2019 11:54 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |
| 10 | 8/3/2019 11:55 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 11 | 8/3/2019 11:56 | (440) 503-4326 | (216) 267-7229 | 1:03 | | | sdc |
| 12 | 8/3/2019 12:09 | (440) 503-4326 | (216) 267-7229 | 2:03 | | | sdc |
| 13 | 8/3/2019 16:37 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 14 | 8/3/2019 19:02 | (440) 503-4326 | (216) 267-7229 | 0:20 | | | sdc |
| 15 | 8/4/2019 8:34 | (440) 503-4326 | (216) 267-7229 | 2:37 | | | sdc |
| 16 | 8/4/2019 8:42 | (440) 503-4326 | (216) 267-7229 | 4:25 | | | sdc |
| 17 | 8/4/2019 10:58 | (440) 503-4326 | (216) 267-7229 | 5:16 | | | sdc |
| 18 | 8/4/2019 15:24 | (440) 503-4326 | (216) 267-7229 | 0:03 | | | sdc |
| 19 | 8/6/2019 9:15 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 20 | 8/6/2019 9:38 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 21 | 8/6/2019 10:03 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 22 | 8/7/2019 13:48 | (440) 503-4326 | (216) 267-7229 | 1:52 | | | sdc |
| 23 | 8/7/2019 21:27 | (440) 503-4326 | (216) 267-7229 | 3:41 | | | sdc |
| 24 | 8/8/2019 16:38 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 25 | 8/9/2019 15:56 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 26 | 8/10/2019 7:12 | (440) 503-4326 | (216) 267-7229 | 1:38 | | | sdc |
| 27 | 8/10/2019 9:04 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 28 | 8/10/2019 9:34 | (440) 503-4326 | (216) 267-7229 | 2:00 | | | sdc |
| 29 | 8/10/2019 9:37 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 30 | 8/10/2019 9:52 | (440) 503-4326 | (216) 267-7229 | 1:24 | | | sdc |
| 31 | 8/10/2019 14:48 | (440) 503-4326 | (216) 267-7229 | 0:28 | | | sdc |
| 32 | 8/10/2019 15:35 | (440) 503-4326 | (216) 267-7229 | 1:19 | | | sdc |
| 33 | 8/10/2019 15:37 | (440) 503-4326 | (216) 267-7229 | 0:25 | | | sdc |
| 34 | 8/11/2019 8:48 | (440) 503-4326 | (216) 267-7229 | 3:32 | | | sdc |
| 35 | 8/11/2019 9:56 | (440) 503-4326 | (216) 267-7229 | 1:27 | | | sdc |
| 36 | 8/11/2019 14:04 | (440) 503-4326 | (216) 267-7229 | 1:53 | | | sdc |
| 37 | 8/11/2019 14:29 | (440) 503-4326 | (216) 267-7229 | 0:48 | | | sdc |
| 38 | 8/11/2019 14:35 | (440) 503-4326 | (216) 267-7229 | 1:31 | | | sdc |
| 39 | 8/11/2019 14:53 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 40 | 8/11/2019 18:24 | (440) 503-4326 | (216) 267-7229 | 2:16 | | | sdc |
| 41 | 8/11/2019 20:40 | (440) 503-4326 | (216) 267-7229 | 3:12 | | | sdc |
| 42 | 8/12/2019 8:51 | (440) 503-4326 | (216) 267-7229 | 1:26 | | | sdc |
| 43 | 8/13/2019 18:45 | (440) 503-4326 | (216) 267-7229 | 1:46 | | | sdc |
| 44 | 8/14/2019 7:52 | (440) 503-4326 | (216) 267-7229 | 3:40 | | | sdc |
| 45 | 8/14/2019 9:43 | (440) 503-4326 | (216) 267-7229 | 7:17 | | | sdc |
| 46 | 8/14/2019 13:57 | (440) 503-4326 | (216) 267-7229 | 2:39 | | | sdc |
| 47 | 8/14/2019 14:27 | (440) 503-4326 | (216) 267-7229 | 4:11 | | | sdc |
| 48 | 8/15/2019 8:45 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 49 | 8/16/2019 9:04 | (440) 503-4326 | (216) 267-7229 | 1:16 | | | sdc |
| 50 | 8/16/2019 9:17 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 51 | 8/16/2019 9:23 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 52 | 8/17/2019 9:41 | (440) 503-4326 | (216) 267-7229 | 1:24 | | | sdc |
| 53 | 8/17/2019 11:27 | (440) 503-4326 | (216) 267-7229 | 1:46 | | | sdc |

August '19

| 54 | 8/17/2019 15:00 | (440) 503-4326 | (216) 267-7229 | 0:32 | sdc |
|---|---|---|---|---|---|
| 55 | 8/17/2019 20:05 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
| 56 | 8/17/2019 20:09 | (440) 503-4326 | (216) 267-7229 | 1:00 | sdc |
| 57 | 8/18/2019 9:56 | (440) 503-4326 | (216) 267-7229 | 3:20 | sdc |
| 58 | 8/19/2019 9:23 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
| 59 | 8/19/2019 15:33 | (440) 503-4326 | (216) 267-7229 | 0:04 | sdc |
| 60 | 8/20/2019 16:24 | (440) 503-4326 | (216) 267-7229 | 0:42 | sdc |
| 61 | 8/20/2019 17:28 | (440) 503-4326 | (216) 267-7229 | 1:16 | sdc |
| 62 | 8/20/2019 18:39 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 63 | 8/20/2019 19:06 | (440) 503-4326 | (216) 267-7229 | 1:01 | sdc |
| 64 | 8/20/2019 19:23 | (440) 503-4326 | (216) 267-7229 | 4:28 | sdc |
| 65 | 8/21/2019 8:34 | (440) 503-4326 | (216) 267-7229 | 0:54 | sdc |
| 66 | 8/21/2019 14:49 | (440) 503-4326 | (216) 267-7229 | 0:41 | sdc |
| 67 | 8/21/2019 15:52 | (440) 503-4326 | (216) 267-7229 | 0:45 | sdc |
| 68 | 8/23/2019 9:42 | (440) 503-4326 | (216) 267-7229 | 0:27 | sdc |
| 69 | 8/23/2019 11:12 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 70 | 8/24/2019 8:54 | (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 71 | 8/24/2019 8:54 | (440) 503-4326 | (216) 267-7229 | 1:38 | sdc |
| 72 | 8/24/2019 9:41 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 73 | 8/24/2019 13:03 | (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |
| 74 | 8/24/2019 14:49 | (440) 503-4326 | (216) 267-7229 | 0:56 | sdc |
| 75 | 8/24/2019 16:23 | (440) 503-4326 | (216) 267-7229 | 1:44 | sdc |
| 76 | 8/24/2019 19:54 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 77 | 8/24/2019 19:54 | (440) 503-4326 | (216) 267-7229 | 0:38 | sdc |
| 78 | 8/24/2019 21:33 | (440) 503-4326 | (216) 267-7229 | 5:47 | sdc |
| 79 | 8/25/2019 9:06 | (440) 503-4326 | (216) 267-7229 | 2:38 | sdc |
| 80 | 8/25/2019 11:25 | (440) 503-4326 | (216) 267-7229 | 1:11 | sdc |
| 81 | 8/25/2019 11:37 | (440) 503-4326 | (216) 267-7229 | 1:53 | sdc |
| 82 | 8/25/2019 14:45 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 83 | 8/26/2019 17:29 | (440) 503-4326 | (216) 267-7229 | 1:03 | sdc |
| 84 | 8/27/2019 11:06 | (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 85 | 8/27/2019 11:07 | (440) 503-4326 | (216) 267-7229 | 0:33 | sdc |
| 86 | 8/27/2019 18:39 | (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 87 | 8/28/2019 9:21 | (440) 503-4326 | (216) 267-7229 | 0:45 | sdc |
| 88 | 8/28/2019 9:22 | (440) 503-4326 | (216) 267-7229 | 0:03 | sdc |
| 89 | 8/28/2019 12:08 | (440) 503-4326 | (216) 267-7229 | 0:19 | sdc |
| 90 | 8/28/2019 16:01 | (440) 503-4326 | (216) 267-7229 | 0:42 | sdc |
| 91 | 8/28/2019 17:44 | (440) 503-4326 | (216) 267-7229 | 2:43 | sdc |
| 92 | 8/29/2019 9:14 | (440) 503-4326 | (216) 267-7229 | 1:34 | sdc |
| 93 | 8/29/2019 19:08 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 94 | 8/30/2019 8:11 | (440) 503-4326 | (216) 267-7229 | 0:15 | sdc |
| 95 | 8/30/2019 8:11 | (440) 503-4326 | (216) 267-7229 | 1:10 | sdc |
| 96 | 8/30/2019 8:12 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 97 | 8/30/2019 8:48 | (440) 503-4326 | (216) 267-7229 | 1:08 | sdc |
| 98 | 8/30/2019 11:59 | (440) 503-4326 | (216) 267-7229 | 9:21 | sdc |
| 99 | 8/30/2019 13:38 | (440) 503-4326 | (216) 267-7229 | 3:16 | sdc |
| 100 | 8/30/2019 13:42 | (440) 503-4326 | (216) 267-7229 | 0:20 | sdc |
| 101 | 8/30/2019 14:35 | (440) 503-4326 | (216) 267-7229 | 2:46 | sdc |
| 102 | 8/30/2019 18:30 | (440) 503-4326 | (216) 267-7229 | 1:45 | sdc |
| 103 | 8/30/2019 19:28 | (440) 503-4326 | (216) 267-7229 | 1:22 | sdc |
| 104 | 8/30/2019 20:18 | (440) 503-4326 | (216) 267-7229 | 2:24 | sdc |
| 105 | 8/30/2019 20:21 | (440) 503-4326 | (216) 267-7229 | 0:40 | sdc |
| 106 | 8/30/2019 20:29 | (440) 503-4326 | (216) 267-7229 | 0:38 | sdc |
| 107 | 8/30/2019 20:31 | (440) 503-4326 | (216) 267-7229 | 0:53 | sdc |

CRISCIONE_004789

August '19

| 108 | 8/30/2019 20:32 | (440) 503-4326 | (216) 267-7229 | 0:50 | sdc |
|-----|-----------------|----------------|----------------|------|-----|
| 109 | 8/30/2019 20:35 | (440) 503-4326 | (216) 267-7229 | 4:08 | sdc |
| 110 | 8/31/2019 15:52 | (440) 503-4326 | (216) 267-7229 | 0:08 | sdc |
| 111 | 8/31/2019 15:52 | (440) 503-4326 | (216) 267-7229 | 0:08 | sdc |
| 112 | 8/31/2019 15:52 | (440) 503-4326 | (216) 267-7229 | 0:10 | sdc |
| 113 | 8/31/2019 15:54 | (440) 503-4326 | (216) 267-7229 | 0:09 | sdc |
| 114 | 8/31/2019 15:54 | (440) 503-4326 | (216) 267-7229 | 3:41 | sdc |

Total Calls: 114                                   Total Duration: 165:10

September '19

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 9/1/2019 5:30 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 2 | 9/1/2019 5:35 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 3 | 9/1/2019 5:59 | (440) 503-4326 | (216) 267-7229 | 5:14 | | | sdc |
| 4 | 9/2/2019 9:04 | (440) 503-4326 | (216) 267-7229 | 1:27 | | | sdc |
| 5 | 9/2/2019 18:40 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 6 | 9/2/2019 18:57 | (440) 503-4326 | (216) 267-7229 | 0:38 | | | sdc |
| 7 | 9/3/2019 8:51 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 8 | 9/3/2019 9:29 | (440) 503-4326 | (216) 267-7229 | 1:24 | | | sdc |
| 9 | 9/3/2019 13:03 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 10 | 9/3/2019 16:12 | (440) 503-4326 | (216) 267-7229 | 0:23 | | | sdc |
| 11 | 9/3/2019 18:54 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 12 | 9/3/2019 19:18 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 13 | 9/4/2019 7:19 | (440) 503-4326 | (216) 267-7229 | 2:28 | | | sdc |
| 14 | 9/4/2019 14:07 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 15 | 9/4/2019 14:38 | (440) 503-4326 | (216) 267-7229 | 1:20 | | | sdc |
| 16 | 9/4/2019 15:17 | (440) 503-4326 | (216) 267-7229 | 0:22 | | | sdc |
| 17 | 9/4/2019 16:03 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 18 | 9/4/2019 16:04 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 19 | 9/4/2019 16:55 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 20 | 9/4/2019 16:56 | (440) 503-4326 | (216) 267-7229 | 2:00 | | | sdc |
| 21 | 9/4/2019 18:49 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 22 | 9/4/2019 19:25 | (440) 503-4326 | (216) 267-7229 | 2:30 | | | sdc |
| 23 | 9/4/2019 21:11 | (440) 503-4326 | (216) 267-7229 | 2:54 | | | sdc |
| 24 | 9/6/2019 8:50 | (440) 503-4326 | (216) 267-7229 | 1:35 | | | sdc |
| 25 | 9/6/2019 9:00 | (440) 503-4326 | (216) 267-7229 | 1:50 | | | sdc |
| 26 | 9/6/2019 15:34 | (440) 503-4326 | (216) 267-7229 | 0:20 | | | sdc |
| 27 | 9/7/2019 9:25 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 28 | 9/7/2019 9:26 | (440) 503-4326 | (216) 267-7229 | 1:25 | | | sdc |
| 29 | 9/7/2019 9:58 | (440) 503-4326 | (216) 267-7229 | 2:02 | | | sdc |
| 30 | 9/7/2019 10:08 | (440) 503-4326 | (216) 267-7229 | 1:37 | | | sdc |
| 31 | 9/7/2019 10:10 | (440) 503-4326 | (216) 267-7229 | 0:05 | | | sdc |
| 32 | 9/7/2019 10:43 | (440) 503-4326 | (216) 267-7229 | 0:45 | | | sdc |
| 33 | 9/7/2019 11:33 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 34 | 9/7/2019 12:29 | (440) 503-4326 | (216) 267-7229 | 3:50 | | | sdc |
| 35 | 9/7/2019 17:50 | (440) 503-4326 | (216) 267-7229 | 0:23 | | | sdc |
| 36 | 9/7/2019 17:50 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 37 | 9/7/2019 20:15 | (440) 503-4326 | (216) 267-7229 | 1:01 | | | sdc |
| 38 | 9/8/2019 8:12 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 39 | 9/8/2019 13:43 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 40 | 9/10/2019 7:17 | (440) 503-4326 | (216) 267-7229 | 2:33 | | | sdc |
| 41 | 9/10/2019 7:24 | (440) 503-4326 | (216) 267-7229 | 4:28 | | | sdc |
| 42 | 9/10/2019 9:26 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 43 | 9/10/2019 9:35 | (440) 503-4326 | (216) 267-7229 | 1:25 | | | sdc |
| 44 | 9/10/2019 9:37 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 45 | 9/10/2019 9:37 | (440) 503-4326 | (216) 267-7229 | 0:15 | | | sdc |
| 46 | 9/11/2019 9:33 | (440) 503-4326 | (216) 267-7229 | 0:31 | | | sdc |
| 47 | 9/11/2019 9:48 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 48 | 9/11/2019 11:42 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 49 | 9/11/2019 14:36 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 50 | 9/11/2019 14:36 | (440) 503-4326 | (216) 267-7229 | 0:30 | | | sdc |
| 51 | 9/11/2019 14:51 | (440) 503-4326 | (216) 267-7229 | 0:28 | | | sdc |
| 52 | 9/12/2019 14:50 | (440) 503-4326 | (216) 267-7229 | 4:43 | | | sdc |
| 53 | 9/12/2019 15:12 | (440) 503-4326 | (216) 267-7229 | 0:38 | | | sdc |

CRISCIONE_004791

September '19

| 54 | 9/12/2019 15:48 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
|----|------------------|----------------|----------------|------|-----|
| 55 | 9/12/2019 18:41 | (440) 503-4326 | (216) 267-7229 | 0:26 | sdc |
| 56 | 9/12/2019 18:46 | (440) 503-4326 | (216) 267-7229 | 1:18 | sdc |
| 57 | 9/13/2019 8:37 | (440) 503-4326 | (216) 267-7229 | 1:10 | sdc |
| 58 | 9/13/2019 16:05 | (440) 503-4326 | (216) 267-7229 | 0:53 | sdc |
| 59 | 9/13/2019 21:33 | (440) 503-4326 | (216) 267-7229 | 2:39 | sdc |
| 60 | 9/14/2019 10:05 | (440) 503-4326 | (216) 267-7229 | 1:25 | sdc |
| 61 | 9/14/2019 10:16 | (440) 503-4326 | (216) 267-7229 | 0:43 | sdc |
| 62 | 9/14/2019 11:59 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 63 | 9/15/2019 9:28 | (440) 503-4326 | (216) 267-7229 | 4:04 | sdc |
| 64 | 9/15/2019 10:12 | (440) 503-4326 | (216) 267-7229 | 1:18 | sdc |
| 65 | 9/15/2019 10:14 | (440) 503-4326 | (216) 267-7229 | 0:47 | sdc |
| 66 | 9/15/2019 13:32 | (440) 503-4326 | (216) 267-7229 | 0:47 | sdc |
| 67 | 9/16/2019 8:52 | (440) 503-4326 | (216) 267-7229 | 0:41 | sdc |
| 68 | 9/16/2019 17:34 | (440) 503-4326 | (216) 267-7229 | 1:25 | sdc |
| 69 | 9/16/2019 19:53 | (440) 503-4326 | (216) 267-7229 | 1:09 | sdc |
| 70 | 9/16/2019 19:54 | (440) 503-4326 | (216) 267-7229 | 0:40 | sdc |
| 71 | 9/17/2019 8:58 | (440) 503-4326 | (216) 267-7229 | 0:56 | sdc |
| 72 | 9/17/2019 10:09 | (440) 503-4326 | (216) 267-7229 | 1:47 | sdc |
| 73 | 9/17/2019 11:15 | (440) 503-4326 | (216) 267-7229 | 3:49 | sdc |
| 74 | 9/17/2019 11:26 | (440) 503-4326 | (216) 267-7229 | 0:59 | sdc |
| 75 | 9/17/2019 18:51 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 76 | 9/17/2019 19:13 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 77 | 9/18/2019 9:12 | (440) 503-4326 | (216) 267-7229 | 0:32 | sdc |
| 78 | 9/18/2019 9:17 | (440) 503-4326 | (216) 267-7229 | 0:37 | sdc |
| 79 | 9/18/2019 11:47 | (440) 503-4326 | (216) 267-7229 | 1:01 | sdc |
| 80 | 9/18/2019 12:08 | (440) 503-4326 | (216) 267-7229 | 3:30 | sdc |
| 81 | 9/18/2019 12:19 | (440) 503-4326 | (216) 267-7229 | 3:18 | sdc |
| 82 | 9/18/2019 14:27 | (440) 503-4326 | (216) 267-7229 | 0:57 | sdc |
| 83 | 9/18/2019 15:58 | (440) 503-4326 | (216) 267-7229 | 0:34 | sdc |
| 84 | 9/19/2019 18:14 | (440) 503-4326 | (216) 267-7229 | 0:31 | sdc |
| 85 | 9/21/2019 14:32 | (440) 503-4326 | (216) 267-7229 | 1:16 | sdc |
| 86 | 9/22/2019 9:21 | (440) 503-4326 | (216) 267-7229 | 1:43 | sdc |
| 87 | 9/22/2019 9:31 | (440) 503-4326 | (216) 267-7229 | 0:28 | sdc |
| 88 | 9/22/2019 9:35 | (440) 503-4326 | (216) 267-7229 | 2:35 | sdc |
| 89 | 9/22/2019 10:18 | (440) 503-4326 | (216) 267-7229 | 0:50 | sdc |
| 90 | 9/22/2019 13:18 | (440) 503-4326 | (216) 267-7229 | 0:59 | sdc |
| 91 | 9/22/2019 14:00 | (440) 503-4326 | (216) 267-7229 | 1:27 | sdc |
| 92 | 9/22/2019 15:53 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 93 | 9/23/2019 14:27 | (440) 503-4326 | (216) 267-7229 | 2:52 | sdc |
| 94 | 9/23/2019 14:52 | (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
| 95 | 9/23/2019 15:44 | (440) 503-4326 | (216) 267-7229 | 1:33 | sdc |
| 96 | 9/23/2019 15:59 | (440) 503-4326 | (216) 267-7229 | 0:59 | sdc |
| 97 | 9/24/2019 9:15 | (440) 503-4326 | (216) 267-7229 | 0:43 | sdc |
| 98 | 9/24/2019 9:27 | (440) 503-4326 | (216) 267-7229 | 3:20 | sdc |
| 99 | 9/24/2019 12:56 | (440) 503-4326 | (216) 267-7229 | 1:30 | sdc |
| 100 | 9/24/2019 14:43 | (440) 503-4326 | (216) 267-7229 | 1:00 | sdc |
| 101 | 9/25/2019 7:25 | (440) 503-4326 | (216) 267-7229 | 1:05 | sdc |
| 102 | 9/25/2019 12:36 | (440) 503-4326 | (216) 267-7229 | 1:59 | sdc |
| 103 | 9/25/2019 14:02 | (440) 503-4326 | (216) 267-7229 | 2:10 | sdc |
| 104 | 9/27/2019 9:16 | (440) 503-4326 | (216) 267-7229 | 0:21 | sdc |
| 105 | 9/27/2019 14:12 | (440) 503-4326 | (216) 267-7229 | 1:56 | sdc |
| 106 | 9/27/2019 16:46 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 107 | 9/28/2019 9:02 | (440) 503-4326 | (216) 267-7229 | 1:19 | sdc |

September '19

| 108 | 9/28/2019 9:15 | (440) 503-4326 | (216) 267-7229 | 1:16 | sdc |
| 109 | 9/28/2019 11:49 | (440) 503-4326 | (216) 267-7229 | 0:42 | sdc |
| 110 | 9/28/2019 16:28 | (440) 503-4326 | (216) 267-7229 | 0:31 | sdc |
| 111 | 9/29/2019 9:52 | (440) 503-4326 | (216) 267-7229 | 1:04 | sdc |
| 112 | 9/29/2019 10:12 | (440) 503-4326 | (216) 267-7229 | 0:25 | sdc |
| 113 | 9/29/2019 10:14 | (440) 503-4326 | (216) 267-7229 | 1:43 | sdc |
| 114 | 9/29/2019 16:00 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 115 | 9/29/2019 16:16 | (440) 503-4326 | (216) 267-7229 | 1:21 | sdc |
| 116 | 9/30/2019 10:16 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 117 | 9/30/2019 18:21 | (440) 503-4326 | (216) 267-7229 | 3:55 | sdc |

Total Calls: 117                                             Total Duration: 150:30

CRISCIONE_004793

October '19

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 10/1/2019 14:52 | (440) 503-4326 | (216) 267-7229 | 0:16 | | | sdc |
| 2 | 10/1/2019 14:53 | (440) 503-4326 | (216) 267-7229 | 1:20 | | | sdc |
| 3 | 10/1/2019 18:54 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 4 | 10/2/2019 8:58 | (440) 503-4326 | (216) 267-7229 | 1:33 | | | sdc |
| 5 | 10/2/2019 10:17 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 6 | 10/2/2019 12:20 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 7 | 10/2/2019 18:43 | (440) 503-4326 | (216) 267-7229 | 2:09 | | | sdc |
| 8 | 10/2/2019 19:38 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 9 | 10/3/2019 17:04 | (440) 503-4326 | (216) 267-7229 | 2:05 | | | sdc |
| 10 | 10/4/2019 7:54 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 11 | 10/4/2019 9:13 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 12 | 10/4/2019 9:20 | (440) 503-4326 | (216) 267-7229 | 0:46 | | | sdc |
| 13 | 10/4/2019 9:26 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 14 | 10/4/2019 9:40 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 15 | 10/4/2019 13:59 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 16 | 10/5/2019 8:58 | (440) 503-4326 | (216) 267-7229 | 2:40 | | | sdc |
| 17 | 10/5/2019 15:08 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 18 | 10/5/2019 16:23 | (440) 503-4326 | (216) 267-7229 | 1:03 | | | sdc |
| 19 | 10/6/2019 8:53 | (440) 503-4326 | (216) 267-7229 | 3:15 | | | sdc |
| 20 | 10/6/2019 9:48 | (440) 503-4326 | (216) 267-7229 | 1:10 | | | sdc |
| 21 | 10/6/2019 10:05 | (440) 503-4326 | (216) 267-7229 | 1:48 | | | sdc |
| 22 | 10/6/2019 18:25 | (440) 503-4326 | (216) 267-7229 | 2:15 | | | sdc |
| 23 | 10/7/2019 8:50 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 24 | 10/7/2019 13:24 | (440) 503-4326 | (216) 267-7229 | 0:27 | | | sdc |
| 25 | 10/7/2019 13:36 | (440) 503-4326 | (216) 267-7229 | 0:04 | | | sdc |
| 26 | 10/7/2019 16:41 | (440) 503-4326 | (216) 267-7229 | 1:49 | | | sdc |
| 27 | 10/8/2019 8:42 | (440) 503-4326 | (216) 267-7229 | 4:29 | | | sdc |
| 28 | 10/8/2019 8:50 | (440) 503-4326 | (216) 267-7229 | 1:50 | | | sdc |
| 29 | 10/8/2019 11:19 | (440) 503-4326 | (216) 267-7229 | 1:42 | | | sdc |
| 30 | 10/8/2019 14:02 | (440) 503-4326 | (216) 267-7229 | 0:30 | | | sdc |
| 31 | 10/8/2019 15:24 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 32 | 10/8/2019 16:19 | (440) 503-4326 | (216) 267-7229 | 1:52 | | | sdc |
| 33 | 10/9/2019 9:47 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 34 | 10/9/2019 10:20 | (440) 503-4326 | (216) 267-7229 | 0:13 | | | sdc |
| 35 | 10/9/2019 10:20 | (440) 503-4326 | (216) 267-7229 | 1:34 | | | sdc |
| 36 | 10/9/2019 10:22 | (440) 503-4326 | (216) 267-7229 | 0:14 | | | sdc |
| 37 | 10/9/2019 10:22 | (440) 503-4326 | (216) 267-7229 | 0:13 | | | sdc |
| 38 | 10/9/2019 14:49 | (440) 503-4326 | (216) 267-7229 | 0:21 | | | sdc |
| 39 | 10/9/2019 15:59 | (440) 503-4326 | (216) 267-7229 | 8:37 | | | sdc |
| 40 | 10/9/2019 16:08 | (440) 503-4326 | (216) 267-7229 | 11:06 | | | sdc |
| 41 | 10/10/2019 10:35 | (440) 503-4326 | (216) 267-7229 | 1:16 | | | sdc |
| 42 | 10/10/2019 14:52 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 43 | 10/10/2019 14:53 | (440) 503-4326 | (216) 267-7229 | 0:03 | | | sdc |
| 44 | 10/10/2019 15:05 | (440) 503-4326 | (216) 267-7229 | 2:06 | | | sdc |
| 45 | 10/10/2019 18:14 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 46 | 10/11/2019 9:05 | (440) 503-4326 | (216) 267-7229 | 5:45 | | | sdc |
| 47 | 10/11/2019 10:01 | (440) 503-4326 | (216) 267-7229 | 2:20 | | | sdc |
| 48 | 10/11/2019 17:15 | (440) 503-4326 | (216) 267-7229 | 1:13 | | | sdc |
| 49 | 10/12/2019 7:20 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 50 | 10/13/2019 9:19 | (440) 503-4326 | (216) 267-7229 | 6:07 | | | sdc |
| 51 | 10/13/2019 10:43 | (440) 503-4326 | (216) 267-7229 | 6:13 | | | sdc |
| 52 | 10/13/2019 14:54 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 53 | 10/13/2019 15:16 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |

