IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **GINA CRISCIONE,** *et al.*,<br>   *Plaintiffs,*<br>v.<br>**LAURA DIVINCENZO,** *et al.*,<br>   *Defendants.* | Case No.: 1:24-cv-01446-PAB<br><br>Judge Pamela A. Barker<br><br>Magistrate Judge James E. Grimes Jr. |
| **GINA CRISCIONE AND ESTATE OF DOROTHY MANDANICI'S<br>MOTION FOR LEAVE INSTANTER TO EXCEED PAGE LIMITS** | |

  Plaintiffs Gina Criscione and Estate of Dorothy Mandanici respectfully move for leave to exceed the L.R. 7.1 limit of 20 pages for dispositive-motion briefing.

  The Court previously granted Defendants leave to exceed the same limit, permitting a motion of up to 35 pages, but omitted the required table of contents, table of authorities, statement of issues presented, and summary of argument.

  Although Plaintiffs have sought to consolidate as many related arguments as possible, the breadth of Defendants' arguments, the necessity of providing as much evidentiary support as possible, and the supplemental materials required by L.R. 7.1 have made it necessary for them to likewise exceed the Court's page limits.

  To maintain parity in space allowed for argument while complying with L.R. 7.1(f), Plaintiffs therefore request leave to file a brief of no more than 40 pages.

Respectfully submitted,

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law, LLC
4403 Saint Clair Ave, Suite 400
Cleveland, OH 44103-1125
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorney for Plaintiffs Gina Criscione and Estate of Dorothy Mandanici*