**Affidavit of Tricia Tessmer**

I, Tricia Tessmer, being duly sworn according to law, testify as follows:

1. I am over the age of 18.

2. I have personal knowledge of and am competent to testify regarding the matters set forth in this affidavit.

3. I was an employee of the East Park Care Center for about five years.

4. I quit in 2020 because the center, under the management of Administrator Sara Thurmer, refused to provide PPE for all her staff members to protect against COVID-19. I was simultaneously working for a second nursing home at the time, and management there was uncomfortable with me working at East Park given its failure to adhere to basic health protocols.

5. I can vouch for the truth of many of Gina Criscione's complaints about East Park's neglect for its residents and employees. We had problems with bedbugs, cockroaches, and spiders that were frequently left unresolved. Our paychecks bounced. We were frequently understaffed, and nurses left the residents for half of their shifts to sleep in their cars. We often did not have medical supplies our residents needed. Working at East Park is like working in a prison.

6. From my professional experience working for other nursing homes, I know that these problems are unnecessary and avoidable.

7. During my time at East Park, I came to know Dorothy Mandanici, a resident at the home, and Gina Criscione, her daughter and guardian.

8. The facility had high turnover among its employees, and it regularly relied on "agency staff," or temporary workers provide by outside contractors. This caused problems for residents like Ms. Mandanici, whose memory issues made it especially important that she receive care from people she knew and trusted.

9. Gina regularly called our front desk to ask who was working on a given shift and ensure that her mother was not neglected. Gina also liked to call and wish her mother a good night. Although Gina called more often than the average family member, her call volume was not unheard-of.

10. When Gina wanted to check on her mother's care, she frequently had to call more than once, because nurses would deliberately avoid her, either by failing to call her back with the information she needed or by refusing to pick up the phone altogether.

11. When Gina wanted to wish her mother goodnight, she frequently had to call more than once, because staff members were not always available to go to her mother's

room to help connect them. The normal protocol in that situation would be to have Gina call back after a few minutes and try again until we could connect her.

12. We did not tell Gina that she needed to reduce the frequency of her calls. As her mother's guardian, she had the right to complete and current information about her mother's treatment, and to make decisions about whether to consent to that treatment.

13. Gina's calls to our main number, 216-267-7229, should have had no effect on Sara Thurmer. Sara did not answer that number, and virtually all those calls would come and go without Sara knowing anything about them. I don't know of Gina ever calling that number to ask for Sara, or to say anything about her.

14. In my time at East Park, Sara Thurmer never said or did anything that made me think Gina was calling her too frequently. She never showed any signs that she felt distressed, threatened, harassed, intimidated, or abused by Gina. Everyone understood that Gina's only motivation in calling us was to protect her mother.

15. Instead, it appears Sara and Laura Divincenzo are retaliating against Gina for complaining about the poor quality of care at East Park.

Dated: March 10, 2021

_____
Tricia Tessmer

State of Ohio          )
                       ) SS.
County of Cuyahoga     )

Sworn to and subscribed before me this 10TH day of March, 2021.

_____
Notary Public, State of Ohio

My commission expires: NEVER



CRISCIONE_000076