## Affidavit of Jason Frederick

I, Jason Frederick, being duly sworn according to law, testify as follows:

1. I am over the age of 18.

2. I have personal knowledge of and am competent to testify regarding the matters set forth in this affidavit.

3. I am the Director of Maintenance at East Park Care Center. I have been working here for 7 months. Through my professional experience, I have seen firsthand the poor treatment of residents and their families.

4. I do not personally know Gina Criscione, but I have noticed that her complaints match the patterns I see here. Families find it necessary to call East Park and the administrator several times a day. But after the employees find out who is calling, they purposefully evade family members' phone calls.

5. I know that the administrator and HR employee have directed staff to lie about their availability and not to answer certain phone calls. Sara Thurmer has labeled certain residents or family members as "problems," a designation that precedes ignored phone calls.

6. When families finally get a hold of employees, employees are often rude and inaccessible, even though it is their job to communicate with the residents' families.

7. I have seen residents ask for something to eat or drink and be turned down by the East Park employees. I have also witnessed employees yelling at residents and directing profanity towards them.

8. Given the low quality of care, it is reasonable for families to contact East Park several times a day to ensure their loved ones are getting proper care. This is not harassment.

9. There is excessive turnover among employees here, and this revolving door causes confusion for the residents.

10. At East Park, there are discrepancies in how we treat people who pay out of pocket, and those who use Medicaid/Medicare. Often times, residents on Medicaid/Medicare get poorer treatment.

11. When I have brought up concerns about the quality of care for residents, the HR director and administrator have told me to mind my own business.

12. My mother-in-law is at a different facility. Due to the shockingly low quality of care I have seen at East Park Care Center, I would never admit her here.

Dated: March 10, 2021

                                                Jason Frederick

State of Ohio                        )
                                     ) SS.
County of Cuyahoga      )

Sworn to and subscribed before me this 10 day of March, 2021.

BRIAN D. BARDWELL, ATTORNEY AT LAW
NOTARY PUBLIC • STATE OF OHIO
My commission has no expiration date
Section 147.03 O.R.C.

                                           Notary Public, State of Ohio

                                           My commission expires: Never



CRISCIONE_000078