# Mark B. Shoag, MD

7400 Brigham Road
Gates Mills, OH 44040
216-406-6469
Drmshoag@aol.com

July 11, 2023

William A. Carlin, Esq.
29325 Chagrin Blvd., Suite 305
Pepper Pike, Ohio 44122

Re:   Dorothy Mandanici

Dear Mr. Carlin

    Thank you for providing me with the opportunity to review the medical documentation including photographs of Dorothy Mandanici.

    The documentation clearly demonstrates multiple severe pressure ulcers involving multiple bodily areas of this patient's body. Pressure ulcers occur when a patient is left for a prolonged period of time in one particular position and caregivers fail to "off-load" the sensitive areas. This results in a decrease of vascular flow to the involved areas leading to skin breakdown, tissue necrosis and death. The documentation and in particular the photographs which I have reviewed could not have occurred had proper offloading techniques been implemented and followed.

    This is clearly a very serious case of negligence and malpractice on the part of this patient's caregivers. This unfortunate patient undoubtedly sustained severe pain and suffering prior to her demise from sepsis which is a direct result of her pressure ulcers. Sadly, her sequalae was preventable and in this instant matter due to the lack of diligence on behalf of her caregivers, she succumbed to her demise due to their failure to act in accordance with accepted medical standards.

    If you have any questions, please feel free to contact me.

Sincerely,

Mark B. Shoag, M.D.





PLAINTIFF'S EXHIBIT 15

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CRISCIONE_003632

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**PLAINTIFF'S EXHIBIT 16**

CRISCIONE_00360





