## Affidavit of Subodh Chandra

I, Subodh Chandra, having been duly sworn, state as follows:

1. I'm over the age of 18 and competent to testify to the facts below based on personal knowledge.

2. I am The Chandra Law Firm LLC's managing partner. We are located at 1265 W. 6th Street, Suite 400, in Cleveland, Ohio.

3. My firm and I were counsel of record for Gina Criscione in *Brook Park v. Criscione*, No. 20 CRB 1262-1-2 (Berea M.C.).

4. Brian D. Bardwell, who was then an associate at our firm, helped with that case.

5. Although Ms. Criscione's engagement agreement with our firm referenced both defense of the criminal charges against her and investigation of "potential related civil claims," the firm's work was focused almost exclusively on the criminal defense, because Ms. Criscione's most important civil claims wouldn't accrue until the criminal case terminated in her favor.

6. I've reviewed the firm's regular, contemporaneously maintained, work-product-and-privileged records of our work for Ms. Criscione, and her billing history, which confirm that the firm did no work on her civil claims until May 2021.

7. The firm has billed Ms. Criscione a total of $39,794.10 in fees and expenses in connection with her criminal defense, from October 19, 2020 through March 23, 2021. The firm only billed for $204.56 in expenses in connection with her civil claims.

8. Although Ms. Criscione has paid some of the fees incurred, she hasn't yet paid the entire balance, on which interest has been accruing since 2021, and which remains due and payable. As of January 8, 2026, her balance was $55,108.30. At trial, our firm would be able to testify as to the then-current debt obligation, including amounts paid and remaining due.

_____
Subodh Chandra

STATE OF OHIO         )
                      ) SS.
COUNTY OF CUYAHOGA    )

Sworn to and subscribed before me on  1/9/26  .  _____

My commission expires: _Does not expire_        Notary Public, State of Ohio