## Affidavit of Denise Kroesen

I, Denise Kroesen, being duly sworn according to law, testify as follows:

1. I am over the age of 18.

2. I have personal knowledge of and am competent to testify regarding the matters set forth in this affidavit.

3. I have been a nurse for more than 30 years. I spent more 20 years as a registered nurse doing critical-care work. I worked in the MetroHealth Trauma Unit, the Fairview Hospital intensive-care unit, and in Fairview's cathetrization lab.

4. I became a nurse practitioner in 2016 and worked as a wound-care nurse for Fairview Hospital until I signed up to work with Dr. Mohammed Shahed in primary care. Based on the quality of my work there, Dr. Shahed invited me to work for him in his private practice.

5. Through that position, I came to work at various nursing facilities in the Cleveland area, including East Park Care Center.

6. When I first arrived at East Park, I was immediately impressed with Debbie Carpenter, who I believe was either the administrator or director of nursing. She was far more professional and engaged than nursing directors I encountered at other facilities, providing helpful suggestions and notes about lab reports, drug interactions, and other components of our patients' care.

7. At some point while I was working at East Park, management turned over. Sara Thurmer became the administrator and Debbie Carpenter no longer worked at the facility. I noticed an immediate drop in management's level of engagement in the care of its patients.

8. Among my patients at East Park was Dorothy Mandanici, the mother of Gina Criscione. I was immediately impressed with Gina's attentiveness, dedication to her mother, and the value of her presence to Dorothy's condition. Dorothy was always happy when Gina was around, because Gina is a kind, sweet, welcoming person. She loved to keep her mother company, play soft music for her, and sing with her.

9. Gina brought the same pleasant demeanor to everyone else at East Park, whether they were other patients, families, or staff.

10. Gina was very hands-on with her mother's care. If aides or other employees needed assistance moving her mother, they were happy to use Gina's assistance. Gina often fed her mother, washed her mother, helped to change bedding and diapers, and helped to move her mother. These are all tasks that would normally be performed by a nurse's aide.

11. Although she was very watchful of her mother's care at East Park, Gina was also very respectful of boundaries there. If aides did not want or need her help, Gina would back off and let them do their work.

12. Gina's participation in her mother's care made her a star in my eyes. Nursing homes would be far better off if there were more Gina Crisciones, and anyone who ends up in a nursing home should hope they have an advocate like Gina ensuring they get proper care.

13. Because Gina was so present and involved in her mother's care, she and I became close. I gave her my phone number so we could stay in touch, and she would sometimes reach out to me directly to discuss concerns with her mother's care.

14. Although I never heard any complaints about my work at East Park—from the patients, from their families, or from administration—Sara Thurmer texted me one morning to fire me as I was preparing to visit the facility. The text said something like, "You don't have to come back to East Park anymore." I asked what she was talking about, but she gave me only generic responses.

15. Sara never told me why she was keeping me out of the facility, and I never received any subsequent complaints about my work with her residents. Dr. Shahed likewise never indicated that he knew why Sara had terminated my work there.

Dated: September 27, 2023

_____
Denise Kroesen

State of Ohio            )
                         ) SS.
County of Cuyahoga       )

Sworn to and subscribed before me this 27 day of August, 2023.

_____
Notary Public, State of Ohio
BRIAN D. BARDWELL, ATTORNEY AT LAW
NOTARY PUBLIC • STATE OF OHIO
My commission has no expiration date
Section 147.03 O.R.C.