## Affidavit of Yolanda Odom

I, Yolanda Odom, being duly sworn according to law, testify as follows:

1.      I am over the age of 18.

2.      I have personal knowledge of and am competent to testify regarding the matters set forth in this affidavit.

3.      I was an STNA at East Park Care Center from 2011 to 2021, and I recently began working at East Park again in July 2023.

4.      While at East Park, I was usually the bath aide for Dorothy Mandanici, the mother of Gina Criscione.

5.      Gina often sat with her mother to cut her food and help her eat in her last year at East Park. This is supposed to be the work of an STNA.

6.      Gina often put bibs on residents when it was time for them to eat. This is supposed to be the work of an STNA.

7.      Gina often helped her mother to and from the bathroom. This is supposed to be the work of an STNA.

8.      Gina often wiped down, sanitized, and tidied up her mother's room. This is supposed to be the work of East Park's housekeeping staff.

9.      Gina often chose to take her mother's clothes home to launder them. This is usually the work of East Park's laundry employees.

10.     I never saw Gina harassing Sara Thurmer, but other employees told me that Gina was constantly calling and texting her about her mother's care or bills. I don't know of Gina reaching out to Sara about any other topics.

11.     Sara Thurmer never said anything to me about any of Gina Criscione's posts. She had told the employees that we shouldn't have been connected to residents' families on Facebook, but I personally never saw any indications that Sara was distressed by Gina's posts.

12.     I never saw Gina on East Park property after her mother transferred to Mount Alverna. I don't remember anyone ever telling me that they saw her on the property, and I never told anyone that I had seen her there.

13.     We had bedbugs twice at East Park while Laura DiVincenzo owned the facility. On one occasion, an employee brought the bedbugs in. On the other a resident brought them in. As far as I know, the bedbugs never spread to Dorothy's room.

Dated: August 28, 2023

_____
Yolanda Odom

State of Ohio                )
                              ) SS.
County of Cuyahoga     )

Sworn to and subscribed before me this _____ day of August, 2023.

_____
Notary Public, State of Ohio

My commission expires: _____

Page 2 of 2

Dated: August 28, 2023

_____
Yolanda Odom

State of Ohio                    )
                                 ) SS.
County of Cuyahoga               )

Sworn to and subscribed before me this 28th day of August, 2023.

_____
Notary Public, State of Ohio

My commission expires: NEVER

BRIAN D. BARDWELL, ATTORNEY AT LAW
NOTARY PUBLIC • STATE OF OHIO
My commission has no expiration date
Section 147.03 O.R.C.