## Declaration of Gina Criscione

I, Gina Criscione, declare as follows based upon personal knowledge:

1.      I am over the age of 18 and competent to testify to the facts below based on personal knowledge.

2.      After my first lawsuit against East Park was dismissed because of its connections to my mother's medical treatment, I hired Attorney Bill Carlin to represent me, with Attorney Brian D. Bardwell to remain on the case to assist with the civil-rights components.

3.      After my second lawsuit against East Park was dismissed because Attorney Carlin failed to file a trial brief, he and Attorney Bardwell decided to refile the case in federal court, with Attorney Carlin handling the leading claims for survivorship, wrongful death, etc., while Attorney Bardwell handled the civil-rights pieces.

4.      For reasons I do not know, Attorney Carlin has essentially disappeared from the case. I have not heard from since 2023, and my understanding is that Attorney Bardwell has repeatedly attempted to secure his assistance, to no avail.

5.      Although he was responsible for gathering expert reports in the federal case, my understanding is that he has either never done so or has failed to turn over whatever he may have gathered.

6.      Although he was responsible for obtaining certain testimony from other witnesses, my understanding is that he has either never done so or has failed to turn over whatever he may have gathered.

7.      Since my civil case was dismissed, I have also learned that East Park has fired at least one of the employees agreed to appear as a witness against my criminal charges. We have sought to obtain his testimony as evidence, but he has reported that East Park required him to sign a nondisclosure agreement.

8.      Additionally, we requested a variety of information from East Park and the individual defendants that they never produced in response to our requests, and their extended delays in producing any discovery at all made it impossible for us to conduct any discovery to follow up on the little information they did provide.

I declare the above to be true under penalty of perjury of the laws of the United States of America.

_Gina Marie Criscione_
_____
Gina Criscione

01 / 09 / 2026
_____
Date

Page 1 of 1

Doc ID: d1eafe378180445893c7bc4f5e9db83c5b46da75



**Dropbox** Sign                                             Audit trail

| | |
|---|---|
| **Title** | 2026-01-19 Declaration of Gina Criscione |
| **File name** | 2026-01-19%20Decl...ice%20Copy%5D.pdf |
| **Document ID** | d1eafe378180445893c7bc4f5e9db83c5b46da75 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

**SENT**
**01 / 09 / 2026**
21:31:19 UTC-5

Sent for signature to Gina Marie Criscione
(ginamarie321@gmail.com) from general@speech.law
IP: 65.25.30.23

**VIEWED**
**01 / 09 / 2026**
21:33:52 UTC-5

Viewed by Gina Marie Criscione (ginamarie321@gmail.com)
IP: 174.66.206.139

**SIGNED**
**01 / 09 / 2026**
21:38:09 UTC-5

Signed by Gina Marie Criscione (ginamarie321@gmail.com)
IP: 174.66.206.139

**COMPLETED**
**01 / 09 / 2026**
21:38:09 UTC-5

The document has been completed.

Powered by **Dropbox** Sign