IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GINA CRISCIONE, et al. | ) | CASE NO. 1:24-CV-01446 |
| | ) | |
| Plaintiffs | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| vs. | ) | **DEFENDANTS EAST PARK** |
| | ) | **RETIREMENT COMMUNITY, INC.,** |
| LAURA DiVINCENZO, et al. | ) | **LAURA DIVENCENZO AND SARA** |
| | ) | **THURMER'S MOTION FOR** |
| Defendants | ) | **EXTENSION OF TIME TO FILE** |
| | ) | **REPLY IN SUPPORT OF MOTION FOR** |
| | ) | **SUMMARY JUDGMENT AND MOTION** |
| | ) | **FOR LEAVE TO EXCEED PAGE LIMIT** |

     Defendants East Park Retirement Community, Inc. aka East Park Care Center, Laura DiVincenzo and Sara Thurmer respectfully move for a 7-day extension of time (until January 30, 2026) to file their Reply in Support of Motion for Summary Judgment and pursuant to Northern District of Ohio L.R. 7.l(f), respectfully move for leave to exceed the page limitations applicable to Defendants' forthcoming Motion. There are 13 claims that are the subject of Defendants' Motion for Summary Judgment. Plaintiffs' Response in Opposition is 38 pages and includes multiple exhibits. Due to the press of other business, defense counsel needs a brief extension of time to fully address the issues raised in Plaintiff's Reply brief. Likewise, additional pages are necessary to address each cause of action and the arguments raised in Plaintiff's Response brief.

     Accordingly, and for good cause having been shown, Movants respectfully request an extension of time until January 30, 2026 to file their Reply in Support of Motion for Summary Judgment and for leave to file a brief that is no greater than thirty (35) pages in length.

Respectfully submitted,

*/s/Emily R. Yoder*
Michael Ockerman (0053403)
Emily R. Yoder (0084013)
**HANNA, CAMPBELL & POWELL, LLP**
3737 Embassy Parkway, Suite 100
Akron OH  44333
(330) 670-7338 (T) * (330) 670-7462 (FAX)
(330) 670-7612 (T) * (330) 670-7453 (FAX)
mockerman@hcplaw.net
eyoder@hcplaw.net

Attorney for Defendants
East Park Retirement Community, Inc.,
Laura DiVincenzo and Sara Thurmer

-3-

## CERTIFICATE OF SERVICE AND COMPLIANCE

I certify that on January 20, 2026, my office sent, via electronic mail and the Court's electronic filing system, a copy of the foregoing *Motion for Extension of Time to file Reply in Support of Motion for Summary Judgment and Motion for Leave to Exceed Page Limit* to counsel for Plaintiff.

                                                 */s/ Emily R. Yoder*
                                                 Emily R. Yoder (0084013)
                                                 Attorney for Defendants
                                                 East Park Retirement Community, Inc.,
                                                 Laura DiVincenzo and Sara Thurmer

<<HCP #1440939-v1>>