CRISCIONE_004794

October '19

| | | | | | |
|---|---|---|---|---|---|
| 54 | 10/14/2019 8:14 | (440) 503-4326 | (216) 267-7229 | 1:29 | sdc |
| 55 | 10/14/2019 8:21 | (440) 503-4326 | (216) 267-7229 | 0:48 | sdc |
| 56 | 10/14/2019 9:28 | (440) 503-4326 | (216) 267-7229 | 0:56 | sdc |
| 57 | 10/14/2019 17:56 | (440) 503-4326 | (216) 267-7229 | 0:14 | sdc |
| 58 | 10/14/2019 17:57 | (440) 503-4326 | (216) 267-7229 | 0:57 | sdc |
| 59 | 10/15/2019 10:53 | (440) 503-4326 | (216) 267-7229 | 0:56 | sdc |
| 60 | 10/15/2019 11:48 | (440) 503-4326 | (216) 267-7229 | 4:51 | sdc |
| 61 | 10/15/2019 13:53 | (440) 503-4326 | (216) 267-7229 | 1:14 | sdc |
| 62 | 10/15/2019 14:04 | (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 63 | 10/15/2019 14:08 | (440) 503-4326 | (216) 267-7229 | 0:43 | sdc |
| 64 | 10/15/2019 14:11 | (440) 503-4326 | (216) 267-7229 | 0:36 | sdc |
| 65 | 10/15/2019 18:24 | (440) 503-4326 | (216) 267-7229 | 1:20 | sdc |
| 66 | 10/15/2019 19:12 | (440) 503-4326 | (216) 267-7229 | 0:49 | sdc |
| 67 | 10/16/2019 8:29 | (440) 503-4326 | (216) 267-7229 | 2:12 | sdc |
| 68 | 10/16/2019 8:54 | (440) 503-4326 | (216) 267-7229 | 0:31 | sdc |
| 69 | 10/16/2019 12:45 | (440) 503-4326 | (216) 267-7229 | 1:12 | sdc |
| 70 | 10/16/2019 16:22 | (440) 503-4326 | (216) 267-7229 | 0:33 | sdc |
| 71 | 10/16/2019 18:15 | (440) 503-4326 | (216) 267-7229 | 1:21 | sdc |
| 72 | 10/16/2019 18:26 | (440) 503-4326 | (216) 267-7229 | 1:09 | sdc |
| 73 | 10/16/2019 18:39 | (440) 503-4326 | (216) 267-7229 | 0:54 | sdc |
| 74 | 10/17/2019 8:59 | (440) 503-4326 | (216) 267-7229 | 1:36 | sdc |
| 75 | 10/17/2019 9:42 | (440) 503-4326 | (216) 267-7229 | 0:36 | sdc |
| 76 | 10/17/2019 15:03 | (440) 503-4326 | (216) 267-7229 | 1:22 | sdc |
| 77 | 10/18/2019 7:52 | (440) 503-4326 | (216) 267-7229 | 6:23 | sdc |
| 78 | 10/18/2019 10:24 | (440) 503-4326 | (216) 267-7229 | 5:03 | sdc |
| 79 | 10/19/2019 7:53 | (440) 503-4326 | (216) 267-7229 | 4:33 | sdc |
| 80 | 10/19/2019 10:56 | (440) 503-4326 | (216) 267-7229 | 1:44 | sdc |
| 81 | 10/19/2019 11:39 | (440) 503-4326 | (216) 267-7229 | 0:50 | sdc |
| 82 | 10/19/2019 11:44 | (440) 503-4326 | (216) 267-7229 | 0:53 | sdc |
| 83 | 10/20/2019 7:26 | (440) 503-4326 | (216) 267-7229 | 29:56:00 | sdc |
| 84 | 10/20/2019 8:59 | (440) 503-4326 | (216) 267-7229 | 3:29 | sdc |
| 85 | 10/20/2019 9:16 | (440) 503-4326 | (216) 267-7229 | 1:59 | sdc |
| 86 | 10/21/2019 9:32 | (440) 503-4326 | (216) 267-7229 | 1:17 | sdc |
| 87 | 10/22/2019 11:12 | (440) 503-4326 | (216) 267-7229 | 2:13 | sdc |
| 88 | 10/22/2019 14:07 | (440) 503-4326 | (216) 267-7229 | 0:28 | sdc |
| 89 | 10/22/2019 14:25 | (440) 503-4326 | (216) 267-7229 | 0:32 | sdc |
| 90 | 10/22/2019 15:19 | (440) 503-4326 | (216) 267-7229 | 3:31 | sdc |
| 91 | 10/22/2019 15:25 | (440) 503-4326 | (216) 267-7229 | 0:15 | sdc |
| 92 | 10/22/2019 15:25 | (440) 503-4326 | (216) 267-7229 | 5:19 | sdc |
| 93 | 10/22/2019 15:32 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 94 | 10/22/2019 17:58 | (440) 503-4326 | (216) 267-7229 | 0:48 | sdc |
| 95 | 10/22/2019 18:46 | (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |
| 96 | 10/23/2019 8:51 | (440) 503-4326 | (216) 267-7229 | 0:27 | sdc |
| 97 | 10/23/2019 10:01 | (440) 503-4326 | (216) 267-7229 | 1:26 | sdc |
| 98 | 10/23/2019 10:21 | (440) 503-4326 | (216) 267-7229 | 0:32 | sdc |
| 99 | 10/23/2019 11:25 | (440) 503-4326 | (216) 267-7229 | 1:12 | sdc |
| 100 | 10/23/2019 20:39 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 101 | 10/24/2019 7:43 | (440) 503-4326 | (216) 267-7229 | 2:58 | sdc |
| 102 | 10/24/2019 17:24 | (440) 503-4326 | (216) 267-7229 | 3:11 | sdc |
| 103 | 10/24/2019 18:40 | (440) 503-4326 | (216) 267-7229 | 1:00 | sdc |
| 104 | 10/25/2019 8:46 | (440) 503-4326 | (216) 267-7229 | 6:14 | sdc |
| 105 | 10/25/2019 14:08 | (440) 503-4326 | (216) 267-7229 | 0:31 | sdc |
| 106 | 10/25/2019 14:23 | (440) 503-4326 | (216) 267-7229 | 0:55 | sdc |
| 107 | 10/25/2019 14:25 | (440) 503-4326 | (216) 267-7229 | 0:03 | sdc |

October '19

| 108 | 10/26/2019 7:05 | (440) 503-4326 | (216) 267-7229 | 10:50 | sdc |
|-----|-----------------|----------------|----------------|-------|-----|
| 109 | 10/26/2019 7:16 | (440) 503-4326 | (216) 267-7229 | 0:20 | sdc |
| 110 | 10/26/2019 9:18 | (440) 503-4326 | (216) 267-7229 | 1:54 | sdc |
| 111 | 10/26/2019 14:18 | (440) 503-4326 | (216) 267-7229 | 1:11 | sdc |
| 112 | 10/26/2019 14:35 | (440) 503-4326 | (216) 267-7229 | 0:19 | sdc |
| 113 | 10/26/2019 14:43 | (440) 503-4326 | (216) 267-7229 | 1:13 | sdc |
| 114 | 10/27/2019 8:39 | (440) 503-4326 | (216) 267-7229 | 5:43 | sdc |
| 115 | 10/27/2019 10:04 | (440) 503-4326 | (216) 267-7229 | 0:31 | sdc |
| 116 | 10/27/2019 14:28 | (440) 503-4326 | (216) 267-7229 | 0:33 | sdc |
| 117 | 10/29/2019 8:30 | (440) 503-4326 | (216) 267-7229 | 0:50 | sdc |
| 118 | 10/29/2019 9:50 | (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 119 | 10/29/2019 13:22 | (440) 503-4326 | (216) 267-7229 | 0:16 | sdc |
| 120 | 10/29/2019 14:47 | (440) 503-4326 | (216) 267-7229 | 0:36 | sdc |
| 121 | 10/29/2019 14:52 | (440) 503-4326 | (216) 267-7229 | 0:18 | sdc |
| 122 | 10/29/2019 14:55 | (440) 503-4326 | (216) 267-7229 | 0:20 | sdc |
| 123 | 10/29/2019 15:00 | (440) 503-4326 | (216) 267-7229 | 1:20 | sdc |
| 124 | 10/29/2019 15:05 | (440) 503-4326 | (216) 267-7229 | 1:28 | sdc |
| 125 | 10/29/2019 18:46 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
| 126 | 10/29/2019 19:07 | (440) 503-4326 | (216) 267-7229 | 0:55 | sdc |
| 127 | 10/29/2019 19:13 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
| 128 | 10/30/2019 8:42 | (440) 503-4326 | (216) 267-7229 | 0:45 | sdc |
| 129 | 10/30/2019 14:35 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 130 | 10/30/2019 14:35 | (440) 503-4326 | (216) 267-7229 | 0:19 | sdc |
| 131 | 10/30/2019 14:35 | (440) 503-4326 | (216) 267-7229 | 0:48 | sdc |
| 132 | 10/30/2019 18:16 | (440) 503-4326 | (216) 267-7229 | 1:53 | sdc |
| 133 | 10/30/2019 23:34 | (440) 503-4326 | (216) 267-7229 | 22:20 | sdc |
| 134 | 10/31/2019 8:51 | (440) 503-4326 | (216) 267-7229 | 1:16 | sdc |
| 135 | 10/31/2019 9:24 | (440) 503-4326 | (216) 267-7229 | 14:03 | sdc |
| 136 | 10/31/2019 9:38 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 137 | 10/31/2019 11:02 | (440) 503-4326 | (216) 267-7229 | 1:46 | sdc |
| 138 | 10/31/2019 18:44 | (440) 503-4326 | (216) 267-7229 | 0:24 | sdc |

Total Calls: 138                                     Total Duration: 285:00

CRISCIONE_004796

November '19

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|-----|-------------|-----------|---------|----------|-----|-----------|----------|
| 1 | 11/1/2019 8:56 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 2 | 11/1/2019 9:33 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 3 | 11/1/2019 15:01 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 4 | 11/1/2019 16:17 | (440) 503-4326 | (216) 267-7229 | 0:25 | | | sdc |
| 5 | 11/1/2019 16:25 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 6 | 11/1/2019 17:00 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 7 | 11/1/2019 17:03 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 8 | 11/1/2019 17:04 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 9 | 11/2/2019 9:15 | (440) 503-4326 | (216) 267-7229 | 1:39 | | | sdc |
| 10 | 11/2/2019 9:22 | (440) 503-4326 | (216) 267-7229 | 1:15 | | | sdc |
| 11 | 11/2/2019 10:45 | (440) 503-4326 | (216) 267-7229 | 1:42 | | | sdc |
| 12 | 11/2/2019 11:25 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 13 | 11/2/2019 11:25 | (440) 503-4326 | (216) 267-7229 | 0:27 | | | sdc |
| 14 | 11/2/2019 14:12 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 15 | 11/2/2019 14:12 | (440) 503-4326 | (216) 267-7229 | 0:29 | | | sdc |
| 16 | 11/2/2019 18:52 | (440) 503-4326 | (216) 267-7229 | 0:21 | | | sdc |
| 17 | 11/3/2019 9:08 | (440) 503-4326 | (216) 267-7229 | 1:45 | | | sdc |
| 18 | 11/3/2019 9:34 | (440) 503-4326 | (216) 267-7229 | 1:58 | | | sdc |
| 19 | 11/3/2019 16:14 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |
| 20 | 11/3/2019 16:36 | (440) 503-4326 | (216) 267-7229 | 1:34 | | | sdc |
| 21 | 11/4/2019 10:04 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 22 | 11/4/2019 10:38 | (440) 503-4326 | (216) 267-7229 | 1:08 | | | sdc |
| 23 | 11/4/2019 19:09 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 24 | 11/4/2019 19:19 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 25 | 11/5/2019 11:22 | (440) 503-4326 | (216) 267-7229 | 1:30 | | | sdc |
| 26 | 11/5/2019 12:54 | (440) 503-4326 | (216) 267-7229 | 0:30 | | | sdc |
| 27 | 11/5/2019 13:10 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 28 | 11/5/2019 20:13 | (440) 503-4326 | (216) 267-7229 | 1:23 | | | sdc |
| 29 | 11/6/2019 9:30 | (440) 503-4326 | (216) 267-7229 | 2:08 | | | sdc |
| 30 | 11/6/2019 17:09 | (440) 503-4326 | (216) 267-7229 | 0:30 | | | sdc |
| 31 | 11/6/2019 20:12 | (440) 503-4326 | (216) 267-7229 | 1:10 | | | sdc |
| 32 | 11/7/2019 8:28 | (440) 503-4326 | (216) 267-7229 | 3:25 | | | sdc |
| 33 | 11/7/2019 14:31 | (440) 503-4326 | (216) 267-7229 | 1:26 | | | sdc |
| 34 | 11/7/2019 14:59 | (440) 503-4326 | (216) 267-7229 | 0:15 | | | sdc |
| 35 | 11/7/2019 15:57 | (440) 503-4326 | (216) 267-7229 | 0:34 | | | sdc |
| 36 | 11/8/2019 9:07 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 37 | 11/8/2019 10:08 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 38 | 11/8/2019 11:32 | (440) 503-4326 | (216) 267-7229 | 3:08 | | | sdc |
| 39 | 11/8/2019 12:09 | (440) 503-4326 | (216) 267-7229 | 2:37 | | | sdc |
| 40 | 11/8/2019 18:51 | (440) 503-4326 | (216) 267-7229 | 1:54 | | | sdc |
| 41 | 11/9/2019 12:21 | (440) 503-4326 | (216) 267-7229 | 1:11 | | | sdc |
| 42 | 11/9/2019 19:55 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 43 | 11/10/2019 9:56 | (440) 503-4326 | (216) 267-7229 | 1:23 | | | sdc |
| 44 | 11/10/2019 10:24 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 45 | 11/10/2019 10:28 | (440) 503-4326 | (216) 267-7229 | 1:10 | | | sdc |
| 46 | 11/10/2019 15:22 | (440) 503-4326 | (216) 267-7229 | 1:34 | | | sdc |
| 47 | 11/10/2019 16:48 | (440) 503-4326 | (216) 267-7229 | 0:46 | | | sdc |
| 48 | 11/10/2019 17:10 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 49 | 11/11/2019 8:41 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 50 | 11/11/2019 15:58 | (440) 503-4326 | (216) 267-7229 | 1:17 | | | sdc |
| 51 | 11/12/2019 9:23 | (440) 503-4326 | (216) 267-7229 | 1:44 | | | sdc |
| 52 | 11/12/2019 16:01 | (440) 503-4326 | (216) 267-7229 | 2:03 | | | sdc |
| 53 | 11/12/2019 17:37 | (440) 503-4326 | (216) 267-7229 | 1:58 | | | sdc |

November '19

| 54 | 11/13/2019 10:49 | (440) 503-4326 | (216) 267-7229 | 0:18 | sdc |
|----|------------------|----------------|----------------|------|-----|
| 55 | 11/13/2019 10:49 | (440) 503-4326 | (216) 267-7229 | 1:38 | sdc |
| 56 | 11/13/2019 15:13 | (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
| 57 | 11/13/2019 15:21 | (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
| 58 | 11/14/2019 8:59 | (440) 503-4326 | (216) 267-7229 | 1:44 | sdc |
| 59 | 11/15/2019 11:48 | (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 60 | 11/15/2019 16:24 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 61 | 11/15/2019 16:24 | (440) 503-4326 | (216) 267-7229 | 0:22 | sdc |
| 62 | 11/15/2019 16:34 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 63 | 11/15/2019 18:21 | (440) 503-4326 | (216) 267-7229 | 1:28 | sdc |
| 64 | 11/15/2019 20:31 | (440) 503-4326 | (216) 267-7229 | 0:41 | sdc |
| 65 | 11/15/2019 20:58 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 66 | 11/15/2019 21:03 | (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 67 | 11/16/2019 9:31 | (440) 503-4326 | (216) 267-7229 | 1:32 | sdc |
| 68 | 11/16/2019 10:47 | (440) 503-4326 | (216) 267-7229 | 0:25 | sdc |
| 69 | 11/16/2019 10:48 | (440) 503-4326 | (216) 267-7229 | 1:29 | sdc |
| 70 | 11/16/2019 10:49 | (440) 503-4326 | (216) 267-7229 | 0:03 | sdc |
| 71 | 11/16/2019 18:29 | (440) 503-4326 | (216) 267-7229 | 0:23 | sdc |
| 72 | 11/16/2019 20:27 | (440) 503-4326 | (216) 267-7229 | 0:23 | sdc |
| 73 | 11/17/2019 9:36 | (440) 503-4326 | (216) 267-7229 | 3:08 | sdc |
| 74 | 11/17/2019 10:27 | (440) 503-4326 | (216) 267-7229 | 2:54 | sdc |
| 75 | 11/17/2019 10:32 | (440) 503-4326 | (216) 267-7229 | 0:45 | sdc |
| 76 | 11/17/2019 12:53 | (440) 503-4326 | (216) 267-7229 | 0:58 | sdc |
| 77 | 11/18/2019 10:50 | (440) 503-4326 | (216) 267-7229 | 0:15 | sdc |
| 78 | 11/18/2019 10:50 | (440) 503-4326 | (216) 267-7229 | 1:25 | sdc |
| 79 | 11/19/2019 9:58 | (440) 503-4326 | (216) 267-7229 | 0:37 | sdc |
| 80 | 11/19/2019 10:40 | (440) 503-4326 | (216) 267-7229 | 0:24 | sdc |
| 81 | 11/19/2019 16:07 | (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |
| 82 | 11/20/2019 9:45 | (440) 503-4326 | (216) 267-7229 | 0:54 | sdc |
| 83 | 11/20/2019 10:57 | (440) 503-4326 | (216) 267-7229 | 0:41 | sdc |
| 84 | 11/20/2019 12:37 | (440) 503-4326 | (216) 267-7229 | 0:34 | sdc |
| 85 | 11/20/2019 20:36 | (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
| 86 | 11/21/2019 8:30 | (440) 503-4326 | (216) 267-7229 | 6:43 | sdc |
| 87 | 11/21/2019 15:03 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 88 | 11/21/2019 20:48 | (440) 503-4326 | (216) 267-7229 | 0:26 | sdc |
| 89 | 11/22/2019 8:01 | (440) 503-4326 | (216) 267-7229 | 2:13 | sdc |
| 90 | 11/22/2019 9:40 | (440) 503-4326 | (216) 267-7229 | 7:05 | sdc |
| 91 | 11/22/2019 10:40 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 92 | 11/22/2019 13:52 | (440) 503-4326 | (216) 267-7229 | 1:16 | sdc |
| 93 | 11/22/2019 15:25 | (440) 503-4326 | (216) 267-7229 | 0:50 | sdc |
| 94 | 11/23/2019 9:51 | (440) 503-4326 | (216) 267-7229 | 2:10 | sdc |
| 95 | 11/23/2019 11:13 | (440) 503-4326 | (216) 267-7229 | 1:07 | sdc |
| 96 | 11/23/2019 11:19 | (440) 503-4326 | (216) 267-7229 | 0:49 | sdc |
| 97 | 11/23/2019 11:26 | (440) 503-4326 | (216) 267-7229 | 0:59 | sdc |
| 98 | 11/23/2019 11:34 | (440) 503-4326 | (216) 267-7229 | 1:26 | sdc |
| 99 | 11/23/2019 11:45 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 100 | 11/23/2019 17:49 | (440) 503-4326 | (216) 267-7229 | 0:53 | sdc |
| 101 | 11/24/2019 10:22 | (440) 503-4326 | (216) 267-7229 | 1:39 | sdc |
| 102 | 11/24/2019 10:28 | (440) 503-4326 | (216) 267-7229 | 1:51 | sdc |
| 103 | 11/24/2019 15:51 | (440) 503-4326 | (216) 267-7229 | 1:52 | sdc |
| 104 | 11/24/2019 17:23 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 105 | 11/24/2019 20:02 | (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 106 | 11/24/2019 20:32 | (440) 503-4326 | (216) 267-7229 | 1:00 | sdc |
| 107 | 11/24/2019 23:13 | (440) 503-4326 | (216) 267-7229 | 1:39 | sdc |

November '19

| | | | | | |
|---|---|---|---|---|---|
| 108 | 11/24/2019 23:18 | (440) 503-4326 | (216) 267-7229 | 3:55 | sdc |
| 109 | 11/25/2019 11:08 | (440) 503-4326 | (216) 267-7229 | 0:42 | sdc |
| 110 | 11/26/2019 8:42 | (440) 503-4326 | (216) 267-7229 | 3:36 | sdc |
| 111 | 11/26/2019 10:20 | (440) 503-4326 | (216) 267-7229 | 0:42 | sdc |
| 112 | 11/26/2019 11:08 | (440) 503-4326 | (216) 267-7229 | 1:01 | sdc |
| 113 | 11/26/2019 11:17 | (440) 503-4326 | (216) 267-7229 | 1:42 | sdc |
| 114 | 11/26/2019 11:26 | (440) 503-4326 | (216) 267-7229 | 1:09 | sdc |
| 115 | 11/26/2019 16:15 | (440) 503-4326 | (216) 267-7229 | 2:38 | sdc |
| 116 | 11/26/2019 20:10 | (440) 503-4326 | (216) 267-7229 | 0:49 | sdc |
| 117 | 11/26/2019 20:32 | (440) 503-4326 | (216) 267-7229 | 2:33 | sdc |
| 118 | 11/27/2019 10:34 | (440) 503-4326 | (216) 267-7229 | 0:21 | sdc |
| 119 | 11/27/2019 10:41 | (440) 503-4326 | (216) 267-7229 | 1:01 | sdc |
| 120 | 11/27/2019 16:25 | (440) 503-4326 | (216) 267-7229 | 3:02 | sdc |
| 121 | 11/27/2019 18:48 | (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 122 | 11/27/2019 19:42 | (440) 503-4326 | (216) 267-7229 | 0:33 | sdc |
| 123 | 11/28/2019 9:09 | (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 124 | 11/28/2019 19:21 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 125 | 11/29/2019 10:09 | (440) 503-4326 | (216) 267-7229 | 1:23 | sdc |
| 126 | 11/29/2019 10:23 | (440) 503-4326 | (216) 267-7229 | 0:12 | sdc |
| 127 | 11/29/2019 10:23 | (440) 503-4326 | (216) 267-7229 | 0:11 | sdc |
| 128 | 11/29/2019 10:29 | (440) 503-4326 | (216) 267-7229 | 1:17 | sdc |
| 129 | 11/29/2019 15:26 | (440) 503-4326 | (216) 267-7229 | 1:08 | sdc |
| 130 | 11/29/2019 15:27 | (440) 503-4326 | (216) 267-7229 | 0:13 | sdc |
| 131 | 11/29/2019 17:13 | (440) 503-4326 | (216) 267-7229 | 0:30 | sdc |
| 132 | 11/29/2019 18:07 | (440) 503-4326 | (216) 267-7229 | 1:19 | sdc |
| 133 | 11/29/2019 19:25 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 134 | 11/29/2019 19:26 | (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 135 | 11/30/2019 9:07 | (440) 503-4326 | (216) 267-7229 | 1:32 | sdc |
| 136 | 11/30/2019 11:11 | (440) 503-4326 | (216) 267-7229 | 0:41 | sdc |
| 137 | 11/30/2019 11:36 | (440) 503-4326 | (216) 267-7229 | 0:41 | sdc |
| 138 | 11/30/2019 11:43 | (440) 503-4326 | (216) 267-7229 | 1:11 | sdc |
| 139 | 11/30/2019 17:25 | (440) 503-4326 | (216) 267-7229 | 0:36 | sdc |

Total Calls: 139                                    Total Duration: 159:52

CRISCIONE_004799

December '19

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 12/1/2019 10:10 | (440) 503-4326 | (216) 267-7229 | 1:49 | | | sdc |
| 2 | 12/1/2019 12:51 | (440) 503-4326 | (216) 267-7229 | 1:03 | | | sdc |
| 3 | 12/1/2019 13:22 | (440) 503-4326 | (216) 267-7229 | 2:20 | | | sdc |
| 4 | 12/1/2019 19:30 | (440) 503-4326 | (216) 267-7229 | 1:34 | | | sdc |
| 5 | 12/2/2019 12:43 | (440) 503-4326 | (216) 267-7229 | 0:21 | | | sdc |
| 6 | 12/2/2019 16:31 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 7 | 12/2/2019 20:47 | (440) 503-4326 | (216) 267-7229 | 1:47 | | | sdc |
| 8 | 12/3/2019 13:54 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 9 | 12/3/2019 13:57 | (440) 503-4326 | (216) 267-7229 | 0:45 | | | sdc |
| 10 | 12/3/2019 15:35 | (440) 503-4326 | (216) 267-7229 | 0:24 | | | sdc |
| 11 | 12/3/2019 16:52 | (440) 503-4326 | (216) 267-7229 | 1:29 | | | sdc |
| 12 | 12/3/2019 19:07 | (440) 503-4326 | (216) 267-7229 | 1:21 | | | sdc |
| 13 | 12/3/2019 20:43 | (440) 503-4326 | (216) 267-7229 | 3:05 | | | sdc |
| 14 | 12/3/2019 21:17 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 15 | 12/4/2019 14:26 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 16 | 12/4/2019 20:35 | (440) 503-4326 | (216) 267-7229 | 1:35 | | | sdc |
| 17 | 12/5/2019 10:24 | (440) 503-4326 | (216) 267-7229 | 1:13 | | | sdc |
| 18 | 12/6/2019 9:15 | (440) 503-4326 | (216) 267-7229 | 2:20 | | | sdc |
| 19 | 12/6/2019 11:27 | (440) 503-4326 | (216) 267-7229 | 0:19 | | | sdc |
| 20 | 12/6/2019 12:46 | (440) 503-4326 | (216) 267-7229 | 1:55 | | | sdc |
| 21 | 12/6/2019 13:06 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 22 | 12/6/2019 15:12 | (440) 503-4326 | (216) 267-7229 | 0:47 | | | sdc |
| 23 | 12/6/2019 15:18 | (440) 503-4326 | (216) 267-7229 | 0:38 | | | sdc |
| 24 | 12/7/2019 10:25 | (440) 503-4326 | (216) 267-7229 | 1:49 | | | sdc |
| 25 | 12/8/2019 10:04 | (440) 503-4326 | (216) 267-7229 | 2:49 | | | sdc |
| 26 | 12/8/2019 11:33 | (440) 503-4326 | (216) 267-7229 | 1:35 | | | sdc |
| 27 | 12/8/2019 14:55 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 28 | 12/8/2019 15:41 | (440) 503-4326 | (216) 267-7229 | 1:36 | | | sdc |
| 29 | 12/9/2019 18:16 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 30 | 12/9/2019 20:22 | (440) 503-4326 | (216) 267-7229 | 2:59 | | | sdc |
| 31 | 12/10/2019 9:50 | (440) 503-4326 | (216) 267-7229 | 1:28 | | | sdc |
| 32 | 12/10/2019 15:34 | (440) 503-4326 | (216) 267-7229 | 0:46 | | | sdc |
| 33 | 12/10/2019 18:22 | (440) 503-4326 | (216) 267-7229 | 1:12 | | | sdc |
| 34 | 12/10/2019 19:40 | (440) 503-4326 | (216) 267-7229 | 0:38 | | | sdc |
| 35 | 12/10/2019 20:01 | (440) 503-4326 | (216) 267-7229 | 0:39 | | | sdc |
| 36 | 12/10/2019 20:15 | (440) 503-4326 | (216) 267-7229 | 1:54 | | | sdc |
| 37 | 12/10/2019 20:28 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 38 | 12/11/2019 10:32 | (440) 503-4326 | (216) 267-7229 | 1:29 | | | sdc |
| 39 | 12/11/2019 10:35 | (440) 503-4326 | (216) 267-7229 | 0:31 | | | sdc |
| 40 | 12/11/2019 10:41 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 41 | 12/11/2019 19:16 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 42 | 12/12/2019 18:03 | (440) 503-4326 | (216) 267-7229 | 0:57 | | | sdc |
| 43 | 12/12/2019 19:36 | (440) 503-4326 | (216) 267-7229 | 0:19 | | | sdc |
| 44 | 12/13/2019 9:29 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 45 | 12/13/2019 10:02 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 46 | 12/13/2019 10:02 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 47 | 12/13/2019 10:42 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 48 | 12/13/2019 10:43 | (440) 503-4326 | (216) 267-7229 | 0:18 | | | sdc |
| 49 | 12/13/2019 11:42 | (440) 503-4326 | (216) 267-7229 | 0:34 | | | sdc |
| 50 | 12/13/2019 17:20 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 51 | 12/13/2019 18:36 | (440) 503-4326 | (216) 267-7229 | 2:31 | | | sdc |
| 52 | 12/14/2019 15:09 | (440) 503-4326 | (216) 267-7229 | 1:21 | | | sdc |
| 53 | 12/14/2019 16:26 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |

December '19

| 54 | 12/14/2019 16:26 | (440) 503-4326 | (216) 267-7229 | 0:21 | sdc |
| 55 | 12/15/2019 10:19 | (440) 503-4326 | (216) 267-7229 | 1:31 | sdc |
| 56 | 12/15/2019 12:53 | (440) 503-4326 | (216) 267-7229 | 1:09 | sdc |
| 57 | 12/15/2019 12:57 | (440) 503-4326 | (216) 267-7229 | 0:40 | sdc |
| 58 | 12/15/2019 13:02 | (440) 503-4326 | (216) 267-7229 | 2:19 | sdc |
| 59 | 12/15/2019 13:09 | (440) 503-4326 | (216) 267-7229 | 8:00 | sdc |
| 60 | 12/15/2019 18:17 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 61 | 12/16/2019 9:28 | (440) 503-4326 | (216) 267-7229 | 2:15 | sdc |
| 62 | 12/16/2019 10:57 | (440) 503-4326 | (216) 267-7229 | 2:15 | sdc |
| 63 | 12/16/2019 12:22 | (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 64 | 12/16/2019 12:26 | (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
| 65 | 12/16/2019 14:08 | (440) 503-4326 | (216) 267-7229 | 0:58 | sdc |
| 66 | 12/17/2019 19:31 | (440) 503-4326 | (216) 267-7229 | 0:55 | sdc |
| 67 | 12/18/2019 9:13 | (440) 503-4326 | (216) 267-7229 | 1:11 | sdc |
| 68 | 12/18/2019 9:49 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 69 | 12/18/2019 15:30 | (440) 503-4326 | (216) 267-7229 | 0:25 | sdc |
| 70 | 12/19/2019 9:48 | (440) 503-4326 | (216) 267-7229 | 1:13 | sdc |
| 71 | 12/19/2019 19:28 | (440) 503-4326 | (216) 267-7229 | 0:49 | sdc |
| 72 | 12/19/2019 19:39 | (440) 503-4326 | (216) 267-7229 | 0:42 | sdc |
| 73 | 12/19/2019 19:45 | (440) 503-4326 | (216) 267-7229 | 0:27 | sdc |
| 74 | 12/20/2019 9:47 | (440) 503-4326 | (216) 267-7229 | 0:40 | sdc |
| 75 | 12/20/2019 10:58 | (440) 503-4326 | (216) 267-7229 | 0:41 | sdc |
| 76 | 12/20/2019 11:07 | (440) 503-4326 | (216) 267-7229 | 0:24 | sdc |
| 77 | 12/20/2019 11:11 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
| 78 | 12/20/2019 17:02 | (440) 503-4326 | (216) 267-7229 | 1:45 | sdc |
| 79 | 12/20/2019 20:01 | (440) 503-4326 | (216) 267-7229 | 1:52 | sdc |
| 80 | 12/21/2019 9:54 | (440) 503-4326 | (216) 267-7229 | 4:46 | sdc |
| 81 | 12/21/2019 10:10 | (440) 503-4326 | (216) 267-7229 | 1:32 | sdc |
| 82 | 12/21/2019 10:20 | (440) 503-4326 | (216) 267-7229 | 0:40 | sdc |
| 83 | 12/21/2019 12:34 | (440) 503-4326 | (216) 267-7229 | 1:17 | sdc |
| 84 | 12/21/2019 16:38 | (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 85 | 12/21/2019 16:39 | (440) 503-4326 | (216) 267-7229 | 0:04 | sdc |
| 86 | 12/22/2019 10:15 | (440) 503-4326 | (216) 267-7229 | 1:27 | sdc |
| 87 | 12/22/2019 12:30 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
| 88 | 12/22/2019 12:31 | (440) 503-4326 | (216) 267-7229 | 0:32 | sdc |
| 89 | 12/22/2019 17:11 | (440) 503-4326 | (216) 267-7229 | 2:43 | sdc |
| 90 | 12/22/2019 17:15 | (440) 503-4326 | (216) 267-7229 | 0:25 | sdc |
| 91 | 12/23/2019 15:13 | (440) 503-4326 | (216) 267-7229 | 0:17 | sdc |
| 92 | 12/24/2019 10:07 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 93 | 12/24/2019 13:46 | (440) 503-4326 | (216) 267-7229 | 1:18 | sdc |
| 94 | 12/25/2019 11:02 | (440) 503-4326 | (216) 267-7229 | 2:04 | sdc |
| 95 | 12/25/2019 11:27 | (440) 503-4326 | (216) 267-7229 | 0:40 | sdc |
| 96 | 12/25/2019 13:50 | (440) 503-4326 | (216) 267-7229 | 1:31 | sdc |
| 97 | 12/26/2019 9:33 | (440) 503-4326 | (216) 267-7229 | 0:59 | sdc |
| 98 | 12/26/2019 9:44 | (440) 503-4326 | (216) 267-7229 | 0:14 | sdc |
| 99 | 12/26/2019 9:44 | (440) 503-4326 | (216) 267-7229 | 2:42 | sdc |
| 100 | 12/26/2019 10:37 | (440) 503-4326 | (216) 267-7229 | 1:31 | sdc |
| 101 | 12/26/2019 16:29 | (440) 503-4326 | (216) 267-7229 | 2:05 | sdc |
| 102 | 12/26/2019 18:12 | (440) 503-4326 | (216) 267-7229 | 5:27 | sdc |
| 103 | 12/27/2019 9:59 | (440) 503-4326 | (216) 267-7229 | 2:14 | sdc |
| 104 | 12/27/2019 11:04 | (440) 503-4326 | (216) 267-7229 | 1:15 | sdc |
| 105 | 12/27/2019 11:17 | (440) 503-4326 | (216) 267-7229 | 0:27 | sdc |
| 106 | 12/28/2019 10:23 | (440) 503-4326 | (216) 267-7229 | 6:50 | sdc |
| 107 | 12/28/2019 11:52 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |

CRISCIONE_004801

December '19

| 108 | 12/28/2019 13:31 | (440) 503-4326 | (216) 267-7229 | 2:11 | sdc |
| 109 | 12/28/2019 17:01 | (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 110 | 12/29/2019 9:44 | (440) 503-4326 | (216) 267-7229 | 2:05 | sdc |
| 111 | 12/29/2019 10:16 | (440) 503-4326 | (216) 267-7229 | 2:11 | sdc |
| 112 | 12/29/2019 10:18 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 113 | 12/29/2019 10:25 | (440) 503-4326 | (216) 267-7229 | 2:07 | sdc |
| 114 | 12/29/2019 10:44 | (440) 503-4326 | (216) 267-7229 | 1:26 | sdc |
| 115 | 12/29/2019 10:59 | (440) 503-4326 | (216) 267-7229 | 2:20 | sdc |
| 116 | 12/30/2019 9:26 | (440) 503-4326 | (216) 267-7229 | 2:17 | sdc |
| 117 | 12/30/2019 10:39 | (440) 503-4326 | (216) 267-7229 | 2:01 | sdc |
| 118 | 12/30/2019 15:22 | (440) 503-4326 | (216) 267-7229 | 2:17 | sdc |
| 119 | 12/30/2019 18:30 | (440) 503-4326 | (216) 267-7229 | 2:07 | sdc |
| 120 | 12/30/2019 18:48 | (440) 503-4326 | (216) 267-7229 | 0:56 | sdc |
| 121 | 12/31/2019 9:19 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 122 | 12/31/2019 9:39 | (440) 503-4326 | (216) 267-7229 | 1:53 | sdc |
| 123 | 12/31/2019 16:09 | (440) 503-4326 | (216) 267-7229 | 1:24 | sdc |
| 124 | 12/31/2019 18:22 | (440) 503-4326 | (216) 267-7229 | 1:46 | sdc |
| 125 | 12/31/2019 19:00 | (440) 503-4326 | (216) 267-7229 | 5:45 | sdc |
| 126 | 12/31/2019 19:34 | (440) 503-4326 | (216) 267-7229 | 1:48 | sdc |

Total Calls: 126                                        Total Duration: 173:48

CRISCIONE_004802

January '20

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 1/1/2020 10:51 | (440) 503-4326 | (216) 267-7229 | 4:41 | | | sdc |
| 2 | 1/2/2020 10:09 | (440) 503-4326 | (216) 267-7229 | 0:50 | | | sdc |
| 3 | 1/2/2020 10:14 | (440) 503-4326 | (216) 267-7229 | 1:08 | | | sdc |
| 4 | 1/2/2020 18:43 | (440) 503-4326 | (216) 267-7229 | 2:15 | | | sdc |
| 5 | 1/3/2020 9:53 | (440) 503-4326 | (216) 267-7229 | 1:30 | | | sdc |
| 6 | 1/3/2020 17:31 | (440) 503-4326 | (216) 267-7229 | 0:09 | | | sdc |
| 7 | 1/4/2020 15:06 | (440) 503-4326 | (216) 267-7229 | 2:25 | | | sdc |
| 8 | 1/4/2020 15:14 | (440) 503-4326 | (216) 267-7229 | 0:48 | | | sdc |
| 9 | 1/5/2020 20:21 | (440) 503-4326 | (216) 267-7229 | 2:33 | | | sdc |
| 10 | 1/6/2020 12:53 | (440) 503-4326 | (216) 267-7229 | 1:08 | | | sdc |
| 11 | 1/6/2020 16:32 | (440) 503-4326 | (216) 267-7229 | 1:33 | | | sdc |
| 12 | 1/6/2020 20:39 | (440) 503-4326 | (216) 267-7229 | 5:22 | | | sdc |
| 13 | 1/7/2020 12:23 | (440) 503-4326 | (216) 267-7229 | 1:16 | | | sdc |
| 14 | 1/7/2020 15:35 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 15 | 1/7/2020 16:49 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 16 | 1/7/2020 17:00 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 17 | 1/8/2020 9:33 | (440) 503-4326 | (216) 267-7229 | 0:21 | | | sdc |
| 18 | 1/8/2020 9:34 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 19 | 1/8/2020 9:35 | (440) 503-4326 | (216) 267-7229 | 2:44 | | | sdc |
| 20 | 1/8/2020 17:49 | (440) 503-4326 | (216) 267-7229 | 0:52 | | | sdc |
| 21 | 1/8/2020 20:54 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 22 | 1/10/2020 8:28 | (440) 503-4326 | (216) 267-7229 | 1:28 | | | sdc |
| 23 | 1/10/2020 10:24 | (440) 503-4326 | (216) 267-7229 | 2:12 | | | sdc |
| 24 | 1/10/2020 15:18 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 25 | 1/11/2020 8:43 | (440) 503-4326 | (216) 267-7229 | 1:29 | | | sdc |
| 26 | 1/11/2020 11:09 | (440) 503-4326 | (216) 267-7229 | 1:54 | | | sdc |
| 27 | 1/11/2020 12:11 | (440) 503-4326 | (216) 267-7229 | 1:03 | | | sdc |
| 28 | 1/11/2020 14:17 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 29 | 1/11/2020 14:24 | (440) 503-4326 | (216) 267-7229 | 1:00 | | | sdc |
| 30 | 1/11/2020 14:34 | (440) 503-4326 | (216) 267-7229 | 4:48 | | | sdc |
| 31 | 1/11/2020 15:22 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 32 | 1/11/2020 18:58 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 33 | 1/11/2020 19:42 | (440) 503-4326 | (216) 267-7229 | 1:11 | | | sdc |
| 34 | 1/12/2020 16:36 | (440) 503-4326 | (216) 267-7229 | 2:34 | | | sdc |
| 35 | 1/12/2020 16:55 | (440) 503-4326 | (216) 267-7229 | 0:27 | | | sdc |
| 36 | 1/13/2020 10:50 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 37 | 1/13/2020 13:38 | (440) 503-4326 | (216) 267-7229 | 0:25 | | | sdc |
| 38 | 1/14/2020 10:12 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 39 | 1/14/2020 10:12 | (440) 503-4326 | (216) 267-7229 | 1:15 | | | sdc |
| 40 | 1/14/2020 11:31 | (440) 503-4326 | (216) 267-7229 | 0:36 | | | sdc |
| 41 | 1/14/2020 11:41 | (440) 503-4326 | (216) 267-7229 | 0:58 | | | sdc |
| 42 | 1/14/2020 15:34 | (440) 503-4326 | (216) 267-7229 | 0:55 | | | sdc |
| 43 | 1/14/2020 17:14 | (440) 503-4326 | (216) 267-7229 | 0:19 | | | sdc |
| 44 | 1/14/2020 17:59 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |
| 45 | 1/15/2020 8:40 | (440) 503-4326 | (216) 267-7229 | 0:23 | | | sdc |
| 46 | 1/15/2020 11:51 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 47 | 1/15/2020 11:51 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 48 | 1/15/2020 12:50 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 49 | 1/15/2020 12:56 | (440) 503-4326 | (216) 267-7229 | 0:31 | | | sdc |
| 50 | 1/15/2020 13:11 | (440) 503-4326 | (216) 267-7229 | 2:04 | | | sdc |
| 51 | 1/15/2020 14:17 | (440) 503-4326 | (216) 267-7229 | 1:48 | | | sdc |
| 52 | 1/15/2020 18:52 | (440) 503-4326 | (216) 267-7229 | 1:23 | | | sdc |
| 53 | 1/16/2020 10:19 | (440) 503-4326 | (216) 267-7229 | 0:05 | | | sdc |

CRISCIONE_004803

January '20

| | | | | |
|---|---|---|---|---|
| 54 | 1/16/2020 13:24 (440) 503-4326 | (216) 267-7229 | 0:45 | sdc |
| 55 | 1/16/2020 16:35 (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |
| 56 | 1/16/2020 19:16 (440) 503-4326 | (216) 267-7229 | 1:24 | sdc |
| 57 | 1/17/2020 9:36 (440) 503-4326 | (216) 267-7229 | 5:53 | sdc |
| 58 | 1/17/2020 15:25 (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 59 | 1/17/2020 19:51 (440) 503-4326 | (216) 267-7229 | 0:30 | sdc |
| 60 | 1/17/2020 20:23 (440) 503-4326 | (216) 267-7229 | 0:04 | sdc |
| 61 | 1/17/2020 20:23 (440) 503-4326 | (216) 267-7229 | 0:58 | sdc |
| 62 | 1/18/2020 9:40 (440) 503-4326 | (216) 267-7229 | 4:43 | sdc |
| 63 | 1/18/2020 12:30 (440) 503-4326 | (216) 267-7229 | 0:07 | sdc |
| 64 | 1/18/2020 15:44 (440) 503-4326 | (216) 267-7229 | 0:36 | sdc |
| 65 | 1/19/2020 11:42 (440) 503-4326 | (216) 267-7229 | 3:58 | sdc |
| 66 | 1/20/2020 9:53 (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 67 | 1/21/2020 6:00 (440) 503-4326 | (216) 267-7229 | 0:03 | sdc |
| 68 | 1/21/2020 7:37 (440) 503-4326 | (216) 267-7229 | 2:26 | sdc |
| 69 | 1/21/2020 10:33 (440) 503-4326 | (216) 267-7229 | 1:13 | sdc |
| 70 | 1/21/2020 13:30 (440) 503-4326 | (216) 267-7229 | 1:30 | sdc |
| 71 | 1/21/2020 15:27 (440) 503-4326 | (216) 267-7229 | 1:00 | sdc |
| 72 | 1/21/2020 15:40 (440) 503-4326 | (216) 267-7229 | 1:23 | sdc |
| 73 | 1/21/2020 16:05 (440) 503-4326 | (216) 267-7229 | 0:03 | sdc |
| 74 | 1/21/2020 16:49 (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
| 75 | 1/21/2020 18:22 (440) 503-4326 | (216) 267-7229 | 1:46 | sdc |
| 76 | 1/21/2020 19:13 (440) 503-4326 | (216) 267-7229 | 0:48 | sdc |
| 77 | 1/21/2020 19:18 (440) 503-4326 | (216) 267-7229 | 1:26 | sdc |
| 78 | 1/21/2020 19:24 (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 79 | 1/21/2020 19:24 (440) 503-4326 | (216) 267-7229 | 3:06 | sdc |
| 80 | 1/21/2020 20:17 (440) 503-4326 | (216) 267-7229 | 1:22 | sdc |
| 81 | 1/22/2020 10:07 (440) 503-4326 | (216) 267-7229 | 0:16 | sdc |
| 82 | 1/22/2020 10:07 (440) 503-4326 | (216) 267-7229 | 4:39 | sdc |
| 83 | 1/22/2020 12:05 (440) 503-4326 | (216) 267-7229 | 0:21 | sdc |
| 84 | 1/22/2020 12:34 (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 85 | 1/22/2020 12:41 (440) 503-4326 | (216) 267-7229 | 1:19 | sdc |
| 86 | 1/22/2020 13:17 (440) 503-4326 | (216) 267-7229 | 4:30 | sdc |
| 87 | 1/22/2020 15:22 (440) 503-4326 | (216) 267-7229 | 1:07 | sdc |
| 88 | 1/22/2020 15:31 (440) 503-4326 | (216) 267-7229 | 0:25 | sdc |
| 89 | 1/23/2020 9:58 (440) 503-4326 | (216) 267-7229 | 3:25 | sdc |
| 90 | 1/23/2020 15:22 (440) 503-4326 | (216) 267-7229 | 0:58 | sdc |
| 91 | 1/23/2020 15:47 (440) 503-4326 | (216) 267-7229 | 0:20 | sdc |
| 92 | 1/23/2020 18:38 (440) 503-4326 | (216) 267-7229 | 1:01 | sdc |
| 93 | 1/23/2020 20:45 (440) 503-4326 | (216) 267-7229 | 0:26 | sdc |
| 94 | 1/24/2020 10:17 (440) 503-4326 | (216) 267-7229 | 2:32 | sdc |
| 95 | 1/25/2020 10:38 (440) 503-4326 | (216) 267-7229 | 3:52 | sdc |
| 96 | 1/25/2020 11:08 (440) 503-4326 | (216) 267-7229 | 1:07 | sdc |
| 97 | 1/25/2020 20:22 (440) 503-4326 | (216) 267-7229 | 0:32 | sdc |
| 98 | 1/26/2020 10:20 (440) 503-4326 | (216) 267-7229 | 2:40 | sdc |
| 99 | 1/26/2020 14:16 (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 100 | 1/26/2020 19:31 (440) 503-4326 | (216) 267-7229 | 0:54 | sdc |
| 101 | 1/27/2020 10:21 (440) 503-4326 | (216) 267-7229 | 2:48 | sdc |
| 102 | 1/28/2020 10:55 (440) 503-4326 | (216) 267-7229 | 1:11 | sdc |
| 103 | 1/28/2020 12:26 (440) 503-4326 | (216) 267-7229 | 0:34 | sdc |
| 104 | 1/28/2020 13:33 (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |
| 105 | 1/28/2020 19:33 (440) 503-4326 | (216) 267-7229 | 1:29 | sdc |
| 106 | 1/28/2020 20:24 (440) 503-4326 | (216) 267-7229 | 0:22 | sdc |
| 107 | 1/28/2020 20:34 (440) 503-4326 | (216) 267-7229 | 0:23 | sdc |

CRISCIONE_004804

January '20

| 108 | 1/28/2020 20:34 | (440) 503-4326 | (216) 267-7229 | 1:07 | sdc |
|-----|-----------------|----------------|----------------|------|-----|
| 109 | 1/28/2020 20:52 | (440) 503-4326 | (216) 267-7229 | 1:11 | sdc |
| 110 | 1/29/2020 11:09 | (440) 503-4326 | (216) 267-7229 | 7:12 | sdc |
| 111 | 1/29/2020 12:25 | (440) 503-4326 | (216) 267-7229 | 0:59 | sdc |
| 112 | 1/29/2020 14:23 | (440) 503-4326 | (216) 267-7229 | 0:49 | sdc |
| 113 | 1/29/2020 14:33 | (440) 503-4326 | (216) 267-7229 | 0:54 | sdc |
| 114 | 1/29/2020 14:47 | (440) 503-4326 | (216) 267-7229 | 0:49 | sdc |
| 115 | 1/29/2020 19:04 | (440) 503-4326 | (216) 267-7229 | 2:27 | sdc |
| 116 | 1/29/2020 19:57 | (440) 503-4326 | (216) 267-7229 | 0:22 | sdc |
| 117 | 1/29/2020 19:57 | (440) 503-4326 | (216) 267-7229 | 4:51 | sdc |
| 118 | 1/29/2020 20:06 | (440) 503-4326 | (216) 267-7229 | 0:55 | sdc |
| 119 | 1/30/2020 18:52 | (440) 503-4326 | (216) 267-7229 | 0:27 | sdc |
| 120 | 1/31/2020 11:07 | (440) 503-4326 | (216) 267-7229 | 1:25 | sdc |
| 121 | 1/31/2020 12:49 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 122 | 1/31/2020 12:49 | (440) 503-4326 | (216) 267-7229 | 0:36 | sdc |
| 123 | 1/31/2020 14:28 | (440) 503-4326 | (216) 267-7229 | 0:20 | sdc |
| 124 | 1/31/2020 14:35 | (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 125 | 1/31/2020 14:40 | (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
| 126 | 1/31/2020 14:44 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |

Total Calls: 126                                    Total Duration: 170:55

CRISCIONE_004805

February '20

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 2/1/2020 9:32 | (440) 503-4326 | (216) 267-7229 | 0:44 | | | sdc |
| 2 | 2/1/2020 9:33 | (440) 503-4326 | (216) 267-7229 | 1:54 | | | sdc |
| 3 | 2/1/2020 15:08 | (440) 503-4326 | (216) 267-7229 | 4:59 | | | sdc |
| 4 | 2/1/2020 17:50 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 5 | 2/2/2020 10:07 | (440) 503-4326 | (216) 267-7229 | 3:13 | | | sdc |
| 6 | 2/3/2020 10:29 | (440) 503-4326 | (216) 267-7229 | 1:08 | | | sdc |
| 7 | 2/3/2020 18:34 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 8 | 2/3/2020 18:34 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 9 | 2/3/2020 18:34 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 10 | 2/3/2020 18:34 | (440) 503-4326 | (216) 267-7229 | 1:14 | | | sdc |
| 11 | 2/3/2020 20:05 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 12 | 2/4/2020 10:46 | (440) 503-4326 | (216) 267-7229 | 0:34 | | | sdc |
| 13 | 2/4/2020 12:15 | (440) 503-4326 | (216) 267-7229 | 1:42 | | | sdc |
| 14 | 2/4/2020 15:19 | (440) 503-4326 | (216) 267-7229 | 2:18 | | | sdc |
| 15 | 2/4/2020 17:53 | (440) 503-4326 | (216) 267-7229 | 1:11 | | | sdc |
| 16 | 2/5/2020 10:23 | (440) 503-4326 | (216) 267-7229 | 0:14 | | | sdc |
| 17 | 2/5/2020 10:24 | (440) 503-4326 | (216) 267-7229 | 3:16 | | | sdc |
| 18 | 2/5/2020 12:38 | (440) 503-4326 | (216) 267-7229 | 1:14 | | | sdc |
| 19 | 2/5/2020 22:24 | (440) 503-4326 | (216) 267-7229 | 1:09 | | | sdc |
| 20 | 2/6/2020 8:17 | (440) 503-4326 | (216) 267-7229 | 3:45 | | | sdc |
| 21 | 2/6/2020 9:38 | (440) 503-4326 | (216) 267-7229 | 1:40 | | | sdc |
| 22 | 2/6/2020 13:12 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 23 | 2/6/2020 13:12 | (440) 503-4326 | (216) 267-7229 | 0:14 | | | sdc |
| 24 | 2/6/2020 17:26 | (440) 503-4326 | (216) 267-7229 | 0:36 | | | sdc |
| 25 | 2/6/2020 17:40 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 26 | 2/6/2020 19:59 | (440) 503-4326 | (216) 267-7229 | 0:28 | | | sdc |
| 27 | 2/6/2020 20:34 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 28 | 2/7/2020 10:15 | (440) 503-4326 | (216) 267-7229 | 0:08 | | | sdc |
| 29 | 2/7/2020 10:15 | (440) 503-4326 | (216) 267-7229 | 0:08 | | | sdc |
| 30 | 2/7/2020 10:16 | (440) 503-4326 | (216) 267-7229 | 0:09 | | | sdc |
| 31 | 2/7/2020 10:16 | (440) 503-4326 | (216) 267-7229 | 0:07 | | | sdc |
| 32 | 2/7/2020 10:17 | (440) 503-4326 | (216) 267-7229 | 0:07 | | | sdc |
| 33 | 2/7/2020 14:44 | (440) 503-4326 | (216) 267-7229 | 2:48 | | | sdc |
| 34 | 2/7/2020 16:27 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 35 | 2/7/2020 17:16 | (440) 503-4326 | (216) 267-7229 | 0:47 | | | sdc |
| 36 | 2/7/2020 17:19 | (440) 503-4326 | (216) 267-7229 | 2:02 | | | sdc |
| 37 | 2/7/2020 17:52 | (440) 503-4326 | (216) 267-7229 | 4:29 | | | sdc |
| 38 | 2/7/2020 19:25 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 39 | 2/8/2020 10:55 | (440) 503-4326 | (216) 267-7229 | 0:31 | | | sdc |
| 40 | 2/8/2020 10:57 | (440) 503-4326 | (216) 267-7229 | 1:19 | | | sdc |
| 41 | 2/8/2020 12:40 | (440) 503-4326 | (216) 267-7229 | 2:25 | | | sdc |
| 42 | 2/8/2020 13:12 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 43 | 2/8/2020 15:33 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 44 | 2/8/2020 16:56 | (440) 503-4326 | (216) 267-7229 | 0:34 | | | sdc |
| 45 | 2/8/2020 17:01 | (440) 503-4326 | (216) 267-7229 | 0:05 | | | sdc |
| 46 | 2/9/2020 14:40 | (440) 503-4326 | (216) 267-7229 | 1:14 | | | sdc |
| 47 | 2/9/2020 17:03 | (440) 503-4326 | (216) 267-7229 | 1:44 | | | sdc |
| 48 | 2/10/2020 9:48 | (440) 503-4326 | (216) 267-7229 | 1:40 | | | sdc |
| 49 | 2/11/2020 10:00 | (440) 503-4326 | (216) 267-7229 | 0:07 | | | sdc |
| 50 | 2/11/2020 10:00 | (440) 503-4326 | (216) 267-7229 | 0:06 | | | sdc |
| 51 | 2/11/2020 10:00 | (440) 503-4326 | (216) 267-7229 | 0:06 | | | sdc |
| 52 | 2/11/2020 10:38 | (440) 503-4326 | (216) 267-7229 | 0:48 | | | sdc |
| 53 | 2/11/2020 11:23 | (440) 503-4326 | (216) 267-7229 | 0:40 | | | sdc |

CRISCIONE_004806

February '20

| | | | | | |
|---|---|---|---|---|---|
| 54 | 2/11/2020 11:26 | (440) 503-4326 | (216) 267-7229 | 0:59 | sdc |
| 55 | 2/11/2020 15:25 | (440) 503-4326 | (216) 267-7229 | 2:54 | sdc |
| 56 | 2/11/2020 17:57 | (440) 503-4326 | (216) 267-7229 | 1:23 | sdc |
| 57 | 2/12/2020 10:19 | (440) 503-4326 | (216) 267-7229 | 1:44 | sdc |
| 58 | 2/12/2020 10:41 | (440) 503-4326 | (216) 267-7229 | 0:37 | sdc |
| 59 | 2/12/2020 10:49 | (440) 503-4326 | (216) 267-7229 | 0:43 | sdc |
| 60 | 2/12/2020 12:48 | (440) 503-4326 | (216) 267-7229 | 1:33 | sdc |
| 61 | 2/12/2020 15:15 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 62 | 2/12/2020 15:22 | (440) 503-4326 | (216) 267-7229 | 0:24 | sdc |
| 63 | 2/12/2020 15:45 | (440) 503-4326 | (216) 267-7229 | 0:37 | sdc |
| 64 | 2/12/2020 19:24 | (440) 503-4326 | (216) 267-7229 | 1:47 | sdc |
| 65 | 2/13/2020 9:34 | (440) 503-4326 | (216) 267-7229 | 2:39 | sdc |
| 66 | 2/13/2020 17:25 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 67 | 2/13/2020 17:25 | (440) 503-4326 | (216) 267-7229 | 0:49 | sdc |
| 68 | 2/13/2020 20:27 | (440) 503-4326 | (216) 267-7229 | 0:33 | sdc |
| 69 | 2/13/2020 20:37 | (440) 503-4326 | (216) 267-7229 | 0:21 | sdc |
| 70 | 2/14/2020 10:32 | (440) 503-4326 | (216) 267-7229 | 6:47 | sdc |
| 71 | 2/14/2020 11:38 | (440) 503-4326 | (216) 267-7229 | 0:31 | sdc |
| 72 | 2/14/2020 11:41 | (440) 503-4326 | (216) 267-7229 | 0:36 | sdc |
| 73 | 2/14/2020 13:00 | (440) 503-4326 | (216) 267-7229 | 1:53 | sdc |
| 74 | 2/14/2020 15:14 | (440) 503-4326 | (216) 267-7229 | 3:14 | sdc |
| 75 | 2/14/2020 17:32 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 76 | 2/14/2020 17:32 | (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
| 77 | 2/14/2020 18:24 | (440) 503-4326 | (216) 267-7229 | 1:01 | sdc |
| 78 | 2/14/2020 18:29 | (440) 503-4326 | (216) 267-7229 | 2:21 | sdc |
| 79 | 2/14/2020 18:40 | (440) 503-4326 | (216) 267-7229 | 0:14 | sdc |
| 80 | 2/14/2020 20:10 | (440) 503-4326 | (216) 267-7229 | 0:27 | sdc |
| 81 | 2/15/2020 11:11 | (440) 503-4326 | (216) 267-7229 | 2:33 | sdc |
| 82 | 2/15/2020 12:07 | (440) 503-4326 | (216) 267-7229 | 3:15 | sdc |
| 83 | 2/15/2020 14:34 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 84 | 2/15/2020 14:38 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 85 | 2/15/2020 14:38 | (440) 503-4326 | (216) 267-7229 | 1:18 | sdc |
| 86 | 2/15/2020 15:46 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 87 | 2/16/2020 10:48 | (440) 503-4326 | (216) 267-7229 | 2:23 | sdc |
| 88 | 2/17/2020 9:24 | (440) 503-4326 | (216) 267-7229 | 1:27 | sdc |
| 89 | 2/17/2020 17:01 | (440) 503-4326 | (216) 267-7229 | 6:43 | sdc |
| 90 | 2/17/2020 17:42 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 91 | 2/18/2020 8:24 | (440) 503-4326 | (216) 267-7229 | 5:50 | sdc |
| 92 | 2/18/2020 9:33 | (440) 503-4326 | (216) 267-7229 | 1:52 | sdc |
| 93 | 2/18/2020 15:37 | (440) 503-4326 | (216) 267-7229 | 1:59 | sdc |
| 94 | 2/18/2020 15:55 | (440) 503-4326 | (216) 267-7229 | 1:43 | sdc |
| 95 | 2/18/2020 18:51 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 96 | 2/18/2020 18:51 | (440) 503-4326 | (216) 267-7229 | 1:24 | sdc |
| 97 | 2/18/2020 18:55 | (440) 503-4326 | (216) 267-7229 | 3:43 | sdc |
| 98 | 2/18/2020 19:22 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
| 99 | 2/19/2020 10:08 | (440) 503-4326 | (216) 267-7229 | 1:45 | sdc |
| 100 | 2/19/2020 12:00 | (440) 503-4326 | (216) 267-7229 | 2:10 | sdc |
| 101 | 2/19/2020 12:03 | (440) 503-4326 | (216) 267-7229 | 0:53 | sdc |
| 102 | 2/19/2020 12:10 | (440) 503-4326 | (216) 267-7229 | 0:22 | sdc |
| 103 | 2/19/2020 13:31 | (440) 503-4326 | (216) 267-7229 | 2:11 | sdc |
| 104 | 2/19/2020 19:51 | (440) 503-4326 | (216) 267-7229 | 2:24 | sdc |
| 105 | 2/20/2020 17:39 | (440) 503-4326 | (216) 267-7229 | 2:28 | sdc |
| 106 | 2/20/2020 20:05 | (440) 503-4326 | (216) 267-7229 | 0:21 | sdc |
| 107 | 2/20/2020 20:30 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |

CRISCIONE_004807

February '20

| 108 | 2/21/2020 9:44 | (440) 503-4326 | (216) 267-7229 | 1:11 | sdc |
| 109 | 2/21/2020 9:54 | (440) 503-4326 | (216) 267-7229 | 0:56 | sdc |
| 110 | 2/21/2020 17:44 | (440) 503-4326 | (216) 267-7229 | 6:36 | sdc |
| 111 | 2/21/2020 19:24 | (440) 503-4326 | (216) 267-7229 | 1:50 | sdc |
| 112 | 2/21/2020 20:08 | (440) 503-4326 | (216) 267-7229 | 2:30 | sdc |
| 113 | 2/22/2020 8:51 | (440) 503-4326 | (216) 267-7229 | 1:39 | sdc |
| 114 | 2/22/2020 8:52 | (440) 503-4326 | (216) 267-7229 | 1:13 | sdc |
| 115 | 2/22/2020 8:54 | (440) 503-4326 | (216) 267-7229 | 0:56 | sdc |
| 116 | 2/22/2020 8:55 | (440) 503-4326 | (216) 267-7229 | 11:35 | sdc |
| 117 | 2/22/2020 10:35 | (440) 503-4326 | (216) 267-7229 | 4:04 | sdc |
| 118 | 2/22/2020 10:49 | (440) 503-4326 | (216) 267-7229 | 1:13 | sdc |
| 119 | 2/22/2020 16:24 | (440) 503-4326 | (216) 267-7229 | 0:27 | sdc |
| 120 | 2/22/2020 17:05 | (440) 503-4326 | (216) 267-7229 | 0:42 | sdc |
| 121 | 2/23/2020 9:21 | (440) 503-4326 | (216) 267-7229 | 0:47 | sdc |
| 122 | 2/23/2020 9:22 | (440) 503-4326 | (216) 267-7229 | 0:31 | sdc |
| 123 | 2/23/2020 9:22 | (440) 503-4326 | (216) 267-7229 | 0:27 | sdc |
| 124 | 2/23/2020 9:23 | (440) 503-4326 | (216) 267-7229 | 0:20 | sdc |
| 125 | 2/23/2020 10:14 | (440) 503-4326 | (216) 267-7229 | 3:42 | sdc |
| 126 | 2/24/2020 18:07 | (440) 503-4326 | (216) 267-7229 | 2:59 | sdc |
| 127 | 2/25/2020 9:45 | (440) 503-4326 | (216) 267-7229 | 1:39 | sdc |
| 128 | 2/25/2020 15:50 | (440) 503-4326 | (216) 267-7229 | 1:40 | sdc |
| 129 | 2/26/2020 11:11 | (440) 503-4326 | (216) 267-7229 | 1:53 | sdc |
| 130 | 2/26/2020 11:56 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
| 131 | 2/26/2020 12:10 | (440) 503-4326 | (216) 267-7229 | 2:05 | sdc |
| 132 | 2/26/2020 18:48 | (440) 503-4326 | (216) 267-7229 | 2:33 | sdc |
| 133 | 2/26/2020 19:02 | (440) 503-4326 | (216) 267-7229 | 3:21 | sdc |
| 134 | 2/27/2020 8:54 | (440) 503-4326 | (216) 267-7229 | 1:26 | sdc |
| 135 | 2/27/2020 11:04 | (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 136 | 2/27/2020 11:07 | (440) 503-4326 | (216) 267-7229 | 1:00 | sdc |
| 137 | 2/27/2020 18:33 | (440) 503-4326 | (216) 267-7229 | 0:53 | sdc |
| 138 | 2/27/2020 19:22 | (440) 503-4326 | (216) 267-7229 | 0:38 | sdc |
| 139 | 2/27/2020 19:29 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
| 140 | 2/28/2020 9:55 | (440) 503-4326 | (216) 267-7229 | 4:37 | sdc |
| 141 | 2/28/2020 14:43 | (440) 503-4326 | (216) 267-7229 | 0:59 | sdc |
| 142 | 2/28/2020 14:55 | (440) 503-4326 | (216) 267-7229 | 2:19 | sdc |
| 143 | 2/28/2020 17:13 | (440) 503-4326 | (216) 267-7229 | 2:24 | sdc |
| 144 | 2/29/2020 11:31 | (440) 503-4326 | (216) 267-7229 | 8:10 | sdc |
| 145 | 2/29/2020 12:21 | (440) 503-4326 | (216) 267-7229 | 0:06 | sdc |
| 146 | 2/29/2020 14:54 | (440) 503-4326 | (216) 267-7229 | 2:38 | sdc |
| 147 | 2/29/2020 17:03 | (440) 503-4326 | (216) 267-7229 | 0:38 | sdc |
| 148 | 2/29/2020 17:05 | (440) 503-4326 | (216) 267-7229 | 1:00 | sdc |
| 149 | 2/29/2020 18:43 | (440) 503-4326 | (216) 267-7229 | 1:12 | sdc |

Total Calls: 149                                            Total Duration: 231:54

CRISCIONE_004808

March '20

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 3/1/2020 11:02 | (440) 503-4326 | (216) 267-7229 | 3:03 | | | sdc |
| 2 | 3/1/2020 12:46 | (440) 503-4326 | (216) 267-7229 | 0:24 | | | sdc |
| 3 | 3/1/2020 12:53 | (440) 503-4326 | (216) 267-7229 | 0:57 | | | sdc |
| 4 | 3/1/2020 19:14 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 5 | 3/2/2020 9:58 | (440) 503-4326 | (216) 267-7229 | 2:10 | | | sdc |
| 6 | 3/2/2020 10:52 | (440) 503-4326 | (216) 267-7229 | 3:45 | | | sdc |
| 7 | 3/3/2020 8:34 | (440) 503-4326 | (216) 267-7229 | 3:26 | | | sdc |
| 8 | 3/3/2020 11:39 | (440) 503-4326 | (216) 267-7229 | 4:11 | | | sdc |
| 9 | 3/3/2020 14:27 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 10 | 3/3/2020 15:29 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 11 | 3/3/2020 15:32 | (440) 503-4326 | (216) 267-7229 | 0:41 | | | sdc |
| 12 | 3/3/2020 15:38 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 13 | 3/3/2020 15:50 | (440) 503-4326 | (216) 267-7229 | 1:58 | | | sdc |
| 14 | 3/3/2020 18:55 | (440) 503-4326 | (216) 267-7229 | 0:57 | | | sdc |
| 15 | 3/3/2020 19:09 | (440) 503-4326 | (216) 267-7229 | 1:22 | | | sdc |
| 16 | 3/4/2020 10:28 | (440) 503-4326 | (216) 267-7229 | 0:45 | | | sdc |
| 17 | 3/4/2020 11:47 | (440) 503-4326 | (216) 267-7229 | 0:31 | | | sdc |
| 18 | 3/4/2020 12:10 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 19 | 3/4/2020 14:25 | (440) 503-4326 | (216) 267-7229 | 0:03 | | | sdc |
| 20 | 3/4/2020 14:48 | (440) 503-4326 | (216) 267-7229 | 2:16 | | | sdc |
| 21 | 3/4/2020 16:10 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 22 | 3/4/2020 19:43 | (440) 503-4326 | (216) 267-7229 | 1:33 | | | sdc |
| 23 | 3/4/2020 20:48 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 24 | 3/5/2020 8:49 | (440) 503-4326 | (216) 267-7229 | 3:13 | | | sdc |
| 25 | 3/5/2020 19:41 | (440) 503-4326 | (216) 267-7229 | 0:24 | | | sdc |
| 26 | 3/6/2020 10:44 | (440) 503-4326 | (216) 267-7229 | 2:23 | | | sdc |
| 27 | 3/6/2020 11:51 | (440) 503-4326 | (216) 267-7229 | 0:30 | | | sdc |
| 28 | 3/6/2020 11:59 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 29 | 3/7/2020 10:25 | (440) 503-4326 | (216) 267-7229 | 1:51 | | | sdc |
| 30 | 3/7/2020 12:29 | (440) 503-4326 | (216) 267-7229 | 2:15 | | | sdc |
| 31 | 3/7/2020 13:16 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 32 | 3/7/2020 13:29 | (440) 503-4326 | (216) 267-7229 | 3:24 | | | sdc |
| 33 | 3/8/2020 11:17 | (440) 503-4326 | (216) 267-7229 | 3:08 | | | sdc |
| 34 | 3/8/2020 14:11 | (440) 503-4326 | (216) 267-7229 | 1:43 | | | sdc |
| 35 | 3/8/2020 17:59 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 36 | 3/9/2020 12:20 | (440) 503-4326 | (216) 267-7229 | 2:11 | | | sdc |
| 37 | 3/9/2020 13:31 | (440) 503-4326 | (216) 267-7229 | 1:41 | | | sdc |
| 38 | 3/9/2020 14:32 | (440) 503-4326 | (216) 267-7229 | 7:43 | | | sdc |
| 39 | 3/9/2020 15:21 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 40 | 3/9/2020 15:35 | (440) 503-4326 | (216) 267-7229 | 5:50 | | | sdc |
| 41 | 3/9/2020 16:32 | (440) 503-4326 | (216) 267-7229 | 0:49 | | | sdc |
| 42 | 3/10/2020 7:37 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 43 | 3/10/2020 7:42 | (440) 503-4326 | (216) 267-7229 | 0:38 | | | sdc |
| 44 | 3/10/2020 14:23 | (440) 503-4326 | (216) 267-7229 | 1:01 | | | sdc |
| 45 | 3/10/2020 14:34 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 46 | 3/10/2020 15:02 | (440) 503-4326 | (216) 267-7229 | 1:17 | | | sdc |
| 47 | 3/11/2020 8:18 | (440) 503-4326 | (216) 267-7229 | 1:40 | | | sdc |
| 48 | 3/11/2020 16:04 | (440) 503-4326 | (216) 267-7229 | 1:43 | | | sdc |
| 49 | 3/11/2020 16:26 | (440) 503-4326 | (216) 267-7229 | 1:47 | | | sdc |
| 50 | 3/11/2020 17:11 | (440) 503-4326 | (216) 267-7229 | 9:29 | | | sdc |
| 51 | 3/11/2020 18:02 | (440) 503-4326 | (216) 267-7229 | 2:17 | | | sdc |
| 52 | 3/11/2020 18:06 | (440) 503-4326 | (216) 267-7229 | 1:36 | | | sdc |
| 53 | 3/11/2020 23:39 | (440) 503-4326 | (216) 267-7229 | 4:07 | | | sdc |

CRISCIONE_004809

March '20

| | | | | |
|---|---|---|---|---|
| 54 | 3/12/2020 9:52 (440) 503-4326 | (216) 267-7229 | 4:14 | sdc |
| 55 | 3/12/2020 10:40 (440) 503-4326 | (216) 267-7229 | 0:32 | sdc |
| 56 | 3/12/2020 10:48 (440) 503-4326 | (216) 267-7229 | 1:25 | sdc |
| 57 | 3/12/2020 11:53 (440) 503-4326 | (216) 267-7229 | 3:21 | sdc |
| 58 | 3/12/2020 17:24 (440) 503-4326 | (216) 267-7229 | 0:37 | sdc |
| 59 | 3/12/2020 17:55 (440) 503-4326 | (216) 267-7229 | 2:04 | sdc |
| 60 | 3/12/2020 18:18 (440) 503-4326 | (216) 267-7229 | 0:49 | sdc |
| 61 | 3/12/2020 19:55 (440) 503-4326 | (216) 267-7229 | 0:30 | sdc |
| 62 | 3/13/2020 5:48 (440) 503-4326 | (216) 267-7229 | 4:12 | sdc |
| 63 | 3/13/2020 9:58 (440) 503-4326 | (216) 267-7229 | 2:24 | sdc |
| 64 | 3/13/2020 10:04 (440) 503-4326 | (216) 267-7229 | 0:49 | sdc |
| 65 | 3/13/2020 10:20 (440) 503-4326 | (216) 267-7229 | 0:54 | sdc |
| 66 | 3/13/2020 15:44 (440) 503-4326 | (216) 267-7229 | 6:48 | sdc |
| 67 | 3/13/2020 17:11 (440) 503-4326 | (216) 267-7229 | 1:11 | sdc |
| 68 | 3/13/2020 18:18 (440) 503-4326 | (216) 267-7229 | 2:06 | sdc |
| 69 | 3/13/2020 18:21 (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |
| 70 | 3/14/2020 10:14 (440) 503-4326 | (216) 267-7229 | 0:24 | sdc |
| 71 | 3/14/2020 10:14 (440) 503-4326 | (216) 267-7229 | 0:23 | sdc |
| 72 | 3/14/2020 10:15 (440) 503-4326 | (216) 267-7229 | 0:14 | sdc |
| 73 | 3/14/2020 10:15 (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
| 74 | 3/15/2020 13:55 (440) 503-4326 | (216) 267-7229 | 1:57 | sdc |
| 75 | 3/15/2020 14:18 (440) 503-4326 | (216) 267-7229 | 0:41 | sdc |
| 76 | 3/15/2020 14:29 (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
| 77 | 3/16/2020 9:25 (440) 503-4326 | (216) 267-7229 | 0:58 | sdc |
| 78 | 3/16/2020 13:30 (440) 503-4326 | (216) 267-7229 | 1:52 | sdc |
| 79 | 3/16/2020 16:03 (440) 503-4326 | (216) 267-7229 | 1:11 | sdc |
| 80 | 3/16/2020 18:07 (440) 503-4326 | (216) 267-7229 | 0:54 | sdc |
| 81 | 3/16/2020 18:13 (440) 503-4326 | (216) 267-7229 | 0:31 | sdc |
| 82 | 3/16/2020 19:30 (440) 503-4326 | (216) 267-7229 | 0:40 | sdc |
| 83 | 3/16/2020 19:34 (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 84 | 3/17/2020 10:06 (440) 503-4326 | (216) 267-7229 | 15:03 | sdc |
| 85 | 3/17/2020 11:46 (440) 503-4326 | (216) 267-7229 | 0:03 | sdc |
| 86 | 3/17/2020 12:00 (440) 503-4326 | (216) 267-7229 | 0:58 | sdc |
| 87 | 3/17/2020 12:03 (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 88 | 3/17/2020 15:02 (440) 503-4326 | (216) 267-7229 | 7:00 | sdc |
| 89 | 3/17/2020 15:30 (440) 503-4326 | (216) 267-7229 | 1:04 | sdc |
| 90 | 3/17/2020 15:40 (440) 503-4326 | (216) 267-7229 | 1:58 | sdc |
| 91 | 3/17/2020 18:02 (440) 503-4326 | (216) 267-7229 | 0:41 | sdc |
| 92 | 3/18/2020 11:24 (440) 503-4326 | (216) 267-7229 | 1:47 | sdc |
| 93 | 3/18/2020 11:42 (440) 503-4326 | (216) 267-7229 | 5:31 | sdc |
| 94 | 3/18/2020 12:36 (440) 503-4326 | (216) 267-7229 | 1:44 | sdc |
| 95 | 3/18/2020 13:23 (440) 503-4326 | (216) 267-7229 | 3:37 | sdc |
| 96 | 3/18/2020 13:57 (440) 503-4326 | (216) 267-7229 | 0:31 | sdc |
| 97 | 3/18/2020 15:49 (440) 503-4326 | (216) 267-7229 | 1:32 | sdc |
| 98 | 3/18/2020 16:27 (440) 503-4326 | (216) 267-7229 | 4:31 | sdc |
| 99 | 3/19/2020 16:08 (440) 503-4326 | (216) 267-7229 | 1:32 | sdc |
| 100 | 3/19/2020 16:38 (440) 503-4326 | (216) 267-7229 | 0:56 | sdc |
| 101 | 3/20/2020 7:33 (440) 503-4326 | (216) 267-7229 | 0:51 | sdc |
| 102 | 3/20/2020 7:47 (440) 503-4326 | (216) 267-7229 | 1:31 | sdc |
| 103 | 3/20/2020 9:13 (440) 503-4326 | (216) 267-7229 | 1:12 | sdc |
| 104 | 3/20/2020 12:53 (440) 503-4326 | (216) 267-7229 | 0:55 | sdc |
| 105 | 3/20/2020 13:48 (440) 503-4326 | (216) 267-7229 | 0:56 | sdc |
| 106 | 3/20/2020 13:50 (440) 503-4326 | (216) 267-7229 | 0:40 | sdc |
| 107 | 3/20/2020 13:51 (440) 503-4326 | (216) 267-7229 | 0:20 | sdc |

CRISCIONE_004810

March '20

| | | | | |
|---|---|---|---|---|
| 108 | 3/20/2020 13:52 (440) 503-4326 | (216) 267-7229 | 1:42 | sdc |
| 109 | 3/20/2020 15:03 (440) 503-4326 | (216) 267-7229 | 3:25 | sdc |
| 110 | 3/20/2020 15:54 (440) 503-4326 | (216) 267-7229 | 1:13 | sdc |
| 111 | 3/20/2020 16:15 (440) 503-4326 | (216) 267-7229 | 4:42 | sdc |
| 112 | 3/21/2020 5:54 (440) 503-4326 | (216) 267-7229 | 1:54 | sdc |
| 113 | 3/21/2020 6:10 (440) 503-4326 | (216) 267-7229 | 0:30 | sdc |
| 114 | 3/21/2020 6:10 (440) 503-4326 | (216) 267-7229 | 0:24 | sdc |
| 115 | 3/21/2020 6:19 (440) 503-4326 | (216) 267-7229 | 0:26 | sdc |
| 116 | 3/21/2020 6:32 (440) 503-4326 | (216) 267-7229 | 3:43 | sdc |
| 117 | 3/21/2020 9:22 (440) 503-4326 | (216) 267-7229 | 0:26 | sdc |
| 118 | 3/21/2020 9:55 (440) 503-4326 | (216) 267-7229 | 5:46 | sdc |
| 119 | 3/21/2020 10:47 (440) 503-4326 | (216) 267-7229 | 1:15 | sdc |
| 120 | 3/21/2020 12:29 (440) 503-4326 | (216) 267-7229 | 4:28 | sdc |
| 121 | 3/21/2020 14:43 (440) 503-4326 | (216) 267-7229 | 1:11 | sdc |
| 122 | 3/21/2020 18:15 (440) 503-4326 | (216) 267-7229 | 1:44 | sdc |
| 123 | 3/21/2020 19:02 (440) 503-4326 | (216) 267-7229 | 0:58 | sdc |
| 124 | 3/21/2020 19:07 (440) 503-4326 | (216) 267-7229 | 0:28 | sdc |
| 125 | 3/21/2020 19:08 (440) 503-4326 | (216) 267-7229 | 1:00 | sdc |
| 126 | 3/22/2020 4:26 (440) 503-4326 | (216) 267-7229 | 5:29 | sdc |
| 127 | 3/22/2020 10:08 (440) 503-4326 | (216) 267-7229 | 4:50 | sdc |
| 128 | 3/22/2020 11:40 (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 129 | 3/22/2020 11:52 (440) 503-4326 | (216) 267-7229 | 1:15 | sdc |
| 130 | 3/23/2020 9:39 (440) 503-4326 | (216) 267-7229 | 14:50 | sdc |
| 131 | 3/23/2020 10:27 (440) 503-4326 | (216) 267-7229 | 0:48 | sdc |
| 132 | 3/23/2020 18:24 (440) 503-4326 | (216) 267-7229 | 1:23 | sdc |
| 133 | 3/23/2020 18:53 (440) 503-4326 | (216) 267-7229 | 1:28 | sdc |
| 134 | 3/23/2020 19:13 (440) 503-4326 | (216) 267-7229 | 1:35 | sdc |
| 135 | 3/23/2020 19:27 (440) 503-4326 | (216) 267-7229 | 3:35 | sdc |
| 136 | 3/23/2020 20:29 (440) 503-4326 | (216) 267-7229 | 0:16 | sdc |
| 137 | 3/23/2020 20:29 (440) 503-4326 | (216) 267-7229 | 7:43 | sdc |
| 138 | 3/24/2020 7:07 (440) 503-4326 | (216) 267-7229 | 1:44 | sdc |
| 139 | 3/24/2020 9:08 (440) 503-4326 | (216) 267-7229 | 3:20 | sdc |
| 140 | 3/24/2020 9:24 (440) 503-4326 | (216) 267-7229 | 2:25 | sdc |
| 141 | 3/24/2020 9:43 (440) 503-4326 | (216) 267-7229 | 1:12 | sdc |
| 142 | 3/24/2020 10:40 (440) 503-4326 | (216) 267-7229 | 2:02 | sdc |
| 143 | 3/24/2020 10:42 (440) 503-4326 | (216) 267-7229 | 2:02 | sdc |
| 144 | 3/24/2020 10:45 (440) 503-4326 | (216) 267-7229 | 1:01 | sdc |
| 145 | 3/24/2020 10:46 (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 146 | 3/24/2020 10:51 (440) 503-4326 | (216) 267-7229 | 2:24 | sdc |
| 147 | 3/24/2020 10:59 (440) 503-4326 | (216) 267-7229 | 4:58 | sdc |
| 148 | 3/24/2020 12:35 (440) 503-4326 | (216) 267-7229 | 3:59 | sdc |
| 149 | 3/24/2020 16:16 (440) 503-4326 | (216) 267-7229 | 0:59 | sdc |
| 150 | 3/24/2020 19:25 (440) 503-4326 | (216) 267-7229 | 1:08 | sdc |
| 151 | 3/25/2020 11:47 (440) 503-4326 | (216) 267-7229 | 1:45 | sdc |
| 152 | 3/25/2020 12:08 (440) 503-4326 | (216) 267-7229 | 0:55 | sdc |
| 153 | 3/25/2020 14:23 (440) 503-4326 | (216) 267-7229 | 3:35 | sdc |
| 154 | 3/25/2020 14:37 (440) 503-4326 | (216) 267-7229 | 1:16 | sdc |
| 155 | 3/25/2020 16:16 (440) 503-4326 | (216) 267-7229 | 10:18 | sdc |
| 156 | 3/26/2020 6:18 (440) 503-4326 | (216) 267-7229 | 2:44 | sdc |
| 157 | 3/26/2020 7:58 (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
| 158 | 3/26/2020 7:58 (440) 503-4326 | (216) 267-7229 | 0:16 | sdc |
| 159 | 3/26/2020 7:58 (440) 503-4326 | (216) 267-7229 | 1:12 | sdc |
| 160 | 3/26/2020 9:20 (440) 503-4326 | (216) 267-7229 | 1:08 | sdc |
| 161 | 3/26/2020 10:05 (440) 503-4326 | (216) 267-7229 | 1:33 | sdc |

CRISCIONE_004811

March '20

| | | | | | |
|---|---|---|---|---|---|
| 162 | 3/26/2020 11:22 | (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
| 163 | 3/26/2020 11:25 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 164 | 3/26/2020 11:26 | (440) 503-4326 | (216) 267-7229 | 1:21 | sdc |
| 165 | 3/26/2020 11:45 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
| 166 | 3/26/2020 14:55 | (440) 503-4326 | (216) 267-7229 | 4:31 | sdc |
| 167 | 3/26/2020 14:59 | (440) 503-4326 | (216) 267-7229 | 1:39 | sdc |
| 168 | 3/26/2020 16:16 | (440) 503-4326 | (216) 267-7229 | 9:15 | sdc |
| 169 | 3/27/2020 6:25 | (440) 503-4326 | (216) 267-7229 | 2:04 | sdc |
| 170 | 3/27/2020 9:15 | (440) 503-4326 | (216) 267-7229 | 0:37 | sdc |
| 171 | 3/27/2020 12:32 | (440) 503-4326 | (216) 267-7229 | 2:58 | sdc |
| 172 | 3/27/2020 12:35 | (440) 503-4326 | (216) 267-7229 | 1:28 | sdc |
| 173 | 3/27/2020 12:37 | (440) 503-4326 | (216) 267-7229 | 10:49 | sdc |
| 174 | 3/27/2020 15:25 | (440) 503-4326 | (216) 267-7229 | 1:32 | sdc |
| 175 | 3/27/2020 18:49 | (440) 503-4326 | (216) 267-7229 | 1:27 | sdc |
| 176 | 3/28/2020 10:24 | (440) 503-4326 | (216) 267-7229 | 2:21 | sdc |
| 177 | 3/28/2020 10:29 | (440) 503-4326 | (216) 267-7229 | 5:27 | sdc |
| 178 | 3/28/2020 14:23 | (440) 503-4326 | (216) 267-7229 | 1:05 | sdc |
| 179 | 3/29/2020 10:21 | (440) 503-4326 | (216) 267-7229 | 6:23 | sdc |
| 180 | 3/29/2020 12:39 | (440) 503-4326 | (216) 267-7229 | 1:37 | sdc |
| 181 | 3/29/2020 14:40 | (440) 503-4326 | (216) 267-7229 | 4:08 | sdc |
| 182 | 3/29/2020 15:41 | (440) 503-4326 | (216) 267-7229 | 1:31 | sdc |
| 183 | 3/30/2020 5:01 | (440) 503-4326 | (216) 267-7229 | 4:26 | sdc |
| 184 | 3/30/2020 5:19 | (440) 503-4326 | (216) 267-7229 | 25:42:00 | sdc |
| 185 | 3/30/2020 6:24 | (440) 503-4326 | (216) 267-7229 | 0:03 | sdc |
| 186 | 3/30/2020 14:10 | (440) 503-4326 | (216) 267-7229 | 6:49 | sdc |
| 187 | 3/30/2020 14:20 | (440) 503-4326 | (216) 267-7229 | 0:43 | sdc |
| 188 | 3/30/2020 19:12 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 189 | 3/30/2020 19:48 | (440) 503-4326 | (216) 267-7229 | 1:11 | sdc |
| 190 | 3/31/2020 5:40 | (440) 503-4326 | (216) 267-7229 | 2:27 | sdc |
| 191 | 3/31/2020 9:37 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 192 | 3/31/2020 9:37 | (440) 503-4326 | (216) 267-7229 | 1:50 | sdc |
| 193 | 3/31/2020 10:27 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 194 | 3/31/2020 10:28 | (440) 503-4326 | (216) 267-7229 | 1:13 | sdc |
| 195 | 3/31/2020 10:40 | (440) 503-4326 | (216) 267-7229 | 0:38 | sdc |
| 196 | 3/31/2020 10:41 | (440) 503-4326 | (216) 267-7229 | 0:58 | sdc |
| 197 | 3/31/2020 10:42 | (440) 503-4326 | (216) 267-7229 | 0:08 | sdc |
| 198 | 3/31/2020 10:42 | (440) 503-4326 | (216) 267-7229 | 0:16 | sdc |
| 199 | 3/31/2020 10:44 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
| 200 | 3/31/2020 16:22 | (440) 503-4326 | (216) 267-7229 | 0:26 | sdc |
| 201 | 3/31/2020 16:46 | (440) 503-4326 | (216) 267-7229 | 7:20 | sdc |

Total Calls: 201                                    Total Duration: 449:53

CRISCIONE_004812

April '20

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 4/1/2020 9:49 | (440) 503-4326 | (216) 267-7229 | 11:32 | | | sdc |
| 2 | 4/1/2020 11:33 | (440) 503-4326 | (216) 267-7229 | 1:56 | | | sdc |
| 3 | 4/1/2020 12:16 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 4 | 4/1/2020 12:45 | (440) 503-4326 | (216) 267-7229 | 0:26 | | | sdc |
| 5 | 4/1/2020 13:14 | (440) 503-4326 | (216) 267-7229 | 1:10 | | | sdc |
| 6 | 4/1/2020 13:23 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 7 | 4/1/2020 13:28 | (440) 503-4326 | (216) 267-7229 | 2:15 | | | sdc |
| 8 | 4/1/2020 13:31 | (440) 503-4326 | (216) 267-7229 | 0:03 | | | sdc |
| 9 | 4/1/2020 14:25 | (440) 503-4326 | (216) 267-7229 | 9:48 | | | sdc |
| 10 | 4/1/2020 18:32 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 11 | 4/1/2020 18:41 | (440) 503-4326 | (216) 267-7229 | 8:07 | | | sdc |
| 12 | 4/2/2020 11:50 | (440) 503-4326 | (216) 267-7229 | 1:01 | | | sdc |
| 13 | 4/2/2020 12:11 | (440) 503-4326 | (216) 267-7229 | 1:36 | | | sdc |
| 14 | 4/2/2020 18:41 | (440) 503-4326 | (216) 267-7229 | 1:53 | | | sdc |
| 15 | 4/3/2020 11:08 | (440) 503-4326 | (216) 267-7229 | 1:59 | | | sdc |
| 16 | 4/3/2020 13:34 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 17 | 4/3/2020 14:24 | (440) 503-4326 | (216) 267-7229 | 0:22 | | | sdc |
| 18 | 4/3/2020 14:56 | (440) 503-4326 | (216) 267-7229 | 13:38 | | | sdc |
| 19 | 4/3/2020 18:53 | (440) 503-4326 | (216) 267-7229 | 0:33 | | | sdc |
| 20 | 4/4/2020 9:53 | (440) 503-4326 | (216) 267-7229 | 2:16 | | | sdc |
| 21 | 4/4/2020 10:00 | (440) 503-4326 | (216) 267-7229 | 4:37 | | | sdc |
| 22 | 4/4/2020 10:34 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 23 | 4/4/2020 10:35 | (440) 503-4326 | (216) 267-7229 | 3:01 | | | sdc |
| 24 | 4/4/2020 13:55 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 25 | 4/4/2020 14:01 | (440) 503-4326 | (216) 267-7229 | 3:29 | | | sdc |
| 26 | 4/4/2020 14:05 | (440) 503-4326 | (216) 267-7229 | 0:06 | | | sdc |
| 27 | 4/4/2020 18:40 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 28 | 4/4/2020 18:44 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |
| 29 | 4/5/2020 14:21 | (440) 503-4326 | (216) 267-7229 | 0:13 | | | sdc |
| 30 | 4/5/2020 14:21 | (440) 503-4326 | (216) 267-7229 | 8:42 | | | sdc |
| 31 | 4/5/2020 16:27 | (440) 503-4326 | (216) 267-7229 | 3:00 | | | sdc |
| 32 | 4/6/2020 9:31 | (440) 503-4326 | (216) 267-7229 | 1:35 | | | sdc |
| 33 | 4/6/2020 18:07 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 34 | 4/7/2020 10:58 | (440) 503-4326 | (216) 267-7229 | 1:48 | | | sdc |
| 35 | 4/7/2020 11:30 | (440) 503-4326 | (216) 267-7229 | 6:32 | | | sdc |
| 36 | 4/7/2020 14:29 | (440) 503-4326 | (216) 267-7229 | 1:54 | | | sdc |
| 37 | 4/7/2020 16:08 | (440) 503-4326 | (216) 267-7229 | 0:35 | | | sdc |
| 38 | 4/7/2020 18:39 | (440) 503-4326 | (216) 267-7229 | 0:42 | | | sdc |
| 39 | 4/8/2020 9:23 | (440) 503-4326 | (216) 267-7229 | 5:10 | | | sdc |
| 40 | 4/8/2020 12:55 | (440) 503-4326 | (216) 267-7229 | 1:14 | | | sdc |
| 41 | 4/8/2020 17:12 | (440) 503-4326 | (216) 267-7229 | 2:05 | | | sdc |
| 42 | 4/8/2020 17:30 | (440) 503-4326 | (216) 267-7229 | 1:20 | | | sdc |
| 43 | 4/8/2020 18:32 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 44 | 4/9/2020 7:15 | (440) 503-4326 | (216) 267-7229 | 1:15 | | | sdc |
| 45 | 4/9/2020 7:41 | (440) 503-4326 | (216) 267-7229 | 1:08 | | | sdc |
| 46 | 4/9/2020 10:54 | (440) 503-4326 | (216) 267-7229 | 4:07 | | | sdc |
| 47 | 4/9/2020 14:10 | (440) 503-4326 | (216) 267-7229 | 2:38 | | | sdc |
| 48 | 4/9/2020 18:04 | (440) 503-4326 | (216) 267-7229 | 1:32 | | | sdc |
| 49 | 4/9/2020 18:22 | (440) 503-4326 | (216) 267-7229 | 1:05 | | | sdc |
| 50 | 4/9/2020 18:36 | (440) 503-4326 | (216) 267-7229 | 2:30 | | | sdc |
| 51 | 4/9/2020 20:13 | (440) 503-4326 | (216) 267-7229 | 2:40 | | | sdc |
| 52 | 4/9/2020 20:16 | (440) 503-4326 | (216) 267-7229 | 1:07 | | | sdc |
| 53 | 4/9/2020 20:17 | (440) 503-4326 | (216) 267-7229 | 0:54 | | | sdc |

CRISCIONE_004813

April '20

| 54 | 4/10/2020 8:11 | (440) 503-4326 | (216) 267-7229 | 1:20 | sdc |
|---|---|---|---|---|---|
| 55 | 4/10/2020 8:42 | (440) 503-4326 | (216) 267-7229 | 2:27 | sdc |
| 56 | 4/10/2020 10:04 | (440) 503-4326 | (216) 267-7229 | 2:12 | sdc |
| 57 | 4/10/2020 13:45 | (440) 503-4326 | (216) 267-7229 | 0:32 | sdc |
| 58 | 4/10/2020 15:08 | (440) 503-4326 | (216) 267-7229 | 0:55 | sdc |
| 59 | 4/10/2020 16:50 | (440) 503-4326 | (216) 267-7229 | 2:40 | sdc |
| 60 | 4/10/2020 18:44 | (440) 503-4326 | (216) 267-7229 | 0:53 | sdc |
| 61 | 4/10/2020 18:56 | (440) 503-4326 | (216) 267-7229 | 2:10 | sdc |
| 62 | 4/11/2020 9:04 | (440) 503-4326 | (216) 267-7229 | 7:38 | sdc |
| 63 | 4/11/2020 11:02 | (440) 503-4326 | (216) 267-7229 | 1:21 | sdc |
| 64 | 4/11/2020 11:31 | (440) 503-4326 | (216) 267-7229 | 3:41 | sdc |
| 65 | 4/11/2020 18:05 | (440) 503-4326 | (216) 267-7229 | 3:29 | sdc |
| 66 | 4/12/2020 7:13 | (440) 503-4326 | (216) 267-7229 | 5:08 | sdc |
| 67 | 4/12/2020 9:47 | (440) 503-4326 | (216) 267-7229 | 3:18 | sdc |
| 68 | 4/12/2020 13:43 | (440) 503-4326 | (216) 267-7229 | 1:37 | sdc |
| 69 | 4/12/2020 15:13 | (440) 503-4326 | (216) 267-7229 | 1:09 | sdc |
| 70 | 4/12/2020 15:17 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
| 71 | 4/12/2020 19:18 | (440) 503-4326 | (216) 267-7229 | 2:09 | sdc |
| 72 | 4/13/2020 11:46 | (440) 503-4326 | (216) 267-7229 | 6:00 | sdc |
| 73 | 4/13/2020 13:29 | (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
| 74 | 4/13/2020 14:55 | (440) 503-4326 | (216) 267-7229 | 0:58 | sdc |
| 75 | 4/13/2020 15:34 | (440) 503-4326 | (216) 267-7229 | 1:26 | sdc |
| 76 | 4/13/2020 16:00 | (440) 503-4326 | (216) 267-7229 | 11:59 | sdc |
| 77 | 4/14/2020 8:51 | (440) 503-4326 | (216) 267-7229 | 0:37 | sdc |
| 78 | 4/14/2020 9:27 | (440) 503-4326 | (216) 267-7229 | 3:11 | sdc |
| 79 | 4/14/2020 10:33 | (440) 503-4326 | (216) 267-7229 | 1:07 | sdc |
| 80 | 4/14/2020 11:06 | (440) 503-4326 | (216) 267-7229 | 2:55 | sdc |
| 81 | 4/14/2020 15:53 | (440) 503-4326 | (216) 267-7229 | 3:48 | sdc |
| 82 | 4/14/2020 18:11 | (440) 503-4326 | (216) 267-7229 | 3:05 | sdc |
| 83 | 4/14/2020 18:41 | (440) 503-4326 | (216) 267-7229 | 5:27 | sdc |
| 84 | 4/15/2020 9:20 | (440) 503-4326 | (216) 267-7229 | 1:16 | sdc |
| 85 | 4/15/2020 11:15 | (440) 503-4326 | (216) 267-7229 | 0:37 | sdc |
| 86 | 4/15/2020 11:16 | (440) 503-4326 | (216) 267-7229 | 2:41 | sdc |
| 87 | 4/15/2020 13:11 | (440) 503-4326 | (216) 267-7229 | 1:29 | sdc |
| 88 | 4/15/2020 13:42 | (440) 503-4326 | (216) 267-7229 | 1:33 | sdc |
| 89 | 4/15/2020 13:58 | (440) 503-4326 | (216) 267-7229 | 1:31 | sdc |
| 90 | 4/15/2020 15:16 | (440) 503-4326 | (216) 267-7229 | 0:50 | sdc |
| 91 | 4/15/2020 18:25 | (440) 503-4326 | (216) 267-7229 | 2:22 | sdc |
| 92 | 4/15/2020 18:33 | (440) 503-4326 | (216) 267-7229 | 0:29 | sdc |
| 93 | 4/16/2020 11:00 | (440) 503-4326 | (216) 267-7229 | 1:43 | sdc |
| 94 | 4/16/2020 11:09 | (440) 503-4326 | (216) 267-7229 | 1:20 | sdc |
| 95 | 4/16/2020 13:22 | (440) 503-4326 | (216) 267-7229 | 2:40 | sdc |
| 96 | 4/16/2020 14:12 | (440) 503-4326 | (216) 267-7229 | 9:56 | sdc |
| 97 | 4/16/2020 14:22 | (440) 503-4326 | (216) 267-7229 | 1:08 | sdc |
| 98 | 4/18/2020 9:23 | (440) 503-4326 | (216) 267-7229 | 10:04 | sdc |
| 99 | 4/18/2020 10:45 | (440) 503-4326 | (216) 267-7229 | 1:38 | sdc |
| 100 | 4/18/2020 11:29 | (440) 503-4326 | (216) 267-7229 | 1:49 | sdc |
| 101 | 4/18/2020 13:45 | (440) 503-4326 | (216) 267-7229 | 0:11 | sdc |
| 102 | 4/18/2020 13:46 | (440) 503-4326 | (216) 267-7229 | 3:07 | sdc |
| 103 | 4/18/2020 14:41 | (440) 503-4326 | (216) 267-7229 | 1:54 | sdc |
| 104 | 4/18/2020 17:34 | (440) 503-4326 | (216) 267-7229 | 5:12 | sdc |
| 105 | 4/18/2020 18:58 | (440) 503-4326 | (216) 267-7229 | 0:03 | sdc |
| 106 | 4/18/2020 19:02 | (440) 503-4326 | (216) 267-7229 | 1:48 | sdc |
| 107 | 4/19/2020 6:41 | (440) 503-4326 | (216) 267-7229 | 3:10 | sdc |

CRISCIONE_004814

April '20

| | | | | | |
|---|---|---|---|---|---|
| 108 | 4/19/2020 11:42 | (440) 503-4326 | (216) 267-7229 | 4:35 | sdc |
| 109 | 4/19/2020 15:25 | (440) 503-4326 | (216) 267-7229 | 3:00 | sdc |
| 110 | 4/19/2020 17:54 | (440) 503-4326 | (216) 267-7229 | 0:34 | sdc |
| 111 | 4/19/2020 17:55 | (440) 503-4326 | (216) 267-7229 | 0:32 | sdc |
| 112 | 4/19/2020 17:56 | (440) 503-4326 | (216) 267-7229 | 1:41 | sdc |
| 113 | 4/20/2020 6:49 | (440) 503-4326 | (216) 267-7229 | 0:31 | sdc |
| 114 | 4/20/2020 6:59 | (440) 503-4326 | (216) 267-7229 | 1:51 | sdc |
| 115 | 4/20/2020 12:01 | (440) 503-4326 | (216) 267-7229 | 4:18 | sdc |
| 116 | 4/20/2020 14:26 | (440) 503-4326 | (216) 267-7229 | 2:19 | sdc |
| 117 | 4/20/2020 19:45 | (440) 503-4326 | (216) 267-7229 | 1:38 | sdc |
| 118 | 4/21/2020 12:47 | (440) 503-4326 | (216) 267-7229 | 1:36 | sdc |
| 119 | 4/22/2020 10:46 | (440) 503-4326 | (216) 267-7229 | 2:06 | sdc |
| 120 | 4/22/2020 16:01 | (440) 503-4326 | (216) 267-7229 | 0:53 | sdc |
| 121 | 4/22/2020 18:12 | (440) 503-4326 | (216) 267-7229 | 2:31 | sdc |
| 122 | 4/23/2020 11:01 | (440) 503-4326 | (216) 267-7229 | 2:03 | sdc |
| 123 | 4/23/2020 11:31 | (440) 503-4326 | (216) 267-7229 | 2:02 | sdc |
| 124 | 4/23/2020 14:25 | (440) 503-4326 | (216) 267-7229 | 0:57 | sdc |
| 125 | 4/24/2020 11:53 | (440) 503-4326 | (216) 267-7229 | 1:22 | sdc |
| 126 | 4/24/2020 14:07 | (440) 503-4326 | (216) 267-7229 | 0:30 | sdc |
| 127 | 4/24/2020 14:13 | (440) 503-4326 | (216) 267-7229 | 0:19 | sdc |
| 128 | 4/24/2020 14:14 | (440) 503-4326 | (216) 267-7229 | 0:19 | sdc |
| 129 | 4/24/2020 15:33 | (440) 503-4326 | (216) 267-7229 | 3:56 | sdc |
| 130 | 4/24/2020 15:37 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 131 | 4/25/2020 9:13 | (440) 503-4326 | (216) 267-7229 | 0:01 | sdc |
| 132 | 4/25/2020 9:16 | (440) 503-4326 | (216) 267-7229 | 3:17 | sdc |
| 133 | 4/25/2020 9:21 | (440) 503-4326 | (216) 267-7229 | 0:56 | sdc |
| 134 | 4/25/2020 11:13 | (440) 503-4326 | (216) 267-7229 | 0:21 | sdc |
| 135 | 4/25/2020 13:14 | (440) 503-4326 | (216) 267-7229 | 2:41 | sdc |
| 136 | 4/25/2020 18:33 | (440) 503-4326 | (216) 267-7229 | 4:48 | sdc |
| 137 | 4/26/2020 12:44 | (440) 503-4326 | (216) 267-7229 | 5:35 | sdc |
| 138 | 4/27/2020 13:44 | (440) 503-4326 | (216) 267-7229 | 0:49 | sdc |
| 139 | 4/27/2020 13:49 | (440) 503-4326 | (216) 267-7229 | 0:20 | sdc |
| 140 | 4/27/2020 13:56 | (440) 503-4326 | (216) 267-7229 | 0:42 | sdc |
| 141 | 4/27/2020 14:29 | (440) 503-4326 | (216) 267-7229 | 14:02 | sdc |
| 142 | 4/27/2020 14:42 | (440) 503-4326 | (216) 267-7229 | 1:16 | sdc |
| 143 | 4/27/2020 18:44 | (440) 503-4326 | (216) 267-7229 | 1:42 | sdc |
| 144 | 4/28/2020 11:46 | (440) 503-4326 | (216) 267-7229 | 9:48 | sdc |
| 145 | 4/28/2020 13:29 | (440) 503-4326 | (216) 267-7229 | 0:19 | sdc |
| 146 | 4/28/2020 15:05 | (440) 503-4326 | (216) 267-7229 | 0:38 | sdc |
| 147 | 4/28/2020 15:06 | (440) 503-4326 | (216) 267-7229 | 0:12 | sdc |
| 148 | 4/28/2020 15:06 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 149 | 4/28/2020 15:24 | (440) 503-4326 | (216) 267-7229 | 2:31 | sdc |
| 150 | 4/28/2020 15:33 | (440) 503-4326 | (216) 267-7229 | 1:39 | sdc |
| 151 | 4/28/2020 16:40 | (440) 503-4326 | (216) 267-7229 | 0:42 | sdc |
| 152 | 4/28/2020 16:56 | (440) 503-4326 | (216) 267-7229 | 0:22 | sdc |
| 153 | 4/28/2020 21:28 | (440) 503-4326 | (216) 267-7229 | 0:47 | sdc |
| 154 | 4/28/2020 21:30 | (440) 503-4326 | (216) 267-7229 | 2:09 | sdc |
| 155 | 4/29/2020 12:01 | (440) 503-4326 | (216) 267-7229 | 7:26 | sdc |
| 156 | 4/29/2020 13:31 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 157 | 4/29/2020 13:31 | (440) 503-4326 | (216) 267-7229 | 1:07 | sdc |
| 158 | 4/29/2020 16:40 | (440) 503-4326 | (216) 267-7229 | 1:02 | sdc |
| 159 | 4/29/2020 17:13 | (440) 503-4326 | (216) 267-7229 | 0:59 | sdc |
| 160 | 4/29/2020 17:21 | (440) 503-4326 | (216) 267-7229 | 3:09 | sdc |
| 161 | 4/29/2020 17:59 | (440) 503-4326 | (216) 267-7229 | 0:31 | sdc |

April '20

| 162 | 4/29/2020 18:51 | (440) 503-4326 | (216) 267-7229 | 1:03 | sdc |
| 163 | 4/30/2020 9:25 | (440) 503-4326 | (216) 267-7229 | 2:52 | sdc |
| 164 | 4/30/2020 11:31 | (440) 503-4326 | (216) 267-7229 | 0:07 | sdc |
| 165 | 4/30/2020 11:31 | (440) 503-4326 | (216) 267-7229 | 0:06 | sdc |
| 166 | 4/30/2020 12:07 | (440) 503-4326 | (216) 267-7229 | 2:39 | sdc |
| 167 | 4/30/2020 13:14 | (440) 503-4326 | (216) 267-7229 | 2:28 | sdc |
| 168 | 4/30/2020 15:30 | (440) 503-4326 | (216) 267-7229 | 4:51 | sdc |
| 169 | 4/30/2020 16:25 | (440) 503-4326 | (216) 267-7229 | 4:24 | sdc |
| 170 | 4/30/2020 16:56 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |

Total Calls: 170                                    Total Duration: 401:41

CRISCIONE_004816

May '20

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|---|---|---|---|---|---|---|---|
| 1 | 5/1/2020 10:03 | (440) 503-4326 | (216) 267-7229 | 0:32 | | | sdc |
| 2 | 5/1/2020 10:04 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 3 | 5/1/2020 10:04 | (440) 503-4326 | (216) 267-7229 | 0:59 | | | sdc |
| 4 | 5/1/2020 10:06 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 5 | 5/1/2020 10:13 | (440) 503-4326 | (216) 267-7229 | 2:21 | | | sdc |
| 6 | 5/1/2020 12:18 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 7 | 5/1/2020 12:26 | (440) 503-4326 | (216) 267-7229 | 0:15 | | | sdc |
| 8 | 5/1/2020 13:00 | (440) 503-4326 | (216) 267-7229 | 5:31 | | | sdc |
| 9 | 5/1/2020 13:47 | (440) 503-4326 | (216) 267-7229 | 7:34 | | | sdc |
| 10 | 5/1/2020 14:05 | (440) 503-4326 | (216) 267-7229 | 3:01 | | | sdc |
| 11 | 5/1/2020 14:08 | (440) 503-4326 | (216) 267-7229 | 0:02 | | | sdc |
| 12 | 5/1/2020 15:34 | (440) 503-4326 | (216) 267-7229 | 0:43 | | | sdc |
| 13 | 5/1/2020 17:34 | (440) 503-4326 | (216) 267-7229 | 3:03 | | | sdc |
| 14 | 5/1/2020 19:57 | (440) 503-4326 | (216) 267-7229 | 1:21 | | | sdc |
| 15 | 5/1/2020 21:46 | (440) 503-4326 | (216) 267-7229 | 1:04 | | | sdc |
| 16 | 5/1/2020 21:47 | (440) 503-4326 | (216) 267-7229 | 0:51 | | | sdc |
| 17 | 5/2/2020 5:32 | (440) 503-4326 | (216) 267-7229 | 1:31 | | | sdc |
| 18 | 5/2/2020 11:14 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 19 | 5/2/2020 11:15 | (440) 503-4326 | (216) 267-7229 | 0:38 | | | sdc |
| 20 | 5/2/2020 11:16 | (440) 503-4326 | (216) 267-7229 | 0:20 | | | sdc |
| 21 | 5/2/2020 11:16 | (440) 503-4326 | (216) 267-7229 | 0:00 | | | sdc |
| 22 | 5/2/2020 11:18 | (440) 503-4326 | (216) 267-7229 | 1:08 | | | sdc |
| 23 | 5/2/2020 11:19 | (440) 503-4326 | (216) 267-7229 | 13:41 | | | sdc |
| 24 | 5/2/2020 11:39 | (440) 503-4326 | (216) 267-7229 | 1:06 | | | sdc |
| 25 | 5/2/2020 11:48 | (440) 503-4326 | (216) 267-7229 | 1:19 | | | sdc |
| 26 | 5/2/2020 12:38 | (440) 503-4326 | (216) 267-7229 | 4:34 | | | sdc |
| 27 | 5/2/2020 13:58 | (440) 503-4326 | (216) 267-7229 | 2:49 | | | sdc |
| 28 | 5/2/2020 17:26 | (440) 503-4326 | (216) 267-7229 | 1:59 | | | sdc |
| 29 | 5/2/2020 17:46 | (440) 503-4326 | (216) 267-7229 | 2:35 | | | sdc |
| 30 | 5/2/2020 19:41 | (440) 503-4326 | (216) 267-7229 | 20:14 | | | sdc |
| 31 | 5/3/2020 10:11 | (440) 503-4326 | (216) 267-7229 | 3:00 | | | sdc |
| 32 | 5/3/2020 13:01 | (440) 503-4326 | (216) 267-7229 | 1:39 | | | sdc |
| 33 | 5/3/2020 13:46 | (440) 503-4326 | (216) 267-7229 | 1:01 | | | sdc |
| 34 | 5/3/2020 16:50 | (440) 503-4326 | (216) 267-7229 | 0:57 | | | sdc |
| 35 | 5/3/2020 19:21 | (440) 503-4326 | (216) 267-7229 | 2:04 | | | sdc |
| 36 | 5/3/2020 20:09 | (440) 503-4326 | (216) 267-7229 | 1:51 | | | sdc |
| 37 | 5/3/2020 20:10 | (440) 503-4326 | (216) 267-7229 | 2:57 | | | sdc |
| 38 | 5/4/2020 9:39 | (440) 503-4326 | (216) 267-7229 | 5:00 | | | sdc |
| 39 | 5/4/2020 14:42 | (440) 503-4326 | (216) 267-7229 | 2:37 | | | sdc |
| 40 | 5/4/2020 15:28 | (440) 503-4326 | (216) 267-7229 | 1:21 | | | sdc |
| 41 | 5/4/2020 15:40 | (440) 503-4326 | (216) 267-7229 | 0:37 | | | sdc |
| 42 | 5/5/2020 7:45 | (440) 503-4326 | (216) 267-7229 | 2:05 | | | sdc |
| 43 | 5/5/2020 11:12 | (440) 503-4326 | (216) 267-7229 | 1:02 | | | sdc |
| 44 | 5/5/2020 13:00 | (440) 503-4326 | (216) 267-7229 | 0:53 | | | sdc |
| 45 | 5/5/2020 14:31 | (440) 503-4326 | (216) 267-7229 | 25:03:00 | | | sdc |
| 46 | 5/5/2020 14:42 | (440) 503-4326 | (216) 267-7229 | 1:04 | | | sdc |
| 47 | 5/5/2020 14:56 | (440) 503-4326 | (216) 267-7229 | 8:35 | | | sdc |
| 48 | 5/5/2020 17:34 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 49 | 5/5/2020 18:14 | (440) 503-4326 | (216) 267-7229 | 0:01 | | | sdc |
| 50 | 5/5/2020 18:15 | (440) 503-4326 | (216) 267-7229 | 0:56 | | | sdc |
| 51 | 5/5/2020 21:54 | (440) 503-4326 | (216) 267-7229 | 28:17:00 | | | sdc |
| 52 | 5/6/2020 12:15 | (440) 503-4326 | (216) 267-7229 | 4:46 | | | sdc |
| 53 | 5/6/2020 12:49 | (440) 503-4326 | (216) 267-7229 | 0:46 | | | sdc |

CRISCIONE_004817

May '20

| 54 | 5/6/2020 12:50 | (440) 503-4326 | (216) 267-7229 | 0:25 | sdc |
| 55 | 5/6/2020 12:51 | (440) 503-4326 | (216) 267-7229 | 1:30 | sdc |
| 56 | 5/6/2020 13:35 | (440) 503-4326 | (216) 267-7229 | 1:45 | sdc |
| 57 | 5/6/2020 17:20 | (440) 503-4326 | (216) 267-7229 | 1:06 | sdc |
| 58 | 5/6/2020 17:21 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 59 | 5/6/2020 17:40 | (440) 503-4326 | (216) 267-7229 | 1:13 | sdc |
| 60 | 5/7/2020 9:17 | (440) 503-4326 | (216) 267-7229 | 2:50 | sdc |
| 61 | 5/7/2020 11:11 | (440) 503-4326 | (216) 267-7229 | 4:05 | sdc |
| 62 | 5/7/2020 13:59 | (440) 503-4326 | (216) 267-7229 | 0:57 | sdc |
| 63 | 5/7/2020 14:34 | (440) 503-4326 | (216) 267-7229 | 0:40 | sdc |
| 64 | 5/7/2020 17:14 | (440) 503-4326 | (216) 267-7229 | 1:24 | sdc |
| 65 | 5/8/2020 11:08 | (440) 503-4326 | (216) 267-7229 | 5:40 | sdc |
| 66 | 5/8/2020 11:42 | (440) 503-4326 | (216) 267-7229 | 2:30 | sdc |
| 67 | 5/8/2020 11:59 | (440) 503-4326 | (216) 267-7229 | 7:03 | sdc |
| 68 | 5/8/2020 12:07 | (440) 503-4326 | (216) 267-7229 | 1:49 | sdc |
| 69 | 5/8/2020 12:17 | (440) 503-4326 | (216) 267-7229 | 0:04 | sdc |
| 70 | 5/8/2020 16:12 | (440) 503-4326 | (216) 267-7229 | 1:15 | sdc |
| 71 | 5/8/2020 16:13 | (440) 503-4326 | (216) 267-7229 | 0:09 | sdc |
| 72 | 5/8/2020 19:20 | (440) 503-4326 | (216) 267-7229 | 3:51 | sdc |
| 73 | 5/9/2020 5:50 | (440) 503-4326 | (216) 267-7229 | 0:33 | sdc |
| 74 | 5/9/2020 6:59 | (440) 503-4326 | (216) 267-7229 | 0:48 | sdc |
| 75 | 5/9/2020 10:18 | (440) 503-4326 | (216) 267-7229 | 1:47 | sdc |
| 76 | 5/9/2020 10:56 | (440) 503-4326 | (216) 267-7229 | 0:33 | sdc |
| 77 | 5/9/2020 10:57 | (440) 503-4326 | (216) 267-7229 | 1:00 | sdc |
| 78 | 5/9/2020 14:11 | (440) 503-4326 | (216) 267-7229 | 1:07 | sdc |
| 79 | 5/9/2020 14:25 | (440) 503-4326 | (216) 267-7229 | 0:55 | sdc |
| 80 | 5/9/2020 14:39 | (440) 503-4326 | (216) 267-7229 | 1:24 | sdc |
| 81 | 5/9/2020 18:00 | (440) 503-4326 | (216) 267-7229 | 2:19 | sdc |
| 82 | 5/9/2020 20:18 | (440) 503-4326 | (216) 267-7229 | 0:55 | sdc |
| 83 | 5/10/2020 5:40 | (440) 503-4326 | (216) 267-7229 | 6:56 | sdc |
| 84 | 5/10/2020 9:40 | (440) 503-4326 | (216) 267-7229 | 4:30 | sdc |
| 85 | 5/10/2020 10:53 | (440) 503-4326 | (216) 267-7229 | 1:29 | sdc |
| 86 | 5/10/2020 10:59 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 87 | 5/10/2020 11:03 | (440) 503-4326 | (216) 267-7229 | 0:46 | sdc |
| 88 | 5/11/2020 5:46 | (440) 503-4326 | (216) 267-7229 | 39:48:00 | sdc |
| 89 | 5/11/2020 12:17 | (440) 503-4326 | (216) 267-7229 | 2:10 | sdc |
| 90 | 5/11/2020 14:43 | (440) 503-4326 | (216) 267-7229 | 2:21 | sdc |
| 91 | 5/11/2020 17:52 | (440) 503-4326 | (216) 267-7229 | 3:17 | sdc |
| 92 | 5/11/2020 19:46 | (440) 503-4326 | (216) 267-7229 | 3:16 | sdc |
| 93 | 5/12/2020 10:50 | (440) 503-4326 | (216) 267-7229 | 1:45 | sdc |
| 94 | 5/12/2020 14:46 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
| 95 | 5/14/2020 6:39 | (440) 503-4326 | (216) 267-7229 | 5:47 | sdc |
| 96 | 5/14/2020 6:45 | (440) 503-4326 | (216) 267-7229 | 1:21 | sdc |
| 97 | 5/14/2020 7:00 | (440) 503-4326 | (216) 267-7229 | 0:52 | sdc |
| 98 | 5/14/2020 7:02 | (440) 503-4326 | (216) 267-7229 | 8:40 | sdc |
| 99 | 5/14/2020 12:29 | (440) 503-4326 | (216) 267-7229 | 4:04 | sdc |
| 100 | 5/14/2020 17:45 | (440) 503-4326 | (216) 267-7229 | 1:32 | sdc |
| 101 | 5/15/2020 5:48 | (440) 503-4326 | (216) 267-7229 | 3:42 | sdc |
| 102 | 5/15/2020 11:19 | (440) 503-4326 | (216) 267-7229 | 1:26 | sdc |
| 103 | 5/15/2020 11:59 | (440) 503-4326 | (216) 267-7229 | 0:22 | sdc |
| 104 | 5/15/2020 12:02 | (440) 503-4326 | (216) 267-7229 | 1:02 | sdc |
| 105 | 5/15/2020 16:24 | (440) 503-4326 | (216) 267-7229 | 0:33 | sdc |
| 106 | 5/16/2020 11:43 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |
| 107 | 5/16/2020 11:44 | (440) 503-4326 | (216) 267-7229 | 1:55 | sdc |

May '20

| 108 | 5/16/2020 13:37 | (440) 503-4326 | (216) 267-7229 | 1:59 | sdc |
|-----|-----------------|----------------|----------------|-------|-----|
| 109 | 5/16/2020 15:17 | (440) 503-4326 | (216) 267-7229 | 2:32 | sdc |
| 110 | 5/16/2020 15:36 | (440) 503-4326 | (216) 267-7229 | 0:37 | sdc |
| 111 | 5/16/2020 15:56 | (440) 503-4326 | (216) 267-7229 | 2:44 | sdc |
| 112 | 5/17/2020 8:46 | (440) 503-4326 | (216) 267-7229 | 4:03 | sdc |
| 113 | 5/18/2020 15:20 | (440) 503-4326 | (216) 267-7229 | 0:41 | sdc |
| 114 | 5/19/2020 14:10 | (440) 503-4326 | (216) 267-7229 | 1:50 | sdc |
| 115 | 5/19/2020 16:19 | (440) 503-4326 | (216) 267-7229 | 0:48 | sdc |
| 116 | 5/19/2020 18:54 | (440) 503-4326 | (216) 267-7229 | 3:45 | sdc |
| 117 | 5/19/2020 22:05 | (440) 503-4326 | (216) 267-7229 | 0:41 | sdc |
| 118 | 5/19/2020 22:39 | (440) 503-4326 | (216) 267-7229 | 8:01 | sdc |
| 119 | 5/20/2020 9:28 | (440) 503-4326 | (216) 267-7229 | 7:08 | sdc |
| 120 | 5/20/2020 11:10 | (440) 503-4326 | (216) 267-7229 | 1:29 | sdc |
| 121 | 5/20/2020 13:25 | (440) 503-4326 | (216) 267-7229 | 0:57 | sdc |
| 122 | 5/20/2020 16:08 | (440) 503-4326 | (216) 267-7229 | 0:37 | sdc |
| 123 | 5/21/2020 7:21 | (440) 503-4326 | (216) 267-7229 | 2:49 | sdc |
| 124 | 5/21/2020 12:37 | (440) 503-4326 | (216) 267-7229 | 1:04 | sdc |
| 125 | 5/21/2020 14:20 | (440) 503-4326 | (216) 267-7229 | 1:22 | sdc |
| 126 | 5/21/2020 14:48 | (440) 503-4326 | (216) 267-7229 | 1:11 | sdc |
| 127 | 5/21/2020 15:27 | (440) 503-4326 | (216) 267-7229 | 0:45 | sdc |
| 128 | 5/21/2020 15:27 | (440) 503-4326 | (216) 267-7229 | 0:28 | sdc |
| 129 | 5/21/2020 16:30 | (440) 503-4326 | (216) 267-7229 | 4:25 | sdc |
| 130 | 5/21/2020 16:48 | (440) 503-4326 | (216) 267-7229 | 9:24 | sdc |
| 131 | 5/22/2020 11:56 | (440) 503-4326 | (216) 267-7229 | 0:44 | sdc |
| 132 | 5/22/2020 11:58 | (440) 503-4326 | (216) 267-7229 | 0:35 | sdc |
| 133 | 5/22/2020 15:47 | (440) 503-4326 | (216) 267-7229 | 5:56 | sdc |
| 134 | 5/22/2020 16:14 | (440) 503-4326 | (216) 267-7229 | 0:39 | sdc |
| 135 | 5/22/2020 16:14 | (440) 503-4326 | (216) 267-7229 | 16:10 | sdc |
| 136 | 5/24/2020 15:03 | (440) 503-4326 | (216) 267-7229 | 0:02 | sdc |
| 137 | 5/24/2020 15:05 | (440) 503-4326 | (216) 267-7229 | 0:00 | sdc |

Total Calls: 137                                        Total Duration: 409:44

CRISCIONE_004819

June '20

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|-----|-------------|-----------|---------|----------|-----|-----------|----------|

Total Calls: 0                                          Total Duration: 0:00

CRISCIONE_004820

July '20

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|-----|-------------|-----------|---------|----------|-----|-----------|----------|

Total Calls: 0                                        Total Duration: 0:00

CRISCIONE_004821

August '20

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|-----|-------------|-----------|---------|----------|-----|-----------|----------|

Total Calls: 0

Total Duration: 0:00

CRISCIONE_004822

September '20

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|-----|--------------|-----------|---------|----------|-----|-----------|----------|

Total Calls: 0                                        Total Duration: 0:00

CRISCIONE_004823

October '20

| Key | Call Started | Call From | Call To | Duration | Ext | Ext Label | Data Src |
|-----|-------------|-----------|---------|----------|-----|-----------|----------|

Total Calls: 0                                    Total Duration: 0:00

CRISCIONE_004824

**PLAINTIFF'S EXHIBIT**

**19**

November 13, 2020

✝Hello my name is Yolanda Odom
I work at Eastpark Care center
I have been working here for 9yrs.
my position is the Shower Aide-
Sena. In March of this year
I went in Dorothy Mancini's
room to give her a tub bath
she was a hoyrlift so I needed
2 people to transfer her to the
bath chair. Me and a Aide name
Bianca and MaryAnn that was
her aide was getting her ready
The aide Bianca was setting
on the Bed and she was
looking at the time on the clock
and said hey is that a honey
Com so we looked and saw
one of the numbers It was a
little hole and at the Bottom
it was some a Dirt that the
Chps up in from Bianca said
I am about to look it up and
it was the same clock on the
internet. So Bianca went to the
Front desk and got Tina
and she went in there to get

CRISCIONE_000339

Somebody to come look she
stated and I bought the same Clock
for my son. She kept telling me
on facebook talking about it was
never working. It was just a
Clock but she removed the Clock
that was there before her mother
moved in there and put in on
her roommates side of the room
and kept on telling her the
nurse talking about my mother
was not taking care of her mother
not put on her compression socks
at that time her mother had on
heal protectors before she went to
a new place to live she had
not one problem, until they found
the surveillance Camera. She stated
Harassing me at 5am one morning
I am sorry 4.30am on March 30 2020
I don't know until she kept
on and I want to report it to the
Administrator para Nursing.

CRISCIONE_000340

I Amanda Wetherell, an
East Park Care Center Employee
was dropping my daughter also
an East Park Care Center Employee
off at work on Sunday,
September 20th 2020 around
8:50 am for work. As I was
driving onto the property
I saw Gina Mardanice exiting
in a smaller white S.U.V.
She was wearing a baseball
hat and Sunglasses

Amanda Wetherell

PLAINTIFF'S
EXHIBIT
**20**

CRISCIONE_000341

This is for Tina / Sara Thurmer          RE: Medical Records, Dorothy J Mandanici

I, Gina M. Criscione, Dorothy J. Mandanici's legal Guardian, am now requesting all medical records for my mother, starting with the date March 8, 2020 through to today, May 8, 2020 A.S.A.P.

Thank you



Gina Marie Criscione

**PLAINTIFF'S EXHIBIT**

**21**

AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION

I hereby authorize _Gina M Criscione_ (the facility) to disclose my individually identifiable health information as described below.

_Dorothy J Muszionicia_    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    6-10-32

Resident Name                Social Security Number        Date of Birth

**Name and address of person(s) or organization(s) requesting records, if different than resident:**

Gina M Criscione

6093 Cressione Dr

Parma Hts OH 44130

**Name and address of person(s) or organization(s) to receive the records:**

_____ I will review the records at the facility

✓ I wish to have the following records copied, and I will pick them up at the facility.

✓ I am requesting that the facility copy the following records, and send the records to the above address.

Either is Fine

## Information Requested (Please Initial)

I am requesting the following records from the resident's medical record that were created between **March 8, 2020** and **May 12, 2020**

| | | |
|---|---|---|
| ✓ Dietary Notes | ✓ Activity Notes | ✓ Nursing Notes |
| ✓ Physician Orders | ✓ Physician Progress Notes | ✓ Care Plans |
| ✓ Discharge Summary | ✓ X Ray Reports | ✓ Lab Results |
| _____ Other | | |
| _____ Other | | |

The facility will not release a resident's entire medical record unless the release of the whole record is justified as reasonably necessary to accomplish the purpose of the requested use or disclosure. Purpose for which the records will be used:

To REVIEW AS HER LEGAL GUARDIAN

## Legal Authority for Request (Please Initial)

_____ I am the resident noted above.

_____ I am the resident's attorney-in-fact, and I have attached to this authorization, a valid power of attorney or Durable Power of Attorney for Health Care (DPAHC) that grants me the power to request the resident's medical records. I understand that the resident's DPAHC is effective only when the resident's attending physician has determined that the resident has lost the capacity to make informed health care decisions.

✓ I am the resident's legal guardian, and I have attached to this authorization, a valid appointment of guardianship from a probate court.

_____ I am the resident's sponsor who has an interest or responsibility in the resident's welfare. Please state your relationship to the Resident _____.

(Page 55)

CRISCIONE_003775

AUTHORIZATION FOR THE RELEASE OF HEALTH INFORMATION

I hereby authorize _Gina M Criscione_ (the facility) to disclose my individually identifiable health information as described below.

_Dorothy J Muhomnick_        _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_        _6-10-32_

Resident Name                 Social Security Number        Date of Birth

Name and address of person(s) or
organization(s) requesting records, if different
than resident:

_Gina M Criscione_

_6093 Cresside Dr_

_Parma Hts OH 44130_

___ I will review the records at the facility

Name and address of person(s) or organization(s) to
receive the records:

_____

_____

_____

_✓_ I am requesting that the facility copy the
following records, and send the records to
the above address.

_✓_ I wish to have the following records
copied, and I will pick them up at the
facility.        _Either is Fine_

## Information Requested (Please Initial)

I am requesting the following records from the resident's medical record that were created between: **March 8, 2020**
and **May 12, 2020**

| | | |
|---|---|---|
| ✓ Dietary Notes | ✓ Activity Notes | ✓ Nursing Notes |
| ✓ Physician Orders | ✓ Physician Progress Notes | ✓ Care Plans |
| ✓ Discharge Summary | ✓ X Ray Reports | ✓ Lab Results |
| ___ Other _____ | | |
| ___ Other _____ | | |

The facility will not release a resident's entire medical record unless the release of the whole record is justified as reasonably necessary to accomplish the purpose of the requested use or disclosure. Purpose for which the records will be used:    _TO REVIEW AS HER_

_LEGAL GUARDIAN_

## Legal Authority for Request (Please Initial)

___ I am the resident noted above.

___ I am the resident's attorney-in-fact, and I have attached to this authorization, a valid power of attorney or
Durable Power of Attorney for Health Care (DPAHC) that grants me the power to request the resident's
medical records. I understand that the resident's DPAHC is effective only when the resident's attending
physician has determined that the resident has lost the capacity to make informed health care decisions.

_✓_ I am the resident's legal guardian, and I have attached to this authorization, a valid appointment of
guardianship from a probate court.

___ I am the resident's sponsor who has an interest or responsibility in the resident's welfare. Please state your
relationship to the Resident _____.

(Page 55)

CRISCIONE_003776

_____ If the resident is deceased: I am the executor/administrator of the resident's estate, and I have attached to this authorization, a valid appointment as such from a probate court.

_____ The resident has executed a legally binding instrument granting me the authority to obtain his/her medical records, and I have attached a copy of that instrument to this authorization.

_____ The resident's legally authorized representative has executed a legally binding instrument granting me the authority to obtain the resident's medical records. I have attached a copy of the instrument granting me such authority, as well as evidence that the person who executed that instrument had the legal authority to do so, e.g., a power of attorney or probate court order.

## Understanding and Agreements of Requestor

1. This authorization is voluntary and I understand that the facility cannot condition treatment based on the signing of this authorization, unless the authorization is (a) for research related treatment, or (b) solely for the purpose of creating health information for the use or disclosure to a third party.

2. This authorization will expire 5/24/2020 (e.g., 60 days) from the date of my signature below.

3. I understand that I may revoke this authorization at any time by notifying the facility in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.

4. I understand that I may revoke this authorization at any time by notifying the facility in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.

5. I agree to waive all claims against the facility for the release of the requested information.

6. I understand that once the information described herein is disclosed, it may no longer be subject to the privacy protections afforded by the facility if the recipient of the information is not a health plan, health care provider, health care clearing house, or a business associate that has a contract with the facility.

7. I understand that I must provide the facility with at least twenty-four (24) hour notice before coming to the facility to review records.

8. I understand that after I have reviewed the records, I must provide the facility with at least two (2) working days advance notice of any copies of the records that I would like to pick up at the facility.

9. I understand that if I request that records be copied and sent to me that the facility will make a good faith effort to send those records to me in a reasonable amount of time.

10. I understand that if I wish to have copies of records made, then the facility will assess a fee for copying the records.

11. The facility will notify me of the total amount due for copying and shipping of the requested records; I agree that the facility will only send me the requested information once it has received payment in full for those costs.

_____     **May 12, 2020**
Signature of person making request                       Date

GINA M CRISCIONE
Printed Name of person making request

(Page 56)

CRISCIONE_003777

I had already filed a report on East Park Care Center, in Brook Park just recently during Covid quarantine while my mother Dorothy J Mandanici was still a resident. I moved my mother to another facility after 3 years of mom at East Park Care Center, to Mount Alverna Village, on State Road, during Covid.  East Park Care Center was evicting mom (for unknown bad behavior) and we were blessed with an opening at Mount Alverna right at the right time (we were on a waiting list).  I believe East Park was tired of me wanting answers when I called, they told me to stop calling, but I never got answers.

We got lucky and a 3 year wait at Mount Alverna Village came up and finally had a bed for mom. I couldn't get her out of East Park Care Center fast enough as East Park Care Center were failing mom terribly by adding the Covid QUARENTINE to the facility. All the staff was quitting and getting fired at East Park Care Center. My mother has her normal routine disrupted, with no compassion. Demented people were acting out. I know because I have friends that work or have worked for East Park, and they tell me everything.  The new staff in place had no training in dementia. Mom was bruised and treated horribly.

We got mom out of that East Park Care Center, a.s.a.p. and moved mom to Mount Alverna on May 22. At that time, I was glad to move her. I then was grateful for the blessing; I knew mom would be in a much better facility.  East Park Care Center was evicting mom, they said for combative reasons, which was not true.  Mom was not combative; it was the drugs she was on. Mount Alverna took her off all of the 850 mg of Depakote that East Park Care Center had mom needlessly on, finding out later.  Mount Alverna said she only needed 125 mg. WOW….

Mom became calm and happy when she was moved to Mount Alverna.  Mount Alverna said mom was dehydrated when she got there, and she was full of bruises. Still bearing sores that East Park Care Center told me were healed (Robyn Mellis, wound nurse) I was lied to about moms care, several times.

East Park care Center claimed my mother had such bad behavior they could not control her, (note; Mount Alverna , took her off all that medication and treated her with the respect a demented person should have., making sure she could talk to me daily with Face time, which they were happy to do for me and mom, I finally got to see and talk to my mother, when we moved her to Mount Alverna) East Park was instructing staff not to take my calls. I was calling for info and getting nothing for a month.

East Park was taking her off her routine and not considering the dementia, they just kept giving her more drugs.  I kept calling East Park with Questions as to how mom was doing, no answers from East Park. I have all records, dates and times on my calendar detailed if you need them.

They created her bad behavior by not knowing how to handle Dementia People and over drugging her. The madder mom got the more drugs they gave her, instead of dealing with the dementia, … I don't think they had the staff to do this. They proved they did not. They were creating a horrifying experience for my mother when they put all new people in to give mom a shower with no tender loving care at all. Mom reacted and was bruised and skin tears and horrified.  My mother was treated horribly by unqualified people. (note it took us a week to get her used to someone knew in shower. And I usually went in with her, till she was not scared.)   East Park had no compassion for the dementia routine that she was on.

We watched her thought the filthy dirty window that East Park provided, never getting moved out of her bed. I would call the receptionist Tina, and my sister was at the window of mom's room one day. Tina

PLAINTIFF'S
EXHIBIT

56

told me mom was in activities and mom would be laying in bed for days. JoLynn, my sister said they even had the same clothes on mom from the day before when JoLynn went to see her. We went to that window every day all three of us children at different times to see mom. My mother looked horrible and was always crying. Mom's head hanging down, they didn't even have the right wheelchair for her needs. When she arrived at Mount Alverna they took care of everything.  Not because of Covid, because she was mistreated by East Park, this started before Covid. Neglected and left to sit and she had sores, a DTI wound on her bottom and wound on her feet and we all know these sores are from not moving. Robyn the wound nurse told me several times, that mom was completely healed. They lied, mom was bruised all over her body and sores these wounds were still on my mother's body at the arrival at Mount Alverna Village.  Robyn and Sarah George told me the wounds were completely healed the week before I left East Park. My mother cried when we saw her at the window and on what calls I did manage to get, because she said she had pain in her legs and Bottom every time I'd to see her at the window. They had her covered. I asked Rene the nurse to pull the covers off, and I was appalled. Me and my sister wanted to puke when we see how mom was being treated. Mom was hospitalized twice with dehydration during Covid, they just did not have enough staff to feed and make sure mom got water, I know this because this was the case before Covid when I would see mom. I gave her the water….

Robyn Mellis, would give me a report after I called several times, she said "moms wounds are completely healed" on April 21st? How could that be when mom had those same wounds when she arrived at Mount Alverna??? Check that out, East Park lies to me. (and yes they may tell you I call all the time, that's because during Covid they stopped communicating with  me, and I have the phone records to prove it)  I could not reach  any of the nurses, and the nurses never returned my call the last two weeks mom was at East Park. I was desperate because East Park stopped communication with me and mom.  I had asked several times, as mom's guardian to get copies of my mother's reports, and they never gave them to me, they completely stopped talking to me once we knew mom was moving to Mount Alverna Village. There was one Nurse Rene Negray that would sneak and call me on Face time for mom, she was told she's get fired to contact me. The whole staff was told by the Administrator Sara Thurmer NOT to answer my mother private phone that we paid for.  Got Sara George on the phone and asked her to have someone call me after mom's shower and let me know how she is doing; I never received a call back from her, and it's been three weeks. My brother Dean and sister JoLynn would call all the time as well with no answers in moms' room… My mother would sit and listen to the phone ring and she could not answer by herself, they tortured mom by not allowing her to communicate with us.

During Covid East Park Care Center by the direction of Sara Thurmer the Administrator, Ordered ALL Staff Not to answer my mother's Phone and forbid Aids to contact us for her. For One month before I moved my mother I had hardly NO contact with East Park, I had to go through the receptionist Tina to get answers about my mom.  they would not return my calls. The receptionist would send her daughter back to call me for mom a couple of times. My mom had a speaker phone I sent in at Quarantine time and they never used it for me. I asked for mom's medical records on several occasions and they never replied in the last month mom was at East Park.

My mom died on June 20th, 2020 peacefully at Mount Alverna. If I were you, I would check this place out and close it. I know so much more because I have so many friends that work there. Staff drinks in parking lot during night hours, leaving residence unattended. I know one of them she told, me, and if you want to interview her, she worked at East Park and was one of the staff that quit. This girl Named

Trish is willing to fill your ears with what East Park is really doing behind closed Covid doors. I have her number if you go as far as calling good witnesses. I know for a fact they are not paying their staff in a timely fashion, because their checks were bouncing, they quit. My friends that worked there told me everything.

My mom suffered here at the hands of this failing administration. My sister and my family and I were worried.  I asked the administrator bluntly in December of 2019, when my mothers legs were bleeding from being restrained, and Sara Thurmer told me casually in the hallway by her office door, when I asked her if we can have a camera in the room, she said, "Sure, go ahead" and gestured an "OK". ….. I have witnesses to that.  But I did not… I know the laws.  I did not need a video, I had something better good friends' eyes that work there.  They told me everything. They closed all blinds so my friends can not go during the day and view their loved ones.

What is East Park hiding? They have insufficient staff and untrained staff; they have no "DON", Director of Nursing ever is a revolving door. They put Robyn the wound nurse in charge of DON when they do not have a DON, and she can't even keep up with fixing wounds….

Check that out, they cannot keep a DON for more than a few months, wonder why? The staff changes daily in there. At Mount Alverna, mom had "One aid", Conrad was his name all day long. Go ask him about my mother's Dorothy J Mandanici's condition when she arrived at Mount Alverna Village on State Road or ask the Nurse Practitioner Tammy on the 2nd Floor. They witnessed how my mother looked and was along with my sister during the transition to Mount Alverna. They revived her and were able to make my dear mothers' final days peaceful and they did. Thanks be to GOD for the miracle of moms opening at Mount Alverna, surely a 5 STAR and caring and trained and wonderful place for the elderly. All nursing homes should be like Mount Alverna. All nursing homes like Easts Park should be found out and acted against.

Good luck if you need more info I have so much more, but I am morning my mother who died right now. I miss her terribly, I never thought that East Park could fail so horribly and get away with it, please find out what is going on and close that place down. The new owners just could not handle the Covid Quarantine protocol. They were doing a horrible job before Covid, and now people are suffering…. East Park failed terribly, and they should pay.  Go help those residence trapped in there with out their family and with uncaring awful unorganized insufficient staff. East Park was just awful care. It was substandard before Covid with new owners Laura DiVincenzo and Robert Nemetz and worse when quarantine came into effect. I am my mother's voice and I speak the holy truth.

CRISCIONE_003795



"Improving the lives of our patients."

Sara Thurman LNHA

216 - 224 - 4428

Toni Holmon (Monday May 6)
440 - 212 - 4921

PLAINTIFF'S
EXHIBIT
57

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| GINA CRISCIONE, et al. | ) | CASE NO. CV 23 976445 |
| | ) | |
| Plaintiffs | ) | JUDGE NANCY MARGARET RUSSO |
| | ) | |
| vs. | ) | **RESPONSES TO PLAINTIFF ESTATE** |
| | ) | **OF DOROTHY MANDANICI'S** |
| LAURA DiVINCENZO, et al. | ) | **REQUESTS FOR ADMISSION TO** |
| | ) | **DEFENDANTS LAURA DIVINCENZO,** |
| Defendants | ) | **SARA THURMER AND EAST PARK** |
| | ) | **CARE CENTER** |

Defendants East Park Retirement Community, Inc., Laura DiVincenzo and Sara Thurmer

for their Responses to Plaintiff's Requests for Admission respond as follows:

1.      Admit that all the allegations in the Complaint are true.

**RESPONSE: Deny.**

2.      Admit that Ms. Criscione was Ms. Mandanici's legal guardian from June 2017 until Ms. Mandanici's death.

**RESPONSE: Admit.**

3.      Admit that Ms. Criscione is the administrator for Ms. Mandanici's estate.

**RESPONSE: Admit.**

4.      Admit that East Park Care Center owed a duty of care to Dorothy Mandanici.

**RESPONSE:** **It is admitted only that East Park Care Center had a duty to exercise the same degree of care, skill, and diligence that a reasonably careful nursing home offers under the same or similar circumstances, considering the level of services or skills offered by the nursing home, and what the nursing home knew or should have known about the resident's physical condition, mental capacity and ability to care for herself. All remaining allegations and inferences set forth in Request for Admission No. 4 are denied.**

5.      Admit that East Park's duty of care to Ms. Mandanici included providing sanitary living conditions.



PLAINTIFF'S
EXHIBIT

**58**

CRISCIONE_009222

**RESPONSE:** **It is admitted only that East Park Care Center had a duty to exercise the same degree of care, skill, and diligence that a reasonably careful nursing home offers under the same or similar circumstances, considering the level of services or skills offered by the nursing home, and what the nursing home knew or should have known about the resident's physical condition, mental capacity and ability to care for herself. All remaining allegations and inferences set forth in Request for Admission No. 5 are denied.**

6.      Admit that East Park's duty of care to Ms. Mandanici included providing adequate staffing.

**RESPONSE:** **It is admitted only that East Park Care Center had a duty to exercise the same degree of care, skill, and diligence that a reasonably careful nursing home offers under the same or similar circumstances, considering the level of services or skills offered by the nursing home, and what the nursing home knew or should have known about the resident's physical condition, mental capacity and ability to care for herself. All remaining allegations and inferences set forth in Request for Admission No. 6 are denied.**

7.      Admit that East Park's duty of care to Ms. Mandanici included adhering to the standards codified in the Nursing Bill of Rights.

**RESPONSE:** **It is admitted only that East Park Care Center had a duty to exercise the same degree of care, skill, and diligence that a reasonably careful nursing home offers under the same or similar circumstances, considering the level of services or skills offered by the nursing home, and what the nursing home knew or should have known about the resident's physical condition, mental capacity and ability to care for herself. It is further admitted that the Nursing Home Bill of Rights speaks for itself. All remaining allegations and inferences set forth in Request for Admission No. 7 are denied.**

8.      Admit that East Park knew that Dorothy Mandanici had dementia when it admitted her.

**RESPONSE: Admit.**

9.      Admit that East Park had a treatment plan for Ms. Mandanici.

**RESPONSE: Admit.**

10.      Admit that East Park was required to follow that plan.

**RESPONSE:** **It is admitted only that East Park Care Center had a duty to exercise the same degree of care, skill, and diligence that a reasonably careful nursing home offers under the same or similar circumstances, considering the level of services or skills offered by the nursing home, and what the nursing home knew or should have known about the resident's physical condition, mental**

CRISCIONE_009223

**capacity and ability to care for herself. All remaining allegations and inferences set forth in Request for Admission No. 10 are denied.**

11.     Admit that East Park did not follow that plan.

**RESPONSE: Deny.**

12.     Admit that on April 14, 2017, East Park knew dementia patients have an increased risk of developing pressure ulcers.

**RESPONSE: It is admitted only that on April 14, 2017, East Park knew that some dementia patients may have an increased risk of developing pressure ulcers. All remaining allegations and inferences set forth in Request for Admission No. 12 are denied.**

13.     Admit that on April 14, 2017, East Park knew dementia patients have an increased need for assistance to maintain personal and environmental hygiene.

**RESPONSE: It is admitted only that on April 14, 2017, East Park knew that some dementia patients may have an increased need for assistance to maintain personal and environmental hygiene. All remaining allegations and inferences set forth in Request for Admission No. 13 are denied.**

14.     Admit that on April 14, 2017, East Park knew dementia patients have an increased need for supervision to avoid injury.

**RESPONSE: It is admitted only that on April 14, 2017, East Park knew that some dementia patients may have an increased need for supervision to avoid injury. All remaining allegations and inferences set forth in Request for Admission No. 13 are denied.**

15.     Admit that some vents in East Park room intermittently emitted a black, moldy substance.

**RESPONSE: Deny.**

16.     Admit that the vents in Ms. Mandanici's room intermittently emitted a black, moldy substance.

**RESPONSE: Deny.**

17.     Admit that East Park received complaints between 2017 and 2022 about vents intermittently emitting a black, moldy substance.

**RESPONSE: Deny.**

CRISCIONE_009224

18.     Admit that East Park received complaints between 2017 and 2022 about vents in Ms. Mandanici's room intermittently emitting a black, moldy substance.

**RESPONSE: Deny.**

19.     Admit that East Park did not fix the problems with Ms. Mandanici's vents for months.

**RESPONSE: Deny.**

20.     Admit that mold is a known health hazard.

**RESPONSE: It is admitted only that under certain circumstances mold may present a health hazard. All remaining allegations and inferences set forth in Request for Admission No. 20 are denied.**

21.     Admit that mold in air vents is a known health hazard.

**RESPONSE: It is admitted only that under certain circumstances mold in air vents may present a health hazard. All remaining allegations and inferences set forth in Request for Admission No. 21 are denied.**

22.     Admit that mold in air vents is not sanitary.

**RESPONSE: It is admitted only that under certain circumstances mold in air vents is not sanitary. All remaining allegations and inferences set forth in Request for Admission No. 22 are denied.**

23.     Admit that East Park repeatedly left Ms. Mandanici in her room with fecal matter on its surfaces.

**RESPONSE: Deny.**

24.     Admit that fecal matter is a known health hazard.

**RESPONSE: It is admitted only that under certain circumstances fecal matter may present a health hazard. All remaining allegations and inferences set forth in Request for Admission No. 24 are denied.**

25.     Admit that fecal matter is not sanitary.

**RESPONSE: It is admitted only that under certain circumstances is not sanitary. All remaining allegations and inferences set forth in Request for Admission No. 25 are denied.**

26.     Admit that fecal matter poses a greater health risk the longer it goes uncleaned.

CRISCIONE_009225

**RESPONSE:** **It is admitted only that under certain circumstances fecal matter may pose a greater health risk the longer it goes uncleaned. All remaining allegations and inferences set forth in Request for Admission No. 26 are denied.**

27.     Admit that fecal matter on surfaces in Ms. Mandanici's room was not always promptly cleaned.

**RESPONSE: Deny.**

28.     Admit that Ms. Mandanici repeatedly developed pressure ulcers during her residence at East Park.

**RESPONSE: Deny.**

29.     Admit that pressure ulcers are caused by a lack of bloodflow due to prolonged pressure on a specific area of the body.

**RESPONSE: Admit.**

30.     Admit that on April 14, 2017, East Park knew that pressure ulcers cause sepsis, especially when inadequately treated.

**RESPONSE:** **It is admitted only that on April 14, 2017, East Park knew that under certain circumstances pressure ulcers may cause sepsis in certain patients. All remaining allegations and inferences set forth in Request for Admission No. 30 are denied.**

31.     Admit that Ms. Mandanici's pressure ulcers were the result of inadequate care by East Park.

**RESPONSE: Deny.**

32.     Admit that Ms. Mandanici's pressure ulcers contributed to her declining health.

**RESPONSE: Deny.**

33.     Admit that failing to adequately staff a nursing home is likely to result in patients' untimely deaths.

**RESPONSE:** **It is admitted only that in certain circumstances, inadequate staffing in a nursing home may lead to injury or death. All remaining allegations and inferences set forth in Request for Admission No. 33 are denied.**

34.     Admit that unsanitary living conditions cause infections.

CRISCIONE_009226

**RESPONSE: It is admitted only that under certain circumstances unsanitary living conditions may cause infection. All remaining allegations and inferences set forth in Request for Admission No. 34 are denied.**

35.     Admit that East Park had at least one bedbug infestation while Ms. Mandanici was a resident.

**RESPONSE: Admit.**

36.     Admit that bedbugs are unsanitary.

**RESPONSE: It is admitted only that under certain circumstances bedbugs may be unsanitary. All remaining allegations and inferences set forth in Request for Admission No. 36 are denied.**

37.     Admit that many infections can and do kill people.

**RESPONSE: It is admitted only that under certain circumstances infection may be fatal. All remaining allegations and inferences set forth in Request for Admission No. 37 are denied.**

38.     Admit that nursing home residents are especially vulnerable to infections due to close living quarters and higher immunocompromision.

**RESPONSE: It is admitted only that some nursing home residents may be "especially vulnerable" to infections for multiple reasons, including living quarters and immunocompromision. All remaining allegations and inferences set forth in Request for Admission No. 38 are denied.**

39.     Admit that sanitary conditions would contribute to the health of East Park residents.

**RESPONSE: It is admitted only that under certain circumstances sanitary conditions may contribute to the health of East Park residents. All remaining allegations and inferences set forth in Request for Admission No. 39 are denied.**

40.     Admit that sanitary conditions would help prevent untimely death for East Park's residents.

**RESPONSE: It is admitted only that under certain circumstances sanitary conditions may help prevent untimely death for East Park's residents. All remaining allegations and inferences set forth in Request for Admission No. 40 are denied.**

41.     Admit that a wide array of medical conditions can accelerate or contribute to a person's death when poorly treated, even if one condition alone would not be sufficient to do so.

CRISCIONE_009227

**RESPONSE: It is admitted only that under certain circumstances a wide array of medical conditions can accelerate or contribute to a person's death when poorly treated, even if one condition alone would not be sufficient to do so. All remaining allegations and inferences set forth in Request for Admission No. 41 are denied.**

42.     Admit that Ms. Mandanici had a right to safe and clean living environments under the Nursing Home Bill of Rights.

**RESPONSE: It is admitted only that East Park Care Center had a duty to exercise the same degree of care, skill, and diligence that a reasonably careful nursing home offers under the same or similar circumstances, considering the level of services or skills offered by the nursing home, and what the nursing home knew or should have known about the resident's physical condition, mental capacity and ability to care for herself. It is further admitted that the Nursing Home Bill of Rights speaks for itself. All remaining allegations and inferences set forth in Request for Admission No. 42 are denied.**

43.     Admit that East Park did not always treat Ms. Mandanici's reasonable requests and inquiries promptly.

**RESPONSE: Deny.**

44.     Admit that Ms. Mandanici's bedding was not changed as frequently as the need arose to ensure her comfort.

**RESPONSE: Deny.**

45.     Admit that Ms. Mandanici's bedding was not changed as frequently as the need arose to ensure sanitation.

**RESPONSE: Deny.**

46.     Admit that East Park employees left Ms. Mandanici alone in her Hoyer lift for extended periods of time.

**RESPONSE: Deny.**

47.     Admit that East Park employees left Ms. Mandanici alone in her Hoyer lift for extended periods of time because it was what was most convenient for East Park staff at that time.

**RESPONSE: Deny.**

48.     Admit that extended periods of time in the Hoyer lift gave Ms. Mandanici's bruises.

**RESPONSE: Deny.**

CRISCIONE_009228

49.     Admit that East Park did not always permit Ms. Mandanici private communications with her family upon reasonable request.

**RESPONSE: Deny.**

50.     Admit that East Park did not always permit Ms. Mandanici private communications with her family upon reasonable request.

**RESPONSE: Deny.**

51.     Admit that no medical professional ever determined that private and unrestricted communications with Ms. Mandanici's family were not medically advisable.

**RESPONSE:  These Defendants do not have records from all of Ms. Mandanici's medical professionals and thus, are unable to either admit or deny the allegations contained in Request for Admission No. 51.**

52.     Admit that virtual visits took the place of in-person private visits at East Park during COVID-19.

**RESPONSE: Admit.**

53.     Admit that East Park did not always permit Ms. Mandanici private visits with her family at any reasonable hour.

**RESPONSE: Deny.**

54.     Admit that Ms. Mandanici had a right to retain a reasonable amount of possessions.

**RESPONSE: Admit.**

55.     Admit that East Park did not retain Ms. Mandanici's possessions in a reasonably secure manner.

**RESPONSE: Deny.**

56.     Admit that Ms. Mandanici did not pose a health or safety danger to East Park's residents.

**RESPONSE: Deny.**

57.     Admit that Ms. Mandanici was in need of continued nursing home services at the time of her attempted eviction.

**RESPONSE:  Objection. These Defendants object to the phrase "attempted eviction" as an improper characterization of the underlying facts. Without waiving and subject to this objection, Admit.**

CRISCIONE_009229

58.     Admit that Ms. Mandanici's health had not recently and significantly improved at the time of her attempted eviction.

**RESPONSE:** **Objection. These Defendants object to the phrase "attempted eviction" as an improper characterization of the underlying facts. Without waiving and subject to this objection, Admit.**

59.     Admit that caring for Ms. Mandanici was not beyond East Park's advertised capabilities.

**RESPONSE:** **Deny.**

60.     Admit that Ms. Mandanici's care was not beyond East Park's actual capabilities.

**RESPONSE:** **Deny.**

61.     Admit East Park asked the Ohio Department of Health to deem East Park incapable of providing adequate care for Ms. Mandanici.

**RESPONSE:** **It is admitted only that East Park sought intervention from the Ohio Department of Health when Ms. Mandanici's condition declined to the point that East Park was no longer capable of taking care of her health and safety needs.  All remaining allegations and inferences set forth in Request for Admission No. 61 are denied.**

62.     Admit that Ms. Mandanici did not fail to pay for her care at East Park after reasonable notice.

**RESPONSE:** **Admit.**

63.     Admit that East Park's Medicare and Medicaid programs were not involuntarily terminated or denied.

**RESPONSE:** **Admit.**

64.     Admit that Ms. Mandanici voiced grievances to East Park staff.

**RESPONSE:** **Admit.**

65.     Admit that Ms. Criscione voiced grievances to East Park staff.

**RESPONSE:** **Admit.**

66.     Admit that East Park attempted to evict Ms. Mandanici after she and Ms. Criscione voiced these grievances.

CRISCIONE_009230

**RESPONSE: Objection. These Defendants object to the phrase "attempted to evict" as an improper characterization of the underlying facts. Without waiving and subject to this objection, Deny.**

67.     Admit that East Park sought to restrain Ms. Mandanici's exercise of her right to voice grievances.

**RESPONSE: Deny.**

68.     Admit that East Park interfered with Ms. Mandanici's exercise of her right to voice grievances.

**RESPONSE: Deny.**

69.     Admit that East Park discriminated against Ms. Mandanici after she her right to voice grievances.

**RESPONSE: Deny.**

70.     Admit that East Park sought reprisal against Ms. Mandanici after she exercised her right to voice grievances.

**RESPONSE: Deny.**

71.     Admit that East Park initiated a criminal prosecution against Ms. Criscione.

**RESPONSE: Deny.**

72.     Admit that Ms. DiVincenzo initiated a criminal prosecution against Ms. Criscione.

**RESPONSE: Deny.**

73.     Admit that Ms. Thurmer initiated a criminal prosecution against Ms. Criscione.

**RESPONSE: Deny.**

74.     Admit that East Park made, influenced, or participated in the decision to prosecute Ms. Criscione.

**RESPONSE: Deny.**

75.     Admit that Laura DiVincenzo made, influenced, or participated in the decision to prosecute Ms. Criscione.

**RESPONSE: Deny.**

CRISCIONE_009231

76.     Admit that Sara Thurmer made, influenced, or participated in the decision to prosecute Ms. Criscione.

**RESPONSE: Deny.**

77.     Admit that there was no probable cause to support the charges against Ms. Criscione.

**RESPONSE: Objection. The Request for Admission calls for a legal conclusion. Further, these Defendants were not involved in the decision to file charges against Ms. Criscione and are not qualified to opine on probable cause. Without waiving and subject to these objections, it is admitted only that all information provided by these Defendants to the City of Brook Park was true and accurate. All remaining allegations and inferences set forth in Request for Admission No. 77 are denied.**

78.     Admit that Ms. Thurmer voluntarily gave her cell phone number to Ms. Criscione.

**RESPONSE: Admit.**

79.     Admit that Ms. Thurmer routinely gave her cell phone number to East Park residents.

**RESPONSE: Admit.**

80.     Admit that Ms. Thurmer routinely gave her cell phone number to the family of East Park residents.

**RESPONSE: Admit.**

81.     Admit that Ms. Thurmer routinely encouraged residents and their families to use that number to address any concerns about the residents' care.

**RESPONSE: Admit.**

82.     Admit that Ms. Thurmer voluntarily encouraged Ms. Criscione to use that number at "any time" to discuss her mother's care.

**RESPONSE: Admit.**

83.     Admit that Ms. Thurmer held herself out as "completely available" to field such calls.

**RESPONSE: Admit.**

84.     Admit that Ms. Thurmer held herself out as "completely available" to field such calls from Ms. Criscione.

**RESPONSE: Admit.**

CRISCIONE_009232

85.      Admit that all of Ms. Criscione's phone calls to Ms. Thurmer were made as part of conversations about her mother's care.

**RESPONSE: Deny.**

86.      Admit that all of Ms. Criscione's phone calls to East Park were made as part of conversations about her mother's care.

**RESPONSE: Deny.**

87.      Admit that Ms. Thurmer never told Ms. Criscione to stop calling her.

**RESPONSE: Admit.**

88.      Admit that Ms. Thurmer never told Ms. Criscione to call her less frequently.

**RESPONSE: Admit.**

89.      Admit that Ms. Criscione never threatened to physically injure Sara Thurmer.

**RESPONSE: Deny.**

90.      Admit that Ms. Criscione never harassed Sara Thurmer.

**RESPONSE: Deny.**

91.      Admit that Ms. Criscione never called Ms. Thurmer after East Park evicted Ms. Mandanici.

**RESPONSE: Admit.**

92.      Admit that Ms. Criscione never trespassed at East Park.

**RESPONSE: Deny.**

93.      Admit that East Park never told Ms. Criscione to stay off its property.

**RESPONSE: Deny. No trespassing signs were clearly posted.**

94.      Admit that East Park believed Ms. Criscione's online complaints about East Park were protected by the First Amendment.

**RESPONSE: Objection. This Request is vague, ambiguous, and unclear. It is unknown what is meant by "East Park believed." It is also unclear as to the time frame this is referring to. Based on the unclear nature of this Request, these Defendants are unable to provide a response.**

-12-

95.    Admit that East Park believed Ms. Criscione's picketing on the sidewalk outside East Park was protected by the First Amendment.

**RESPONSE: Objection. This Request is vague, ambiguous, and unclear. It is unknown what is meant by "East Park believed." It is also unclear as to the time frame this is referring to. Based on the unclear nature of this Request, these Defendants are unable to provide a response.**

96.    Admit that the criminal charges against Ms. Criscione forced her to appear in court.

**RESPONSE: Admit.**

97.    Admit that the criminal charges against Ms. Criscione were set in motion in proper form.

**RESPONSE: Objection. The Request for Admission calls for a legal conclusion. Further, these Defendants were not involved in the decision to file charges against Ms. Criscione and are not qualified to opine on whether such charges were set in motion in proper form. Without waiving and subject to these objections, it is admitted only that all information provided by these Defendants to the City of Brook Park was true and accurate. All remaining allegations and inferences set forth in Request for Admission No. 97 are denied.**

98.    Admit that the criminal charges against Ms. Criscione were set in motion with probable cause.

**RESPONSE: Objection. The Request for Admission calls for a legal conclusion. Further, these Defendants were not involved in the decision to file charges against Ms. Criscione and are not qualified to opine on probable cause. Without waiving and subject to these objections, it is admitted only that all information provided by these Defendants to the City of Brook Park was true and accurate. All remaining allegations and inferences set forth in Request for Admission No. 98 are denied.**

99.    Admit that the criminal charges against Ms. Criscione were set in motion without probable cause.

**RESPONSE: Objection. The Request for Admission calls for a legal conclusion. Further, these Defendants were not involved in the decision to file charges against Ms. Criscione and are not qualified to opine on probable cause. Without waiving and subject to these objections, it is admitted only that all information provided by these Defendants to the City of Brook Park was true and accurate. All remaining allegations and inferences set forth in Request for Admission No. 99 are denied.**

100.    Admit that East Park's purpose in pursuing criminal charges against Ms. Criscione was to discourage her from criticizing East Park or its employees.

CRISCIONE_009234

**RESPONSE: Deny.**

101.  Admit that Ms. DiVincenzo's purpose in pursuing criminal charges against Ms. Criscione was to discourage her from criticizing East Park or its employees.

**RESPONSE: Deny.**

102.  Admit that Ms. Thurmer's purpose in pursuing criminal charges against Ms. Criscione was to discourage her from criticizing East Park or its employees.

**RESPONSE: Deny.**

103.  Admit that the criminal charges against Ms. Criscione were brought in retaliation for criticizing East Park and its agents.

**RESPONSE: Deny.**

104.  Admit that East Park would not have pursued criminal charges if Ms. Criscione had not criticized East Park and its agents.

**RESPONSE: Deny.**

105.  Admit that Ms. DiVincenzo would not have pursued criminal charges if Ms. Criscione had not criticized East Park and its agents.

**RESPONSE: Deny.**

106.  Admit that Ms. Thurmer would not have pursued criminal charges if Ms. Criscione had not criticized East Park and its agents.

**RESPONSE: Deny.**

107.  Admit that Ms. Criscione filed a complaint with the Ohio Department of Health.

**RESPONSE: Admit.**

108.  Admit that Ms. Criscione filed a complaint with East Park's grievance committee.

**RESPONSE: Deny.**

109.  Admit that East Park knew about Ms. Criscione's complaint to the Ohio Department of Health.

**RESPONSE: Admit.**

CRISCIONE_009235

110.    Admit that East Park initiated a criminal investigation of Ms. Criscione after learning of her complaints.

**RESPONSE: Deny.**

111.    Admit that East Park initiated a criminal prosecution of Ms. Criscione after learning of her complaints.

**RESPONSE: Deny.**

112.    Admit that Ms. Criscione made a report about suspected abuse, neglect, or exploitation of Ms. Mandanici at East Park to the Ohio Department of Health.

**RESPONSE: Admit.**

113.    Admit that Ms. Criscione made a report about suspected abuse, neglect, or exploitation of Ms. Mandanici to East Park's grievance committee.

**RESPONSE: Admit.**

114.    Admit that East Park knew about some or all of Ms. Criscione's reports to East Park's grievance committee.

**RESPONSE: Deny.**

115.    Admit that East Park knew about some or all of Ms. Criscione's reports to the Ohio Department of Health.

**RESPONSE: Cannot admit or deny to all. Admit to some.**

116.    Admit that East Park knew Ms. Mandancici or Ms. Criscione had reported or threatened to report suspicions of abuse, neglect, exploitation, or misappropriation.

**RESPONSE: Deny.**

117.    Admit that East Park sought to evict Ms. Mandanici because it knew Ms. Mandancici or Ms. Criscione had reported or threatened to report suspicions of abuse, neglect, exploitation, or misappropriation.

**RESPONSE: Deny.**

118.    Admit that Ms. Criscione installed a camera in Ms. Mandanici's room at East Park.

**RESPONSE: Admit.**

CRISCIONE_009236

119.    Admit that East Park policy permitted Ms. Criscione to install a camera in Ms. Mandanici's room.

**RESPONSE: Deny.**

120.    Admit that East Park policy did not prohibit Ms. Criscione from installing a camera in Ms. Mandanici's room.

**RESPONSE: Deny.**

121.    Admit that the camera in Ms. Mandanici's room functioned like a normal camera and was operable.

**RESPONSE:  These Defendants do not have knowledge of how the camera functioned and thus, are unable to admit or deny whether the camera in Ms. Mandanici's room functioned like a normal camera.**

122.    Admit that the camera installed in Ms. Mandanici's room was able to record activities or sounds occurring in the room.

**RESPONSE:  These Defendants do not have knowledge of how the camera functioned and thus, are unable to admit or deny whether the camera in Ms. Mandanici's room was able to record activities or sounds in the room. Although these Defendants did not know the specific capabilities of the camera, based on its appearance, these Defendants believed that the camera could be capable of recording video and sound. As such, these Defendants were concerned about the privacy of other residents, visitors, and employees/agents.**

123.    Admit that East Park knew about the camera installed in Ms. Mandanici's room.

**RESPONSE:  It is admitted only that East Park discovered the camera in Ms. Mandanici's room. All remaining allegations and inferences set forth in Request for Admission No. 123 are denied.**

124.    Admit that East Park took the camera installed in Ms. Mandanici's room.

**RESPONSE: Admit.**

125.    Admit that East Park had no permission to take the camera installed in Ms. Mandanici's room.

**RESPONSE: Deny.**

126.    Admit that East Park never told Ms. Criscione to stay off its property before October 15, 2020.

CRISCIONE_009237

**RESPONSE: Deny. No trespassing signs were clearly posted.**

127.    Admit that Ms. Criscione never trespassed on East Park property.

**RESPONSE: Deny.**

128.    Admit that East Park believed that Ms. Criscione did not trespass on East Park property.

**RESPONSE: Deny.**

129.    Admit that Ms. DiVincenzo believed that Ms. Criscione did not trespass on East Park property.

**RESPONSE: Deny.**

130.    Admit that Ms. Thurmer believed that Ms. Criscione did not trespass on East Park property.

**RESPONSE: Deny.**

131.    Admit that Sara Thurmer signed the complaints against Ms. Criscione despite believing the charges against Ms. Criscione were unjustified.

**RESPONSE: Deny.**

132.    Admit that East Park or its agents falsely characterized the services they provided in Ms. Mandanici's medical records.

**RESPONSE: Deny.**

133.    Admit that East Park or its agents falsely characterized Ms. Mandanici's medical condition in reports to the Ohio Department of Health.

**RESPONSE: Deny.**

134.    Admit that East Park or its agents falsely characterized Ms. Mandanici's behavior in its reports to the Ohio Department of Health.

**RESPONSE: Deny.**

135.    Admit that East Park or its agents omitted material information from its communications with the Ohio Department of Health about how Ms. Mandanici's conditions were being aggravated by inadequate care.

**RESPONSE: Deny.**

CRISCIONE_009238

136. Admit that Sara Thurmer swore to a complaint accusing Ms. Criscione of trespassing on East Park property.

**RESPONSE: Admit.**

137. Admit that Ms. Thurmer did not suffer mental distress as a result of Ms. Criscione's conduct.

**RESPONSE: Deny.**

138. Admit that no employees witnessed Ms. Criscione driving on the grounds of East Park on September 20, 2020.

**RESPONSE: Deny.**

139. Admit that Plaintiff's economic injuries are equal to $1,000,000.

**RESPONSE: Deny.**

140. Admit that Plaintiff's noneconomic injuries are equal to $10,000,000.

**RESPONSE: Deny.**

141. Admit that Ms. DiVincenzo's statements to the police were meant to incriminate Ms. Criscione.

**RESPONSE: Deny.**

142. Admit that Ms. Thurmer's statements to the police were meant to incriminate Ms. Criscione.

**RESPONSE: Deny.**

143. Admit that the false statements in East Park's communications about Ms. Mandanici to the Ohio Department of Health were made with the purpose to mislead the Department about Ms. Mandanici's condition and behavior.

**RESPONSE: Deny.**

144. Admit that Ms. DiVincenzo's statements to the police were meant to mislead public officials in deciding how and whether to prosecute Ms. Criscione.

**RESPONSE: Deny.**

145. Admit that Ms. Thurmer's statements to the police were meant to mislead public officials in deciding how and whether to prosecute Ms. Criscione.

CRISCIONE_009239

**RESPONSE: Deny.**

146.  Admit that Ms. DiVincenzo's statements to the police were meant to mislead public officials in deciding how and whether to resolve the charges against Ms. Criscione.

**RESPONSE: Deny.**

147.  Admit that Ms. Thurmer's statements to the police were meant to mislead public officials in deciding how and whether to resolve the charges against Ms. Criscione.

**RESPONSE: Deny.**

148.  Admit that Ms. DiVincenzo's statements to the police were made to benefit East Park's financial interests.

**RESPONSE: Deny.**

149.  Admit that Ms. Thurmer's statements to the police were made to benefit East Park's financial interests.

**RESPONSE: Deny.**

150.  Admit that Ms. DiVincenzo's statements to the police were made to benefit Ms. Thurmer's reputational interests.

**RESPONSE: Deny.**

151.  Admit that Ms. Thurmer's statements to the police were made to benefit Ms. Thurmer's reputational interests.

**RESPONSE: Deny.**

152.  Admit that Ms. Criscione placed a camera with a removable storage drive in Ms. Mandanici's room.

**RESPONSE: Admit.**

153.  Admit that East Park employees obtained that camera.

**RESPONSE: Admit.**

154.  Admit that East Park employees exerted control over that camera.

**RESPONSE: It is admitted only that upon discovery of the camera, it was removed from Ms. Mandanici's room due to privacy concerns of other residents, visitors, and employees/agents of East Park.**

-19-

CRISCIONE_009240

155.    Admit that Ms. Criscione demanded the return of the camera.

**RESPONSE: Admit.**

156.    Admit that Ms. Criscione never consented to East Park obtaining or exerting control over the camera.

**RESPONSE: Deny.**

157.    Admit that Ms. Criscione demanded the return of the camera.

**RESPONSE: Admit.**

158.    Admit that East Park returned the camera to Ms. Criscione without the storage drive.

**RESPONSE: It is admitted only that the clock from Mandanici's room was returned to Ms. Criscione.**

159.    Admit that East Park continued to exert control over the storage drive.

**RESPONSE: Deny.**

160.    Admit that East Park never gave the storage drive to Ms. Criscione.

**RESPONSE: Admit.**

161.    Admit that Ms. DiVincenzo's statements to the Brook Park Police Department were intended to influence public servants in the discharge of their duties.

**RESPONSE: Deny.**

162.    Admit that Ms. DiVincenzo's statements to the Brook Park prosecutor were intended to influence public servants in the discharge of their duties.

**RESPONSE: Deny.**

163.    Admit that Ms. Thurmer's statements to the Brook Park Police Department were intended to influence public servants in the discharge of their duties.

**RESPONSE: Deny.**

164.    Admit that Ms. Thurmer's statements to the Brook Park prosecutor were intended to influence public servants in the discharge of their duties.

**RESPONSE: Deny.**

CRISCIONE_009241

165.    Admit that George Sakellakis is a public servant.

**RESPONSE:** **Objection. This Request calls for a legal conclusion. Additionally, this Request is irrelevant as Mr. Sakellakis has been dismissed from this case. Additionally, because this Request is not limited to a specific time period or event, these Defendants are unable to admit or deny this Request.**

166.    Admit that Harold Duncan is a public servant.

**RESPONSE:** **Objection. This Request calls for a legal conclusion. Additionally, this Request is irrelevant as Mr. Duncan has been dismissed from this case. Additionally, because this Request is not limited to a specific time period or event, these Defendants are unable to admit or deny this Request.**

167.    Admit that Ryan Walsh is a public servant.

**RESPONSE:** **Objection. This Request calls for a legal conclusion. Additionally, this Request is irrelevant as Mr. Walsh has been dismissed from this case. Additionally, because this Request is not limited to a specific time period or event, these Defendants are unable to admit or deny this Request.**

168.    Admit that Thomas Sensel is a public servant.

**RESPONSE:** **Objection. This Request calls for a legal conclusion. Additionally, this Request is irrelevant as Mr. Sensel has been dismissed from this case. Additionally, because this Request is not limited to a specific time period or event, these Defendants are unable to admit or deny this Request.**

169.    Admit that Peter Sackett is a public servant.

**RESPONSE:** **Objection. This Request calls for a legal conclusion. Additionally, because this Request is not limited to a specific time period or event, these Defendants are unable to admit or deny this Request.**

170.    Admit that Carol Horvath is a public servant.

**RESPONSE:** **Objection. This Request calls for a legal conclusion. Additionally, because this Request is not limited to a specific time period or event, these Defendants are unable to admit or deny this Request.**

171.    Admit that Mark Comstock is a public servant.

**RESPONSE:** **Objection. This Request calls for a legal conclusion. Additionally, because this Request is not limited to a specific time period or event, these Defendants are unable to admit or deny this Request.**

CRISCIONE_009242

172.  Admit that George Sakellakis knowingly acted under color of office, employment, or authority while he participated in the investigation and prosecution of Ms. Criscione.

**RESPONSE: Objection. This Request calls for a legal conclusion. Additionally, this Request is irrelevant as Mr. Sakellakis has been dismissed from this case. Without waiving and subject to these objections, these Defendants do not have information related to Mr. Sakellakis' state of mind or his conduct and therefore are unable to either admit or deny the allegations contained in Request for Admission No. 172.**

173.  Admit that Harold Duncan knowingly acted under color of office, employment, or authority while he participated in the investigation and prosecution of Ms. Criscione.

**RESPONSE: Objection. This Request calls for a legal conclusion. Additionally, this Request is irrelevant as Mr. Duncan has been dismissed from this case. Without waiving and subject to these objections, these Defendants do not have information related to Mr. Duncan's state of mind or his conduct and therefore are unable to either admit or deny the allegations contained in Request for Admission No. 173.**

174.  Admit that Ryan Walsh knowingly acted under color of office, employment, or authority while he participated in the investigation and prosecution of Ms. Criscione.

**RESPONSE: Objection. This Request calls for a legal conclusion. Additionally, this Request is irrelevant as Mr. Walsh has been dismissed from this case. Without waiving and subject to these objections, these Defendants do not have information related to Mr. Walsh's state of mind or his conduct and therefore are unable to either admit or deny the allegations contained in Request for Admission No. 174.**

175.  Admit that Thomas Sensel knowingly acted under color of office, employment, or authority while he participated in the investigation and prosecution of Ms. Criscione.

**RESPONSE: Objection. This Request calls for a legal conclusion. Additionally, this Request is irrelevant as Mr. Sensel has been dismissed from this case. Without waiving and subject to these objections, these Defendants do not have information related to Mr. Sensel's state of mind or his conduct and therefore are unable to either admit or deny the allegations contained in Request for Admission No. 175.**

176.  Admit that Peter Sackett knowingly acted under color of office, employment, or authority while he participated in the investigation and prosecution of Ms. Criscione.

**RESPONSE: Objection. This Request calls for a legal conclusion. Without waiving and subject to these objections, these Defendants do not have information related to Mr. Sackett's state of mind or his conduct and therefore are unable to**

CRISCIONE_009243

**either admit or deny the allegations contained in Request for Admission No. 176.**

177. Admit that Carol Horvath knowingly acted under color of office, employment, or authority while she participated in the investigation and prosecution of Ms. Criscione.

**RESPONSE: Objection. This Request calls for a legal conclusion. Without waiving and subject to these objections, these Defendants do not have information related to Ms. Horvath's state of mind or his conduct and therefore are unable to either admit or deny the allegations contained in Request for Admission No. 177.**

178. Admit that Mark Comstock knowingly acted under color of office, employment, or authority while he participated in the investigation and prosecution of Ms. Criscione.

**RESPONSE: Objection. This Requesst calls for a legal conclusion. Without waiving and subject to these objections, these Defendants do not have information related to Mr. Comstock's state of mind or his conduct and therefore are unable to either admit or deny the allegations contained in Request for Admission No. 178.**

179. Admit that Ms. Thurmer worked with Ms. DiVincenzo to punish Ms. Criscione for her speech about East Park.

**RESPONSE: Deny.**

180. Admit that Ms. Thurmer worked with Brook Park police to punish Ms. Criscione for her speech about East Park's employees.

**RESPONSE: Deny.**

181. Admit that Ms. Thurmer worked with the Brook Park prosecutor to punish Ms. Criscione for her speech about East Park.

**RESPONSE: Deny.**

182. Admit that Ms. Thurmer worked with employees of the Berea Municipal Court to punish Ms. Criscione for her speech about East Park's employees.

**RESPONSE: Deny.**

183. Admit that Ms. DiVincenzo worked with Ms. Thurmer to punish Ms. Criscione for her speech about East Park.

**RESPONSE: Deny.**

CRISCIONE_009244

184.   Admit that Ms. DiVincenzo worked with Brook Park police to punish Ms. Criscione for her speech about East Park's employees.

**RESPONSE: Deny.**

185.   Admit that Ms. DiVincenzo worked with the Brook Park prosecutor to punish Ms. Criscione for her speech about East Park.

**RESPONSE: Deny.**

186.   Admit that Ms. DiVincenzo worked with employees of the Berea Municipal Court to punish Ms. Criscione for her speech about East Park's employees.

**RESPONSE: Deny.**

187.   Admit that Ms. Criscione had a First Amendment right to criticize East Park and its employees.

**RESPONSE: It is admitted only that Ms. Criscione has a First Amendment right to free speech, within the bounds of the law and subject to any applicable limitations or exclusions. All remaining allegations and inferences set forth in Request for Admission No. 187 are denied.**

Respectfully submitted,

*/s/ Emily R. Yoder*

Michael Ockerman (0053403)
Emily R. Yoder (0084013)
**HANNA, CAMPBELL & POWELL, LLP**
3737 Embassy Parkway, Suite 100
Akron, OH 44334
(330) 670-7612 (T) * (330) 670-7453 (FAX)
eyoder@hcplaw.net

Counsel for Defendants
East Park Retirement Community, Inc.,
Laura DiVincenzo and Sara Thurmer

CRISCIONE_009245

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Civil Rule 5(B)(2)(f), I hereby certify that copy of the foregoing **Responses to Plaintiff Estate of Dorothy Mandanici's Requests for Admission to Defendants Laura Divincenzo, Sara Thurmer and East Park Care Center** was sent via electronic mail, this 30th day of May, 2023, to:

> Brian D. Bardwell, Esq.
> Speech Law, LLC
> 1265 West Sixth Street, Suite 400
> Cleveland OH 44113-1326
> brian.bardwell@speech.law
>
> William A. Carlin, Esq.
> 29325 Chagrin Blvd., Suite 305
> Pepper Pike OH  44122
> wcarlinesq@aol.com
> Attorney for Plaintiffs

> */s/ Emily R. Yoder*
> Emily R. Yoder (0084013)
> Attorney for Defendants
> East Park Retirement Community, Inc.,
> Laura DiVincenzo and Sara Thurmer

<<HCP #1285508-v1>>

CRISCIONE_009246

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

GINA CRISCIONE, et al.

    Plaintiffs

vs.

LAURA DiVINCENZO, et al.

    Defendants

) CASE NO. CV 23 976445
)
) JUDGE NANCY MARGARET RUSSO
)
) **RESPONSES TO PLAINTIFF ESTATE**
) **OF DOROTHY MANDANICI'S**
) **REQUESTS FOR INSPECTION TO**
) **DEFENDANTS EAST PARK CARE**
) **CENTER, LAURA DIVINCENZO, AND**
) **SARA THURMER**

Defendants East Park Retirement Community, Inc., Laura DiVincenzo and Sara Thurmer

for their Answers to Plaintiff's Requests for Inspection respond as follows:

1.  Produce every communication between agents of East Park and agents of Brook Park about Ms. Criscione, the criminal investigation of Ms. Criscione, or the criminal prosecution of Ms. Criscione.

**RESPONSE:** *See* **attached.**

2.  Produce all documents identified in your initial disclosures.

**RESPONSE:** *See* **documents produced herein.**

3.  Produce a copy of your driver's license.

**RESPONSE: Objection. This Request seeks information that is irrelevant and not proportional to the needs of this case.**

4.  Produce all documents and other things produced in response to subpoenas seeking information for use in this case.

**RESPONSE:  No such responsive documents.**

5.  Produce all documents supporting each affirmative defense you have asserted.



**RESPONSE:** **Objection. This Request is premature. Discovery in this matter is ongoing. Additionally, this Request seeks information that is protected by the attorney-client privilege and/or work-product doctrine. Civil Rule 26 does not provide for discovery of any facts upon which a party premises their affirmative defenses.** *Sawyer v. DeVore*, **Cuy. No. 65306, 1994 WL 614978 (Nov. 3, 1994),** *see also*, *Owens v. ACH Hotels, LLC*, **9th Dist. 27787, 2016-Ohio-5506. Defendant is obligated, pursuant to Civil Rules 8 and 12 to raise affirmative defenses in the answer or risk waiving those defenses.**

6.      Produce all e-mails including of the following words in any field or attachment from April 2017 forward:

      A.      Dorothy
      B.      Mandanici
      C.      Gina
      D.      Criscione
      E.      20CRB01262
      F.      Sackett
      G.      Horvath

**RESPONSE:** **Objection. This Request is vague, ambiguous, and unclear. Further, this Request is overly broad and unduly burdensome.**

7.      Produce all documents related to Ms. Mandanici's care.

**RESPONSE:** *See* **attached.**

8.      Produce all documents related to Ms. Criscione's complaints about Ms. Mandanici's care or about East Park's services.

**RESPONSE:** *See* **documents produced herein. The Concern Grievance Log does not contain complaints prior to 2019.**

9.      Produce all documents related to the investigation or prosecution of Ms. Criscione.

**RESPONSE:** **Objection. This Request seeks production of documents that are protected from disclosure by the attorney-client privilege and work-product doctrine. Further, this Request is vague, ambiguous, overly broad, and unduly burdensome. Without waiving and subject to this objection** *see* **documents produced herein.**

10.      Produce Ms. Mandanici's admission agreement and all other documentation related to finalizing her residence at East Park.

**RESPONSE:** *See* **medical records.**

CRISCIONE_009253

11. Produce all inspection reports and surveys from the Bureau of Survey and Certification between 2019 and 2021, as well as all other formal reports regarding any aspect of East Park's quality of care.

**RESPONSE:** **Objection. This Request seeks information that is irrelevant and not proportional to the needs of this case. Any claim that such documents arguably or potentially pertained to has been dismissed.**

12. Produce all East Park business plans from January 2015 forward.

**RESPONSE:** **Objection. This Request seeks the production of documents that irrelevant and is not proportional to the needs of this case. Additionally, this Request seeks the production of documents that are confidential, proprietary and not subject to discovery. Without waiving and subject to these objections, no such responsive documents.**

13. Produce all East Park loan applications from January 2015 forward.

**RESPONSE:** **Objection. This Request seeks the production of documents that are irrelevant and is not proportional to the needs of this case. Additionally, this Request seeks the production of documents that are confidential, proprietary and not subject to discovery.**

14. Produce all East Park marketing materials from January 2015 forward.

**RESPONSE:** **Objection. This Request seeks the production of documents that are irrelevant and is not proportional to the needs of this case. Without waiving, and subject to this objection,** *see* **attached. Will supplement if additional responsive materials are identified.**

15. Produce all East Park's agreements with third parties for management services, consulting services, health care services, or administrative services from January 2015 forward.

**RESPONSE:** **Objection. This Request seeks information that is irrelevant and not proportional to the needs of this case. Any claim that such documents arguably or potentially pertained to has been dismissed.**

16. Produce tax returns from tax year 2015 forward.

**RESPONSE:** **Objection. This Request seeks the production of documents that irrelevant and is not proportional to the needs of this case. Additionally, this Request seeks the production of documents that are confidential, proprietary and not subject to discovery. Additionally, this Request is overly broad and unduly burdensome to the extent it seeks production of tax records for years that have no bearing on any of Plaintiffs' claims. Without waiving and subject to**

CRISCIONE_009254

**these objections, Defendants will produce responsive documents for the relevant time-frame upon execution of a stipulated protective order.**

17.     Produce business ledgers from January 1, 2015 forward.

**RESPONSE:  Objection. This Request seeks the production of documents that irrelevant and is not proportional to the needs of this case. Additionally, this Request seeks the production of documents that are confidential, proprietary and not subject to discovery. Additionally, this Request is overly broad and unduly burdensome to the extent it seeks production of documents from a time-period that has no bearing on any of Plaintiff's claims.**

18.     Produce profit and loss statements from January 1, 2015 forward.

**RESPONSE:  Objection. This Request seeks the production of documents that irrelevant and is not proportional to the needs of this case. Additionally, this Request seeks the production of documents that are confidential, proprietary and not subject to discovery. Additionally, this Request is overly broad and unduly burdensome to the extent it seeks production of documents from a time-period that has no bearing on any of Plaintiff's claims. Without waiving and subject to these objections, Defendants will produce responsive documents for the relevant time-frame upon execution of a stipulated protective order.**

19.     Produce bank statements for all accounts you controlled from January 1, 2015 forward.

**RESPONSE:  Objection. This Request seeks the production of documents that irrelevant and is not proportional to the needs of this case. Additionally, this Request seeks the production of documents that are confidential, proprietary and not subject to discovery. Additionally, this Request is overly broad and unduly burdensome to the extent it seeks production of documents from a time-period that has no bearing on any of Plaintiff's claims.**

20.     Produce the complete employment and personnel file for Sara Thurmer, including documents of training, discipline, and allegations or reports of misconduct from the beginning of employment through your receipt of this request. This request also includes documents removed from the employee's personnel file or maintained in separate benefits file, confidential file, disciplinary file, investigative file, medical file, payroll file, or other file.

**RESPONSE:  Objection. This Request seeks the production of documents that are irrelevant and is not proportional to the needs of this case. Without waiving and subject to this objection, will supplement.**

21.     Produce Ms. Mandanici's full medical record.

**RESPONSE:  *See* documents produced herein.**

-4-

22.  Produce all requests for copies of Ms. Mandanici's medical records.

**RESPONSE:** *See* **attached. Will supplement if additional records are identified.**

23.  Produce records documenting fulfillment of requests for copies of Ms. Mandanici's medical records.

**RESPONSE:** *See* **Response to Request No. 50.**

24.  Produce Ms. Mandanici's full treatment plan.

**RESPONSE:** *See* **medical records.**

25.  Produce all East Park COVID protocols and policies for both staff and residents.

**RESPONSE: Objection. This Request seeks the production of documents that are irrelevant and is not proportional to the needs of this case. Without waiving, and subject to this objection, will supplement if responsive documents are identified.**

26.  Produce the staffing records required by 42 C.F.R. 483.35(g)(1) from April 2017 through May 2020.

**RESPONSE: Objection. This Request is overly broad and unduly burdensome. Additionally, this Request seeks the production of documents that are irrelevant and is not proportional to the needs of this case.  Without waiving, and subject to these objections, will supplement if responsive documents are identified.**

27.  Produce a list of all East Park employees from April 2017 through May 2020, including names, phone numbers, home addresses, and e-mail addresses.

**RESPONSE: Objection. This Request is overly broad and unduly burdensome. Additionally, this Request seeks information that is irrelevant and not proportional to the needs of this case.**

28.  Produce a list of all agency aides who staffed East Park from April 2017 through May 2020, including names, phone numbers, home addresses, and e-mail addresses.

**RESPONSE: Objection. This Request is overly broad and unduly burdensome. Additionally, this Request seeks information that is irrelevant and not proportional to the needs of this case.**

29.  Produce all communications complaining about the conditions at East Park Care Center from January 1, 2020 forward.

CRISCIONE_009256

**RESPONSE: Objection. This Request seeks production of documents that include private health information of non-parties. Such information is protected from disclosure by the physician-patient privilege and HIPAA and is otherwise not discoverable. Additionally, this Request seeks information that is irrelevant and not proportional to the needs of this case. Any claim that such documents arguably or potentially pertained to has been dismissed.**

30. Produce all documentation of Ms. Criscione's in-person and virtual visit times, dates, durations, and frequency.

**RESPONSE: Objection. This Request seeks the production of documents that are irrelevant and is not proportional to the needs of this case. Without waiving and subject to this objection,** *see* **attached.**

31. Produce a copy of all documentation required under Ohio Rev. Code § 3721.12(A)(3).

**RESPONSE: Objection. This Request is overly broad and unduly burdensome. Additionally, this Request seeks information that is irrelevant and not proportional to the needs of this case. Any claim that such documents arguably or potentially pertained to has been dismissed.**

32. Produce all East Park Care Center training workshops, guidelines, or protocols regarding:

    A. Staff safety trainings and standards
    B. Medicare, Medicaid, state law, and director of health safety standards posted or otherwise given to EPCC staff.
    C. Staff, visitor, and resident rules and routines during COVID-19
    D. Dementia patients
    E. Room cleaning
    F. Staff continuity for patients
    G. Treating patients with dignity
    H. Resident isolation policy, including COVID-related changes and policies specific to residents with dementia
    I. Resident diet, nutrition, meal scheduling and distribution
    J. Resident telephone use
    K. Private visits to residents, including any COVID-related changes
    L. Residents' personal property
    M. Lost and found
    N. Changing bedding
    O. Assisting residents with bodily needs, including using the bathroom, showering, bathing, maintaining hygiene, and incontinency
    P. Use of physical restraints
    Q. Use of cameras and other recording devices in residents' rooms

CRISCIONE_009257

**RESPONSE: Objection. This Request is overly broad and unduly burdensome. Additionally, this Request seeks information that is irrelevant and not proportional to the needs of this case. Any claim that such documents arguably or potentially pertained to has been dismissed.**

33.    Produce cleaning logs for April 2017 forward.

**RESPONSE: Objection. This Request is overly broad and unduly burdensome. Additionally, this Request seeks information that is irrelevant and not proportional to the needs of this case. Any claim that such documents arguably or potentially pertained to has been dismissed.**

34.    Produce records of East Park checking and changing Ms. Mandanici's bedding from April 2017 forward.

**RESPONSE: Objection. This Request is overly broad and unduly burdensome. Additionally, this Request seeks information that is irrelevant and not proportional to the needs of this case. Any claim that such documents arguably or potentially pertained to has been dismissed.**

35.    Produce any writings from Ms. Mandanici's attending physician authorizing the use of physical restraints.

**RESPONSE:** *See* **medical records.**

36.    Produce all records of Ms. Mandanici's food and liquid intake, including breakfast, lunch, dinner, snacks, water and other drinks.

**RESPONSE: Objection. This Request is overly broad and unduly burdensome. Additionally, this Request seeks information that is irrelevant and not proportional to the needs of this case. Any claim that such documents arguably or potentially pertained to has been dismissed.**

37.    Produce the telephone log for Ms. Mandanici's room.

**RESPONSE:** *See* **attached phone calls from Plaintiff to the facility. Defendants do not have call logs for Ms. Mancanici's rooms. Will supplement if additional responsive documents are identified.**

38.    Produce all documentation of virtual visits between Ms. Mandanici and others.

**RESPONSE: Objection. This Request is overly broad and unduly burdensome. Additionally, this Request seeks information that is irrelevant and not proportional to the needs of this case. Without waiving and subject to these objections, no such responsive documents. Will supplement if responsive documents are identified.**

CRISCIONE_009258

39.     Produce all evidence that Ms. Mandanici posed a health or safety danger to East Park Care Center's residents.

**RESPONSE:** *See* **medical records and Ohio Department of Health findings.**

40.     Produce all evidence supporting East Park's request to evict Ms. Mandanici.

**RESPONSE:** *See* **medical records and Ohio Department of Health findings.**

41.     Produce all communications with the Ohio Department of Health regarding Ms. Mandanici.

**RESPONSE: Objection. This Request seeks the production of documents that are irrelevant and is not proportional to the needs of this case.**

42.     Produce all evidence that Ms. Mandanici failed to pay medical bills after reasonable notice prior to her attempted eviction.

**RESPONSE: No such responsive documents.**

43.     Produce all complaints made to East Park regarding Ms. Mandanici's care—whether from Ms. Mandanici, Ms. Criscione, or any other person—as well as any response from East Park Care Center.

**RESPONSE: Objection. This Request seeks the production of documents that are irrelevant and is not proportional to the needs of this case. Without waiving, and subject to this objection,** *see* **attached.**

44.     Produce any waiver of any rights protected by the Nursing Home Bill of Rights signed by Ms. Criscione or Ms. Mandanici.

**RESPONSE: No such responsive documents.**

45.     Produce all documents related to the camera installed in Ms. Mandanici's room and East Park Care Center's knowledge of it.

**RESPONSE: No such responsive documents.**

46.     Produce all documentation of Ms. Criscione or Ms. Mandanici's personal property held by East Park.

**RESPONSE: No such responsive documents. No personal property was held by East Park.**

47.     Produce logs of phone calls to or from Sara Thurmer from September 2018 through March 2021.

CRISCIONE_009259

**RESPONSE:** **Objection. This Request is overly broad, unduly burdensome, vague and ambiguous. Additionally, this Request seeks information that is irrelevant and not proportional to the needs of this case.**

48.     Produce logs of phone calls to or from Laura DiVincenzo from June 2020 through March 2021.

**RESPONSE:** **Objection. This Request is overly broad, unduly burdensome, vague and ambiguous. Additionally, this Request seeks information that is irrelevant and not proportional to the needs of this case.**

49.     Produce logs of phone calls to or from East Park Care Center from September 2018 through March 2021.

**RESPONSE:** **Objection. This Request is overly broad, unduly burdensome, vague and ambiguous. Additionally, this Request seeks information that is irrelevant and not proportional to the needs of this case.**

50.     Produce text messages from Gina Criscione to Sara Thurmer from September 2018 through March 2021.

**RESPONSE:** *See* **attached.**

51.     Produce communications related to Ms. Criscione's criticisms of East Park or its employees.

**RESPONSE:** *See* **attached and documents produced herein.**

52.     Produce all evidence that Ms. Thurmer felt that Ms. Criscione was abusing, threatening, or harassing her.

**RESPONSE:** *See* **attached, Defendant Sara Thurmer's Answers to Interrogatories, and documents produced herein.**

53.     Produce all evidence that Ms. Thurmer suffered mental distress as a result of Ms. Criscione's statements.

**RESPONSE:** *See* **Defendant Sara Thurmer's Answers to Interrogatories.**

54.     Produce all evidence that Ms. Criscione trespassed on East Park's property.

**RESPONSE:** *See* **affidavits obtained by Plaintiff's counsel and documents produced herein.**

55.     Produce all communications between Sara Thurmer and Laura DiVincenzo from January 1, 2020 through March 2021.

CRISCIONE_009260

**RESPONSE: Objection. This Request is overly broad and unduly burdensome. Additionally, this Request seeks information that is irrelevant and not proportional to the needs of this case.**

56.     Produce all communications to or from Carol Horvath from January 1, 2020 forward.

**RESPONSE: Objection. This Request seeks the production of documents that are irrelevant and is not proportional to the needs of this case. Without waiving, and subject to this objection, will supplement if responsive documents are identified.**

57.     Produce all communications to or from Peter Sackett from January 1, 2020 forward.

**RESPONSE:** *See* **Response to Request No. 1.**

58.     Produce all communications to or from the Brook Park Police Department from January 1, 2020 forward.

**RESPONSE:** *See* **Response to Request No. 1.**

59.     Produce all communications to or from George Sakellakis from January 1, 2020 forward.

**RESPONSE: No such responsive documents. Will supplement if responsive documents are identified.**

60.     Produce all communications to or from Harold Duncan from January 1, 2020 forward.

**RESPONSE:** *See* **Response to Request No. 1.**

61.     Produce all communications to or from Ryan Walsh from January 1, 2020 forward.

**RESPONSE: No such responsive documents. Will supplement if responsive documents are identified.**

62.     Produce all communications to or from Thomas Sensel from January 1, 2020 forward.

**RESPONSE: No such responsive documents. Will supplement if responsive documents are identified.**

63.     Produce all communications to or from the Berea Municipal Court or its employees from January 1, 2020 forward.

**RESPONSE: Objection. This Request is overly broad and unduly burdensome. Additionally, this Request seeks the production of documents that are irrelevant and is not proportional to the needs of this case. Without waiving, and subject to these objections,** *see* **documents produced herein. Will supplement if additional, responsive documents are identified.**

CRISCIONE_009261

64.    Produce all communications to or from Gina Criscione from January 1, 2020 forward.

**RESPONSE:**  *See* **documents produced herein.**

65.    Produce all communications to or from Michael Criscione from January 1, 2020 forward.

**RESPONSE:**  **No such responsive documents.**

66.    Produce all communications between employees or agents of the East Park Care Center
and the City of Brook Park from January 1, 2020 forward.

**RESPONSE:**  *See* **Response to Request No. 1.**

Respectfully submitted,

*/s/ Emily R. Yoder*
Michael Ockerman (0053403)
Emily R. Yoder (0084013)
**HANNA, CAMPBELL & POWELL, LLP**
3737 Embassy Parkway, Suite 100
Akron, OH 44334
(330) 670-7338 (T) * (330) 670-7462 (FAX)
(330) 670-7612 (T) * (330) 670-7453 (FAX)
mockerman@hcplaw.net
eyoder@hcplaw.net

Counsel for Defendants
East Park Retirement Community, Inc.,
Laura DiVincenzo and Sara Thurmer

CRISCIONE_009262

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Civil Rule 5(B)(2)(f), I hereby certify that copy of the foregoing ***Responses to Plaintiff Estate of Dorothy Mandanici's Requests for Inspection to Defendants East Park Care Center, Laura DiVincenzo and Sara Thurmer*** was sent via electronic mail, this 27th day of June, 2023, to:

> Brian D. Bardwell, Esq.
> Speech Law, LLC
> 1265 West Sixth Street, Suite 400
> Cleveland OH 44113-1326
> brian.bardwell@speech.law
>
> William A. Carlin, Esq.
> 29325 Chagrin Blvd., Suite 305
> Pepper Pike OH  44122
> wcarlinesq@aol.com
> Attorney for Plaintiffs

/s/ *Emily R. Yoder*
Emily R. Yoder (0084013)
Attorney for Defendants
East Park Retirement Community, Inc.,
Laura DiVincenzo and Sara Thurmer

<<HCP #1285520-v1>>

CRISCIONE_009263

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| GINA CRISCIONE, et al. | ) | CASE NO. CV 23 976445 |
| | ) | |
| Plaintiffs | ) | JUDGE NANCY MARGARET RUSSO |
| | ) | |
| vs. | ) | **ANSWERS TO PLAINTIFF ESTATE OF** |
| | ) | **DOROTHY MANDANICI'S** |
| LAURA DiVINCENZO, et al. | ) | **INTERROGATORIES TO DEFENDANT** |
| | ) | **EAST PARK CARE CENTER** |
| Defendants | ) | |

Defendant East Park Retirement Community, Inc. for its Answers to Plaintiff's

Interrogatories responds as follows:

1.      Affirm that all your responses to requests for production and requests for admission in this matter are the truth, the whole truth, and nothing but the truth.

**ANSWER:**      **Objection. This Interrogatory is improper and inconsistent with the Civil Rules to the extent it seeks certification of discovery responses that are prepared and signed by counsel and not required to be verified by a party.**

2.      Identify every program you have used for sending instant messages since April 2017.

**ANSWER:**      **Objection. This Interrogatory is vague, ambiguous, and unclear. Additionally, this Interrogatory is overly broad to the extent that it seeks information from times not relevant to this litigation. Without waiving and subject to this objection, during this time, employees may have used Medtunnel to send encrypted messages containing private health information to other providers.**

3.      Identify every document you are withholding in discovery on this matter on the basis of privilege or work-product protection, including the date and time of its creation, its creators, its recipients, its subject, and its purpose.

**ANSWER:**

| Date/Time | Creator | Recipients | Subject | Purpose |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLAINTIFF'S
EXHIBIT

**60**

CRISCIONE_009264

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

4.      Identify every resident who has complained that East Park was providing inadequate care to its residents from April 2017 forward.

__ANSWER:__      **Objection. This Interrogatory seeks private health information of non-parties. Such information is protected from disclosure by the physician-patient privilege and HIPAA and is otherwise not discoverable. Additionally, this Interrogatory seeks information that is irrelevant and is not proportional to the needs of this case.**

5.      Identify every family member of a resident who has complained that East Park was providing inadequate care to its residents from April 2017 forward.

__ANSWER:__      **Objection. This Interrogatory seeks private health information of non-parties. Such information is protected from disclosure by the physician-patient privilege and HIPAA and is otherwise not discoverable. Additionally, this Interrogatory seeks information that is irrelevant and is not proportional to the needs of this case.**

6.      Identify every employee or agent who has complained that East Park was providing inadequate care to its residents from April 2017 forward.

__ANSWER:__      **Objection. This Interrogatory seeks private health information of non-parties. Such information is protected from disclosure by the physician-patient privilege and HIPAA and is otherwise not discoverable. Additionally, this Interrogatory seeks information that is irrelevant and is not proportional to the needs of this case.**

7.      Identify every event that led East Park to believe it needed to discharge Ms. Mandanici.

__ANSWER:__      ***See*** **medical records and records from the discharge hearing before the Ohio Department of Health.**

8.      Explain why East Park confiscated the clock and camera from Ms. Mandanici's room.

__ANSWER:__      **When East Park discovered that device was potentially recording people in Ms. Mandanici's room, there were serious concerns about the privacy rights of other residents and employees of East Park. Therefore, the clock was removed from the room. The clock was given to Ms. Criscione when Ms. Mandanici moved out of East Park. The memory card that was in the clock was given to the prosecutor, per the prosecutor's request.**

CRISCIONE_009265

9.    Identify every person who held an ownership interest in East Park as of April 1, 2017, including their name, home address, phone number, e-mail address, and extent of their ownership interest.

**ANSWER:**    **The named Defendant East Park Care Center is not a legal entity and has no ownership. The appropriate Defendant is East Park Retirement Community, Inc. Laura DiVincenzo owned 100% of the shares of East Park Retirement Community, Inc.**

10.    Detail every change in ownership of East Park since April 1, 2017. Identify the date of every acquisition or divestment of an interest in the business, the person making the acquisition or divestment, the amount of the acquisition or divestment, and the price associated with the transaction.

**ANSWER:**    **Objection. This Interrogatory seeks information that is irrelevant and is not proportional to the needs of this case. Additionally, this Interrogatory seeks information that confidential and proprietary and not subject to disclosure. Without waiving and subject to this objection, the real estate and buildings were purchased by East Park Realty, LLC and the operations of the facilities were purchased by East Park Operations, LLC on October 29, 2021.**

11.    Explain why East Park directed its employees to limit communications with Ms. Criscione.

**ANSWER:**    **Objection. This Interrogatory is vague, ambiguous, and unclear. Without waiving and subject to this objection, communications between Plaintiff and her mother were facilitated to the extent possible while also providing care to Ms. Mandinici and the other residents. At times, the staff was unable to facilitate calls between Plaintiff and her mother as frequently or at the specific times requested by Plaintiff due to other things that were going on at the facility, such as providing care for patients, etc.**

12.    Identify every employee East Park terminated from April 1, 2017 forward.

**ANSWER:**    **Objection. This Interrogatory seeks information that is irrelevant and is not proportional to the needs of this case. Additionally, this Interrogatory is overly broad and unduly burdensome.**

13.    Identify every agency aide East Park who was the subject of a Do Not Return request from April 1, 2017 forward.

**ANSWER:**    **Objection. This Interrogatory seeks information that is irrelevant and is not proportional to the needs of this case. Additionally, this Interrogatory is overly broad and unduly burdensome.**

CRISCIONE_009266

14.    Detail the substance of every communication about Ms. Criscione or her criminal case that you had with any of your co-defendants or their agents that you did not produce in response to Request for Inspection #1.

**ANSWER:**    **Objection. This Interrogatory is overly broad and unduly burdensome. This Interrogatory is also vague, ambiguous, and unclear to the extent it is directed to a corporation. Additionally, this Interrogatory seeks information that is irrelevant and not proportional to the needs of this case. This Defendant further objects to the extent that this Interrogatory seeks information that is protected by the attorney-client privilege and/or work-product doctrine. Further, this Interrogatory seeks a narrative response that is better suited for a deposition.**

Respectfully submitted,

*/s/ Emily R. Yoder*

Michael Ockerman (0053403)
Emily R. Yoder (0084013)
**HANNA, CAMPBELL & POWELL, LLP**
3737 Embassy Parkway, Suite 100
Akron, OH 44334
(330) 670-7338 (T) * (330) 670-7462 (FAX)
(330) 670-7612 (T) * (330) 670-7453 (FAX)
mockerman@hcplaw.net
eyoder@hcplaw.net

Counsel for Defendants
East Park Retirement Community, Inc.,
Laura DiVincenzo and Sara Thurmer

CRISCIONE_009267

## **CERTIFICATE OF SERVICE**

Pursuant to Civil Rule 5(B)(2)(f), I hereby certify that copy of the foregoing ***Answers to Plaintiff Estate of Dorothy Mandanici's Interrogatories To Defendant East Park Care Center*** was sent via electronic mail, this 27th day of June, 2023, to:

> Brian D. Bardwell, Esq.
> Speech Law, LLC
> 1265 West Sixth Street, Suite 400
> Cleveland OH 44113-1326
> brian.bardwell@speech.law
>
> William A. Carlin, Esq.
> 29325 Chagrin Blvd., Suite 305
> Pepper Pike OH  44122
> wcarlinesq@aol.com
> Attorney for Plaintiffs

/s/ *Emily R. Yoder*
Emily R. Yoder (0084013)
Attorney for Defendants
East Park Retirement Community, Inc.,
Laura DiVincenzo and Sara Thurmer

<<HCP #1285513-v1>>

## **VERIFICATION**

STATE OF OHIO              )
                                   )SS.
COUNTY OF SUMMIT      )

      *Laura DiVincenzo*, being first duly sworn, verifies that she is an authorized representative of Defendant East Park Retirement Community, Inc. in the within action; that she has read the foregoing Answers to Interrogatories; that certain matters stated in the foregoing may not be within the personal knowledge of Affiant; that the facts stated in the foregoing have been compiled and assembled by authorized employees, former employees, and counsel, and Affiant, based upon information and belief, states that the facts in the foregoing answers are true.

                                             _____

                                             **Laura DiVincenzo**

      SWORN TO BEFORE ME and subscribed in my presence on this 28 day of Jone 2023.

                                             _____

                                             NOTARY PUBLIC

                            My Commission Expires: _____

MICHAEL OCKERMAN, Attorney-At-Law
Notary Public, State of Ohio
My Commission has no expiration date
Sec. 147.03 R.C.

<<HCP #1293015-v1>>

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| GINA CRISCIONE, et al. | ) | CASE NO. CV 23 976445 |
| | ) | |
| Plaintiffs | ) | JUDGE NANCY MARGARET RUSSO |
| | ) | |
| vs. | ) | **ANSWERS TO PLAINTIFF ESTATE OF** |
| | ) | **DOROTHY MANDANICI'S** |
| LAURA DiVINCENZO, et al. | ) | **INTERROGATORIES TO DEFENDANT** |
| | ) | **SARA THURMER** |
| Defendants | ) | |

Defendant Sara Thurmer for her Answers to Plaintiff's Interrogatories responds as follows:

1.    Affirm that all your responses to requests for production and requests for admission in this matter are the truth, the whole truth, and nothing but the truth.

**ANSWER:** **Objection. This Interrogatory is improper and inconsistent with the Civil Rules to the extent it seeks certification of discovery responses that are prepared and signed by counsel and not required to be verified by a party.**

2.    Identify every phone number, e-mail address, and social media account you have used or controlled since April 1, 2017.

**ANSWER:** **Objection. This Interrogatory is overly broad and unduly burdensome. Additionally, this Interrogatory seeks information that irrelevant and not proportional to the needs of this case. Without waiving and subject to these objections, all text messages between Ms. Thurmer and Plaintiff have been produced. Further answering, I do not have any social media accounts.**

3.    Identify every document you are withholding in discovery on this matter on the basis of privilege or work-product protection, including the date and time of its creation, its creators, its recipients, its subject, and its purpose.

**ANSWER:**

| Date/Time | Creator | Recipients | Subject | Purpose |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLAINTIFF'S
EXHIBIT

**61**

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

4.      Identify each statement you believe Ms. Criscione made to abuse, threaten, or harass another person. Include the date Ms. Criscione made the statement; the medium she used to make it; the audience to whom she directed it; the person it was intended to abuse, threaten or harass; and the reason you believe she made it with purpose to abuse, threaten, or harass another person.

**ANSWER:      Ms. Criscione appeared in front of the facility for several days. She was holding signs with threatening messages. She also screamed at me that the State would know my secrets, I better watch out, and that she was coming after me.**

5.      Identify each statement you believe Ms. Criscione made that caused you to believe she would cause physical harm to you, or to a family or household member. Include the date Ms. Criscione made the statement; the medium she used to make it; the audience to whom she directed it; and the reason it caused you to believe she would cause that physical harm.

**ANSWER:      *See* Answer to Interrogatory No. 4.**

6.      Identify each statement you believe Ms. Criscione made that caused mental distress to you, or to a family or household member. Include the date Ms. Criscione made the statement; the medium she used to make it; the audience to whom she directed it; the reason it caused mental distress; and a description of that mental distress.

**ANSWER:      *See* Answer to Interrogatory No. 4. Additionally, Plaintiff had unrealistic expectations about the services to be provided at the facility. She made ongoing and repeated requests, many of which were unrelated to patient care. This occurred throughout her mother's residency. These requests were made by text message, phone, and in-person.**

7.      Identify every occasion on which you asked Ms. Criscione to stop her communications with you.

**ANSWER:      I do not recall ever asking Plaintiff to stop communicating with me. After her mother left the facility, I did not recall having any further contact with Plaintiff other than as described in response to Interrogatory No. 4.**

8.      Identify every occasion on which you asked Ms. Criscione to limit her communications with you.

**ANSWER:      I do not recall ever asking Plaintiff to limit her communications with me. I was available to Plaintiff throughout her mother's residency.**

CRISCIONE_009271

9.    In a September 28, 2020, e-mail, Laura DiVincenzo said that "several people in the industry" had contacted you about Ms. Criscione's statements. Identify each of those people, including their name, employer, home address, phone number, and e-mail address.

**ANSWER:**    **Objection. This Interrogatory is overly broad and unduly burdensome. Additionally, this Interrogatory seeks information that is irrelevant and not proportional to the needs of this case. Without waiving and subject to these objections, I do not recall the names of all of the people who contacted me about Plaintiff. I did however receive calls from several people in the industry, including, but not limited to Nikki Garcia.**

10.    In a September 28, 2020, e-mail, Laura DiVincenzo said that "employees witnessed Ms. Criscione driving on the grounds of East Park Retirement Community." Identify each of those employees, including their name, current employer, home address, phone number, and e-mail address.

**ANSWER:**    **Objection. This Interrogatory is overly broad and unduly burdensome. Additionally, this Interrogatory seeks information that is irrelevant and not proportional to the needs of this case. Without waiving and subject to these objections, I do not recall every employee who witnessed Plaintiff driving on the grounds of East Park Retirement Community. To the best of my recollection, this incident was observed by Yolanda Odom, Amanda Wetherell, Renee, Tina Vondrak, Dina McBee, and two STNAs whose names I cannot remember. There may have been other people as well.**

11.    Explain what sentence you wanted the court to impose on Ms. Criscione for the criminal charges you pursued against her. Include the amount of time you wanted Ms. Criscione to spend in jail, the number of dollars you wanted her to pay in fines, and any other sanctions you wanted the court to impose.

**ANSWER:**    **Objection. This Interrogatory is overly broad and unduly burdensome. Additionally, this Interrogatory seeks information that is irrelevant and not proportional to the needs of this case. Without waiving and subject to these objections, I did not pursue criminal charges against Plaintiff, nor did I have any opinion on a "sentence." I did file for and obtain a protective order because I was afraid of Plaintiff and did not want to get hurt.**

12.    Identify every doctor, therapist, counselor, or mental-health professional whose services you have used as a result of Ms. Criscione's speech or conduct.

**ANSWER:**    **Objection. This Interrogatory is overly broad and unduly burdensome. Additionally, this Interrogatory seeks information that is irrelevant and not proportional to the needs of this case. Additionally, this Interrogatory seeks information that is protected from disclosure by the physician-patient privilege. Without waiving and subject to these objections, I did not pursue**

CRISCIONE_009272

> **any professional services. Once the protective order was in place, I was able to deal with the effects of Plaintiff's conduct without professional help.**

13.  Identify every doctor, therapist, counselor, or mental-health professional whose services you have used since January 1, 2018.

**ANSWER:   Objection. This Interrogatory is overly broad and unduly burdensome. Additionally, this Interrogatory seeks information that is irrelevant and not proportional to the needs of this case. Additionally, this Interrogatory seeks information that is protected from disclosure by the physician-patient privilege.**

14.  Detail the substance of every communication about Ms. Criscione or her criminal case that you had with any of your co-defendants or their agents that you did not produce in response to Request for Inspection #1.

**ANSWER:   Objection. This Interrogatory is overly broad and unduly burdensome. Additionally, this Interrogatory seeks information that is irrelevant and not proportional to the needs of this case. This Defendant further objects to the extent that this Interrogatory seeks information that is protected by the attorney-client privilege and/or work-product doctrine. Further, this Interrogatory seeks a narrative response that is better suited for a deposition.**

15.  Identify every person who witnessed Ms. Criscione trespassing on East Park property.

**ANSWER:   I am not aware of every person who observed Plaintiff trespassing on East Park Property. In addition to the people identified in answer to Interrogatory No. 10, the facility maintenance man, Dave, observed this.**

Respectfully submitted,

*/s/Emily R. Yoder*
Michael Ockerman (0053403)
Emily R. Yoder (0084013)
**HANNA, CAMPBELL & POWELL, LLP**
3737 Embassy Parkway, Suite 100
Akron, OH 44334
(330) 670-7338 (T) * (330) 670-7462 (FAX)
(330) 670-7612 (T) * (330) 670-7453 (FAX)
mockerman@hcplaw.net
eyoder@hcplaw.net

Counsel for Defendants
East Park Retirement Community, Inc.,
Laura DiVincenzo and Sara Thurmer

CRISCIONE_009273

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Civil Rule 5(B)(2)(f), I hereby certify that copy of the foregoing *Answers to Plaintiff Estate of Dorothy Mandanici's Interrogatories to Defendant Sara Thurmer* was sent via electronic mail, this 27th day of June, 2023, to:

> Brian D. Bardwell, Esq.
> Speech Law, LLC
> 1265 West Sixth Street, Suite 400
> Cleveland OH 44113-1326
> brian.bardwell@speech.law
>
> William A. Carlin, Esq.
> 29325 Chagrin Blvd., Suite 305
> Pepper Pike OH  44122
> wcarlinesq@aol.com
> Attorney for Plaintiffs

/s/ Emily R. Yoder
Emily R. Yoder (0084013)
Attorney for Defendants
East Park Retirement Community, Inc.,
Laura DiVincenzo and Sara Thurmer

<<HCP #1285517-v1>>